```
___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

   NOV 18 2004   DJ
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. **CV4 2338**<br>King County Superior Court<br>Cause No.: 04-2-33910-3KNT<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441**<br>**(DIVERSITY JURISDICTION)**<br><br><br>04-CV-02338-CMP |

TO: THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendants hereby give notice that they are removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

1. On October 25, 2004, the above-entitled action was filed by plaintiffs against defendants in King County Superior Court and thereafter was given cause number 04-2-33910-3 KNT. The matter was assigned to The Honorable James D.

NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT - 1
M:\Clients\7566\25226\PLD Removal-Notice2FedCourt.doc

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

Dockets.Justia.com

Cayce. See Exhibit 1 attached to the Verification of State Court Records. A copy of the Order Setting Civil Case Schedule issued by the King County Superior Court Clerk on October 25, 2004, is attached as Exhibit 2.

2. On October 26, 2004, defendant LDS Social Services was served with a copy of plaintiffs' Summons and Complaint. See Exhibit 3 attached to the Verification of State Court Records.

3. On November 10, 2004, counsel for defendants filed a Notice of Appearance on behalf of all defendants with King County Superior Court, which is attached as Exhibit 4 to the Verification of State Court Records.

4. On November 10, 2004, counsel for defendants filed an Acceptance of Service on behalf of defendant The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, which is attached as Exhibit 5 to the Verification of State Court Records.

5. All defendants join in this removal without waiving insufficiency of service or process of service.

6. There have been no further proceedings in this action.

7. Under the express terms of the complaint, plaintiffs allege claims of negligence and breach of fiduciary duty, negligent infliction of emotional distress, estoppel and fraudulent concealment and civil conspiracy against defendants, both incorporated in the State of Utah and both with its principal place of business in Utah.

8. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. The entire case may be removed to the United States District pursuant to 28 U.S.C. § 1441 because the action involves a controversy between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT - 2
M:\Clients\7566\25226\PLD Removal-Notice2FedCourt.doc

STAFFORD FREY COOPER
————Professional Corporation————
ATTORNEYS
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL (206) 623-9900
FAX (206) 624-6885

9. Defendants have filed this Notice of Removal within thirty days after receipt, through service or otherwise, of a copy of plaintiffs' Complaint. See 28 U.S.C. § 1446(b).

10. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. See 28 U.S.C. § 1441(a).

WHEREFORE, defendants hereby give notice that the civil action in King County Superior Court of the State of Washington has been removed from that Court to the United States District Court for the Western District of Washington.

DATED this 18th day of November, 2004 at Seattle, Washington.

STAFFORD FREY COOPER
Professional Corporation

By _____
Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471
Attorneys for Defendants

NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT - 3
M:\Clients\7566\25226\PLD Removal-Notice2FedCourt.doc

STAFFORD FREY COOPER
——— Professional Corporation ———
ATTORNEYS
3100 Two Union Square
601 Union Street
Seattle, Washington 98101-1374
Tel. (206) 623-9900
Fax (206) 624-6885

The Honorable James D. Cayce

SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. 04-2-33910-3KNT<br><br>**NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** |

TO:         Clerk of the Superior Court of Washington for King County;

AND TO:     KENNETH FLEMING and JOHN DOE, Plaintiffs;

AND TO:     MICHAEL T. PFAU, Attorney for Plaintiffs;

AND TO:     TIMOTHY D. KOSNOFF, Attorney for Plaintiffs:

Please take notice that on the 18th day of November, 2004, defendants filed with the United States District Court for the Western District of Washington at Seattle a

NOTICE TO SUPERIOR COURT OF
FEDERAL COURT REMOVAL - 1
M:\Clients\7566\25226\PLD Removal-Notice2SupCourt.doc

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL (206) 623-9900
FAX (206) 624-6885