```
____FILED ____ENTERED
____LODGED____RECEIVED

      NOV 1 8 2004    DJ
             AT SEATTLE
        CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. **CV4 2338**<br><br>King County Superior Court<br>Cause No.: 04-2-33910-3KNT<br><br>**NOTICE TO PLAINTIFFS OF REMOVAL TO FEDERAL COURT**<br><br>04-CV-02338-NTC |

TO:        KENNETH FLEMING and JOHN DOE, Plaintiffs;

AND TO:    MICHAEL T. PFAU, Attorney for Plaintiffs;

AND TO:    TIMOTHY D. KOSNOFF, Attorney for Plaintiffs:

YOU ARE HEREBY NOTIFIED that on the 18th day of November, 2004, defendants filed with the United States District Court for the Western District of

NOTICE TO PLAINTIFFS OF
FEDERAL COURT REMOVAL - 1
M:\Clients\7566\25226\PLD Removal-Notice2Plaintiffs.doc

STAFFORD FREY COOPER
————————————
  *Professional Corporation*
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

Washington at Kent their *Notice of Removal* of the action brought in the Superior Court of Washington for King County, Cause No. 04-2-33910-3KNT.

Defendants thereafter filed a copy of the *Notice of Removal* with the clerk of the Superior Court.

A copy of the Notice of Removal, Verification of State Court Records, and Notice to Superior Court of Removal is herewith served upon you.

DATED this 18th day of November, 2004 at Seattle, Washington.

STAFFORD FREY COOPER
*Professional Corporation*

By _____
Thomas D. Frey, WSBA # 1908
Marcus B. Nash, WSBA #14471
Attorneys for Defendants

NOTICE TO PLAINTIFFS OF
FEDERAL COURT REMOVAL - 2
M:\Clients\7566\25226\PLD Removal-Notice2Plaintiffs.doc

STAFFORD FREY COOPER
*Professional Corporation*
ATTORNEYS
3100 Two Union Square
601 Union Street
Seattle, Washington 98101-1374
Tel. (206) 623-9900
Fax (206) 624-6885