```
                                    ___ FILED    ___ ENTERED
                                    ___ LODGED   ___ RECEIVED

                                        NOV 18 2004    DJ

                                              AT SEATTLE
                                       CLERK U.S. DISTRICT COURT
                                      WESTERN DISTRICT OF WASHINGTON
                                    BY                        DEPUTY
```

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,

Defendants.

No. CV4 2338

King County Superior Court
Cause No.: 04-2-33910-3KNT

**ATTORNEYS' CERTIFICATION RE: SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT**



04-CV-02338-MISC

The undersigned attorneys hereby certify that they are counsel for Defendants and have filed with the Superior Court of King County, Washington, the court from which this action was removed, a Notice to Superior Court informing the state court clerk of the removal, along with a copy of the Notice of Removal, and served on counsel for the plaintiffs the following documents:

ATTORNEYS' CERTIFICATION RE:
SERVICE OF NOTICE OF REMOVAL - 1

M:\Clients\7566\25226\PLD Removal-AttorneyCert.doc

STAFFORD FREY COOPER
─────── Professional Corporation ───────
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL (206) 623-9900
Fax (206) 624-6885

1. CIVIL COVER SHEET;
2. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441;
3. NOTICE TO PLAINTIFFS OF REMOVAL TO FEDERAL COURT;
4. NOTICE TO SUPERIOR COURT OF FEDERAL COURT REMOVAL;
5. VERIFICATION OF STATE COURT RECORDS;
6. ATTORNEYS' CERTIFICATION RE: SERVICE OF NOTICE OF REMOVAL;
7. CERTIFICATE OF SERVICE.

DATED this ____ day of November, 2004 at Seattle, Washington.

STAFFORD FREY COOPER
*Professional Corporation*

By _____
Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471
Attorneys for Defendants

ATTORNEYS' CERTIFICATION RE:
SERVICE OF NOTICE OF REMOVAL - 2

M:\Clients\7566\25226\PLD Removal-AttorneyCert.doc

STAFFORD FREY COOPER
———Professional Corporation———
A T T O R N E Y S
3100 Two Union Square
601 Union Street
Seattle, Washington 98101-1374
Tel. (206) 623-9900
Fax (206) 624-6885