R.K. v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al | Doc. 5

```
                FILED _____ ENTERED
         _____ LODGED _____ RECEIVED

              NOV 18 2004   DJ
                   AT SEATTLE
            CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a the "MORMON CHURCH," LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,

Defendants.

No. CV4 2338

King County Superior Court
Cause No.: 04-2-33910-3KNT

**CERTIFICATE OF SERVICE**

04-CV-02338-CVSHT

The undersigned certifies under penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of the following documents on the individuals listed below:

1) Civil Cover Sheet

2) Notice to Plaintiffs of Federal Court Removal;

3) Notice to Superior Court of Removal to Federal Court;

4) Notice of Removal of Action;

CERTIFICATE OF SERVICE - 1

STAFFORD FREY COOPER
Professional Corporation
ATTORNEYS
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
Fax (206) 624-6885

M:\CLIENTS\7566\25226\PLD REMOVAL-CERTSERVICE.DOC

1  5) Verification of State Court Records;

2  6) Attorneys' Certification Re: Service of Notice of Removal; and

3  7) Certificate of Service.

4

5  Timothy D. Kosnoff, Esq.　　　　　*Counsel for Plaintiffs*　　　[ ] Via Facsimile
   Law Offices of Timothy D. Kosnoff　　　　　　　　　　　　　　　[ ] Via Mail
6  600 University Street, Suite 2100　　　　　　　　　　　　　　　[X] Via Messenger
   Seattle WA  98101-4185
7

8  Michael T. Pfau, Esq.　　　　　　*Counsel for Plaintiffs*　　　[ ] Via Facsimile
   Gordon Thomas Honeywell, et al.　　　　　　　　　　　　　　　[ ] Via Mail
9  600 University Street, Suite 2100　　　　　　　　　　　　　　　[X] Via Messenger
   Seattle WA  98101-4185

10

11

12  DATED this 18th day of November, 2004, at Seattle, Washington.

13

14                                  _Dori M. Mashburn_
15                                  Dori M. Mashburn, Paralegal

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
3100 Two Union Square
601 Union Street
Seattle, Washington 98101-1374
Tel. (206) 623-9900
Fax (206) 624-6885

M:\CLIENTS\7566\25226\PLD REMOVAL-CERTSERVICE.DOC