04-CV-02338-JY

THE HONORABLE MARTINEZ

CC TO JUDGE __DJ__

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 23 2004    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole, a/k/a the "MORMON CHURCH;" LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,

Defendants

NO. C04-2338RSM

JURY DEMAND

COMES NOW Plaintiffs Kenneth Fleming and John Doe and requests that the above-entitled action be tried before a jury consisting of twelve (12) persons, or the maximum number permissible in the Western District of Washington.

//

JURY DEMAND - 1 of 2
(C04-2338RSM)
[130456 v1]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

ORIGINAL

1  Dated this _19_ day of November, 2004.

2  GORDON, THOMAS, HONEYWELL, MALANCA,
   PETERSON & DAHEIM LLP
3
4  By _____
   Michael T. Pfau, WSBA No. 24649
5  mpfau@gth-law.com
   Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JURY DEMAND - 2 of 2
(C04-2338RSM)
[130456 v1]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575