The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. CV4-2338-RSM<br><br>***PROPOSED***<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(b)(6)** |

THIS MATTER, having come on regularly before the above-captioned Court upon motion of defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and LDS Family Services for an order dismissing plaintiffs' punitive damages claims under CR 12(b)(6), duly and properly filed with this Court, and the Court having reviewed the following:

1. Defendants COP and LDSFS' Motion for Dismissal of Punitive Damage Claims Under CR 12(b)(6), and the supporting Declaration of Marcus B. Nash;

---

ORDER GRANTING DEFENDANTS' MOTION FOR
DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER
CR 12(B)(6) – 1                   NO. CV4 2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Dismiss - Order.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

2. Plaintiffs' brief in opposition to Defendants' Motion to Dismiss Punitive Damage Claims Under CR 12(b)(6), and any declarations/affidavits in support thereof;

3. Defendants COP and LDSFS' reply memorandum and declarations in support of their motion;

4. _____

_____

5. _____

_____

and the Court having considered the records and files herein and the argument of counsel, and deeming itself fully advised on the premises, now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that defendants COP and LDSFS' Motion to Dismiss Plaintiffs' Punitive Damage Claims Under CR 12(b)(6) is hereby **GRANTED.**

DONE IN OPEN COURT this \_\_\_\_\_ day of _____, 2005.

_____
THE HONORABLE RICARDO MARTINEZ

Presented by:

STAFFORD FREY COOPER
*Attorneys for Defendants*


By\_\_\_/s/ Thomas D. Frey_____
   Thomas D. Frey, WSBA #1908
   Marcus B. Nash, WSBA #14471
   *Attorneys for Defendants*

ORDER GRANTING DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(B)(6) – 2        NO. CV4 2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Dismiss - Order.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

# CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed ***Proposed Order Granting Defendant LDS and LDSFC's Motion to Dismiss Punitive Damage Claims Under CR 12(b)(6)*** using the CM/ECF system which will send notification of such filing to the persons listed below. The persons listed below also received a true and correct copy of the above-referenced document via hand delivery by legal messenger.

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
*Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
*Attorneys for Plaintiffs*

DATED this 16th day of December, 2004, at Seattle, Washington.

/s/ Mary Ann Jarrett
Mary Ann Jarrett

ORDER GRANTING DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(B)(6) – 3        NO. CV4 2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Dismiss - Order.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885