The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. CV4-2338-RSM<br><br>**DECLARATION OF MARCUS B. NASH IN SUPPORT OF DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(b)(6)**<br><br>*Noted for: January 7, 2005* |

I, Marcus B. Nash declare as follows:

1. I am one of the attorneys for the defendants Corporation of the President of Church of Jesus Christ of Latter-Day Saints and LDS Family Services.

2. Attached hereto at pages 4 through 17 is a true and correct copy of plaintiffs' Complaint filed October 25, 2004 in King County Superior Court, Cause No. 04-2-33910-3KNT.

3. Attached hereto at pages 18 through 20 is a true and correct copy of the Order on Defendant COP's Motion to Dismiss Plaintiffs' Punitive Damages Claims

DECLARATION OF MARCUS B. NASH IN SUPPORT OF DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(B)(6) – 1
No. CV4 2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD DISMISS - MBN DECL.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

Dockets.Justia.com

1  Under CR 12(b) entered in <u>Jane Doe, et al. v. The Corporation of The President of The Church of Jesus Christ of Latter-day Saints, et al.</u>, King County Superior Court Cause No.¨02-2-04105-1KNT.

4. Attached hereto at pages 21 through 23 is a true and correct copy of the Order Granting Partial Summary Judgment Clarifying Choice of Law Issues file entered in <u>Jane Doe, et al. v. The Corporation of The President of The Church of Jesus Christ of Latter-day Saints, et al.</u>, King County Superior Court No. 02-2-04105-1KNT.

5. Attached hereto at pages 24 through 32 is a true and correct copy of the Complaint filed in <u>Jane Doe, et al. v. The Corporation of The President of The Church of Jesus Christ of Latter-day Saints, et al.</u>, King County Superior Court No. 02-2-04105-1KNT.

I declare under the laws of the State of Washington and of the United States that the foregoing is true and correct.

Executed this 16th day of December, 2004, at Seattle, Washington.

/s/ Marcus B. Nash via ECF
Marcus B. Nash

DECLARATION OF MARCUS B. NASH IN SUPPORT OF DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(B)(6) – 2
No. CV4 2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD DISMISS - MBN DECL.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**CERTIFICATE OF SERVICE**

I certify that on the date noted below I electronically filed **Declaration of Marcus B. Nash in Support of Defendant LDS and LDSFC's Motion to Dismiss Punitive Damage Claims Under CR 12(b)(6)** using the CM/ECF system which will send notification of such filing to the persons listed below.  The persons listed below also received a true and correct copy of the above-referenced document via hand delivery by legal messenger.

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
*Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
*Attorneys for Plaintiffs*

DATED this 16th day of December, 2004, at Seattle, Washington.

/s/ Mary Ann Jarrett
Mary Ann Jarrett

DECLARATION OF MARCUS B. NASH IN SUPPORT OF DEFENDANTS' MOTION FOR DISMISSAL OF PUNITIVE DAMAGES CLAIMS UNDER CR 12(B)(6) – 3
No. CV4 2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD DISMISS - MBN DECL.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885