THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATIONOF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole, a/k/a the "MORMON CHURCH;" LDS SOCIAL SERVICES a/ka LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants | NO. C04-2338RSM<br><br>DECLARATION OF TIMOTHY D. KOSNOFF IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>HEARING DATE: January 7, 2005 |

I, Timothy D. Kosnoff, declare:

1.  I am one of the attorneys for the Plaintiffs in this matter. All statements made herein are based on my personal knowledge, and I am competent to testify to the same.

2.  Attached as Exhibit A is a true and correct copy of the Complaint filed in this matter.

KOSNOFF DECL. - 1 of 3
(C04-2338RSM)
[132881 v6.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

3. Attached as Exhibit B is a true and correct copy of the editorial by Gerdes, Beck, Cowan-Hancock and Winkinson-Sparks, *Adult Survivors of Child Sexual Abuse: The Case of Mormon Women*, 1 JOURNAL OF SOCIAL WORK 1 (Spring 1996).

4. Attached as Exhibit C is a true and correct copy of the editorial by Bob Van Voris, *Mormons Hit by Child-Sex Lawsuits*, NATIONAL LAW JOURNAL (Nov. 16, 1998).

5. Attached as Exhibit D is a true and correct copy of the editorial by Paul McKay, *Mormons Caught Up in Wave of Pedophile Accusations/Church Deals with Abuse Cases without Reporting them, Critics Say*, HOUSTON CHRONICLE (May 9, 1999).

6. Attached as Exhibit E is a true and correct copy of the editorial by Lisa Davis, *Sins of the Temple: The Church of Jesus Christ of Latter Day Saints Emphasized Personal Propriety and the Value of Children. The Same Church Has Protected Serial Child Molesters Across the Country*, PHOENIX TIMES (Dec. 10, 1994).

7. Attached as Exhibit F is a true and correct copy of the editorial by Marion Smith, *Keeping Mum on Mormon Sexual Abuse*, 15 THE EVENT 23 (Mar. 28, 1996).

8. Attached as Exhibit G is a true and correct copy of excerpts of the Deposition of Lloyd Hale in *Scott v. Mormon Church*, 9812-08640 (Multnomah County, OR).

9. Attached as Exhibit H is a true and correct copy of the editorial by Daniel H. Ludlow, *Priesthood and Church Organization, Selections from the Encyclopedia of Mormonism* (1992).

10. Attached as Exhibit I is a true and correct copy of excerpts from the deposition of Dwayne Liddell in Scott in *Scott v. Mormon Church*, 9812-08640 (Multnomah County, OR).

KOSNOFF DECL. - 2 of 3
(C04-2338RSM)
[132881 v6.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

11. Attached as Exhibit J is a true and correct copy of *Child Abuse, Helps for Ecclesiastical Leaders,* The Church of Jesus Christ of Latter-Day Saints (1985).

12. Attached as Exhibit K is a true and correct copy of excerpts from *General Handbook of Instructions,* The Church of Jesus Christ of Latter-Day Saints, (1976).

13. Attached as Exhibit L is a true and correct copy of the HelpLine Intake Form.

14. Attached as Exhibit M is a true and correct copy of the Affidavit of Dwayne Liddell.

15. Attached as Exhibit N is a true and correct copy of excerpts from *The Mormon Corporate Empire,* John Heinerman and Anson Shupe (1985).

16. Attached as Exhibit O is a true and correct copy of excerpts from *Mormon America: The Power and the Promise,* Richard Ostling (1999), Appendix B: How the Wealth and Income Estimates Were Made.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 30th day of December, 2004, at Seattle, Washington.

/s/ Timothy D. Kosnoff

PEARSON DECL. - 3 of 3
(C04-2338RSM)
[132881 v06]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575