# EXHIBIT H

# PRIESTHOOD AND CHURCH ORGANIZATION



SELECTIONS FROM THE

## ENCYCLOPEDIA OF MORMONISM

EDITED BY

## DANIEL H. LUDLOW

DESERET BOOK COMPANY
SALT LAKE CITY, UTAH

116 ⊕ FIRST PRESIDENCY

spoken word, and sometimes special activities or workshops. All in all, they encourage lay participation, sharing, and free expression, and lead to deeper comprehension of one's heritage, both religious and cultural, and a "knowledge of history and of countries and of kingdoms" (D&C 93:53; 88:79).

BIBLIOGRAPHY
Journal of Eliza R. Snow. Bancroft Library, UC Berkeley.

RONALD W. PATRICK

## FIRST PRESIDENCY

The First Presidency is the governing body of and highest ranking quorum in The Church of Jesus Christ of Latter-day Saints. Its AUTHORITY, duties, and responsibilities extend over every person and all matters in the Church. This quorum usually consists of three persons—the PRESIDENT OF THE CHURCH and two counselors selected by the President. Joseph Smith, the first President, called more than two men to assist him. Other Presidents have occasionally also used this practice of additional counselors as needed. Most recently, Spencer W. Kimball was assisted at times by three counselors.

The First Presidency was established in March 1832, two years after the founding of the Church. Jesse Gause and Sidney Rigdon were called to be counselors to Joseph Smith. Gause served in this position only until that December, when he proved unfaithful and was excommunicated. The calling was subsequently given to Frederick G. Williams, who was ordained on March 18, 1833 (D&C 81, 90). Further direction pertaining to the organization of the First Presidency was given in a revelation on priesthood in 1835. Three men were to be chosen and appointed, and ordained to that office by the QUORUM OF THE TWELVE APOSTLES, "and upheld by the confidence, faith, and prayer of the church" (D&C 107:22).

Latter-day Saints believe that the New Testament APOSTLES—Peter, James, and John—comprised a First Presidency with Peter as the presiding officer, and with James and John as counselors. As an ancient First Presidency, they functioned in a manner similar to the

First Presidency today. For instance, the Bible describes occasions when Jesus dealt with Peter alone (Matt. 18:19; Luke 24:34), and others when the three apostles were involved (Matt. 17:1–3; 26:37–39; Mark 5:37–42). These passages suggest that the roles of these three men were different from the roles of the other apostles. As a First Presidency, Peter, James, and John possessed the special authority to give Joseph Smith and Oliver Cowdery the KEYS of ministry in the dispensation of the fulness of times. It is these keys that control the exercise of the priesthood by all others in the vital functions of the Church in modern times.

Members of the First Presidency are not coequal. The authority rests solely with the President, the counselors having a subordinate role, with the first counselor having precedence over the second counselor. In the absence of the President, the counselors preside in meetings with the Council or Quorum of the Twelve Apostles and other GENERAL AUTHORITIES, and in the conferences of the Church. If the President is ill and unable to carry out all his functions, the counselors may conduct the affairs of the Church under his direction. In such a case, the counselors operate in close consultation with the President of the Council of the Twelve. However, the President of the Church remains the final authority.

The selection of the counselors is the prerogative of the President. A new President may or may not choose to retain the counselors of his predecessor. The counselors are usually apostles, but in a few cases men have been called who were not ordained apostles, the first such being Sidney Rigdon (1832) and Frederick G. Williams (1833). More recently, Thorpe B. Isaacson was called in 1965 to serve in the First Presidency under David O. McKay. In some cases, the counselors have been apostles but not members of the Twelve, such as Alvin R. Dyer, another counselor to President McKay.

The general membership of the Church votes to sustain the First Presidency but does not elect them. Because members of the Church believe that the calling and authority of the First Presidency come from God, their vote is one of COMMON CONSENT, to ratify or oppose a selection that has already been made.

Doctrine and Covenants 107:9 states, "The Presidency of the High Priesthood, after the order of Melchizedek, have a right to offi-

118 ● FIRST PRESIDENCY

ciate in all the offices in the church." As the highest level of author-
ity, the Quorum of the First Presidency has the ultimate power of
appointment, presidency, interpretation of doctrine, and all other
matters pertaining to the Church. Thus, all other quorums, councils,
and organizations of the Church operate under the authority of this
quorum.

Affairs administered directly by the First Presidency have
included planning general and area conferences and solemn
assemblies; budgeting, auditing, educational, historical, personnel,
and other general Church departments; and temples. All other mat-
ters are administered by the Council of the Twelve, the PRESI-
DING BISHOPRIC, or the SEVENTY, under the direction of the First
Presidency.

In the First Presidency, the decision making is to be unanimous.
Close and careful consultation between the President and his coun-
selors helps to assure a consensus (Hinckley, p. 50).

The First Presidency normally meets at least weekly as a unit,
then in joint session with the Quorum of the Twelve Apostles to con-
sider matters needing their attention. It is in this COUNCIL OF THE
FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES that any
changes in administration or policy for the Church are considered
and approved.

The First Presidency also meets weekly with the Presiding
Bishopric. Meetings are held each month with all the General
Authorities, where they are informed about any changes in programs
or procedures. In addition, the First Presidency meets as needed with
other councils, boards, and groups to which various responsibilities
have been delegated.

Upon the death of the President, the Quorum of the First
Presidency is automatically dissolved and the ultimate authority of
the Church passes immediately to the Twelve, with the presiding offi-
cer being the President of the Quorum of the Twelve Apostles. The
counselors, if they are apostles, return to their respective positions
in that quorum according to seniority of appointment. The First
Presidency is reconstituted at the calling of a new President, who in
every instance has been the President of the Quorum of the Twelve
Apostles, and then he selects his own counselors. Once this is
accomplished, supreme authority returns to the First Presidency.

BIBLIOGRAPHY

Hinckley, Gordon B. "In . . . Counsellors There Is Safety." *Ensign* 20 (Nov. 1990):48–51.

Tanner, N. Eldon. "The Administration of the Church." *Ensign* 9 (Nov. 1979):42–48.

J. LYNN ENGLAND
W. KEITH WARNER

## FOLLOWING THE BRETHREN

Latter-day Saints believe that God gives revelations to living PROPHETS and that their words, when so inspired, are to be received as his (D&C 1:38). It has therefore become common in the Church to say that Christ and his prophets are as one because they represent him (cf. John 17:21–23). This means that prophets, as agents of Christ, announce his gospel, and are one with him in teaching, testimony, and purpose. Thus, the scriptural injunction to follow Jesus and the baptismal covenant to obey his commandments also require following his prophets.

Among Latter-day Saints the injunction to "follow the Brethren" derives from this requirement of obedience to Jesus and to prophetic instruction. In this context, "the Brethren" are the GENERAL AUTHORITIES, particularly the FIRST PRESIDENCY and the QUORUM OF THE TWELVE APOSTLES, who are formally sustained as prophets, seers, and revelators. The principle involved can be extended to include local priesthood leaders such as PRIESTHOOD QUORUM presidencies, BISHOPS and STAKE PRESIDENTS, and the presidencies of the women's auxiliary organizations—RELIEF SOCIETY, YOUNG WOMEN, and PRIMARY—within their respective jurisdictions. This extension of the principle to all Church leaders at every level is based on the recognition that all officers in the Church are entitled to revelation in their CALLINGS and on the assumption that they are in harmony with the Brethren. Referring specifically to the prophet who is currently President of the Church, the Lord has instructed members to "give heed unto all his words and commandments which he shall give unto you as he receiveth them, walking in all holiness before me; For his word ye shall receive, as if from mine own mouth, in all patience and faith" (D&C 21:4–5).

Case 2:04-cv-02338-RSM    Document 12-9    Filed 01/03/2005    Page 7 of 11

and DISTRIBUTION CENTERS in European countries, the Americas, and the Pacific Rim.

Members of the First Council of the Seventy were ordained high priests in 1961 in order to better assist the Twelve in overseeing the growing number of wards and stakes. REGIONAL REPRESENTATIVES and Mission Representatives of the Twelve were called in 1967 and 1972, respectively (and merged in 1974). These officers played a key role in training and advising local leaders, an increasing number of whom were relatively recent converts with little administrative experience.

Spencer W. Kimball's presidency (1973–1985) saw important administrative changes, often in the direction of regionalizing responsibilities. Several functions previously reserved for General Authorities were delegated to stake presidents. In 1975 the First Quorum of the Seventy was reinstated as a body of General Authorities; a decade later the office of Seventy became exclusively a General Authority position. Regional Representatives received limited line authority to supervise stake work (1976). In 1978 the Twelve became more directly involved in such ecclesiastical matters as curriculum, activity programs, and Scouting; the Presiding Bishopric retained responsibility for temporal programs but no longer for the youth. To enhance general Church supervision of local operations throughout the world and at the same time facilitate regionalization, in 1984 an AREA PRESIDENCY (a president and two counselors, all of the Seventy) was organized for each of several major geographic areas. As the Church expands, boundaries are redrawn, and the number and importance of area presidencies increase.

Church programs have also been redesigned to meet the needs of an increasingly international membership. During the 1960s a labor missionary program (modeled after one that earlier constructed a college and a temple in New Zealand, and numerous chapels, especially in the South Pacific) helped the Church build meetinghouses in all parts of the world (see BUILDING PROGRAM). In the mid-1970s the Church divested itself of hospitals that benefited primarily residents of the Intermountain West and focused increased attention on the construction of chapels and temples worldwide—this time not by labor missionaries but by professional builders. A consolidated Sunday three-hour meeting schedule for priesthood, SACRAMENT MEETING, and auxiliary meetings was introduced in the United States and Canada in 1980 and later worldwide. By the 1980s a satellite communications network linked headquarters with many local stakes; that, and the widespread use of videotapes, made general conferences and communications from Church headquarters much more accessible. By 1990 much of the training of local leaders had been assumed by area presidencies and regional representatives.

In the 1980s Church financing became increasingly centralized, relieving local units of a major burden. Beginning in 1982 ward and stake buildings were funded fully from general Church funds (from tithes). In 1990 general funds also became the source for financing all local operations in the United States and Canada (see FINANCES OF THE CHURCH).

Though the basic administrative officers date from the founding generation, the challenges faced and the way the Church organizes itself to meet those challenges have changed dramatically. Such changes will continue. As President John Taylor said in 1886, the priesthood must not be fettered by "cast iron rules," for it is "a living, intelligent principle, and must necessarily have freedom to act" as circumstances require (First Council of the Seventy, Minutes, Dec. 15, 1886, Church Archives).

BIBLIOGRAPHY

Allen, James B., and Glen M. Leonard. *The Story of the Latter-day Saints.* Salt Lake City. 1976.

Cowan, Richard O. *The Church in the Twentieth Century.* Salt Lake City, 1985.

Hartley, William G. "The Priesthood Reform Movement, 1908–1922." *BYU Studies* 13 (Winter 1973):137–56.

——. "The Priesthood Reorganization of 1877: Brigham Young's Last Achievement." *BYU Studies* 20 (Fall 1979):3–36.

Quinn, D. Michael. "The Evolution of the Presiding Quorums of the LDS Church." *Journal of Mormon History* 1 (1974):21–38.

Widtsoe, John A. *Priesthood and Church Government.* Salt Lake City, 1954.

WILLIAM G. HARTLEY

## CONTEMPORARY ORGANIZATION

Members of The Church of Jesus Christ of Latter-day Saints believe that certain organizational principles, laws, and arrangements are divinely inspired. As evidence of this they point to callings and offices in the contemporary organization of the Church (e.g., prophet, apostle, the seventy, and evangelist or patriarch) that were also present in the early Christian church. Several early revelations,

including the original articles of Church organization and government (D&C 20) and the revelation on PRIESTHOOD (D&C 107), are seen by members of the Church as sources of a divinely inspired organizational pattern. All offices and callings are filled by lay leaders, as the Church has no professional clergy. Even full-time missionaries and GENERAL AUTHORITIES are drawn from the laity (see LAY PARTICIPATION AND LEADERSHIP).

PRINCIPLES OF ORGANIZATION. Six basic principles that can be inferred from the revelations have shaped the historical and contemporary organization of the Church.

First is the guiding principle that the Church functions in the context of God's eternal plan. Latter-day Saints believe that God's work and glory is to "bring to pass the immortality and eternal life" of mankind (Moses 1:39). To further this plan, the Church pursues a complex mission that can be described as threefold: (1) proclaiming the gospel of Jesus Christ to every nation, kindred, tongue, and people; (2) perfecting the Saints by preparing them to receive the ordinances of the gospel and, by instruction and discipline, to gain exaltation; and, (3) redeeming the dead by performing vicarious ordinances in the temple for those who have lived on the earth (Kimball, p. 5). The structures, programs, and processes of the contemporary organization of the Church are designed to fulfill one or more dimensions of the Church mission.

The second principle establishes the priesthood of God as the organizing authority of the Church. Structurally, the Church follows a strict hierarchical form, and authority is exercised through priesthood KEYS, which determine who presides over the Church and who directs its affairs at each organizational level. The PRESIDENT OF THE CHURCH is the only person on earth authorized to exercise all priesthood keys. But through his authority different keys are delegated to individuals when they are called and "set apart" to specific positions of priesthood leadership and responsibility.

Third is the principle of presidencies and councils (see PRESIDENCY, CONCEPT OF; PRIESTHOOD COUNCILS). Presidents, because they hold priesthood keys and are entitled to the powers of presidency, possess the ultimate decision-making authority for their assigned stewardships. Nevertheless, all presidents are instructed to meet in presidencies and councils to hear various points of view. For

example, it is the responsibility of counselors to presidents to give counsel; in Church disciplinary councils, council members may even be assigned to represent competing points of view. The same patterns are observed in the presidencies of the AUXILIARY ORGANIZATIONS, even though no priesthood keys may be involved.

Fourth is the law of COMMON CONSENT. Church leaders are selected through revelation by those in authority. Before new leaders may serve, they must receive a formal sustaining vote from the members whom they will serve or over whom they will preside. When members of the Church sustain leaders, they commit themselves to support these leaders in fulfilling their various stewardships.

Fifth is the principle of orderly administration. The organization of the Church follows prescribed policies and procedures that in the contemporary Church are defined in the GENERAL HANDBOOK OF INSTRUCTIONS, the Melchizedek Priesthood Handbook, and other handbooks and manuals for specific programs. An order or pattern is indicated for such procedures as ordinations, ordinances, and blessings; conducting meetings; extending callings and releases to members in various callings in the Church; keeping records and reports; controlling finances; and exercising Church discipline (see DISCIPLINARY PROCEDURES).

Sixth, the contemporary organization of the Church continues to change in response to the demands of rapid international growth. New auxiliary organizations and new levels of geographic representation (e.g., REGION and AREA) have been added since the original revelations were received. Nevertheless, the influence of the first five organizing principles can still be seen at every organizational level in both the ecclesiastical order and the administrative support system of the Church. In this respect, the contemporary organization o the Church is a product of both constancy and change.

Most people experience the organization of the LDS Church principally at the local level, where congregations are organized int WARDS. Although the local ward organization meets most of the reli gious needs of the members within its boundaries, many specialize services are provided at a higher level. In addition, ward officers ar in continuing contact with a hierarchy of priesthood leaders linkir them directly to the central authorities in Salt Lake City. Wards ar organized into STAKES, stakes into regions, and regions into area



which constitute the major international divisions of the Church organization. The present article will describe the organization beginning with the most general level and ending with the local wards.

A body of priesthood leaders called the General Authorities heads the organization of the Church. They are full-time ecclesiastical leaders drawn from the laity, and they receive modest living allowances from returns on investments made by the Church, not from the tithes and offerings paid by members of the Church. The General Authorities consist of the FIRST PRESIDENCY of the Church, the QUORUM OF THE TWELVE APOSTLES or Council of the Twelve, the Quorums of the SEVENTY, and the PRESIDING BISHOPRIC.

These General Authorities preside over the entire ecclesiastical organization of the Church, from the central headquarters in Salt Lake City, and its area offices in major cities in different parts of the world. They also manage the departments of the central office, which are composed largely of full-time employees who serve the administrative needs of the Church from offices in Salt Lake City and other locations as needed. This administrative support system functions in cooperation with the normal ecclesiastical channels, maintaining clear and direct lines of authority and responsibility between local and general officers of the Church.

The First Presidency
Quorum of the Twelve Apostles
Area Presidencies — Quorums of the Seventy
Mission President — Regional Representative
Stake Presidency — High Council
Ward Bishopric
Members

THE FIRST PRESIDENCY.    The First Presidency is the highest council of the Church, and is composed of the President of the Church and usually two counselors. The First Presidency performs the central and authoritative role of receiving revelation and establishing policies and procedures for the Church. When the President dies, the senior apostle (i.e., the member of the Quorum of the Twelve Apostles with the longest tenure) becomes President of the Church, and he chooses his counselors usually from among the other apostles, without regard to seniority. A new apostle is then chosen to fill the complement of twelve.

Since the First Presidency is a policymaking body, relatively few organizations and departments of the Church administrative support system report directly to it. For example, the various units of the Church Educational System (CES), including institutes and seminaries, report through a Board of Education. Brigham Young University, BYU—Hawaii, Ricks College, the LDS Business College, and several small colleges and schools located outside the United States also report through their boards of trustees.

The Church Auditing Department, the Budget Office, and the Personnel Department report directly to the First Presidency or its committees, as do the advisers to the Mormon Tabernacle Choir and the Mormon Youth Symphony and Chorus. Although not a part of the Church administrative system, TEMPLE PRESIDENTS likewise report directly to the First Presidency.

THE COUNCIL OF THE TWELVE.    The Council, or Quorum, of the Twelve Apostles is a quorum "equal in authority and power" to the First Presidency, meaning that when the First Presidency is dissolved (which occurs upon the death of the President of the Church) the Council of the Twelve exercises all of the power and authority previously reserved to the First Presidency until a new First Presidency is organized (D&C 107:23-24). The Council of the Twelve is presently organized into four executive groups—the Correlation Executive Committee composed of the Council of the Twelve's three most senior apostles; the Missionary Executive Council; the Priesthood Executive Council; and the Temple and Family History Executive Council.

The Correlation Executive Council reviews the work of the three other councils. It also directs the Correlation Department, which

Case 2:04-cv-02338-RSM   Document 12-9   Filed 01/05/2005   Page 10 of 11

evaluates manuals and other materials disseminated to the membership of the Church and conducts research for the General Authorities (see CORRELATION). The Evaluation Division of the Correlation Department includes lay-member committees responsible for reviewing all Church materials, research, and the translation of materials.

The Missionary Department of the Church, which provides support to a worldwide proselytizing effort. It is made up of several major sections, including the Proselyting Resource Division; several Missionary Training Centers; the Missionary Operations Division, for handling day-to-day missionary activities; and the Media Division.

The Priesthood Executive Council directs the Priesthood Department and the Curriculum Department of the Church. The Priesthood Department supervises the activities of the MELCHIZEDEK PRIESTHOOD and the auxiliaries of the Church. Among these auxiliary organizations are the PRIMARY (for young children), the YOUNG MEN and YOUNG WOMEN (for youth ages twelve to eighteen), the RELIEF SOCIETY (for adult women), and the SUNDAY SCHOOL. The members of the general presidencies of the Relief Society, Young Women, and Primary are women who are called to serve on a part-time basis, while members of the general presidencies of the Young Men and Sunday School are members of the quorums of the Seventy. The principal role of the general presidencies of the auxiliaries is to train and serve the leaders and members of their respective organizations in the stakes and wards of the Church. The Curriculum Department is responsible for planning, developing, and producing printed, audio, and audiovisual materials for the Church. It includes the Curriculum Planning and Development Division, the Audiovisual Planning and Development Division, the Publications Coordination Division, the Scriptures Coordination Division, and the Church Magazines Division.

The Temple and Family History Executive Council directs the Temple Department, the Family History Department, and the Historical Department of the Church. The Temple Department supervises the operation of the Church's temples throughout the world. The major divisions of the Temple Department are the Recording and Ordinance Procedures Division, the Ordinance Recording Systems Division, and the Audiovisual Services Division. The Family History

Department manages the genealogical research done by members of the Church all over the world and assists members in researching their ancestors. It engages in the acquisition and storage of genealogical records, manages the worldwide system of genealogical libraries, and supervises the preparation of individual names for temple ordinance work. The Historical Department acquires, organizes, preserves, and oversees the use of materials of enduring value to the Church. The department includes the Archives Division, the Library Division (for historical research), and the Museum Division.

Members of the Missionary, Priesthood, and Temple and Family History executive councils also have "first contact" assignments in various areas of the Church. This means that these members of the Council of the Twelve work with specific area presidencies and are ultimately responsible for all the work of the Church in their assigned areas.

THE QUORUMS OF THE SEVENTY. Members of the First Quorum of the Seventy are called to serve usually until they reach seventy years of age, while members of the Second Quorum of the Seventy are normally called to serve for five years. Members of the quorums of the Seventy serve under the direction of the Presidency of the Seventy. The seven presidents of the Seventy presently serve as Executive Directors of, respectively, the Correlation, Missionary, Priesthood, Curriculum, Temple, and Family History departments of the Church. Members of the quorums of the Seventy are assigned to serve in area presidencies throughout the world. Area presidencies oversee both the local units and the missions of the Church. Each mission is presided over by a MISSION PRESIDENT, who oversees the proselytizing activities of approximately two hundred missionaries.

Those members of the quorums of the Seventy assigned to the areas of North America work at the general headquarters of the Church in Salt Lake City. They also receive assignments as assistant executive directors over the departments of the Church or as members of general presidencies of the Young Men and Sunday School organizations of the Church.

THE PRESIDING BISHOPRIC. The Presiding Bishopric is made up of three General Authorities—the Presiding Bishop and two

counselors—responsible for many of the temporal affairs of the Church. They report directly to the First Presidency of the Church and oversee the WELFARE SERVICES, Physical Facilities, Materials Management, Information Systems, Finance and Records, Investments, LDS Foundation, and Security departments of the Church.

The members of the Presiding Bishopric also support directors for temporal affairs assigned to each of the areas of the Church, who oversee all the temporal affairs of the Church in their assigned areas.

The Welfare Services Department is charged with helping members of the Church to care for themselves and for the poor and needy. The department consists of the Employment Services Division, Deseret Industries (organized for the employment and rehabilitation of disadvantaged members of the Church), and the Production/Distribution Division (responsible for the production, processing, and distribution of sustenance to temporarily disadvantaged Church members).

The Physical Facilities Department provides, maintains, and manages Church buildings and sites in the United States and Canada, and provides functional support for Church-owned physical facilities throughout the world. The department is divided into the Architecture and Engineering Division, the Headquarters Facilities Division, the Real Estate Division, and the Temple and Special Projects Division.

The Materials Management Department provides Church members and the local units of the Church with equipment, functional services, supplies, sacred clothing, and published materials. The divisions of this department include Printing Services, Beehive Clothing (a production facility for articles of sacred clothing), the Purchasing Division, the Translation Division, the Vehicle Fleet Division, and the Food Services Division.

The Information Systems Department provides information services to the administrative departments and the areas, regions, stakes, and wards of the Church. The department is composed of the Client Services Division, the Operations Services Division (Data Center), and the Applications Services Division.

The Finance and Records Department protects the assets and vital administrative records of the Church. It is organized into the Treasury Services, Controller, Tax Administration, Risk Management, and Membership and Statistical Records divisions.

The Investments Department is responsible to the Presiding Bishopric for investment securities and investment properties of the Church and is organized into separate divisions to perform these responsibilities.

The purpose of the LDS Foundation is to encourage and facilitate charitable giving to the Church and its programs. The LDS Foundation consists of the Donor Services, Donor Services Support, and Administrative Services divisions.

Finally, the Security Department is charged with providing security for properties at Church headquarters and other locations and personal protection as determined by the First Presidency. The department is organized into divisions responsible for each activity.

THE LOCAL UNITS OF THE CHURCH.    The General Authorities oversee the geographical areas of the Church and normally become involved in local Church affairs through regional representatives. Regional representatives, like stake and ward leaders, serve on a part-time basis. All are lay members, and receive no financial compensation from the Church for their services. Regional representatives perform an advisory and training role. Their principal responsibility is to train local Church leaders in their assigned regions, as directed by the Council of the Twelve through the area presidencies.

The local units of the Church are stakes and wards. Stakes are centers of Church activity. The size of a stake may range from 2,000 to 7,000 members, and each stake provides its members with the full range of programs and services of the Church. Each stake is presided over by a STAKE PRESIDENT and two counselors, assisted by a HIGH COUNCIL of twelve or more men. The stake presidency and high council form the Stake Priesthood Executive Committee, which directs all stake activities. The Stake Priesthood Executive Committee is usually divided into the Stake Melchizedek Priesthood Committee and the Stake Aaronic Priesthood Committee. The Stake Melchizedek Priesthood Committee, under the direction of the stake president (chairman) and a counselor in the stake presidency (vice-chairman), supervises Melchizedek Priesthood quorums and trains quorum and group leaders. The Stake Aaronic Priesthood Committee, chaired by