# EXHIBIT L

# PROTOCOL FOR ABUSE HELP LINE CALLS

| CALLER INFORMATION | REPORTING INFORMATION |
|---|---|
| Date: 10-21-99 | • Is this a High Risk Case? (Yes to any of 1-6 below) ... ☐ Yes ☐ No |
| Name of caller: | • Is this a "reportable situation" ............. ☐ Yes ☐ No |
| Position: | • Who has reported? |
| Ward: | • Who will report? |
| Stake: | • Legal counsel was consulted? ............. ☐ Yes ☐ No |
| Home phone: | Attorney name |
| Work phone: | • Follow up date: _____ ☐ Complete |

**TELL PRIESTHOOD LEADER THAT NO IDENTIFYING INFORMATION SHOULD BE GIVEN. USE FIRST NAMES ONLY.**

***HIGH RISK CASES***
If any of the following questions are answered "Yes", immediately transfer the call to legal counsel (see phone number below). It is important to have legal counsel involved in the discussions between priesthood leaders and Abuse Help Line Personnel in order to preserve the confidentiality of the information.

1. Does your call concern child sexual abuse which may have occurred on Church property? .................. ☐ Yes ☐ No
2. Does your call concern child sexual abuse which may have occurred at a Church-sponsored activity? .......... ☐ Yes ☐ No (Church, Seminary, Boy Scouts, Cub Scouts, etc.)
3. Does your call concern child sexual abuse by a Church leader or youth leader who used their Church .......... ☐ Yes ☐ No position to accomplish the abuse? (Nursery leader abusing children in nursery, a seminary teacher abusing seminary students, a youth leader abusing his/her youth, a *missionary* (see below), etc. )
4. Does your call concern an alleged perpetrator employed by the Church? .................................. ☐ Yes ☐ No
5. Are you aware of previous child sexual abuse or tendency toward sexual Abuse by the alleged .............. ☐ Yes ☐ No perpetrator?
6. Does your call concern an alleged perpetrator who is currently a *missionary* (even if the abuse occurred prior to ☐ Yes ☐ No his or her mission)? If "Yes", transfer this call to Bob Blattner or Richard Black (see phone numbers below).

NOTES (use back of this sheet if necessary):

REPORTING ISSUES
After the Abuse Help Line worker has obtained all of the facts and background information, he or she should DETERMINE WHETHER OR NOT THE INCIDENT OF CHILD ABUSE HAS ALREADY BEEN REPORTED TO CHILD PROTECTION OR LAW ENFORCEMENT AUTHORITIES. IF NOT, Abuse Help Line WORKERS SHOULD INSTRUCT PRIESTHOOD LEADERS TO ENCOURAGE AN INTERESTED PERSON TO REPORT THE ABUSE. Individuals who may report include the victim, the perpetrator, or other third parties who know about the abuse (neighbors, parents of victim, spouse or family of the perpetrator, etc.)

*If a priesthood leader recommends that a perpetrator report the abuse to civil authorities, he should also recommend to the perpetrator that he or she should consider obtaining legal counsel.

If the sexual abuse has been or will be reported immediately to civil authorities by a person other than the priesthood leader and does not fall within the above guidelines, no transfer to legal counsel is necessary. A call should be transferred to legal counsel when it appears that the abuse will not be reported to civil authorities unless it is reported by the priesthood leader or it falls within the above guidelines for high risk cases.

*Abuse Help Line PERSONNEL SHOULD NEVER ADVISE A PRIESTHOOD LEADER TO REPORT ABUSE. COUNSEL OF THIS NATURE SHOULD COME ONLY FROM LEGAL COUNSEL.

| LEGAL COUNSEL | | | |
|---|---|---|---|
| Kirton & McConkie | 1. Merrill Nelson ..... work 321-4886 ..... home 1-435-884-6789 | | |
| Main 328-3600 | 2. Tom Walk ....... work 321-4808 ..... home 328-3600 ..... cellular 550-5754 | | |
| Fax 328-4893 | 3. David McConkie .. work 321-4854 ..... home 295-4572 | | |
| | 4. Von Keetch ...... work 321-4859 | | |
| MISSIONARY | Bob Blattner ........ LDSFS 240-1834 ... home 292-8530 ..... cellular 699-3435 | | |