SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

KENNETH FLEMING and JOHN DOE,

                                    Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, a/k/a the "MORMON CHUCH," LDS
SOCIAL SERVICES a/k/a LDS FAMILY
SERVICES, a Utah corporation,

                                    Defendants

NO. C04-2338RSM

CERTIFICATE OF SERVICE

         The undersigned certifies that on the date noted below I electronically filed Plaintiffs'

Response to Defendants' Motion to Dismiss and Declaration of Timothy D. Kosnoff in

Support of Plaintiffs' Response to Defendants' Motion to Dismiss using the CM/ECF system

which will send notification of such filing to the person(s) listed below.  The persons listed

below also received a true and correct copy of the above-referenced document via hand

delivery by ABC Legal Messengers.

CERTIFICATE OF SERVICE - 1 of 2
(C04-2338RSM)
[133132 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

1

2    Thomas D. Frey, Esq.
     Marcus B. Nash, Esq.
3    STAFFORD FREY COOPER
     1301 Fifth Avenue, Suite 2500
4    Seattle, WA  98101-2621
     Attorneys for Defendant
5
          DATED this 3rd day of January, 2005, at Seattle, Washington
6

7
                              */s/ Natalie Jaquish*
8                    _____

9                    Natalie Jaquish, Legal Assistant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE  - 2 of 2
(C04-2338RSM)
[133132 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575