UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING AND JOHN DOE,<br><br>Plaintiffs.<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole, a/k/a "MORMON CHURCH," LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah Corporation.<br><br>Defendants. | NO. CV4-2338-RSM<br><br>PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) |

Plaintiffs Kenneth Fleming and John Doe provides these initial disclosures under Rule 26(a)(1) and in accordance with the Court's Order of December 14, 2004.

1. **Persons Likely to Have Discoverable Information**

See attached Exhibit A to Initial Disclosures.

2. **Documents**

The documents, data compilations and tangible things (collectively referred to as "documents") that are in the possession, custody or control of Plaintiffs and that Plaintiffs

PLAINTIFFS' INITIAL DISCLOSURES - 1 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

may use to support their claims are described below by category and location of the available documents and Plaintiffs reserve the right to disclose additional relevant documents as discovery progresses.

    A.    Medical Records

    B.    Jack Onfrey, aka Jack Loholt, King County Suspect Information Report and Bail Order, No. 90-1-01505-6

    C.    Jack Onofrey, aka Jack Loholt, King County Criminal Court File Documents, 90-1-01505-6.

    D.    Kenneth Fleming LDS Missionary Journals. Letters and Forms.

    E.    Renton and Kent State Directories 1969 through 1980.

    F.    Two Letters from Chief Seattle Council Boy Scouts of America to Kenneth Fleming, date Oct. 7th and 27, 2003.

**3.    Damages Claimed**

Plaintiffs have economic and non-economic damages, including pain and suffering, emotional and psychological injuries, and possible past and future wage loss claims. General damages are a matter for the unique province of the jury. Past and future wage loss will be explained and supported by expert testimony.

    4.    Insurance Agreement

None known at this time.

//

PLAINTIFFS' INITIAL DISCLOSURES - 2 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 21 day of January, 2005.

        GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

By _____
    Michael T. Pfau, WSBA No. 24649
    mpfau@gth-law.com
    Attorneys for Plaintiffs

LAW OFFICE OF TIMOTHY D. KOSNOFF
Attorneys for Plaintiffs

By _____
    Timothy D. Kosnoff, WSBA No. 16586

PLAINTIFFS' INITIAL DISCLOSURES - 3 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the State of Washington that I am employed by Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim and on this date I electronically filed the within Plaintiffs' Initial Disclosure Pursuant to Rule 26(A)(1) using the CM/ECF system which will send notification of such filing to the persons listed below. The persons listed below will also be delivered via legal messengers the document to which this Certificate of Service is attached to the attorneys of record as follows:

Thomas D. Frey
Marcus Nash
Stafford Frey Cooper
Attorneys
3100 Two Union Square
601 Union
Seattle, WA 98101-1374

Thomas D. Frey: tfrey@staffordfrey.com , mjarrett@staffordfrey.com
Marcus B. Nash: mnash@staffordfrey.com, astone@staffordfrey.com

Dated and signed this 21st day January 2005 in Seattle, Washington.

_____
Vicki D. Burrows_____, for Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim

PLAINTIFFS' INITIAL DISCLOSURES - 4 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**Exhibit A to Initial Disclosures**

1

2

3  <u>Valloy Allenbach</u>
4  1334 W. Renassance Place
   Pleasant Grove, UT 84601
5  (801) 796- 9795

6  R.A.
7  c/o Gordon Thomas Honeywell

8  John Doe
   c/o Gordon Thomas Honeywell
9

   Ken Fleming
10 c/o Gordon Thomas Honeywell

11
   Brent Allenbach
12 1556 W. 1500N
   Farmington, UT
13 801-451-8810

14
   Faye F. Miller
15 13932 SE 275th St.
   Kent, WA 98042-9029
16
   Nina Harrison
17 401 37th St. SE
   Auburn, WA 98002
18 (253) 833-8360

19
   Armond L. Harrison
20 401 37th St. SE
   Auburn, WA 98002
21 (253) 833-8360

22
   Kevin Boren
23 804 E. Main St., Apt. 5
   Emmett, ID 83617
24 208-412-5753

25 Don Boren
   133 Rice Ln
26

PLAINTIFFS' INITIAL DISCLOSURES - 5 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  Onalaska, WA 98570
   (360) 978-4592
2
3  Brian Nielsen
   Address unknown
4
   Pat McVay
5  Address Unknown

6  Terry Clark
   Address Unknown
7
8  Thomas V. Dabling
   17805 SE 266th Pl
9  Covington, WA 98042
   (253) 631-2663
10
11 Brett Parkin
   15218 NE 18th Ave
12 Vancouver, WA 98686-1415
   (360)566-0229
13
   Rick Potter
14 (253) 841- 7655

15
   Detective John Lewitt
16 Seattle Police Department
   Seattle, WA
17 (253) 335-8658

18
   Richard Lloyd Dilley
19 27013 Pacific Highway S.
   Des Moines, WA 98198
20
   Bp. F. Rex Johansen
21 25316 113th Ave. SE
   Kent, WA 98030
22 (253) 854-7450

23
   Ernie Humphrey
24 23725 156th Avenue SE
   Kent, WA 98042
25 253-631-6169

26

PLAINTIFFS' INITIAL DISCLOSURES - 6 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | |
|---|---|
| 1 | Jeanne Humphrey |
| 2 | 23725 156th Avenue SE |
| | Kent, WA 98042 |
| 3 | 253-631-6169 |
| 4 | Bp. Richard E. Pettit |
| | 2565 Rockhampton Dr. |
| 5 | Sandy, UT 84092-7110 |
| 6 | Larry Pettit |
| 7 | 801-492-4266 |
| 8 | Scott Pettit |
| | Address unknown |
| 9 | |
| | Jack Gaines |
| 10 | 631-356-9253 |
| 11 | |
| | T.D. |
| 12 | C/o Gordon Thomas Honeywell |
| 13 | Dan Fleming |
| | 32232 3rd Avenue |
| 14 | Black Diamond, WA 98010 |
| 15 | (360) 886-7088 |
| 16 | Arlene Mae Fleming |
| | 11225 SE 236th Pl |
| 17 | Kent, WA 98031 |
| | 206-467-2808 |
| 18 | |
| 19 | Kathryn Elaine F. Wheeler |
| | 1713 N. Tara Ct. |
| 20 | Lynden, WA 98264 |
| | (360) 354-6648 |
| 21 | |
| 22 | Diana Mae F. Sirrine |
| | 24124 96th Ave. S |
| 23 | Kent, WA 98030 |
| | (253) 850-3051 |
| 24 | |
| 25 | R. K. |
| | c/o Gordon Thomas Honeywell |
| 26 | |

PLAINTIFFS' INITIAL DISCLOSURES - 7 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  Christina Lorraine F. Threlkeld
   21638 S.E. 239th Pl
2  Maple Valley, WA 98038
   425-255-2185
3

4  Jack Onofrey
   RR 1
5  Lac La Hache, BC
   (250) 396- 7106
6

7  Brad Keller
   124 Anniversary Lane
8  Longmont, CO 80501-2810
   (303) 684-8373
9

   Tom Kelly
10 15124 SE 260th
   Kent, WA 98042
11 (253) 638-2255

12
   Brian Gross
13 2414 109th Ave SE
   Everett, WA 98205
14 (425) 334-9781

15
   Eagle Knutson
16 (address unknown)

17 Dorothy Kelly
   15016 SE 260th
18 Kent, WA 98042

19
   C.B.
20 c/o Gordon Thomas Honeywell

21 Bp. Phillip Coleman
   13510 SE 250th
22 Kent, WA
   (253) 631-2635
23

24 Bp Owen Jensen
   23033 S. Lake Wilderness S Dr., #S
25 Maple Valley, WA 98038
   (425) 413-0674
26

PLAINTIFFS' INITIAL DISCLOSURES - 8 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1

2  Bp. Randall K. Borland
3  620 Sumac Lane
   Provo, UT 84604
4  (801) 374-1146

5  Kenneth Keller
   Address unknown
6  Last known number (253)631-2611

7  Robert Sheppard
8  13227 SE 212th Pl
   Kent, WA 98042
9  (253) 639-8416

10 Yvonne Sheppard
   13227 SE 212th Pl
11 Kent, WA 98042
12 (253) 639-8416

13 Thomas Manning, Jr.
   27127 137th Ave. SE
14 Kent, WA 98042

15 Frederick Sodenkamp
16 Address unknown

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' INITIAL DISCLOSURES - 9 of 9
(C04-2338RSM)
[134417 v04]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575