

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| KENNETH FLEMING AND JOHN DOE | CAUSE NO. C04-2338RSM |
|---|---|
| Plaintiff/Petitioner | Declaration of Service of: SUBPOENA DUCES TECUM FOR DEPOSITION; NOTICE OF DEPOSITION BY VIDEO; LETTER; WITNESS FEE CHECK; W-9 TAX FORM |
| vs. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, A/K/A THE "MORMON CHURCH, ET AL. | |
| Defendant/Respondent | Hearing Date: Feb 17 2005 |

DECLARATION:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Feb 6 2005 2:33PM at the address of 15016 SE 260TH ST KENT within the County of King State of Washington, the declarant duly served the above described documents upon DOROTHY KELLY by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with DOROTHY KELLY. No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated February 7, 2005 at Seattle, WA

by _____K. Boddy-Ross_____
   K. Boddy-Ross

Service Fees Total: 92.00

04-CV-02338-CMP

ORIGINAL
OOF OF SERVICE

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA 98101