# STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100   Seattle WA 98101.1374   TEL 206.623.9900   FAX 206.624.6885

February 25, 2005

**Hand Delivered**

Lowell Williams, Deputy Clerk
Laurie Cuaresma, Deputy Clerk
The Honorable Richard S. Martinez
UNITED STATES DISTRICT COURT
700 Stewart Street
Seattle WA  98101

____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

FEB 2 5 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Re:  Fleming, et al. v. Corporation of the President of the Church of Jesus Christ of Latter-day Saints, et al.
     Case No. C04-2338 RSM

Dear Mr. Williams and Ms. Cuaresma:

This firm represents defendants in the above-referenced matter. We are in receipt of the Court's Order Setting Trial Date & Related Dates.

We write to advise the court of an irreconcilable conflict with the scheduled trial date of March 6, 2006, and to request a brief continuance of the trial date. The assigned representatives for the Corporation of The President of the Church of Jesus Christ of Latter-day Saints are unavailable during the month of March 2006, but would be available anytime after April 5, 2006. Defendants are not requesting a change in any of the pretrial dates listed in the Court's Order, specifically and including, the discovery and mediation deadlines, only the trial date itself.

We appreciate your consideration of this request. Please do not hesitate to contact the undersigned should you need additional information.

Respectfully submitted,

*/s/ Thomas D. Frey*

Thomas D. Frey
Marcus B. Nash
Attorneys for Defendants

04-CV-02338-NTC

cc:  Michael Pfau, *Counsel for Plaintiff*
     Timothy Kosnoff, *Counsel for Plaintiff*

____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

FEB 2 5 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Thomas D. Frey   DIR  206.667.8212   tfrey@staffordfrey.com
ADMITTED IN Washington and Idaho