The Honorable Ricardo S. Martinez
Hearing Date: March 25, 2005

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

Defendants.

NO. C04-2338RSM

DECLARATION OF MICHAEL T. PFAU IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT

I, Michael T. Pfau, declare:

1. I am one of the attorneys for the plaintiffs in this matter. All statements made herein are based on my personal knowledge, and I am competent to testify to the same.

2. Attached as Exhibit A is a true and correct copy of the Complaint filed in this matter.

PFAU DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND
COMPLAINT - 1 of 2
(C04-2338RSM)
[138301 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

3. Attached as Exhibit B is a true and correct copy of the proposed version of the Amended Complaint.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 14 day of March, 2005, at Seattle, Washington.

_____
Michael T. Pfau

PFAU DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND
COMPLAINT - 2 of 2
(C04-2338RSM)
[138301 v01]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575