The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

        Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,

        Defendants.

No. 4-2338 RSM

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

*Noted for: March 25, 2005*

Defendants Corporation of the President of the Church of Jesus Christ of Latter-day Saints and LDS Family Services do not oppose plaintiffs' Motion for Leave to File Amended Complaint. However, because four months have passed since the filing of the action, and plaintiffs now seek to add two new plaintiffs (for which defendants have no information), defendants may request an extension of the trial date (and other dates in the case scheduling order) to complete discovery and meet pretrial deadlines.

---

DEFENDANTS COP AND LDSFS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT - 1
M:\Clients\7566\25226\Pleadings\PLD Amend Answer-Response.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

Dockets.Justia.com

1  DATED this 22nd day of March, 2005.

2   s/ Thomas D. Frey via ECF
Thomas D. Frey, WSBA #1908
3   E-mail: tfrey@staffordfrey.com

4   s/ Marcus B. Nash via ECF
Marcus B. Nash, WSBA #14471
5   Email: mnash@staffordfrey.com

6   STAFFORD FREY COOPER
601 Union Street, Suite 3100
7   Seattle, WA 98101
Telephone: (206) 623-9900
8   Fax: (206) 624-6885
Attorneys for Defendants

DEFENDANTS COP AND LDSFS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT - 2
M:\Clients\7566\25226\Pleadings\PLD Amend Answer-Response.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## Certificate of Service

1  I certify that on the date noted below I electronically filed **Defendant LDS and LDSFS' Response to Plaintiffs' Motion for Leave to File an Amended Complaint** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
*Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
*Attorneys for Plaintiffs*

DATED this 22nd day of March, 2005, at Seattle, Washington.

/s/ Mary Ann Jarrett_____
Mary Ann Jarrett
DEFENDANTS COP AND LDSFS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT - 3
M:\Clients\7566\25226\Pleadings\PLD Amend Answer-Response.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885