UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING, *et al.*,

    Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, *et al.*,

    Defendants.

CASE NO. C04-2338RSM

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

    This matter comes before the Court on plaintiffs' Motion to Amend the Complaint to Add Two Additional Plaintiffs. (Dkt. #24). Defendants do not oppose the motion; however, they do note that because of the amendment, they may ask for an extension of time for the trial date or other pre-trial deadlines should that become necessary in the future. (Dkt. #26).

    Accordingly, the Court hereby finds and ORDERS:

    (1) Plaintiffs' Motion to Amend (Dkt. #24) is GRANTED. Plaintiff shall file a First Amended Complaint <u>no later than ten (10) days from the date of this Order</u>.

    (2) Nothing in this Order prevents defendants from moving for an extension of time for the trial date or other pre-trial deadlines should that become necessary in the future.

ORDER GRANTING MOTION TO AMEND
PAGE - 1

1  (3) The Clerk shall forward a copy of this Order to all counsel of record.

2

3  DATED this _25__ day of March, 2005.

4                                             /s/ Ricardo S. Martinez
                                              RICARDO S. MARTINEZ
5                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO AMEND
PAGE - 2