The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. 04-2338 RSM<br><br>**DEFENDANTS' MOTION TO COMPEL PLAINTIFFS FLEMING AND DOE's ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION**<br><br>*Note on Motion Calendar:*<br>*April 29, 2005* |

## I.   RELIEF REQUESTED

Defendants move this court for an order compelling plaintiffs Fleming and Doe to provide full and complete responses to all written Interrogatories and Requests for Production.

## II.   STATEMENT OF FACTS

This lawsuit arises out of injuries allegedly sustained by plaintiffs when they were allegedly sexually abused by a Mr. Jack LoHolt, while he was allegedly assisting in

---

DEFNDANT COP'S MOTION TO COMPEL FLEMING AND DOE's ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION -- 1
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - MOTION.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

Dockets.Justia.com

1  scouting activities associated with a troop of the Boy Scouts of America ("BSA")
2  sponsored by defendant COP. Plaintiffs allege that defendant COP failed to take
3  reasonable action to prevent the sexual abuse from occurring; defendant COP denies
4  plaintiffs' allegations.

5  In furtherance of discovery, defendants properly propounded its First
6  Interrogatories and Requests for Production of Documents, pursuant to FRCP 33 and
7  34. This discovery was mailed to plaintiffs attorneys on February 15, 2005, and
8  plaintiffs' responses were due Monday, March 21, 2005.

9  After waiting one week, attorneys for defendants conferred by telephone with
10 Michael Pfau on March 28, 2005, and agreed to extend the deadline for full and
11 complete responses to Tuesday, April 5, 2005. (*See* accompanying Declaration of
12 Marcus B. Nash, ¶ 3.) Despite agreeing to submit answers by April 5, 2005, plaintiffs
13 have failed to do so; to date, no answers have been received.

14 Plaintiffs' failure or refusal to provide Answers to Interrogatories and Request for
15 Production in accordance with FRCP 33 and 34 is causing unnecessary and
16 unreasonable delay in the discovery which defendant COP is entitled to conduct,
17 particularly in light of the case schedule established by this court. Before defendant can
18 be prepared to depose plaintiffs, an essential step in preparing this case for trial, the
19 interrogatories and requests for production must be answered.

20 ### III.    STATEMENT OF ISSUES

21 Should the court: (a) order plaintiffs to provide full and complete responses to
22 defendants discovery request within five (5) days of the date of the order granting this
23 Motion to Compel is granted, and (b) award terms (per FRCP 37(a)(2), (4)(A) and GR 3)

DEFNDANT COP'S MOTION TO COMPEL FLEMING
AND DOE's ANSWERS TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION -- 2
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - MOTION.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1 against plaintiffs and their counsel for failing to submit answers to discovery despite
2 reasonable accommodation and liberal extension of time?

### IV.    EVIDENCE RELIED UPON

1.    Defendants rely on the Declaration of Marcus B. Nash and the documents attached hereto.

### V.    AUTHORITY

FRCP 33(b)(1) and (3) state:

(1) Each Interrogatory shall be answered separately and fully in writing under oath, unless it is objected to, in which event the objecting party shall state the reasons for objection and shall answer to the extent the interrogatory is not objectionable.

…

(3) The party upon whom the interrogatories have been served shall serve a cop of the answers, and objections if any, within 30 days after the service of the interrogatories.

Likewise, FRCP 34(b) provides in pertinent part:

The party upon whom the request is served shall serve a written response within 30 days after the service of interrogatories…

Each or these rules anticipate discovery disputes and provide that the parties may move for an order resolving such dispute under Rule 37(a).  (*See*, FRCP 33(b)(5); 34(b).)  In accordance with FRCP 37(a), defendant COP moves this court for an order compelling discovery and appropriate sanctions.

There is nothing unusual or complex about the discovery requests propounded upon plaintiffs.  As the attached exhibits document, counsel for defendants has granted plaintiffs more than adequate extension time in which to respond.  Plaintiffs' apparent reluctance to participate in legitimate discovery frustrates the process of discovery in

DEFNDANT COP'S MOTION TO COMPEL FLEMING
AND DOE's  ANSWERS TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION -- 3
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - MOTION.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374


1  this case. Defendants are entitled to complete and timely responses so that discovery
2  may proceed and defendants may be prepared for trial.
3  Defendants respectfully request that sanctions be awarded because defendants
4  have been forced to prepare and file this motion to compel on account of plaintiffs'
5  sustained refusal or failure to participate in discovery.

## VI.   PROPOSED ORDER

A Proposed Order is attached.

## VII.   CONCLUSION

Based upon the foregoing analysis of law and argument, defendant respectfully requests that his court grant its motion to compel answers to discovery and award appropriate sanctions (both monetary and waiver of objections).

DATED this 12th day of April, 2005.

s/ Thomas D. Frey via ECF
Thomas D. Frey, WSBA #1908
E-mail: tfrey@staffordfrey.com

s/ Marcus B. Nash via ECF
Marcus B. Nash, WSBA #14471
Email:  mnash@staffordfrey.com

STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA  98101
Telephone: (206) 623-9900
Fax: (206) 624-6885

Attorneys for Defendants

DEFNDANT COP'S MOTION TO COMPEL FLEMING AND DOE's ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION -- 4
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - MOTION.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

# CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed ***Defendant COP's Motion to Compel Plaintiffs Fleming and Doe's Answers to Interrogatories and Requests for Production*** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
　　*Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
　　*Attorneys for Plaintiffs*

DATED this 12th day of April, 2005, at Seattle, Washington.

　　　　　　　　/s/ Mary Ann Jarrett_____
　　　　　　　　Mary Ann Jarrett

DEFNDANT COP'S MOTION TO COMPEL FLEMING AND DOE's ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION -- 5
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - MOTION.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885