The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>              Plaintiffs,<br>   v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>              Defendants. | No. 04-2338 RSM<br><br>***PROPOSED***<br><br>**ORDER GRANTING DEFENDANT COP'S MOTION TO COMPEL PLAINTIFFS FLEMING AND DOE's ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

THIS MATTER, having come on regularly before the above-captioned court upon motion for an order compelling plaintiffs to respond to Defendant COP's First Interrogatories and Requests for Production, duly and properly filed with this court, and the court having reviewed the following:

    1.    Defendant COP's Motion to Compel Plaintiffs Fleming and Doe's Answers to First Interrogatories and Requests for Production, and the supporting Declaration of Marcus B. Nash;

---

NASH DECLARATION IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS' ANSWERS TO DISCOVERY REQUESTS -- 1
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - ORDER.DOC

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  2. Plaintiffs' response to said motion and supporting declaration, if any;

2  3. _____

3  _____

4  4. _____

5  _____

6

7  and the Court having considered the records and files herein, and deeming itself fully

8  advised, now, therefore, it is hereby

9  **ORDERED** that plaintiffs Fleming and Doe are to serve responses to Defendants'

10  First Interrogatories and Requests for Production no later than _____,

11  2005, and that sanctions be awarded in the amount of $_____.

12  DONE IN OPEN COURT this _____ day of _____, 2005.

13

14  _____
THE HONORABLE RICARDO MARTINEZ

15  Presented by:

16  STAFFORD FREY COOPER
*Attorneys for Defendants*

17

18  s/ Thomas D. Frey via ECF_____
Thomas D. Frey, WSBA #1908
E-mail: tfrey@staffordfrey.com

19

20  s/ Marcus B. Nash via ECF_____
Marcus B. Nash, WSBA #14471
Email: mnash@staffordfrey.com

21

22

23

NASH DECLARATION IN SUPPORT OF MOTION TO
COMPEL PLAINTIFFS' ANSWERS TO DISCOVERY
REQUESTS -- 2
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - ORDER.DOC

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed ***Proposed Order Granting Defendant COP's Motion to Compel Plaintiffs Fleming and Doe's Answers to Interrogatories and Requests for Production*** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA 98101-4185
Email: mpfau@gth-law.com
    *Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA 98101
Email: timkosnoff@comcast.net
    *Attorneys for Plaintiffs*

DATED this 12th day of April, 2005, at Seattle, Washington.

        /s/ Mary Ann Jarrett
        Mary Ann Jarrett

NASH DECLARATION IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS' ANSWERS TO DISCOVERY REQUESTS -- 3
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - ORDER.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885