The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. 04-2338 RSM<br><br>**DECLARATION OF MARCUS B. NASH IN SUPPORT OF DEFENDANT COP'S MOTION TO COMPEL PLAINTIFFS FLEMING AND DOE's ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION**<br><br>*Note on Hearing Calendar:*<br>*April 29, 2005* |

MARCUS B. NASH declare as follows:

1. I am one of the attorneys for defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints and LDS Family Services.

2. Attached hereto at pages 4 through 25 are true and correct copies of Defendants' First Interrogatories and Requests for Production propounded to plaintiffs Fleming and Doe on February 15, 2005.

NASH DECLARATION IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS FLEMING AND DOE'S ANSWERS TO DISCOVERY REQUESTS -- 1
No. CV04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Compel - Decl.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

3. On March 28, 2005, after granting plaintiffs a *de facto* seven days' extension in which to answer said written discovery requests, Thomas D. Frey and the undersigned scheduled and participated in a discovery conference over the telephone with one of plaintiffs counsel, Mr. Michael Pfau. In that telephone conference, we agreed that Mr. Pfau would have until April 5, 2005 to respond to the written discovery, and he agreed to provide answers by that date.

4. To date, no answers or responses have been received from plaintiffs Fleming and Doe.

5. The now over-three-week delay in responding to discovery has unnecessarily and unduly delayed discovery in this matter, particularly in light of the case schedule in this matter.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 12th day of April, 2005, at Seattle, Washington.

        s/ Marcus B. Nash via ECF
        Marcus B. Nash, WSBA #14471

NASH DECLARATION IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS FLEMING AND DOE'S ANSWERS TO DISCOVERY REQUESTS -- 2
No. CV04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Compel - Decl.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

# **CERTIFICATE OF SERVICE**

I certify that on the date noted below I electronically filed ***Declaration of Marcus B. Nash in Support of Defendant COP's Motion to Compel Plaintiffs Fleming and Doe's Answers to Interrogatories and Requests for Production*** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
  *Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
  *Attorneys for Plaintiffs*

DATED this 12th day of April, 2005, at Seattle, Washington.

        /s/ Mary Ann Jarrett
        Mary Ann Jarrett

NASH DECLARATION IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS FLEMING AND DOE'S ANSWERS TO DISCOVERY REQUESTS -- 3
No. CV04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Compel - Decl.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885