The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

    Plaintiffs,

  v.

THE CORPORATION OF THE
PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY
SAINTS, a Utah corporation sole, a/k/a
"MORMON CHURCH"; LDS SOCIAL
SERVICES a/k/a LDS FAMILY SERVICES,
a Utah corporation,

    Defendants.

No.  4-2338 RSM

**DEFENDANT COP'S FIRST
INTERROGATORIES AND
REQUESTS FOR PRODUCTION
TO PLAINTIFF KENNETH
FLEMING**

**TO:  PLAINTIFF KENNETH FLEMING**

**AND TO: MICHAEL PFAU and TIMOTHY KOSNOFF, Counsel for Plaintiffs**

### I. GENERAL DEFINITIONS AND PROCEDURES

Pursuant to FRCP 26, 33, and 34, you are hereby served with defendant

Corporation of the President of The Church of Jesus Christ of Latter-day Saints' First

Interrogatories and Requests for Production to plaintiff Kenneth Fleming. Please type your

answers in the space provided; if needed, add additional pages. Return the verified

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 1   No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

*4*

1   original of the completed interrogatories and requests for production to Thomas D. Frey or

2   Marcus B. Nash, Stafford Frey Cooper, 3100 Two Union Square, 601 Union Street,

3   Seattle, WA 98101-1374, within thirty (30) days of service of these interrogatories and

4   requests for production upon you.

5                    ## II.  SCOPE OF ANSWERS AND RESPONSES

6         By use of the pronoun "you," it is intended that the answers are to include all

7   information known to or reasonably ascertainable by plaintiff Kenneth Fleming, his agents,

8   attorneys, investigators, and other representatives.

9                              ## III.  TIME

10        These interrogatories are continuing in nature and in the event you discover further

11  information that is responsive to these interrogatories, you are required to supplement your

12  prior response in accordance with FRCP 26(e).

13                 ## IV.  INAPPROPRIATE SEXUAL CONTACT

14        As used herein, the phrase "inappropriate sexual contact" means any alleged

15  contact between Jack LoHolt/Onefrey's mouth, hand(s), or genitalia, and your genitalia or

16  other intimate parts, either directly or through clothing.

17        DATED this 15th day of February, 2005.

18                    STAFFORD FREY COOPER

19

20        By

21             Thomas D. Frey, WSBA #1908
               Marcus B. Nash, WSBA #14471
22             Attorneys for Defendants

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 2           No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

5

1

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

2

**INTERROGATORY NO. 1:**    Identify your current address and Social Security Number.

3

ANSWER:

4

5

6

**INTERROGATORY NO. 2**:    Identify your residence addresses since 1962 to date, including the dates that you resided there.

7

8

ANSWER:

9

10

11

**INTERROGATORY NO. 3**:    State the name and current or last known address all persons (men and women) with whom you have had a romantic, sexual, or dating relationship since the age of twelve (12), including the dates of the relationship.

12

13

ANSWER:

14

15

16

**INTERROGATORY NO. 4**:    Identify all doctors, physicians, osteopaths or other health care providers who have treated or evaluated you.  For each, state the nature of the treatment and approximate date(s) thereof.

17

18

ANSWER:

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 3                No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

6

**INTERROGATORY NO. 5**:  Identify all psychologists, psychiatrists, counselors or other mental health care providers who have treated or evaluated you.  For each, state the nature of the treatment and approximate date(s) thereof.

ANSWER:

**INTERROGATORY NO. 6**:  Identify all employers (including periods of self-employment) for whom you have worked, and the dates of such employment.

ANSWER:

**REQUEST FOR PRODUCTION NO. 1**:   Please produce, for inspection and copying, all employment records in your possession for the employers identified in response to Interrogatory No. 6.

RESPONSE:

**INTERROGATORY NO. 7**:  With respect to the occurrences of inappropriate sexual contact that you attribute to Jack LoHolt/Onefrey, please identify the date of such alleged occurrence of  sexual contact (to the best of your ability), the place in which the alleged inappropriate sexual contact occurred, and describe the acts of inappropriate sexual contact by Jack LoHolt/Onefrey that allegedly took place during this occurrence.

ANSWER:

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 4          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

7

**REQUEST FOR PRODUCTION NO. 2**:  Please produce, for inspection and copying, any document that explains, addresses, or concerns any alleged occurrence of inappropriate sexual contact that you attribute to Jack LoHolt/Onefrey.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 3**:  Please produce, for inspection and copying, any document that explains, addresses, or concerns any alleged occurrence of inappropriate sexual contact that you attribute to anyone other than Jack LoHolt/Onefrey.

RESPONSE:

**INTERROGATORY NO. 8**:  Identify each person that you informed that you were the victim of inappropriate sexual contact and, to the best of your ability, the date that you informed such person.

ANSWER:

**REQUEST FOR PRODUCTION NO. 4**:  Please produce, for inspection and copying, any document that you created, sent, or received that communicates to a third person any alleged occurrence of inappropriate sexual contact that you attribute to anyone, including Jack LoHolt/Onefrey.

RESPONSE:

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

8

1    **INTERROGATORY NO. 9**: Identify every police officer, detective, prosecutor, or any other
2    person associated with law enforcement that you told you had been the victim of
     inappropriate sexual contact and, to the best of your ability, the date that you informed
     such person(s).

3    ANSWER:

4

5

6

     **REQUEST FOR PRODUCTION NO. 5**:    Please produce, for inspection and copying, any
7    document that you created, sent, or received that communicates to any police officer,
     detective, prosecutor or any other person associated with law enforcement that you have
8    been the victim of inappropriate sexual contact.

     RESPONSE:
9

10

11

12   **INTERROGATORY NO. 10**:   If you are making a claim for lost wages, please state the
     amount of such claim.
13
     ANSWER:
14

15

16

17   **INTERROGATORY NO. 11**:   If you are making a claim for lost earning capacity please
     state the amount of such claim.
18
     ANSWER:
19

20

21

22

23

STAFFORD FREY COOPER

9

**REQUEST FOR PRODUCTION NO. 6**: If you answered yes to either Interrogatory Nos. 10 or 11 and are making a claim for lost wages or lost earning capacity, please produce, for inspection and copying, all W-2's, check stubs, and federal income tax returns prepared and/or filed by you for the last fifteen (15) years.

RESPONSE:

**INTERROGATORY NO. 12**: If you are making a claim for expenses incurred for medical or psychological treatment please state the amount of such claim.

ANSWER:

**REQUEST FOR PRODUCTION NO. 7**: Please produce, for inspection and copying, all billing records related to your medical care or psychological care in the period following the first act of alleged inappropriate sexual contact by Jack LoHolt/Onefrey.

RESPONSE:

**INTERROGATORY NO. 13**: For each person intend to use as an expert witness to testify at trial, identify and supply the information required by FRCP 26(2)(A)(B).

ANSWER:

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 7          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

10

1   **REQUEST FOR PRODUCTION NO. 8**:  Please produce, for inspection and copying, any
letters, notes, reports, or other written correspondence generated by all experts identified
2   in response to Interrogatory No. 13 relating to the work done or opinions generated.

3   RESPONSE:

4

5

6   **REQUEST FOR PRODUCTION NO. 9**:  Please produce, for inspection and copying, all
journals, diaries, or other similar written or recorded recollection of events during your
7   lifetime, concerning Jack LoHolt/Onefrey, your family and/or the LDS Church.

8   RESPONSE:

9

10

11

12   **REQUEST FOR PRODUCTION NO. 10**:   Please produce for inspection and copying any
photographs or videos depicting you and Jack LoHolt/Onefrey taken by you and/or Jack
13   LoHolt/Onefrey.

     RESPONSE:
14

15

16

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 8          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

11

1

## VERIFICATION

2  STATE OF _____ )

3  COUNTY OF _____ ) ss.

4       KENNETH FLEMING, being first duly sworn on oath, deposes and states:

5       I am the plaintiff herein, have read the foregoing Interrogatories and Requests for
Production, and answers and responses thereto, and believe the same to be true and

6  correct.

7                                              _____

8                                              KENNETH FLEMING

9       SUBSCRIBED AND SWORN to before me this _____ day of _____,

10  2005.

11

12                                              _____
                                                Signature
13                                              Print name: _____
                                                NOTARY PUBLIC in and for the State of
14                                              _____, residing at _____
                                                My commission expires _____

15

16

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 9          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

12

1

**ATTORNEY CERTIFICATION**

2

3    ANSWERS DATED: _____, 2005.

4

5        The undersigned attorney has read and/or reviewed the foregoing answers to interrogatories and responses to requests for production and certifies that they comply with FRCP 26, 33, and 34.

6

7                                        _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 10          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

*13*

1

## CERTIFICATE OF SERVICE

2

3     The undersigned certifies under the penalty of perjury according to the laws of

the United States and the State of Washington that on this date I caused to be served in

4

the manner noted below true and correct copies of **Defendant COP's First**

5

**Interrogatories and Requests for Production to Plaintiff Kenneth Fleming** on the

6

following individuals:

7

8

| Michael T. Pfau<br>Gordon Thomas Honeywell<br>Malanca Peterson & Daheim<br>600 University Street, Suite 2100<br>Seattle, WA 98101-4185 | *Co-Counsel for Plaintiffs* | [ ] Via Facsimile<br>[X] Via Mail<br>[ ] Via Messenger |
9
10

11

| Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff<br>600 University Street, Suite 2100<br>Seattle, WA 98101 | *Co-Counsel for Plaintiffs* | [ ] Via Facsimile<br>[X] Via Mail<br>[ ] Via Messenger |

12

13

14     DATED this 15th day of February, 2005, at Seattle, Washington.

15

16     *Mary Ann Jarrett*
       Mary Ann Jarrett

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF
KENNETH FLEMING -- 11          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Fleming.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

14

The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

                     Plaintiffs,

      v.

THE CORPORATION OF THE
PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY
SAINTS, a Utah corporation sole, a/k/a
"MORMON CHURCH"; LDS SOCIAL
SERVICES a/k/a LDS FAMILY SERVICES,
a Utah corporation,

                   Defendants.

No.  4-2338 RSM

**DEFENDANT COP'S FIRST
INTERROGATORIES AND
REQUESTS FOR PRODUCTION
TO PLAINTIFF JOHN DOE**

**TO:**       **PLAINTIFF JOHN DOE**

**AND TO:**   **MICHAEL PFAU and TIMOTHY KOSNOFF, Counsel for Plaintiffs**

## I.  GENERAL DEFINITIONS AND PROCEDURES

Pursuant to FRCP 26, 33, and 34, you are hereby served with defendant
Corporation of the President of The Church of Jesus Christ of Latter-day Saints' First
Interrogatories and Requests for Production to plaintiff John Doe.  Please type your
answers in the space provided; if needed, add additional pages.  Return the verified

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 1          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

15

1  original of the completed interrogatories and requests for production to Thomas D. Frey or

2  Marcus B. Nash, Stafford Frey Cooper, 3100 Two Union Square, 601 Union Street,

3  Seattle, WA 98101-1374, within thirty (30) days of service of these interrogatories and

4  requests for production upon you.

## II.  SCOPE OF ANSWERS AND RESPONSES

6      By use of the pronoun "you," it is intended that the answers are to include all

7  information known to or reasonably ascertainable by plaintiff Kenneth Fleming, his agents,

8  attorneys, investigators, and other representatives.

## III.  TIME

10     These interrogatories are continuing in nature and in the event you discover further

11  information that is responsive to these interrogatories, you are required to supplement your

12  prior response in accordance with FRCP 26(e).

## IV.  INAPPROPRIATE SEXUAL CONTACT

14     As used herein, the phrase "inappropriate sexual contact" means any alleged

15  contact between Jack LoHolt/Onefrey's mouth, hand(s), or genitalia, and your genitalia or

16  other intimate parts, either directly or through clothing.

17     DATED this 15th day of February, 2005.

18     STAFFORD FREY COOPER

20     By

       Thomas D. Frey, WSBA #1908
21     Marcus B. Nash, WSBA #1447
       Attorneys for Defendants

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 2           No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

16

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:**    Identify your current address and Social Security Number.

ANSWER:

**INTERROGATORY NO. 2**:    Identify your residence addresses since 1962 to date, including the dates that you resided there.

ANSWER:

**INTERROGATORY NO. 3**:    State the name and current or last known address all persons (men and women) with whom you have had a romantic, sexual, or dating relationship since the age of twelve (12), including the dates of the relationship.

ANSWER:

**INTERROGATORY NO. 4**:    Identify all doctors, physicians, osteopaths or other health care providers who have treated or evaluated you.  For each, state the nature of the treatment and approximate date(s) thereof.

ANSWER:

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 3              No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

17

1   **INTERROGATORY NO. 5**:  Identify all psychologists, psychiatrists, counselors or other mental health care providers who have treated or evaluated you.  For each, state the nature of the treatment and approximate date(s) thereof.

2

3   ANSWER:

4

5

6   **INTERROGATORY NO. 6**:  Identify all employers (including periods of self-employment) for whom you have worked, and the dates of such employment.

7

8   ANSWER:

9

10

11  **REQUEST FOR PRODUCTION NO. 1**:    Please produce, for inspection and copying, all employment records in your possession for the employers identified in response to Interrogatory No. 6.

12

13  RESPONSE:

14

15

16  **INTERROGATORY NO. 7**:  With respect to the occurrences of inappropriate sexual contact that you attribute to Jack LoHolt/Onefrey, please identify the date of such alleged occurrence of  sexual contact (to the best of  your ability), the place in which the alleged inappropriate sexual contact occurred, and describe the acts of inappropriate sexual contact by Jack LoHolt/Onefrey that allegedly took place during this occurrence.

17

18

19  ANSWER:

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 4          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

18

1   **REQUEST FOR PRODUCTION NO. 2**: Please produce, for inspection and copying, any document that explains, addresses, or concerns any alleged occurrence of inappropriate
2   sexual contact that you attribute to Jack LoHolt/Onefrey.

3   RESPONSE:

4

5

6   **REQUEST FOR PRODUCTION NO. 3**: Please produce, for inspection and copying, any document that explains, addresses, or concerns any alleged occurrence of inappropriate
7   sexual contact that you attribute to anyone other than Jack LoHolt/Onefrey.

8   RESPONSE:

9

10

11  **INTERROGATORY NO. 8**:  Identify each person that you informed that you were the victim of inappropriate sexual contact and, to the best of your ability, the date that you
12  informed such person.

13  ANSWER:

14

15

16  **REQUEST FOR PRODUCTION NO. 4**: Please produce, for inspection and copying, any document that you created, sent, or received that communicates to a third person any
17  alleged occurrence of inappropriate sexual contact that you attribute to anyone, including
18  Jack LoHolt/Onefrey.

19  RESPONSE:

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 5          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

1

**INTERROGATORY NO. 9**: Identify every police officer, detective, prosecutor, or any other person associated with law enforcement that you told you had been the victim of inappropriate sexual contact and, to the best of your ability, the date that you informed such person(s).

2

3

ANSWER:

4

5

6

**REQUEST FOR PRODUCTION NO. 5**:  Please produce, for inspection and copying, any document that you created, sent, or received that communicates to any police officer, detective, prosecutor or any other person associated with law enforcement that you have been the victim of inappropriate sexual contact.

7

8

9

RESPONSE:

10

11

12

**INTERROGATORY NO. 10**:  If you are making a claim for lost wages, please state the amount of such claim.

13

ANSWER:

14

15

16

17

**INTERROGATORY NO. 11**:  If you are making a claim for lost earning capacity please state the amount of such claim.

18

ANSWER:

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 6              No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

20

1

**REQUEST FOR PRODUCTION NO. 6**: If you answered yes to either Interrogatory Nos. 10 or 11 and are making a claim for lost wages or lost earning capacity, please produce,

2

for inspection and copying, all W-2's, check stubs, and federal income tax returns prepared and/or filed by you for the last fifteen (15) years.

3

RESPONSE:

4

5

6

**INTERROGATORY NO. 12**: If you are making a claim for expenses incurred for medical

7

or psychological treatment please state the amount of such claim.

8

ANSWER:

9

10

11

**REQUEST FOR PRODUCTION NO. 7**: Please produce, for inspection and copying, all

12

billing records related to your medical care or psychological care in the period following the first act of alleged inappropriate sexual contact by Jack LoHolt/Onefrey.

13

RESPONSE:

14

15

16

**INTERROGATORY NO. 13**: For each person intend to use as an expert witness to

17

testify at trial, identify and supply the information required by FRCP 26(2)(A)(B).

18

ANSWER:

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 7         No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION

601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**REQUEST FOR PRODUCTION NO. 8**:  Please produce, for inspection and copying, any letters, notes, reports, or other written correspondence generated by all experts identified in response to Interrogatory No. 13 relating to the work done or opinions generated.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 9**:  Please produce, for inspection and copying, all journals, diaries, or other similar written or recorded recollection of events during your lifetime, concerning Jack LoHolt/Onefrey, your family and/or the LDS Church.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 10:**    Please produce for inspection and copying any photographs or videos depicting you and Jack LoHolt/Onefrey taken by you and/or Jack LoHolt/Onefrey.

RESPONSE:

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 8                No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION

601 Union Street, Suite 3100

Seattle WA 98101.1374

TEL 206.623.9900  FAX 206.624.6885

22

1

## VERIFICATION

2  STATE OF _____ )

3  COUNTY OF _____ ) ss.

4  _____, being first duly sworn on oath, deposes and states:

5   I am the plaintiff herein, have read the foregoing Interrogatories and Requests for
Production, and answers and responses thereto, and believe the same to be true and

6  correct.

7   _____

8

9   SUBSCRIBED AND SWORN to before me this _____ day of _____,

10  2005.

11

12   _____
     Signature
     Print name: _____
13   NOTARY PUBLIC in and for the State of
     _____, residing at _____
14   My commission expires _____

15

16

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 9         No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

23

1

## **ATTORNEY CERTIFICATION**

2

3    ANSWERS DATED: _____, 2005.

4

5         The undersigned attorney has read and/or reviewed the foregoing answers to interrogatories and responses to requests for production and certifies that they comply with FRCP 26, 33, and 34.

6

7

8                                 _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 10          No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

24

1

## CERTIFICATE OF SERVICE

2

3        The undersigned certifies under the penalty of perjury according to the laws of

the United States and the State of Washington that on this date I caused to be served in

4

the manner noted below true and correct copies of *Defendant COP's First*

5

*Interrogatories and Requests for Production to Plaintiff John Doe* on the following

6

individuals:

7

8
Michael T. Pfau                    *Co-Counsel for Plaintiffs*        [ ] Via Facsimile
Gordon Thomas Honeywell                                               [X] Via Mail
9    Malanca Peterson & Daheim                                        [ ] Via Messenger
600 University Street, Suite 2100
10   Seattle, WA 98101-4185

11   Timothy D. Kosnoff                *Co-Counsel for Plaintiffs*        [ ] Via Facsimile
Law Offices of Timothy D. Kosnoff                                    [X] Via Mail
12   600 University Street, Suite 2100                                   [ ] Via Messenger
Seattle, WA 98101

13

14        DATED this 15th day of February, 2005, at Seattle, Washington.

15

16                              _Mary Ann Jarrett_
                                Mary Ann Jarrett

17

18

19

20

21

22

23

DEFENDANT COP's FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF JOHN
DOE-- 11              No. 04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD First Discovery to Doe.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885