The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. 04-2338 RSM<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL**<br><br>*Clerk's Action Required* |

PLEASE TAKE NOTICE that defendants withdraw their Motion to Compel Plaintiffs Fleming and Doe's Answers to First Interrogatories and Request for Production filed April 12, 2005 (*Docket No. 30*) and noted for April 29, 2005.

DATED: April 25, 2005

s/ Thomas D. Frey via ECF
Thomas D. Frey, WSBA #1908
E-mail: tfrey@staffordfrey.com

s/ Marcus B. Nash via ECF
Marcus B. Nash, WSBA #14471
Email: mnash@staffordfrey.com

NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION
TO COMPEL-- 1
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - WITHDRAW.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I certify that on the date noted below I electronically filed ***Notice of Withdrawal of Defendants' Motion to Compel*** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA 98101-4185
Email: mpfau@gth-law.com
    *Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA 98101
Email: timkosnoff@comcast.net
    *Attorneys for Plaintiffs*

DATED this 25th day of April, 2005, at Seattle, Washington.

        /s/ Mary Ann Jarrett
        Mary Ann Jarrett

NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL-- 2
No. CV04-2338 RSM
U:\CLIENTS\7566\25226\PLEADINGS\PLD COMPEL - WITHDRAW.DOC

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885