The Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>                Plaintiffs,<br>  v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>                Defendants. | No. 04-2338 RSM<br><br>**AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE**<br><br>*Noted for: May 11, 2005* |

      COME NOW the attorneys for the above-named plaintiffs and defendants, and move this Court for an order amending the Case Schedule herein to continue the mediation deadline. This motion is based upon the files and records herein and the attached Declaration of Thomas D. Frey.

AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE -- 1
No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Motion.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

|   |   |   |
|---|---|---|
| 1 |  | **ATTORNEYS FOR DEFENDANTS** |
| 2 |  | *STAFFORD FREY COOPER* |
| 3 | DATED:  May 2, 2005 | s/Thomas D. Frey |
|   |   | Thomas D. Frey, WSBA #1908 |
| 4 |   | E-mail: tfrey@staffordfrey.com |
|   |   | Marcus B. Nash, WSBA #14471 |
| 5 |   | Email:  mnash@staffordfrey.com |
| 6 |   | Attorneys for Defendants |
| 7 |   | **ATTORNEYS FOR PLAINTIFFS** |
| 8 |   | *GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM* |
| 9 | DATED:  May 2, 2005 | s/Michael T. Pfau (per telephonic agreement) |
| 10 |   | Michael T. Pfau, WSBA #24649 |
|   |   | Email:  mpfau@gth-law.com |
| 11 |   | *LAW OFFICES OF TIMOTHY D. KOSNOFF* |
| 12 | DATED:  May 2, 2005 | s/Timoth D. Kosnoff (per telephonic agreement) |
| 13 |   | Timothy D. Kosnoff, WSBA #16586 |
|   |   | Email:  timkosnoff@comcast.net |

AGREED MOTION TO AMEND CASE SCHEDULE RE
MEDIATION DEADLINE -- 2
No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Motion.doc

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the ***Agreed Motion to Amend Case Schedule Re Mediation Deadline*** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
   *Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
   *Attorneys for Plaintiffs*

DATED this 2nd day of May, 2005, at Seattle, Washington.

/s/Thomas D. Frey

AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE -- 3
No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Motion.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885