The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>      Plaintiffs,<br> v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>      Defendants. | No. 04-2338 RSM<br><br>***PROPOSED***<br>**ORDER GRANTING AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE** |

THIS MATTER, having come on regularly before the above-captioned Court upon the parties' Agreed Motion to Amend Case Schedule Re Mediation Deadline, duly and properly filed with this Court, and the Court having reviewed the following:

 1. Agreed Motion to Amend Case Schedule Re Mediation Deadline and the supporting Declaration of Thomas D. Frey

and the Court having considered the records and files herein, and deeming itself fully advised on the premises, now, therefore, it is hereby

AGREED MOTION TO AMEND CASE SCHEDULE RE
MEDIATION DEADLINE -- 1
No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Order.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

1  **ORDERED** that the Case Schedule filed herein is modified to change the

2 mediation deadline, pursuant to CR 39.1(c)(3), to be held no later than December \_\_\_\_,

3 2005.

4  DONE IN OPEN COURT this \_\_\_\_\_ day of _____, 2005.

5

6  _____
   THE HONORABLE RICARDO MARTINEZ

7 Presented by:

8 STAFFORD FREY COOPER

9 *Attorneys for Defendants*

10

/s/ Thomas D. Frey_____

11 Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471

12

13 GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM

14 *Attorneys for Plaintiffs*

15

/s/ Michael T. Pfau (via telephonic agreement)

16 Michael T. Pfau, WSBA #24649

17

LAW OFFICES OF TIMOTHY D. KOSNOFF

18 *Attorneys for Plaintiffs*

19

/s/ Timothy D. Kosnoff (via telephonic agreement)

20 Timothy D. Kosnoff, WSBA #16586

21

22

23

AGREED MOTION TO AMEND CASE SCHEDULE RE
MEDIATION DEADLINE -- 2
No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Order.doc

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the ***Proposed Order on Motion to Amend Case Schedule Re Mediation Deadline*** using the CM/ECF system which will send notification of such filing to the following persons:

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
    *Attorneys for Plaintiffs*

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Email:  timkosnoff@comcast.net
    *Attorneys for Plaintiffs*

DATED this 2nd day of May, 2005, at Seattle, Washington.

                              /s/Thomas D. Frey

AGREED MOTION TO AMEND CASE SCHEDULE RE
MEDIATION DEADLINE -- 3
No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Order.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885