The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>          Plaintiffs,<br>     v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>          Defendants. | No.  04-2338 RSM<br><br>**DECLARATION OF THOMAS D. FREY IN SUPPORT OF AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE**<br><br>*Noted for: May 11, 2005* |

THOMAS D. FREY declares as follows:

1.     I am one of the attorneys for the defendants Corporation of the President of Church of Jesus Christ of Latter-Day Saints and LDS Family Services.  I am over the age of 18 years and am competent to testify as to the matters contained herein.

FREY DECLARATION IN SUPPORT OF AGREED
MOTION TO AMEND CASE SCHEDULE RE MEDIATION
DEADLINE -- 1          No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Decl TDF.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1   2.   The Case Schedule herein has set the mandatory mediation to be held no

2   later than May 27, 2005.  A true and correct copy of the Case Schedule is attached

3   hereto at page 3.

4   3.   The date for the completion of all discovery in this case has been set for

5   October 31, 2005.

6   4.   The parties have commenced written discovery and will not be able to

7   complete all written discovery and depositions prior to the May 27, 2005 mediation

8   deadline.

9   5.   Without the information which will be learned from completing the

10   discovery in this case, early mediation will not be meaningful or fruitful.

11   5.   The parties herein have met and conferred, and it has been agreed that it

12   would be in the best interest of resolution of this case to extend the mediation deadline.

13   6.   The parties have agreed that any time from December 1, 2005 to

14   December 16, 2005, they will be available and prepared to engage in meaningful

15   mediation of this matter.

16   I declare under penalty of perjury under the laws of the State of Washington that

17   the foregoing is true and correct.

18   Executed this 2nd day of May, 2005, at Seattle, Washington.

19

20   s/ Thomas D. Frey
    Thomas D. Frey, WSBA #1908
    E-mail: tfrey@staffordfrey.com

21

22

23

FREY DECLARATION IN SUPPORT OF AGREED
MOTION TO AMEND CASE SCHEDULE RE MEDIATION
DEADLINE -- 2          No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Decl TDF.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1

## CERTIFICATE OF SERVICE

2

3

I certify that on the date noted below I electronically filed the ***Declaration of***

4

***Thomas D. Frey in Support of Agreed Motion to Amend Case Schedule Re***

5

***Mediation Deadline*** using the CM/ECF system which will send notification of such filing

6

to the following persons:

7

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim

8

600 University Street, Suite 2100
Seattle, WA  98101-4185

9

Email:  mpfau@gth-law.com
        *Attorneys for Plaintiffs*

10

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff

11

600 University Street, Suite 2100
Seattle, WA  98101

12

Email:  timkosnoff@comcast.net
        *Attorneys for Plaintiffs*

13

14

DATED this 2nd day of May, 2005, at Seattle, Washington.

15

16

/s/Thomas D. Frey

17

18

19

20

21

22

23

FREY DECLARATION IN SUPPORT OF AGREED
MOTION TO AMEND CASE SCHEDULE RE MEDIATION
DEADLINE -- 3                   No. CV04-2338 RSM
M:\Clients\7566\25226\Pleadings\PLD Amend Case Sched - Decl TDF.doc

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION

601 Union Street, Suite 3100

Seattle WA 98101.1374

TEL 206.623.9900 FAX 206.624.6885