The Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | No. 04-2338 RSM<br><br>**ORDER GRANTING AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE** |

THIS MATTER, having come on regularly before the above-captioned Court upon the parties' Agreed Motion to Amend Case Schedule Re Mediation Deadline, duly and properly filed with this Court, and the Court having reviewed the following:

1. Agreed Motion to Amend Case Schedule Re Mediation Deadline and the supporting Declaration of Thomas D. Frey

and the Court having considered the records and files herein, and deeming itself fully advised on the premises, now, therefore, it is hereby

---

AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE -- 1
No. CV04-2338 RSM
S:\Martinez\fleming04-2338deadline.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

**ORDERED** that the Case Schedule filed herein is modified to change the mediation deadline, pursuant to CR 39.1(c)(3), to be held no later than December 16, 2005.

DONE IN OPEN COURT this __3___ day of __May_, 2005.

/s/ Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

Presented by:

STAFFORD FREY COOPER
*Attorneys for Defendants*

/s/ Thomas D. Frey
Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM
*Attorneys for Plaintiffs*

/s/ Michael T. Pfau (via telephonic agreement)
Michael T. Pfau, WSBA #24649

LAW OFFICES OF TIMOTHY D. KOSNOFF
*Attorneys for Plaintiffs*

/s/ Timothy D. Kosnoff (via telephonic agreement)
Timothy D. Kosnoff, WSBA #16586

AGREED MOTION TO AMEND CASE SCHEDULE RE MEDIATION DEADLINE -- 2
No. CV04-2338 RSM
S:\Martinez\fleming04-2338deadline.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885