

04-CV-02338-AF

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

SEP 19 2005  ES

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMMING AND JOHN DOE,

       Plaintiff(s),          No. C04-2338- RSM

vs.                                    DECLARATION OF SERVICE

THE CORPORATON OF THE PRESIDENT OF
THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS a/d/a "MORMON
CHURCH", ET AL,

       Defendant(s),
_____/

STATE OF WASHINGTON
                  ss.
COUNTY OF KING

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein. That on the 7th day of September, 2005 @ 2120, at the address of 22709 152ND AVE SE #R8, KENT, within KING County, Washington, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **THOMAS W MANNING JR.**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **JOANNE FLEMMING, WIFE**, being a person of suitable age and discretion, commonly known as age 16 or older, then resident there in. Person served is described as follows: Sex: FEMALE – Age: 60 – Hair: BROWN – Height: 5'5 – Weight: 160 LBS.

     I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true
                                  and correct:

Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said
                  defendants is in the military service of the United States.

Date: 9/16/05

Service Fee:  $
Return Fee:   $
Travel Fee:   $
Misc. Fee:    $
Total Fee:    $

WEBSTER, ANDREW S.
Registered Process Server
License #: 0546561
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426

```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

        SEP 1 9 2005           ES

              AT SEATTLE
         CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**KENNETH FLEMMING AND JOHN DOE,**

        Plaintiff(s),                No. C04-2338- RSM

    vs.                              DECLARATION OF SERVICE

**THE CORPORATON OF THE PRESIDENT OF
THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS a/d/a "MORMON
CHURCH", ET AL,**

        Defendant(s),

**WASHINGTON**
                        ss.
**KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein. That on the 7th day of **September, 2005 @ 1936**, at the address of **2414 109TH AVE SE, EVERETT**, within KING County, Washington, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CICIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **BRIAN GROSS**, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **BRIAN GROSS**.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:
Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9-15-05
Service Fee: $
Return Fee: $
Travel Fee: $
Misc. Fee: $
Total Fee: $

Dan King
Registered Process Server
License #: 2004-06
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         SEP 1 9 2005        ES

              AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMMING AND JOHN DOE,

        Plaintiff(s),                  No. C04-2338- RSM

vs.                                     DECLARATION OF SERVICE

THE CORPORATON OF THE PRESIDENT OF
THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS a/d/a "MORMON
CHURCH", ET AL,

        Defendant(s),

STATE OF WASHINGTON
                            ss.
COUNTY OF KING

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.
That on the 7th day of September, 2005 @ 2200, at the address of 13227 SE 212TH PL., KENT, within KING County, Washington, the undersigned duly served the following document(s): LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; CHECK; DIRECTIONS in the above entitled action upon YVONNE SHEPHARD, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with YVONNE SHEPHARD.

    **I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**
Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9/12/05

Service Fee: $
Return Fee: $
Travel Fee: $
Misc. Fee: $
Total Fee: $

WEBSTER, ANDREW S.
Registered Process Server
License #: 0546561
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426

```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

      SEP 19 2005        ES

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**KENNETH FLEMMING AND JOHN DOE,**

        Plaintiff(s),　　　　　　　　　　No. C04-2338- RSM

vs.　　　　　　　　　　　　　　　　　DECLARATION OF SERVICE

**THE CORPORATON OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/d/a "MORMON CHURCH", ET AL.**

        Defendant(s).
_____/

**STATE OF WASHINGTON**
　　　　　　　　　　　　ss.
**COUNTY OF KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein. That on the 7th day of **September, 2005 @ 2220**, at the address of **13510 SE 250TH ST, KENT**, within **KING** County, Washington, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **BISHOP PHILLIP COLEMAN**, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **BISHOP PHILLIP COLEMAN**.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct;**

Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9/14/05

Service Fee:  $
Return Fee:   $
Travel Fee:   $
Misc. Fee:    $
Total Fee:    $

**WEBSTER, ANDREW S.**
Registered Process Server
License #: **0546561**
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 19 2005    ES

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**KENNETH FLEMMING AND JOHN DOE,**

        Plaintiff(s),                  No. C04-2338- RSM

vs.                                     DECLARATION OF SERVICE

**THE CORPORATON OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/d/a "MORMON CHURCH", ET AL,**

        Defendant(s),
_____/

**STATE OF WASHINGTON**
                        ss.
**COUNTY OF KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein. That on the **7th** day of **September, 2005 @ 2100**, at the address of **13932 SE 275TH ST, KENT**, within **KING** County, **Washington**, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **FAYE F. MILLER**, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **FAYE F. MILLER**.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9/16/05
Service Fee: $
Return Fee: $
Travel Fee: $
Misc. Fee: $
Total Fee: $

                                          **WEBSTER, ANDREW S.**
                                          Registered Process Server
                                          License #: **0546561**
                                          NW Legal Support, Inc.
                                          200 W Thomas St, Suite 140
                                          Seattle, WA 98119-4216
                                          (206) 223-9426

```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

        SEP 19 2005       ES
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**KENNETH FLEMMING AND JOHN DOE,**

        Plaintiff(s),                No. C04-2338- RSM

vs.                               DECLARATION OF SERVICE

**THE CORPORATON OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER–DAY SAINTS a/d/a "MORMON CHURCH", ET AL,**

        Defendant(s).

**STATE OF WASHINGTON**
                      ss.
**COUNTY OF KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein. That on the 7th day of **September, 2005 @ 2050**, at the address of **27439 141ST AVE SE, KENT**, within **KING** County, Washington, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **JACK R GAINES, SR.** by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **JACK R GAINES, SR.**

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:
Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9/16/05
Service Fee: $
Return Fee: $
Travel Fee: $
Misc. Fee: $
Total Fee: $

**WEBSTER, ANDREW S.**
Registered Process Server
License #: **0546561**
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426