```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

    SEP 19 2005    ES

           AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**KENNETH FLEMMING AND JOHN DOE,**

Plaintiff(s),

vs.

**THE CORPORATON OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER–DAY SAINTS a/d/a "MORMON CHURCH", ET AL,**

Defendant(s),

No. C04-2338- RSM

**DECLARATION OF SERVICE**

04-CV-02338-BCST

STATE OF WASHINGTON
COUNTY OF KING
ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.
That on the 4th day of September, 2005 @ 2025, at the address of **25316 113TH AVE SE, KENT,** within **KING** County, Washington, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CICIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **BISHOP F. REX JOHANSEN**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **UNIS, WIFE AND RESIDENT**, being a person of suitable age and discretion, commonly known as age 16 or older, then resident therein. Left two copies on behalf of the marital community. **Person served is described as follows: Sex: FEMALE – Age: 70 – Hair: GRAY – Height: 5'4 – Weight: 120.**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9/12/05

Service Fee:   $
Return Fee:    $
Travel Fee:    $
Misc. Fee:     $
Total Fee:     $

WEBSTER, ANDREW S.
Registered Process Server
License #: 0546561
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426

Dockets.Justia.com