```
____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED

        SEP 19 2005        ES

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**KENNETH FLEMMING AND JOHN DOE,**

        Plaintiff(s),

vs.

**THE CORPORATON OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS a/d/a "MORMON CHURCH", ET AL,**

        Defendant(s),

No. C04-2338- RSM

DECLARATION OF SERVICE

**STATE OF WASHINGTON**   ss.
**COUNTY OF KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.
That on the 8th day of September, 2005 @ 2200, at the address of 13227 SE 212TH PL, KENT, within KING County, Washington, the undersigned duly served the following document(s): **LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; CHECK; DIRECTIONS** in the above entitled action upon **ROBERT SHEPHARD**, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **ROBERT SHEPHARD**.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**
Declarent further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 9/16/05
Service Fee: $
Return Fee: $
Travel Fee: $
Misc. Fee: $
Total Fee: $

**WEBSTER, ANDREW S.**
Registered Process Server
License #: **0546561**
NW Legal Support, Inc.
200 W Thomas St, Suite 140
Seattle, WA 98119-4216
(206) 223-9426

04-CV-02338-CVSHT