```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        SEP 22 2005      ES

            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY
```

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, ET AL., Plaintiff/Petitioner | Cause #: C04-2338 RSM |
| vs. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, A/D/A "MORMON CHURCH"; ET AL., Defendant/Respondent | Declaration of Service of: SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF CONRAD FRED SODENKAMP, JR.; WITNESS FEE CHECK; COVER LETTER<br><br>Hearing Date: Sep 27 2005 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 19 2005 8:35PM at the address of 24723 132ND PL SE KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon CONRAD FRED SODENKAMP, JR. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with CONRAD FRED SODENKAMP, JR. .

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 20, 2005 at Seattle, WA

by _____
    C. Reeves

Service Fee Total: $ 118.00

04-CV-02338-CLM

:GINAL
OF SERVICE

gc 1 of 1

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA 98101
206 676-7500