```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

SEP 23 2005          ES

        AT SEATTLE
    CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                           DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| FLEMING; ET AL., **Plaintiff/Petitioner** | Cause #: C04-2338 RSM |
| vs. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; ET AL., **Defendant/Respondent** | Declaration of Service of: AMENDED SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK; LETTER; NOTICE OF DEPOSITION OF DAN FLEMING |
| | Hearing Date: Sep 23 2005 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 17 2005 10:50AM at the address of 32232 3RD AVE BLACK DIAMOND, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon DAN FLEMING by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with DAN FLEMING.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 21, 2005 at Seattle, WA

by _____*Charles Reeves*_____
        C. Reeves

Service Fee Total: $ 128.30

04-CV-02338-AF

ORIGINAL
F OF SERVICE

Page 1 of 1

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA 98101
206 676-7500