FILED ___ ___ ENTERED
LODGED ___ RECEIVED

___ ___ 2005    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

FLEMING, ET AL.,

Plaintiff/Petitioner

Cause #:  C04 2338 RSM

VS.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL.,

Defendant/Respondent

Declaration of Service of:

SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF CHRISTINA LORRAINE F. THRELKELD; WITNESS FEE CHECK;ATTACHMENTS

Hearing Date:  Oct 7 2005

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 20 2005  8:30PM  at the address of 22571 SE 313TH PL BLACK DIAMOND, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon CHRISTINA LORRAINE F. THRELKELD  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with CHRISTINA LORRAINE F. THRELKELD .

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 23, 2005 at Seattle, WA

by 
C. Brown     9509005

Service Fee Total: $     116.15

04-CV-02338-EXH

ORIGINAL
F OF SERVICE

Page 1 of 1

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA  98101
206 676-7500

Dockets.Justia.com