```
_____FILED _____ENTERED
_____LODGED_____RECEIVED
         SEP    2005      DJ
              AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

04-CV-02338-LTR

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| FLEMING; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; ET AL., <br><br> Defendant/Respondent | Hearing Date: 10/07/2005 <br><br> CAUSE NO. C04-2338 RSM <br><br> DECLARATION OF SERVICE OF: <br> SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF KATHRYN ELAINE F. WHEELER; LETTER; WITNESS FEE CHECK; BLANK W-9 FORM |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of September, 2005**, at **10:50 AM**, at the address of **1713 N TARA Court, LYNDEN**, Whatcom County, **WA** ; this declarant served the above described documents upon **KATHRYN ELAINE F. WHEELER**, by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **Katie R Travis, Daughter/Co-Resident**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **22nd day of September, 2005**.

_Mary Millson_

Mary Millson, Reg. # 1-3792, Whatcom WA

Dockets.Justia.com