THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

        Plaintiffs,

      v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, a/d/a "MORMON CHURCH"; LDS
SOCIAL SERVICES a/d/a LDA FAMILY
SERVICES, a Utah corporation,

        Defendants.

NO. C04-2338 RSM

NOTICE OF DEPOSITION OF

BRAD J. KELLER


TO:      BRAD J. KELLER


AND TO:   MARCUS B. NASH and THOMAS D. FREY, of Stafford Frey Cooper, Attorneys for Defendants

The deposition upon oral examination of the following person will be taken on behalf of Plaintiffs before a court reporter and notary public at the date, time, and location listed below:

DEP NOTICE OF BRAD J. KELLER - 1 of 3
(C04-2338 RSM)
[Notice of Dep of Brad Keller.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1

2     WITNESS:          Brad J. Keller

3
      DATE:             Friday, October 14, 2005
4

5     TIME:             1:30 p.m.

6     LOCATION:         **Witness will be deposed telephonically.**
                        Witness is to call in at (206) 676-7500
7                       Gordon Thomas Honeywell Malanca Peterson & Daheim
                        600 Univesity, Suite 2100
8                       Seattle, WA  98101

9

10          This oral examination will be subject to continuance or adjournment from time to time

11    or place to place until completed.

12

13          DATED this ____6____ day of October, 2005.

14                                      GORDON, THOMAS, HONEYWELL, MALANCA,
                                        PETERSON & DAHEIM LLP
15

16                                      By _____Steve R. L, WSBA 24708_____
17                                          Michael T. Pfau, WSBA No. 24649
                                            mpfau@gth-law.com
18                                          Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

DEP NOTICE OF BRAD J. KELLER - 2 of 3
(C04-2338 RSM)
[Notice of Dep of Brad Keller.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I, Robert McFadden am a paralegal employed at Gordon Thomas Honeywell and am not a party to this action. This will certify that I cause a true copy of this Second Amended Notice of Deposition of Kevin Boren, to be served upon Defendants' counsel of record, via legal messenger, and a copy upon Kevin Boren by first class U.S. Mail, postage prepaid, to the addresses as follows:

Marcus B. Nash
Thomas D. Frey
Stafford Frey Cooper
601 Union Street, Ste 3100
Seattle, WA 98101-1374

Brad J. Keller
4704 Blackrock Mountain Ct., #C
Bakersfield, CA 93304-6959

Dated October ____6____, 2005, at Seattle, Washington.


_____
Robert McFadden

[26313-00001]

DEP NOTICE OF BRAD J. KELLER - 3 of 3
(C04-2338 RSM)
[Notice of Dep of Brad Keller.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575