THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,

   Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

   Defendants.

NO. C04-2338 RSM

NOTICE OF DEPOSITION OF KEVIN BOREN

TO:   KEVIN BOREN

AND TO:   MARCUS B. NASH and THOMAS D. FREY, of Stafford Frey Cooper, Attorneys for Defendants

The deposition upon oral examination of the following person, will be taken on behalf of Plaintiffs before a court reporter and notary public at the date, time, and location listed below:

DEP NOTICE OF KEVIN BOREN - 1 of 3
(C04-2338 RSM)
[152009 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

| | | |
|---|---|---|
| 1 | WITNESS: | Kevin Boren |
| 2 | DATE: | Thursday, October 13, 2005 |
| 3 | TIME: | 2:00 p.m. |
| 4 | | |
| 5 | LOCATION: | Idaho Business Center |
| | | c/o M&M Court Reporters |
| 6 | | 404 S. 8th Street, Ste. 310 |
| | | Boise, ID 83702 |
| 7 | | (208) 342-0180 |

This oral examination will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this ___6___ day of October, 2005.

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

By *Steve Reich, WSBA #24708*
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Attorneys for Plaintiffs

DEP NOTICE OF KEVIN BOREN - 2 of 3
(C04-2338 RSM)
[152009 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I, Robert McFadden am a paralegal employed at Gordon Thomas Honeywell and am not a party to this action. This will certify that I cause a true copy of this Second Amended Notice of Deposition of Kevin Boren, to be served upon Defendants' counsel of record, via legal messenger, and a copy upon Kevin Boren by first class U.S. Mail, postage prepaid, to the addresses as follows:

Marcus B. Nash
Thomas D. Frey
Stafford Frey Cooper
601 Union Street, Ste 3100
Seattle, WA  98101-1374

Kevin Boren
P.O. Box 43
Emmett, ID  83617

Dated October ___6___, 2005, at Seattle, Washington.

_____
Robert McFadden

[26313-00001]

DEP NOTICE OF KEVIN BOREN - 3 of 3
(C04-2338 RSM)
[152009 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575