```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         OCT 14 2005        ES
                AT SEATTLE
         CLERK U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
    BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, ET AL.<br>Plaintiff/Petitioner | Cause #: 4-2338 RSM |
| VS.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, A/K/A "MORMON CHURCH"; ET AL.<br>Defendant/Respondent | Declaration of Service of:<br>SUBPOENA DUCES TECUM TO STUART GREENBERG, PH.D. FOR RECORDS RELATED TO KEN FLEMING;<br>SUBPOENA DUCES TECUM TO STUART GREENBERG, PH.D. FOR RECORDS RELATED TO JAMES ALLENBACH<br><br>Hearing Date: Oct 21 2005 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 7 2005 1:11PM at the address of 1217 24TH AVE E. SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon STUART GREENBERG PH.D. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with STUART GREENBERG.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 12, 2005 at Seattle, WA

by _____
J. Bradford

Service Fee Total: $ 64.55

04-CV-02338-NTC

ORIGINAL
OF SERVICE

Stafford, Frey Et Al
601 Union St, #3100
Seattle, WA 98101
206 623-9900

Page 1 of 1

Dockets.Justia.com