```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

           OCT 19 2005        ES

              AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| KENNETH FLEMING, ET AL<br>Plaintiff/Petitioner | Cause #: 4 2338 RSM |
|---|---|
| VS.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA "MORMON CHURCH"; ET AL<br>Defendant/Respondent | Declaration of Service of:<br>SUBPOENA DUCES TECUM TO JON CONTE PHD FOR RECORDS RELATED TO ROBERT KELLY; SUBPOENA TO JON CONTE PH.D FOR DEPOSI- TION; SUBPOENA DUCES TECUM TO JON CONTE PHD FOR RECORDS RELATED TO TODD DENNY; WITNESS FEE CHECK ($900.00)<br>Hearing Date: Oct 21 2005 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 12 2005 4:25PM at the address of 9725 SE 36TH ST # 212 MERCER ISLAND, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon JON CONTE PH.D by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JON CONTE, PH.D..

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 14, 2005 at Seattle, WA

by _____  J. Carrigan

Service Fee Total: $ 98.05

04-CV-02338-PET                 :JINAL
                                F SERVICE

Stafford, Frey Et Al
601 Union St, #3100
Seattle, WA 98101
206 623-9900

Dockets.Justia.com