1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

KENNETH FLEMING, *et al.*,

11                    Plaintiffs,                    CASE NO.  C04-2338RSM

12        v.

13    THE CORPORATION OF THE                ORDER STRIKING PLAINTIFFS'
      PRESIDENT OF THE CHURCH OF JESUS      MOTION TO COMPEL
14    CHRIST OF LATTER DAY SAINTS, *et al.*,

15                    Defendants.

16
17        This matter comes before the Court on plaintiffs' Motion to Compel.  (Dkt. #50).

18    Plaintiffs essentially argue that defendants' witnesses have been refusing to answer questions

19    during deposition based on clergy-penitent privilege, which does not apply to their testimony.

20    Defendants have opposed the motion for several reasons, including the improper filing of an

21    overlength brief, and a failure to meet and confer as required by the Federal Rules of Civil

22    Procedure.  (Dkt. #55).

23        Having reviewed the motion, defendants' response, plaintiffs' reply, and the remainder of

24    the record, the Court hereby finds and ORDERS:

25        (1)  Plaintiffs' Motion to Compel (Dkt. #50) is STRICKEN from the record as improper.

26    This Court's Local Rules allow 12 pages for a motion of this type.  Local Rule CR 7(e)(4).

ORDER GRANTING MOTION TO AMEND
PAGE - 1

1    Plaintiffs' motion is 18 pages in length, and plaintiffs did not request permission to file such

2    overlength brief.  Furthermore, plaintiffs have failed to demonstrate to the Court that they

3    actually made a good faith effort to resolve this discovery dispute prior to filing their motion to

4    compel.  Defendants assert that many of the issues raised in the motion could have been resolved

5    if they had been specifically discussed prior to filing the motion, and noting that issues

6    concerning the depositions of Bishops Johansen and Coleman were never brought to their

7    attention.

8         (2)  Nothing in this Order prevents plaintiffs from refiling a motion to compel of the

9    correct length, and supported by an adequate certification that a good faith effort to meet and

10   confer with opposing counsel occurred prior to refiling.

11        (3)  The Clerk shall forward a copy of this Order to all counsel of record.

12

13

14   DATED this 10th day of November, 2005.

15

16

17

18   RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO AMEND
PAGE - 2