UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING, *et al.*,            )
                                       )
    Plaintiffs,                       )
                                       )   CASE NO. C04-2338RSM
  v.                                   )
                                       )
THE CORPORATION OF THE PRESIDENT       )   ORDER GRANTING IN PART
OF THE CHURCH OF JESUS CHRIST OF       )   MOTION TO EXTEND
LATTER DAY SAINTS, *et al.*,           )   DEADLINES FOR DISPOSITIVE
                                       )   MOTIONS AND FOR
                                       )   MEDIATION
    Defendants.                       )
_____)

    This matter comes before the Court on the parties' Agreed Motion For Continuance of Dispositive Motions Deadline and Mediation Deadline. (Dkt. #59). Having considered the motion, it hereby ORDERED:

    (1) The parties' Agreed Motion For Continuance of Dispositive Motions Deadline and Mediation Deadline (Dkt. #59) is GRANTED IN PART. The deadline for dispositive motions is re-set for Friday, January 6, 2006.[1] The deadline for completing mediation is extended until January 13, 2006.[2]

    (2) While the parties have stated that they do not believe that the new deadline for

---

[1] The Court notes that the parties asked that the deadline for filing dispositive motions be set for Thursday, January 5, 2006.

[2] The Court notes that the parties asked that the deadline for completing mediation be set for Thursday, January 12, 2005.

ORDER
PAGE – 1

1 dispositive motions will have any effect on the trial date currently set for April 10, 2006, the
2 Court reminds them that it sets its pre-trial deadlines to ensure that there will be adequate time
3 to review and resolve any dispositive motions within a certain period of time before trial.
4 Accordingly, the Court RE-SETS the trial date in this action for May 22, 2006. Should the
5 parties have any conflict with that date, this Order does not prevent either party from moving to
6 set the trial for a new date.

7    (3) The Clerk shall direct a copy of this Order to all counsel of record.

8    DATED this __5__ day of December 2005.

                                             RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2