THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338 RSM <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL <br><br> NOTE ON MOTION CALENDAR: <br> JANUARY 13, 2006 |

THIS MATTER having come on for hearing on Plaintiffs' Motion to Compel Discovery and the Court having considered the following documents:

1. Plaintiffs' Motion to Compel, including the Declaration of Michael T. Pfau, and all attachments thereto;

2. Defendants' Opposition to Motion to Compel, including any declarations and attachments thereto, if any;

PROPOSED ORDER - 1 of 2
(C04-2338 RSM)
[155895 v05.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

3.   Plaintiffs' Reply to Opposition to Motion Compel, including any declarations and attachments thereto, if any.

And otherwise being fully advised ORDERS as follows:

Plaintiffs' Motion to Compel is GRANTED. Defendants are hereby ORDERED to produce Randall Borland and Philip Coleman for continuing depositions and to answer all questions including but not limited to (1) the names of the witnesses who complained and/or reported LoHolt's abuse of minors; (2) the substance of the complaints and/or reports of abuse; (3) the circumstances surrounding complaints and/or reports about LoHolt's abuse of minors; (4) all communications between clergy regarding complaints and/or reports of LoHolt's abuse of minors; and (5) the reason for LoHolt's removal as boy scout leader. Additionally, defendants are to bear the costs associated with the continuing depositions.

DATED this ___ day of January, 2006.

_____
The Honorable Richard Martinez

PRESENTED BY:
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By:_____
   Michael T. Pfau, WSBA No. 24649
   mpfau@gth-law.com
   Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By:_____
   Timothy D. Kosnoff, WSBA No. 16856
   timkosnoff@comcast.net
   Co-Counsel for Plaintiffs

PROPOSED ORDER - 2 of 2
(C04-2338 RSM)
[155895 v05.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575