The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>    Defendants. | NO. 04-2338 RSM<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>**NOTE ON CALENDAR: JANUARY 5, 2006** |

### I.  **RELIEF REQUESTED**

Defendants respectfully request, pursuant to CR 7(e)(f), an order granting leave to file an over-length brief of approximately 31 pages on its consolidated Motions for Summary Judgment.

### II.  **FACTUAL BACKGROUND**

This case is scheduled to be called for trial on May 22, 2006. The current dispositive motions deadline is January 6, 2005. There are multiple legal bases to seek dismissal of plaintiffs' claims. Rather than file multiple motions for summary judgment

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
7566-025226  61565

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  with redundant statements of fact, etc. (each of which standing alone would easily fit
2  within the page limitation requirements), defendants have elected to consolidate all but
3  one of the motions.  While this will require the filing of an overlength brief, this is the
4  most efficient and economical manner in which to proceed.

### III.  ARGUMENT

The decision whether to permit filing of an over-length is within the discretion of the District Court, and the alternative of filing multiple separate motions for summary judgment would actually result in additional pages for the court's to review in ruling on the pending motions.

### IV.  CONCLUSION

Based upon the foregoing, defendants respectfully request that the court permit defendants to file an over-length consolidated Motion for Summary Judgment.

DATED this 5th day of January, 2006.

STAFFORD FREY COOPER

s/ Marcus B. Nash ECF
Thomas D. Frey, WSBA #1908
E-mail: tfrey@staffordfrey.com

Marcus B. Nash, WSBA #14471
Email: mnash@staffordfrey.com

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
7566-025226  61565

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

# Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF on the following individuals:

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Fax: (425) 837-9692

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA  98101-4185
Fax: (206) 676-7575

DATED this 5th day of January, 2005, at Seattle, Washington.

/s/ Marcus B. Nash via ECF
Marcus B. Nash, WSBA #14471

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
7566-025226   61565

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885