The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.<br><br>            Plaintiffs,<br>   v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>            Defendants. | NO. 04-2338 RSM<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

THIS MATTER, having come on regularly before the above-captioned Court upon Defendants' Motion for Leave to File Overlength Brief, duly and properly filed with this Court, and the Court having reviewed said motion, and the Court having considered the records and files herein, and deeming itself fully advised on the premises, now, therefore, it is hereby

**ORDERED** that defendants shall be allowed to file their consolidated Motion for Summary Judgment, which is in excess of the 24-page limit.

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
7566-025226   61565

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

1   DONE IN OPEN COURT this _____ day of January, 2006.

2

3                           _____

                        THE HONORABLE RICARDO MARTINEZ

4

Presented by:

5

STAFFORD FREY COOPER

6   ***Attorneys for Defendants***

7

/s/ Marcus B. Nash via ECF_____

8   Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
7566-025226  61565

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**Certificate of Service**

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled ORDER GRANTING MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF on the following individuals:

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA 98101
Fax: (425) 837-9692

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA 98101-4185
Fax: (206) 676-7575

DATED this 5th day of January, 2005, at Seattle, Washington.

/s/ Marcus B. Nash via ECF
Marcus B. Nash, WSBA #14471

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
7566-025226  61565

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885