The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.<br><br>        Plaintiff,<br>  v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>        Defendant. | NO. 04-2338 RSM<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER, having come on regularly before the above-captioned Court upon motion of defendants COP and LDSFS properly and duly noted pursuant to Fed.R.Civ.P. 56 and CR 7, for an Order on Summary Judgment Dismissing Plaintiffs' Claims for reasons listed in paragraph 1 below, and the Court having considered the records and files herein, including:

PROPOSED ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT - 1

No. 04-2338 RSM
7566-025226  62023

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1. Defendants' Motion for Summary Judgment regarding (1) plaintiffs' claim based on a failure to report sexual abuse pursuant to RCW 26.44; (2) plaintiff R.K.'s negligence/special relationship claim for lack of duty; (3 plaintiffs' claims for equitable estoppel and fraudulent concealment; (4) plaintiffs' claims for negligent infliction of emotional distress; (5) plaintiff T.D.'s claims for lack of proven damages; (6) plaintiffs' civil conspiracy claims; (7) plaintiffs' John Doe and R.K.'s claims for sexual abuse that occurred before first notice to defendant COP in 1972; (8) plaintiffs' claims for failure to prove proximate cause of damages caused by defendants' conduct; (9) legal rulings on the issue of segregation of damages between intentional tortfeasors and negligent tortfeasors;

2. Defendants' Motion for Summary Judgment on Statute of Limitations Grounds;

3. Declaration of Marcus B. Nash, with exhibits:

   a. A true and correct copy of selected portions of the transcript of the deposition of plaintiff Robert Kelly taken August 29, 2005.

   b. A true and correct copy of selected portions of the transcript of the deposition of Dorothy L. Kelly taken March 2, 2005.

   c. A true and correct copy of selected portions of the transcript of the deposition of plaintiff Todd Denny taken September 7, 2005.

   d. A true and correct copy of selected portions of the transcript of the deposition of Jon Conte PhD taken October 21, 2005.

   e. A true and correct copy of selected portions of the transcript of the deposition of plaintiff James Allenbach taken July 20, 2005.

   f.-1  A true and correct copy of a report prepared by Stuart Greenberg PhD dated September 7, 2005 regarding James Allenbach.

   f.-2  A true and correct copy of a report prepared by Stuart Greenberg PhD dated September 7, 2005 regarding Kenneth Fleming.

   g. A true and correct copy of selected portions of the transcript of the deposition of plaintiff Kenneth Fleming taken July 20, 2005.

   h. A true and correct copy of selected portions of the transcript of the deposition of Richard Pettit taken December 13, 2005.

PROPOSED ORDER GRANTING MOTIONS FOR
SUMMARY JUDGMENT - 2

No. 04-2338 RSM
7566-025226  62023



STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

      i. A true and correct copy of selected portions of the transcript of the deposition of Fred Denison taken January 4, 2006.

      j. A true and correct copy of the recently filed opinion in Melanie H. v. Defendant Doe, et. al., No. 04-1596 (D. So. Cal. Filed December 21, 2005).

3. Defendants' Proposed Orders Granting their Motions for Summary Judgment of Dismissal;

4. Plaintiffs' memoranda in opposition to defendants' Motions for Summary Judgment, if any;

5. Declarations submitted by plaintiffs in opposition to defendants' Motions for Summary Judgment, if any, and;

6. Plaintiffs' Proposed Orders Denying Defendants' Motions for Summary Judgment of Dismissal

And the court having reviewed the records and files herein; having heard the argument of counsel; and deeming itself fully advised in the premises, it is hereby

ORDERED, ADJUDGED, AND DECREED, that Defendants' Motions for Summary Judgments shall be, and hereby are, granted, to wit:

1. Any and all of plaintiffs' claims based on a failure to report sexual abuse pursuant to RCW 26.44 are hereby dismissed (the court ruling that RCW 26.44 does not create a private right of action);

2. Plaintiff R.K.'s claims are hereby dismissed (the court finding that Defendants owed R.K. no duty of care under the law);

3. Plaintiffs' claims for equitable estoppel and fraudulent concealment are hereby dismissed (the court finding that there is no basis in law, under the facts and evidence of this case, that support plaintiffs making such a claim);

PROPOSED ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT - 3

No. 04-2338 RSM

7566-025226  62023

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION

601 Union Street, Suite 3100

Seattle WA 98101.1374

TEL 206.623.9900  FAX 206.624.6885

4. Plaintiffs' claims for negligent infliction of emotional distress are hereby dismissed;

5. Plaintiff T.D.'s claims are hereby dismissed for lack of proven damages;

6. Plaintiffs' civil conspiracy claims are hereby dismissed, there being no clear, cogent, and convincing evidence thereof;

7. Plaintiffs' John Doe and R.K.'s claims for sexual abuse that occurred before first notice to defendant COP in 1972 are hereby dismissed for lack of proof of duty or proximate cause;

8. All Plaintiffs' claims are hereby dismissed for their failure to prove proximate cause of the damages caused by defendants' conduct; and

9. The court hereby rules that, pursuant to *Tegman v. Accident & Medical Investigation,* 150 Wn.2d 102, 117, 75 P.3d 497 (2003), the jury will be required to segregate damages attributable to LoHolt as an intentional tortfeasor from any damages attributable to the alleged negligence of any other parties or entities

DONE IN OPEN COURT this _____ day of February, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

PROPOSED ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT - 4

No. 04-2338 RSM

7566-025226   62023

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

Presented by:

STAFFORD FREY COOPER

By: /s/ Marcus B. Nash via ECF
Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471
Attorneys for Defendants

**Copies received; approved as to form;
Notice of presentation waived:**

GORDON, THOMAS, HONEYWELL

By:_____
Michael T. Pfau, WSBA No 24649

LAW OFFICES OF TIMOTHY D. KOSNOFF

By:_____
Timothy D. Kosnoff, WSBA No. 16586

PROPOSED ORDER GRANTING MOTIONS FOR
SUMMARY JUDGMENT - 5

No. 04-2338 RSM
7566-025226  62023

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## Certificate of Service

I certify that on the date noted below I electronically filed this document entitled PROPOSED ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons, as well as service by hand delivery:

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Fax: (425) 837-9692

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA  98101-4185
Fax: (206) 676-7575

DATED this 6th day of January, 2006, at Seattle, Washington.

/s/Marcus B. Nash via ECF

PROPOSED ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT - 6

No. 04-2338 RSM
7566-025226   62023

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885