The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.<br><br>                    Plaintiff,<br>    v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>                    Defendant. | NO.  04-2338 RSM<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (RCW 4.16.340)** |

THIS MATTER, having come on regularly before the above-captioned Court upon motion of defendants COP and LDSFS, properly and duly noted pursuant to Fed.R.Civ.P. 56 and CR 7, for an Order on Summary Judgment Dismissing Plaintiffs' Claims due to the running of the applicable statute of limitations (RCW 4.16.340), and the Court having considered the records and files herein, including:

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE STATUTE OF LIMITATIONS–1

04-2338 RSM
7566-025226  62064

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1. Defendants' Motion for Summary Judgment regarding (1) plaintiffs' claim based on a failure to report sexual abuse pursuant to RCW 26.44; (2) plaintiff R.K.'s negligence/special relationship claim for lack of duty; (3) plaintiffs' claims for equitable estoppel and fraudulent concealment; (4) plaintiffs' claims for negligent infliction of emotional distress; (5) plaintiff T.D.'s claims for lack of proven damages; (6) plaintiffs' civil conspiracy claims; (7) plaintiffs' John Doe and R.K.'s claims for sexual abuse that occurred before first notice to defendant COP in 1972; (8) plaintiffs' claims for failure to prove proximate cause of damages caused by defendants' conduct; (9) legal rulings on the issue of segregation of damages between intentional tortfeasors and negligent tortfeasors;

2. Defendants' Motion for Summary Judgment on Statute of Limitations Grounds;

3. Declaration of Marcus B. Nash, with exhibits:

   a. A true and correct copy of selected portions of the transcript of the deposition of plaintiff Robert Kelly taken August 29, 2005.

   b. A true and correct copy of selected portions of the transcript of the deposition of Dorothy L. Kelly taken March 2, 2005.

   c. A true and correct copy of selected portions of the transcript of the deposition of plaintiff Todd Denny taken September 7, 2005.

   d. A true and correct copy of selected portions of the transcript of the deposition of Jon Conte PhD taken October 21, 2005.

   e. A true and correct copy of selected portions of the transcript of the deposition of plaintiff James Allenbach taken July 20, 2005.

   f-1 A true and correct copy of a report prepared by Stuart Greenberg PhD dated September 7, 2005 regarding James Allenbach.

   f-2 A true and correct copy of a report prepared by Stuart Greenberg PhD dated September 7, 2005 regarding Kenneth Fleming.

   g. A true and correct copy of selected portions of the transcript of the deposition of plaintiff Kenneth Fleming taken July 20, 2005.

   h. A true and correct copy of selected portions of the transcript of the deposition of Richard Pettit taken December 13, 2005.

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT RE STATUTE OF
LIMITATIONS–2
04-2338 RSM
7566-025226  62064

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

      i. A true and correct copy of selected portions of the transcript of the deposition of Fred Denison taken January 4, 2006.

      j. A true and correct copy of the recently filed opinion in Melanie H. v. Defendant Doe, et. al., No. 04-1596 (D. So. Cal. Filed December 21, 2005).

4. Defendants' Proposed Orders Granting their Motions for Summary Judgment of Dismissal;

5. Plaintiffs' memoranda in opposition to defendants' Motions for Summary Judgment, if any;

6. Declarations submitted by plaintiffs in opposition to defendants' Motions for Summary Judgment, if any; and

7. Plaintiffs' Proposed Orders Denying Defendants' Motions for Summary Judgment of Dismissal

And the Court having reviewed the records and files herein; having heard the argument of counsel; and deeming itself fully advised in the premises, and the Court finding that the statute of limitations expired prior to the commencement of the subject action by any of the plaintiffs, it is hereby

ORDERED, ADJUDGED, AND DECREED, that Defendants' Motion for Summary Judgments shall be, and hereby are, granted, and plaintiffs' claims shall be, and hereby are dismissed with prejudice.

DONE IN OPEN COURT this _____ day of February, 2006

_____
THE HONORABLE RICARDO S. MARTINEZ

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT RE STATUTE OF
LIMITATIONS–3
04-2338 RSM
7566-025226  62064

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Presented by:

STAFFORD FREY COOPER

By: /s/ Marcus B. Nash via ECF
    Thomas D. Frey, WSBA #1908
    Marcus B. Nash, WSBA #14471
    Attorneys for Defendants


**Copies received; approved as to form;
Notice of presentation waived:**

GORDON, THOMAS, HONEYWELL


By:_____
    Michael T. Pfau, WSBA No 24649

LAW OFFICES OF TIMOTHY D. KOSNOFF


By:_____
    Timothy D. Kosnoff, WSBA No. 16586

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT RE STATUTE OF
LIMITATIONS–4
04-2338 RSM
7566-025226  62064

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**Certificate of Service**

I certify that on the date noted below I electronically filed this document entitled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons, in addition to service via hand delivery:

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101
Fax: (425) 837-9692

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA  98101-4185
Fax: (206) 676-7575

DATED this 6th day of January, 2006, at Seattle, Washington.

/s/Marcus B. Nash via ECF

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT RE STATUTE OF
LIMITATIONS–5
04-2338 RSM
7566-025226  62064

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885