1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| KENNETH FLEMING, JOHN DOE, R.K. and T.D. | NO. 04-2338 RSM |
|---|---|
| Plaintiff, <br> v. | DECLARATION OF BARBARA SEARLE |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation <br><br> Defendant. | |

1.    I am Barbara Ann Searle, over the age of 18 years, and make this declaration on personal knowledge and belief.

2.    I have known Ken Flemming for many years, from before he was twelve years old. His parents had a lot of marital problems, and they sent him out at an early age to make money for the family. We admired the fact that he was a hard-working boy. He became good friends with all of my daughters, starting with Robin. Ken and his family

DECLARATION OF BARBARA - 1

04-2338 RSM
7568-028226  56873

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

1   were fellow members of our congregation of The Church of Jesus Christ of Latter-day

2   Saints, in the Kent 2nd Ward of the Renton, WA Stake.

3   3.       Through the years, Ken was like another member of the family.  We took him

4   camping with us, he would come to our home for Christmas dinner, and whenever he

    needed to talk, he would come over to our home.  He would talk with me sometimes for

5   hours, and I was happy to give him a listening ear and understanding heart because I

6   grew to care for him and to love him in a motherly kind of way.  He even would call me

7   "mom."

8   4.       When our daughter Alison was married in 1985, and again when Robin and

9   Angela were married the next year, in 1986, we invited Ken to come to the private

10  temple sealing ceremonies, as we regarded him like family.  He declined to attend

    (although he came to their receptions), because he said that he wanted his marriage to

11  be the first time he entered a sealing room in a temple.

12  5.       After he returned from his mission in 1983, we remained good friends with Ken.

13  During that period of time, Ken lived for a time with the Morris family, another family he

14  was close to, because it was too strenuous for him to live with his mother.  During this

15  period of time, our family would sometimes tease Ken about who he was going to

16  marry.  He had been interested in a girl named Marlina Berry, who was serving a

17  mission.  Soon after Marlina came home from her mission, Ken said that he did not

    want to get married because he did not know how to tell his wife about the abuse that

18  had happened to him.

19  6.       In the years after Ken returned home from his mission, we continued to have Ken

20  over for dinner, and he would sometimes talk with me for hours.  I was still glad to be a

21  sounding board for him because I loved and appreciated him.  During this period after

22  his mission, Kenny told me in one of our lengthy conversations that Jack LoHolt had

23  abused him.  He told me through his tears (he was crying) that Jack abused him on

DECLARATION OF BARBARA - 2

04-2338 RSM
7566-025226  56875

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1    some scout outings.  Kenny told me that Jack would get his things wet during some
2    scout outings so that Kenny had to sleep with Jack.  He also told me that while he was
3    working for Jack, Jack would sometimes abuse him during work.  He told me these
4    things after he had returned from his mission and probably within a year of the time that
5    Marlina Berry returned home from her mission, which would have been in the late
     1980's or early 1990's.
6    7.    In one of our lengthy conversations in the late 1980's or early 1990's, Kenny was
7    very upset, and told me that he had confronted Jack LoHolt, and had told Jack that he
8    was very angry with Jack for what Jack had done to him.  He stated to me that he had
9    told Jack face-to-face that Jack had "ruined my [Ken's] life."  In one of our discussions,
     Kenny expressed emotional problems about the abuse.  Kenny was at times upset
10   about his family.  He told me that Jack's abuse was the reason why he had a hard time
11   with relationships with girls.  He told me that he hated what Jack had done to him.  He
12   was very angry with Mr. LoHolt about the abuse and what it did to him.
13   8.    In approximately 1995, Kenny came to me and told me that he had decided that
14   he was gay.  I replied that I was sad about his decision, but that I loved him, and told
15   him to be careful.  He informed me that he had had his name removed from the records
16   of the church and that he was waiting for the day when the church would allow
17   individuals practicing the gay lifestyle to fully participate in the church so that he could
18   rejoin on that basis.  He then told me that he did not believe that the abuse was the
     reason why he was gay.
19   9.    In 2001, Ken called me and we visited, and I invited him to come to Paula's
20   wedding here in Utah.  He came to the reception.  I have had very little contact with Ken
21   since that time.
22
23

DECLARATION OF BARBARA - 3
04-2338 RSM
7566-025226  56875

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1

2

3    I certify under the laws of the State of Washington and of the United
     States that the foregoing is true and correct.

4    Signed at Salem, Utah this __23__ day of _December_, 2005.

5

6    _Barbara Ann Searle_ (signature)
     Barbara Searle

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF BARBARA - 4

04-2338 RSM
7566-025226  56873

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885