The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>Defendant. | NO. 04-2338 RSM<br><br>**DECLARATION OF MARCUS B. NASH IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Note on Motion Calendar for: Friday, February 3, 2006** |

MARCUS B. NASH declares:

1. I am one of the attorneys of record for defendants in the above-captioned matter, and I make this declaration on personal knowledge and belief.

2. Attached hereto as Exhibit A is a true and correct copy of selected portions of the transcript of the deposition of plaintiff R.K. taken August 29, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of selected portions of the transcript of the deposition of D.K. taken March 2, 2005.

DEC. OF MARCUS B. NASH RE: SUMMARY JUDGMENT- 1
7566-025226   61629

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885


Dockets.Justia.com

1   4.   Attached hereto as Exhibit C is a true and correct copy of selected
2   portions of the transcript of the deposition of plaintiff T.D. taken September 7, 2005.

3   5.   Attached hereto as Exhibit D is a true and correct copy of selected
4   portions of the transcript of the deposition of Jon Conte PhD taken October 21, 2005.

5   6.   Attached hereto as Exhibit E is a true and correct copy of selected
6   portions of the transcript of the deposition of plaintiff John Doe taken July 20, 2005.

7   7.   Attached hereto as Exhibit F-1 is a true and correct copy of a report
8   prepared by Stuart Greenberg PhD dated September 7, 2005 regarding John Doe.

9   8.   Attached hereto as Exhibit F-2 is a true and correct copy of a report
10  prepared by Stuart Greenberg PhD dated September 7, 2005 regarding Kenneth
11  Fleming.

12  9.   Attached hereto as Exhibit G is a true and correct copy of selected
13  portions of the transcript of the deposition of plaintiff Kenneth Fleming taken July 20,
14  2005.

15  10.  Attached hereto as Exhibit H is a true and correct copy of selected
16  portions of the transcript of the deposition of Richard Pettit taken December 13, 2005.

17  11.  Attached hereto as Exhibit I is a true and correct copy of portions of the
18  transcript of the deposition of Richard Pettit taken December 13, 2005.

19  12.  Attached hereto as Exhibit J is a true and correct copy of the recently-filed
20  opinion in Melanie H. v. Defendant Doe, et al., No. 04-2596 (D. So. Cal. Filed
21  December 21, 2005).

22

23

DEC. OF MARCUS B. NASH RE: SUMMARY JUDGMENT- 2
7566-025226  61629

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  I certify under the laws of the State of Washington and of the United
2  States that the foregoing is true and correct.
3  Signed at Seattle, Washington this 6th day of January, 2006.

/s/ Marcus B. Nash via ECF
MARCUS B. NASH, WSBA #14471

DEC. OF MARCUS B. NASH RE: SUMMARY JUDGMENT- 3
7566-025226  61629

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**Certificate of Service**

I certify that on the date noted below I electronically filed this document entitled ***Declaration of Marcus B. Nash in Support of Defendants' Motion for Summary Judgment*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons, as well as via messenger:

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA  98101

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA  98101-4185

DATED this 6th day of January, 2006, at Seattle, Washington.

/s/ Marcus B. Nash via ECF

DEC. OF MARCUS B. NASH RE: SUMMARY JUDGMENT- 4
7566-025226  61629

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885