**<u>Fleming, et al. v. COP, et al.</u>**
No. CV04-2338 RSM

**DECLARATION OF MARCUS B. NASH
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT B

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,                    )
                                                 )
                          Plaintiffs,            )
                                                 ) No.
               vs.                               ) C04-2338RSM
                                                 )
THE CORPORATION OF THE PRESIDENT OF THE CHURCH   )
OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah     )
corporation sole, a/k/a the "MORMON CHURCH," LDS )
SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah )
corporation,                                     )
                                                 )
                          Defendants.            )

VIDEOTAPED DEPOSITION OF DOROTHY L. KELLY
March 2, 2005
Seattle, Washington

BYERS & ANDERSON, INC. - COURT REPORTERS & VIDEO
2208 North 30th Street                  One Union Square
     Suite 202                        600 University Street
Tacoma, WA  98403-3360                     Suite 2300
   (253) 627-6401                   Seattle, WA  98101-4128
  Fax: (253) 383-4884                   (206) 340-1316
                      (800) 649-2034
               scheduling@byersanderson.com

Dorothy L. Kelly
3/2/05


EXHIBIT B

Byers & Anderson, Inc.
Court Reporters & Video

Page 10

1    THE WITNESS: Jack LaHolt was present.
2    MR. FREY: Okay. Thank you.
3  Q  (By Mr. Kosnoff) And when you say they were playing in the
4    field, would that have been a field on the Allenbach
5    property?
6  A  On the Allenbach property.
7  Q  Was the Allenbach property ever referred to as "the
8    Allenbach compound"?
9    MR. FREY: Object to the form of the
10   question. You can answer.
11 Q  (By Mr. Kosnoff) Have you ever heard that term used?
12 A  Yes, I have.
13 Q  Did you ever use that term in referring to the Allenbach
14   property?
15 A  Yes, I did.
16 Q  Now, you said that the boys, the Allenbach boys and your
17   sons, were playing in a field and Jack LaHolt was there?
18 A  Mm-hm. (Witness answers affirmatively.)
19 Q  Did you witness this or did you learn about it later?
20 A  I learned about it --
21 Q  Who did you learn --
22 A  -- right after it happened.
23 Q  Okay. How did you learn about it, and what did you learn
24   occurred in that field?
25 A  Jimmy and Bob and Tom come running down to the house --

Page 11

1    MR. FREY: I'm going -- I'm going to
2    object to the response -- but go ahead; you can answer -- on
3    the basis it's all hearsay. Go ahead.
4  A  They were all excited, upset, and they proceeded to tell me
5    what happened.
6  Q  (By Mr. Kosnoff) And what did they say?
7    MR. FREY: I'm going to object. Go
8    ahead. You can answer.
9  A  Well, they didn't use the word "masturbate." Do you want me
10   to tell you the exact words they said?
11 Q  (By Mr. Kosnoff) To the best of your recollection, the
12   words that were used, yes.
13 A  They said Jack was rubbing his dick up and down in front of
14   them. He had them all in a circle. And some white stuff
15   come out, and they asked me what the white stuff was.
16 Q  Now, were -- who was speaking? Was it Tommy or Bobby or
17   which one of the boys?
18 A  All -- all three of them.
19   MR. FREY: I'm going to object to the
20   form of the question. You may go ahead and answer.
21 A  All three of them.
22 Q  (By Mr. Kosnoff) Okay. Was there any confusion in your
23   mind as to what kind of activity they were describing to
24   you?
25 A  None whatsoever.

Page 12

1  Q  What was your reaction upon hearing this?
2  A  Well, first it was shock. And then I was very upset. I
3    had -- I had to leave the room. And I come back, and then I
4    was very angry.
5  Q  What was the first thing you did?
6  A  Well, I talked to the boys. I said, "I think I'll go over
7    and talk to Jack."
8  Q  Meaning Jack LaHolt?
9  A  Jack LaHolt. And then I thought -- my husband was working
10   at the time. And it was about two hours before he would
11   arrive home from work. And then I thought it best to wait
12   until he got home and we would decide what to do.
13 Q  And did you wait until he got home?
14 A  Yes, I did.
15 Q  What happened when he got home?
16 A  I gathered the boys around and told him exactly what had
17   happened.
18 Q  And what is your husband's name?
19 A  Jerry.
20 Q  What was Jerry's reaction?
21 A  He was very upset. He had -- he'd spoke to Jack more than
22   I, just, oh, casually.
23 Q  After you talked with your husband, what did you do next?
24 A  Well, it was right at dinner time, so we all decided what we
25   would do. And we thought it better to go over and talk to

Page 13

1    Dr. Allenbach.
2  Q  Why did you think that was the best course of action, to go
3    talk to Dr. Allenbach?
4  A  Well, I knew he was the -- he was the bishop in the church,
5    Mormon Church. I thought he would have -- he was -- I
6    thought he would have more authority to take care of the
7    matter.
8  Q  And did you and your husband go and see Dr. Allenbach?
9  A  Yes, we did.
10 Q  Was it that same day?
11 A  Oh yes, that -- right after dinner.
12 Q  Tell us to the best of your recollection what occurred when
13   you arrived at the front door of the Allenbach home.
14 A  Veloy Allenbach answered the door and --
15 Q  Veloy Allenbach is Mrs. Herman Allenbach?
16 A  Yes, mm-hm. And we told her we'd like to talk to her and
17   Herman Allenbach. And he was in bed with a broken leg. She
18   took us in the bedroom. And right out I said, "Jack has
19   been sexually abusing our boys." At that time he asked
20   Veloy Allenbach to go out and shut the door.
21 Q  Did she then leave the room?
22 A  Yes, she left the room.
23 Q  And shut the door behind her?
24 A  Mm-hm. (Witness answers affirmatively.)
25 Q  Who was then in the room with Dr. Allenbach?

4 (Pages 10 to 13)

Dorothy L. Kelly
3/2/05

Byers & Anderson, Inc.
Court Reporters & Video

Page 14

1  A  My husband and myself.
2  Q  And Dr. Allenbach was in bed?
3  A  He was in bed.
4  Q  Tell us what the conversation -- what conversation took
5     place then after Veloy left the room?
6            MR. FREY:  I'm going to object to any
7     testimony concerning conversations she had.
8  Q  (By Mr. Kosnoff)  Go ahead.
9  A  We told him what had happened, what Jack did.  We told him
10    he masturbated in front of the boys, and the boys were
11    curious as to what the white stuff was.  And we left it then
12    for him to reply.
13 Q  What did he say?
14           MR. FREY:  Same objection.  I'll have
15    just a continuing objection if that's all right with you,
16    Counsel.
17           MR. KOSNOFF:  That's fine.
18           MR. FREY:  Go ahead.
19 A  He didn't seem too concerned.  He -- he wasn't like I was
20    when I first heard it or my husband.  He says, "I'll take
21    care of it."  And that was as far as it went.
22        And him -- I trusted Dr. Allenbach.  I -- he was the
23    bishop in the Mormon Church, and I thought if I can't trust
24    him, who can I.  And I believe he rose to high priest.
25 Q  (By Mr. Kosnoff)  Why -- why did you believe that he was a

Page 15

1     bishop in the Mormon Church when you spoke to him?
2  A  Oh, it was common knowledge.
3  Q  Okay.  Do you know how you acquired that common knowledge?
4  A  From the children.  They'd always be bragging about it, how
5     their dad -- my husband was a mechanic at Boeing, and you
6     know how kids are.  They have to go you one better:  My dad
7     is a bishop in the Mormon Church.
8  Q  And what did you understand that to mean?
9  A  Well, that he had control.  He was -- I knew little of the
10    Mormon Church, but I knew a bishop was a very important part
11    of the church.
12 Q  Were there Mormon Church functions that went on regularly at
13    the Allenbach compound?
14 A  Truthfully, I cannot say.  I -- we were not in the same
15    social circles with them.  We were Catholic.
16 Q  Was there a -- was there a baseball or softball diamond on
17    the property?
18 A  He built -- he built -- Dr. Allenbach built a baseball
19    diamond with a backstop so the -- their Boy Scout troop
20    could come and practice their games there.
21 Q  Boy Scout troop or baseball team?
22 A  Well, I -- I assumed they were all from the Mormon Church.
23 Q  To your knowledge, did Dr. Allenbach have any role in the
24    Mormon Church's Boy Scouting program?
25 A  Yes.  He had a cabin up at Lake Kachess, and they would go

Page 16

1     on outings there.
2  Q  Boy Scout outings?
3  A  Boy Scout outings frequently.
4  Q  Did your sons ever go on those Mormon Church --
5  A  No.
6  Q  -- Boy Scout outings?
7  A  Not on the Boy Scout outings.
8  Q  Did they ever go to that -- that camp on Lake Kachess?
9  A  When they were building it, they went once or twice helping
10    as they could pick up wood, pick up nails, just the general
11    building of the -- I'd never been up there, so I can't say
12    what kind of a building it was.  I believe it was a dorm, or
13    they had tents, or I'm really not -- can't say because I'd
14    never seen it.
15 Q  With respect to your sons after this incident with Jack
16    LaHolt and speaking to Dr. Allenbach, did you speak to them
17    about whether they could ever return to the Allenbach
18    property?
19 A  I forbade them to go on the property when Jack was present,
20    to have anything to do with him.
21 Q  To your knowledge, did they have any contact after that with
22    Jack LaHolt?
23 A  Not that I'm aware of.  If they did, they kept it from me.
24           MR. KOSNOFF:  Those are all the
25    questions I have.  Thank you, Mrs. Kelly.

Page 17

1            THE WITNESS:  Mm-hm.
2
3            EXAMINATION
4  BY MR. FREY:
5  Q  Mrs. Kelly, my name is Tom Frey.
6  A  Yes.
7  Q  And I'm here representing the defendants in this lawsuit,
8     which are, for the record, The Corporation of the President
9     of the Church of Jesus Christ of Latter-Day Saints, and LDS
10    Social Services, also known as the LDS Family Services.
11 A  Mm-hm.
12 Q  I'd like to do a little background if I could for just a
13    minute.  A couple of weeks ago, do you remember when I
14    phoned you at home?
15 A  Yes, I do.
16 Q  Okay.  And I asked if you would talk with me about what
17    information you might have concerning Jack LaHolt?
18 A  Yes.
19 Q  Okay.  And did you tell me to call you back the following
20    day after you spoke with your son?
21 A  Yes.
22 Q  And when I called you back the following day, did you talk
23    with me?
24 A  Yes.
25 Q  And did you agree to discuss with me what information you

5 (Pages 14 to 17)

Byers & Anderson, Inc.
Court Reporters & Video

Page 30

1  been from the time that you first noticed Jack LaHolt
2  helping Dr. Allenbach until this incident which you've
3  described in your testimony involving the four boys?  Had he
4  been there weeks, months --
5  A  Oh.
6  Q  -- a year and a half, five years, what?
7  A  No.  It was probably two -- two to three months.  I don't --
8  I -- I'm really not sure.  But it was shortly afterwards.
9  Q  Shortly after he began doing work for Dr. Allenbach?
10  A  Yes.
11  Q  Okay.  And I'm not trying to pin you down to an exact date.
12  I'm trying to get a sense whether he was there years before
13  it happened --
14  A  Oh no.
15  Q  -- or it was months before it happened?
16  A  Months.
17  Q  Months.  Okay.  Thank you.
18     Did you know Jimmy Allenbach pretty well?
19  A  Oh yes.  I knew him from the day he was adopted.  He was
20  three.
21  Q  All right.  And he played with your children; is that
22  correct?
23  A  Yes, all the time.
24  Q  Okay.  What kind of a boy was he?
25  A  He was happy-go-lucky.

Page 31

1  Q  Okay.  And --
2  A  Always smiling.
3  Q  All right.  Did that change at some point in time as you saw
4  him grow up?
5  A  Yes.  He became -- became not a troublemaker.  Mischievous
6  is more the word, at school.  Veloy removed him from the
7  school, put him in a private school when he was in sixth
8  grade.
9  Q  Okay.  Is that because of disciplinary problems they were
10  having?
11  A  Yes.
12  Q  Did you ever talk to Veloy or Dr. Allenbach about that?
13  A  No.
14  Q  How did you know they were having disciplinary problems with
15  him?
16  A  From my sons.
17  Q  Okay.  What did your sons tell you?
18  A  That Jimmy was going to another school because he's getting
19  in trouble.
20  Q  Okay.  Then did you continue to have contact with Jimmy
21  after he went to the private school; you'd see him from time
22  to time?
23  A  Oh yes.  I knew him when -- up to the time he was married.
24  He lived at Dr. Allenbach's.  Then he moved out.  He would
25  still drop by and see us occasionally.

Page 32

1  Q  When is the last time you spoke with Jimmy Allenbach?
2  A  Oh, the last time I saw him, it must have been maybe three
3  years ago.
4  Q  And what was the occasion that you saw him about three years
5  ago?
6  A  He stopped by to see us.
7  Q  Okay.  Did he talk about anything to do with abuse or
8  lawsuits or anything of that --
9  A  No.
10  Q  -- nature?
11  A  No.
12  Q  Okay.  Have you ever talked to Jimmy about being abused?
13  A  No.
14  Q  Okay.  Do you know whether or not he was ever abused by Jack
15  LaHolt?
16  A  Yes, I do from the time in the field when he was abused
17  along with my boys.
18  Q  Okay.
19  A  He and Ricky both.
20  Q  Okay.
21  A  He was the one that come down with my boys and told me.
22  Q  All right.  But beyond that incident, do you know whether or
23  not he was ever physically abused after that by Jack LaHolt?
24  A  There were rumors, but I won't repeat the rumors because
25  they were just rumors.

Page 33

1  Q  Okay.  Did you ever speak to Jack LaHolt about this
2  incident?
3  A  No.
4  Q  Okay.  Did Jack LaHolt continue to work at Dr. Allenbach's
5  after you went over and spoke with Dr. Allenbach about this
6  incident?
7  A  I saw him there occasionally.
8  Q  Okay.  Did you ever go back and talk to Dr. Allenbach about
9  it?
10  A  No.  I assumed that he had taken care of it.
11  Q  Okay.  When this inc-- -- when you were told of this incident
12  by the children, you properly thought this was a pretty
13  outrageous and terrible thing that --
14  A  Yes, I did.
15  Q  -- had happened?
16     Okay.  Did you ever talk to any of the authorities, go
17  to the police and report this or go to any other social
18  agency and said, "Hey, this guy is down here masturbating --
19  A  No.
20  Q  -- in front of kids"?
21  A  Back in those days we -- things like that were different.
22  Q  Okay.
23  A  You went to the head of the source.  I knew Dr. Allenbach
24  was very high in the church.  Jack was his employee.  And I
25  figured Dr. Allenbach, being a bishop or a high priest,

9 (Pages 30 to 33)

Byers & Anderson, Inc.
Court Reporters & Video

**Page 42**

1  A  All right.
2  Q  Did Mr. Kosnoff ever tell you that Dr. Allenbach was a high
3     priest?
4  A  Oh no. I didn't have any conversation with him.
5  Q  Okay. Did Linda Walker ever tell you he was a high priest,
6     this woman I have asked you about?
7  A  I told you before I don't recall this Linda.
8  Q  Okay. Did Kenny Fleming or anyone else? Who told you that
9     he was a high priest?
10 A  Well, it must have come from the children.
11 Q  Which children?
12 A  The Allenbach children.
13 Q  Why do you say it must have come from them?
14 A  Well, because I wasn't involved in their church. There's
15    they told me that their father -- he was a bishop. They
16    told me he was being elevated to the next highest position.
17    I don't know what they call them; that he's going to be a
18    high priest.
19 Q  Okay. And this would have been the Allenbach children would
20    have told you this?
21 A  Yes, mm-hm.
22 Q  Okay. You didn't learn it from any other source?
23 A  No.
24       MR. FREY:  Okay. I don't have any other
25    questions. Thank you very much --

**Page 43**

1       THE WITNESS:  You're welcome.
2       MR. FREY:  -- Mrs. Kelly.
3       THE VIDEOGRAPHER:  Do you have any?
4       MR. KOSNOFF:  No, nothing further.
5       THE VIDEOGRAPHER:  It's 11:27. We are
6    off the record, and that concludes this deposition.
7            (Signature reserved.)
8            (Deposition concluded
9              at 11:27 a.m.)

STATE OF WASHINGTON )   I, BARBARA E. HAYDEN,
                    ) ss CCR #2220, a duly authorized
County of Snohomish )   Notary Public in and for the
                        State of Washington residing at
                        Mountlake Terrace, do hereby
                        certify:

      That the foregoing deposition of DOROTHY L. KELLY
was taken before me and completed on March 2, 2005, and
thereafter was transcribed under my direction; that the
deposition is a full, true and complete transcript of the
testimony of said witness, including all questions, answers,
objections, motions and exceptions;

      That the witness, before examination, was by me
duly sworn to testify the truth, the whole truth, and
nothing but the truth, and that the witness reserved the
right of signature;

      That I am not a relative, employee, attorney or
counsel of any party to this action or relative or employee
of any such attorney or counsel and that I am not
financially interested in the said action or the outcome
thereof;

      That I am herewith securely sealing the said
deposition and promptly delivering the same to Attorney Tim
Kosnoff.

      IN WITNESS WHEREOF, I have hereunto set my hand
and affixed my official seal this 7th day of March 2005.


            Barbara E. Hayden, CCR, RPR
            Notary Public in and for the State
            of Washington, residing at Mountlake
            Terrace.

12 (Pages 42 to 44)

Dorothy L. Kelly
3/2/05