**Fleming, et al. v. COP, et al.**
No. CV04-2338 RSM

DECLARATION OF MARCUS B. NASH
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             WESTERN DISTRICT OF WASHINGTON

 3                      AT SEATTLE

 4  _____

                                            )
 5  KENNETH FLEMING and JOHN DOE,           )
                                            )
 6                  Plaintiffs,             )
                                            )
 7          vs.                             ) NO. 04-2338 RSM
                                            )
 8  THE CORPORATION OF THE PRESIDENT OF THE )
    CHURCH OF JESUS CHRIST OF LATTER-DAY    )
 9  SAINTS, a Utah corporation sole, a/k/a  )
    "MORMON CHURCH"; LDS SOCIAL SERVICES    )
10  a/k/a LDS FAMILY SERVICES, a Utah       )
    corporation,                            )
11                                          )
                    Defendant.              )
12  _____

13          DEPOSITION UPON ORAL EXAMINATION OF

14                 JON R. CONTE, PH.D.

15                      VOLUME I

16  _____

17                  9:39 o'clock a.m.

18                  October 21, 2005

19                  601 Union Street

20                     Suite 3100

21                 Seattle, Washington

22

23

24
    REPORTED BY:
25  ALISON LOTT, CCR#2337
```

EXHIBIT D

Page 22

1      would be qualified to use those tests or measures.
2  Q   Is there any controversy as to whether the Trauma Symptom
3      Inventory is a psychological test?
4  A   There is some debate about what it actually measures. I'm
5      not aware of anyone suggesting that it's not a
6      psychological test.
7  Q   How do you define a psychological test?
8  A   Well, it's a set of questions using some format to obtain
9      responses from an individual, which has some type of
10     scoring, and typically some kind of summary conclusions,
11     and that there is some -- there's been some effort to test
12     the psychometric properties such as reliability and
13     validity.
14 Q   Now, with regard to the Trauma Symptom Inventory, has that
15     been assessed as to its reliability and validity?
16 A   Yes.
17 Q   And can you point me to the academic literature that
18     assessed and determined the reliability and validity of the
19     Trauma Symptom Inventory?
20 A   Yeah. The best summary would be that which appears in the
21     manual that is provided -- or, can be purchased along with
22     the test, and that summarizes the psychometric testing that
23     was undertaken to develop and validate the measure. Now,
24     as I recall, there are some early articles in peer reviewed
25     publications by the author, John Briere, B-R-I-E-R-E, which

Page 23

1      also address some of the psychometric properties. But I
2      haven't seen those in a very long time, so I can't tell you
3      where they are.
4  Q   Now, the three tests that you used in connection with these
5      two evaluations, the Trauma Symptom Inventory, the Symptom
6      Assessment 45 questionnaire, and the Detailed Assessment of
7      Post-Traumatic Stress, were these tests just basically
8      asking either Mr. Kelly or Mr. Denny to assess their own
9      symptomatology?
10 A   Yeah. Assessment might be a confusing term, so I would say
11     it asked them to describe their symptoms or to rate the
12     presence of them using one scale or another. They are self
13     report measures.
14 Q   Do you have any concerns about using those tests in a
15     forensic setting?
16 A   I don't have any more concerns about those tests than I do
17     about the self report of a client that's provided in the
18     interview. The advantage of at least the Trauma Symptom
19     Inventory and the DAPS, D-A-P-S, is that they do provide
20     some effort to check the reliability of report. They do it
21     in different ways, but they do have some validity scales
22     contained within them. The SA-45 does not. It's all self
23     report, so the same concern you would have about self
24     report that comes verbally in an interview, you should also
25     have, with the one caveat of the validity of the validity

Page 24

1      scales, you should also have with the measures.
2  Q   For Todd Denny, let's talk about him first. I have Exhibit
3      4, which is your forensic report --
4  A   Correct.
5  Q   Exhibit 5, which appear to be interview notes?
6  A   Correct.
7  Q   And do you take these interview notes as you're doing the
8      interview of the client?
9  A   Yes.
10 Q   And do you take them directly onto a computer?
11 A   Yes.
12 Q   While you're interviewing the client, you're typing down
13     responses and such?
14 A   Correct.
15 Q   And then Exhibit 6, which appears to be similar interview
16     notes of Michelle Denny who's Todd Denny's ex-wife?
17 A   Correct.
18 Q   And Exhibit 7 is the Trauma Symptom Inventory?
19 A   Correct.
20 Q   Okay. You also said that you read the deposition summary
21     and skimmed his deposition transcript?
22 A   Correct.
23 Q   That you reviewed the amended complaint?
24 A   Yes.
25 Q   You reviewed the interrogatory answers that he provided.

Page 25

1      How closely did you look at those?
2  A   Not very.
3  Q   Did you review any school records?
4  A   No.
5  Q   Did you review any employment records?
6  A   No.
7  Q   Did you review any medical records?
8  A   No.
9  Q   Did you review any divorce records?
10 A   No.
11 Q   And he indicated that he went through marriage counseling
12     with his wife prior to the divorce. Did you review any
13     counseling records?
14 A   No.
15 Q   Have you asked or sought to review any of those materials?
16 A   No, no. Well, to be totally responsive, I did not ask. I
17     received as part of the dissemination of the records to me
18     an empty file from the medical records company, and so I
19     assumed that those would be forthcoming, but I have not
20     pursued to see why they were not in there. And I didn't
21     know what specifically was to be included.
22 Q   And you said that -- I reviewed Mr. Denny's report and it
23     doesn't appear that there's any diagnosis of any
24     psychological disorder in the report.
25 A   That's correct.

Page 26

1  Q  Even though it does not appear in the report, do you
2     believe that Mr. Denny meets criteria for any psychological
3     disorder?
4  A  No. He has some elements of a social phobia, or of a
5     phobia, but I don't think that it reaches a diagnosable
6     level, and I wouldn't typically diagnose him with that for
7     the purposes of a forensic evaluation.
8  Q  Okay. You said he has some elements of a social phobia.
9     What are you referring to?
10 A  He reports anxiety of two symptoms indicative of social
11    phobia. One is eating in front of and speaking in front of
12    other people. Although he reports that he can do both, he
13    feels anxious about it.
14 Q  When you said that -- let's take those in reverse order.
15    You said speaking in front of people. Isn't what he
16    actually said that he hates giving public speeches?
17 A  Yes.
18 Q  You're familiar with the term base rate, aren't you?
19 A  Yes.
20 Q  Do you know what the base rate is for people who hate to
21    give public speeches?
22 A  That's a good question. No, I imagine it's fairly common.
23 Q  Do you know how many people who have roles -- highly
24    recognizable public roles, hate giving public speeches?
25 A  No, but I would suspect it's a fair number.

Page 27

1  Q  Did Mr. Denny tell you what he hates about it?
2  A  Just that he feels anxious.
3  Q  Did he tell you in what context he's expected to give
4     public speeches?
5  A  As part of his work. And you know, by public, we're not
6     talking about the general public, we're talking about
7     colleagues or associates or people in business.
8  Q  Okay. And you said as part of his work. Did he explain to
9     you the context as part of his work that he's expected to
10    give public speeches?
11 A  He did, but I don't recall what it was.
12 Q  What does he have to give public speeches on?
13 A  Work topics.
14 Q  Did he tell you what happens to him psychologically or
15    emotionally when he gives public speeches?
16 A  Only that he feels uncomfortable and nervous.
17 Q  Did he tell you whether he's ever turned down or rejected a
18    public speech because of the fact that he does not like to
19    give them?
20 A  He did not, and I don't believe that he has.
21 Q  Did -- has he ever sought training on giving public
22    speeches?
23 A  No.
24 Q  Has he ever sought any help on reducing the anxiety that he
25    may experience in giving public speeches?

Page 28

1  A  No. Did you say help?
2  Q  Yes.
3  A  No.
4  Q  Are you aware of any authority that says victims of
5     childhood sexual abuse are more inclined to hate giving
6     public speeches than members of the general population?
7  A  No. My clinical impression is that many victims of sexual
8     abuse do have a fear of being exposed, but I can't think of
9     an authoritative citation for that, other than my clinical
10    experience. I'm not suggesting that's the case in
11    this situation.
12 A  Okay. You also said that he has a concern about eating in
13    front of others.
14 A  Correct.
15 Q  Since when has he had a concern about eating in front of
16    others?
17 A  As an adult.
18 Q  And did he tell you how that has impacted him, or how that
19    manifests in his daily life?
20 A  I don't believe it does.
21 Q  Does he avoid eating with family members?
22 A  No.
23 Q  Does he avoid eating in restaurants?
24 A  No.
25 Q  Has anyone criticized his table manners?

Page 29

1  A  No.
2  Q  Now, you spoke to his ex-wife.
3  A  Yes.
4  Q  Did you speak to her about this concern he has about eating
5     in front of people?
6  A  I did not.
7  Q  Based on your interview of Todd Denny, did he grow up in an
8     intact family?
9  A  Yes.
10 Q  To your knowledge, were there any separations or divorce or
11    infidelity in his family of origin?
12 A  No.
13 Q  To your knowledge, did his parents have appropriate
14    parenting skills?
15 A  Yes.
16 Q  Was there any DV in his home while growing up? And by
17    "DV," I mean domestic violence.
18 A  Not that I'm aware of.
19 Q  Any emotional abuse in his home while growing up?
20 A  No.
21 Q  Does he have any close relatives with problems with mental
22    illness?
23 A  Not that I recall.
24 Q  Was he ever bullied as a child?
25 A  No.

Page 30

1 Q   There's an indication of -- he told you about his younger
2     brother?
3 A   Yes.
4 Q   And did he tell you that his younger brother did poorly in
5     school and got in trouble through high school and did some
6     time in jail for drug related charges?
7 A   Yes.
8 Q   Did he indicate whether his younger brother was ever a
9     victim of childhood sexual abuse?
10 A  I don't recall. I'd have to look.
11                (Brief pause as the witness peruses
12                his file.)
13 Q  If you're looking for it in your report where you address
14    this, it's Page 10, second paragraph.
15 A  I was actually trying to find it in the notes, but -- this
16    paragraph certainly doesn't indicate that the brother was
17    abused.
18 Q  Do you suspect the younger brother was sexually abused?
19 A  Let me just check my notes. I don't remember. I can't
20    find that he told me that. I have no reason to suspect it
21    if he didn't tell me that.
22 Q  Have you testified in the past that doing poorly in school,
23    being a behavioral problem in school, having criminal
24    problems, and having drug problems, are all causally
25    related to childhood sexual abuse?

Page 31

1 A   Well, they can be. They were not necessarily.
2 Q   They can be related to other things as well, too?
3 A   Correct.
4 Q   Todd Denny also told you about an incident with a Big
5     Wheel, about him pushing his little brother on a Big Wheel
6     and into a fireplace.
7 A   Correct.
8 Q   And he said to you that it may have been on purpose; he's
9     not sure?
10 A  Correct.
11 Q  Is it your understanding that that incident occurred prior
12    to the incident of abuse with Jack Loholt?
13 A  Yes.
14 Q  Did you ask Todd Denny to what did he attribute that
15    potentially aggressive act?
16 A  He didn't know. He wasn't sure. Didn't know whether it
17    was sibling rivalry or he was angry for some other reason.
18 Q  Do you have any theories as to why he may have pushed his
19    brother into a fireplace?
20 A  No.
21 Q  It's your understanding that it was a fireplace with a fire
22    in it, correct?
23 A  Right.
24 Q  Have you testified in other cases that acting out
25    aggressively is a symptom or caused by sexual abuse?

Page 32

1 A   Well, in boys, it can be. It's not necessarily only caused
2     by sexual abuse, but aggression in boys can be associated
3     with sexual abuse.
4 Q   What other things might cause acting out in the type that
5     Todd Denny described to you during your interview?
6 A   Sibling rivalry. There can be a more aggressive
7     personality who is generally aggressive for temperamental or
8     other reasons.
9 Q   What about being the victim of physical abuse? Is that
10    causally linked to an aggressive violent behavior?
11 A  Can be.
12 Q  Is there documentation or research to support that causal
13    connection?
14 A  Well, yes. I mean, I would say the literature on physical
15    abuse in general suggests that in boys, increased
16    aggressiveness is a -- can be a response to aggression,
17    either witnessing it or being victimized by it, or being in
18    a home that is generally violent.
19 Q  Todd Denny self reported to you that he always did well
20    academically, correct?
21 A  Yes.
22 Q  He told you that he was in the top five percent of his
23    class?
24 A  I believe so, yes.
25 Q  Do you have any reason to doubt that he did exceptionally

Page 33

1     well in school?
2 A   No.
3 Q   Any reason to doubt that he did exceptionally well in
4     school even after the incident of abuse?
5 A   No.
6 Q   Do you have any reason to believe that the incident of
7     abuse affected his school performance in any way?
8 A   No.
9 Q   Todd Denny reported to you that he was always socially
10    popular?
11 A  Yes.
12 Q  That he had many friends then, and has many friends now?
13 A  Yes.
14 Q  Do you have any reason to believe that that is not true?
15 A  I have no reason to believe it's not true of his childhood,
16    and it's not that I disbelieve his statement, but he also
17    says that he tends to be more introverted. So you would
18    have to probably explore what he meant by close friends.
19    He certainly has friends, he likes to do activities with
20    friends, and then he also reports that he tends to be
21    somewhat introverted, and he also likes to spend time
22    alone.
23 Q  Now, being introverted, that's sort of a personality
24    characteristic, isn't it?
25 A  Yes.

Page 34

1  Q  That's not a sign or a symptom of a psychological disorder,
2     is it?
3  A  Well, it can be. I'm not suggesting that it is in this
4     case. Can we stop for just one second?
5          (A discussion was held off the
6           record.)
7          (A brief recess was taken.)
8  Q  Dr. Conte, if at any time you'd like to take a break or you
9     need to stop because you're not feeling well, just let me
10    know.
11 A  Thank you. I appreciate it. I'm fine.
12 Q  Before we went off the record, we were talking about Todd
13    Denny saying that he was an introvert. Did you do any
14    psychological testing that confirmed he is an introvert?
15 A  No.
16 Q  And how would you define an introvert for us?
17 A  Well, I think the way -- I think there are two components
18    to the way he described it. He says he's not very
19    emotional, or at least his wife tells him he's not very
20    emotional, and there are periods of time when he likes to
21    be alone, although after a period of time he also admits
22    that he tends to get lonely. And apparently, part of the
23    time he works at home. So I would say that this is a
24    person who tends to be somewhat inward and at times anxious
25    around other people, but not extremely so.

Page 35

1  Q  Was there any indication from the life history that he gave
2     you during your interview that would indicate that he
3     actually is not an introvert?
4  A  Well, he has friends, he's done very well, he's traveled,
5     he's met customers, he's athletic and engages in sports
6     activity with others, so I think he has some feelings of
7     being introverted, but not to a debilitating point of view.
8     And as far as I can tell he's been quite successful in
9     business.
10 Q  Did he tell you that when he graduated high school, he was
11    very outgoing?
12 A  Yes.
13 Q  Is that consistent with him being an introvert?
14 A  Yes. I mean, I think people can exhibit different
15    personality preferences at different points in time that
16    are quite different.
17 Q  And is that normal for a person to do so?
18 A  Yes.
19 Q  You said he told you he did not like large crowds?
20 A  Yes.
21 Q  Do you know what the base rate for that is, somebody not
22    liking large crowds?
23 A  No, but I'm sure it's not rare.
24 Q  Is there anything -- can you point me to anything that says
25    victims of childhood sexual abuse dislike large crowds any

Page 36

1     more than members of the general population?
2  A  No.
3  Q  You mentioned had that he was always an athlete. Did he
4     indicate what sports he played or plays?
5  A  You know, I don't recall, but I think he plays more than
6     one. I know he's really into golf now as an adult, but I
7     don't recall the high school sports. I think there were
8     multiple.
9  Q  Did it seem to you, based on the way he described himself,
10    that in high school and college he was sort of the big man
11    on campus?
12 A  Yes. Jock.
13 Q  And did he give you any self report regarding his job
14    performance since graduating from college?
15 A  He's been successful, and he's risen steadily.
16 Q  Now, you mentioned that he is divorced?
17 A  Yes.
18 Q  And how is his relationship with his ex-spouse, based on
19    his and her report to you?
20 A  Positive. Well, generally positive. Certainly, there's no
21    conflict. She had some negative things to say, for
22    example, that he was out of town and didn't even
23    acknowledge her birthday even though they'd been together
24    for, I think it's 16 years. But there's no conflict and
25    they manage the children well and they continue to

Page 37

1     socialize with each others' families.
2  Q  And how many children does he have?
3  A  Two or three.
4  Q  And how did he describe his relationship with his children?
5  A  Good. He's very involved, trying to be more involved than
6     his own father was. He has three children.
7  Q  What percentage of American marriages end in divorce?
8  A  Over half. I don't know exactly.
9  Q  You asked him why he was divorced, and do you recall how he
10    responded to that question?
11 A  I don't.
12 Q  It's on Page 11 of your report. Fourth paragraph, fifth
13    and sixth lines.
14 A  Yeah. He told me that -- I do recall now. He told me that
15    he tended to kind of be preoccupied with his own
16    activities, sports, or going out with friends, and that his
17    perception is that that was an issue in the marriage. And
18    he identified that as a similar behavioral tendency to his
19    own father.
20 Q  Is there any research that backs that up, that people tend
21    to behave with their spouses the way they saw that their
22    parents behaved?
23 A  Well, boy, I don't know if there's any research
24    specifically on that point, but I would say that it's a
25    fundamental belief in mental health that people either tend

Page 38

1  to recreate that which they experienced or to try to
2  exhibit the polar opposite. So it's not at all surprising
3  that someone would say that he does a similar behavior to
4  that of his own father.
5  Q  And then, once realizing how that's not a positive way
6     to -- or, reinforcing the relationship, then attempt to do
7     the polar opposite?
8  A  Well, I suppose that's possible. I guess what I was
9     referring to is, typically we either repeat what we
10    experienced, maybe without knowing that we're repeating it,
11    or we reject and behave the opposite, not necessarily even
12    realizing we're doing that. There can be awareness, and it
13    can be fairly conscious, or it can be relatively
14    unconscious or out of awareness.
15 Q  And based on your interviews with Todd Denny and his
16    ex-wife, did it appear that he was mimicking the behavior
17    of his father during his marriage, and has since tried to
18    become much more involved in, for example, his children's
19    lives rather than just his own?
20 A  I have to break it down a little bit. I don't believe his
21    wife commented on that. That is certainly his
22    understanding, and this may not have been your intention,
23    but it sort of sounded like he had this awareness, and then
24    he -- about the marriage and his kids. I think for him
25    those are two separate issues. Earlier in his life, he

Page 39

1  realized he wanted to be different than his own father, and
2  so while still married, he tried to be more involved with
3  his kids, and as a separate issue, he also tended without,
4  I think, awareness early on, to be like his father in the
5  sense that he liked to engage in his own activities, and it
6  was not an issue that was up for discussion. So if his
7  wife complained that he was going out with his buddies, he
8  would say we're not going to go there. We're not going to
9  discuss it. So I think that his response to his own
10 children, and his response to his wife, are separate, but
11 do seem to have some relationship with his own childhood
12 with his father.
13 Q  Now, you said that his wife complained that, for example,
14    after they were married 16 years, he didn't call her on her
15    birthday.
16 A  Correct.
17 Q  How common is that, that wives complain that after 16 years
18    of marriage or 16 years of being together their husband
19    forgets their birthday or their anniversary or something
20    like that?
21 A  Thank God I've never done it, but I think it's probably
22    fairly common. I don't think that -- she was using that as
23    an example of what she perceived as a general pattern in
24    the relationship of his being emotionally unavailable, and
25    somewhat disconnected. But that fact alone, I suspect is

Page 40

1  relatively common.
2  Q  And how about the complaint from wives after an extended
3     period of togetherness that they feel that their husband is
4     not as emotionally available or connected?
5  A  I'm sure that's a major complaint.
6  Q  Did you used to watch everybody loves Raymond when it was
7     on?
8  A  You know, I didn't actually.
9  Q  I was just wondering if you were interviewing Todd Denny
10    and thinking Raymond, particularly when he's using all his
11    free time to play golf.
12 A  No, but I understand the reference.
13 Q  I want to talk about the sexual abuse incident with Jack
14    Loholt. And you asked Mr. Denny about that, didn't you?
15 A  Yes.
16 Q  To your knowledge, did Mr. Denny know Jack Loholt before
17    the camping trip?
18 A  I don't believe he did.
19 Q  To your knowledge did he look up to him or admire him or
20    trust him as like a father figure or anything like that
21    prior to the camping trip?
22 A  No.
23 Q  How did he get invited on the camping trip?
24 A  I believe he knew another boy that was going.
25 Q  And he told you that he slept next to Loholt in the cabin?

Page 41

1  A  Yes.
2  Q  Did he tell you how he ended up sleeping next to Loholt in
3     the cabin?
4  A  I don't recall. I don't believe so.
5  Q  What did he tell you about the cabin?
6  A  That he didn't remember it, which he always thought was
7     strange, because he was very interested in architecture.
8  Q  Did he give you any reason to believe that the architecture
9     of the cabin was significant in some way?
10 A  No, I think what was significant to him was that he
11    couldn't remember it.
12 Q  Did he tell you how many other campers were on the camping
13    trip as well?
14 A  There were a number of other boys, but I don't believe he
15    recalled.
16 Q  Did he tell you where the other campers were sleeping on
17    the night of the sexual abuse incident?
18 A  My belief, they were all sleeping in the same area, but I'm
19    not sure about that.
20 Q  Did he tell you -- I mean, were they sleeping in beds, were
21    they sleeping in sleeping bags?
22 A  Bags.
23 Q  I'm sorry?
24 A  Bags.
25 Q  And how long was the camping trip that they were on?

Page 42

1   A   I believe it was a weekend, but I may be in error.
2   Q   And did he have any indication prior to the sexual abuse
3       incident itself that Jack Loholt was interested in him?
4   A   No. He didn't report any.
5   Q   What did he tell you about the incident itself?
6   A   That he woke up to having Mr. Loholt's hand on his
7       genitals. He doesn't remember any emotions, but that as he
8       recalls, he became erect. He doesn't think it went on for
9       very long, and it ended with Mr. Loholt sucking his toes, I
10      believe.
11  Q   What time of the night did this happen?
12  A   He doesn't know.
13  Q   Anyone else see it, to his knowledge?
14  A   No.
15  Q   Any communication between him and Jack Loholt before,
16      during, or immediately after the incident?
17  A   I don't believe so.
18  Q   Did he tell you how long the incident lasted?
19  A   Not very long.
20  Q   Did he move away from Jack Loholt --
21  A   He didn't say that he did.
22  Q   -- after the incident?
23  A   Oh. He didn't see him again after the incident, after the
24      camping trip.
25  Q   Okay. And I was asking not like did he relocate

Page 43

1       residences, but did he move from where he was in the
2       sleeping bag?
3   A   Not that I recall. No, no, not that I recall.
4   Q   Did he communicate to you that he was frightened during the
5       incident?
6   A   He did not -- I don't recall that he said he was
7       frightened. I think he said it was weird.
8   Q   Did he indicate to you that he was anxious or nervous
9       during the incident?
10  A   No.
11  Q   Did the incident even cause him to remain awake at night?
12  A   No. He went back to sleep.
13  Q   Does the fact that he went back to sleep seem inconsistent
14      with being afraid or anxious about what had just happened?
15  A   Well, no. Can I explain?
16  Q   Sure.
17  A   I mean, some kids who are really terrified will go back to
18      sleep; some will not. The fact that he went back to sleep
19      I think is consistent with his description of it feeling
20      weird, and his actually getting some level of arousal. So
21      I think his description of going back to sleep is
22      consistent with his description of his -- of the
23      experience.
24  Q   Had anything like that ever happened to Todd Denny prior to
25      the camping trip?

Page 44

1   A   He said no.
2   Q   Anything like that ever happen to Todd Denny after the
3       camping trip?
4   A   No.
5   Q   So this is the -- as far as you know, the sole and
6       exclusive incident of sexual abuse that he's ever suffered?
7   A   By his report, yes.
8   Q   And the way he described it with you is Jack Loholt fondled
9       him, sucked on his toes, he thought it was weird, and he
10      fell back asleep?
11  A   Yes.
12  Q   And you said he told you that the next day, he told his
13      friend Danny Fleming?
14  A   I don't know who it was, but he told someone, yes.
15  Q   And he told you that that friend told his parents -- that
16      his friend told his friend's parents?
17  A   I didn't recall that. I'll have to check. Yes.
18  Q   And that he speculated that his friend's parents never said
19      anything because they were LDS also, and wanted to protect
20      the church; is that what he told you?
21  A   Yeah, but I don't know when he came to that opinion. It
22      may be as an adult. But that's what he told me.
23  Q   Did you read his deposition transcript when he was asked
24      that same question under oath as to telling his friend --
25      or, his friend telling his friend's parents?

Page 45

1   A   I read it but I don't recall what it was.
2   Q   So would it be in conflict with what he told you if he said
3       in his deposition that he had no idea whether his friend,
4       Danny Fleming, actually told Danny Fleming's parents?
5   A   Yes.
6   Q   You mentioned before that you were not aware that Jimmy
7       Allenbach was actually a plaintiff in the lawsuit, correct?
8   A   Correct.
9   Q   And so you haven't read Jimmy Allenbach's deposition, have
10      you?
11  A   Correct.
12  Q   Or spoken to Jimmy Allenbach?
13  A   Correct.
14  Q   Now, he said that he told Danny Fleming the next morning,
15      and then he said that he rode back to town in the same car
16      as Loholt, right?
17  A   Correct.
18  Q   Did he tell you how this came about?
19  A   No.
20  Q   Did you ask, how did it come about that you rode back in
21      the same car with him?
22  A   No.
23  Q   Did he tell you who else was in the car?
24  A   No.
25  Q   Did he tell you whether he tried to ride back with somebody

Page 46

1  other than Loholt?
2  A  He did not.
3  Q  Do you know if he was forced to ride back with Loholt?
4  A  I do not.
5  Q  And do you have any idea what was talked about in the car
6     ride back with Loholt?
7  A  No.
8  Q  You said that he never saw him again.
9  A  He doesn't think he ever saw him again.
10 Q  Did he tell you that he actively avoided him --
11 A  No.
12 Q  -- or was it just that he just happened to never see him
13    again?
14 A  His report is that he didn't happen to see him again. He
15    didn't describe trying to avoid him.
16 Q  Did he tell you whether he was afraid of Loholt?
17 A  He did not.
18 Q  After telling Kenny Fleming the next morning, when was the
19    next time, to your knowledge, that he discussed that
20    incident with anyone?
21 A  I believe when, if I remember correctly -- well, I don't --
22    not until he was an adult, and not until shortly before he
23    became involved in the case, and I don't recall the
24    specifics of that, how he became involved.
25 Q  Let me see if I can refresh your memory. Was it when an

Page 47

1     investigator for plaintiff's attorney visited him at home?
2  A  It could be.
3  Q  And that was the next time he discussed it with anyone?
4  A  That's my understanding.
5  Q  And didn't he tell you that he would not even be thinking
6     about it these days except for the lawsuit?
7  A  Yes.
8  Q  And he told you that he had no idea how the incident
9     affected him?
10 A  Correct.
11 Q  And he told you that the sexual abuse incident was the most
12    horrific thing that happened to him in his childhood?
13 A  Yes.
14 Q  And what he's describing is, him thinking that's weird, and
15    falling asleep?
16 A  Yes.
17 Q  Pretty good childhood, isn't it?
18 A  Yes.
19 Q  Now, you mentioned that he is not emotional, and does not
20    share a lot?
21 A  Yes.
22 Q  And when you talked to his ex-wife, did she tell you that
23    that's how his family is?
24 A  No. I mean, I think she said that he was somewhat
25    atypical, that his brothers, for example, were more

Page 48

1     emotional --
2        (Brief pause as the witness peruses
3         his notes.)
4  A  I apologize, these aren't numbered, but it's on the second
5     page of --
6  Q  The second paragraph from the end?
7  A  Yeah.
8  Q  Okay. And I guess what I was referring to is up in
9     Paragraph 3.
10 A  On the same page?
11 Q  Yes. I guess it's second paragraph, "His parents not so
12    demonstrative as my parents were."
13 A  Yes.
14 Q  Is there a connection between how emotionally demonstrative
15    one's parents are and how emotionally demonstrative the
16    child becomes?
17 A  Yes. Typically.
18 Q  Is it unusual for, say, somebody to become a big hugger as
19    an adult if their parents were emotionally reserved and
20    didn't do a lot of hugging as children?
21 A  Well, again, I think we're talking about the two ways that
22    people -- they either duplicate or they reject. So it's
23    not atypical for somebody who was raised in an environment
24    where there wasn't much hugging to also not hug, but some
25    people will reject the not hugging and become quite touchy

Page 49

1     and huggy. But it certainly is not atypical for someone to
2     more or less closely duplicate their own early experiences.
3  Q  Todd Denny told you that he doesn't worry about his
4     children being sexually abused; is that correct?
5  A  Correct.
6  Q  Was that statement unusual to you --
7  A  Yes.
8  Q  -- from a person who was sexually abused himself?
9  A  Yes. And from the general public, I would say.
10 Q  And Todd Denny told you that he thinks that sexual abuse of
11    children is rare?
12 A  Correct.
13 Q  And you disagree with that statement?
14 A  Yes.
15 Q  What percentage of children do you believe are sexually
16    abused?
17 A  Well, the best data that we have suggests that probably
18    somewhere around 20 percent of male children and maybe 30
19    percent or so of female children have some kind of sexual
20    abuse experience in youth. We don't have really any recent
21    data. So these are studies that were done in the late
22    '70s. But it's a fairly common experience of childhood.
23    Not the majority of children.
24 Q  And in that context, how is sexual abuse being defined?
25 A  Well, the 20 percent -- the best study we have is Russell,

Page 50

1   and I can't give you the date, it's been so long. But that
2   was only of females, and that referred to body on body.
3   And to be honest with you, I can't remember the exact
4   figure, but my memory, which will be a good test later, is
5   about 40 percent of women, I believe. You do get very
6   different rates if you include non-contact. So if you
7   include flashing and obscene stares and that kind of thing
8   you get a much higher rate. But a more conservative
9   estimate of body on body, actual touching, I believe is
10  maybe 20 percent of boys and about 30 percent of females.
11 Q And you said that that's -- the study that you're referring
12  to is by Russell?
13 A The female body on body definition is Diana Russell. It's
14  based on a random sample of the San Francisco Bay area
15  population. There have been other studies, but not for
16  some time.
17 Q And for males, where are you getting that figure?
18 A To be honest with you, I don't recall. It's sort of an
19  accepted estimate in the field.
20 Q Are you of the opinion that whenever somebody sustains
21  sexual abuse as a child, that they are damaged in a
22  significant way by it?
23 A Well, depends on what you mean by damaged, but not
24  generally. I think if you -- virtually everyone who is
25  touched does have an impact in one area which has to do

Page 51

1   with their having an experience. But damaged in the
2   psychological sense, and damaged in I think the legal
3   sense, it's not my belief that everybody who is sexually
4   abused is damaged. I didn't say that very well. Can I say
5   it again?
6  Q Sure.
7  A I'll try to be more clear. I do not believe that everyone
8   who is sexually abused is psychologically harmed or damaged
9   or changed. I believe that many people who are sexually
10  abused do have a -- have had an experience that does change
11  them in the sense that they've had the experience, although
12  for some people, having that experience is not related to
13  emotional symptoms or difficulty. If you -- I mean, one
14  way to describe it is, their status changes from being a
15  non-victim to a victim. But sometimes -- and sometimes,
16  that's associated with great psychological or emotional or
17  psychosocial difficulties, and sometimes it's not. Some
18  people who may be sexually abused don't adopt the notion
19  that they had the experience -- or, that they had the
20  experience has any meaning.
21 Q To your knowledge, has Todd Denny ever had any problems
22  with suicidal ideation?
23 A I don't think so.
24 Q Is a certain degree of suicidal ideation normal?
25 A Well --

Page 52

1  Q I'll ask it a more direct way: Doesn't every one at some
2   point in their lives contemplate killing themselves?
3  A I don't know I could agree with that. I would say that
4   thoughts about killing self, or life would be better if you
5   are dead, are probably quite common. I don't know that
6   everybody walking the planet would agree that they've had
7   that symptom, or that feeling. Sometimes it can be
8   something that is said, "Well, if it gets bad enough I'll
9   just kill myself," and it's not really meant as an
10  intention. I don't think you would consider actual suicide
11  thought to be quote, unquote, normal. So I would agree
12  with you that it is a fairly common feeling or attitude.
13 Q And other than that, has Todd Denny had any significant
14  suicidality, to your knowledge?
15 A No.
16 Q What about problems with depression?
17 A No.
18 Q Has he had any --
19 A Sorry.
20 Q What about what I'll call sexual identity problems?
21 A No.
22 Q Did you discuss with Todd Denny his religious life at all?
23 A I don't recall that he's religious.
24 Q To your knowledge, was he raised in a religious family?
25 A No.

Page 53

1  Q Does he have any issues or conflicts or doubts about
2   religion?
3  A Not that I'm aware of.
4  Q What about sexual performance problem?
5  A Not that I'm aware of. His wife says that he was not as
6   sexual as she would like, but he did not identify any
7   distress or issues in that area.
8  Q And how normal is it for men in particular to have less
9   sexual desire, less sexual drive as they approach and
10  exceed the age of 40?
11 A I think it's probably fairly common.
12 Q What about problems with drug abuse?
13 A None that he reports.
14 Q What about problems with alcohol abuse?
15 A None that he reports.
16 Q He told you that he is angry after learning more details
17  about Loholt's history?
18 A Yes.
19 Q Did he tell you where he got those details about Loholt's
20  history?
21 A No.
22 Q To your knowledge, is there any other source for this
23  information, other than the plaintiffs' attorneys?
24     MR. HONEYWELL: Object to the form of the
25  question.

Page 54

1  A   Well, I don't know what contact he's having with the
2      plaintiffs, but --
3  Q   Do you have a therapy recommendation for Todd Denny?
4  A   No.
5  Q   And do you plan to do any more testing or assessment or
6      interviews with regard to Todd Denny?
7  A   It would depend -- I assume that there will be an IME. All
8      things being equal, I would assume that the IME would
9      include additional psychological testing. Depending on
10     that testing -- I certainly would want to see that testing,
11     and depending on who does it and what the testing consists
12     of, I might recommend additional testing.
13 Q   And with regard to the Trauma Symptom Inventory that you
14     did for him, was that significant in any way?
15 A   It was significant in being non-significant. The validity
16     scales raised no question, and all of the dimensions of the
17     Trauma Symptom Inventory are within normal or non-clinical
18     limits.
19 Q   Okay. I'm done with Todd Denny. Would you like to take a
20     break before we go on to Robert Kelly?
21 A   No, I'm fine.
22 Q   Actually, could I take a break?
23 A   Sure.
24              (A brief recess was taken.)
25 Q   I'd like to go on to questioning you about Robert Kelly.

Page 55

1  A   Okay.
2  Q   Just some preliminary questions first. When you do the --
3      or, take a narrative report, or a narrative interview of
4      someone, you don't know if they're telling you the truth,
5      do you?
6  A   No.
7  Q   And has that been the subject of scientific study, whether
8      therapists know when a patient or a client is telling them
9      the truth?
10 A   Well, I don't know if it's been the subject of scientific
11     study. I would say it's generally regarded that no mental
12     health professional has any unique or special capacity to
13     tell whether or not someone is telling the truth.
14 Q   And when you say there's no unique or special capacity,
15     would you agree that people in the general population also
16     don't have special skills in order to tell whether
17     somebody's telling them the truth?
18 A   Yes. I mean, I guess our society has decided that
19     examination and cross-examination to search for consistent
20     and inconsistent details allows the trier of fact to make
21     decisions about credibility. But a mental health
22     professional who doesn't have that same -- those same
23     sources of data has no special capacity. I mean, if
24     someone is grossly inconsistent, or if someone describes
25     psychological processes in a way that is inconsistent with

Page 56

1      how those processes operate, you may question the report.
2      But that's not really a determination of whether or not
3      someone is telling the truth.
4  Q   If you look at Exhibit 9, which is your forensic report on
5      Robert Kelly --
6  A   Yes.
7  Q   -- the midway down Page 1, it says, "If called to testify
8      in this matter I will testify as follows." And then if you
9      go all the way to the first paragraph, or, the very top of
10     Page 10, so in between those two points, is this something
11     that you wrote uniquely for Robert Kelly?
12 A   No.
13 Q   Is this something that you paste into your forensic reports
14     for all the sex cases that you do on behalf of plaintiff?
15 A   No. It would be included if it was a report for mediation,
16     and the information might be useful to a mediator, or if
17     there might be a possibility that I would be called upon to
18     provide general information to the trier of fact. So it is
19     my understanding of general information. Now, in some
20     cases there might be other general information that might
21     be useful. So I would cut and paste, depending. So for
22     example, if there were a period of time in which a client
23     had ever had a period of amnesia, then I might include
24     material in the preamble about memory and memory loss, and
25     how memory operates. So it's a little bit constructed from

Page 57

1      my understanding of the facts in the case, but it is not
2      specific to an individual, it's general information which
3      is disclosed in the -- on the possibility that I might be
4      called to provide general testimony.
5  Q   Okay. And when you said amnesia or memory loss, is that a
6      factor with regard to either Todd Denny or Robert Kelly, to
7      your knowledge?
8  A   No.
9              MR. HONEYWELL: Could I have my copies of the
10     next group of exhibits?
11             MR. BOLASINA: Oh, I'm sorry.
12                (Defendants' counsel presents
13                documents to Plaintiffs' counsel.)
14 Q   (By Mr. Bolasina) On Page 10 of Exhibit 9, the second line
15     after "Reason for referral," there's a sentence that says,
16     "He has never had counseling." Is that what Mr. Kelly told
17     you?
18 A   Yes.
19 Q   Have you since learned that that statement was not true?
20 A   I've learned that he had anger management.
21 Q   Counseling? Was it anger management counseling that he
22     had?
23 A   Probably. Sometimes it's called anger management class.
24     So whether it's inconsistent or -- I mean, I see what
25     you're saying, and it is in the broadest sense

Page 94

```
 1              C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON    )
                            ) ss.
 4   COUNTY OF KING         )
 5
 6        I, Alison Lott, Notary Public in and for the State of
 7   Washington, do hereby certify:
 8        That the annexed and foregoing deposition was taken
 9   stenographically by me and reduced to typewriting under my
10   direction;
11        I further certify that I am in no way related to any
12   party to the cause of action concerned, nor to any of counsel,
13   nor do I have a financial interest in the event of the cause;
14        I further certify that the deposition as transcribed is
15   a full, true and correct transcript of the proceedings;
16        IN WITNESS WHEREOF, I have hereunto set my hand and
17   affixed my Official Seal this 7th day of November, 2005.
18
19
20
21
22
                  Notary Public in and for the State
23                of Washington, residing at Edmonds.
                  My Commission expires 1/15/07.
24
25
```

Page 96

```
 1                 A F F I D A V I T
 2
 3   STATE OF WASHINGTON    )
                            ) ss.
 4   COUNTY OF              )
 5
 6        I have read the foregoing deposition, and declare under
 7   penalty of perjury that the same is true and accurate, save and
 8   except for changes and/or corrections, if any, as indicated by me
 9   on the "Correction Notes" sheet hereof.
10
11
12
13
                         JON R. CONTE, PH.D.
14
15
     Executed at                                     ,
16
     Washington, this      day of          , 2005.
17
18
19
20
21
22
23
24
25
```

Page 95

```
 1        CORRECTION SHEET
 2   Please make all changes or corrections on this sheet, not in the
     transcript itself, showing page, line, and reason for the change.
 3   If there are no changes, write "none" across the page.  Sign this
     sheet and the affidavit.
 4
     PAGE     LINE          CHANGE OR CORRECTION
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24          SIGNATURE OF DEPONENT
25   DATE SIGNED:
```