The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>Defendant. | NO. 04-2338 RSM<br><br>DEFENDANTS' PROPOSED ORDER DENYING PLAINTIFFS' MOTION TO COMPEL |

THIS MATTER, having come on regularly before the above-captioned Court upon Plaintiffs' Motion to Compel, and the Court having reviewed:

1. Plaintiffs' Motion to Compel;

2. The declaration of Michael T. Pfau in Support of Plaintiffs' Motion to Compel and Exhibits thereto;

3. Plaintiffs' Proposed Order Granting Their Motion to Compel;

4. Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel;

DEFENDANTS' PROPOSED ORDER DENYING
PLAINTIFFS' MOTION TO COMPEL - 1
7566-025226  62157

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

5. The Declaration of Marcus B. Nash and the Exhibits thereto; and

6. Defendants' Proposed Order Denying Plaintiffs' Motion to Compel;

And the Court having considered the records and files herein, and deeming itself fully advised on the premises, now, therefore, it is hereby

**ORDERED,** that Plaintiffs' Motion to Compel shall be, and hereby is, **DENIED**.

DONE IN OPEN COURT this _____ day of January, 2006.

_____
THE HONORABLE RICARDO MARTINEZ

Presented by:

STAFFORD FREY COOPER
*Attorneys for Defendants*

/s/ Marcus B. Nash via ECF
Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471

DEFENDANTS' PROPOSED ORDER DENYING
PLAINTIFFS' MOTION TO COMPEL - 2
7566-025226  62157

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## Certificate of Service

I certify that on the date noted below I electronically filed this document entitled DEFENDANTS' PROPOSED ORDER DENYING PLAINTIFFS' MOTION TO COMPEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA 98101
Fax: (425) 837-9692

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA 98101-4185
Fax: (206) 676-7575

And I certify that I have caused to be served in the manner noted below a copy of the above-listed document on the following non-CM/ECF participants:

[ ] Via Facsimile
[ ] Via First Class Mail
[ ] Via Messenger

DATED this 9th day of January, 2006, at Seattle, Washington.

/s/ Marcus B. Nash via ECF

DEFENDANTS' PROPOSED ORDER DENYING
PLAINTIFFS' MOTION TO COMPEL - 3
7566-025226  62157

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885