The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OREGON AT

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D. | NO. 04-2338 RSM |
| Plaintiff, | DECLARATION OF MARCUS B. NASH IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL |
| v. | |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation | |
| Defendant. | |

1.    I am Marcus B. Nash, one of the attorneys of record for defendant in the above-captioned matter, and make this declaration on personal knowledge and belief.

2.    On or about November 29, 2005, the parties met and conferred per Fed.R.Civ.P. 37(a)(2)(B).  As a result of that conference: (a) plaintiffs have agreed to seek no further discovery of Bishop Johansen; (b) as to the question of further discovery of Bishop Coleman, the parties have agreed that the potential witnesses' rights of privacy and plaintiffs' desire for discovery can be addressed in a matter satisfactory to all parties with a protective order/stipulation, and have agreed to the terms of such a stipulation—thereby negating any need

DEC OF MBN RE SECOND OPP TO MOTION TO
COMPEL - 1
7566-025226  61629

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

for further discovery of Bishop Coleman.  Attached hereto as Exhibit 1 is a true and correct copy of my November 29, 2005 correspondence memorializing the content and result of said discovery conference.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Richard A. Mitchell which was filed in another case in King County Superior Court.  Said declaration explains the ecclesiastical structure of The Church of Jesus Christ of Latter-day Saints.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Church Handbook of Instructions, Pages 22 and 93.

9.      Attached hereto as Exhibit 4 is a true and correct copy of selected portions of the transcript of the Deposition of Bishop Phillip Coleman.

10.      Attached hereto as Exhibit 5 is a true and correct copy of selected portions of the transcript of the Deposition of Bishop Randall Borland.


I certify under the laws of the State of Washington and of the United States that the foregoing is true and correct.

Signed at Seattle, Washington, this 9th day of January, 2006.


/s/ Marcus B. Nash via ECF
MARCUS B. NASH, WSBA #14471

DEC OF MBN RE SECOND OPP TO MOTION TO 2COMPEL -
7566-025226  61629

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1

## CERTIFICATE OF SERVICE

2    I certify that on the date noted below I electronically filed DECLARATION OF

3    MARCUS B. NASH IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL using

4    the CM/ECF system which will send notification of such filing to the following persons:

5

6    Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University Street, Suite 2100
7    Seattle, WA  98101-4185
Email:  mpfau@gth-law.com
8        *Attorneys for Plaintiffs*

9    Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
10   Seattle, WA  98101
Email:  timkosnoff@comcast.net
11       *Attorneys for Plaintiffs*

12

13   DATED this 9th day of January, 2006, at Seattle, Washington.

14

_/s/ Marcus B. Nash via ECF_

15

16

17

18

19

20

21

22

23

DEC OF MBN RE SECOND OPP TO MOTION TO
3COMPEL -
7566-025226  61629

## STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885