# STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100, Seattle, WA 98101-1374  TEL (206) 623-9900  FAX (206) 624-6885

November 29, 2005

Michael T. Pfau
Gordon Thomas Honeywell Malanca Peterson & Daheim, LLP
600 University Street, Suite 2100
Seattle, WA 98101-4185

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2100
Seattle, WA 98101

      Re:    Fleming, et al. v. Corporation of the President of The Church of
                Jesus Christ of Latter-day Saints
                Our File No.: 7566-025226

Dear Mr. Pfau and Mr. Kosnoff:

      This letter will confirm our discussion in today's Fed. R. Civ. P. 37(a)(2)(B) meeting. In our meeting, we discussed the five items identified in your November 29, 2005, correspondence. As to the broad questions posed in your correspondence, we reiterated that they are so broad that it is virtually impossible for us to respond in any meaningful way. While we agree that some inquiry is legitimate, we believe it is permissible only to a certain extent before it invades the privilege. Thus, we attempted to address the issues in a more specific way, by reference to the witnesses in question; i.e., Bishops Johansen, Coleman, and Borland.

      With regard to Bishop Johansen, we pointed out that in our reading of the deposition, it appears that he never asserted the privilege and that further deposition is unnecessary. You agreed to reread the deposition and let us know if your reading of the transcript is consistent with ours.

      With regard to Bishop Coleman, we pointed out that, again in our reading of that deposition, Bishop Coleman ultimately did not claim any privilege except: (1) as to penitential/confessional communications with Jack LoHolt (to which you did not object at the time of the deposition), and (2) as to the identity of other potential victims which you claim are material witnesses. In our attempt to be responsive to your position while protecting the privacy rights of the third parties involved (which is a significant concern), we informed you in our conference today that the Church would be willing to turn over the names of the victims if you and your clients were willing to enter into a protective order, keeping the identities of the victims confidential. You agreed to draft a pleading/document for our review in order to try to reach an amicable resolution on the



EXHIBIT 1

Marcus B. Nash  Dir Tel: (206) 667-8241  Dir Fax: (206) 748-9032  mnash@staffordfrey.com  www.staffordfrey.com
ADMITTED IN Washington

dockets.Justia.com

Michael T. Pfau and
Timothy D. Kosnoff
Re: Fleming vs. COP
November 29, 2005
Page 2

issue. You agreed to reread the transcripts of this deposition as well and let us know if your reading of the deposition testimony accords with ours.

With regard to Bishop Borland, we reiterated our position that his assertion of the privilege was appropriate under the facts and circumstances, and we essentially agreed that that issue will likely need to be resolved by Judge Martinez.

Lastly, you agreed to extend the dispositive motions filing deadline to January 5, 2006.

Please advise whether this correspondence is in any way inaccurate or incomplete as it pertains to the content of today's Fed. R. Civ. P 37(a)(2)(B) conference.

Very truly yours,

STAFFORD FREY COOPER

Marcus B. Nash
Attorney at Law

MBN/as
cc: Thomas D. Frey