THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338 RSM <br><br> **STIPULATION AND PROTECTIVE ORDER** <br><br> **Noted: January 12, 2006** |

### I.   STIPULATION

This Stipulation is entered into by and between Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP, as well as The Law Offices of Timothy D. Kosnoff, on behalf of plaintiffs, and Stafford Frey Cooper on behalf of defendants.

The parties stipulate as follows:

1.   This Stipulation is intended to specify the handling of all documents and information that identifies the names of non-party victims of sexually inappropriate conduct

STIPULATION AND PROTECTIVE ORDER - 1 of 3
(C04-2338 RSM)
[156064 v6.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

by Jack LoHolt of whom Philip J. Coleman became aware while he was serving as bishop and/or whose identities were reported to him in his capacity as bishop, excluding any information obtained through communication with Mr. Coleman's attorneys. Neither the attorney-client privilege nor priest-penitent privilege is waived.

2. In any briefing filed with the court by the parties, these non-party victims will be referred to by initials only. In all other court filings by the parties, the names of these non-party victims shall be redacted.

3. The disclosure by the counsel for the defendants of the names of these non-party victims SHALL NOT be deemed a waiver in whole or in part of any defendants' claim of confidentiality and/or privilege, either as to the specific information disclosed or as to any other information relating thereto or on the same or related subject matter.

DATED this 12th day of January, 2006.

>GORDON, THOMAS, HONEYWELL,
>MALANCA, PETERSON & DAHEIM LLP
>
>By: /s/ Michael T. Pfau
>  Michael T. Pfau, WSBA No. 24649
>  mpfau@gth-law.com
>  Co-Counsel for Plaintiffs
>
>LAW OFFICES OF TIMOTHY D. KOSNOFF
>
>By: /s/ Timothy D. Kosnoff
>  Timothy D. Kosnoff, WSBA No. 16586
>  timkosnoff@comcast.net
>  Co-Counsel for Plaintiffs

STIPULATION AND PROTECTIVE ORDER - 2 of 3
(C04-2338 RSM)
[156064 v6.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

STAFFORD FREY COOPER

By: /s/ Marcus B. Nash
Thomas D. Frey, WSBA No. 1908
Marcus B. Nash, WSBA No. 14471
Counsel for Defendants

## II. ORDER

Based on the foregoing Stipulation, **IT IS SO ORDERED.**

**DATED** this _____ day of January, 2006.

_____
HONORABLE RICARDO MARTINEZ

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: /s/ Michael T. Pfau
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiffs

STAFFORD FREY COOPER

By: /s/ Marcus B. Nash
Thomas D. Frey, WSBA No. 1908
Marcus B. Nash, WSBA No. 14471
Counsel for Defendants

STIPULATION AND PROTECTIVE ORDER - 3 of 3
(C04-2338 RSM)
[156064 v6.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575