THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K., and T.D.,

    Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

    Defendants.

NO. C04-2338 RSM

**STIPULATION AND PROTECTIVE ORDER**

## I.    STIPULATION

This Stipulation is entered into by and between Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP, as well as The Law Offices of Timothy D. Kosnoff, on behalf of plaintiffs, and Stafford Frey Cooper on behalf of defendants.

The parties stipulate as follows:

1.    This Stipulation is intended to specify the handling of all documents and information that identifies the names of non-party victims of sexually inappropriate conduct

STIPULATION AND PROTECTIVE ORDER - 1 of 3
(**C04-2338 RSM**)
[fleming04-2388PO.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

by Jack LoHolt of whom Philip J. Coleman became aware while he was serving as bishop and/or whose identities were reported to him in his capacity as bishop, excluding any information obtained through communication with Mr. Coleman's attorneys. Neither the attorney-client privilege nor priest-penitent privilege is waived.

2. In any briefing filed with the court by the parties, these non-party victims will be referred to by initials only. In all other court filings by the parties, the names of these non-party victims shall be redacted.

3. The disclosure by the counsel for the defendants of the names of these non-party victims SHALL NOT be deemed a waiver in whole or in part of any defendants' claim of confidentiality and/or privilege, either as to the specific information disclosed or as to any other information relating thereto or on the same or related subject matter.

DATED this 12th day of January, 2006.

                    GORDON, THOMAS, HONEYWELL,
                    MALANCA, PETERSON & DAHEIM LLP

By: /s/ Michael T. Pfau
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiffs

STIPULATION AND PROTECTIVE ORDER - 2 of 3
(**C04-2338 RSM**)
[fleming04-2388PO.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

STAFFORD FREY COOPER

By: /s/ Marcus B. Nash
Thomas D. Frey, WSBA No. 1908
Marcus B. Nash, WSBA No. 14471
Counsel for Defendants

## II. ORDER

Based on the foregoing Stipulation, **IT IS SO ORDERED.**

**DATED** this 17 day of January, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: /s/ Michael T. Pfau
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiffs

STAFFORD FREY COOPER

By: /s/ Marcus B. Nash
Thomas D. Frey, WSBA No. 1908
Marcus B. Nash, WSBA No. 14471
Counsel for Defendants

STIPULATION AND PROTECTIVE ORDER  - 3 of 3
(**C04-2338 RSM**)
[fleming04-2388PO.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575