The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K. and T.D.

    Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation

    Defendant.

NO. 04-2338 RSM

STIPULATION AND ORDER TO PERMIT JACK LOHOLT TO ENTER FOR DEPOSITION

## I.  INTRODUCTION

A. <u>Recitals</u>

Whereas the Parties above-named are seeking to complete deposition discovery by February 27, 2006, they hereby represent and agree as follows:

1. Jack Loholt has been identified by the parties as a key witness in the above-captioned matter;

2. Plaintiffs in the above described action have noted the deposition of Mr. Jack Loholt for Friday, January 27, 2006;

STIP AND ORDER PERMITTING LOHOLT TO ENTER US 1-
04-2338 RSM
7566-025226  64244

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

3.  Mr. Loholt is a citizen and resident of British Columbia, Canada;

4.  The parties believe that the interest of justice will be served by Mr. Loholt's appearance at the deposition on January 27, 2006; and

5.  The parties wish to avoid any scheduling difficulties with the deposition which might arise should Mr. Loholt be denied entry into the United States en route to his January 27, 2006 deposition which is scheduled to take place in Seattle,

NOW, THEREFORE, the parties hereby stipulate as follows:

## II. STIPULATION OF THE PARTIES

1.  Mr. LoHolt shall, subject to Order of this court, be deposed in the United States of America, State of Washington, at the place and time designated on the attached Notice of Deposition; and

2.  They (the parties) jointly request that the court enter the subjoined Order authorizing and directing (a) that Mr. Loholt be allowed entry into the United States no earlier than January 25, 2006 and (b) that Mr. LoHolt return to Canada and depart from the United States no later than 6:00 pm on January 28, 2006.

## III.   ORDER

The Court, having considered the above mutual Recitals and Stipulation of the parties, and deeming itself fully advised of the premises, hereby

ORDERS, ADJUDGES, AND DECREES as follows:

1. Mr. Jack Loholt, a witness in the above captioned case, is hereby authorized to enter the United States no earlier than Wednesday, January 25, 2006 for the express purpose of appearing at the deposition scheduled for January 27, 2006;

STIP AND ORDER PERMITTING LOHOLT TO ENTER US 2-
04-2338 RSM
7566-025226  64244

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

2. Mr. LoHolt shall present himself to officials at the Aldergrove Port of Enrty into the United States;

3. Mr. Loholt is authorized to meet with his attorney prior to the deposition.

4. Upon completion of his deposition, Mr. Loholt shall return to Canada and shall depart the United States no later than 6:00 pm on Saturday, January 28, 2006.

5. The United States Department of Homeland Security and the United States Border Patrol and any other U.S. government agencies or personnel are directed to and shall admit Mr. LoHolt into the United States at such time as he presents himself at the Aldergrove Port of Entry.

DATED THIS 23 day of January, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Prepared and presented by:

STAFFORD FREY COOPER

By:   /s/ Marcus B. Nash via ECF
      Thomas D. Frey, WSBA #1908
      Marcus B. Nash, WSBA #14471
      Attorneys for Defendants COP and LDS Family Services

STIP AND ORDER PERMITTING LOHOLT TO ENTER US 3-
04-2338 RSM
7566-025226  64244

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  Agreed, approved as to form and substance, and stipulated:

2  GORDON THOMAS HONEYWELL MALANCA & PETERSON

3

4  By:  /s/ Michael Pfau via ECF
          Michael Pfau, WSBA #24649

5

6  LAW OFFICES OF TIM KOSNOFF

7

8  By:  /s/ Timothy Kosnoff via ECF
          Timothy Kosnoff, WSBA #16586

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIP AND ORDER PERMITTING LOHOLT TO ENTER US 4-

04-2338 RSM
7566-025226  64244

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885