

# EXHIBIT A

A - 16

Dockets.Justia.com

**Stuart A. Greenberg, PhD, ABPP**                                             Curriculum Vitae
Diplomate / Board Certified in Forensic Psychology
Past President, American Board of Forensic Psychology                          1217 24th Avenue East
Fellow, American Academy of Forensic Psychology                                Seattle, Washington 98112
Fellow, Society for Personality Assessment                                     Phone (206) 320-0044; Fax (206) 320-7733
Vice-Chair, Revisions Committee, Specialty Guidelines for Forensic Psychology  E-mail: STUARTGREENBERG@COMCAST.NET
                                                                               Date of Birth: October 23, 1947
                                                                               Vita Current as of July 18, 2005

### Education, Traineeships, and Fellowships

Rutgers University, 1965-1969, Psychology, BA, Conferred June, 1969
National Science Foundation Summer Trainee, Douglas College, New Brunswick, New Jersey, 1968
University of Southern California, 1969-1972, Clinical Psychology, PhD, Conferred June 1972
Psychology Fellow, Children's Hospital Los Angeles, 1969-1970
NIMH Pre-Doctoral Clinical Trainee, Los Angeles County - University of Southern California Medical Center, 1971-1972
Neuropsychiatric Institute, UCLA, 1972-1973, Post Doctoral Fellow, Conferred June, 1973

### Professional License

Psychological Assistant, State of California, 1970
Clinical Psychologist, State of Iowa, License Number 290-1-17, 1974-1980
Clinical Psychologist, State of Washington, License Number 219-00-734, 1981-present
Clinical Psychologist, State of Alaska, License Number 531, 2003-present

### Board Certification

American Board of Professional Psychology/Forensic, Board Certification: Diplomate in Forensic Psychology (#4082; October, 1989)

### Current Professional Practice

Independent Private Practice of Psychology, Full Time, 1980 to present, specializing in Forensic and Clinical Psychology
Clinical Assistant Professor, Department of Psychiatry and Behavioral Sciences, University of Washington, 1982 to present:
    Consultant Faculty, Parenting Evaluation Training Program, 1989 to the present
    Consultant Faculty, Western State Hospital Forensic Post-Doctoral Fellowship Program, 1996 to the present
Clinical Assistant Professor, Department of Psychology, University of Washington, 1997 to present
    Instructor: Graduate Seminar in Forensic Psychology, 1998.
    Guest Lecturer and Clinical Supervisor. 1996 to present.

### Professional Organizations and Activities

Alaska Psychological Association
American Psychological Association Division 41 (American Psychology-Law Society)
American Psychological Society
American Academy of Forensic Psychology:
    Elected Fellow 1989
    Board of Directors, 1997-2000, 2002-2003
    Continuing Education courses presented for AAFP and ABPP:
        Personal Injury Examinations, Forensic Uses of the MMPI, Forensic Ethics, Expert Testimony: Practice and Malpractice, Parenting Examinations.
American Board of Forensic Psychology:
    Diplomate in Forensic Psychology 1989
    Elected as a member of the Board of Directors of ABFP in 1997
    Elected President of ABFP, 2002-2003
    Specialty Guidelines for Forensic Psychologists, revisions committee, 2002-present
    Other ABFP activities:
        work samples examiner, final orals examiner, examination manual contributor, senior author of national written examination
Seattle Forensic Institute:
    President 1994-95, Board of Directors 1994-1998
Society for Personality Assessment
    Elected Fellow (2003); Invited to present Master Lecture (3/2004)
Specialty Guidelines for Forensic Psychology, National Revisions Committee, Vice-Chair (2002-present)
Washington State Department of Health, Psychology Examining Board, Pro Tem Examiner, 1996-2002

Continuing Psychological and Legal Education Training                    Presented by Dr. Greenberg since 1995

**Journal Editorial Reviewer**

American Journal of Psychiatry
Behavioral Sciences and the Law
Criminal Justice and Behavior
International Journal of Forensic Mental Health
Journal of Child Custody
Journal of Interpersonal Violence
Journal of Psychology, Public Policy, and the Law
Law and Human Behavior
Journal of Psychosomatic Medicine

**Past Professional Experience**

Consultant, Julia Ann Singer Preschool Clinic, Cedar-Sinai Medical Center, 1969-1972
Instructor, University of Southern California, 1970-1972
Program Director, Children's Psychiatric Outpatient Department, Los Angeles County-USC Medical Center, 1970-1971
Instructor, Los Angeles County Community Mental Health Centers, Pepperdine University, 1972-1973
Consultant, Los Angeles County, East San Fernando Valley Community Mental Health Center, 1972-1973
Assistant Professor of Psychology, the University of Iowa, Iowa City, Iowa, 1973-1977
Chief, Developmental Diagnostic Unit, Fairview Hospital, 1977
Director, Specialist Services, Harbor Regional Center for the Developmentally Disabled, 1977-1979
Clinical Associate Professor of Psychology, University of Southern California, 1978-1979
Acting Assistant Professor of Psychology and Acting Director, Psychological Services Center, University of Washington, 1979-1980
Consultant to the University of Washington Child Development Research Group, 1979-1986

**Courses Taught at the University of Southern California**

Abnormal Psychology 1970, 1971
Behavior Therapy with Children 1971, 1972
Research Supervision 1971, 1972

**Courses Taught at the University of Iowa**

31:13 Psychology of Adjustment 1973, 1974, 1975, 1976, 1977
31:81 Laboratory in Child Psychology 1974, 1975
31:91 Readings in Child Psychology 1974, 1975, 1976
31:99 Honors Thesis Research 1974, 1975, 1976
31:166 Behavior Disorders in Children 1974, 1975
31:166 Abnormal Child Psychology 1976, 1977
31:268 Child Clinical Psychology 1974, 1976
31:276 Psychopathology in Childhood 1975
31:308 Seminar in Childhood Aggression 1975
31:308 Seminar in Childhood Psychoses 1977
31:462 Practicum in Psychotherapy I 1973, 1975
31:463 Practicum in Psychotherapy II 1974, 1977
31:500 Masters Thesis Supervision 1973, 1974, 1975, 1976, 1977
31:600 Doctoral Dissertation Supervision 1973, 1974, 1975, 1976, 1977

**Courses Taught at the University of Washington**

210 Human Sexual Behavior, 1980
305 Deviant Personality, 1981
410 Deviant Development, 1980
518 Single Subject Research Design, 1979
571 Child Psychopathology, 1980
592 Clinical Methods, 1980
593 Clinical Methods, 1980
560 Graduate Seminar in Forensic Psychology, winter quarter 1998

| Continuing Psychological and Legal Education Training | Presented by Dr. Greenberg since 1995 |

Greenberg, Stuart A., Greene, Roger L. *Excelling in Expert Witness Examinations Involving the MMPI.* Invited to present by the Washington State Bar Association. Seattle, WA. 7.2 hours. April 6, 2005.

Changes in Forensic Ethical Practice Guidelines: The New SGFP. Western State Hospital Psychology Department. Steilacoom, WA. 3.0 hours. March 18, 2005

Ethical Issues in Forensic Psychology. University of Washington Clinical Psychology Graduate Seminar. Seattle, WA. 1.5 hours. March 1, 2005

Understanding Psychological Testing and Parenting Evaluations. Sponsored by the Unified Family Court Training Oversight Committee and KCBA Family Law Section. Seattle, WA. 2.5 hours. November 30, 2004.

Understanding Psychological Testing and Parenting Evaluations. Sponsored by the Unified Family Court Training Oversight Committee and KCBA Family Law Section. Kent, WA. 2.5 hours. November 17, 2004.

Expert Witnesses, the Adversary System, and the Voice of Reason. Presented by Louis de la Parte, Florida Mental Health Institute. University of South Florida. West Palm Beach, Fl. 7.0 hours. October 15, 2004.

The Role of the Report in Forensic Testimony. Presented to the Dallas Forensic Institute, Dallas, Texas. 1.5 hours. November 10, 2004.

State of the Art Parenting Examinations. Sponsored by the Washington State Bar Association. 1.5 hours. May, 2004.

Intensive Workshop in Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. New Orleans, Louisiana. 10.0 hours. April, 2004.

On Being an Expert Witness: The Voice of Reason in the Adversary System. An Advanced Workshop in Ethics, Law, Forensic Examinations, and Testimony. Presented to Western State Hospital and The Washington Institute. 3.0 hours. April 2, 2004.

The Role of the MMPI *K*-Correction in Forensic Examinations. Master Lecture Invited Address. Presented to the Society for Personality Assessment: Annual Scientific Exchange and Workshops. Miami, FL. 1.5 hours. March 12, 2004.

Psychological Damage Examinations: Personal Injury Evaluations, Reports, &Testimony. Workshop sponsored by the Society for Personality Assessment. Miami, FL. 3.5 hours. March 11, 2004.

The Role of the MMPI-2 in Personal Injury Forensic Examinations. Washington Institute, Western State Hospital. Steilacoom, Washington. 3.0 hours. February 20, 2004.

Advanced Ethics, Law, and Forensic Examinations & Testimony. University of South Florida. Tampa, Florida. 7.0 hours. January 9, 2004.

On Being an Ethical and Effective Expert Witness: Reconciling Impartiality and Advocacy. Invited address to the Los Angeles County Psychological Association. Encino, California. 4.0 hours. November 1, 2003

Intensive Workshop in Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Denver, Colorado. 10.0 hours. October 23-25, 2003.

Uses and Misuses of MMPI - Family Law Section, King County Bar Association. Seattle, Washington. 1.5 hours. October 3, 2003.

Mental Health Perspectives on Relocation - with Dr. Wendy Hutchins-Cook. King County Bar Association. Seattle, Washington. 1.5 hours. September 26, 2003.

Intensive Workshop in Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Dallas, Texas, 10.0 hours. March 20-22, 2003.

Personal Injury Examinations. American Academy of Forensic Psychology. Charleston, South Carolina. 7.0 hours. February 23, 2003.

Personal Injury Examinations. Washington Institute, Western State Hospital. Steilacomb, WA. 3.0 hours. February 14, 2003.

Forensic Psychology. University of Washington Clinical Psychology Graduate Seminar. Seattle, Washington. 1.5 hours. February 12, 2003.

Continuing Psychological and Legal Education Training                    Presented by Dr. Greenberg since 1995

Expert Witness Malpractice Liability, Legal Immunity & Ethics. American Academy of Forensic Psychology. Long Beach, California. 7.0 hours. January 16, 2003.

Clinical Assessment and Report Writing in Family Law Cases. Workshop for Family Court Services, King County Superior Court. Seattle, Washington, 2.0 hours. December 18, 2002

Parenting Examiners, Examinations, and Testimony. Workshop: The Use and Abuse of Psychological Experts. King County Bar Association. 1.0 hours. Oct 18, 2002. Seattle, WA.

Intensive Workshop in Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Minneapolis, Minnesota, 10.0 hours. October 3-5, 2002.

Intensive Workshop in Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Atlanta, Georgia, 10.0 hours. April 18-21, 2002.

Expert Witnessing: Objectivity and Advocacy. Fireside Forensic Services. Lunchtime Education Program. Olympia, WA. 1.0 hours. March 26, 2002.

Expert Witness Liability, Immunity and Ethics. American Academy of Forensic Psychology. Austin, TREATMENT. 7 hours. March 8, 2002.

Personal Injury Examinations. Western State Hospital. Steilacomb, WA. 3.0 hours. January 18, 2002.

Personal Injury - The Law and the Damages Expert. American Academy of Forensic Psychology. Seattle, WA. 3.5 hours. October 18, 2001.

Personal Injury - The Law and the Liability Expert. American Academy of Forensic Psychology. Seattle, WA. 3.7 hours. October 18, 2001.

Advanced Topics in Forensic Ethics: Expert Witness Immunity and Liability. American Academy of Forensic Psychology. Seattle, WA. 2.5 hours. October 18, 2001.

Legal System Fundamentals. American Academy of Forensic Psychology. Seattle, WA. 1.0 hours. October 18, 2001.

Understanding Psychological Testing. Presented to the Court Appointed Advocate Program. King County, WA. 1.3 hours, September 19, 2001.

The Liability and Immunity of the Expert Witness. Invited address to the Meetings of the American Psychological Association. San Francisco, CA. 1.0 hours. August 26, 2001.

MMPI-2 Stability within and across Forensic Settings. Presented by Roger L. Greene, Stuart A. Greenberg, Jeffrey Davis, Marc J. Ackerman, and Richard I. Frederick. Presented to the American Psychological Association Meetings. 1.0 hours. August 26, 2001.

Forensic Examinations, Expert Witnesses, and the Attorney. Presented by Stuart A. Greenberg, PhD, and Randy K. Otto, PhD. Sponsored by the Alaska Trial Lawyers Association and the Alaska Public Defenders Association. 7.0 hours. May 24, 2001.

Personal Injury - The Law and the Damages Expert. American Academy of Forensic Psychology. St. Louis, Missouri. 3.5 hours. April 28, 2001.

Personal Injury - The Law and the Liability Expert. American Academy of Forensic Psychology. St. Louis, Missouri. 3.7 hours. April 28, 2001.

Expert Witness Immunity and Liability. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 26, 2001.

Forensic Roles. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 26, 2001.

Legal System Fundamentals. American Academy of Forensic Psychology. St. Louis, Missouri. 2 hours. April 26, 2001.

Personal Injury Evaluations: Ethics, Case Law and Practice. American Academy of Forensic Psychology. Vancouver, British Columbia.. 7 hours. March 28, 2001

| Continuing Psychological and Legal Education Training | Presented by Dr. Greenberg since 1995 |

Therapists in the Courtroom. University of Washington School of Law. Parent Training Evaluation Program. Seattle, Washington. 1.5 hours. March 7, 2001.

Civil Forensic Ethics. Western State Hospital. Steilacomb, Washington. 3.0 hours. January 26, 2001.

Personal Injury Evaluations: Ethics, Case Law and Practice. American Academy of Forensic Psychology. San Jose, California. 7 hours. January 18, 2001.

Civil Forensic Evaluations. Western State Hospital. Steilacomb, Washington. 3.0 hours. January 5, 2001.

Personal Injury Examinations: Forensic Ethics, The Application of Psychology to the Law of Torts, and The Forensic Examination of Psychological Injury. Invited address to the Alaska Psychological Association. Anchorage, Alaska. 11.0 hours. September 29-30, 2000.

A Survey of Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Tampa, Florida. 7.0 hours. September 14-17, 2000.

Advanced Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Tampa, Florida. 4.0 hours. September 14-17, 2000.

Civil Forensic Applications of the MMPI-2. Presented with Roger Greene, PhD. Sponsored by the American Academy of Forensic Psychology. San Juan, Puerto Rico. 7.0 hours. June 11, 2000.

An Introduction to Forensic Psychology Practice. American Academy of Forensic Psychology. San Juan, Puerto Rico. 3.0 hours. June 8, 2000.

Role of the Expert in Parenting Examinations. University of Washington School of Law. Parent Training Evaluation Program. Seattle, Washington. 1.5 hours. March 27, 2000.

Forensic Ethics and Risk Management. Presented to Western State Hospital–Washington Institute. Department of Psychology Post-Doctoral Training Program.. Steilacomb, Washington. 3.0 hours. March 24, 2000.

Role of the Expert in Parenting Examinations. University of Washington School of Law. Parent Training Evaluation Program. Seattle, Washington. 1.5 hours. March 20, 2000.

The Role of the Expert Examiner and Witness. American Academy of Matrimonial Lawyers. Seattle, Washington. 0.4 hours. March 17, 2000.

Ethical Issues When Therapists Testify. Unified Family Court Project Training. Kent Regional Justice Center. Presented with Judge Dale Ramerman and David Hodges. Kent, Washington. 2.75 hours. March 2, 2000.

Roles for the Psychologist in the Courtroom. University of Washington Clinical Psychology Graduate Seminar. Seattle, Washington. 1.5 hours. March 1, 2000.

A Survey of Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. San Diego, California. 11.0 hours. February 17-20, 2000.

Advanced Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. San Diego, California. 4.0 hours. February 17-20, 2000.

An Introduction to Forensic Psychology. Seattle University. Seattle, Washington. 1.0 hours. February 10, 2000.

Examining the Personal Injury Plaintiff for Psychological Damages. Western State Hospital. Steilacomb, Washington. 3.0 hours. January 7, 2000.

A Survey of Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Washington DC. 11.0 hours. Sept. 30-Oct. 3, 1999.

Advanced Forensic Psychology Practice: Issues and Applications. American Academy of Forensic Psychology. Washington DC. 4.0 hours. Sept. 30-Oct. 3, 1999.

The Limits of the APA Ethics Code in Forensic Settings. With Daniel Shuman. American Psychological Association. Boston, Massachusetts. 0.4 hours. August 24, 1999.

__Continuing Psychological and Legal Education Training__                           __Presented by Dr. Greenberg since 1995__

Personal Injury Examinations–Practical Applications. American Psychological Association Symposium. Boston, Massachusetts. 1.0 hours. August 21, 1999.

An Examination of the Use of Diagnostic Labels in Forensic Examinations. With Daniel Shuman. American Psychological Association. Boston, Massachusetts. 0.4 hours. August 24, 1999.

Personal Injury Examination: The Application of Psychology to the Law of Torts. The American Board of Professional Psychology Summer Institute. With Prof. Daniel Shuman. Portland, Oregon. 21 hours, June 28-30, 1999.

Personal Injury Evaluations: Ethics, Practice, and Case Law. Sponsored by the American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 14 hours. May 6-7, 1999.

Personal Injury Evaluations: Ethics, Practice and Case Law. American Academy of Forensic Psychology. Las Vegas, Nevada. 7.0 hours. April 17, 1999.

Therapists in the Courtroom: Role Conflicts and Courtroom Cures. University of Washington. Seattle, Washington. 1.5 hours. March 10, 1999.

Personal Injury Evaluations: Ethics, Practice and Case Law. University of South Florida. Tampa, Florida. 13.5 hours. February 19-20, 1999.

Civil Forensic Psychology. Western State Hospital. Steilacomb, Washington. 3.0 hours. January 22, 1999.

Seminar: Parent Training Evaluation Program. University of Washington School of Medicine. Seattle, Washington. 1.5 hours. January 5, 1999.

Seminar: Parent Training Evaluation Program. University of Washington School of Medicine. Seattle, Washington. 1.5 hours. November 3, 1998.

Forensic Psychology: Invited presentation to Post-doctoral Fellowship Program. Western State Hospital. Steilacomb, Washington. 4.0 hours. September 11, 1998.

Forensic Roles and Ethics, Part 2. Virginia Mason Hospital. Section of Psychiatry and Psychology Grand Rounds. Seattle, Washington. 1.0 hours. September 11, 1998.

Civil Forensic Psychology. Presented at the meetings of the American Psychological Association. San Francisco, California. 1.0 hours. August 15, 1998.

Forensic Applications of the MMPI-2 and MCMI-III. Presented with Dr. Alex Caldwell at the ABPP Summer Institute. Sponsored by the American Board of Professional Psychology/Clinical. Portland, Oregon. 3 days (21.0 CE hours). June 25-27, 1998.

Personal Injury Evaluations: Ethics, Practice and Case Law. Sponsored by the American Academy of Forensic Psychology. San Juan, Puerto Rico. 7.0 hours. April, 1998.

Forensic Applications of the MMPI and MCMI. Presented with Roger Greene, PhD. Sponsored by the American Academy of Forensic Psychology. Milwaukee, Wisconsin. 7.0 hours. March, 1998.

Personal Injury Evaluations: Ethics, Practice and Case Law. Sponsored by the American Academy of Forensic Psychology. Milwaukee, Wisconsin. 7.0 hours. March, 1998.

Forensic Roles and Ethics. University of Washington Clinical Psychology Graduate Seminar. Seattle, Washington. 1.5 hours. March, 1998.

Forensic Roles and Ethics. Virginia Mason Hospital. Section of Psychiatry and Psychology Grand Rounds. Seattle, Washington. 1.0 hours. March, 1998.

Introduction to Forensic Psychology. University of Washington Clinical Psychology Graduate Seminar. Seattle, Washington. 1.0 hours. December, 1997.

The Application of Psychology to the Law of Torts of Emotional Distress. Sponsored by Western State Hospital Department of Psychology. Steilacomb, Washington. 2.0 hours. October, 1997

Continuing Psychological and Legal Education Training

Presented by Dr. Greenberg since 1995

Irreconcilable Conflict Between Therapeutic and Forensic Roles. Seminar: Sponsored by King County Bar Association. Seattle, Washington. 1.0 hours. October, 1997

Ethics and the Role of the Forensic Psychologist. Western State Hospital Forensic Post-Doctoral Fellowship Program. Steilacomb, Washington. September 21, 1997

The Forensic Psychologist as Parenting Evaluator. Seminar: Parent Training Evaluation Program. University of Washington School of Medicine. Seattle, Washington. 1.5 hours. August, 1997.

Civil Forensic Applications of the MMPI-2. Sponsored by the American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 7.5 hours. May, 1997

Therapists in the Courtroom: Role Conflicts and Courtroom Cures. University of Washington, Guest lecture to Psychological Services and Training Center. Seattle, Washington. 1.5 hours. March, 1997.

Psychological Damages as Impairments to Competency. Sponsored by Seattle Forensic Institute of Washington. Seattle, Washington. 2.0 hours. February, 1997

Personal Injury Evaluation: Ethics, Practice, Instruments, and Case Law. Sponsored by the American Academy of Forensic Psychology. New Orleans, Louisiana. 12.0 hours. January, 1997.

Civil Forensic Applications of the MMPI-2. Sponsored by Western State Hospital. Steilacomb, Washington. 2.0 hours. November, 1996.

Coping with Confidentiality and the Responsibilities: Access to Records in the Criminal Justice System. Sponsored by the Washington State Bar Association CLE Committee and Criminal Law Section. Seattle, Washington. 1.25 hours. September, 1996.

Ethics in Forensic Evaluations Seminar: Parent Training Evaluation Program. University of Washington School of Medicine. Seattle, Washington. 1.5 hours. August 21, 1996.

Child Custody/Parenting Evaluations: Practice, Ethics, and Case Law. Sponsored by the American Board of Professional Psychology. Portland State University. Portland, Oregon. 21.0 hours. June, 1996.

Civil Forensic Applications of the MMPI-2. With Kevin Moreland, PhD. Sponsored by the American Academy of Forensic Psychology. Las Vegas, Nevada. 7.5 hours. April, 1996.

Personal Injury Evaluation: Ethics, Practice, Instruments, and Case Law. Sponsored by the American Academy of Forensic Psychology. Hilton Head Island, South Carolina. 6.0 hours. March, 1996.

Daubert Should Benefit Psychology: The Example of Hedonic Damages. Co-presented by Kevin Moreland, PhD. Sponsored by the American Psychology-Law Society. Hilton Head Island, South Carolina. 0.6 hours. March, 1996.

Forensic Roles and Ethics. Sponsored by Western State Hospital and the Washington Institute for Mental Illness, Research and Training of the University of Washington. Steilacomb, Washington. 2.0 hours. December, 1995.

Testimony Based on Psychological Testing. Presentation of the Liaison with Forensic Psychology Committee with Robert Meyer, PhD, and Steven Berger, MD. American Academy of Psychiatry and the Law Meetings. Seattle, Washington. 1.75 hours. October, 1995.

Role Conflicts in the Evaluation of Psychological Damages in Employment Matters. Sponsored by Washington Employment Lawyers Association. Seattle, Washington. 1.3 hours. October, 1995.

Seminar: Parent Training and Evaluation. University of Washington School of Medicine. Seattle, Washington. 1.5 hours. August, 1995.

The Strategic Use of an Evaluator Versus a Treating Psychologist. Sponsored by the King County Bar Association CLE. Seattle, Washington. 1.5 hours. April, 1995.

Personal Injury Evaluation: Ethics, Practice and Case Law. Sponsored by Western State Hospital and the Washington. Institute for Mental Illness, Research and Training of the University of Washington. Steilacomb, Washington. 2.0 hours. March, 1995.

Personal Injury Evaluation: Ethics, Practice, and Case Law. Sponsored by The American Academy of Forensic Psychology. Nashville, Tennessee. 6.0 hours. February, 1995.

Continuing Psychological and Legal Education Training     Presented by Dr. Greenberg since 1995

Forensic Evaluations and Forensic Applications of the MMPI and MMPI-2. Presented with Kevin Moreland, PhD, Randy Otto, PhD, and Harley Stock, PhD. Sponsored by the University of Minnesota. Orlando, Florida. 5.0 hours. February, 1995.

**Peer Reviewed Publications and Invited Addresses**

Greenberg, Stuart A. (2005). *Psychologists in the Courtroom: possibilities, prejudices, and pitfalls.* American Psychological Association Invited Plenary Address. August 2005 (in preparation).

Greenberg, Stuart A, Shuman, Daniel W, and Meyer, Robert G. (2005 in preparation). *Unmasking Psychiatric Forensic Diagnosis.* Adapted and reprinted by invitation in Judicature: the Journal of the American Judicature Society with permission of International Journal of Law and Psychiatry.

Greenberg, Stuart A., Leary, Alison, and Long, Anna C. *The MMPI-2 and Forensic Examinations.* Invited to present The Allen L. Edwards Lecture to the University of Washington Psychology Department. Seattle, WA January, 2005

Greenberg, Stuart A. (2004). *The "Not Me" Scale: Forensic Implications of K Item Disavowal on the MMPI-2.* Invited Master Lecture to the Society for Personality Assessment. Miami, Florida. March 12, 2004.

Greenberg, Stuart A, Otto, Randy K, and Long, Anna C (2004) *The Utility of Psychological Testing in Assessing Emotional Damages in Personal Injury Litigation.* Assessment. Vol 10, No. 4.

Greenberg, Stuart A, Shuman, Daniel W, and Meyer, Robert G. (2004). *Unmasking Forensic Diagnosis.* International Journal of Law and Psychiatry, vol 27, p 1-15.

Greenberg, Stuart A and Wheeler, Jennifer G. (2004). *Forensic psychological examinations in personal injury cases: empirical haves and have nots.* Journal of Forensic Psychology Practice..

Shuman, Daniel W and Greenberg, Stuart A (2003). *Expert Witnesses, the Adversary System, and the Voice of Reason: reconciling impartiality and advocacy.* Professional Psychology: Research and Practice, 34(3), 219-224.

Greenberg, Stuart A. in I. B. Weiner (Series Ed.) and A. M. Goldstein (Vol. Ed.), (2003). *Personal Injury Examinations in Torts for Emotional Distress.* Handbook of Psychology: Vol. 11. Forensic Psychology (pp. 233-256). NY: John Wiley & Sons.

*The Liability and Immunity of the Expert Witness.* By Stuart A. Greenberg, PhD, ABFP. Invited address presented at the Annual Meetings of the American Psychological Association, August, 2001, San Francisco, California.

*An Immodest Proposal: Should Treating Mental Health Professionals be Barred from Testifying About Their Patients?* By Daniel W. Shuman, JD, Stuart Greenberg, PhD, Kirk Heilbrun, PhD, and William E. Foote, PhD. Behavioral Sciences and the Law. 1998.

*The Role of Ethical Norms in the Admissibility of Expert Testimony.* Daniel W. Shuman, JD, and Stuart A. Greenberg, PhD. The Judges' Journal: A Quarterly of the Judicial Division. Winter, 1998 - Vol. 37, NO. 1. Published by the American Bar Association.

*Irreconcilable Conflict Between Therapeutic and Forensic Roles.* By Stuart Greenberg and Daniel Shuman. Professional Psychology: Research and Practice, 28, 50-57, 1997.

*Role of the Mental Health Professional in Employment Litigation.* By Stuart Greenberg, PhD, and Francis Kulick, PhD, for Mental and Emotional Injuries in Employment Litigation. Chapter 5 (J. McDonald, Jr. and F. Kulick, Ed., 1994); published by Bureau of National Affairs, Washington, D.C.

| Publications, Papers, and Research Support | Authored By Dr. Greenberg |
|---|---|

**Other Publications, Papers, and Research Support**

*Therapists in the Courtroom: Role Conflicts and Courtroom Cures.* By Stuart A. Greenberg and Daniel W. Shuman for <u>Networker</u>, the Newsletter of the New Hampshire Psychological Association, Inc. November, 2002 manuscript in preparation with Daniel Shuman.

*MMPI-2 Stability Within and Across Forensic Settings.* By Roger L. Greene, PhD, Stuart A. Greenberg, PhD, Jeffrey Davis, PhD, Marc J. Ackerman, PhD, Richard I. Frederick, PhD. Address presented at the 2001annual meetings in San Francisco, California, of the American psychological Association, manuscript in preparation..

*Health Insurance Reimbursement for Forensic Services: A Minefield to be Avoided.* By Stuart Greenberg, PhD. Invited Expert Opinion Column. Bulletin of the American Psychology-Law Society. Spring, 2000. Also reprinted with permission in <u>The South Carolina Psychologist</u>. October, 2000.

*Ethical Payment Practices for Forensic Examinations.* By Stuart Greenberg. The <u>Correctional Psychologist</u> 3(3) July, 2000.

*The Practice of Civil Forensic Psychology.* By Stuart Greenberg, PhD, and Stanley Brodsky, PhD. Text Under Contract to American Psychological Association (in preparation for publication).

*Escaping the Advice Trap.* By Wendy M. Willimas, PhD and Stephen J. Ceci, PhD. 1998. Contributor

*Irreconcilable Conflict Between Therapeutic and Forensic Roles of Mental Health Professionals.* By Stuart A. Greenberg, PhD and Daniel W. Shuman. <u>Washington State Bar News</u>. October, 1997

*Tardy Employee Must Release Treatment Records for ADA Action.* Commentary by Stuart Greenberg. <u>The Forensic Psychiatry Echo.</u> June, 1997.

*Statute of Limitation Delivers Archdiocese from Sex Abuse Claim.* Commentary by Stuart Greenberg. <u>The Forensic Psychiatry Echo.</u> June, 1997.

*Care Providers in the Courtroom: Irreconcilable Role Conflicts and Testimony Lacking Adequate Foundation.* By Stuart A. Greenberg, PhD, and Daniel W. Shuman, JD. <u>Washington Family Law Reporter</u>. February-April, 1997.

*Therapists in the Courtroom: Role Conflicts and Courtroom Cures.* By Stuart A. Greenberg, PhD, and Daniel Shuman, JD. <u>The Washington Psychologist.</u> February, 1997.

*Role Conflicts and Courtroom Cures.* By Stuart Greenberg and Daniel Shuman. <u>The Ohio Psychologist.</u> November, 1996.

*Parenting History Survey.* By Stuart Greenberg, PhD, and Lewis Humphreys, PhD. Unpublished Manuscript, 1994.

*Toward a Conceptual and Practical Model for Conducting Unbiased Sex Abuse Evaluations of a Child.* Unpublished Manuscript, 1992.

*Review of Handbook of Forensic Psychology*, by Irving Weiner and Allen Hess, for the <u>Journal of Interpersonal Violence</u>, August, 1991.

*Forensic History Questionnaire-Revised.* By Stuart Greenberg, Unpublished, Copyright 1990-2003.

*Social History Questionnaire and Mental Status Examination.* Unpublished Form Copyrighted 1989-1990.

*Conducting Unbiased Evaluations: Some Suggestions for Conducting Sexual Abuse Interviews with Children.* Paper presented at Allegations of Sexual Abuse Conference, Portland, Oregon. May, 1990.

*The Collaborative Cross Examination of Experts: Using Expert's Expertise Against Them.* Co-authored with Steven Feldman and Stanley Brodsky, PhD. Seattle-King County Bar Association "The Bar Bulletin", March, 1987.

*The Collaborative Cross-examination of Experts in Wrongful Discharge Cases.* Co-authored with Stanley Brodsky, PhD and Steven Feldman, JD, PhD. Copyright Professional Education Systems, Inc. November, 1987.

| Curriculum Vitae of Dr. Stuart A Greenberg, PhD, ABFP/ABPP | |
|---|---|
| | Page 9 |

| Continuing Psychological and Legal Education | Attended By Dr. Greenberg since 1995 |
|---|---|

State of the Art Parenting Examinations. Randy K Otto, PhD. Sponsored by the Washington State Bar Association. 2.5 hours. May, 2004.

Forensic Applications of the MMPI-2. Roger Greene. American Academy of Forensic Psychology. Las Vegas, Nevada. 7.0 hours. January 22, 2004.

Effective and Ethical Expert Testimony. Steven Bank, PhD, ABPP/ABFP and Ira Packer, PhD, ABPP/ABFP. American Academy of Forensic Psychology. Las Vegas, Nevada. 7.0 hours. January 24, 2004.

Assessing Malingering and Defensiveness. Randy Otto, PhD, ABPP/ABFP. American Academy of Forensic Psychology. Las Vegas, Nevada. 7.0 hours. January 25, 2004.

Legally Bound: Mental Health Perspectives on Parental Relocation. King County Bar Association. Seattle, Washington. 7.0 hours. September 26, 2003.

Laws and Ethics Update for 2003. A. Steven Frankel, PhD, JD, ABPP. Psycho-Legal Associates. Seattle, Washington. 6.0 hours. April 5, 2003

Forensic Consultation, Expertise & Testimony. Eric Drogin, JD, PhD. American Academy of Forensic Psychology. Long Beach, California. 7.0 hours. January 19, 2003.

Assessing Psychopathy. Stephen D. Hart, PhD. American Academy of Forensic Psychology. Long Beach, California. 7.0 hours. January 18, 2003.

Forensic Applications of the MMPI-2. Roger Greene, PhD. American Academy of Forensic Psychology. Long Beach, California. 7.0 hours. January 17, 2003.

Ethical Issues in Forensic Practice. Alan Goldstein, PhD, ABFP/ABPP. American Academy of Forensic Psychology. Long Beach, California. 7.0 hours. January 15, 2003.

Use and Abuse of Psychological Experts. King County Bar Association. 6.0 hours. Oct 18, 2002. Seattle, WA.

Forensic Decision-Making. Randy Otto, PhD, American Academy of Forensic Psychology. Atlanta Georgia, 1.5 hours, April 19, 2002.

Assessment of Malingering. Randy Otto, PhD, American Academy of Forensic Psychology. Atlanta Georgia, 1.0 hours, April 19, 2002.

Employment Discrimination. William Foote, PhD, American Academy of Forensic Psychology. Atlanta Georgia, 1.5 hours, April 20, 2002.

Evaluating Testamentary Capacity. William Foote, PhD, American Academy of Forensic Psychology. Atlanta Georgia, 1.5 hours, April 20, 2002.

Americans with Disability Act. William Foote, PhD, American Academy of Forensic Psychology. Atlanta Georgia, 2.0 hours, April 20, 2002.

Testimony and the Effective Communication of Examination Findings. William Foote, PhD, American Academy of Forensic Psychology. Atlanta Georgia, 2.0 hours, April 21, 2002.

Forensic Consultation, Expertise and Testimony. Eric Drogin, J.D., PhD. American Academy of Forensic Psychology. Austin, TX. 7 hours. March 10, 2002.

Recent Developments in the Admissibility of Psychological Evidence. Daniel Shuman, J.D. American Academy of Forensic Psychology. Austin, TX. 7 hours. March 9, 2002.

Critical Issues in Child Sexual Abuse Evaluations. Kathryn Kuehnle, PhD. American Academy of Forensic Psychology. Austin, TX. 7 hours. March 7, 2002.

Assessing Malingering and Defensiveness. Randy Otto, PhD. American Academy of Forensic Psychology. Austin, TX. 7 hours. March 6, 2002.

Comprehensive Examination of Malingering in Forensic Settings. Richard Frederick, PhD. American Academy of Forensic Psychology. New Orleans, LA. 7 hours. January 13, 2002..

Personal Injury Evaluations: Ethics, Case Law and Practice. David Vore, PhD. American Academy of Forensic Psychology. New Orleans, LA. 7 hours. January 11, 2002.

## Continuing Psychological and Legal Education

Attended By Dr. Greenberg since 1995

Custody Evaluations and Risk Management. David Martindale, PhD. American Academy of Forensic Psychology. Philadelphia, PA. 7 hours. November 1, 2001.

Employment Discrimination / ADA. William Foote, PhD. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 29, 2001.

Americans with Disability Act. William Foote, PhD. American Academy of Forensic Psychology. St. Louis, Missouri. 1.7 hours. April 28, 2001.

Testamentary Capacity. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 28, 2001.

Assessment of Malingering. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 27, 2001.

Parenting / Child Custody Examinations. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 27, 2001.

Juvenile Civil Issues: Deprivation, Dependency, Neglect, Parent Alienation, Move Away/Relocation. American Academy of Forensic Psychology. St. Louis, Missouri. 1.5 hours. April 26, 2001.

Forensic Ethics. American Academy of Forensic Psychology. St. Louis, Missouri. 1.7 hours. April 26, 2001.

Comprehensive Child Custody Evaluations. Marsha Hedrick, PhD. American Academy of Forensic Psychology. Vancouver, British Columbia. 7 hours. March 30, 2001.

Review of the Two Mental Defenses of Subjective Self-Defense and Diminished Capacity. Brent Trowbridge. Washington State Psychological Association. Seattle, Washington. 3.0 hours. March 16, 2001.

Individual Rights and Liberties. John Petrila, JD, LLM. American Academy of Forensic Psychology. San Jose, California. 7.0 hours. January 20, 2001.

Ethical Issues for the Forensic practitioner. Donald Bersoff, JD, PhD. American Academy of Forensic Psychology. San Jose, California. 7 hours. January 19, 2001.

Comprehensive Child Custody Evaluations: Advancements in Practice. Mary Connell, PhD. American Academy of Forensic Psychology. San Jose, California. 7 hours. January 17, 2001.

Parenting Examinations–Practical Applications. Randy Otto, PhD. American Psychological Association Symposium. Washington, D.C. 1.0 hours. August 25, 2000.

The 1992 Ethics Code–An Adequate Guide for Forensic Assessment? American Psychological Association Symposium. Washington, D.C. 1.0 hours. August 24, 2000.

Risk Assessment: Advanced Considerations. Kirk Heilbrun, PhD. American Academy of Forensic Psychology. New Orleans, Louisiana. 7.0 hours, March 9, 2000.

Americans with Disabilities Cases: Psychological Evaluation and Consultation. William Foote, PhD. American Academy of Forensic Psychology. New Orleans, Louisiana. 7.0 hours. March 10, 2000.

Assessing Malingering and Defensiveness. Randy K. Otto, PhD. American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 7.0 hours. May 9, 1999.

Child Custody Evaluations: Legal, Ethical and Clinical Contours. Presented by Randy K. Otto, PhD. Sponsored by the American Board of Forensic Psychology. Las Vegas, Nevada. 7.0 hours. April 15, 1999.

Preparing for the Diplomate Exam in Forensic Psychology-ABPP. Presented by Robert Meyer, PhD. Sponsored by the American Board of Forensic Psychology. Austin, Texas. 5.0 hours. February 28, 1999.

Personal Injury Evaluations: Ethics, Law and Practice. Presented by David Vore, PhD. Sponsored by the American Board of Forensic Psychology. Austin, Texas. 2.0 hours. February 28, 1999.

Risk Assessment: Advanced Considerations. Presented by Kirk Heilbrun, PhD. Sponsored by the American Board of Forensic Psychology. Austin, Texas. 1.0 hours. February 26, 1999.

| Continuing Psychological and Legal Education | Attended By Dr. Greenberg since 1995 |
|---|---|

Recent Developments in Employment Law. Presented by Rebecca Dean, JD. Seattle, Washington. 1.5 hours. January, 1999.

Personal Injury Examinations. Presented by Mark McClung, MD. Sponsored by the Washington Institute. Steilacomb, Washington. 3.0 hours. December, 1998.

Child Witness Statements and Sex Abuse Cases. Presented by Paul Stern, JD and David Marshall, JD. Sponsored by the Seattle Forensic Institute. Seattle, Washington. 2.0 hours. November 19, 1998.

Daubert and Expert Testimony. Presented by David Shapiro, PhD. Sponsored by the American Psychological-Law Society. Redondo Beach, California. 1.0 hours. March, 1998.

An Immodest Proposal: Should Treating Mental Health Professionals Be Barred From Testifying About Their Patients? Presented by William Foote, PhD. Sponsored by the American Psychological-Law Society. Redondo Beach, California. 1.5 hours. March, 1998.

Sexual Harassment in the Workplace: Social Psychological and Clinical Issues. Presented by Randy Otto, PhD. Sponsored by the American Psychology-Law Society. Redondo Beach, California. 1.5 hours. March, 1998.

Strategies for Improving Forensic Assessments and Reports. Presented by Jennifer Skeem, PhD. Sponsored by the American Psychology-Law Society. Redondo Beach, California. 1.5 hours. March, 1998.

Forensic Assessment. Presented by Robert Nicholson. Sponsored by the American Psychology-Law Society. Redondo Beach, California. 1.5 hours. March, 1998.

Clinical and Ethical Issues in Forensic Practice with Juveniles. Presented by Ira Packer, PhD. Sponsored by the American Psychology-Law Society. Redondo Beach, California. 1.5 hours. March, 1998.

Ethical Issues for the Forensic Psychologist. Presented by David L. Shapiro, PhD. Sponsored by the American Academy of Forensic Psychology. San Diego, California. 7.0 hours. February, 1998.

Intermediate and Advanced Forensic Practice. Presented by Robert G. Meyer, PhD. Sponsored by the American Academy of Forensic Psychology. San Diego, California. 7.0 hours. February, 1998.

Cross-Examination: Maintaining Credibility, Handling Attacks and Answering the Critics. Presented by Diane R. Follingstad, PhD. Sponsored by the American Academy of Forensic Psychology. San Diego, California. 7.0 hours. February, 1998.

Achieving Expertise in Child Custody Evaluations. Presented by Beth K. Clark, PhD. Sponsored by the American Academy of Forensic Psychology. San Diego, California. 7.0 hours. February, 1998.

Behavioral Health Care and Forensic Resources on the Internet and Other Uses of Personal Computers in a Forensic Practice. Sponsored by Seattle Forensic Institute of Washington. Seattle, Washington. 2.0 hours. September, 1997.

Ethical Issues for the Forensic Practitioner. Presented by Donald N. Bersoff, PhD, JD. Sponsored by American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 7.0 hours. May, 1997.

Scientific Evidence. Bench-Bar Conference. Presented by Judge Dale Ramerman. Sponsored by King County Bar Association. Seattle, Washington. 1.5 hours. April, 1997.

Disabilities: Guardianship, SSI, and ADA. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. April, 1997.

Procedural Competency. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. March, 1997.

Psychological Damages as Impairments to Competency. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours February, 1997.

Instruments for Assessment of Competency. Presented by John Hamm, MD. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2 hours. October, 1996.

Criminal Insanity and Diminished Capacity: The Prosecution and Defense. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. September, 1996

Sexual Abuse and Its Recollection: Current Implications for Testimony and Therapy. Presented by Steven Ceci, PhD. Sponsored by Seattle Forensic Institute. Seattle, Washington. 11.5 hours. May, 1996.

<u>Continuing Psychological and Legal Education</u>                                                                                              <u>Attended By Dr. Greenberg since 1995</u>

Child Sexual Abuse Evaluation: Research, Assessment Issues and Legal Applications. Presented by Michael Maloney, PhD. Sponsored by the American Academy of Forensic Psychology. Las Vegas, Nevada. 3.0 hours. April, 1996.

Recent Legal, Ethical and Professional Developments in Forensic Practice. Presented by Stephen Golding, PhD. Sponsored by the American Academy of Forensic Psychology. Las Vegas, Nevada. 3.5 hours. April, 1996.

Ethical and Effective Expert Testimony. Presented by Steven Bank, PhD, and Russell Petrila, PhD. Sponsored by the American Academy of Forensic Psychology. Las Vegas, Nevada. 6.5 hours. April, 1996.

The Effects of Daubert on Assessment. Presented by Kirk Heilbrun, PhD. Sponsored by the American Psychology-Law Society. Hilton Head, South Carolina. 0.6 hours. March, 1996.

Advantages and Disadvantages of Utilizing 'Other Specialized Knowledge'. Presented by Stephen Golding and David Martindale. Sponsored by the American Psychology-Law Society. Hilton Head, South Carolina. 0.6 hours. March, 1996.

The Admissibility of Forensic Psychology Evidence. Presented by Donald Bersoff. Sponsored by the American Psychology-Law Society. Hilton Head, South Carolina. 0.6 hours. March, 1996.

Child Custody Evaluations: Concepts, Methods and Complications. Presented by Herbert Weissman. Sponsored by the American Academy of Forensic Psychology. Hilton Head, South Carolina. 6.0 hours. March, 1996.

Jury Selection: The Role of the Forensic Psychologist. Presented by Lisa Blue. Sponsored by the American Academy of Forensic Psychology. Hilton Head, South Carolina. 6.0 hours. February, 1996.

Child Custody Evaluations. Presented by Randy Otto, PhD. Sponsored by the American Academy of Forensic Psychology. Seattle, Washington. 6.0 hours. January, 1996.

Recent Legal, Ethical and Professional Developments in Forensic Practice. Presented by Robert Meyer. Sponsored by the American Academy of Forensic Psychology. Seattle, Washington. 6.0 hours. January, 1996.

The Role of the Forensic Psychologist in Employment Discrimination Cases. Presented by William Foote, PhD. Sponsored by the American Academy of Forensic Psychology. Seattle, Washington. 6.0 hours. January, 1996.

Munchausen by Proxy. Sponsored by the Seattle Forensic Institute. Seattle, Washington. 2.0 hours. November, 1995.

Post Traumatic Stress Disorder (PTSD). Co-sponsored by the Washington State Psychiatric Association and the Department of Psychiatry and Behavioral Sciences. Seattle, Washington. 1.5 hours. November, 1995.

Ethics Seminar: Basic and Advanced. Presented by Stephen Feldman, JD. Sponsored by the Washington State Psychological Association. Seattle, Washington. 4.0 hours. November, 1995.

No Thanks for the Memories: a Mock Trial. American Academy of Psychiatry and the Law, presentation of the Ad Hoc Committee on Adult Delayed Recall. Seattle, Washington. 2.0 hours. October, 1995.

Cults In Our Midst. Presented by Margaret Singer, PhD. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. September, 1995.

Forensic Case Studies. Sponsored by the Seattle Forensic Institute. Seattle, Washington. 2.0 hours. May, 1995.

Improving Clinical Judgment and Decision-making in Forensic Evaluations. Presented by Randy Otto, PhD, and Randy Borum, PhD. Sponsored by the American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 6.0 hours. April, 1995.

Recent Legal, Ethical, and Professional Developments in Forensic Practice. Presented by Stephen Golding, PhD. Sponsored by the American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 6.0 hours. April, 1995.

The Role of the Forensic Psychologist in Employment Discrimination Cases. Presented by Jane Goodman, JD. Sponsored by the American Academy of Forensic Psychology. Philadelphia, Pennsylvania. 6.0 hours. April, 1995.

Unconventional Ways of Dealing with Experts. Presented by Richard Friedman, JD. Sponsored by King County Bar Association. Seattle, Washington. 1.5 hours. April, 1995.

| Continuing Psychological and Legal Education | Attended By Dr. Greenberg since 1995 |
|---|---|

The Role of a Psychiatrist/Psychologist in Court. Presented by Daniel Schuman, JD. Sponsored by King County Bar Association. Seattle, Washington. 1.5 hours. April, 1995.

Ethics and Practice of Forensic Interviews and Witness Preparation in Litigation. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. April, 1995.

Misuse of Diagnostic Categories in the Courtroom. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. March, 1995.

Insurance Fraud and Ethical Fee Issues. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. February, 1995.

The Recovered Memory Controversy. Panel Discussion Moderated by Daniel Martell, PhD; Participants: Elizabeth Loftus, PhD and Laura Brown, PhD. Sponsored by The American Academy of Forensic Sciences. Seattle, Washington. 3.0 hours. February, 1995.

The Detection of Malingered Post-Traumatic Stress Disorder. Presented by James Rosenberg, MD. Sponsored by The American Academy of Forensic Sciences. Seattle, Washington. 1.0 hours. February, 1995.

Forensic Evaluations and Forensic Applications of the MMPI and MMPI-2. Presented by Kevin Moreland, PhD, Randy Otto, PhD, and Harley Stock, PhD. Sponsored by the University of Minnesota. Orlando, Florida. 8.0 hours. February, 1995.

Physician Assisted Suicide: When is it Right to Die? Presented by Rev. Ralph Mero, Kathryn Tucker, JD, Mike Rothernberg, MD. Sponsored by Seattle Forensic Institute. Seattle, Washington. 2.0 hours. January, 1995.

E:\FIRST CONTACTS\Vitae and Fee Agreements\Stuart A Greenberg.current vita.wpd reduced version; printed July 19, 2005