THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338 RSM <br><br> **DECLARATION OF JON CONTE REGARDING T.D.** |

I, Jon R. Conte, Ph.D., under penalty of perjury under the laws of the State of Washington, hereby declare as follows:

1. I am a Professor at the School of Social Work, University of Washington, Seattle, Washington, am over the age of 18, and am competent to testify as follows:

2. I have been on the faculty at the University of Washington since 1990. In that capacity, I teach courses on social work practice, child abuse and trauma, and psychotherapy.

DECLARATION OF JON CONTE. - 1 of 7
(C04-2338 RSM)
[157818 v10.doc]

ORIGINAL

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

3.  I am currently on the Editorial Board of Child Abuse and Neglect. I am the Editor of the Journal of Interpersonal Violence and the Editor of Trauma, Violence, and Abuse: A Review Journal.

4.  I am the Immediate Past President and was the first President of the American Professional Society on the Abuse of Children. I am on the Board of Councilors of the International Society for the Prevention of Child Abuse and Neglect.

5.  I am the author of approximately 50 scientific and academic publications in peer-reviewed journals or book chapters. Over my career, I have lectured frequently at national or international professional and scientific meetings before multidisciplinary audiences of psychologists, physicians, attorneys, social workers and other professionals.

6.  I have been qualified to testify as an expert on various aspects of childhood sexual abuse, trauma and other forensic issues. I have testified as an expert in the following states and countries: Washington, Oregon, California, Illinois, Wisconsin, Florida, Virginia, New Hampshire, Colorado and Canada.

7.  I maintained a small private practice on Mercer Island, Washington where I specialized in psychotherapy with individual youth and adults; most of whom have been sexually abused in childhood. I currently am engaged in the practice of forensic mental health. In this capacity, I have evaluated over 4,000 individual children, teens and adults who allege psychological damages from sexual abuse in childhood

8.  Psychotherapy of traumatized individuals inherently involves assisting the traumatized individual to understand the connection between the trauma and the various harms which result from the trauma. This is a complex process which is central to therapy.

DECLARATION OF JON CONTE. - 2 of 7
(C04-2338 RSM)
[157818 v10.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

I was asked by the plaintiffs' attorneys in this case to meet with, test and evaluate Todd Denny. I conducted that interview on August 26, 2005.

9. In conjunction with this request, I interviewed Mr. Denny for about two and one-half hours. I also reviewed his deposition testimony and other documents.

10. I make this declaration in response to defendants' apparent argument that Mr. Denny has suffered no harm from the childhood sexual abuse he received at the hands of the perpetrator, Jack LoHolt. I also make this declaration in response to defendants' motion to dismiss Mr. Denny's case pursuant to the statute of limitations. While not a lawyer, I have expertise on how childhood sexual abuse and its effects manifest themselves and how abuse victims process the effects of the abuse; including how they come to understand that they have been harmed and the processes whereby they make a connection between an event and the resulting harms.

11. To suggest that Mr. Denny has not been harmed by the sexual abuse requires the person making such a claim to virtually ignore the scientific findings on the effects of sexual abuse and recent social history. To be sexually abused is to carry a stigma with profound ramifications for how the victim sees himself and how others see him as well. Because sexual abuse is inherently sexual behavior and is generally regarded as deviant (takes place at an age and by a person with whom it is generally regarded a victim cannot and should not give consent to have sex with) victims typically do not disclose when it happens. In Mr. Denny's case he did not even tell his wife and indeed told no one until the emergence of this lawsuit.

DECLARATION OF JON CONTE. - 3 of 7
(C04-2338 RSM)
[157818 v10.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

12. It is my opinion that disclosure has become even more difficult for victims over the last ten years or so as the images of victims of childhood sexual abuse portrayed in the media is that they are drug addicts, murderers, or possess multiple personality disorders.

13. In addition to the inevitable shame, guilt, and embarrassment, the very fact of being labeled a victim of childhood sexual abuse is a harm regardless of what mental symptoms the individual does or does not present. A person can be harmed without carrying a formal diagnosis. Indeed, it is my opinion on a more probable than not basis to a reasonable degree of psychological certainty that Mr. Denny was harmed and negatively impacted by the abuse, although he does not meet diagnostic criteria for a psychiatric diagnosis.

14. The fact of being abused renders Mr. Denny not as free of stress or free in thought as he would have otherwise been. Every time he reads or hears an account of sexual abuse he is reminded of the fact that he is a victim. Perhaps the greatest freedom from a mental health point of view is the fact of being free in ones own mind. Mr. Denny will never be truly free as he is periodically reminded of being abused in his youth.

15. It should also be noted, as I indicated in my report of August 2005, that Mr. Denny appears to present his life with a "macho" façade. He reports being uncomfortable with emotions. He is somewhat isolated or introverted and not psychologically aware. He gives the impression of a man who does not want to think that he has been harmed by the abuse. The personality of Mr. Denny renders him unlikely and unable to understand the harm which the abuse has caused him. For him to do so, he would have to act completely out of character and admit to not being the macho, "in control," man he presents to the world. In short, as of the date of my evaluation, it is my opinion Mr. Denny did not comprehend the full

DECLARATION OF JON CONTE. - 4 of 7
(C04-2338 RSM)
[157818 v10.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

extent of his injuries or their causal connection to the abuse. Indeed, it is my opinion he had no understanding prior to the filing of this lawsuit that any of his problems were related to the abuse.

16. Finally, contrary to assertions by defendants, Mr. Denny did describe harms to me which likely result from the fact of being abused, including anger and other negative emotions. I clearly stated in my August 2005 report the nature of these harms. He told me that now that he knows more details about Mr. LoHolt's history of acting out and hurting other children, he is even more angry. He is greatly disturbed by the actions of the Church which placed him and other youth at risk.

17. He told me that since learning about the Church's role in allowing this to happen and how damaged other victims are, he thinks about what happened with frequency. It is my opinion that since learning other children were abused during the last three years he has began to process what happened to him. He told me that when he drives by where Mr. LoHolt lived he thinks about the abuse. He wonders how it impacted him.

18. He has problems communicating and expressing emotion. He wonders if this is related to the abuse. He told me that he has not cried in 25 or 30 years, except one time 15 years ago when he was injured. These statements tend to suggest a person who has not processed his emotions; indeed he does not appear to have easy access to his emotions.

19. He believes his abuse experience has impacted his parenting. He told me it makes him "very dubious" and untrusting of others. He told me that he worries that he will have to explain what happened to him to his children. He told me that the idea of explaining it to his children was difficult because it was so embarrassing for so long.

DECLARATION OF JON CONTE. - 5 of 7
(C04-2338 RSM)
[157818 v10.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

20. Mr. Denny told me that it bothers him that people focus on him. He does not want to supervise others for this reason. He hates giving public speeches and he does not like to eat in front of other people. He can speak if he has to for his job but he does not like it. He does not like large crowds.

21. Mr. Denny presents as a man who has been harmed by the sexual abuse, albeit not in the ways that modern media have stereotyped victims of childhood sexual abuse, or not as badly as other victims in this lawsuit. However, anger, embarrassment, shame and anxiety are very real effects of child sexual abuse. Furthermore, because of his tendency not to explore his feelings surrounding the abuse, he has just begun to comprehend the effects of the abuse during the process of this lawsuit.

I certify under penalty of perjury, under the laws of the State of Washington and the United States, that the foregoing is true and correct

DATED this 30th day of January, 2006 at _____, Washington.

_____
JON CONTE

DECLARATION OF JON CONTE. - 6 of 7
(C04-2338 RSM)
[157818 v10.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

<u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that on January 30, 2006, I electronically filed the foregoing **DECLARATION OF JON CONTE RE TD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas D. Frey and<br>Marcus Nash<br>STAFFORD FREY COOPER<br>601 Union Street, Suite 3100<br>Seattle, WA 98101-1374 | |

DATED this 30th day of January, 2006.

/s/Teri A. Watson
Teri A. Watson
Assistant to Michael T. Pfau,

DECLARATION OF JON CONTE. - 7 of 7
(C04-2338 RSM)
[157818 v10.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575