THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K., and T.D.,

    Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

    Defendants.

NO. C04-2338 RSM

[PROPOSED ORDER DENYING DEFENDANTS' GENERAL MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR SUMMARY JUDGMENT RE: STATUTE OF LIMITATIONS

NOTE ON MOTION CALENDAR:
FRIDAY, FEBRUARY 3, 2006

THIS MATTER having come on regularly before the above-captioned Court upon motion of defendants COP and LDSFS, Motion for Summary Judgment, and the Court having considered the records and files herein, including:

1. Defendants' General Motions for Summary Judgment re: (1) plaintiffs' claim based on failure to report sexual abuse pursuant to RCW 26.44, 92) plaintiff R.K.'s negligence/special relationship claim for lack of duty; (3) plaintiffs' claim for equitable estoppel and fraudulent concealment; (4) plaintiffs claims for negligent infliction of emotional distress; (5) plaintiff T.D.'s claims for lack of proven damages; (6) plaintiffs' civil conspiracy claims; (7) plaintiff John Doe's and R.K.'s claims for sexual abuse that occurred before first notice to defendant COP in 1972; (8) plaintiffs' claims for failure to prove proximate cause of damages caused by

[PROPOSED] ORDER - 1
(C04-2338 RSM)
[158037 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

defendants' conduct; (9) legal rulings on the issue of segregation of damages between intentional and negligent tortfeasors;

2. Defendants' Motions for Summary Judgment on Statute of Limitations Grounds;

3. The Declaration of Marcus T. Frey and all exhibits thereto;

4. Plaintiffs' Opposition to Defendants' General Motions for Summary Judgment;

5. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment re: Statute of Limitations;

6. The declaration of R.K.;

7. The declaration of Jon Conte re: R.K.;

8. The declaration of Jon Conte re: T.D.;

9. The declaration of Stuart Greenberg re: John Doe;

10. The declaration of Michael T. Pfau, and all attachments thereto; and

11. Defendants' Replies to Oppositions, if any.

And having heard argument of counsel and otherwise deeming itself fully advised, the Court rules as follows:

1.   Defendants General Motions for Summary Judgment are **DENIED.**

2.   Defendants Motion for Summary Judgment re: Statute of Limitations is **DENIED.**

DONE IN OPEN COURT this ____ day of February, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

[PROPOSED] ORDER - 2
(C04-2338 RSM)
[158037 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

PRESENTED BY:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP

By: /s/ Michael T. Pfau
    Michael T. Pfau, WSBA No. 24694
    mpfau@gth-law.com
    Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiffs

[PROPOSED] ORDER - 3
(C04-2338 RSM)
[158037 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 30, 2006, I electronically filed the foregoing **PROPOSED ORDER DENHING DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas D. Frey and
Marcus Nash
STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA 98101-1374

DATED this 30th day of January, 2006.

/s/Teri A. Watson
Teri A. Watson
Assistant to Michael T. Pfau,

[PROPOSED] ORDER - 4
(C04-2338 RSM)
[158037 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575