The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.<br><br>        Plaintiffs,<br>  v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>        Defendants. | NO. 04-2338 RSM<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF KENNETH FLEMING** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Kenneth E. Fleming and Defendants, through their respective attorneys, in the above-entitled action that they have compromised and settled this matter as it pertains to the claims of Plaintiff Kenneth E. Fleming, and that, pursuant to Fed. R. Civ. P. 41(a)(2), all claims of Plaintiff Kenneth E. Fleming against Defendants the Corporation of the President of The Church of Jesus Christ of Latter-Day Saints, a/ka "Mormon Church" ("COP") and LDS Social

STIPULATION AND ORDER OF DISMISSAL - 1
7566-025226 63613.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

Dockets.Justia.com

1  Services, a/k/a LDS Family Services, can and shall be DISMISSED with prejudice and

2  without costs or attorney's fees to any party.

3      DATED this1st day of February, 2006.

4                                     STAFFORD FREY COOPER

6                               By: /s/ Thomas D. Frey via ECF
                                Thomas D. Frey, WSBA #1908
                                Marcus B. Nash, WSBA #14471
7                                  Attorneys for Defendants COP and
                                LDS Family Services

9                                   LAW OFFICES OF TIMOTHY D. KOSNOFF

10                               By: /s/ Timothy D. Kosnoff via ECF
                                Timothy D. Kosnoff, WSBA #16586
11                                  Attorneys for Plaintiff Kenneth Fleming

13                                   GORDON THOMAS HONEYWELL
                                 MALANCA PETERSON & DAHEIM, LLP

15                               By: /s/ Michael T. Pfau via ECF
                                Michael T. Pfau, WSBA #24649
                                Attorneys for Plaintiff Kenneth Fleming

STIPULATION AND ORDER OF DISMISSAL - 2
7566-025226  63613.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**ORDER**

It is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to the above stipulation, that all claims of Plaintiff Kenneth Fleming against Defendants The Corporation of the President of The Church of Jesus Christ of Latter-Day Saints, a/ka "Mormon Church" ("COP") and LDS Social Services, a/k/a LDS Family Services shall be, and hereby are, dismissed with prejudice and without costs or attorneys fees to any party.

DATED this _____ day of _____, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

STIPULATION AND ORDER OF DISMISSAL - 3
7566-025226  63613.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885