The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.<br><br>        Plaintiffs,<br>    v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>        Defendants. | NO. 04-2338 RSM<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF KENNETH FLEMING** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Kenneth E. Fleming and Defendants, through their respective attorneys, in the above-entitled action that they have compromised and settled this matter as it pertains to the claims of Plaintiff Kenneth E. Fleming, and that, pursuant to Fed. R. Civ. P. 41(a)(2), all claims of Plaintiff Kenneth E. Fleming against Defendants the Corporation of the President of The Church of Jesus Christ of Latter-Day Saints, a/ka "Mormon Church" ("COP") and LDS Social

STIPULATION AND ORDER OF DISMISSAL - 1
7566-025226 Fleming04-2338.stip-ord-dsm-Fleming.doc

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1  Services, a/k/a LDS Family Services, can and shall be DISMISSED with prejudice and

2  without costs or attorney's fees to any party.

3     DATED this 1st day of February, 2006.

4                                         STAFFORD FREY COOPER

5

6  By: /s/ Thomas D. Frey via ECF
       Thomas D. Frey, WSBA #1908
       Marcus B. Nash, WSBA #14471
7      Attorneys for Defendants COP and
       LDS Family Services

8

9                                         LAW OFFICES OF TIMOTHY D. KOSNOFF

10  By: /s/ Timothy D. Kosnoff via ECF
       Timothy D. Kosnoff, WSBA #16586
11     Attorneys for Plaintiff Kenneth Fleming

12

13  GORDON THOMAS HONEYWELL
    MALANCA PETERSON & DAHEIM, LLP

14

15  By: /s/ Michael T. Pfau via ECF
       Michael T. Pfau, WSBA #24649
       Attorneys for Plaintiff Kenneth Fleming

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL - 2
7566-025226 Fleming04-2338.stip-ord-dsm-Fleming.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885



**ORDER**

It is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to the above stipulation, that all claims of Plaintiff Kenneth Fleming against Defendants The Corporation of the President of The Church of Jesus Christ of Latter-Day Saints, a/ka "Mormon Church" ("COP") and LDS Social Services, a/k/a LDS Family Services shall be, and hereby are, dismissed with prejudice and without costs or attorneys fees to any party.

DATED this 2nd day of February, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 3
7566-025226 Fleming04-2338.stip-ord-dsm-Fleming.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885