LAW OFFICES
## GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

SEATTLE OFFICE
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500
FACSIMILE (206) 676-7575
REPLY TO SEATTLE OFFICE

TACOMA OFFICE
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500
FACSIMILE (253) 620-6565

**Michelle A. Menely**
Direct: (206) 676-7532
E-mail: mmenely@gth-law.com

February 22, 2006

Lowell Williams/Laurie Cuaresma
DEPUTY CLERKS, UNITED STATES
 DISTRICT COURT AT SEATTLE
700 Stewart Street
Seattle, WA 98111

*VIA ELECTRONIC FILING*

RE:     *Fleming v. COP, et al.,*
        USDC No. 2:04-cv-02338RSM

Dear Mr. Williams or Ms. Cuaresma:

I am in receipt of the Order Setting Trial Date & Related Dates issued by Judge Martinez on February 14, 2006. Pursuant to the language contained in first paragraph on the second page of that Order, please be advised that I have an irreconcilable conflict with the newly-assigned trial date and, by this letter, am requesting a brief continuance of the trial date.

This matter is currently scheduled for trial on May 22, 2006. The trial of this matter is expected to last three to four weeks. In addition to this trial, I have a jury trial scheduled to commence on May 6, 2006, in the King County Superior Court. I expect the May 6 to take three to four weeks. Additionally, I have another jury trial scheduled to commence on June 6, 2006, also in the King County Superior. As with the cases, I expect the June trial to last three to four weeks. I am lead counsel on all three of these cases and must be present for the trial of all three of these cases.

In these circumstances, I request a brief continuance of the trial date in the *Fleming v. COP* matter. I am generally available in late July and August.

[159014 v03.doc]

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

February 21, 2006
Page 2


Thank you for your attention to the above.

Very truly yours,

Michael T. Pfau

MTP/MAM:dbm

cc:    Tom Frey/Marcus Nash (counsel for defendant COP)

[159014 v02.doc]