___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 24 2006   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

FLEMING, ET AL.,
   Plaintiff/Petitioner

VS.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; ET AL.,
   Defendant/Respondent

Cause #:   C04-2338 RSM

Declaration of Service of:

SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF BRIAN BRINKLEY AKA BRIAN NEILSON

Hearing Date:   Feb 27 2006

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Feb 19 2006  8:00PM at the address of 16625 SE 165TH WY  RENTON, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon BRIAN BRINKLEY AKA BRIAN NEILSON   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with BRIAN BRINKLEY AKA BRIAN NEILSON 37 175 5'6" C/M BLONDE HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 22, 2006 at Seattle, WA

by _____
     T. Peterson

Service Fee Total: $   81.50



04-CV-02338-INFO

...INAL
F SERVICE
... 1 of 1

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA   98101
206 676-7500