LAW OFFICES
## GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

SEATTLE OFFICE
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500
FACSIMILE (206) 676-7575
REPLY TO SEATTLE OFFICE

TACOMA OFFICE
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500
FACSIMILE (253) 620-6565

**Michael T. Pfau**
Direct: (206) 676-7533
E-mail: mpfau@gth-law.com

March 1, 2006

The Honorable Richard S. Martinez
UNITED STATES DISTRICT COURT
 AT SEATTLE
700 Stewart Street
Seattle, WA 98111

*VIA ELECTRONIC FILING*

RE:  *Fleming v. COP, et al.,*
     USDC No. 2:04-cv-02338RSM

Dear Judge Martinez:

Please be advised that the claims of plaintiff T.D. have settled. At this point, the only plaintiff with a remaining claim is R.K.

Thank you for your attention to the above.

Very truly yours,

Michael T. Pfau

MTP/MAM:dbm

cc:   Tom Frey/Marcus Nash (counsel for defendant COP)

[Letter to Martinez Deputy.doc]