LAW OFFICES
## GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

| | |
|---|---|
| SEATTLE OFFICE<br>ONE UNION SQUARE<br>600 UNIVERSITY, SUITE 2100<br>SEATTLE, WASHINGTON 98101-4185<br>(206) 676-7500<br>FACSIMILE (206) 676-7575<br>REPLY TO SEATTLE OFFICE | TACOMA OFFICE<br>1201 PACIFIC AVENUE, SUITE 2100<br>POST OFFICE BOX 1157<br>TACOMA, WASHINGTON 98401-1157<br>(253) 620-6500<br>FACSIMILE (253) 620-6565 |

**Michael T. Pfau**
Direct: (206) 676-7533
E-mail: mpfau@gth-law.com

February 27, 2006

Mr. Lowell Williams
Ms. Laurie Cuaresma
Deputy Clerks
United States District Court at Seattle
700 Stewart Street
Seattle, WA 98111

    RE:   *Fleming v. COP, et al.*
           U.S. District Court Cause No. CO4-2338RSM

Dear Mr. Williams and Ms. Cuaresma:

In response to your e-mail of February 22nd, 2006, please be advised that the plaintiffs can try this case on September 11th or October 2nd.

Very truly yours,

Michael T. Pfau

MTP:pml

[159239 v02.doc]