```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

        MAR 01 2006      BR

                AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING AND JOHN DOE<br>Plaintiff/Petitioner | Cause #:  C04-2338 RSM |
| vs.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, A/D/A "MORMON CHURCH"; ET AL.<br>Defendant/Respondent | Declaration of Service of:<br>SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION OF CONRAD FRED SODENKAMP, JR.<br><br>Hearing Date:  Feb 24 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Feb 21 2006 9:00PM at the address of 24723 132ND PL SE KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon CONRAD FRED SODENKAMP, JR. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with CONRAD FRED SODENKAMP, JR. .

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 27, 2006 at Seattle, WA

by _____/s/ Craig M Brown_____
       C. Brown    9509005

Service Fee Total: $   132.25

04-CV-02338-JGM

:INAL
F SERVICE
: 1 of 1

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA   98101
206 676-7500