The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>Defendants. | NO. 04-2338 RSM<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF JOHN DOE** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff John Doe and defendants, through their respective attorneys, that they have compromised and settled this matter as it pertains to the claims of plaintiff John Doe, and that, pursuant to Fed. R. Civ. P. 41(a)(2), all claims of plaintiff John Doe against Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a/ka "Mormon Church" ("COP") and LDS Social Services, a/k/a LDS Family Services, can and shall be DISMISSED with prejudice and without costs or attorney's fees to any party.

STIPULATION AND ORDER DISMISSING CLAIMS OF
PLAINTIFF JOHN DOE - 1

04-2338 RSM
7566-025226  75388

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  DATED this 20th day of March, 2006.

2                                          STAFFORD FREY COOPER

3

4  By: /s/ Thomas D. Frey via ECF
       Thomas D. Frey, WSBA #1908
       Marcus B. Nash, WSBA #14471
       Attorneys for Defendants COP and
5      LDS Family Services

6

7  LAW OFFICES OF TIMOTHY D. KOSNOFF

8

9  By: /s/ Timothy D. Kosnoff via ECF
       Timothy D. Kosnoff, WSBA #16586
       Attorneys for Plaintiffs

10

11  GORDON THOMAS HONEYWELL
    MALANCA PETERSON & DAHEIM, LLP

12

13  By: /s/ Michael T. Pfau via ECF
       Michael T. Pfau, WSBA #24649
       Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER DISMISSING CLAIMS OF
PLAINTIFF JOHN DOE - 2

04-2338 RSM
7566-025226  75388

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**ORDER**

It is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to the above stipulation, that all claims of plaintiff John Doe against defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints and LDS Social Services, shall be, and hereby are, dismissed with prejudice and without costs or attorneys fees to any party.

DATED this _____ day of _____, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF JOHN DOE - 3

04-2338 RSM
7566-025226  75388

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885