1     The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>        Plaintiffs,<br>  v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>        Defendants. | NO. 04-2338 RSM<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF JOHN DOE** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff John Doe and defendants, through their respective attorneys, that they have compromised and settled this matter as it pertains to the claims of plaintiff John Doe, and that, pursuant to Fed. R. Civ. P. 41(a)(2), all claims of plaintiff John Doe against Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a/ka "Mormon Church" ("COP") and LDS Social Services, a/k/a LDS Family Services, can and shall be DISMISSED with prejudice and without costs or attorney's fees to any party.

STIPULATION AND ORDER DISMISSING CLAIMS OF
PLAINTIFF JOHN DOE - 1

04-2338 RSM
7566-025226  75388

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

DATED this 20th day of March, 2006.

STAFFORD FREY COOPER

By: /s/ Thomas D. Frey via ECF
Thomas D. Frey, WSBA #1908
Marcus B. Nash, WSBA #14471
Attorneys for Defendants COP and
LDS Family Services

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff via ECF
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiffs

GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM, LLP

By: /s/ Michael T. Pfau via ECF
Michael T. Pfau, WSBA #24649
Attorneys for Plaintiffs

**ORDER**

It is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to the above stipulation, that all claims of plaintiff John Doe against defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints and LDS Social Services, shall be, and hereby are, dismissed with prejudice and without costs or attorneys fees to any party.

DATED this  22  day of March, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING CLAIMS OF
PLAINTIFF JOHN DOE - 2

04-2338 RSM
7566-025226   75388

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885