1                    The Honorable Ricardo S. Martinez

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>             Plaintiffs,<br>    v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation<br><br>             Defendants. | NO. 04-2338 RSM<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF T.D.** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff T.D. and defendants, through their respective attorneys, in the above-entitled action that they have compromised and settled this matter as it pertains to the claims of plaintiff T.D., and that, pursuant to Fed. R. Civ. P. 41(a)(2), all claims of plaintiff T.D. against defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a/ka "Mormon Church" ("COP") and LDS Social Services, a/k/a LDS Family Services, can

STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF T.D. - 1

04-2338 RSM
7566-025226  75389

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Dockets.Justia.com

1  and shall be DISMISSED with prejudice and without costs or attorneys' fees to any
2  party.
3         DATED this 30th day of March, 2006.

4                                             STAFFORD FREY COOPER

6                                             By: /s/ Thomas D. Frey via ECF
                                                  Thomas D. Frey, WSBA #1908
                                                  Marcus B. Nash, WSBA #14471
7                                                 Attorneys for Defendants COP and
                                                  LDS Family Services

9                                             LAW OFFICES OF TIMOTHY D. KOSNOFF

10                                            By: /s/ Timothy D. Kosnoff via ECF
                                                  Timothy D. Kosnoff, WSBA #16586
11                                                Attorneys for Plaintiffs

13                                            GORDON THOMAS HONEYWELL
                                              MALANCA PETERSON & DAHEIM, LLP

15                                            By: /s/ Michael T. Pfau via ECF
                                                  Michael T. Pfau, WSBA #24649
                                                  Attorneys for Plaintiffs

STIPULATION AND ORDER DISMISSING CLAIMS OF
PLAINTIFF T.D. - 2

04-2338 RSM
7566-025226  75389

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**ORDER**

It is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to the above stipulation, that all claims of Plaintiff T.D. against Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a/ka "Mormon Church" ("COP") and LDS Social Services, a/k/a LDS Family Services shall be, and hereby are, dismissed with prejudice and without costs or attorneys fees to any party.

DATED this _3_ day of April, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF T.D. - 3

04-2338 RSM
7566-025226  75389

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885