THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D.,<br>Plaintiffs,<br>v.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,<br>Defendants. | NO. C04-2338 RSM<br><br>[PROPOSED] ORDER GRANTING APPOINTMENT OF LITIGATION GUARDIAN AD LITEM<br><br>NOTE ON MOTION CALENDAR:<br>FRIDAY, MAY 5, 2006 |

THIS MATTER having come on regularly before the above-captioned Court upon Motion for Appointment of Litigation Guardian ad Litem, and the Court having considered the records and files herein, including:

1. Motion for Appointment of Litigation Guardian ad Litem; and

2. Declaration of Michael T. Pfau in Support of Motion for Appointment of Litigation Guardian ad Litem;

And having heard argument of counsel and otherwise deeming itself fully advised, the Court rules as follows:

1. Motion for Appointment of Litigation Guardian ad Litem is **GRANTED.**

2. _____ is hereby appointed Litigation Guardian ad Litem for John Doe.

[PROPOSED] ORDER APPOINTING LITIGATION GUARDIAN AD LITEM- 1
(C04-2338 RSM)
161814

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

3. _____will provide a written report to this Court within twenty-one (21) days of the date of entry this Order with an opinion of whether Guardianship proceedings in the Superior Court of Washington should be commenced to appoint a Limited Guardian for the Estate of Joe Doe to manage the settlement funds of this litigation.

DONE IN OPEN COURT this \_\_\_\_ day of _____, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

[PROPOSED] ORDER APPOINTING LITIGATION GUARDIAN AD LITEM- 2
(C04-2338 RSM)
161814

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

PRESENTED BY:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP

By: /s/ Michael T. Pfau
    Michael T. Pfau, WSBA No. 24694
    mpfau@gth-law.com
    Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF


By: /s/ Timothy D. Kosnoff
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiffs

[PROPOSED] ORDER APPOINTING LITIGATION GUARDIAN AD LITEM- 3
(C04-2338 RSM)
161814

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on April 19, 2006, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING APPOINTMENT OF LITIGATION GUARDIAN AD LITEM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas D. Frey and
Marcus Nash
STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA 98101-1374

DATED this 19th day of April, 2006.

/s/ Tanya Garbell
Assistant to Michael T. Pfau,

[PROPOSED] ORDER APPOINTING LITIGATION GUARDIAN AD LITEM- 4
(C04-2338 RSM)
161814

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575