UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, *et al.*, <br><br> Defendants. | CASE NO. C04-2338RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF LITIGATION GUARDIAN AD LITEM |

This matter comes before the Court on plaintiff John Doe's counsel's Motion for Appointment of Litigation Guardian ad Litem. (Dkt. #105). John Doe has recently settled his claims against defendants in this action. However, plaintiff's counsel informs the Court that there are serious concerns that John Doe's interests cannot be protected without pursuing the appointment of a Limited Guardian of the Estate of John Doe to manage the settlement funds from this litigation. Accordingly, plaintiff's counsel asks this Court to appoint Andrew Benjamin as a Litigation Guardian ad Litem to investigate John Doe's situation, and to then provide a report to this Court regarding his opinion as to whether Limited Guardianship proceedings should be commenced in state Superior Court to determine whether a Limited Guardian should be appointed. Defendants have not filed an opposition to the motion.

ORDER
PAGE - 1

Accordingly, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion for Appointment of Litigation Guardian ad Litem (Dkt. #105) is GRANTED.

(2) At plaintiff John Doe's expense, Andrew Benjamin, is hereby appointed Litigation Guardian ad Litem for John Doe.

(3) Mr. Benjamin will provide a written report to this Court within twenty-one (21) days of the date of this Order with an opinion as to whether Guardianship proceedings in the Superior Court of Washington should be commenced to appoint a Limited Guardian for the Estate of John Doe to manage the settlement funds of this litigation.

(4) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this _3__ day of May 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2