The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendant. | NO. 04-2338RSM <br><br> NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:   THE CLERK OF THE COURT; and

TO:   ALL COUNSEL OF RECORD

YOU AND EACH OF YOU PLEASE TAKE NOTICE that the law firm of Gordon Murray Tilden LLP is hereby substituted for the law firm of Stafford Frey Cooper, 601 Union Street, Suite 3100, Seattle, Washington 98101, as Attorneys of Record for Defendants Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and LDS Social Services.

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
No. 04-2338RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

Copies of all further papers and proceedings herein, except original process, shall be served upon Gordon Murray Tilden LLP along with all others above named.

DATED this 15th day of May, 2006.

**GORDON MURRAY TILDEN LLP**

By _____
Charles C. Gordon, WSBA No. 1773
Jeffrey I. Tilden, WSBA No. 12219
Substituting Attorneys for Defendant The
Corporation of the President of the Church of Jesus
Christ of Latter-Day Saints

**STAFFORD FREY COOPER**

By _____
Marcus B. Nash, WSBA No. 14471
Thomas D. Frey, WSBA No. 1908
Withdrawing Attorneys for Defendant The
Corporation of the President of the Church of Jesus
Christ of Latter-Day Saints

[Not. Substitution of Counsel-060425]

NOTICE OF SUBSTITUTION OF COUNSEL - 2
No. 04-2338RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on  5/18      , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| | |
|---|---|
| Michael T. Pfau | Timothy D. Kosnoff |
| Gordon, Thomas, Honeywell, Malanca, | Gordon, Thomas, Honeywell, Malanca, |
| Peterson & Daheim LLP | Peterson & Daheim LLP |
| P.O. Box 1157 | 600 University Street, Suite 2100 |
| Tacoma, WA 98401-1157 | Seattle, WA 98101-4185 |
| Telephone: (206) 676-7500 | Telephone: (206) 676-7500 |
| Facsimile: (206) 676-7575 | Facsimile: (206) 676-7575 |
| E-Mail: mpfau@gth-law.com | E-Mail: timkosnoff@comcast.net |
| ( ) Mail  ( ) Hand Delivery | ( ) Mail  ( ) Hand Delivery |
| ( ) Fax   ( ) Federal Express | ( ) Fax   ( ) Federal Express |

**GORDON MURRAY TILDEN LLP**

By____/s/_____
Jeffrey I. Tilden, WSBA #12219
Attorneys for Defendant The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jtilden@gmtlaw.com

NOTICE OF SUBSTITUTION OF COUNSEL - 3
No. 04-2338RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292