UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, *et al.*, <br><br> Defendants. | CASE NO. C04-2338RSM <br><br> **NOTICE OF APPEARANCE OF LITIGATION GUARDIAN AD LITEM** |

TO:  Clerk of the Above-Entitled Court; and
     Plaintiffs or Plaintiffs' Attorney; and
     Defendants or Defendants' Attorney

YOU AND EACH OF YOU please take notice that I, Andrew L. Benjamin, as *Litigation Guardian ad Litem* for John Doe, Plaintiff, now appear in this action. All future pleadings, motions or legal papers should be served on the undersigned at the address indicated below.

NOTICE OF APPEARANCE - GAL
(C04-2338RSM)
Page 1 of 2

ORIGINAL

**ANDREW L. BENJAMIN, PLLC**
Law Offices
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

1 | DATED this ___8___ day of May, 2006, at Seattle, Washington.

2

3  ANDREW L. BENJAMIN, PLLC

4  _____
   ANDREW L. BENJAMIN, WSBA #15223
   *Litigation Guardian ad Litem*

5

6  alb pllc\clients\Fleming vs Corp Ofc Pres of Church JCLDS_GAL\notice of appearance.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 | NOTICE OF APPEARANCE - GAL
(C04-2338RSM)
Page 2 of 2

**ANDREW L. BENJAMIN, PLLC**
**Law Offices**
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

- 1 -

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on May 23, 2006, I electronically filed the foregoing: Notice of Appearance of Litigation Guardian Ad Litem; Fee Declaration of Litigation Guardian Ad Litem; and Report of Guardian Ad Litem with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Charles C. Gordon<br>Jeffrey I. Tilden<br>Gordon Murray Tilden, LLP<br>1001 Fourth Avenue, Ste. 4000<br>Seattle, WA 98154 | |

DATED this 23rd day of May, 2006.

/s/Tanya Garbell
Tanya Garbell
Assistant to Michael T. Pfau,