UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, *et al.*,<br>　　　　　　　　　　Defendants. | CASE NO. C04-2338RSM<br><br>FEE DECLARATION OF LITIGATION GUARDIAN AD LITEM |

Andrew L. Benjamin, states as follows:

1.　Under penalty of perjury under the laws of the State of Washington, I make this declaration pursuant to RPC 3.7.

2.　I am the *Litigation Guardian Ad Litem* in this matter, having been appointed by Order of this court on May 3, 2006. I submit this declaration of my fees for serving as *Litigation Guardian Ad Litem* from May 3, 2006, when I received the assignment, through this date. I anticipate additional work will be required to approved the trust, review its execution and approve the order discharging the undersigned.

3.　While my regular hourly rate is $250 per hour, my regular fee in private-paid guardian ad litem matters is limited to $195.00 per hour.

DECLARATION OF FEES AND COSTS OF LITIGATION GUARDIAN AD LITEM - 1 of 2
(C04-2338RSM)

alb pllc\clients\johndoe\fee dec.doc

ORIGINAL

**ANDREW L. BENJAMIN, PLLC**
Law Offices
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

1   4.  Attached to this declaration is my statement for the services rendered in this
2   matter. As reflected therein, I have or will have worked 14.1 hours on this case.
3   I certify or declare under penalty of perjury according to the laws of the State of
    Washington that the foregoing statements are true and correct.
4
5   May 22, 2006
    (Date Report Signed)                  Andrew L. Benjamin WSBA #15223
6   Signed At Seattle, Washington         720 Third Avenue, #1400
                                          Seattle, WA 98104
7                                         (206) 622-8953 / 622-1365
                                          andrewbenjamin@qwest.net

26  DECLARATION OF FEES AND COSTS OF
    LITIGATION GUARDIAN AD LITEM - 2 of 2
    (C04-2338RSM)

    alb pllc\clients\johndoe\fee dec.doc

**ANDREW L. BENJAMIN, PLLC**
**Law Offices**
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

# STATEMENT

### ANDREW L. BENJAMIN, PLLC
Law Offices
720 Third Avenue, Suite 1400
Seattle, WA 98104

Fax: (206) 622-1365  Phone: (206) 622-8953  Email: andrewbenjamin@qwest.net

May 22, 2006

c/o United States District Court,
Western District of Washington at
Seattle
700 Stewart Street
Seattle WA 98101

In Reference To: Kenneth Fleming, et al v. Corp Ofc Pres of Church
JCLDS
Case No. C04-2338RSM
Litigation GAL
Our File No. 06-1690A

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 5/8/2006 ALB | Review e-mail letter from, phone call to Pearson; extended phone call to Sharon Allenbach; phone call from Sharon re: structure or trust | 1.75 | 341.25 |
| 5/9/2006 ALB | Phone call from, review interrogatories from law firm; phone call to, phone call from Shelton authorities; phone call to, phone call from Brent Allenbach | 2.25 | 438.75 |
| 5/10/2006 ALB | Travel to/from, meeting with Mr. Allenbach at Shelton Corrections Center | 4.00 | 780.00 |
| 5/15/2006 ALB | Attempt phone call to Pfau (VM); rough draft report | 3.25 | 633.75 |
| 5/16/2006 ALB | Edit report | 1.25 | 243.75 |
| 5/19/2006 ALB | Call to Pfau's paralegal | 0.35 | 68.25 |

Re:   Litigation GAL (C04-2338RSM)                                                Page 2

|  |  | Hours | Amount |
|---|---|---:|---:|
| 5/22/2006 ALB | Phone call from, extended phone call to Pfau; finalize, arrange filing of Report; draft and file fee declaration | 1.25 | 243.75 |
|  | For professional services rendered | 14.10 | $2,749.50 |

Costs:

| 5/10/2006 | Business lunch | 8.00 |
|---|---|---:|
|  | Mileage (44.5 cents per mile) | 87.22 |
|  | Total costs | $95.22 |

Total amount of this bill                                                              $2,844.72

Balance due                                                                                $2,844.72

Federal Tax ID No. 43-2073402

- 1 -

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on May 23, 2006, I electronically filed the foregoing: Notice of Appearance of Litigation Guardian Ad Litem; Fee Declaration of Litigation Guardian Ad Litem; and Report of Guardian Ad Litem with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles C. Gordon<br>Jeffrey I. Tilden<br>Gordon Murray Tilden, LLP<br>1001 Fourth Avenue, Ste. 4000<br>Seattle, WA 98154 | |

DATED this 23rd day of May, 2006.

/s/Tanya Garbell
Tanya Garbell
Assistant to Michael T. Pfau,