UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, et al., <br>                Plaintiffs, <br> v. <br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, et al., <br>                Defendants. | CASE NO. C04-2338RSM <br><br> FEE DECLARATION OF LITIGATION GUARDIAN AD LITEM |

Andrew L. Benjamin, states as follows:

1. Under penalty of perjury under the laws of the State of Washington, I make this declaration pursuant to RPC 3.7.

2. I am the *Litigation Guardian Ad Litem* in this matter, having been appointed by Order of this court on May 3, 2006. I submit this declaration of my fees for serving as *Litigation Guardian Ad Litem* from May 23, 2006, after my initial report was filed, through this date. This declaration covers additional work required to approve the trust, review its execution and draft the order discharging the undersigned.

3. While my regular hourly rate is $250 per hour, my regular fee in private-paid guardian ad litem matters is limited to $195.00 per hour.

DECLARATION OF FEES AND COSTS OF LITIGATION GUARDIAN AD LITEM - 1 of 2 (C04-2338RSM)

alb pllc\clients\johndoe\fee dec.doc

ORIGINAL

ANDREW L. BENJAMIN, PLLC
Law Offices
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

Dockets.Justia.com

4. Attached to this declaration is my statement for the services rendered in this matter. As reflected therein, I have or will have worked an additional 25.7 hours on this case.

I certify or declare under penalty of perjury according to the laws of the State of Washington that the foregoing statements are true and correct.

June 19, 2006
(Date Report Signed)
Signed At Seattle, Washington

Andrew L. Benjamin WSBA #15223
720 Third Avenue, #1400
Seattle, WA 98104
(206) 622-8953 / 622-1365
andrewbenjamin@qwest.net

DECLARATION OF FEES AND COSTS OF
LITIGATION GUARDIAN AD LITEM - 2 of 2
(C04-2338RSM)

alb pllc\clients\johndoe\fee dec.doc

**ANDREW L. BENJAMIN, PLLC**
**Law Offices**
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

# STATEMENT

### ANDREW L. BENJAMIN, PLLC
Law Offices
720 Third Avenue, Suite 1400
Seattle, WA 98104

Fax: (206) 622-1365   Phone: (206) 622-8953   Email: andrewbenjamin@qwest.net

June 19, 2006

c/o United States District Court,
Western District of Washington at
Seattle
700 Stewart Street
Seattle WA 98101

In Reference To:   Kenneth Fleming, et al v. Corp Ofc Pres of Church
JCLDS
Case No. C04-2338RSM
Litigation GAL
Our File No. 06-1690A

## FINAL BILL

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/23/2006 | ALB | Phone call from, phone call to wife; phone call from, phone call to, draft e-mail letter to brother | 0.75 | 146.25 |
| 6/2/2006 | ALB | Review e-mail letter from, draft e-mail letter to Sharon Allenbach; extended phone call from Dickens | 1.00 | 195.00 |
| 6/6/2006 | ALB | Review e-mail letter from, draft e-mail letter to Sharon; review e-mail letter from Dickens with proposed Trust and Assignment; draft e-mail letter to Dickens (2); review revised Trust; review e-mail correspondence re: bond | 2.75 | 536.25 |
| 6/7/2006 | ALB | Review e-mail letter from Dickens and Sharon Allenbach; make travel plan | 1.50 | 292.50 |
| 6/8/2006 | ALB | Review e-mail letter from Dickens; phone call to, phone call from Kosnoff (2); phone call to, phone call from Stading at prison | 1.50 | 292.50 |

Re:   Litigation GAL (C04-2338RSM)                                                                Page2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/9/2006 | ALB | Review e-mail letter from, draft e-mail letter to Sharon; phone call to Kosnoff (VM); phone call to Kosnoff | 0.75 | 146.25 |
| 6/12/2006 | ALB | Review travel schedule | 0.20 | 39.00 |
| 6/13/2006 | ALB | Review e-mail letter from, draft e-mail letter to Pearson | 0.25 | 48.75 |
| 6/15/2006 | ALB | Travel to airport; fly to Spokane; travel to Connell for meeting at prison; extended meeting with Jim Allenbach and Tim Kosnoff; conference with Jim, Tim, Sharon and Brent Allenbach; travel from Connell to Spokane; travel from Spokane to Seattle; travel from airport [no charge for 6.0 hours--see adjustment below] | 16.00 | 3,120.00 |
| 6/16/2006 | ALB | Draft letter to Thomas firm; arrange delivery of Trust and Assignment; finalize bill; draft e-mail letter to, review e-mail letter from Kosnoff | 1.00 | 195.00 |

|  |  |  |
|---|---|---|
| Subtotal of charges |  | $5,011.50 |
| Miscellaneous Adjustments |  | ($1,170.00) |
| For professional services rendered | 25.70 | $3,841.50 |

Costs:

| 5/31/2006 | Photocopies (15¢ ea.) | 12.00 |
|---|---|---|
| 6/15/2006 | Mileage (44.5 cents per mile) | 13.35 |
|  | Breakfast | 7.00 |
|  | Parking | 14.61 |
| 6/16/2006 | Photocopies (15¢ ea.) | 2.25 |
|  | Total costs | $49.21 |
|  | Previous balance | $2,844.72 |
|  | Balance due | $6,735.43 |

Federal Tax ID No. 43-2073402

<u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that on June 22, 2006, I electronically filed the foregoing **FEE DECLARATION OF LITIGATION GUARDIAN AD LITEM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas D. Frey and
Marcus Nash
STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA 98101-1374

DATED this 22nd day of June, 2006.

/s/ <u>Vicki Burrows</u>
Assistant to Michael T. Pfau,

PFAU DECL. IN SUPP. OF APPTMNT. OF LITIGATION GUARDIAN AD LITEM- 3
(C04-2338 RSM)
161813

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575