UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING, *et al.*,

           Plaintiffs,

v.

THE CORPORATION OF THE
PRESIDENT OF THE CHURCH OF JESUS
CHRIST OF LATTER DAY SAINTS, *et al.*,

           Defendants.

CASE NO. C04-2338RSM

SUPPLEMENTAL REPORT OF
LITIGATION GUARDIAN AD
LITEM

## APPLICABLE ORDER

By order dated May 3, 2006, this court appointed the undersigned as Litigation Guardian ad Litem and required that a report be submitted to the court within 21 days of appointment expressing an opinion as to whether guardianship proceedings should be commenced in the Superior Court of Washington to manage the settlement funds of this litigation for Plaintiff John Doe. In accordance with such order, an initial report was timely filed.

REPORT OF LITIGATION GAL
(C04-2338RSM)
Page 1 of 2

**ANDREW L. BENJAMIN, PLLC**
Law Offices
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

ORIGINAL

## SUPPLEMENTAL ACTIVITY

Since the initial report was filed, I spent much time reviewing the proposed trust with the drafter and the proposed co-trustees. In addition, I accompanied plaintiff's counsel Kosnoff to meet the client at his prison location in Eastern Washington to make sure he understood and agreed to the trust and to supervise his execution thereof.

Now that all work of the undersigned has been completed, my discharge is requested. The Litigation Guardian ad Litem should be paid as a cost item from the plaintiff's recovery.

DATED at Seattle, WA, this 19th day of June, 2006.

ANDREW L. BENJAMIN, PLLC

_____
ANDREW L. BENJAMIN, WSBA #15223
*Litigation Guardian ad Litem for
Plaintiff John Doe*

alb pllc\clients\johndoe\report2.doc

REPORT OF LITIGATION GAL
(C04-2338RSM)
Page 2 of 2

**ANDREW L. BENJAMIN, PLLC**
**Law Offices**
720 Third Avenue, Suite 1400
Seattle, Washington 98104-1825
(206) 622-8953

<u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that on June 22, 2006, I electronically filed the foregoing **SUPPLEMENTAL REPORT OF LITIGATION GUARDIAN AD LITEM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas D. Frey and
Marcus Nash
STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA 98101-1374

DATED this 22nd day of June, 2006.

/s/ Vicki Burrows
Assistant to Michael T. Pfau,

PFAU DECL. IN SUPP. OF APPTMNT. OF LITIGATION GUARDIAN AD LITEM- 3
(C04-2338 RSM)
161813

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575