The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> DECLARATION OF CHARLES C. GORDON RE: MOTION FOR LEAVE TO TAKE DEPOSITIONS AND CR 37(a)(2) REPRESENTATION |

Charles C. Gordon, being duly sworn on oath, deposes and says:

1. He is one of the lead counsel for the defendants in this matter.

2. He has met and conferred with plaintiff's counsel regarding defendant's request for additional discovery both by correspondence and by telephone conference on June 29, 2006.

3. Counsel were unable to resolve the issues presented in defendant's motion.

4. This declaration is submitted pursuant to CR 37(a)(2).

**I declare under the laws of the State of Washington and of the United States that the foregoing is true and correct.**

DECLARATION OF CHARLES C. GORDON RE: MOTION
FOR LEAVE TO TAKE DEPOSITIONS AND CR 37(a)(2)
REPRESENTATION - 1
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 29th day of June, 2006.

_____
Charles C. Gordon

DECLARATION OF CHARLES C. GORDON RE: MOTION
FOR LEAVE TO TAKE DEPOSITIONS AND CR 37(a)(2)
REPRESENTATION - 2
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on ___June 29___, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| | |
|---|---|
| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone: (206) 676-7500<br>Facsimile: (206) 676-7575<br>E-Mail: mpfau@gth-law.com<br><br>( ) Mail    ( ) Hand Delivery<br>( ) Fax    ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone: (206) 676-7610<br>Facsimile: (425) 837-9692<br>E-Mail: timkosnoff@comcast.net<br><br>( ) Mail    ( ) Hand Delivery<br>( ) Fax    ( ) Federal Express |

**GORDON MURRAY TILDEN LLP**

By _[signature]_
Charles C. Gordon, WSBA No. 1773
Attorneys for Defendant The Corporation of the
President of the Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
E-mail: cgordon@gmtlaw.com

DECLARATION OF CHARLES C. GORDON RE: MOTION
FOR LEAVE TO TAKE DEPOSITIONS AND CR 37(a)(2)
REPRESENTATION - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292