UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, *et al.*, <br><br> Defendants. | CASE NO. C04-2338RSM <br><br> ORDER GRANTING DISCHARGE OF LITIGATION GUARDIAN AD LITEM |

This matter comes before the Court on plaintiff John Doe's counsel's request for Discharge of Andrew Benjamin as Litigation Guardian ad Litem in this case. (Dkt. #113). Mr. Benjamin has complied with the previous Order of this Court appointing him as Litigation Guardian ad Litem, and his work is now complete. Accordingly, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion for Discharge of Litigation Guardian ad Litem (Dkt. #113) is GRANTED.

(2) Andrew Benjamin, is hereby discharged as Litigation Guardian ad Litem for John Doe.

(3) Mr. Benjamin's fee request <u>in the amount of $6,735.43</u> is GRANTED. As

ORDER
PAGE - 1

1  previously Ordered by this Court, that fee shall be paid by plaintiff John Doe.

2  (4) The Clerk shall forward a copy of this Order to all counsel of record.

3  DATED this 7th day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2