THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> [PROPOSED] ORDER DENYING MOTION FOR LEAVE TO TAKE DEPOSITIONS AFTER DISCOVERY CUTOFF <br><br> HEARING DATE: July 14, 2006 |

THIS MATTER having come on for hearing on defendant Corporation of the President of the Church of Jesus Christ of Latter-day Saints' Motion for Leave to Take Depositions After Discovery Cutoff, and the Court having considered the following documents:

    1.    Defendant's Motion for Leave to Take Depositions After Discovery Cutoff, including the declarations of Charles C. Gordon and Marcus Nash, and all attachments thereto;

[PROPOSED] ORDER DENYING MTN FOR ADD'L DEPOS. - 1 of 2
(04-2338RSM)
[166909 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

2. Plaintiff R.K.'s Opposition to Motion for Leave to Take Depositions After Discovery Cutoff, including the declaration of Michael T. Pfau, and all attachments thereto; and

3. Defendant's Reply to Opposition, including any declarations, if any

AND being otherwise fully advised ORDERS as follows:

Defendant's Motion for Leave to Take Depositions After Discovery Cutoff is DENIED.

DONE IN OPEN COURT this _____ day of July, 2006.

_____
The Honorable Ricardo S. Martinez

**PRESENTED BY:**

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP


By:_____
   Michael T. Pfau, WSBA No. 24649
   mpfau@gth-law.com
   Michelle A. Menely, WSBA No. 28353
   mmenely@gth-law.com
   Attorneys for Plaintiff R.K.

[PROPOSED] ORDER DENYING MTN FOR ADD'L DEPOS. - 2 of 2
(04-2338RSM)
[166909 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575