1
2
3
4
5
6
7
8
9

The Honorable Ricardo S. Martinez

10
11              UNITED STATES DISTRICT COURT
12         WESTERN DISTRICT OF WASHINGTON AT SEATTLE
13

KENNETH FLEMING, JOHN DOE, R.K., and
T.D.,                                          NO.  04-2338 RSM

              Plaintiffs,

       v.                                      SECOND DECLARATION OF
                                               CHARLES C. GORDON RE:
                                               MOTION FOR LEAVE TO TAKE
THE CORPORATION OF THE PRESIDENT               DEPOSITIONS
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, a/d/a "MORMON CHURCH"; LDS
SOCIAL SERVICES a/d/a LDS, a Utah
corporation,

              Defendants.

       Charles C. Gordon, being duly sworn on oath, deposes and says:

       1.     I am one of the lead counsel for the Defendants in this matter.

       2.     Plaintiff's counsel has scheduled four depositions for the next several weeks.

Attached as Exhibit 1 is a true and accurate copy of a Plaintiff's Notice of Deposition of

Frederick Wise, Ph.D., which sets the deposition for July 28, 2006.

       3.     Attached as Exhibit 2 is a true and accurate copy of an email exchange I had with

a paralegal for Plaintiff's counsel confirming that they wish to take three depositions on August

8-10.

---

SECOND DECLARATION OF CHARLES C. GORDON RE:        GORDON MURRAY TILDEN LLP
MOTION FOR LEAVE TO TAKE DEPOSITIONS - 1           1001 Fourth Avenue, Suite 4000
No. 04-2338 RSM                                    Seattle, WA  98154
                                                   Phone (206) 467-6477
                                                   Fax (206) 467-6292

Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
...

**I declare under the laws of the State of Washington and of the United States that the foregoing is true and correct.**

DATED this 14th day of July, 2006.

Charles C. Gordon

SECOND DECLARATION OF CHARLES C. GORDON RE:
MOTION FOR LEAVE TO TAKE DEPOSITIONS - 2
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.  The parties will additionally be served in the manner indicated.

Michael T. Pfau
Gordon, Thomas, Honeywell, Malanca,
Peterson & Daheim LLP
P.O. Box 1157
Tacoma, WA  98401-1157
Telephone:    (206) 676-7500
Facsimile:    (206) 676-7575
E-Mail:       mpfau@gth-law.com

( ) Mail      ( ) Hand Delivery
( ) Fax       ( ) Federal Express

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff, P.C.
600 University Street, Suite 2101
Seattle, WA  98101
Telephone:    (206) 676-7610
Facsimile:    (425) 837-9692
E-Mail:       timkosnoff@comcast.net

( ) Mail      ( ) Hand Delivery
( ) Fax       ( ) Federal Express

**GORDON MURRAY TILDEN LLP**

By _____
    Charles C. Gordon, WSBA No. 1773
Attorneys for Defendant The Corporation of the
President of the Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
E-mail:  cgordon@gmtlaw.com

SECOND DECLARATION OF CHARLES C. GORDON RE:
MOTION FOR LEAVE TO TAKE DEPOSITIONS - 3
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K.,
AND T.D.,

             Plaintiffs,

      v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, a/d/a "MORMON CHURCH"; LDS
SOCIAL SERVICES a/d/a LDA FAMILY
SERVICES, a Utah corporation,

             Defendants.

NO. C04-2338 RSM

NOTICE OF DEPOSITION OF
FREDERICK WISE, Ph.D.

TO:       FREDERICK WISE, Ph.D.

AND TO:   Charles C. Gordon and Jeffrey I. Tilden, of Gordon Murray Tilden, Attorneys
            for Defendants

The deposition upon oral examination of the following person will be taken on behalf of Plaintiff RK before a court reporter and notary public at the date, time, and location listed below:



DEP NOTICE OF FREDERICK WISE - 1 of 2
(C04-2338 RSM)
[166930 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit \_\_\_\_ Page \_\_\_\_

WITNESS:   Frederick Wise, Ph.D.

DATE:    Friday, July 28, 2006

TIME:     11:00 a.m.

LOCATION:   Associates in Rehabilitation & Neuropsychology
        1600 East Jefferson, Suite 602,
        Seattle, WA  98122

  This oral examination will be subject to continuance or adjournment from time to time or place to place until completed.

  DATED this 11th day of July 2006.

         GORDON, THOMAS, HONEYWELL, MALANCA,
         PETERSON & DAHEIM LLP


        By _Michelle Menely,_____
          Michael T. Pfau, WSBA No. 24649
          Michelle A. Menely, WSBA No. 28353
          Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

  I, hereby certify that on July 11, 2006, I served the foregoing NOTICE OF DEPOSITION on defendant's attorneys of record by placing the foregoing in the daily outgoing ABC Legal Messenger box to be hand delivered to the following address:

| | |
|---|---|
| Charles C. Gordon<br>Jeffrey I. Tilden<br>GORDON MURRAY TILDEN LLP<br>1001 4th Avenue, Suite 4000<br>Seattle, WA  98154 | |

         Johnnie Dano, Paralegal
         Gordon, Thomas, Honeywell,
         Malanca, Peterson & Daheim, LLP

DEP NOTICE OF FREDERICK WISE - 2 of 2
(C04-2338 RSM)
[166930 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit _1_  Page _5_

## Chuck Gordon

**From:**  Dano, Johnnie [jdano@gth-law.com]
**Sent:**  Tuesday, July 11, 2006 4:42 PM
**To:**  Chuck Gordon
**Subject:** RE: wise dep. ---July 28@ 11

Yes.


*Johnnie Dano, Paralegal*
*Gordon Thomas Honeywell*
*206/676-7512*

-----Original Message-----
**From:** Chuck Gordon [mailto:cgordon@gmtlaw.com]
**Sent:** Tuesday, July 11, 2006 4:42 PM
**To:** Dano, Johnnie
**Subject:** RE: wise dep. ---July 28@ 11

Will do. Are your depositions scheduled for Aug. 8-10 still on? Chuck


**From:** Dano, Johnnie [mailto:jdano@gth-law.com]
**Sent:** Tuesday, July 11, 2006 10:12 AM
**To:** Chuck Gordon
**Subject:** RE: wise dep. ---July 28@ 11

I'd say 4-5 hours.  Please let me know his charge and if he requires a prepay.  I will get
the deposition notice out today and provide that the deposition take place at Dr. Wise's
office at 11 AM on 7/28!


*Johnnie Dano, Paralegal*
*Gordon Thomas Honeywell*
*206/676-7512*

-----Original Message-----
**From:** Chuck Gordon [mailto:cgordon@gmtlaw.com]
**Sent:** Tuesday, July 11, 2006 10:07 AM
**To:** Johnnie 4Dano
**Cc:** Jeff Tilden
**Subject:** wise dep. ---July 28@ 11

Johannie, Dr. Wise's office called and requested how long the deposition will take. They apparently bill on
reserved time. They would like the deposition to take place at his office, 1600 E. Jefferson, Suite 620
(Swedish/Providence). They have a room large enough for video. Do you want video?---and what is your
estimated duration?

Exhibit _2_  Page _6_

7/11/2006

**Charles C. Gordon**
**GORDON MURRAY TILDEN LLP**
**1001 4th Avenue, Suite 4000**
**Seattle, WA  98154**

**Telephone:   (206) 467-6477**
**Facsimile:    (206) 467-6292**
**E-mail:  cgordon@gmtlaw.com**
**Web Page: www.gmtlaw.com**

Exhibit  2  Page  7

7/11/2006