FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 2 0 2006   DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K., AND T.D.,
Plaintiff/Petitioner

vs.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL.,
Defendant/Respondent

Cause #: 04-2338 RSM

Declaration of Service of:

SUBPOENA IN A CIVIL CASE; WITNESS FEE/ MILEAGE CHECK;

Hearing Date: Oct 2 2006

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 17 2006 3:05PM at the address of 31405 18TH S FEDERAL WAY, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR FEDERAL WAY PUBLIC SCHOOL DISTRICT by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with NANCY HEAVEY, ADMINISTRATIVE ASSISTANT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 18, 2006 at Seattle, WA

by _____
R. Marlow    9404737

Service Fee Total: $ 67.30



04-CV-02338-CVSIIT

INAL
F SERVICE
1 of 1

Gordon, Murray & Tilden
1001 4th Ave. #4000
Seattle, WA  98154
206 467-6477

Dockets.Justia.com