FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 20 2006 08

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K., AND T.D.
Plaintiff/Petitioner

VS.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL.,
Defendant/Respondent

Cause #: 04-2338 RSM

Declaration of Service of:

SUBPOENA IN A CIVIL CASE; WITNESS FEE/ MILEAGE CHECK;

Hearing Date: Oct 2 2006

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 17 2006 12:45PM at the address of 12033 SE 256TH ST KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR KENT SCHOOL DISTRICT by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with STEPHINA JOHNSON, LEGAL ASSISTANT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 18, 2006 at Seattle, WA

by _____
C. Reeves

Service Fee Total: $ 62.45

04-CV-02338-BCST

ORIGINAL
OF SERVICE

Page 1 of 1

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA 98154
206 467-6477