```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

       JUL 20 2006      DB
            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                       DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, ET VIR, ET AL,<br>Plaintiff/Petitioner | Cause #: 04-2338RSM |
| VS.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL,<br>Defendant/Respondent | Declaration of Service of:<br>SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK |
| | Hearing Date: Oct 2 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 18 2006 1:35PM at the address of 12180 PARK AVE S TACOMA, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon PACIFIC LUTHERAN UNIVERSITY INC. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SHERI JEANNA TONN REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 19, 2006 at Tacoma, WA

by __[signature]__
       J. Fox    PC # 12570

Service Fee Total: $ 49.25

04-CV-02338-AF

IGINAL
OF SERVICE

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA 98154
206 467-6477

Page 1 of 1