FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 21 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                          DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., AND T.D.<br>　　　　Plaintiff/Petitioner | Cause #: 04-2338 RSM |
| vs.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL.,<br>　　　　Defendant/Respondent | Declaration of Service of:<br>SUBPOENA IN A CIVIL CASE; WITNESS FEE/ MILEAGE CHECK;<br><br>Hearing Date: Oct 2 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 18 2006 11:05AM at the address of 651 STRANDER BLVD SUITE 120 TUKWILA, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR ANGER CONTROL TREATMENT & THERAPIES by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with AMELIA ATES OFFICE MANAGER.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 19, 2006 at Seattle, WA

by _____
　　R. Marlow   9404737

Service Fee Total: $   52.45



04-CV-02338-BCST

GINAL
OF SERVICE

ae 1 of 1

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477

Dockets.Justia.com