The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S IN LIMINE MOTION TO EXCLUDE EVIDENCE OF: (1) LOHOLT'S OTHER ACTS OF ABUSE; (2) DAMAGES SUFFERED BY OTHER VICTIMS; AND (3) DEFENDANTS' SETTLEMENTS WITH OTHERS |

THIS MATTER was brought before the Court upon the Defendant's in Limine Motion to Exclude Evidence of: (1) LoHolt's Other Acts of Abuse; (2) Damages Suffered by Other Victims; and (3) Defendants' Settlements with Others. The Court has considered the motion, plaintiff's opposition and defendants' reply.

Based upon the foregoing, the motion is GRANTED as follows:

ORDER - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

(1) This Court excludes evidence of LoHolt's sexual abuse of persons other than plaintiff (reserving for resolution under separate motion the question of admissibility of the report to Bishop Borland of abuse of another youth);

(2) This Court excludes all testimony regarding damages suffered by persons other than plaintiff RK as a result of LoHolt's actions; and,

(3) This Court excludes evidence of defendants' settlements with the original plaintiffs or any other persons.

DATED this _____ day of _____, 2006

_____
THE HONORABLE RICARDO S. MARTINEZ

Presented by:

**GORDON MURRAY TILDEN LLP**

By /s/ [signature]
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendants

ORDER - 2
No. 04-2338 RSM

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone: (206) 676-7500<br>Facsimile: (206) 676-7575<br>E-Mail: mpfau@gth-law.com<br><br>( ) Mail  ( ) Hand Delivery<br>( ) Fax  ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone: (206) 676-7610<br>Facsimile: (425) 837-9692<br>E-Mail: timkosnoff@comcast.net<br><br>( ) Mail  ( ) Hand Delivery<br>( ) Fax  ( ) Federal Express |
|---|---|

**GORDON MURRAY TILDEN LLP**

By /s/ Michael R.
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the
President of The Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gmtlaw.com

ORDER - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292