```
              FILED        ENTERED
              LODGED       RECEIVED

                  JUL 28 2006       DB

                    AT SEATTLE
              CLERK U.S. DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY
```

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., AND T.D. <br> **Plaintiff/Petitioner** | Cause #: 04-2338 RSM |
| vs. <br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL., <br> **Defendant/Respondent** | Declaration of Service of: <br> SUBPOENA IN A CIVIL CASE; WITNESS FEE/ MILEAGE CHECK; <br><br> Hearing Date: Oct 2 2006 |

**Declaration:**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 22 2006 10:30AM at the address of 1027 HARBOR AVE SW UNIT 503 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon SOUHIR BEN HAMIDA, PH.D. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SOUHIR BEN HAMIDA, PH.D. W/F 37 5'3" 110 DARK HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: July 27, 2006 at Seattle, WA

by _____
C. Legge    9202901

Service Fee Total: $ 58.05

04-CV-02338-CNST

ORIGINAL
OF SERVICE
Page 1 of 1

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA 98154
206 467-6477

Dockets.Justia.com