THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> STIPULATED MOTION TO CHANGE NOTING DATE OF DEFENDANT'S MOTION TO EXCLUDE EVIDENCE AND DEFENDANT'S MOTION TO SEGREGATE DAMAGES <br><br> **AND SUBJOINED ORDER** <br><br> NOTE ON MOTION CALENDAR: AUGUST 3, 2006 |

COME NOW the parties hereto and stipulate to the change of the "noting date" for the following two motions from August 11, 2006 until August 18, 2006:

Defendant's Motion to Segregate Damages Resulting from Intentional Abuse (Dkt No. 123-1)

STIP. MTN TO CHANGE NOTING DATES/PROPOSED ORDER - 1 of 4
(04-2338RSM)
[168146 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Defendant's in Limine Motion to Exclude Evidence of: (1) Loholt's Other Acts of Abuse, (2) Damages Suffered by Other Victims; and (3) Defendant's Settlements with Others (Dkt. No. 131-1).

The parties further stipulate that the plaintiff's oppositions to these two motions, as well as the defendant's will be due, will be calculated as though the motions were originally filed with a "noting date" of August 18, 2006, to-wit: Plaintiff's Oppositions will be due on August 14, 2006, and defendant's replies will be due on August 18, 2006.

Dated this 3rd day of August, 2006.

> GORDON, THOMAS, HONEYWELL,
> MALANCA, PETERSON & DAHEIM LLP
>
> By /s/ Michelle A. Menely
>    Michael T. Pfau, WSBA No. 24649
>    mpfau@gth-law.com
>    Michelle A. Menely, WSBA No. 28353
>    mmenely@gth-law.com
>    Attorneys for Plaintiff R.K.

Dated this 3rd day of August, 2006.

> GORDON MURRAY TILDEN LLP
>
> By /s/ Charles C. Gordon
>    Charles C. Gordon, WSBA No. 1773
>    cgordon@gmtlaw.com
>    Jeffrey I. Tilden, WSBA No. 12219
>    jtilden@gmtlaw.com
>    Michael Rosenberger, WSBA No. 17730
>    mrosenberger@gmtlaw.com
>    Attorneys for Defendant

STIP. MTN TO CHANGE NOTING DATES/PROPOSED ORDER - 2 of 4
(04-2338RSM)
[168146 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1
2  **IT IS SO ORDERED.**
3
   DATED this ____ day of August, 2006.
4
5  _____
   The Honorable Ricardo S. Martinez
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP. MTN TO CHANGE NOTING DATES/PROPOSED ORDER - 3 of 4
(04-2338RSM)
[168146 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I, hereby certify that on August 3rd, 2006, I electronically filed the foregoing

STIPULATED MOTION TO CHANGE NOTING DATE OF DEFENDANT'S MOTION TO EXCLUDE EVIDENCE AND DEFENDANT'S MOTION TO SEGREGATE DAMAGES

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles C. Gordon<br>Jeffrey I. Tilden<br>Michael Rosenberger<br>GORDON MURRAY TILDEN LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154<br>Ph.: 206.467.6477<br>Fx.: 206.467.6292 | |

/s/ Nicole Calvert
Legal Assistant to Michelle A. Menely

STIP. MTN TO CHANGE NOTING DATES/PROPOSED ORDER - 4 of 4
(04-2338RSM)
[168146 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575