FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 03 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

KENNETH FLEMING, ET AL.
    Plaintiff/Petitioner

vs.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ET AL.
    Defendant/Respondent

Cause #: 04-2338RSM

Declaration of Service of:
SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK

Hearing Date: Oct 2 2006

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jul 30 2006 8:55PM at the address of 13615 122ND AVE E PUYALLUP, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon KEITH WATERLAND by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with KEITH WATERLAND (45+, 170, 6', C/M).

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated: August 2, 2006 at Tacoma, WA



by _____
J. Trinnes    PCPS024

Service Fee Total $    53.26

ABC Legal Services, Inc.
206 521-9000
Tracking #: 2881982

**ORIGINAL PROOF OF SERVICE**

Page 1 of 1

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA 98154
206 467-6477