THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338RSM <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO SEGREGATE DAMAGES RESULTING FROM INTENTIONAL SEXUAL ABUSE** <br><br> NOTE ON MOTION CALENDAR: <br> AUGUST 18, 2006 |

THIS MATTER having come for hearing on defendants' Motion to Segregate Damages and the Court having considered the following:

1. Defendants' Motion to Segregate Damages Resulting from Intentional Sexual Abuse;

2. Plaintiff R.K.'s Opposition to Defendants' Motion to Segregate, including the Declaration of Michelle A. Menely, and all attachments thereto; and

3. Defendants' Reply to Opposition, including declarations and attachments thereto, if any.

[PROPOSED] ORDER DENYING MTN TO SEGREGATE - 1 of 2
(C04-2338RSM)
[168700 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

And being otherwise fully advised **DENIES** defendants' Motion to Segregate Damages.

DATED this ____ day of August, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By /s/ Michelle Menely
    Michael T. Pfau, WSBA No. 24649
    mpfau@gth-law.com
    Michelle A. Menely, WSBA No. 28353
    mmenely@gth-law.com
    Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By_____
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiff

[PROPOSED] ORDER DENYING MTN TO SEGREGATE - 2 of 2
(C04-2338RSM)
[168700 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575