THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338 RSM <br><br> **CERTIFICATE OF ELECTRONIC FILING** <br><br> NOTE ON MOTION CALENDAR: AUGUST 18, 2006 |

I hereby certify that on August 14, 2006, I electronically filed the foregoing **PLAINTIFF R.K.'S OPPOSITION TO DEFENDANTS' MOTION TO SEGREGATE DAMAGES RESULTING FROM INTENTIONAL SEXUAL ABUSE**, the Declaration of Michelle A. Menely, and a Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Charles Cooper Gordon**
GORDON MURRAY TILDEN

**Jeffrey I Tilden**
GORDON MURRAY TILDEN

CERT. OF ECF - 1 of 2
(C04-2338 RSM)
[168722 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | |
|---|---|
| 1001 4TH AVE<br>STE 4000<br>SEATTLE, WA 98154<br>206-467-6477<br>Email: cgordon@gmtlaw.com<br>**Michael Rosenberger**<br>GORDON MURRAY TILDEN<br>1001 4TH AVE<br>STE 4000<br>SEATTLE, WA 98154<br>206-467-6477<br>Fax: 206-467-6292<br>Email: mrosenberger@gmtlaw.com | 1001 4TH AVE<br>STE 4000<br>SEATTLE, WA 98154<br>206-467-6477<br>Email: jtilden@gmtlaw.com |

DATED this 14th day of August, 2005.

/s/ Nicole Calvert
Nicole Calvert
Assistant to Michelle A. Menely

CERT. OF ECF  - 2 of 2
**(C04-2338 RSM)**
[168722 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575