THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338RSM <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE EVIDENCE OF (1) LOHOLT'S OTHER ACTS OF ABUSE; (2) DAMAGES SUFFERED BY OTHER VICTIMS; AND (3) DEFENDANTS' SETTLEMENTS WITH OTHERS** <br><br> NOTE ON MOTION CALENDAR: AUGUST 18, 2006 |

THIS MATTER having come for hearing on defendants' Motion in Limine to Exclude Evidence of (1) Loholt's Other Acts of Abuse, (2) Damages Suffered by Other Victims, and (3) Defendants' Settlements with Others, and the Court having considered the following:

1. Defendants' Motion in Limine;

2. Plaintiff R.K.'s Opposition to Defendants' Motion in Limine, including the Declaration of Michelle A. Menely, and all attachments thereto; and

3. Defendants' Reply to Opposition, including declarations and attachments thereto, if any.

[PROPOSED] ORDER DENYING MTN IN LIMINE - 1 of 2
(C04-2338RSM)
[168732 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

And being otherwise fully advised **DENIES** defendants' Motion in Limine to Exclude Testimony of Other Victims.

DATED this ____ day of August, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By____/s/ Michelle A. Menely_____
    Michael T. Pfau, WSBA No. 24649
    mpfau@gth-law.com
    Michelle A. Menely, WSBA No. 28353
    mmenely@gth-law.com
    Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By____/s/ Timothy D. Kosnoff_____
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiff

[PROPOSED] ORDER DENYING MTN IN LIMINE - 2 of 2
(C04-2338RSM)
[168732 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I, hereby certify that on August 14, 2006, I electronically filed the foregoing

**PROPOSED ORDER DENYING DEFENDANTS'
MOTION TO EXCLUDE EVIDENCE OF (1) LOHOLT'S
OTHER ACTS OF ABUSE; (2) DAMAGES SUFFERED
BY OTHER VICTIMS; AND (3) DEFENDANTS'
SETTLEMENTS WITH OTHERS**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles C. Gordon<br>Jeffrey I. Tilden<br>Michael Rosenberger<br>GORDON MURRAY TILDEN LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154<br>Ph.: 206.467.6477<br>Fx.: 206.467.6292 | |

/s/ Nicole Calvert
Legal Assistant to Michelle A. Menely

[PROPOSED] ORDER DENYING MTN IN LIMINE - 3 of 3
(C04-2338RSM)
[168732 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575