THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338RSM <br><br> **DECLARATION OF MICHELLE A. MENELY RE: PLAINTIFF R.K.'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE OF (1) LOHOLT'S OTHER ACTS OF ABUSE; (2) DAMAGES SUFFERED BY OTHER VICTIMS; AND (3) DEFENDANTS' SETTLEMENTS WITH OTHERS** <br><br> NOTE ON MOTION CALENDAR: <br> AUGUST 18, 2006 |

MICHELLE A. MENELY, being first duly sworn on oath, deposes and states:

1. I am one of the attorneys for the plaintiff in the above-referenced matter; I make this declaration based on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of pages 2-5 of plaintiff's Opposition to COP's Motion for Summary Judgment (Dkt No. 80-1).

3. Attached hereto as **Exhibit B** is a true and correct copy of the following pages from the deposition of Jack Loholt (now known as Onefrey): 95, 96, 97, 98, 99, 100 and 101.

MENELY DECL. RE: PLTF'S OPP. TO MTN IN LIMINE - 1 of 2
(C04-2338RSM)
[168731 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

4. Attached hereto as **Exhibit C** is a true and correct copy of plaintiff R.K.'s Response to Defendant's Interrogatory No. 7.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED at Seattle, Washington, this ___ day of August, 2006.

                                       /s/ Michelle A. Menely
                                       Michelle A. Menely

MENELY DECL. RE: PLTF'S OPP. TO MTN IN LIMINE - 2 of 2
(C04-2338RSM)
[168731 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

# EXHIBIT A

organization gaining titles of Melchesidek Priest and Elder. He served as a member of the ward Elders' Quorum. Additionally, Mormon officials "called" upon Loholt to serve as an officer of the ward's Young Mens' Mutual Improvement Association and to serve in the Church's Scouting program and eventually as a troop leader.[2]

B.  **LOHOLT'S ABUSE OF CHILDREN/COP'S KNOWLEDGE OF THE ABUSE.**

COP was repeatedly warned that Loholt was actively abusing children and it did nothing to stop him. In 1971 Richard Pettit informed the then-Bishop of the Kent 2nd Ward, Randall Borland, that Loholt had abused his (Pettit's) own son while on a Boy Scout camp out at which Loholt was the Scout leader.[3]

In late 1972/early 1973 Borland received another complaint that Loholt had sexually molested children in the Mormon-sponsored Boy Scout program. Borland confronted Loholt about the accusations.[4] Loholt denied the accusations but admitted to Bishop Borland that he was abusing three boys from the Allenbach family, including plaintiff John Doe.[5] At the time of this admission, Loholt had been living in an apartment that adjoined the Allenbach main house. He had been raping and sodomizing the Allenbach boys, as well as their friends (Scott Pettit and plaintiff R.K.) in that apartment several times per month for three and one-half years.[6] Bishop Borland knew (or at least should have known) of Loholt's living arrangements

---

within the High Priest Group, an elite group within the Ward that meets and functions in leadership roles at the Ward level and as part of a larger body of High Priests in a Mormon Stake that is called the High Priests Quorum. Within the Mormon Church, to become Bishop one must first be a High Priest. Bishops generally serve approximately five years and then another High Priest is selected by the Stake President to serve as Ward Bishop. A Bishop is said to be the presiding High Priest in the Ward.

[2] *See, COP's Supplemental Response to Plaintiffs' First Request for Production of Documents, Exhibit A to Declaration of Michael T. Pfau ("Pfau Decl.), filed herewith.*

[3] *Deposition of Richard Pettit, 28:13 – 31:21 (Exhibit B to Pfau Decl.).*

[4] *Borland Deposition, pg. 54 – 61 (Exhibit C to Pfau Decl.).* During this line of questioning, counsel for COP, prevented plaintiffs' counsel from obtaining the requisite information due to what plaintiffs' believe are improper assertions of privilege.

[5] *Loholt Deposition, pg. 120 (Exhibit D to Pfau Decl.)* Dr. Allenbach was a High Priest in the Kent 2nd Ward and Loholt believes he was a church leader who served on the Stake High Council. *Loholt Depo., pg. 202.*

[6] *Loholt Depo., pgs. 90, 92, 105-106.*

PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMM JGMT - 2
(C04-2338 RSM)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

because Loholt's address in the church directory was the same address as the Allenbach home.[7] Shortly after Loholt's admission of his abuse of the Allenbach boys, Dr. Allenbach learned of the abuse. Dr. Allenbach asked Loholt to move out of the apartment.[8] However, Borland did not report the incidents of child abuse to Child Protective Services ("CPS") or the police. In the fact, the only action Borland took was to temporarily remove Loholt as the Kent 2nd Ward's Assistant Scoutmaster and to, apparently, refer Loholt for sexual deviancy therapy at LDS Social Services.[9] Loholt treated with counselors at LDS Social Services for one year. He was truthful with the counselors.[10] Despite being mandatory reporters, the counselors at LDS Social Services did not report the abuse to the police or CPS.[11]

Despite being in sexual deviancy treatment, COP allowed Loholt to continue "helping out" with the Ward's scouting program. Loholt would supply transportation and would go on fifty-mile hikes and campouts with the boys.[12] Inexplicably, in October 1973, COP appointed Loholt as the Wards' Assistant Venturer Leader, a scout position working with older scouts (ages 14-16).[13] In February 1974, COP appointed Loholt as lead Scoutmaster of the Kent 2nd Ward.[14] As Scoutmaster, Loholt continued to molest young boys. At this point, Loholt would lure his victim by using the pretense of conducting merit badge testing, which would occur at his home. However, by this time, Loholt was not limiting his abuse to Mormon

---

[7] *A copy of the relevant Church Directory is attached to the Pfau Decl. as **Exhibit E**.*
[8] *Loholt Depo., pg. 159.*
[9] *Loholt Depo., pg. 138-139;* Loholt admitted to treatment with LDS Social Services. However, plaintiffs have been unable to obtain definitive information as to whether Bishop Borland referred him to the therapy because COP has improperly instructed witnesses not to respond to questions on that subject citing the clergy-penitent privilege. *Id.*
[10] *Loholt Depo., pg. 137.*
[11] *Loholt Depo., pg. 139-140; see, also, December 29, 2005, letter from DSHS in which DSHS states it has "no records for Jack Loholt," (**Exhibit F to Pfau Declaration**).*
[12] *Loholt Depo., pg. 120.*
[13] *In his deposition, Loholt stated that he could not recall receiving this appointment; however, the "Record of Callings, supports this assertion.*
[14] *"Record of Callings".*

PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMM JGMT - 3
(C04-2338 RSM)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

children; instead, he offered "merit badge testing" to boys in other scout troops.[15] Loholt subjected the boys to the most disgusting forms of sexual abuse imaginable, including performing oral sex on them, making them perform oral sex on him, ejaculating into their mouths, inserting sticks and pencils up their rectums and making plaster casts of their penises, genitals and feet. He photographed them naked and while performing sex acts upon them. He forced his victims to ejaculate into vials which he saved in his refrigerator.[16]

In 1973 Phillip Coleman attained the position of Bishop of the Kent 2nd Ward. His immediate predecessor, Borland, did not advise Coleman (or anyone else) of the previous complaints about Loholt's abuse of children despite Loholt's continued and well-known involvement in the Scouting program.[17] At this same time, Richard Pettit attained the position of "counselor" to Bishop Coleman.[18] In 1974, Coleman, like his predecessors, learned that Loholt was abusing children. At that time, another member of the Ward informed Coleman that Loholt had exposed himself to her two sons.[19] Coleman, a leader of the Kent 2nd Ward, never reported these complaints to the police or CPS, never warned the congregation and did nothing to protect the children. However, he did inform his "counselor" Richard Pettit (who already knew Loholt was an abuser because Loholt had abused his son).[20]

In 1975, after Richard Pettit attained the position of Bishop, another victim, D.F. complained to Pettit that Loholt had molested his non-Mormon friend, plaintiff T.D., on a scouting trip to Lake Kachees. Bishop Pettit told D.F. to "keep quiet" and not to let the

---

[15] *Loholt Depo., pg. 149-152.*
[16] *Deposition of John Doe, pgs. 31-32, 55-55 and 61-63 (**Exhibit G to Pfau Decl.**); deposition of Ken Fleming, pg. 55 (**Exhibit H to Pfau Decl.**).*
[17] *Borland Depo., pgs. 57, 58, 72 and 76 (**Exhibit C**).*
[18] *See **Exhibit F** "Record of Callings".*
[19] *Coleman Depo., pgs. 45, 48, 49 and 53 (**Exhibit I to Pfau Decl.**).*
[20] *Coleman Depo., pgs. 57 and 58.*

PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMM JGMT - 4
(C04-2338 RSM)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

information "leak out."[21] Additionally, Loholt was observed by Ken Hoffman, an assistant scout leader, molesting another boy on another camping trip. Hoffman reported the incident to Bishop Pettit who, again, took no action and failed to report it to the civil authorities.[22]

### C. PLAINTIFF JOHN DOE.

John Doe was the adopted son of Dr. Allenbach. He was seven or eight years old when Loholt began raping and sodomizing him and his brothers Ricky and Brent in the downstairs apartment attached to his family's home. Loholt anally raped him, penetrated him with his fingers, shoved pencils up his rectum, urinated on him and showed him vials of semen he had saved.[23] The abuse continued for the entire three and one-half years that Loholt lived in the downstairs apartment and continued after John Doe joined scouting and began going on camp outings and attending scout meetings. The abuse continued at merit badge testing sessions after Loholt moved to his own house about a mile away. John Doe told Mormon leaders he was being abused by Loholt but no action was ever taken to stop Loholt nor report the abuse to civil authorities.[24]

### D. PLAINTIFF T.D.

In 1976 T.D. went on a Mormon-sponsored Boy Scout camping trip; he was ten or eleven years old. T.D. was not a Mormon; however, he had been invited on the camp out by his neighbor and good friend (and another victim), D.F. On the night of the camp out, Loholt, the Scout leader at the time, entered T.D.'s tent and sexually abused him by fondling his penis, making T.D. fondle his (Loholt's) penis and by sucking on his toes. The morning after the abuse, T.D. told D.F. about what had happened.[25]

---

[21] *Dan Fleming Depo., pg. 15-21* **(Exhibit J to Pfau Decl.)**.
[22] *Loholt Depo., pg.163-164.*
[23] *John Doe Depo., pg. 61-63.*
[24] *John Doe Depo., pg. 31-32; 55-57.*
[25] *Dan Fleming Depo., pg. 16-17.*

PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMM JGMT - 5
(C04-2338 RSM)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

# EXHIBIT B

Byers & Anderson, Inc.
Court Reporters/Video/Videoconferencing

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KENNETH FLEMING and JOHN DOE,   )
                                )
        Plaintiffs,             )
                                )
    vs.                         ) No. C04-2338RSM
                                )
THE CORPORATION OF THE          )
PRESIDENT OF THE CHURCH OF      )
JESUS CHRIST OF LATTER-DAY      )
SAINTS, a Utah corporation      )
sole, a/k/a the "MORMON         )
CHURCH," LDS SOCIAL SERVICES,   )
a/k/a LDS FAMILY SERVICES,      )
a Utah corporation,             )
                                )
        Defendants.             )

VIDEOTAPED DEPOSITION OF JACK A. ONEFREY

January 27, 2006

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square          2208 North 30th Street, Suite 202
600 University St.        Tacoma, WA 98403
Suite 2300                (253) 627-6401
Seattle, WA 98101         (253) 383-4884 Fax
(206) 340-1316            scheduling@byersanderson.com
(800) 649-2034            www.byersanderson.com

Serving Washington's Legal Community Since 1980

Jack A. Onefrey
January 27, 2006

fcf010a6-f9a7-4194-bec9-bd0e225a04bd

Byers & Anderson, Inc.
Court Reporters/Video/Videoconferencing

Page 94

1  Q  Did you ever participate in any --
2  A  No.
3  Q  -- baseball or softball games there?
4  A  No.
5  Q  Do you know whether any church league games took on --
6     or took place there?
7  A  I don't know. He was involved with community baseball
8     too, so...
9  Q  So you have no knowledge whether or not there were any
10    church --
11 A  No.
12 Q  -- league baseball games played there?
13 A  No.
14 Q  What kinds of church activities took place at the
15    Allenbach --
16 A  I didn't hear you.
17 Q  What kind of church-related activities took place at
18    the Allenbach property?
19 A  I don't know of any.
20 Q  Were there prayer meetings?
21 A  No.
22 Q  Were there ever meetings of any elders?
23 A  There wasn't any church meetings that I know of.
24 Q  Okay. But there may have been meetings that you were
25    not aware of?

Page 95

1  A  I don't think so.
2            MR. FREY: Object to the form of the
3     question.
4  Q  (By Mr. Kosnoff) Well, you said that there were -- so
5     you're not aware of any church leadership meetings that
6     took place at the Allenbachs'?
7  A  No.
8  Q  Okay. You never saw any church leaders there?
9  A  Maybe just visiting or something, but there wasn't any
10    meetings held.
11 Q  Okay. At least during the time that you lived there?
12 A  Yeah.
13 Q  And up until the time that you moved on to the
14    Allenbach property, you never molested a child?
15 A  I don't think so.
16 Q  And you never thought about molesting a child?
17 A  No, I thought about it.
18 Q  When did you first start thinking about molesting a
19    child?
20 A  I really -- sometime prior to that. But I can't
21    really tell you when.
22 Q  Who was the first child you molested?
23 A  I'm not sure.
24 Q  Did you molest Brent Allenbach?
25 A  Yes.

Page 96

1  Q  Did you molest Rick Allenbach?
2  A  Yes.
3  Q  Jim Allenbach?
4  A  Yes. They would be the first.
5  Q  They were the first ones?
6  A  Yeah.
7  Q  Do you know whether -- which one of those brothers you
8     molested first?
9  A  No.
10 Q  Did the molestation take place in your apartment? I'm
11    referring to the apartment at the Allenbach property.
12 A  Yeah. I'm -- I'm not sure.
13 Q  Did you -- did you molest Bob Kelly?
14 A  No.
15 Q  You never molested Bob Kelly?
16 A  No.
17 Q  Did you molest Tom Kelly?
18 A  No.
19 Q  Did you ever masturbate in front of boys in a field at
20    the Allenbach home in approximately 1970 or '71?
21 A  No.
22 Q  Did Dr. Allenbach ever speak to you about allegations
23    that you had molested a child?
24 A  I don't remember.
25 Q  You don't remember --

Page 97

1  A  No.
2  Q  -- whether he ever spoke to you?
3  A  No.
4  Q  Do you know whether he was aware that you had molested
5     children?
6  A  I don't know that either.
7  Q  You can't recall any conversation that you ever had
8     with Dr. Allenbach concerning the question of whether
9     you had molested a child?
10 A  No. Well, I don't remember.
11 Q  You don't remember?
12 A  No.
13 Q  It may have happened, but you've forgotten?
14 A  I don't think it happened or I'd remember.
15 Q  He never spoke to you about an incident involving you
16    masturbating to the point of ejaculation in a field in
17    front of the Allenbach boys and the Kelly boys?
18 A  I just can't remember.
19 Q  It doesn't even ring a bell?
20 A  No.
21 Q  And same question with respect to Veloy Allenbach, Mrs.
22    Allenbach; she never spoke to you ever about concerns
23    that you had molested a child?
24 A  No.
25 Q  With respect to your molesting Brent, Rick and Jimmy,

25 (Pages 94 to 97)

Jack A. Onefrey
January 27, 2006

Page 98

1  did -- what other places besides your apartment did
2  that -- did those molestations take place?
3  A  I think that's about the only place that I can think
4     of.
5  Q  What were the circumstances that they were in your
6     apartment?
7  A  I don't know. They come to the apartment a lot of
8     times. So I don't know if there was a particular
9     reason or anything.
10 Q  Was there a door that connected the main house to the
11    apartment or did --
12 A  Yes.
13 Q  -- you have to go through an exterior door to get to
14    the apartment?
15 A  Both.
16 Q  And where did the molestations take place in the
17    apartment? In the bedroom?
18 A  I think so.
19 Q  And did those molestations include oral sex?
20 A  Yes.
21 Q  Did you have them put their mouths on your penis?
22 A  Yes.
23 Q  And did you put your mouth on their penis?
24 A  Yes.
25 Q  And did it also involve insertion of either a penis or

Page 99

1     objects into their --
2  A  No.
3  Q  -- anuses?
4  A  Never.
5  Q  Never. You never inserted anything in Jim
6     Allenbach's --
7  A  No.
8  Q  -- rectum?
9  A  Right.
10 Q  You never did something called the pencil trick where
11    you made a pencil disappear up his rectum?
12 A  Never heard of it.
13 Q  But you're saying you didn't do that?
14 A  No.
15 Q  So did you fondle them?
16 A  Yes.
17 Q  And you had them fondle you?
18 A  Yes.
19 Q  To masturbation, or to the point of ejaculation?
20 A  I'm not sure.
21 Q  Did you make plaster casts of their genitals?
22 A  Just Rickie.
23 Q  Didn't do that to Jimmy?
24 A  No.
25 Q  Did you do that to -- you've testified earlier that you

Page 100

1  did molest Ken Fleming. Did you ever molest Ken
2  Fleming in that apartment at the Allenbachs'?
3  A  No.
4  Q  Did you ever make plaster casts of Ken Fleming's penis
5     and genitalia?
6  A  No.
7  Q  You remember that?
8  A  I know I didn't.
9  Q  You know you didn't?
10 A  Right.
11 Q  But you remember doing it to Rick. Who else did you do
12    it to?
13 A  That was it.
14 Q  Did you -- did you ever have the boys ejaculate into a
15    vial?
16 A  No.
17 Q  And you didn't save vials of semen.
18 A  That was with Kenny.
19 Q  Okay. So with Kenny, you had Kenny ejaculate into a
20    vial and you saved it?
21 A  No.
22 Q  Did you ejaculate into a vial and save it?
23 A  Yes.
24 Q  Okay. When you say "with Kenny," you did that in
25    Kenny's presence; that is, you ejaculated into a vial

Page 101

1     with him standing there watching you?
2  A  It's possible.
3  Q  Why did you make plaster casts of their genitals?
4  A  Well, I -- with Rickie I was just going to make a
5     plaster cast of all of him.
6  Q  With Rickie you were going to make a plaster cast of
7     all of who?
8  A  Him.
9  Q  His whole body?
10 A  Yes.
11 Q  Did you make a plaster cast of his whole body or just
12    his penis and genitals?
13 A  Just the front.
14 Q  Okay. Why -- why -- why did you want to do that?
15 A  I'm not too sure.
16 Q  Was it stimulating to you to be able to have a plaster
17    cast of a boy -- of a boy's penis and genitals?
18 A  I don't remember how I felt.
19 Q  You can't remember how you thought?
20 A  No.
21 Q  And you can't remember your motivation for wanting to
22    do that?
23 A  No.
24 Q  You -- you also made a plaster cast -- so the only --
25    you're saying the only person you made a plaster cast

# EXHIBIT C

EXHIBIT C

Fred Hutchinson Cancer Research Center: Administrative Intern; Outpatient Department, September 1989 to January 1991

Analytical Technologies – Chemist; June 1987 to September 1989

REQUEST FOR PRODUCTION NO. 1: Please produce, for inspection and copying, all employment records in your possession for the employers identified in response to Interrogatory NO. 6.

RESPONSE:

I do not have employment records in my possession.

INTERROGATORY NO. 7: With respect to the occurrences of inappropriate sexual contact that you attribute to Jack Loholt/Onefrey, please identify the date of such alleged occurrence of sexual contact (to the best of your ability), the place in which the alleged inappropriate sexual contact occurred, and describe the acts of inappropriate sexual contact by Jack Loholt/Onefrey that allegedly took place during this occurrence.

ANSWER:

I first met Jack LoHolt in the early 1970s, after he moved into Herman Allenbach's home in Kent, Washington. The sexual abuse occurred in the early to mid 1970s when I was in grade school. I am unaware of the precise dates of abuse, but believe it occurred between the ages of 10-12 years old. The sexual abuse became more intense and was progressively worse each time Mr. Loholt sexually abused me.

**First Incident of Abuse.**

The first incident occurred in a field near the Allenbach home. Mr. Loholt lured Jimmy Allenbach, my brother (Tom Kelly) and I to a field near our house. Mr. Loholt masturbated in front of us. Jimmy, Tom and I ran down to my house and told my mom.

**Second Incident of Abuse.**

DEF'S 1ST DISCOVERY TO PTF R.K. - 5 of 14
(C04-2338RSM)
[139272 v12.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

The second incident also occurred in Mr. Loholt's apartment. Just prior to this abuse, I heard that Mr. Loholt was making home-made ice cream and making root beer floats for Jimmy and Ricky Allenbach for about 1-2 weeks. Mr. Loholt approached us as we were playing and talked about making ice cream and asked us if we wanted to have some ice cream. Of course I wanted to make home-made ice cream and make root beer floats.

Jimmy, Ricky, my brother Tom and I went into Mr. Loholt's apartment. Once inside, it seemed like a playful atmosphere. Mr. Loholt encouraged us to play and have fun on his bed. He told us to jump on his bed and I remember Ricky, Jimmy, my brother and I were jumping on his bed. Mr. Loholt then asked us to take our pants off and that it would be more fun. I didn't want to but I saw Jimmy and then Ricky take off their pants. So my brother and I both took our pants off as well. As we were all jumping on his bed with our pants off, Mr. Loholt was helping us so we wouldn't fall off his bed. He touched my crotch area and legs.

Mr. Loholt then started fondling me and taking turns touching our genital areas. Mr. Loholt touched and fondled my penis while I was on his bed. I remember that Mr. Loholt removed Jimmy privately for a time during this sexual assault and they went into another room. After they came back, we again were all jumping on Mr. Loholt's bed. This incident ended with Mr. Loholt taking us into his kitchen area and he showed us his ice cream machine so we could make ice cream in the future. The sexual abuse I suffered from Mr. Loholt always involved deliberate humiliation and intimidation.

**Third Incident of Abuse.**

The third incident also occurred in Mr. Loholt's apartment. Mr. Loholt began playing with us in the recreational room downstairs and asked us if we would like to make some ice cream in his apartment. Jimmy and I then went to into Mr. Loholt's apartment where he was showing us how to stir the ingredients. He began to show us from behind and started touching my penis. Mr. Loholt then went sat down on the end of his bed and asked Jimmy to come over to him. By this time, Mr. Loholt had his pants off and he asked Jimmy and me to touch his penis. We both did.

I didn't want to touch his penis and I told him that I didn't want to. Mr. Loholt was very persistent and kept pushing until we did what he wanted. This incident in Mr. Loholt's apartment seemed to go on forever. He asked Jimmy to touch his penis and to stroke it and Jimmy did. Mr. Loholt then asked me to do the same thing as Jimmy and I did it. Mr. Loholt then asked Jimmy to put his penis into his mouth and Jimmy did it. And then he asked me to do the same thing as Jimmy and I did it. When I tried to refuse, Loholt told me I was "afraid and scared." I felt so lost and I began to cry.

DEF'S 1ST DISCOVERY TO PTF R.K. - 6 of 14
(C04-2338RSM)
[139272 v12.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

**Fourth Incident of Abuse.**

The fourth incident also occurred in Mr. Loholt's apartment. This incident of sexual abuse was similar to the previous incident, except the abuse was more intense. Jimmy and I wanted firecrackers and ice cream and Mr. Loholt offered us some. Once inside his apartment, Mr. Loholt immediately sat down on the end of his bed with his pants off. The firecrackers were on the shelf next to the window in this little box. Mr. Loholt made Jimmy start first. He told Jimmy to lick his penis and to put it into his mouth. Then he told me to do the same thing if I wanted any firecrackers. I felt very humiliated by what Mr. Loholt was saying to me and I began to cry again. This was the first time I can remember that I cried so intense and hard. I was very scared. I put my head in my hands and couldn't take my hands from over my eyes. Eventually, Mr. Loholt wore me down and he got his way. He made me put his penis in my mouth and he grabbed my head and pushed it up and down on his penis. I remember that I couldn't breathe and began to choke and gag. Once I recovered, Mr. Loholt made me do it again and again.

**Fifth Incident of Abuse.**

The fifth incident occurred in Mr. Loholt's apartment. On this occasion, Mr. Loholt again lured me into his bedroom but this time I was alone with him. Earlier, I was playing with Jimmy and Ricky in the Allenbach house. I became separated from Jimmy and Ricky and Mr. Loholt drew me into his apartment with the promise of making ice cream and firecrackers. I loved firecrackers and I desperately want some. So I followed Mr. Loholt into his apartment.

Once there, Mr. Loholt did not show me the firecrackers right away. First, he wanted me to take my pants off. I began to cry out of frustration and humiliation. Mr. Loholt began to taunt, tease and make fun of me. He made me feel weak. Eventually, Mr. Loholt wore me down and he asked me to take my pants off and I did. He told me to put his penis into my mouth and so I did. He told me to lick his penis and so I did. This kept going on and on until I saw white stuff come out of his penis.

**Sixth Incident of Abuse.**

The sixth incident occurred in Mr. Loholt's apartment. Ricky and I were playing in the Allenbach's back yard. Ricky's mom called him up to the house to have lunch and I began to go home. I heard Mr. Loholt's voice as I passed by his apartment on the way. He asked me if I wanted any more firecrackers. I went into his apartment and he closed the door. Once inside, Mr. Loholt told me that if I wanted any firecrackers, I had to take my pants off. I remember feeling very scared; but he kept talking to me and it seemed to go on forever. Eventually, he made me

DEF'S 1ST DISCOVERY TO PTF R.K. - 7 of 14
(C04-2338RSM)
[139272 v12.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

lick his penis and put it into my mouth. This time, Mr. Loholt was more rough and violent with me sexually. This seemed to go on forever. I don't even remember if I got any firecrackers this time. I was very scared and confused.

After Mr. Loholt sexually abused me this time, he did something very different. Before I left his apartment, he grabbed me and looked into my eyes and was very intense and angry and said to me, "if you ever tell anyone about this, I will kill you, do you understand me?" I was petrified and felt frozen inside. I ran home and did not tell anyone.

REQUEST FOR PRODUCTION NO. 2: Please produce, for inspection and copying, any document that explains, addresses, or concerns any alleged occurrence of inappropriate sexual contact that you attribute to Jack Loholt /Onefrey.

RESPONSE:

Objection on the basis that this request for production, as drafted, calls for the production of documents protected by the attorney-client privilege and/or work product doctrine. Pursuant to FRCP 26(b)(5), the only responsive document is a privileged correspondence to my attorneys in this matter. Based on this objection, no such non-privileged documents exist.

REQUEST FOR PRODUCTION NO. 3: Please produce, for inspection and copying, any document that explains, addresses, or concerns any alleged occurrence of inappropriate sexual contact that you attribute to anyone other than Jack Loholt /Onefrey.

RESPONSE:

I do not have any such document.

INTERROGATORY NO. 8: Identify each person that you informed that you were the victim of inappropriate sexual contact and, to the best of your ability, the date that you informed such person.

ANSWER:

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I, hereby certify that on August 14, 2006, I electronically filed the foregoing

**DECLARATION OF MICHELLE A. MENLEY RE: PLAINTIFF R.K.'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE OF (1) LOHOLT'S OTHER ACTS OF ABUSE; (2) DAMAGES SUFFERED BY OTHER VICTIMS; AND (3) DEFENDANTS' SETTLEMENTS WITH OTHERS**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles C. Gordon<br>Jeffrey I. Tilden<br>Michael Rosenberger<br>GORDON MURRAY TILDEN LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154<br>Ph.: 206.467.6477<br>Fx.: 206.467.6292 | |

/s/ Nicole Calvert
Legal Assistant to Michelle A. Menely

MENELY DECL. RE: PLTF'S OPP. TO MTN IN LIMINE - 3 of 3
(C04-2338RSM)
[168731 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575