The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CLERGY-PENITENT COMMUNICATION |

THIS MATTER came before the Court upon Defendant's Motion in Limine to Exclude Clergy-Penitent Communication. In particular, Defendant moved to exclude a conversation between Richard Pettit and Bishop Randall Borland in which Mr. Pettit disclosed to Bishop Borland that Mr. Pettit's son had been inappropriately touched by Jack Loholt. Defendant argues that the clergy-penitent privilege and Bishop Borland's Free Exercise rights under the First Amendment precluded Bishop Borland from disclosing that communication to any other person.

ORDER - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

...

Defendant thus argues that since Bishop Borland could not disclose the communication to anyone it is irrelevant.

The Court has considered the motion, Plaintiff's opposition and Defendant's reply.

Based upon the foregoing, it is hereby

ORDERED, ADJUDGED AND DECREED that the motion is GRANTED.

DATED this _____ day of _____, 2006

_____
THE HONORABLE RICARDO S. MARTINEZ

Presented by:

**GORDON MURRAY TILDEN LLP**

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

ORDER - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone: (206) 676-7500<br>Facsimile: (206) 676-7575<br>E-Mail: mpfau@gth-law.com<br><br>( ) Mail    ( ) Hand Delivery<br>( ) Fax     ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone: (206) 676-7610<br>Facsimile: (425) 837-9692<br>E-Mail: timkosnoff@comcast.net<br><br>( ) Mail    ( ) Hand Delivery<br>( ) Fax     ( ) Federal Express |
|---|---|

**GORDON MURRAY TILDEN LLP**

By _/s/ Michael Rosenberger_
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the
President of The Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gmtlaw.com

ORDER - 3
No. 04-2338 RSM