The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., | NO. 04-2338 RSM |
| Plaintiffs, | DECLARATION OF RICHARD E. PETTIT |
| v. | |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation, | |
| Defendants. | |

I, Richard E. Pettit, declare as follows:

1. I am a member of The Church of Jesus Christ of Latter-day Saints ("LDS Church"), and served as a bishop of the Kent 2nd Ward of that Church from approximately 1975 until 1981.

2. I am the father of Scott Pettit, who is also a member of the LDS Church.

DECLARATION OF RICHARD E. PETTIT - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

3. When my son Scott was approximately 13 years of age, he told me that he had been touched inappropriately on a Scout outing by Jack LoHolt, a member of the Kent 2nd Ward who served in a Scouting capacity.

4. After Scott told me of the inappropriate touching, I went to talk with the man who was Bishop of the Kent 2nd Ward at that time, Randall Borland, to tell him of LoHolt's actions. Within a week of our conversation, Bishop Borland released LoHolt from his Scouting position.

5. Bishop Borland, as my Bishop, was my spiritual advisor. I sought him out for the purposes of spiritual counseling and guidance. I was not sure how to respond to my son's report of LoHolt's actions. I also hoped the Bishop might do something regarding LoHolt's involvement in Scouting, which the Bishop did.

6. When I talked to Bishop Borland I expected that my conversation with him would be confidential. I believed that Bishop Borland was bound by the clergy privilege, and that he could not share what I told him with anyone else without my permission.

7. I did not expect Bishop Borland to call Child Protective Services or the police department to report what Jack LoHolt had done. If I thought that was necessary or appropriate, I would have done it myself.

8. When I testified at my deposition in this case on December 13, 2005, I waived the clergy privilege and talked about my conversation with Bishop Borland. From approximately February, 1972 when I talked to Bishop Borland until December 13, 2005, I did not waive that privilege, and I expected everything I told Bishop Borland to be kept confidential.

**I declare under the laws of the State of Utah and of the United States that the foregoing is true and correct.**

DECLARATION OF RICHARD E. PETTIT - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Signed this _16_ day of June, 2006.

_____
Richard E. Pettit

## CERTIFICATE OF SERVICE

I hereby certify that on _Aug 17_, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| | |
|---|---|
| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone:   (206) 676-7500<br>Facsimile:    (206) 676-7575<br>E-Mail:         mpfau@gth-law.com<br><br>( ) Mail          ( ) Hand Delivery<br>( ) Fax           ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone:   (206) 676-7610<br>Facsimile:    (425) 837-9692<br>E-Mail:         timkosnoff@comcast.net<br><br>( ) Mail          ( ) Hand Delivery<br>( ) Fax           ( ) Federal Express |

**GORDON MURRAY TILDEN LLP**

By _/s/ Michael Rosenberg #17730_
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Attorneys for Defendant The Corporation of the
President of the Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jtilden@gmtlaw.com

901192/01

DECLARATION OF RICHARD E. PETTIT - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292