The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' AMENDED COMPLAINT |

Defendants Corporation of the President of The Church of Jesus Christ of Latter-Day Saints and LDS Family Services ("Defendants") respond to Plaintiffs' Amended Complaint as follows:

1. Answering paragraph 1.1 of Plaintiffs' Amended Complaint, Defendants admit that Kenneth Fleming and John Doe, R.K. and T.D. at one time were believed to have resided in Kent, Washington, where one or both of their parents also resided. Except as expressly admitted

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

herein, Defendants are without present knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained herein, and therefore deny the same.

2. Answering paragraph 1.2 of Plaintiffs' Amended Complaint, Defendants admit that Kenneth Fleming and John Doe were at one time members of the Church of Jesus Christ of Latter-Day Saints ("LDS Church") and resided within the Kent Second Ward. Except as expressly admitted herein, Defendants are without present knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained herein, and therefore deny the same.

3. Answering paragraph 1.3 of Plaintiffs' Amended Complaint, Defendants admit that the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints is a Utah corporation sole; admits that it is registered to do business, and does business, in the State of Washington. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

4. Answering paragraph 1.4 of Plaintiffs' Amended Complaint, Defendants admit that one of the ecclesiastical offices of the LDS Church is that of President and Prophet, and that said person possesses and exercises the authority commensurate with that office as defined by the doctrines and beliefs of the LDS Church. Defendants admit that the current President of the LDS Church is Gordon B. Hinckley. Defendants admit that the Corporation of the President of The Church of Jesus Christ of Latter-Day Saints is registered to do business and does business in the State of Washington. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

5. Answering paragraph 1.5 of Plaintiffs' Amended Complaint, Defendants admit that the LDS Church functions geographically based upon the designations of "wards" and

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

"stakes," which are geographically delineated. Defendants admit that there is also a geographic designation of "area" which is used for certain ecclesiastical administration purposes. Defendants admit that the LDS Church uses the designations of bishops, stake presidents, and area presidents; and admit that "wards," "stakes," and "areas," as those terms are used within the LDS Church are not corporate entities. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

6. Answering paragraph 1.6 of Plaintiffs' Amended Complaint, Defendants admit that the religious doctrine of tithing is a part of the belief and doctrine of the LDS Church and that all members of the church are invited to practice this doctrine. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

7. Answering paragraph 1.7 of Plaintiffs' Amended Complaint, Defendants are without present knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and therefore deny the same.

8. Answering paragraph 1.8 of Plaintiffs' Amended Complaint, Defendants admit that LDS Social Services, now known as LDS Family Service, is an LDS Church-affiliated social service organization, but is a corporate entity separate from Defendant Corporation of the President of The Church of Jesus Christ of Latter-Day Saints, and is also separate from the unincorporated association denominated as the LDS Church. Defendants further admit that LDS Family Services has state licensed social service personnel on its staff and that some members of the staff of LDS Family Services believe the teachings of the Church of Jesus Christ of Latter-Day Saints. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

9. Answering paragraph 1.9 of Plaintiffs' Amended Complaint, Defendants admit that LDS Family Services is and was a Utah corporation whose principal place of business is Salt Lake City, Utah. Defendants further admit that said corporation has offices in various geographic areas. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

10. Answering paragraph 1.10 of Plaintiffs' Amended Complaint, Defendants deny the same.

11. Answering paragraph 1.11 of Plaintiffs' Amended Complaint, Defendants admit that certain individuals employed by LDS Family Services may fall within the written definition of mandatory reporters as set forth in RCW 26.44.030. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

12. In answering paragraph 1.12 of Plaintiffs' Amended Complaint, Defendants admit that Herman M. Allenbach, as a male member of the Church, participated in the lay priesthood of the Church, as that term is defined and understood within the LDS Church, and that Mr. Allenbach had been a High Priest, a Counselor to the Bishopric of the Kent Second Ward, and a scout leader. Defendants further admit that Herman M. Allenbach was an oral surgeon who maintained a practice in Kent, Washington. Except as expressly admitted herein, Defendants are without present knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein, and therefore deny the same.

13. Answering paragraph 1.13 of Plaintiffs' Amended Complaint, Defendants admit that Herman M. Allenbach died on or about March 6, 2000.

14. Answering paragraph 1.14 of Plaintiffs' Amended Complaint, Defendants admit that Randy Borland, Philip Coleman and Richard Petitt have served as Bishops in the Kent

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 4
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Second Ward. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

15. Answering paragraph 1.15 of Plaintiffs' Amended Complaint, Defendants admit that Jack Allen Loholt, aka Jack Allen Onefrey, (hereinafter "Loholt"), has been convicted of a crime in the State of Washington; has been a member of the LDS Church; and that, as a male member of the church, he participated in the lay priesthood of the church, as that term is defined and understood within the LDS Church. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

16. Answering paragraph 2.1 of Plaintiffs' Amended Complaint, Defendants admit that this Court has jurisdiction of the subject matter, subject to the constraints of the First Amendment of the Constitution of the United States, and Article I, Section II of the Constitution of the State of Washington, and of the parties hereto. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

17. Answering paragraph 3.1 of Plaintiffs' Amended Complaint, Defendants admit that persons who are baptized and confirmed into the LDS Church are members of the Church. Defendants further admit that various LDS Church ecclesiastical authorities, in the practice of their religious beliefs and responsibilities, attempt to guide and encourage church members in their service in the church. Except as expressly admitted herein, any other allegations in said paragraph are denied.

18. Answering paragraph 3.2 of Plaintiffs' Amended Complaint, Defendants admit that male members of the LDS Church may be eligible for ordination to the lay priesthood of the Church beginning at age 12; admit there are different offices in the priesthood with different responsibilities, and that eligible members of the Church must meet the standards of worthiness,

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 5
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

as that term is doctrinally defined by the Church, before being ordained into an office of the priesthood. Defendants further admit that the offices of Elder and High Priest (in the Melchizedek Priesthood), are offices in the lay priesthood of the LDS Church. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

19. Answering paragraph 3.3 of Plaintiffs' Amended Complaint, Defendants deny the same.

20. Answering paragraph 3.4 of Plaintiffs' Amended Complaint, Defendants admit that the LDS Church is and has been for an extended period of time one of many sponsoring organizations for the Boy Scouts of America. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

21. Answering paragraphs 3.5, 3.6 and 3.7 of Plaintiffs' Amended Complaint, Defendants admit that at various times Loholt was involved in the scouting program in the Kent Second Ward. Except as expressly admitted, Defendants are without present knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein, and therefore the same are denied. The allegation that Loholt and Allenbach were "Mormon priests" is expressly denied.

22. Answering paragraphs 3.8, 3.9 and 3.10 of Plaintiffs' Amended Complaint, Defendants deny the same.

23. In answering paragraphs 3.11, 3.12, 3.13, 3.14, 3.15, 3.16, 3.17, 3.18 and 3.19 of Plaintiffs' Amended Complaint, Defendants are without present knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and therefore deny the same.

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 6
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

24. Answering paragraph 4.1 of Plaintiffs' Amended Complaint, Defendants incorporate herein by reference their responses to Plaintiffs' previous allegations, as though fully set forth herein.

25. Answering paragraphs 4.2, 4.3, 4.4, 4.5 and 4.6 of Plaintiffs' Amended Complaint, Defendants deny the same.

26. Answering paragraph 4.7, of Plaintiffs' Amended Complaint, Defendants admit that the LDS Church has promulgated general guidelines to assist members in helping victims of sexual abuse and sex offenders. Except as expressly admitted herein, any other allegations contained in said paragraph are denied.

27. In answering paragraphs 4.8, 4.9, 4.10 and 4.11, of Plaintiffs' Amended Complaint, Defendants deny the same.

28. Answering paragraph 4.12 of Plaintiffs' Amended Complaint, Defendants deny the same. Further, Defendants affirmatively allege that exemplary damages are not permissible in the State of Washington, and that exemplary damages are not recoverable in the above-captioned case pursuant to and order of the Court dated March 25, 2005.

29. Answering paragraph 5.1 of Plaintiffs' Amended Complaint, Defendants incorporate herein by reference their responses to Plaintiffs' previous allegations, as though fully set forth herein.

30. Answering paragraphs 5.2 and 5.3 of Plaintiffs' Amended Complaint, Defendants deny the same.

31. Answering paragraph 6.1 of Plaintiffs' Amended Complaint, Defendants incorporate herein by reference their responses to Plaintiffs' previous allegations, as though fully set forth herein.

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 7
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

32. Answering paragraph 6.2 of Plaintiffs' Amended Complaint, Defendants deny the same.

33. Answering paragraph 7.1 of Plaintiffs' Amended Complaint, Defendants incorporate herein by reference those responses to Plaintiffs' previous allegations, as though fully set forth herein.

34. Answering paragraph 7.2 of Plaintiffs' Amended Complaint, Defendants deny the same.

35. Answering paragraphs 8.1, 8.2, 8.3, 8.4, 8.5 and 8.6 of Plaintiffs' Amended Complaint, Defendants deny the same.

36. Answering paragraph 9.1 of Plaintiffs' Amended Complaint, Defendants respond that said paragraph makes no allegations against these Defendants. To the extent that an answer is required, Defendants deny the same and affirmatively assert that punitive damages are not allowed under the laws of the State of Washington, and that punitive damages are not recoverable in the above-captioned case pursuant to an order of the Court dated March 25, 2005.

## AFFIRMATIVE DEFENSES

For further answer, and by way of affirmative defenses, Defendants allege as follows:

1. **Failure to State a Claim.** Plaintiffs' Amended Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2. **No Fiduciary Duty.** Defendants owe no fiduciary duty to Plaintiffs.

3. **Failure to Mitigate Damages.** Plaintiffs have failed to mitigate or minimize their damages, if any.

4. **No Proximate Cause.** Plaintiffs' damages, if any, were proximately caused by the acts or omissions of others over whom these Defendants had no control or right of control.

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 8
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

5. **Contribution.** If liability is established, these Defendants are entitled to contribution from any party or non-party whose negligence may have contributed as a proximate cause to the injury complained of in Plaintiffs' Amended Complaint.

6. **Contributory Fault / Apportionment.** Pursuant to RCW 4.22.070(1), damages are to be apportioned according to the relative fault of all at-fault entities. In accordance with CR 12(i), in to preserve all potential defenses, Defendants identify Jack Loholt aka Jack Onefrey, Herman Allenbach, Jerry Kelly and Dorothy Kelly as unnamed at-fault parties who these Defendants claim, pursuant to RCW 4.22.070(1), as being at fault. Defendants reserve the right to identify other unnamed or as yet unidentified at-fault entities, if any, once such identity has become known to Defendants.

7. **No Punitive Damages.** Plaintiffs' claims for punitive damages has been stricken pursuant to a Court order dated March 25, 2005, because such damages are not available under Washington law. Further any award of punitive damages in this case would violate the constitutional safeguards provided to Defendants under the applicable federal and state constitutional provisions, include due process.

8. **Statute of Limitations.** Plaintiffs' claims are barred by the statute of limitations.

9. **No Liability for Damages Resulting from Intentional Misconduct.** Defendants are not liable under the laws of the State of Washington for of Plaintiffs' damages caused by the intentional acts of Jack Loholt aka Jack Onefrey (or by the intentional acts of such other tortfeasors, if any), and all of Plaintiffs' damages resulting from such intentional acts and omissions must be segregated from damages that are negligent/fault-based, on the basis of the varying degrees of culpability and causation among the actors.

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 9
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

10. **Intervening or Superseding Cause.** Defendants are not liable under the laws of the State of Washington based on an intervening or superseding cause.

## MATTERS OF AVOIDANCE

1. **Freedom of Religion.** To the extent that Plaintiffs' claims are based upon these Defendants' exercise of their religious beliefs, they are barred by the Defendants' rights under the First Amendment to the United States Constitution, and by Article I, Section II, of the Constitution of the State of Washington.

## RESERVATION

Defendants hereby reserve the right to assert such further and other affirmative defenses, avoidances, and to otherwise allege, admit, or deny as may be warranted by discovery.

**WHEREFORE**, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by way of their Amended Complaint against these Defendants and that the Amended Complaint be dismissed with prejudice;

2. That Defendants, each of them, be granted their attorneys' fees and costs against Plaintiffs;

3. That, pursuant to RCW 4.22.070, if liability were to be established against these Defendants (either or both of them), that each of Defendants (either or both of them) be severally liable only for its share of fault, if any (pursuant to RCW 4.22.015);

4. That, pursuant to established law, Plaintiffs' damages caused by intentional conduct be segregated from those damages, if any, caused by negligent/"at-fault" conduct; and

DEFENDANTS' AMENDED ANSWER TO  
PLAINTIFFS' AMENDED COMPLAINT - 10  
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP  
1001 Fourth Avenue, Suite 4000  
Seattle, WA 98154  
Phone (206) 467-6477  
Fax (206) 467-6292

5.  That Defendants be given such other and further relief as the Court deems just and equitable.

DATED this 18 day of August, 2006.

                **GORDON MURRAY TILDEN LLP**

                By _____
                Charles C. Gordon, WSBA #1773
                Jeffrey I. Tilden, WSBA #12219
                Michael Rosenberger, WSBA #17730
                Attorneys for Defendant The Corporation of the
                President of The Church of Jesus Christ of
                Latter-Day Saints

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 11
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on August /8/, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone: (206) 676-7500<br>Facsimile: (206) 676-7575<br>E-Mail: mpfau@gth-law.com<br><br>( ) Mail    ( ) Hand Delivery<br>( ) Fax     ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone: (206) 676-7610<br>Facsimile: (425) 837-9692<br>E-Mail: timkosnoff@comcast.net<br><br>( ) Mail    ( ) Hand Delivery<br>( ) Fax     ( ) Federal Express |
|---|---|

**GORDON MURRAY TILDEN LLP**

By /s/ Michael Rosenberger
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the President of The Church of Jesus Christ of Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gmtlaw.com

DEFENDANTS' AMENDED ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 12
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292