1
2
3
4
5
6
7
8

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br>                 Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br>                 Defendants. | NO. 04-2338 RSM <br><br> STIPULATED MOTION TO CHANGE NOTING DATE OF DEFENDANT'S MOTIONS IN LIMINE TO (1) EXCLUDE REPORTING STATUTE EVIDENCE AND (2) TO EXCLUDE CLERGY-PENITENT COMMUNICATIONS <br><br> **AND SUBJOINED ORDER** <br><br> **NOTE ON MOTION CALENDAR:** <br> **AUGUST 25, 2006** |

COME NOW the parties hereto and stipulate to the change of the "noting date" for the following two motions from September 1, 2006 until September 8, 2006:

Defendant's Motion in Limine to Exclude Reporting Statute (Dkt No. 140)

Defendant's Motion in Limine to Exclude Clergy-Penitent Communications (Dkt No. 141).

STIP. MTN TO CHANGE NOTING DATES/PROPOSED ORDER - 1 of 4
(04-2338RSM)
[169184 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

Dockets.Justia.com

The parties further stipulate that the plaintiff's oppositions to these two motions, as well as the defendant's will be due, will be calculated as though the motions were originally filed with a "noting date" of September 8, 2006, to-wit:  Plaintiff's Oppositions will be due on September 1, 2006, and defendant's replies will be due on September 8, 2006.

Dated this 25th day of August, 2006.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By /s/ Michelle A. Menely
    Michael T. Pfau, WSBA No. 24649
    mpfau@gth-law.com
    Michelle A. Menely, WSBA No. 28353
    mmenely@gth-law.com
    Attorneys for Plaintiff R.K.


Dated this 25th day of August, 2006.

GORDON MURRAY TILDEN LLP

By /s/ Charles C. Gordon
    Charles C. Gordon, WSBA No. 1773
    cgordon@gmtlaw.com
    Jeffrey I. Tilden, WSBA No. 12219
    jtilden@gmtlaw.com
    Michael Rosenberger, WSBA No. 17730
    mrosenberger@gmtlaw.com
    Attorneys for Defendant

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

1

**IT IS SO ORDERED.**

2

DATED this _____ day of August, 2006.

3

4

5

_____

6

The Honorable Ricardo S. Martinez

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. MTN TO CHANGE NOTING DATES/PROPOSED ORDER - 3 of 4
(04-2338RSM)
[169184 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I, hereby certify that on August 3rd, 2006, I electronically filed the foregoing

## STIPULATED MOTION TO CHANGE NOTING DATE OF DEFENDANT'S MOTION TO EXCLUDE EVIDENCE AND DEFENDANT'S MOTION TO SEGREGATE DAMAGES

with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

| Charles C. Gordon<br>Jeffrey I. Tilden<br>Michael Rosenberger<br>GORDON MURRAY TILDEN LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA  98154<br>Ph.:  206.467.6477<br>Fx.:  206.467.6292 | |

_/s/ Tanya Garbell_
Legal Assistant to Michelle A. Menely

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575