THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation,<br><br>　　　　　　　Defendants. | NO. 04-2338 RSM<br><br>STIPULATED MOTION TO CHANGE NOTING DATE OF DEFENDANT'S MOTIONS IN LIMINE TO (1) EXCLUDE REPORTING STATUTE EVIDENCE AND (2) TO EXCLUDE CLERGY-PENITENT COMMUNICATIONS<br><br>**AND SUBJOINED ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>　　AUGUST 25, 2006 |

COME NOW the parties hereto and stipulate to the change of the "noting date" for the following two motions from September 1, 2006 until September 8, 2006:

Defendant's Motion in Limine to Exclude Reporting Statute (Dkt No. 140)

Defendant's Motion in Limine to Exclude Clergy-Penitent Communications (Dkt No. 141).

The parties further stipulate that the plaintiff's oppositions to these two motions, as well as the defendant's will be due, will be calculated as though the motions were originally filed with a "noting date" of September 8, 2006, to-wit: Plaintiff's Oppositions will be due on September 1, 2006, and defendant's replies will be due on September 8, 2006.

STIP. MTN AND ORDERTO CHANGE NOTING DATES- 1 of 2
(04-2338RSM)
[169184 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

Dated this 25th day of August, 2006.

        GORDON, THOMAS, HONEYWELL,
        MALANCA, PETERSON & DAHEIM LLP

        By /s/ Michelle A. Menely
           Michael T. Pfau, WSBA No. 24649
           mpfau@gth-law.com
           Michelle A. Menely, WSBA No. 28353
           mmenely@gth-law.com
           Attorneys for Plaintiff R.K.

Dated this 25th day of August, 2006.

        GORDON MURRAY TILDEN LLP

        By /s/ Charles C. Gordon
           Charles C. Gordon, WSBA No. 1773
           cgordon@gmtlaw.com
           Jeffrey I. Tilden, WSBA No. 12219
           jtilden@gmtlaw.com
           Michael Rosenberger, WSBA No. 17730
           mrosenberger@gmtlaw.com
           Attorneys for Defendant

**IT IS SO ORDERED.**

DATED this _28_ day of August, 2006.

        RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

STIP. MTN AND ORDER TO CHANGE NOTING DATES- 2 of 2
(04-2338RSM)
[169184 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575