The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF <br><br><br> NOTE ON MOTION CALENDAR: <br> August 30, 2006 |

## I.   INTRODUCTION

Defendant Corporation of the President of The Church of Jesus Christ of Latter-Day Saints ("COP") hereby moves for leave to file its motions in limine in a single pleading of no more than thirty-six pages. Motions in limine are to be filed by Tuesday, September 5, and COP anticipates filing approximately 20 motions. Some of these are of the sort that are common to many cases, others relate to unique aspects of this case and require more explanation.

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

This motion, if granted, will not change the total number of pages submitted by Defendant COP; it will simply allow COP to join the motions in a single filing. The requested relief equates to less than two pages per motion.

## II.    ARGUMENT

In its recent Order Granting Motion in Limine, the Court noted that COP had "impermissibly filed an overlength reply." Docket 152 at n.1. The Court made this notation in the context of a motion in limine that comprised three separate motions. Thus, in regard to the upcoming motions in limine, COP understands that it has the following choices: 1) file multiple separate motions in limine; or 2) obtain leave to file an overlength brief and file a single pleading with all the individual motions contained therein.

Granting the motion will allow counsel and the Court to consider these motions in a more efficient and convenient form. Denying the motion would change neither the number of motions nor their length, but would merely result in COP filing numerous separate motions, with equivalent numbers of opposition briefs and reply briefs. COP respectfully suggests it will be more convenient for the parties and the Court to consolidate these briefs into a single pleading.

DATED this 30th day of August, 2006.

GORDON MURRAY TILDEN LLP

By /s/ Michael Gordon
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the President of The Church of Jesus Christ of Latter-Day Saints

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| | |
|---|---|
| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone:   (206) 676-7500<br>Facsimile:   (206) 676-7575<br>E-Mail:   mpfau@gth-law.com<br><br>( ) Mail         ( ) Hand Delivery<br>( ) Fax          ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone:   (206) 676-7610<br>Facsimile:   (425) 837-9692<br>E-Mail:   timkosnoff@comcast.net<br><br>( ) Mail         ( ) Hand Delivery<br>( ) Fax          ( ) Federal Express |

**GORDON MURRAY TILDEN LLP**

By: /s/ Michael Rosenberger
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the
President of The Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gmtlaw.com

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292