The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

Defendant COP moved for leave to file its motions in limine in a single pleading not to exceed 36 pages. The Court hereby grants the motion. Pursuant to Local Rule CR 7(f)(4), the Plaintiff's memorandum in opposition may also be up to 36 pages, and the reply brief shall not exceed 18 pages.

DATED this _____ day of _____, 2006

_____
THE HONORABLE RICARDO S. MARTINEZ

ORDER - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3  Presented by:
4
5  GORDON MURRAY TILDEN LLP
6
7
8  By  /s/ *(signature)*
9     Charles C. Gordon, WSBA #1773
10    Jeffrey I. Tilden, WSBA #12219
11    Michael Rosenberger, WSBA #17730
12    Attorneys for Defendants
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

ORDER - 2
No. 04-2338 RSM

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone:  (206) 676-7500<br>Facsimile:  (206) 676-7575<br>E-Mail:  mpfau@gth-law.com<br><br>( ) Mail     ( ) Hand Delivery<br>( ) Fax      ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone:  (206) 676-7610<br>Facsimile:  (425) 837-9692<br>E-Mail:  timkosnoff@comcast.net<br><br>( ) Mail     ( ) Hand Delivery<br>( ) Fax      ( ) Federal Express |
|---|---|

**GORDON MURRAY TILDEN LLP**

By /s/ Michael Rosenberger
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the
President of The Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gmtlaw.com

ORDER - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292