THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K., and T.D.,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

Defendants.

NO. C04-2338 RSM

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE CLERGY-PENITENT COMMUNICATION

NOTE ON MOTION CALENDAR:
SEPTEMBER 8, 2006

THIS MATTER having come on regularly before the above-captioned Court upon Defendants COP and LDS Social Services Motion in Limine to Exclude Clergy-Penitent Communication, and the Court having considered the records and files herein, including:

1. Defendants' Motion in Limine to Exclude Clergy-Penitent Commuication;

2. Plaintiff R.K.'s Opposition to Motion in Limine to Exclude Clergy-Penitent Communication;

3. Defendants Reply in Support of Motion in Limine to Exclude Clergy-Penitent Communication; and

4. the records and files herein.

[PROPOSED] ORDER - 1
(C04-2338 RSM)
[169444 v5.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Having heard argument of counsel and otherwise deeming itself fully advised in the premises, the Court rules as follows:

Defendants' Motion in Limine to Exclude Clergy-Penitent Communication is **DENIED.**

DONE IN OPEN COURT this ____ day of September, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

[PROPOSED] ORDER - 2
(C04-2338 RSM)
[169444 v5.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  PRESENTED BY:

2  GORDON, THOMAS, HONEYWELL,
   MALANCA, PETERSON & DAHEIM, LLP
3

4  By: /s/ Michael T. Pfau
       Michael T. Pfau, WSBA No. 24694
5      mpfau@gth-law.com
       Co-Counsel for Plaintiffs
6

7  LAW OFFICES OF TIMOTHY D. KOSNOFF

8

9

10 By: /s/ Timothy D. Kosnoff
       Timothy D. Kosnoff, WSBA No. 16586
11     timkosnoff@comcast.net
       Co-Counsel for Plaintiffs
12

[PROPOSED] ORDER - 3
(C04-2338 RSM)
[169444 v5.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575