FLEMING v. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
December 13, 2005                                              RICHARD PETTIT

```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
```

KENNETH FLEMING and JOHN DOE,   )
                                )  Case No. C04-2338 RSM
        Plaintiffs,             )
                                )
   vs.                          )  Videotaped Deposition
                                )  of:
THE CORPORATION OF THE PRESIDENT)  RICHARD PETTIT
OF THE CHURCH OF JESUS CHRIST OF)
LATTER-DAY SAINTS, a Utah       )
corporation sole, a/d/a "MORMON )
CHURCH"; LDS SOCIAL SERVICES,   )
a/d/a LDS FAMILY SERVICES, a    )
Utah corporation,               )
                                )
        Defendants.             )


              December 13, 2005
                  9:24 a.m.


              Kirton & McConkie

           1800 Eagle Gate Tower

           60 East South Temple

       Salt Lake City, UT  84145-0120




         Sharon Morgan, CSR, RPR, CRR

    Notary Public in and for the State of Utah



Exhibit A

                GARCIA & LOVE
                 801.538.2333

93978550-a1f1-4d65-89b4-b2ecdbeb16a1

Case 2:04-cv-02338-RSM    Document 158-2    Filed 09/01/2006    Page 2 of 4

FLEMING v. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
December 13, 2005                                                RICHARD PETTIT

Page 32

1    A.    He was shocked.
2          MR. FREY:  At this point -- did you expect
3    your conversation -- let me interpose an objection and
4    ask a question.  Do you expect your conversation with
5    Bishop Borland to be confidential?
6          THE WITNESS:  Yes.
7          MR. FREY:  Are you willing to waive that
8    confidentiality and testify about it today, about what
9    you spoke to about with Bishop Borland?
10         THE WITNESS:  Yes.
11         MR. FREY:  Okay.  Go ahead, Counsel.
12   Q.    (By Mr. Kosnoff)  When you went to Bishop
13   Borland, you were not going to him for purposes of
14   confessing your sin, were you?
15   A.    No.
16   Q.    And you would hope that he would -- that --
17   strike that.  What was your reason for going to Bishop
18   Borland?
19   A.    To inform him of the situation.
20   Q.    And was it your hope or intention that Bishop
21   Borland would use this information and take some kind
22   of concrete action with respect to Jack LaHolt?
23   A.    Yes.
24   Q.    And what was your -- what did you hope that
25   he would do?

Case 2:04-cv-02338-RSM     Document 158-2     Filed 09/01/2006     Page 3 of 4

FLEMING v. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
December 13, 2005                                          RICHARD PETTIT

Page 33

1    A.    Correct it.
2    Q.    What did Bishop Borland say to you?
3    A.    I don't remember.
4    Q.    Did he tell you that he would do something
5    about Jack?
6    A.    I don't remember.
7    Q.    Did he give you any kind of assurances that
8    the matter would be handled?
9    A.    Yes.
10   Q.    And did you trust that the matter would be
11   handled?
12   A.    Yes.
13   Q.    Was it handled?
14   A.    Yes.
15   Q.    To your knowledge, what happened with respect
16   to Jack LaHolt?
17   A.    Within one week he was released.
18   Q.    How did you become aware that he had been
19   released?
20   A.    At the church service the following week.
21   Q.    Did somebody communicate that to you?
22   A.    Yes.
23   Q.    Bishop Borland?
24   A.    Yes.
25   Q.    And he told you that he released Jack?

Case 2:04-cv-02338-RSM    Document 158-2    Filed 09/01/2006    Page 4 of 4

FLEMING v. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
December 13, 2005                                                          RICHARD PETTIT

Page 34

1  A.  Yes.
2  Q.  Did he tell you that he had sent Jack to LDS
3  Social Services?
4  A.  No.
5  Q.  Did he tell you what his plans were with
6  respect to helping Jack?
7  A.  No.
8  Q.  Did you ask him?
9  A.  No.
10 Q.  The fact that Bishop Borland removed Jack
11 from scouting, did that satisfy your concerns?
12 A.  Yes.
13 Q.  Did you let your son know that you had spoken
14 to the bishop and that the bishop had acted and
15 removed Jack from scouting?
16 A.  Yes.
17 Q.  Did your son continue in scouting?
18 A.  To some degree.
19 Q.  When you talked to your son, did he indicate
20 that what Jack had done to him had occurred just one
21 time or on more than one occasion?
22 A.  I don't know.
23 Q.  Did he indicate whether or not any other boys
24 had been similarly touched by Jack LaHolt?
25 A.  No.