Byers & Anderson
Court Reporters & Video

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KENNETH FLEMING and JOHN DOE,      )
                                   )
              Plaintiffs,          )
                                   )
       vs.                         ) No. C04-2338RSM
                                   )
THE CORPORATION OF THE             )
PRESIDENT OF THE CHURCH OF         )
JESUS CHRIST OF LATTER-DAY         )
SAINTS, a Utah corporation         )
sole, a/k/a the "MORMON            )
CHURCH," LDS SOCIAL SERVICES,      )
a/k/a LDS FAMILY SERVICES,         )
a Utah corporation,                )
                                   )
              Defendants.          )

VIDEOTAPED DEPOSITION OF JACK A. ONEFREY

January 27, 2006

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square         2208 North 30th Street, Suite 202
600 University St.       Tacoma, WA 98403
Suite 2300               (253) 627-6401
Seattle, WA 98101        (253) 383-4884 Fax
(206) 340-1316           scheduling@byersanderson.com
(800) 649-2034           www.byersanderson.com

Serving Washington's Legal Community Since 1980


Exhibit C

Jack A. Onefrey
January 27, 2006

b2cbc3c6-879a-4364-b6a5-9911772d6961

dockets.Justia.com

Byers & Anderson
Court Reporters & Video

Page 120

1            MR. WOLFE:  Mr. -- yeah.
2  Q  (By Mr. Kosnoff)  Were you released as assistant
3     scoutmaster because of allegations that you had
4     sexually molested a boy?
5            MR. WOLFE:  We're going to object on
6     privilege.
7  Q  (By Mr. Kosnoff)  After you were released as assistant
8     scoutmaster, you continued to work in the ward's scout
9     program though?
10 A  No.
11 Q  No?  You didn't?  Did you come back into the scouting
12    program at some later date?
13 A  Not sure when I came back.
14 Q  The records that have been provided by the church
15    indicate that you were released as assistant
16    scoutmaster of the Kent 2nd Ward in February of 1972.
17 A  Could be.
18 Q  So approximately one year after you had been appointed
19    assistant scoutmaster you were released?
20 A  Yeah, I wasn't -- I don't know what the dates are.
21 Q  And at some later point you recall coming back in and
22    working with the scouts, though, don't you?
23 A  I probably supplied some transportation and things.
24 Q  Supplied transportation, went on 50 mile hikes, went on
25    campouts, that kind of thing?

Byers & Anderson
Court Reporters & Video

Page 138

| | | |
|---|---|---|
| 1 | Q | Did you ever tell Chelsey Wieder that you had had sex |
| 2 | | with more than 250 children in your life? |
| 3 | A | No. |
| 4 | Q | Never made that statement? |
| 5 | A | No. |
| 6 | Q | Never said anything like that to her? |
| 7 | A | No. |
| 8 | Q | Did you ever go to LDS Social Services for sexual |
| 9 | | deviancy counseling or treatment? |
| 10 | A | Yes. |
| 11 | Q | Okay.  About what time period? |
| 12 | A | Probably -- I'm really not sure on that. |
| 13 | Q | But it was while you were in the Kent 2nd Ward in the |
| 14 | | 1970s? |
| 15 | A | Yes. |
| 16 | Q | Okay.  And you were referred there by a bishop? |
| 17 | | MR. WOLFE:  We're going to object, |
| 18 | | assert privilege. |
| 19 | Q | (By Mr. Kosnoff)  You were referred to or sent to LDS |
| 20 | | Social Services by Bishop Borland, isn't that correct? |
| 21 | | MR. WOLFE:  Assert privilege. |
| 22 | Q | (By Mr. Kosnoff)  When you went to LDS Social Services, |
| 23 | | you told them about your -- you were truthful about |
| 24 | | your sexual contact with children, weren't you? |
| 25 | A | Yes. |

Jack A. Onefrey
January 27, 2006

Byers & Anderson
Court Reporters & Video

Page 139

1       MR. WOLFE: Assert privilege.
2       THE WITNESS: Oh, sorry.
3    Q  (By Mr. Kosnoff) And that was the reason you were
4       there, was to discuss your sexual deviant attractions
5       to children; isn't that correct?
6       MR. WOLFE: Assertion of privilege.
7       MR. KOSNOFF: What's the basis of
8       the privilege?
9       MR. WOLFE: It's the privilege we've
10      discussed earlier, Mr. Kosnoff, the priest-penitent
11      privilege. Based upon my understanding of the church
12      law, there is a legitimate basis to assert privilege
13      here.
14      MR. KOSNOFF: So what you're saying
15      is him going to LDS -- the social service wing of the
16      church, that you're asserting the clergy-penitent
17      privilege with respect to his communications with
18      social service workers? Is that --
19      MR. WOLFE: Based upon my
20      understanding of the law of the Mormon Church, yes.
21      MR. FREY: With social services he
22      has a privilege, Counsel, besides that
23      physician-patient, which covers psychologists,
24      psychiatrists and everyone else.
25   Q  (By Mr. Kosnoff) How many -- how long a period of time

Jack A. Onefrey
January 27, 2006

b2cbc3c6-879a-4364-b6a5-9911772d6961