THE HONORABLE RICARDO MARTINEZ

Michael T. Pfau
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
One Union Square, 600 University Street
Suite 2100
Seattle, Washington 98101

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br>  Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338 RSM <br><br> CERTIFICATE OF FILING AND SERVICE |

PURSUANT TO 28 U.S.C. § 1746 (1976), Fara Fusaro declares as follows:

On September 1, 2006, I caused to be electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. PLAINTIFF R.K.'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE MANDATORY REPORTING STATUTE;

2. DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF R.K.'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE MANDATORY REPORTING STATUTE;

CERTIFICATE OF FILING AND SERVICE - 1 of 2
(C04-2338 RSM)
[169466 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

3. PROPOSED ORDER DENYING DEFENDANTS MOTION IN LIMINE TO EXCLUDE MANDATORY REPORTING STATUTE; and

4. CERTIFICATE OF FILING AND SERVICE.

Which will send notification of such filing and service to the following:
Charles C. Gordon
Jeffrey I. Tilden
GORDON MURRAY TILDEN, LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Dated this 1st day of September, 2006.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: _____
Fara Fusaro, Legal Assistant

CERTIFICATE OF FILING AND SERVICE - 2 of 2
(C04-2338 RSM)
[169466 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575