THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,<br><br>Defendants. | NO. C04-2338 RSM<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE MANDATORY REPORTING STATUTE<br><br>NOTE ON MOTION CALENDAR:<br>SEPTEMBER 8, 2006 |

THIS MATTER having come on regularly before the above-captioned Court upon Defendants COP and LDS Social Services Motion in Limine to Exclude Reporting Statutes, and the Court having considered the records and files herein, including:

1. Defendants' Motion in Limine to Exclude Reporting Statute;

2. Plaintiff R.K.'s Opposition to Motion in Limine to Exclude Reporting Statute;

3. Defendants Reply in Support of Motion in Limine to Exclude Reporting Statute; and

4. the records and files herein.

[PROPOSED] ORDER - 1
(C04-2338 RSM)
[169457 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

Having heard argument of counsel and otherwise deeming itself fully advised in the premises, the Court rules as follows:

Defendants' Motion in Limine to Exclude Reporting Statute is **DENIED.**

DONE IN OPEN COURT this ____ day of September, 2006.

_____
THE HONORABLE RICARDO S. MARTINEZ

[PROPOSED] ORDER - 2
(C04-2338 RSM)
[169457 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575


PRESENTED BY:

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP

By: /s/ Michael T. Pfau
Michael T. Pfau, WSBA No. 24694
mpfau@gth-law.com
Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiffs

[PROPOSED] ORDER - 3
(C04-2338 RSM)
[169457 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575