THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K. and T.D.,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

Defendants.

NO. C04-2338RSM

**DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF R.K.'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE MANDATORY REPORTING STATUTE**

NOTE ON MOTION CALENDAR:
SEPTEMBER 8, 2006

I, MICHAEL T. PFAU, declare, under penalty of perjury, as follows:

1. I am one of the attorneys for plaintiff R.K. in this matter, and I make this declaration based on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true copy of pages 138-142, 146-147 from the deposition of Jack LoHolt, a/k/a Jack A. Onefrey, taken on January 27, 2006.

3. Attached hereto as **Exhibit B** is a true copy of correspondence from DSHS confirming absence of any records concerning LoHolt from the relevant reporting agency.

DECL. OF PFAU RE: PTF. OPP. TO MTN. IN LIMINE – 1
(C04-2338RSM)
[169442 v06.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

4. Attached hereto as **Exhibit C** is a true copy of the relevant section of 1975 Wash. Laws 711.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED at Seattle, Washington, this ___1___ day of September, 2006.

_____
MICHAEL T. PFAU

DECL. OF PFAU RE: PTF. OPP. TO MTN. IN LIMINE – 2
(C04-2338RSM)
[169442 v06.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575