STATE OF WASHINGTON

## DEPARTMENT OF SOCIAL AND HEALTH SERVICES

14TH & JEFFERSON • OB-2
PO Box 45710 • Olympia, WA 98504-5710
(360) 902-7920 • TDD (360) 902-9706 • FAX (360) 902-7903

December 29, 2005

Jack Kennedy, Paralegal
Law Offices of Gordon, Thomas, Honeywell,
    Malanca, Peterson & Daheim LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

Re: Public Disclosure Request

Dear Mr. Kennedy:

In regard to your December 20, 2005 request for records, the Children's Administration has no records for Jack Loholt or the Church of Jesus Christ of Latter Day Saints in Kent/Renton/Des Moines, Washington.

Please let me know if you have any questions.

Sincerely,

Barbara J. McPherson, Supervisor
Division of Field Operations
Children's Administration
360 902-7914


Exhibit B

F - 58