The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> ORDER ON DEFENDANTS' MOTIONS IN LIMINE <br><br> [PROPOSED] |

Defendants have filed motions in limine. The Court has considered Defendants' motions, the Plaintiff's opposition, and Defendants' reply. The Court hereby rules on these motions as follows:

1. An order excluding all evidence relating to Jack Loholt after January 1973, including his criminal convictions and his counseling at LDS Social Services, is

\_\_\_\_\_ GRANTED \_\_\_\_\_ DENIED \_\_\_\_\_ RESERVED.

ORDER - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

2. An order precluding Plaintiff from offering the testimony of his rebuttal expert, Dr. Newberger, is _____ GRANTED _____ DENIED _____ RESERVED.

3. An order precluding Plaintiff from referring to Irwin Dreiblatt, Ph.D., an expert not called as a witness, is _____ GRANTED _____ DENIED _____ RESERVED.

4. An order excluding evidence regarding changes in the church's policies regarding the handling, investigation or reporting of sexual abuse allegations is

_____ GRANTED _____ DENIED _____ RESERVED.

5. An order excluding any settlement demands, offers, or other exchanges of information/documentation regarding resolution of the case is _____ GRANTED _____ DENIED _____ RESERVED.

6. An order excluding reference to the fact that any jury award will be shared with plaintiff's attorneys is _____ GRANTED _____ DENIED _____ RESERVED.

7. An order excluding any testimony or documentation regarding the church's assets, finances, or policies and practices regarding tithing is

_____ GRANTED _____ DENIED _____ RESERVED.

8. An order excluding testimony or documentation regarding COP's insurance coverage or lack thereof is _____ GRANTED _____ DENIED _____ RESERVED.

9. An order precluding witnesses and counsel from referring to the Allenbach home as a "compound" is _____ GRANTED _____ DENIED _____ RESERVED.

10. An order precluding plaintiff from offering evidence to contradict the church's interpretation of its own doctrine, including but not limited to the meaning of "high priest" is

_____ GRANTED _____ DENIED _____ RESERVED.

ORDER - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

11. An order excluding the Encyclopedia of Mormonism and any reference thereto is _____ GRANTED _____ DENIED _____ RESERVED.

12. An order excluding Mrs. Kelly's testimony that Dr. Allenbach was a "bishop" and "very high in the church" is _____ GRANTED _____ DENIED _____ RESERVED.

13. An order excluding any reference to and/or introduction of evidence of other lawsuits or claims made against defendant COP is _____ GRANTED _____ DENIED _____ RESERVED.

14. An order excluding any reference to and/or introduction of evidence regarding lawsuits or claims against other religious denominations for sexual abuse of children made is _____ GRANTED _____ DENIED _____ RESERVED.

15. An order excluding the admission of prior deposition testimony of Dwayne Liddell and Harold Brown from another case is _____ GRANTED _____ DENIED _____ RESERVED.

16. An order excluding medical or psychological testimony of any witness who is not qualified to express such opinions is _____ GRANTED _____ DENIED _____ RESERVED.

17. An order excluding lay witnesses from testifying regarding their interpretation of RCW 26.44, or their lay opinions regarding legal obligations to report childhood sexual abuse is _____ GRANTED _____ DENIED _____ RESERVED.

18. An order precluding plaintiffs' counsel from asking the jury to place themselves in the position of plaintiffs is _____ GRANTED _____ DENIED _____ RESERVED.

ORDER - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

19. An order precluding plaintiff from presenting evidence on or seeking relief on any theory of liability or damages not set forth in plaintiffs' Complaint is _____ **GRANTED** _____ **DENIED** _____ **RESERVED**.

20. An order excluding all non-party witnesses from the courtroom during trial is _____ **GRANTED** _____ **DENIED** _____ **RESERVED**.

21. An order precluding counsel from displaying any exhibits before the jury until each exhibit is admitted by this Court into evidence, or until permission has been obtained from the Court is _____ **GRANTED** _____ **DENIED** _____ **RESERVED**.

22. An order requiring the parties to give the other side 24-hours' notice before any non-party witness is called, or before any deposition is offered is _____ **GRANTED** _____ **DENIED** _____ **RESERVED**.

23. An order barring mention that any motions in limine were filed and/or argued before this Court is _____ **GRANTED** _____ **DENIED** _____ **RESERVED**.

DATED this _____ day of _____, 2006

_____
THE HONORABLE RICARDO S. MARTINEZ

ORDER - 4
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Presented by:

**GORDON MURRAY TILDEN** LLP

By /s/ Michael Rosenberger
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the
President of The Church of Jesus Christ of Latter-Day Saints

ORDER - 5
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292