The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K., and T.D.,

              Plaintiffs,

     v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation,

              Defendants.

NO.  04-2338 RSM

**DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE**

Michael Rosenberger, being duly sworn on oath, deposes and says:

1.    I am one of the attorneys representing the Defendants in this matter.  I make this declaration based upon personal knowledge.

2.    Attached as Exhibit 1 is a true and accurate copy of a Real Estate Contract dated January 3, 1973 between Jack Loholt and James R. Cinker, attorney-in-fact for Madeline J. Wham.

DECLARATION OF MICHAEL ROSENBERGER IN
SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

3. Attached as Exhibit 2 is a true and accurate copy of Defendants' Disclosure of Expert Witnesses, including the expert report of Irwin Dreiblatt, Ph.D.

4. Attached as Exhibit 3 is a true and accurate copy of the rebuttal expert report, dated October 5, 2005, by Eli Newberger, M.D.

5. Attached as Exhibit 4 is a true and accurate copy of an excerpt from *Merriam-Webster's Collegiate Dictionary, Tenth Edition*, containing the entry for the word "compound."

6. Attached as Exhibit 5 is a true and accurate copy of an excerpt from *The Oxford English Dictionary, Second Edition*, containing the entry for the word "compound."

7. Attached as Exhibit 6 is a true and accurate copy of a printout of the entry for Aryan Nations from *Wikipedia*, the free on-line encyclopedia.

8. Attached as Exhibit 7 is a true and accurate copy of the 1972-1973 Renton Stake Directory.

9. Attached to this Declaration are true and accurate excerpts from the Depositions of Plaintiff Robert Kelly, Mrs. Dorothy Kelly, Jack Onefrey (aka Loholt), and Randall Borland.

**I declare under the laws of the State of Washington and of the United States that the foregoing is true and correct.**

DATED this 5th day of September, 2006.

Michael Rosenberger

DECLARATION OF MICHAEL ROSENBERGER IN
SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3
4
5
6
7
8
9

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following. The parties will additionally be served in the manner indicated.

| | |
|---|---|
| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone:     (206) 676-7500<br>Facsimile:     (206) 676-7575<br>E-Mail:          mpfau@gth-law.com<br><br>( ) Mail        ( ) Hand Delivery<br>( ) Fax         ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone:     (206) 676-7610<br>Facsimile:     (425) 837-9692<br>E-Mail:          timkosnoff@comcast.net<br><br>( ) Mail        ( ) Hand Delivery<br>( ) Fax         ( ) Federal Express |

**GORDON MURRAY TILDEN LLP**

By _____
Michael Rosenberger, WSBA #17730
Attorneys for Defendant The Corporation of the
President of The Church of Jesus Christ of
Latter-Day Saints
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: mrosenberger@gmtlaw.com

DECLARATION OF MICHAEL ROSENBERGER IN
SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE - 3
No. 04-2338 RSM

## REAL ESTATE CONTRACT

THIS CONTRACT, made this 3 day of January, 1973 between
James R. Clinker, attorney in fact for hereinafter called the "seller" and
MADELINE J. WHAM
Jack Loholt, a single man hereinafter called the "purchaser."

WITNESSETH: The seller agrees to sell to the purchaser, and the purchaser agrees to purchase of the
seller the following described real estate with the appurtenances, situate in King County,
Washington: The East 530 feet of the following described and bounded tract,
as follows: Beginning at the Northeast corner of the NW¼ of the NE¼ of Section 27,
Township 22 North, Range 5 East, W.M.; run thence South 375 feet; thence West
660 feet; thence North 49 feet; thence East 8 feet 3 inches; thence North 326 feet;
thence East 652 feet, more or less to the point of beginning; EXCEPT County Road;

Situate in the County of King, State of Washington



Free of incumbrances, except of record

On the following terms and conditions: The purchase price is Twenty-five Thousand Four
Hundred and no/100—————————————— ($ 25,400.00 ) dollars, of which
Two thousand, five hundred and no/100 ($ 2500.00 ) dollars
has been paid, the receipt whereof is hereby acknowledged, and the purchaser agrees to pay the balance of said
purchase price as follows: Above down payment is made up of $500.00 cash, and a
note for $2000.00 due Feb 17, 1973.
one hundred seventy-eightand no/100 ($ 178.00 ) Dollars,
or more at purchaser's option, on or before the 3 day of Feb, 1973
and one hundred seventy-eight and no/100 ($178.00 ) Dollars,
or more at purchaser's option, on or before the 1st day of each then succeed-
ing calendar month until the balance of said purchase price shall have been fully
paid. The purchaser further agrees to pay interest on the balance of said pur-
chase price and on the diminishing amounts thereof at the rate of 7¼ per cent per
annum from the 3 day of Jan, 1973, which interest shall be deducted
from each monthly installment and the balance of each installment applied in re-
duction of principal. All payments to be made hereunder shall be made at
National Bank of Commerce, Kent East Branch
or at such other place, as the seller may direct in writing.
Buyer agrees that he shall not exceed a payment of 29% of the purchase price in any
calendar year. Buyer shall be entitled to receive partial deed releases to subject
property on the following basis: for an additional sum up to and not to exceed
above 29% of the purchase price for each given year, the purchaser shall be entitle
to 1.25 acre at his selection, providing that the selected parcel doesn't "land
lock" the remaining parcels. Buyer and seller will share equally the cost of pre-
paring Deed Releases. House and balance of property to be released last. Sale
price includes refrigerator, washer, dryer and range now on premises.

The purchaser agrees: (1) to pay before delinquency all payments of whatsoever nature, required to be
made upon or by virtue of said mortgage, if any; also all taxes and assessments which are above assumed by
him, if any, and all which may, as between grantor and grantee, hereafter become a lien on the premises ; and
also all taxes which may hereafter be levied or imposed upon, or by reason of, this contract or the obligation
thereby evidenced, or any part thereof; (2) to keep the buildings now and hereafter placed upon the premises
unceasingly insured against loss or damage by fire, to the full insurable value thereof, in the name of the seller
as owner, in an insurance company satisfactory to the seller, for the benefit of the mortgagee, the seller, and the
purchaser, as their interests may appear, until the purchase price is fully paid, and to deliver to seller the
insurance policies, renewals, and premium receipts, except such as are required to be delivered to the mortgagee;
(3) to keep the buildings and all other improvements upon the premises in good repair and not to permit waste;
and (4) not to use the premises for any illegal purpose.

In the event that the purchaser shall fail to pay before delinquency any taxes or assessments or any pay-
ments required to be made on account of the mortgage, or to insure the premises as above provided, the seller
may pay such taxes and assessments, make such payments, and effect such insurance, and the amounts paid
therefor by him shall be deemed a part of the purchase price and become payable forthwith with interest at the
rate of 10 per cent per annum until paid; without prejudice to other rights of seller by reason of such failure.

taking of any part of the property for public use; that no such damage or taking shall constitute a failure of consideration, but in case of such damage or taking, all moneys received by the seller by reason thereof shall be applied as a payment on account of the purchase price of the property, less any sums of money which the seller may be required to expend in procuring such money, or at the election of the seller, to the rebuilding or restoration of such improvements.

The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a _____ deed to the property, excepting such part thereof which may hereafter be condemned, if any, free of incumbrances except those above mentioned, and any that may accrue hereafter through any person other than the seller.

The seller has delivered, or within ten days herefrom will procure and deliver, to the purchaser, a title policy in usual form issued by the Puget ____ and Title Insurance Company, insuring the purchaser to the full amount of said purchase price against loss or damage occasioned by reason of defect in, or incumbrance against, seller's title to the premises, not assumed by the purchaser, or as to which the conveyance hereunder is not to be subject.

The parties agree: (1) to execute all necessary instruments for the extension of payment or renewal of said mortgage during the period prior to the delivery of said deed, or the termination of purchaser's rights by virtue of the provisions hereof; provided the seller shall not be obligated thereby to assume any personal obligation or to execute any mortgage providing for a deficiency judgment against the seller, or securing a principal indebtedness, in excess of that now unpaid on the above mentioned mortgage or bearing an interest rate of more than two per cent greater than that of the original mortgage indebtedness; (2) that the purchaser has made full inspection of the real estate and that no promise, agreement or representation respecting the condition of any building or improvement thereon, or relating to the alteration or repair thereof, or the placing of additional improvements thereon, shall be binding unless the promise, agreement or representation be in writing and made a part of this contract; (3) that the purchaser shall have possession of the real estate on _____ and be entitled to retain possession so long as purchaser is not in default in carrying out the terms hereof; and (4) that, upon default, forfeiture may be declared by notice sent by registered mail to the address of the purchaser, or his assigns, last known to the seller.

Time is of the essence hereof, and in the event the purchaser shall fail to comply with or perform any condition or agreement hereof, promptly at the time and in the manner herein required, the seller may elect to declare all of the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the premises shall be forfeited to the seller as liquidated damages, and the seller shall have the right to re-enter and take possession of the property, and if the seller within six months after such forfeiture shall commence an action to procure an adjudication of the termination of the purchaser's rights hereunder, the purchaser agrees to pay the expense of searching the title for the purpose of such action, together with all costs and a reasonable attorney's fee.

*In Witness Whereof* the parties have signed and sealed this contract the day and year first above written.

_(signatures)_    (Seal)

STATE OF WASHINGTON,
County of _____

On this ____ day of _____, 19__, before me personally appeared
_____ who executed the within instrument as Attorney in fact for _____ and acknowledged to me that he signed and sealed the same as his free and voluntary act and deed as attorney in fact for _____ for the uses and purposes therein mentioned, and on oath stated that the power of attorney authorizing the execution of this instrument has not been revoked and that the said _____ is now living, and is not insane.

Given under my hand and official seal the day and year above written.
(Seal)

_____ (Signature)

_____ ACKNOWLEDGMENT—ATTORNEY IN FACT

The Honorable Ricardo Martinez

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

| | |
|---|---|
| 9   KENNETH FLEMING and JOHN DOE, | No.  04-2338 RSM |
| 10           Plaintiffs,<br>      v. | |
| 11 | **DEFENDANTS' DISCLOSURE** |
| 12   THE CORPORATION OF THE<br>PRESIDENT OF THE CHURCH OF<br>JESUS CHRIST OF LATTER-DAY | **OF EXPERT WITNESSES**<br>**PURSUANT TO FRCP 26(a)(2)** |
| 13   SAINTS, a Utah corporation sole, a/k/a<br>"MORMON CHURCH"; LDS SOCIAL | |
| 14   SERVICES a/k/a LDS FAMILY SERVICES,<br>a Utah corporation, | |
| 15 | |
| 16           Defendants. | |

17

18       COME NOW defendants Corporation of the President of The Church of Jesus

19 Christ of Latter-day Saints and LDS Social Services, pursuant to FRCP 26(a)(2)(A) and

20 (B), disclose the following expert witnesses and attach hereto the written reports of said

21 experts.

22

23

DEFENDANTS' DISCLOSURE OF EXPERT
WITNESSES-- 1
No. CV04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Expert Witness Disclosure.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Exhibit 2 Page 6

 

1      1.      Irwin S. Dreiblatt PhD
               Clinical and Forensic Psychologist
2              Certified Sex Offender Treatment Provider
               1001 Broadway, Suite 315
3              Seattle WA  98122

4      Attached hereto is a copy of the report prepared by Dr. Dreiblatt, as well as

5  Dr. Dreiblatt's *curriculum vitae.*

6      2.      Csaba Hegyvary PhD
               Psychiatrist
7              901 Boren Avenue, Suite 1020
               Seattle, WA  98104

8
       A written report from Dr. Hegyvary has not been attached nor has one been
9
  prepared.  The plaintiffs, in their Initial Disclosures pursuant to FRCP 26(a)(1), did not
10
  disclose any expert witnesses.  Similarly, the plaintiffs, in response to defendants'
11
  interrogatories (particularly, Interrogatory No. 13), did not disclose any experts
12
  witnesses.  The defendants anticipate that Dr. Csaba Hegyvary will, upon completion of
13
  all discovery and a review of any reports and testing proffered by the plaintiffs, testify
14
  giving his opinion concerning the interpretation and validity of such testing and/or
15
  conclusions by plaintiffs' experts, if any.  Although Dr. Hegyvary's testimony will, to a
16
  large degree, be in the nature of rebuttal testimony and thus not required to be
17
  disclosed under this Rule, he may also include his own opinions garnered from a review
18
  of the testing and depositions of plaintiffs, once they are completed.
19
  DATED:  September 7, 2005              STAFFORD FREY COOPER
20

21                                       By:_____
                                            Thomas D. Frey, WSBA #1908
22                                          Marcus B. Nash, WSBA #14471
                                            Attorneys for Defendant COP
23

DEFENDANTS' DISCLOSURE OF EXPERT              STAFFORD FREY COOPER
WITNESSES-- 2
No. CV04-2338 RSM                             PROFESSIONAL CORPORATION
U:\Clients\7586\25226\Pleadings\PLD Expert Witness Disclosure.doc      601 Union Street, Suite 3100
                                              Seattle WA 98101.1374
                                              TEL 206.623.9900 FAX 206.624.6885

Exhibit Page 7

1

## CERTIFICATE OF SERVICE

2

3

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below true and correct copies of *Defendants' Disclosure of Expert Witnesses* on the following individuals:

4

5

6

7

8

9

| Michael T. Pfau<br>Gordon Thomas Honeywell<br>Malanca Peterson & Daheim<br>600 University Street, Suite 2100<br>Seattle, WA 98101-4185 | *Co-Counsel for Plaintiffs* | [ ] Via Facsimile<br>[ ] Via Mail<br>[X] Via Messenger |

10

11

| Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff<br>600 University Street, Suite 2100<br>Seattle, WA 98101 | *Co-Counsel for Plaintiffs* | [ ] Via Facsimile<br>[ ] Via Mail<br>[X] Via Messenger |

12

13

DATED this 7th day of September, 2005, at Seattle, Washington.

14

15

Mary Ann Jarrett

16

17

18

19

20

21

22

23

DEFENDANTS' DISCLOSURE OF EXPERT
WITNESSES-- 3
No. CV04-2338 RSM
U:\Clients\7566\25226\Pleadings\PLD Expert Witness Disclosure.doc

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

Exhibit 2    Page 8



**IRWIN S. DREIBLATT, Ph.D.**

*Clinical Psychology*

1001 Broadway, Suite 315
Seattle, Washington 98122
Telephone: (206) 323-0905
Facsimile: (206) 323-3687

## REPORT OF FINDINGS AND OPINIONS RENDERED IN THE CASE OF FLEMING ET AL V CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
### September 2, 2005

This report is the summarization of my findings regarding this case and the opinions I have reached, thus far, as a result of this review. This document does not represent all of my opinions in this matter in that the discovery process is just beginning. In this matter, I have been retained by the firm of Stafford, Frey, Cooper, the attorneys representing the Church of Jesus of Latter-Day Saints (LDS).

### CREDENTIALS AND EXPERIENCE

I am licensed both as Psychologist and a Certified Sex Offender Treatment Provider (CSOTP) in Washington State. The credential CSOTP is a specialty certification mandated by state statute. This statute permits qualified mental health professionals to work with certain felony criminal cases involving court disposition of sex offenders. This specialty certification requires licensure as a mental health provider, extensive specialized experience with sex offenders, specialized training and passage of a comprehensive written examination. During the initial implementation of this statute, this psychologist was appointed to the State's Advisory Committee as a provider member. The Advisory Committee assisted the Department of Health in implementing this statute and established Standards of Practice for Providers. I was Chair of the committee for developing professional and ethical standards of practices that were placed into effect by rule.

The major specialty of my independent practice of psychology involves working with sexual misconduct cases. I am widely acknowledged as an expert in that realm and have been one of the pioneer providers in working with sexual misconduct cases. I have conducted evaluations of sex offenders and other individuals where there has been concern about sexual misconduct and treated individuals who have engaged in sexual misconduct. In addition, I have provided consultation and/or supervision for other mental health professionals and sex offender providers. This has included consultation to organizations who interface with sexual misconduct problems. I have taught courses for mental health providers, sex offender providers, correctional personnel and program administrators. A subspecialty has evolved working with professional helpers who have engaged in sexual misconduct. In that particular role, I have evaluated and treated health

Exhibit 2 Page 9

care providers, teachers, youth workers, clergy and other professionals who have engaged in sexual misconduct. I have provided training and consultation to health care boards in various states, school districts, youth agencies, and church organizations. This work involved consultation with youth oriented agencies about screening and training their volunteer and/or staff. I have treated more than 750 sexual misconduct cases and evaluated approximately 1200 sexual misconduct cases during the 40 years I have worked with sex offenders and sexual misconduct issues. A copy of my curriculum vitae is attached.

## FINDINGS AND OPINIONS

The law firm of Stafford Frey Cooper retained my services in May, 2005 concerning this case (Fleming vs LDS). They asked that I address and opine regarding the following questions.

**QUESTION 1:** What was the state of knowledge in the professional community concerning child sexual abuse of male victims by professional and volunteer staff during the late 1960s and 1970s? It was requested that special attention be given to youth workers; that is, individuals employed to serve youth, those who volunteer for youth activities, and individuals who conduct church activities for youngsters. Such individuals might work as teachers, coaches and advisors of children. It was further requested that the state of knowledge during that period of time be compared to the state of knowledge which presently exists.

### DISCUSSION AND OPINIONS REGARDING QUESTION 1

Given the present heightened public and professional awareness of the risks of sexual abuse to children by those who work with youth, it might be difficult to comprehend that during the period of 1965 through 1980, there was little awareness by the public and professional community about the extent of child sexual abuse in this country (Groth, 1978; Finkelhor, 1985, 1988). There was even less awareness and knowledge regarding the sexual abuse of children by youth and church workers. Although sexual abuse of children has occurred for many centuries, public concern about this problem is a relatively recent phenomenon. Sexual abuse has come into focus as an important issue for child protection since the middle 1970s (Finkelhor, 1988). The statistics indicate that in 1975, there were approximately 7000 cases of child sexual abuse reported in this country. However, by 1985, there were 120,000 such cases reported. The growth in awareness and reporting during this period is startling. During the early 1970s, the incidence of child sexual abuse was still considered rare by many. Although some early research (prior to 1970) had shown that the occurrence of child sexual abuse may not have been as rare as believed, for a variety of reasons, this data was not given much public attention or weight (Finkelhor, 1986).

Exhibit 2 Page 10

The initial concerns regarding child abuse as a national problem were raised in reports such as the Kempe Report in 1968, and the American Humane Report in 1969. Following these early reports, gradually a national movement began to build in response. States began establishing mandatory reporting statutes concerning the abuse and neglect of children to include child sexual abuse. For example, in the State of Washington the first child abuse and neglect statute was passed in 1969. However, the mandatory reporting provisions of the statute were not passed until 1971. In 1974, the passage of the Child Abuse Prevention and Treatment Act gave impetus to helping juvenile victims of sexual abuse. During the indexed period (1965 through 1980), there was professional awareness that pedophile or hebephiles (individuals with sexual desires and sexual behavior directed toward post-pubescent children) existed and that, on occasion, individuals who worked with juveniles sometimes were discovered to have taken advantage of the children with whom they worked. However, the extent of the problem and the specific risk that youth workers and other professional helpers could abuse children was not significantly discussed in the literature during that period. For example, although a major professional resource book of this period, Sex Offenders (Gebhard, et al, 1968), discusses paraphilias, homosexual pedophilia, and the then known qualities of pedophiles, there is no discussion of special risks involving youth workers or church workers as perpetrators. It is important to note that the use of term homosexual (pedophile) does not mean that the perpetrator's sexual orientation is homosexual, but reflects that the person preference is for male child victims. The approach to homosexual pedophilia adopted by Gebhard, et al is similar to that in other books and texts of this era which deal with sex offenders and sexual abusers of children. It is only much later in the 1980s that more specific concerns emerge regarding sexual abuse of male children by clergy, teachers, coaches and youth workers.

In the 1970s, there were very few professionals nationwide who dealt with sex offending and sex offenders on a specialized practice basis. There was no national organization for professionals specifically addressing sexual abuse and sexual offending. There was a very limited professional literature and research base concerning child sexual abuse. Most practitioners who evaluated sex offenders in the community lacked knowledge and specialized experience with these problems. During that period, most treatment of sex offenders was conducted in state institutions such as prisons and state hospitals. The sexual assault center/rape crisis movement was just appearing in the early 1970s and initially focused on providing service to adult, female rape victims. Almost no attention was given to child victims of sexual abuse. As an example, one of the first sexual assault centers in the United States was established in King County in Washington State in 1972. Initially, this Sexual Assault Center addressed the violent rape of adult victims and did not begin to deal with child sexual abuse until the mid-1970s. The Center gradually adopted a new focus on child victims of sexual abuse as they began to recognize the prominence and seriousness of the problems of child sexual abuse. Even then, the Center's attention was on victims





Fleming et al v LDS
September 2, 2005
Page 4 of 13

of incest rather than victims of sexual abuse by perpetrators outside of the family. It was only in the middle and late 1970s, as a result of data created by the mandatory reporting of child abuse and the efforts of the newly formed sexual assault movement, that the scope, magnitude and diversity of child sexual abuse became more fully appreciated. Finkelhor (1986) has reported that it was not until 1979 and later that the prevalence of child sexual abuse began to be seriously researched, reviewed and reported. It was during this period that some specialized providers began reporting more directly about their work with the sexual offender population. It was also during this period that books by Groth and Burgess (1978) and Finkelhor began identifying the scope and character of such abuse. However, even then, there continued to be little professional and public discussion of child sexual abuse specifically perpetrated by youth and church workers. It is noteworthy that the Safer Society (an organization developed for distributing information regarding perpetrators of sexual abuse) prepared its first book, <u>Retraining Adult Sex Offender (</u> Knopp) describing some beginning treatment programs for adult perpetrators in 1984.

During the 1980s, one began to see the public impact of high profile disclosures concerning child sexual abuse that occurred within agencies that served children. During the McMartin Case in California in 1982, disclosures regarding sexual abuse of children by clergy around 1984 and reports of sexual abuse by the staff and volunteers of high profile youth agencies began to focus a heightened concern on professional and volunteer caregivers of children. Research concerning sexual abuse of children by volunteer workers initiated in 1979, by Big Brothers/Big Sisters of America (B.B./B.S.A.) was summarized in articles by Donald Wolff in 1982, 1983, and 1986. Only during the mid-1980s did youth agencies begin to adequately understand the problem, map its dimensions, and recommend intervention strategies. During the latter half of the 1980s, as a result of this increased awareness of the extent of child sexual abuse and increasing disclosures regarding sexual abuse perpetrated by youth and church workers, organizations serving youth began to develop protocols for selection, training, youth awareness and youth protection. These protocols have become fairly sophisticated and have begun to define a standard of practice for youth services.

In summary, it is evident that from 1965 through the late 1970s, there was a minimum known about child sexual abuse within the context of youth and church organizations and little public and professional awareness of these issues. By contrast, presently there is a high level of awareness of this problem. Most states, youth agencies, and church denominations have now initiated a variety of interventions which are designed to identify individuals with a history of sexual offending and in general to attempt to screen out high risk individuals. In addition, some youth organizations utilize the training of staff, volunteers, youth recipients and their families in an attempt to prevent abuse. The structure of adult activities with youth has also been structured to reduce risk. Over the last 30



Fleming et al v LDS
September 2, 2005
Page 5 of 13

years, there has been a marked change in the way child sexual abuse is viewed
and addressed by youth and church agencies.

**QUESTION 2:**  What is professionally known about recognizing pedophiles or
sexual abusers of post-pubescent teenagers (hebephiles)?  What is the state of the
art about being able to screen or identify sexual abusers prior to employment or
engaging them as volunteers which would allow agencies or organizations to
screen potential employees or volunteers?  Is there an identifiable profile from
which pedophiles or other sexual abusers can be identified?

### DISCUSSION AND OPINIONS REGARDING QUESTION 2

Although professionally we can describe some of the modal qualities of
pedophiles and hebephiles, there is no published research which demonstrates an
ability to identify pedophiles and hebephiles or potential sexual offenders of
children independent of the knowledge that the individual has perpetrated sexual
offenses against juveniles.  There are no established standardized psychological
tests which purport to be able to identify child sexual abusers as distinct from
nonoffenders and no published research to support that such an endeavor is
presently possible.  There is one proprietary screening device, the Able Screen,
developed in 1994, which has purported some ability to identify child abusers.
However, the research data regarding this device has not been made sufficiently
available for professional scrutiny.   In his book, Nursery Crimes, David
Finklehor, et al (1988), summarizes the state of the field, at that point.  Finklehor
states, "We think the evidence from this study suggest that it is not feasible to
screen people for problems in their backgrounds and ferret out child molesters."
He further emphasizes another truism about sex offenders; they are very
heterogeneous.    That is, there are no defining characteristics that can be
dependably relied upon to identify sex offenders.  They have varying qualities,
backgrounds, and traits.   He further states, "The number of cases is truly
impressive in which perpetrators appeared to be very upstanding individuals who
made a good impression on parents and licensors and who had nothing
noteworthy in their background."  His statements made in 1988 reflect the state of
the art today as well.  Donald Wolff in his work for B.B./B.S.A. echoes that,
"There is no satisfactory profile of the potential child molester."  There is a
professional consensus that sex abusers cannot be identified in the absence of
knowledge of their offending. One might be able to identify high risk behaviors
in which an individual is engaging, but not be able to determine as fact that they
are an abuser or potential abuser.   Screening potential volunteers or staff youth
workers is not a simple matter and cannot be accomplished by a simple formula.

In general, we find child abusers to be very varied in terms of background,
socioeconomic status, vocation, marital status, personality and psychiatric
condition.  Although it has been sometimes stated that child abusers may have

Exhibit 2 Page 13

Case 2:04-cv-02338-RSM     Document 162     Filed 09/05/2006     Page 14 of 95

Fleming et al v LDS
September 2, 2005
Page 6 of 13

certain defined characteristics, e.g., they are more prone to have been victims of sexual abuse, such characteristics are not able to identify potential child abusers in an open population. The research regarding the generalization that child abusers have themselves been sexually abused is weak. Secondly, a very large number of nonoffenders have been sexually abused as children. If one used a criteria such as this to select youth workers, the approach would identify a very large number of nonoffenders as well as some offenders. That problem, known as the problem of false positives, renders any effort to identify child sexual offenders, in the absence of direct information of prior offending, as unreliable and unusable. It is considered to be professionally unethical to make a finding that someone is a sexual abuser without having direct evidence of sexual misconduct.

An alternative approach that has instead been adopted by those concerned with men who may perpetrate child sexual abuse involves utilizing some general characteristics of offenders as "red flags." That is, using some characteristics as indicators which could suggest the individual is in a higher risk group and warrants more thorough evaluation and investigation. The work done by Wolff for B.B.A./B.S.A., during the early 1980s (as summarized in a journal article by McCormick and Selvaggio, 1989), has identified some characteristics or "red flags" for their program and other youth programs. They suggest that candidates who are "flagged" require further investigation. These "flags" include, but are not limited to characteristics such as: (1) preference for child of a specific age; (2) the candidate indicating an interest in especially vulnerable or sexually abused children; (3) the applicant having a history of sexual abuse; (4) the applicant being overly active in the community of children and having many hobbies and interests that are appealing to children. Finkelhor (1986), who has reviewed the research regarding sexual abuse of children has proposed the theory that there are four necessary, but not sufficient conditions for a person to become a molester. These factors include *Emotional Congruence* which includes emotional immaturity, low self-esteem and poor peer social relationships; *Sexual Arousal to Juveniles*; *Blockage*, which involves disturbances in adult sexual relationships; and *Disinhibition* which can be affected by substance use, poor impulse control, and other factors. Again, Finkelhor urges that the presence of these qualities cannot by themselves be predictive of sexual offending of children, but should be used as red flags warranting further investigation. Characteristics such as sexual preference (homosexuality vs heterosexuality), marital status, and church affiliation have not been found to be strong indicators that a person has or will perpetrate child abuse. It is noteworthy that as reported by Swanson (1968) 48% of the sexual abusers of boys were or had been previously married. Very few had any identifiable psychiatric pathology. Later research has generally been consistent with these earlier findings.

As one can see, all of the above described "so-called" characteristics of sex offenders would also be true of large numbers of non-offenders, and if used to select out candidates for staff or volunteer positions, would result in the exclusion

Exhibit 2 Page 14

of large numbers of nonoffenders. The result would be unacceptable and impractical. Again, because of the problem of false positives, these characteristics could not be used by themselves to appropriately exclude candidates. However, to screen using these and other factors which would allow more thorough investigation of the applicant is a very reasonable and prudent approach. It is important to note that the knowledge and research necessary to this "red flag" approach was not available until after 1979, nor was the described information published until 1982.

It is important to note in considering these matters that child molesters, albeit they operate in varied ways, are generally inclined to offend in ways that thwart detection. They select vulnerable children as victims who would be unlikely to report them. They often engage in a gradual grooming process that leaves the victims feeling an element of responsibility which generally deters reporting. Pedophiles and hebephiles often navigate towards position of trust and authority involving youngsters that put their behavior above reproach. In addition, they often subtly threaten the youngster to deter detection. Male victims have historically found it difficult to report sexual abuse because of role expectations, gender stereotypes, and other considerations. The enterprise of sex offending is almost always secretive. Spouses and family of perpetrators almost never know about the perpetrator's misconduct until they are caught. There are reasons why child molesters can offend within a church community and/or youth agency and remain undetected. The church and other youth agencies are felt to be a safe haven for children. Their staff or volunteers are given greater access to children than is normally afforded. The perpetrator is often vested with a position of authority and trust. It is only in the past 20 to 25 years that we have begun to see that churches and youth oriented organizations present some unique risks. Researchers have found that it is not easy to identify the sexual abuse of male juveniles. Professional interest in and research concerning the sexual abuse of male juveniles was late in coming (Finkelhor (1985) has been seen as seriously neglected in the professional literature and by the public (Burgess, 1985).

In summary, even with the current knowledge we possess, we are unable to identify potential child sexual abusers with sufficient specificity and sensitivity unless we have knowledge of past or present sexual offending. Any attempt to identify abusers without such information would result in an unacceptable level of false positives; that is, falsely identifying non offenders as perpetrators or potential perpetrators. Research regarding recidivism by child sexual abusers demonstrates that facts about past offending are the reliable predictors. The state of the art today at best provides some characteristics descriptive of child sexual abusers which might "red flag" an individual for further careful investigation and inquiry.

Exhibit 2 Page 15

Fleming et al v LDS
September 2, 2005
Page 8 of 13

**QUESTION 3:** Based on the information made available to this psychologist regarding Jack LaHolt, was there information present which should have made clear to the LDS Church (or hypothetically to another youth organization) prior to 1972 that Mr. LaHolt was a pedophile or sexual abuser of post pubescent teenagers? Were the "red flags" or markers present which should have reasonably raised concerns about this man which the LDS Church ignored?

**DISCUSSION AND OPINIONS REGARDING QUESTION 3**

This expert has formed no opinions as yet regarding Question 3, since the discovery process is just beginning and there is presently insufficient information to form an opinion.

**QUESTION 4:** Was there a standard of practice in youth and church youth agencies for the screening of potential employees and volunteers regarding potential sexual abuse of children during the period in question?

**RESPONSES AND OPINIONS REGARDING QUESTION 4**

Given review of this matter, it is my opinion that there was no identifiable standard of practice for church and other youth agencies for the screening and selection of youth workers whether they be paid or volunteer during the period in question. It is evident that youth and church organization knew (or should have known) that on occasion youth workers did commit sexual abuse of children. However, for the most part, this was seen as an aberration rather than an ongoing system problem. Generally speaking, church related organizations have always found it difficult to consider that devout members of their denomination might sexually abuse children while serving the church. However, nonchurch youth organizations also have had difficulty believing that individuals dedicated to children could abuse them. It is important to recall that during the period of concern, there was little public appreciation for the problem of child sexual abuse and asking potential volunteer or employees highly intrusive and painful questions was not acceptable or tenable. Moreover, during this period, there was neither sufficient information for adequate screening or selection nor established protocols for selection. Similarly, there were no established protocols for youth and family education regarding sexual abuse as exists today. Furthermore, there is no reported research or practice protocols available before 1978 which would have given direction to the LDS Church in screening their volunteer youth workers. All such positions in the LDS Church are voluntary with the individual being "called" to that role by their bishop. Clearly, if a candidate was working with youth reported a history of perpetrating sexual abuse of children, it would have been the standard of practice at that time to exclude them from such work.

Fleming et al v LDS
September 2, 2005
Page 9 of 13

We have seen an increase in attention to national policy by youth organizations and churches regarding protecting youth from sexual abuse. These efforts began in the mid-1980s and continue to the present. There are presently more sophisticated protocols for screening youth workers and church personnel and protocols for attempting to insure protection of youth in programs. In addition, there are mandated criminal history checks, more intrusive selection processes, training of potential youth workers, training of the youth themselves and their families, and careful structuring of youth worker-juvenile activities. The focus is often on identifying "red flags" or markers which might suggest pedophilic/hebephilic interest, prior sexual misconduct or sexual deviance which would warrant further investigation. There is effort to encourage youth to report untoward behavior by volunteer staff. Much attention is given to prohibiting or limiting situations which might provide opportunity for improper sexual behavior. Effort is made to make such work unattractive to sexual abusers. Given the inclination of child sexual abusers to lie about their offending behavior, they are unlikely to disclose this history if unknown to the screeners. The problem remains that if one does not know about past offending, one cannot know the person is a sex offender or potential sex offender. Although the use of such protocols are not universal nor consistent from agency to agency, there is presently a standard of practice developing in youth agencies for dealing with the potential sexual abuse of children by staff and volunteers.

As did other organizations in the 1980s and 1990s, the LDS Church revised its information and policy regarding child sexual abuse and its directives to ecclesiastical leaders. The information provided to church leaders in **Child Abuse – Help for Ecclesiastical Leaders (1985)** and **Responding to Abuse – Help for Ecclesiastical Leaders** presents more realistic and up-to-date information about child sexual abuse committed by perpetrators and about victims. Directives for action are also provided. It is recommended that great care and discernment be taken in calling members to positions that affect the welfare of youth. LDS Church now requires that its Boy Scout program and Boy Scout leaders meet the requirements of the Boy Scouts of America. There has been an increased emphasis on dual (two person) responsibility, oversight, and supervision in youth programs. Furthermore, training for church workers, youth, and families regarding child abuse has been instituted.

In discussing standards of practices of institutions, it is important to recognize that evaluating sex offenders, and consulting to organizations regarding sexual abuse has become a very narrow professional specialty which has gradually developed during the past 40 years. During the period of concern, there were many providers who were not specialists and neither understood the professional literature or the assumptions necessary to make good decisions about sex offenders (Dreiblatt, 1982). Often during the 1970s and even the early 1980s, providers, who were otherwise competent, but did not have specialized knowledge about sex offenders, would advise agencies incorrectly about the risk

Exhibit_2_Page_17

offenders present and provide treatment to perpetrators that is presently known to be ineffective. Actual offenders when identified were often referred for treatment to providers lacking the necessary competence. Providers sometimes recommended perpetrators return to working in positions of trust and authority with youngsters because the professional believed that the individual was no longer at risk. Such well meaning action at the time was based on a lack of adequate knowledge in the field and sometimes had disastrous results. It has become increasingly apparent that providers who work with sexual abusers must have very specialized knowledge and a high level of skill to do their work competently. The CSOTP statute passed in Washington State in 1990, (previously discussed) is a direct result of criminal justice and legislative systems becoming aware of the risk of using nonspecialist providers and the need to regulate those who participate as providers in the legal process in working with sex offenders. Although this credential was specifically created to work with the criminal courts in Washington State, it is utilized in other arenas to identify competence in this field.

It is clear that during the 1970s and into the early 1980s organizations serving youth had difficulty in effectively dealing with child sexual abuse by staff and volunteers in part because there was insufficient knowledge and research available.

## INFORMATION UTILIZED IN THIS REPORT

To address the questions presented in this case and in arriving at the opinions stated, this psychologist relied on the following specific information in addition to literature reviews conducted and his professional experience and expertise:

Case material provided by the law firm, Stafford, Frey, Cooper, which includes:

Amended Complaint of Kenneth Fleming, John Doe, RK and TD, dated April 28, 2005.

Deposition of James Allenbach, Fleming et al vs LDS, dated July 20, 2005

Deposition of Kenneth Fleming, Fleming et al vs LDS, dated July 20, 2005.

Defendant COP's First Interrogatories to Plaintiff TD, Fleming et al vs LDS, May 13, 2005.

Defendant COP's First Interrogatories to Plaintiff JD, Fleming et al vs LDS, May 5, 2005.


Exhibit __2__ Page __18__

Fleming et al v LDS
September 2, 2005
Page 11 of 13

Defendant COP's First Interrogatories to Plaintiff KF, Fleming et al vs LDS, July 19, 2005.

Defendant COP's First Interrogatories to Plaintiff RK, Fleming et al vs LDS, May 13, 2005.

Deposition of Doris Kelly, Fleming et al vs LDS, dated March 2, 2005.

This psychologist has conducted, or had conducted on his behalf, literature searches with special attention to child sexual abuse in general, as well as sexual abuse within church and youth agencies for the periods of time pertinent to this case. Journal articles and books specifically relied upon have their title pages attached to this report.

In addition, in preparing this information base this psychologist has in the past spoken with staff and/or administrators from various youth service agencies including Big Brothers/Big Sisters of America, Boy Scouts of America, and Casey Family Program, National Office. In addition, he has conferred with staff from agencies which address child sexual abuse including: The Director and Research Director of the Sexual Assault Center of King County and the Executive Director of the Center for Prevention of Domestic and Sexual Violence, Seattle, WA. I have also spoken with Marcus Nash of Stafford, Frey, Cooper who was a Stake President in the LDS Church as to practices in the church regarding youth work.

## DEPOSITIONS AND EXPERT TESTIMONY DURING THE PAST FOUR YEARS (2001 to present)

I have made a reasonable effort to identify the depositions in which I have participated and the expert testimony provided during this period.

| April 21, 2001 | Expert testimony at trial; Alaska v Grandstaff This was a criminal trial involving allegations of physician sexual misconduct. Expert for the State |
|---|---|
| October 17, 2001 | Video taped expert testimony Matter involved the custody and protection of two minor children. Testified on behalf of the firm of Resick, Hansen and Follis, Bellingham, WA |

Exhibit __2__ Page __19__

Fleming et al v LDS
September 2, 2005
Page 12 of 13

| | |
|---|---|
| February 20, 2002<br>June 16, 2002 | Deposition: Bartell-Heinricher v Washington<br>Expert testimony at trial:    Bartell-Heinricher v Washington<br>Testified regarding decisions made by the State of Washington.<br>Expert for the State |
| May 3, 2002 | Deposition Testimony:  Washington v Fox<br>Testified regarding whether Mr. Fox met the criteria as a Sexually Violent Predator.<br>Expert for the State |
| January 31, 2003 | Department of Health Charges re Masters<br>Case review and expert testimony at administrative court hearing regarding safety to practice as a Counselor.<br>Expert for the Department of Health |
| September 15, 2003 | Washington v Donaghe<br>Expert testimony regarding a determination of Sexually Violent Predator.<br>Expert for the State |
| April 13, 2004 | Department of Health Charges re Chard<br>Involved case review and expert testimony at the administrative court hearing regarding safety to practice as a Counselor.<br>Expert for the Department of Health |
| August 11, 2004 | Department of Health Charges re Walker<br>Involved case review and expert testimony at the administrative court hearing regarding safety to practice as a Radiology Technician.<br>Expert for the Department of Health |

Fleming et al v LDS
September 2, 2005
Page 13 of 13

## PROFESSIONAL FEES

My professional fee for reviewing the case material, conducting research, preparation of reports and consultation with attorneys is $225.00 per hour.

My professional fee for preparation and expert testimony at depositions and at trial is $300.00 per hour.

Thus far, I have billed Stafford, Frey, Cooper for 4.2 hours ($945.00) for review of case materials. Approximately 14 hours ($3150.00) of additional professional time has been expended in reviewing materials, literature search, consulting with the attorney and report preparation for this case; however, the billing has not yet been submitted

Irwin S. Dreiblatt, Ph.D.
Clinical and Forensic Psychology
Certified Sex Offender Treatment Provider

attachments

Exhibit 2 Page 21

## IRWIN S. DREIBLATT, Ph.D.

*Clinical Psychology*

1001 Broadway, Suite 315
Seattle, Washington 98122
Telephone: (206) 323-0905
Facsimile: (206) 323-3687

## CURRICULUM VITAE

**NAME:**          Irwin S. Dreiblatt, Ph.D.
**BIRTHDATE:**     May 23, 1936

## EDUCATION:

| | |
|---|---|
| 1957 | **Bachelor's of Art, Secondary Education**<br>University of Denver |
| 1961 | **Master's of Art, Psychology**<br>University of Colorado |
| 1962 | **Doctorate of Philosophy, Clinical Psychology**<br>University of Colorado |

## PREDOCTORAL INTERNSHIP:

1959 - 1962          **Veterans Administration Clinical Psychology Trainee,** V. A. Hospitals at Denver and Fort Lyon, Colorado.  (Equivalent to a two year, full-time internship.)

**LICENSURE:**          **Psychologist,** Washington State Board of Psychology Examiners, **License (#139),** 1965

**Certified Sex Offender Treatment Provider** Washington State (License #003), 1991

## CURRENT POSITIONS:

1968 - present          **Independent Practice of Clinical And Forensic Psychology,** Pacific Psychological Services, Seattle, Washington.

Exhibit 2 Page 22

Page 2
Curriculum Vitae
Irwin S. Dreiblatt, Ph.D.

| | |
|---|---|
| 1973 - present | **Clinical Associate Professor of Psychology and Behavioral Sciences,** University of Washington Medical School. |

## PRIOR PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 1986 - 1999 | **Consultant,** Sex Offender Program, King County, Washington, Juvenile Court Sex Offender Program. |
| 1980 - 1991 | **Consultant,** Sexual Offender and Mentally Ill Offender Programs, Western State Hospital, Fort Steilacoom, Washington. |
| 1980 - 1988 | **Faculty,** Law and Justice Training Institute, Vancouver, British Columbia. |
| 1977 - 1990 | **Faculty,** Law and Justice Training Commission, State of Washington. |
| 1976 - 1983 | **Consultant,** Echo Glen Children's Center, Snoqualmie, Washington. |
| 1968 - 1983 | **Consultant,** Juvenile Parole Services, Region IV, State of Washington. |
| 1969 - 1980 | **Consultant,** Seattle Children's Home, Seattle, Washington. |
| 1969 - 1973 | **Consultant,** Casey Family Program for Children, Seattle, Washington. |
| 1969 - 1970 | **Consultant,** Children's Home Society of Washington, Seattle, Washington. |
| 1969 - 1970 | **Consultant,** Title VIII Program, Seattle Public Schools, Madrona School, Seattle, Washington. |
| 1969 - 1970 | **Consultant,** Garfield High School, Seattle, Washington. |
| 1968 - 1980 | **Consultant,** Center for Psychological Services and Training, University of Washington, Seattle, Washington. |
| 1968 - 1989 | **Affiliate Associate Professor of Psychology,** University of Washington, Seattle, Washington. |

Exhibit 2 Page 23

Page 3
Curriculum Vitae
Irwin S. Dreiblatt, Ph.D.

| | |
|---|---|
| 1967 - 1970 | **Consultant**, Central Area Mental Health Center, Seattle, Washington. **Chief Consultant**, 1969 - 1970. |
| 1965 - 1968 | **Chief Psychologist**, Community Psychiatric Clinic, Seattle, Washington. |
| 1964 - 1965 | **Psychological Consultant**, Eastern Health District, Mental Hygiene Clinic, Baltimore, Maryland. |
| 1962 - 1964 | **Psychological Consultant**, Mental Hygiene Consultation Service, Aberdeen Proving Grounds Army Hospital, Aberdeen, Maryland. |
| 1962 - 1965 | **Staff Psychologist**, Veterans Administration Hospital, Perry Point, Maryland. |
| 1960 - 1961 | **Teaching Assistant**, University of Colorado, Boulder, Colorado. |

## PROFESSIONAL APPOINTMENTS AND AFFILIATIONS:

Member, American Psychological Association

Member, Washington State Psychological Association

Member, Association for the Treatment of Sexual Abusers

Member Washington State Chapter, ATSA

## AWARDS:

**Phillip Russell Memorial Achievement Award**, 1999.
Washington Association for Sexual Abusers

**Distinguished Psychologist Award**, 1980.
Washington State Psychological Association

**Distinguished Citizens Award**, 1980.
Washington Correctional Association

Exhibit 2 Page 24

Page 4
Curriculum Vitae
Irwin S. Dreiblatt, Ph.D.


## PUBLICATIONS AND PAPERS:

Dreiblatt, I.S. and Weatherly, D.A., An Evaluation of the Efficacy of Brief Contact Therapy with Hospitalized Psychiatric Patients. Journal of Consulting Psychology, 1965, Vol. 29, pgs. 513-519.

Zaro, J., Barach, R., Nedelman, D., and Dreiblatt, I.S., A Guide for Beginning Psychotherapists. New York: Cambridge University Press, 1977.

Dreiblatt, I.S., "Issues in the Evaluation of the Sex Offender", presented to Washington State Psychological Association, May 1982. Unpublished.

Dreiblatt, I.S., "Health Care Providers and Sexual Misconduct," presented to the annual meeting of the Federation of State Medical Boards of the United States, April 1991. Published in Federation Bulletin, January 1992, pgs. 8-14.


## WORKSHOPS AND SEMINARS:

Dr. Dreiblatt has presented numerous workshops, seminars and presentations in the Northwestern United States and Western Canada concerning the evaluation and treatment of adult and adolescent sex offenders, and forensic psychology. Recipient organizations have included:

> Association of Medical Board Administrators
>
> American Prosecutors Research Institute
>
> Washington State Medical Quality Assurance Commission
>
> Washington State Department of Licensing
>
> Washington State Board of Chiropractic
>
> Nevada State Medical Examining Board
>
> Washington Misdemeanant Court Association
>
> Washington Correctional Association

Exhibit 2 Page 25

Page 5
Curriculum Vitae
Irwin S. Dreiblatt, Ph.D.


Western State Hospital (Washington State)

National Association of Counsel for Children

University of Saskatchewan, Canada

University of Colorado

Justice Institute of British Columbia, Canada

State of Idaho Department of Social and Health Services
Warm Springs Center, Boise, Idaho

Pacific Northwest Juvenile Sex Offense Network Intervention Network

King County Chapter, Washington State Psychiatric Association

Washington State Department of Corrections

Washington Board of Psychology Examiners

Washington State Psychological Association

Special Commitment Center, Dept. of Social and Health Services,
Washington State

Department of Health, State of Washington

Association for the Treatment of Sex Abusers

Washington State Chapter of Association for Treatment of Sexual Abusers

Washington Sex Offense Specialists Association

08/05

Exhibit 2 Page 26

**Eli H. Newberger, M.D.**
92 Evans Road
Brookline, MA 02445
Telephone 617-232-7908
Email: newberge@massmed.org
FAX 617-731-1897

October 5, 2005

Michael T. Pfau, Esq.
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

Re: **Fleming v. LDS**

Dear Mr. Pfau:

In anticipation of my service as a rebuttal witness in the above-captioned matter, I write to express my views of the document entitled "Report of Findings and Opinions Rendered In the Case of Fleming et al v Church of Jesus Christ of Latter-Day Saints," dated September 2, 2005, by Irwin S. Dreiblatt, Ph.D.

This document represents in my opinion an impoverished knowledge and manifestly inaccurate set of responses to three of the four questions posed to him by the law firm of Stafford Frey Cooper:

1. "What was the state of knowledge in the professional community concerning child sexual abuse of male victims by professional and volunteer staff during the late 1960's and 1970's,"

2. "What is professionally known about recognizing pedophiles or sexual abusers of post-pubescent teenagers (hebephiles)?"

3. "Based on the information made available to this psychologist regarding Jack LaHolt, was there information present which should have made clear to the LDS Church (or hypothetically to another youth organization ) prior to 1972 that Mr. LaHolt was a pedophile or sexual abuser of post pubescent teenagers?" (No opinions were "formed yet" by Dr. Dreiblatt in response to this question.)

4. "Was there a standard of practice in youth and church youth agencies for the screening of potential employees and volunteers regarding potential sexual abuse of children during the period in question?"

Exhibit _3_ Page_27_

On page 3 of Dr. Dreiblatt's report, he makes reference inaccurately to the "Kempe Report" of 1968 that raised "initial concerns about child abuse as a national problem." In 1962, the year I began medical school, C. Henry Kempe and his colleagues published their influential article, "The Battered Child Syndrome," in the Journal of the American Medical Association. The article provoked a wave of editorial concern in professional and lay media and was directly responsible for the convening of an expert panel by the U.S. Children's Bureau, the lead agency for children in the federal government. This culminated in the drafting of a model child abuse law that was adopted by every state, with small nuances from state to state, by 1965.

Sexual abuse of children was included in the mandated reports of suspected abuse by physicians and other human service workers, who were required to break the confidentiality strictures of their professions in transmitting information about specific children to welfare and/or criminal justice agencies. Six to seven thousand cases of abuse were reported annually in 1966 and 1967 and analyzed by Professor David Gil of Brandeis University. His book on this federally-funded study, "Violence Against Children," was published by Harvard University Press in 1970.

I personally became involved in the field in 1970, when I organized the first child protection team at Boston Children's Hospital. I have worked continually in this field since then, as a clinician, researcher, and teacher from my base at Harvard Medical School. (Most recently I gave one of the opening keynote addresses at the April, 2005 national conference on child abuse, and I will be discussing my work later this month in the opening session of the White House Conference on Helping America's Youth, convened by First Lady Laura Bush.)

From the beginning, my colleagues and I identified and examined cases of child sexual abuse and reported them as Massachusetts law required. When in 1973 President Richard Nixon signed the Child Abuse Prevention and Treatment Act, authored by Senator Walter Mondale, that set up in the U.S. Department of Health Education and Welfare the National Center on Child Abuse and Neglect, I was selected as one of the first six public members of the interagency advisory board that guided the center.

I also served on the American Bar Association's Juvenile Justice Standards Project commission, chartered and funded by the National Center at its inception, to update the child abuse reporting laws in keeping with advancing knowledge in the field. As a condition of receiving its share of the 20 million dollar National Center budget, each state was required to adjust its child abuse reporting statutes to the ABA model. This was done. Sexual abuse of children was included in the revised statutes were passed by every the state around 1975.

I also served as an advisor and as a "trainer of trainers" in the initiative, begun at the time of the founding of the National Center and administered under a federal contract by the American Humane Association. Sexual abuse of children was included in this effort to upgrade professional practice, featuring a systematic effort to communicate the burden of clinical experience and research, assembled over the preceding decades, to practitioners

2

Exhibit 3  Page 28

in every sector, from medicine to social welfare to mental health to police and to the judiciary.

This clinical experience included the vulnerability of male adolescents to sexual exploitation by pedophiles (although the name hebephiles was never used, to my knowledge, and has only emerged since 2000 in association with the sexual abuse scandal in the Roman Catholic church as a purportedly separate clinical entity, with different dynamics and the possibility of consent by youth to sexual relationships with adults; it has since been critically dissected in both the professional literature and by journalists and is rarely if ever used in respectable clinical circles.)

Knowledge then and now was not perfect, but Dr. Dreiblatt mischaracterizes the growth of professional awareness and action and the timing of key events, including the legislative history, the emergence of literature, and the responses of national organizations concerned with the care and protection of children.

With regard to the latter, national organizations that addressed child sexual abuse in their meetings and journals since the early 1960's and early 1970's included the American Orthopsychiatric Association (that I served as President in 1991-92), the Child Welfare League of America, the American Medical Association, the American Psychiatric Association, the American Bar Association, and the American Academy of Pediatrics. Dr. Dreiblatt's arguments on page 3 that "there were very few professional nationwide who dealt with sex offending and sex offenders on a specialized practice basis" and "there was no national organization for professionals specifically addressing sexual abuse and sexual offending" are supremely irrelevant to the issue at hand.

What is of importance, and is obvious, is that many youth-serving organizations by the early and middle 1970's, in response to growing knowledge, media reports, and training and consultation by professionals like me, were taking active steps to protect children from pedophiles by screening prospective volunteers (the Big Brother Association and Boys' Clubs of America, for example), reporting offenders to criminal justice and social welfare agencies (the constituent agencies of the Child Welfare League), and developing guidelines and standards for professional practice in accord with the canons of professional ethics (Family Service Association of America, Catholic Charitable Bureaus, Jewish Family and Children's Services, and the Child Welfare League, that in 1977 together formed a joint standard-setting and accreditation body, the Council on Accreditation of Services for Children and Families, on which I served as the first physician trustee in the early 1990's).

Dr. Dreiblatt's assertion on page 4 "Only during the mid-1980's did youth agencies begin to adequately understand the problem, map its dimensions, and recommend intervention strategies" is wrong. I know, because I was consulting to many of these agencies, receiving individual referral evaluations in my outpatient clinic at Boston Children's Hospital, addressing their conferences and training sessions, and, beginning in 1979, establishing and directing the federally-funded program, Interdisciplinary Research Training on Family Violence, at Boston Children's Hospital, that included conducting

Exhibit _3_ Page _29_

annual national conferences, open to practitioners in all the disciplines and specialties, through the Department of Continuing Education at Harvard Medical School.

Dr. Dreiblatt's assertion in the last paragraph of page 4 "In summary, it is evident that from 1965 through the late 1970s there was a minimum known about child sexual abuse within the context of youth and church organizations and little public and professional awareness of these issues" is unsupported by the facts as I know them.

Simply because there are few psychological indicators or tests to identify "pedophiles and hebephiles" does not, as Dr. Dreiblatt argues, restrict the ability of intelligent and thoughtful professionals and agencies to screen out offenders from work with children. This is, in fact, the main point of the guidance that I and others have given youth-serving agencies and professionals for more than three decades. They should use their heads, rid themselves of denial, resist succumbing to the politics of friendship, social status, and community status when pursuing references about past work with children, diligently attend to abuse disclosures by children by sympathetically interviewing alleged victims, making mandatory reports of suspected abuse to the proper agencies, and pursuing other possible victims of the alleged perpetrator(s), make home visits to look for pedophilic artifacts and memorabilia, and examine critically any long history of volunteer work with children.

Dr. Dreiblatt's discussion of the use and misuse of "red flags" on pages 6 and 7 strikes me as inappropriately focused on ambiguous psychological phenomena. Detecting pedophiles, in my opinion, is not rocket science, and I disagree strongly with the statement in the middle of page 7 that "It is only in the past 20 to 25 years that we have begun to see that churches and youth oriented organizations present some unique risks."

To the contrary, I argue. It is only in the past 20 to 25 years that a small number of churches and their corresponding youth organizations have been exposed as hotbeds of pedophilia, organizations that have ignored developing knowledge and legal requirements for action to protect children in order both to protect offending clerics and leaders from prosecution and even to enable their victimizing behavior. I count prominently among these institutions the LDS church, and the youth organizations, Boy Scout troops, and other youth-serving institutions affiliated with it.

This same critical perspective invalidates, in my opinion, the justifying of inaction on the part of the LDS church on pages eight and nine of Dr. Dreiblatt's document.

Finally, regarding his "narrow professional specialty which has gradually developed during the past 40 years," the focus on the internal psychological dynamics of the individuals who sit before them and away from the risks that they present to children and society, not infrequently leads specialists like Dr. Dreiblatt to ethical and practical confusion. When the evaluative and treatment focus is on the perpetrator, the interests and protective needs of victimized children may be subordinated.

Exhibit 3 Page 30

I attach to this letter a copy of my curriculum vitae in order to give you a sense of my professional work in this field.

I also attach to this letter a list of cases in which I have given trial or deposition testimony in the last five years.

My billing rates are $450.00 per hour, or, if consultation or testimony is required outside of Massachusetts, $7500.00 per day, plus expenses. In the present matter, in the preparation of this report, I have spent 10.25 hours.

Please do not hesitate to contact me if there is further information or interpretation that I can provide.

Sincerely,

Eli H. Newberger, M.D.
Senior Associate in Medicine
Boston Children's Hospital
Assistant Professor of Pediatrics
Harvard Medical School

5

Exhibit 3 Page 31

CURRICULUM VITAE

Eli H. Newberger

| | |
|---|---|
| Date Prepared: | November 26, 2003 |
| Office Address: | 92 Evans Road, Brookline, MA 02445 |
| Home Address: | same |
| e-mail | newberge@massmed.org    FAX: 617-731-1897 |

Place of Birth:    New York, New York

Education:

| | | |
|---|---|---|
| 1962 | B.A. | Yale College |
| 1966 | M.D. | Yale School of Medicine |
| 1972 | M.S. | Harvard School of Public Health (Epidemiology) |

Postdoctoral Training:

Internship and Residency

| | |
|---|---|
| 1966-1967 | Intern, Medicine, Yale-New Haven Hospital, New Haven |
| 1969-1972 | Assistant Resident, Pediatrics, Children's Hospital, Boston |

Licensure and Certification:

| | |
|---|---|
| 1970 | Massachusetts License Registration No. 33613 |
| 1973 | American Board of Pediatrics, Certificate No. 16639 |

Academic Appointments:

| | |
|---|---|
| 1972-1976 | Instructor in Pediatrics, Harvard Medical School |

10/7/2005

Exhibit 3 Page 32

Message

|  |  |
|---|---|
| 1976-<br>1976- | Lecturer on Maternal and Child Health, Harvard School of Public Health<br>Assistant Professor of Pediatrics, Harvard Medical School |

Hospital Appointments:

|  |  |
|---|---|
| 1971-1974 | Assistant in Medicine, Children's Hospital, Boston |
| 1974-1980 | Associate in Medicine, Children's Hospital, Boston |
| 1980- | Senior Associate in Medicine, Children's Hospital, Boston |

Other Professional Positions and Major Visiting Appointments:

|  |  |
|---|---|
| 1967-1969 | Peace Corps Physician, Upper Volta (Burkina Faso), West Africa |

Eli H. Newberger
Page 2

<u>Hospital and Health Care Organization Clinical Responsibilities:</u>

|  |  |
|---|---|
| 1971-2000 | Medical Director, Child Protection Program, Children's Hospital |
| 1972-2000 | Director, Family Development Program, Children's Hospital |
| 1996-2000 | Chair, Task Force on Medical Education, Working Group on Family |
| Violence |  |
| 1972-2000 | Attending Physician, Children's Hospital; inpatient and outpatient |
| teaching and |  |
|  | clinical supervision of Harvard Medical School students and Children's |
| Hospital |  |
|  | interns and residents |
| 1979-1997 | Director, Clinical Research Training Program on Family Violence, |
| Children's |  | Hospital (National Research Service Award, National |
| Institute of Mental Health) |  |

<u>Major Committee Assignments:</u>

<u>National and Regional</u>

|  |  |
|---|---|
| 1970-1973 | Governor's Committee on Child Abuse (<u>Chairman, Subcommittee on</u> |
| <u>Services</u>) |  |
| 1972-1980 | National Board of Advisors, Parents Anonymous |
| 1974-1975 | Advisory Committee, Model Child Abuse Reporting Law Project, |
| Juvenile |  |
|  | Justice Standards Project, American Bar Association |
| 1977-1980 | Advisory Committee on Protective Services, Massachusetts Department |
| of |  |
|  | Public Welfare |
| 1977-1980 | Policy Advisory Committee on Child Abuse and Neglect, Massachusetts |
| Office |  |
|  | for Children |
| 1978-1980 | Pediatric Task Force, Massachusetts Department of Public Health |
| 1979-1982 | Governor's Advisory Committee on Children and the Family (<u>Chairman,</u> |
|  | Subcommittee on Families in Crisis) |
| 1980-1982 | Public Member, Advisory Board, National Center on Child Abuse and |
| Neglect |  |
|  | Department of Health and Human Services |

10/7/2005

Exhibit 3 Page 33

Message

| 1981-1984 | Board of Directors, National Committee for the Prevention of Child Abuse |
| 1987-1989 | Child Protection Services Standards Committee, Child Welfare League of America |
| 1988 | Science Selection Committee, Bunting Institute, Radcliffe College |
| 1988-1992 | Fatality Review Committee, Human Resources Administration, New York City |
| 1988-1991 | Child Abuse Prevention Board, Commonwealth of Massachusetts |
| 1989-1994 | National Advisory Committee, National Data Archive on Child Abuse and Neglect, Cornell University |
| 1990-1994 | Injury Research Grant Review Committee, Centers for Disease Control, U.S. Public Health Service, Atlanta, Georgia |
| 1992-1998 | Standing Committee on Continuing Medical Education, Harvard Medical School |
| 1992-1993 | Governor's Commission on Foster Care, Commonwealth of Massachusetts |
| 1993-1998 | Board of Trustees, Council on Accreditation of Services for Families and Children |
| 1995-96 | President, Aesculapian Club, Harvard Medical School |
| 1995-98 | Member, Committee on the Assessment of Family Violence Interventions, National Research Council |

Eli H. Newberger
Page 3

### International

| 1973 | Africare Maternal and Child Health Field Survey Team, Diffa Department, Niger, West Africa |
| 1977-1978 | Multidonor Project Appraisal Mission, Lake Chad Basin Commission, United Nations Development Program, Chad, Niger, and Cameroon, West Africa |
| 1979 | Medical Research Appraisal Project, U.S. National Academy of Sciences, and Secretariat for Scientific and Technical Research, Government of Senegal, West Africa |
| 1980 | Africare Primary Health Care Planning Mission, Uganda, East Africa |
| 1980-1988 | Advisory Council, Defense for Children, Geneva |
| 1986 | Population Council Child Survival Planning Mission, Institute of Child Health, Lagos, Nigeria, West Africa |
| 1996 | Consultant, Child and Family Protection Center, Philippines General Hospital, Manila, Philippines |

### Professional Societies:

| 1974- | American Academy of Pediatrics |
| 1975- | American Orthopsychiatric Association (President, 1991-92) |
| 1976-1980 | Task Force on Child Abuse, American Academy of Pediatrics |
| 1976-1995 | Society for Epidemiologic Research |
| 1978-1982 | Committee on Social Policy, Society for Research in Child Development |
| 1980- | Society for Pediatric Research |
| 1981-1995 | American College of Epidemiology |
| 1981-1984 | Board of Directors, American Orthopsychiatric Association |
| 1982-1985 | Committee on Child Abuse, Council on Scientific Affairs, American Medical Association |
| 1982-1988 | Executive Council, International Society for the Prevention of Child Abuse and Neglect |
| 1987-1991 | Committee for Ethical Conduct in Child Development Research, Society for Research in Child Development |

Exhibit 3 Page 34

Message

| | |
|---|---|
| 1987- | American Pediatric Society |
| 1989-1992 | Vice Chair, Committee on Family Violence, American Medical Association |
| 1993- | Committee on Violence, Massachusetts Medical Society |

Community Service Related to Professional Work:

| | |
|---|---|
| 1971-1979 | Board of Directors, Parents' and Children's Services, Boston |
| 1973-1984 | Community Advisory Council, Junior League of Boston |
| 1975-1980 | Board of Directors, Brookline Mental Health Association |
| 1975-1990 | Advisory Board, Museum of the National Center for Afro-American Artists, |
| 1977- | Massachusetts Committee for Children and Youth (President, 1978-1997) |
| 1980-1997 | Pediatric Consultant, Gilday (Mission Hill) Child Care Center |
| 1983-1986 | Board of Overseers, Massachusetts Cultural EducationCollaborative |
| 1984-1986 | Committee on Infant Mortality, The Medical Foundation |
| | and Boston Department of Health and Hospitals |
| 1985-1994 | Advisory Board, Boston Institute for the Development of Infants and Parents |
| 1986-1995 | Committee on Health Delivery (Noonan Memorial Fund Grantee Selection |
| | Committee), The Medical Foundation, Boston |
| 1992- | Board of Overseers, Planned Parenthood League of Massachusetts |
| 1994- | Board of Overseers, New England Conservatory of Music |
| 1996- | Board of Directors, Boston Music Education Collaborative |
| 2001- | Board of Trustees, Berklee College of Music |

Eli H. Newberger
Page 4

Editorial Boards:

| | |
|---|---|
| 1963-1966 | Editorial Board, Yale Journal of Biology and Medicine |
| 1977-1985 | Editorial Board, Child Abuse and Neglect |
| 1977-1978 | Board of Consulting Editors, Monographs of the Society for Research in Child Development |
| 1984-1990 | Editorial Board, Victimology |
| 1985-1998 | Editorial Board, Journal of Interpersonal Violence |
| 1985-1998 | Editorial Board, Violence and Victims |
| 1985-1989 | Editorial Board, American Journal of Orthopsychiatry |
| 1987-1990 | Editorial Board, Book Series, Division of Child, Youth, and Family Services, American Psychological Association and University of Nebraska Press |
| 1990-1999 | Board of Governors, Family Violence Update |
| 1990-1993 | Editorial Board, Journal of Child Sexual Abuse |
| 1992-1999 | Editorial Board, Crisis Intervention and Time-Limited Treatment |

Awards and Honors:

| | |
|---|---|
| 1965 | Alpha Omega Alpha medical honorary society |
| 1969-1972 | Fellow, Career Development Program in Global Community Health, U.S. Public Health Service |
| 1976 | Annual Award for improvement of the welfare of children, Massachusetts Society for the Prevention of Cruelty to Children |
| 1985 | Helenka Adamowska Pantaleoni Award for the outstanding contribution to the betterment and welfare of children, Greater Boston Committee for UNICEF |
| 1985 | Commissioner's Award for outstanding contributions in the prevention of child abuse and neglect, U.S. Department of Health and Human Services, Administration for Children, Youth and Families |
| 1988 | Humanitarian Award, Massachusetts Psychological Association |

10/7/2005



Exhibit 3 Page 35

| 1992 | Award for Excellence for outstanding research in the infant-parent field, Boston Institute for the Development of Infants and Parents |
| 1992 abused | Community Achievement Award for outstanding efforts on behalf of children, B'nai B'rith Women of Massachusetts and the North East |
| Region 1998 | Gift of Safety Lifetime Achievement Award for Violence Prevention The LiveSafe Foundation (Impact Model Mugging) |
| 1999 | Richard L. Allard, DMD, Award for outstanding achievement in promoting the message of mandatory reporting of abuse and neglect within the dental community |
| 2000 | Martha May Eliot Award, Massachusetts Committee for Children |

Eli H. Newberger
Page 5

## Part II: Research, Teaching, and Clinical Contributions

### A. Narrative Report:

After an internship in internal medicine, I spent two years in West Africa as a Peace Corps Physician. In this period, my interests developed in pediatrics and in epidemiologic approaches to understanding family and social concomitants of adult and child health. I began in 1969 a three-year course of study in which I completed a residency in pediatrics and a master's degree in epidemiology. During this training, I became deeply involved in efforts to address the problem of child abuse, and I organized in 1970 the Children's Hospital's first child abuse consultation unit. Also in this period, I conceived the notion of an interdisciplinary research and clinical unit on family violence and in 1972 organized, with support from the federal Office of Child Development, the Family Development Study.

This project housed an epidemiologic study of pediatric social illness (child abuse, childhood injuries, failure to thrive, and childhood ingestions), a child abuse consultation team, a clinic (Family Development Clinic) in the Hospital's outpatient department, and a family advocacy program. Staffed by an interdisciplinary group of researchers and clinicians, it provided the setting from which to develop a number of research efforts and an institutional context in which could be explored and evaluated promising new clinical approaches in the family violence field. These include the AWAKE (Advocacy for Women and Children in Emergencies) Program which began in 1986. The first battered women's advocacy project at a pediatric hospital, AWAKE was conceived by a group of fellows and clinicians working in Family Development Clinic who had begun systematically to ask mothers of children referred for child abuse, child sexual abuse, and parental bonding assessments by family and juvenile courts, social welfare agencies, and medical and mental health personnel, about their current personal experiences with victimization. Under my guidance and with the consultation of local and national experts on programs for battered women, an intervention project was conceived which constructed a link with the battered women's service community.

10/7/2005


Exhibit 3 Page 36

My research has pushed the family violence field forward in many theoretical and practical areas, drawing attention in the 1970's to the confining nature of the prevailing psychopathological conceptions on the etiology of child abuse and to the greater utility of an investigative and clinical perspective focusing on family and social stresses; conducting the first systematic evaluation of interdisciplinary practice on child abuse; proposing and demonstrating in my research and clinical work the value of the so-called "ecological" approach to understanding child abuse and related problems of parents and children; identifying and documenting the connection between child abuse and woman abuse and stimulating the design of the above-noted AWAKE Program; examining the effectiveness of family violence interventions and the impacts of family violence on the health care system; and applying a life-span developmental analysis to the impacts of family violence.

Eli H. Newberger

Page 6

## B. Funding Information

| Years covered | Funding Source | Leadership Role | Grant Title |
|---|---|---|---|
| 1972-1977 | U.S. Children's Bureau | Principal Investigator | Study of Social Illness |
| 1979-1997 | N.I.H. | Principal Investigator | Clinical Research |
| Training on | | | |
| 1982-1985 | Childhelp U.S.A. | Co-Principal Inv. | Family Violence |
| Physical Abuse | | | Impact of Child |
| 1985-1990 | U.S. Children's Bureau, National Institute of Justice W.T. Grant Foundation\ | Co-Principal Inv. | Victim Recovery Study |
| 1989-1990 | Deborah Monroe Noonan Fund | Principal Inv. | Pregnant Woman |
| Abuse and | | | |
| | The Medical Foundation | | Adverse Birth |
| Outcome | | | |
| 1992-1994 | Robert Wood Johnson | Co-Principal Investigator | Health Care and Family |
| Violence | | | |
| | Foundation | | Field Project |

## C. Current Research Activities

Project

Development of Character in Children:
Biopsychosocial Risks in
Adolescence

Role

Principal Investigator

10/7/2005

Exhibit 3 Page 37

## D. Report of Teaching

| | |
|---|---|
| 1972-99 teaching and | Attending Physician, Children's Hospital; inpatient and outpatient |
| Hospital | clinical supervision of Harvard Medical School students and Children's |
| 1972-74 Health | interns and residents, and pediatric residents of Massachusetts General, on child abuse and neglect and family violence. This teaching included grand rounds on all the specialty services at Children's Hospital on a recurring basis to update the junior and senior staffs on recent advances in the field. Section Leader, Department of Epidemiology, Harvard School of Public |
| 1979-97 Children's | Director, Clinical Research Training Program on Family Violence, Hospital |
| 1981-95 perspective, | Director, Annual conferences on abuse and victimization in life-span |
| 1987-89 Medical | Department of Continuing Education, Harvard Medical School Tutor, Oliver Wendell Holmes Society (New Pathway Program), Harvard School |
| 1994-present Maternal and | Course on Social Services for Children and Families, Department of Child Health, Harvard School of Public Health |

-
-

-
-

Eli H. Newberger

Page 7

### Bibliography

<u>Original Reports</u>

1.    Newberger EH, Hagenbuch JJ, Ebeling NB, Colligan EP, Sheehan JS, McVeigh SH. Reducing the literal

and human cost of child abuse:  impact of a new hospital management system. Pediatrics 1973; 51:840-848.

2.    Newberger EH, Newberger CM, Richmond JB. Child health in America: toward a rational public policy. Milbank Memorial Fund Quart/Health and Society. 1976; 54:249-298; <u>reprinted</u> in: McKinley JD, ed. Issues in health care policy. Cambridge:  MIT Press, 1981; 97-146.

3.    Newberger EH, Reed RB, Daniel JH, Hyde JN, Kotelchuck M. Pediatric social illness: toward an etiologic classification. Pediatrics. 1977; 60: 178-185; <u>reprinted</u> in Cook JV, Bowles RG, eds. Child abuse: commission and omission. Toronto: Butterworths, 1980; 351-362.

4.    Bourne R, Newberger EH. 'Family autonomy' or 'coercive intervention'?: ambiguity and conflict in the proposed standards for child abuse and neglect. Boston Univ Law Rev 1977; 670-706.

10/7/2005

Exhibit 3 Page 38

Message

5.   Morse AN, Hyde JN, Newberger EH, Reed RB.  Environmental correlates of pediatric social illness: preventive implications of an advocacy approach.  Am J Public Health 1977; 67:612-615.

6.   Daniel JH, Newberger EH, Kotelchuck M, Reed RB.  Child abuse screening: implications of the limited predictive power of child abuse discriminants in a controlled family study of pediatric social illness.  Child Abuse Neglect 1978; 2:247-259.

7.   Newberger EH, Bourne R.  The medicalization and legalization of child abuse.  Am J Orthopsychiatry 1978; 48:593-607; reprinted in Eekelaar JM, Katz SN, eds.  Family violence. Toronto: Butterworths, 1978: 301-317;  in Familien dynamic (Zurich), 1979;  in Cook JV, Bowles RT, eds.  Child abuse: commission and ommission.  Toronto: Butterworths; 1979: 377-393; in Garland R, ed.  Readings in child abuse.  Guilford (Conn):  Special Learning Corporation, 1979:  183-190; and in Skolnick JH, Skolnick A, eds.  Family in transition.  3rd ed. Boston: Little, Brown, 1980:  411-426.

8.   Rosenfeld AA, Newberger EH, Compassion vs. control:  conceptual and practical pitfalls in the broadened definition of child abuse.  JAMA 1977; 237:  2086-2088; reprinted in Chess S, Thomas A, eds.  Annual progress in child psychiatry and child development, 1978.  New York: Brunner/Mazel, 1979;  and in Am J Forensic Psychiatry, 1:71-81, 1979.

9.   Taylor L, Newberger EH.  Child abuse in the international year of the child.  N Engl J Med 1979; 301:1205-1212; reprinted in Gelles RJ, Cornell CP, eds.  International Perspectives on Family Violence. Lexington: D.C. Heath, 1983.

10.   Bourne R, Newberger EH.  Interdisciplinary group process in the hospital management of child abuse.  Child Abuse Neglect 1980; 4:137-144.
Eli H. Newberger

Page 8

Original Reports (continued)

11.   Kotelchuck M, Newberger EH.  Failure to thrive:  a controlled study of familial characteristics.  J Amer Acad Child Psych 1983; 22:322-328.

12.   Newberger EH, Newberger CM, Hampton RL.  Child abuse:  the current theory base and future research needs.  J Amer Acad Child Psych 1983; 22:262-268.

13.   Daniel JH, Hampton RL, Newberger EH.  Child abuse and accidents in black families:  a controlled, comparative study.  Am J Orthopsychiatry 1983; 53:645-653; reprinted in Hampton RL, ed.  Violence in the black family. Lexington: D.C. Heath, 1987, 55-65.

14.   Hampton RL, Daniel JH, Newberger EH.  Pediatric social illness and black familiesspan> West J Black Studies 1984;  7:190-197.

15.   Hampton RL, Newberger EH.  Child abuse incidence and reporting by hospitals:  significance of severity, class, and race.  Am J Public Health 1985; 75:56-60; reprinted in Hotaling GT, Finkelhor D, Kirkpatrick JT, Straus M, eds.  Coping with Family Violence.. Newbury Park: Sage, 1988,  212-221.

10/7/2005

Exhibit 3 Page 39

Message

16.  Bithoney WG, Snyder JC, Michalek J, Newberger EH.  Childhood ingestions as symptoms of family distress. Am J Dis Child 1985; 139:456-459.

17.  Katz MH, Hampton RL, Newberger EH, Bowles RT, Snyder JC.  Returning children home: clinical decision-making in cases of child abuse and neglect. AM J Orthopsychiatry 1986; 56:253-262.

18.  Snyder JC, Newberger EH.  Consensus and differences among hospital professionals in evaluating child maltreatment. Violence and Victims 1986; 1:125-139.

19.  Newberger EH, Hampton R, White KM, Marx T.  Child abuse and pediatric social illness:  an epidemiological analysis and ecological reformulation. Am J Orthopsychiatry 1986: 56:589-601.

20.  Bithoney WG, Newberger EH.  Child and family attributes of failure to thrive.  J Devel Behav Peds 1987; 8:32-36.

21.  Dubowitz H, Hampton RL, Bithoney WG, Newberger EH.  Inflicted and non-inflicted injuries: differences in child and familial characteristics. Am J Orthopsychiatry 1987; 57:525-535.

22.  Woolf A, Taylor L, Melnicoe L, Andolsek K, Dubowitz H, DeVos E, Newberger EH.  What residents know about child abuse:  implications of a survey of knowledge and attitudes. Am J Dis Child 1988; 142:668-672.

23.  McKibben L, Devos E, Newberger EH.  Victimization of mothers of abused children:  a controlled study. Pediatrics 1989; 84:531-535.

Eli H. Newberger

Page 9

Original Reports (continued)

24.  Dubowitz H, Zuckerman DM, Bithoney WG, Newberger EH.  Child abuse and failure to thrive: individual, familial, and environmental characteristics. Violence and Victims 1989: 4:191-201.

25.  Newberger EH, Barkan SE, Lieberman ES, McCormick MC, Yllo K, Gary LT, Schechter S. Abuse of pregnant women and adverse birth outcome:  current knowledge and implications for practice. JAMA 1992; 267:2370-2372

26.  Newberger CM, Gremy I, Waternaux CM, Newberger EH.  Mothers of sexually abused children:  trauma and repair in longitudinal perspective. Am J Orthopsychiatry 1993; 63:92-102

27.  Cohen C, DeVos E, Newberger E.  Barriers to Physician Identification and Treatment of Family Violence: Lessons from Five Communities. Acad Med 1997; 72: 19-25.

28.  Newberger EH.  Treating this heavy midlife of men. Am J Orthopsychiatry, 70: 278-280, 2001

Review Articles, Chapters, and Book Reviews

1.  Newberger EH.  Book review of Violence against children (Gil DG). Pediatrics 1971; 48:668-

10/7/2005


Exhibit 3 Page 40

Message

670.

2.    Newberger EH, Hagenbuch JJ.  Book review of Helping the battered child and his family (Kempe CH, Helfer RD, eds.).  Pediatrics 1973; 6:894.

3.    Newberger EH.  Book review of The maltreated child (Fontana V).  Pediatrics 1973; 52:159

4.    Newberger EH, Mulford RM, Hass G.  Child abuse in Massachusetts, Massachusetts Physician 1973; 32:31-38

5.    Newberger EH.  The myth of the battered child syndrome.  Current Medical Dialog.  1973; 40:327-330; reprinted in : Chess S, Thomas A, eds.  Annual progress in child psychiatry and child development, 1974.  New York: Brunner, Mazel, 1975;  569-573.

6.    Newberger EH, Howard RB.  A conceptual approach to the child with exceptional nutritional requirements.  Clin Pediatric 1973;  12:456-467

7.    Newberger EH.  Child abuse and neglect.  In: Graef JW, Cone TE, eds.  Manual of pediatric therapeutics.  Boston: Little, Brown, 1974, 56-58; 2nd Ed.; 1980, 57-59.

Eli H. Newberger

Page 10

Review Articles, Chapters, and Book Reviews (continued)

8.    Newberger EH, Hyde JN.  Child abuse:  principles and implications of current pediatric practice.  Ped Clin N Amer 1975; 22:695-715; reprinted in: Gil D, ed.  Child abuse and violence.  New York: AMS Press, 1976:309-339.

9.    Newberger EH, Daniel JH:  Knowledge and epidemiology of child abuse:  a critical review of concepts.  Pediatr Ann 1976; 5:140-145.

10.   Newberger EH.  A physician's perspective on the interdisciplinary management of child abuse.  In: Ebeling NB, Hill DA, eds.  Child abuse: intervention and treatment.  Littleton: Publishing Sciences Group, 1975, 61-67; reprinted in Psychiatr Opin 1976; 13:13-18.

11.   Newberger EH, McAnulty EH.  Family intervention in the pediatric clinic:  a necessary approach to the vulnerable child.  Clin Pediatr (Philal) 1976; 15:1155--1161.

12.   Newberger CM, Newberger EH, Harper GP.  The social ecology of malnutrition in childhood.  In: Llyod-Still J, ed.  Malnutrition and intellectual development.  Lancaster, England: Medical and Technical Press, 1976 and Littleton: Publishing Sciences Group, 1976; 160-186.

13.   Cupoli JM, Newberger EH.  Optimism or pessimism for the victim of child abuse?  Pediatrics 1977; 59:311-313.



Message

14.  Newberger EH. Child abuse and neglect:  toward a firmer foundation for practice and policy. Am J Orthopsychiatry 1977; 47:374-376; reprinted in Cook JV, Bowles RT, eds. Butterworths, 1979; 363-365.

15.  Newberger EH, Rosenfield AA, Hyde JN, Holter JC:  Child abuse and child neglect.  In: Hoekelman RA, Blauman S, Brunell PA, Friedman SB, Seidel HM, eds.  Principles of pediatrics:  health care of the young.  New York:  McGraw-Hill, 1978, 614-622, reprinted in Friedman SB, Hoekelman RA, eds.  Behavioral pediatrics:  psycho-social aspects of child health care.  New York:  McGraw-Hill, 1980; 329-338.

16.  Hyde JH, Morese AN, Newberger EH, Reed RB.  Family advocacy:  implications for treatment and policy.  In:  Maybanks S, Bryce M, eds.  Home-based servcies for children and families: policy, practice, and research.  Springfield: C.C. Thomas, 1979;  177-185.

17.  Kessler DB, Newberger EH.  At risk:  the developing infant.  Children Today 1981;  10:10-14.

18.  Bittner S, Newberger EH.  Pediatric understanding of child abuse and neglect.  Ped in Rev 1981; 2:197-207

Eli H. Newberger

Page 11

Review Articles, Chapters, and Book Reviews (continued)

19.  Newberger CM, Newberger EH.  The etiology of child abuse.  In:  Ellerstein NS, ed.  Child abuse and neglect:  a medical reference.  New York:  Wiley, 1981;  11-20.

20.  Bittner S, Newberger EH.  Child abuse:  current issues of etiology, diagnosis and treatment.  In: Henning J, ed.  The rights of children:  legal and psychological perspectives.  Springfield: C.C. Thomas, 1981;  64-98.

21.  Newberger CM, Newberger EH.  Prevention of child abuse:  theory, myth, practice.  J Prev Psych 1982;  1:443-451.

22.  Snyder JC, Bowles RT, Newberger EH.  Improving research and practice on family violence: potential of a hospital-based training program.  Urban Soc Change Rev 1982; 15:3-8.

23.  Bithoney W, Newberger EH, Bittner S.  Child abuse and neglect.  In:  Gellis SS, Kagan BM, eds.  Current pediatric therapy.  10th ed.  Philadelphia:  Saunders, 1982; 736-739.

24.  Newberger EH, Newberger CM, St Louis M.  Child health:  whose responsibility?  In:  Haskins, R, ed.  Maternal and child health policy in an age of fiscal austerity.  Norwood:  Ablex, 1983; 68-94.

25.  Newberger EH.  When the injury is a symptom:  parental risk and child abuse.  In:  Hoekelman RA, ed.  Minimizing high-risk parenting.  Media (Pa.):  Harwal, 1983;  165-174.

26.  White KM, Newberger EH.  Parenting and its problems.  In:  Levine MD, Carey WB, Crocker

10/7/2005


Exhibit 3 Page 42

·Message

AC, Gross RT, eds. Developmental-behavioral pediatrics. Philadelphia: Saunders, 1983; 209-224.

27. Snyder JC, Hampton R, Newberger EH. Family dysfunction: violence, neglect, and sexual misuse. In: Levine MD, Carey WB, Crocker AC, Gross RT, eds. Developmental-behavioral pediatrics. Philadelphia: Saunders, 1983; 256-275.

28. Newberger EH, Newberger CM. Problems and prospects of a new profession: review of Handbook for the practice of pediatric psychology (Tuma JM, ed.) Merrill-Palmer Quart, 1983; 29:No.4, 483-484.

29. Newberger EH. The helping hand strikes again: unintended consequences of child abuse reporting. J Clin Child Psych 1984; 12:307-311.

30. Bowles RT, Newberger EH, White KM. Violence experienced by children: issues of etiology for different manifestations. Human Affairs, 1985; 8:1-17.

31. Dubowitz H, Newberger EH. Sequelae of reporting child abuse. J Amer Acad of Ped Dentistry 1986; 8:88-92.
Eli H. Newberger

Page 12

Review Articles, Chapters, and Book Reviews (continued)

32. Newberger CM, Newberger EH. When the pediatrician is a pedophile. In: Burgess NW, ed. Sexual exploitation by health professionals. New York: Praeger, 1986; 99-106; reprinted in: Maney A, Wells S, eds. Professional responsibilities in protecting children. New York; Praeger, 1988; 65-72.

33. Newberger EH. Prosecution: A problematic response to child abuse. J Interpersonal Violence 1987; 2:112-117.

34. Newberger EH, Hyde JN, Holter JC, Rosenfeld R. Child abuse and child negelct. In: Hoekelman RA, Blatman S, Friedman SB, Nelson NM, Seidel HM, eds. Primary pediatric care. St. Louis: C.V. Mosby Company, 1987; 629-638.

35. Newberger EH. Introduction: Social Policy. In: Prentky RA, Quinsey VL, eds. Human sexual aggression. New York. Annals NY Acad Sci. v. 528, 1988; pp.359-360.

36. Dubowitz H, Newberger CM, Melnicoe LH, Newberger EH. The changing American family. Ped Clin N Amer 1988; 35:1291-1311.

37. Newberger EH. Book Review of child maltreatment and paternal deprivation (Biller HB, Solomon SS). Child Abuse Neglect 1988; 12:601.

38. Dubowitz H, Newberger EH. Pediatrics and child abuse. In: Cicchetti D, Carlson B, eds. Child maltreatment. New York: Cambridge University Press, 1989, 76-94.

39. Newberger EH. Book review of sexual exploitation of children (Ennew J). Contemp Psychol, 1989; 34:190-191.

10/7/2005

Exhibit 3 Page 43

Message

40. Newberger EH. Pediatric interview assessment of child abuse: challenges and opportunities. Ped clin N Amer 1990; 37:943-954.

41. Newberger EH. Family transition, stress, and support: impacts on children. Curr Opin Ped 1990, 2:856-862.

42. Segal RM, Newberger EH. Child abuse. In: Poss R, ed. Orthopedic knowledge update III. Park Ridge: American Academy of Orthopedic Surgeons, 1990; 67-73.

43. Newberger EH. Child abuse. In: Rosenberg ML, Fenely MA, eds. Violence: a public health approach. New York: Oxford University Press 1991; 49-78.

44. Newberger EH. Book review of assessing pediatric practice: a critical study (Duff RS). N Engl Med 1991; 325: 1258.
Eli H. Newberger

Page 13

Review Articles, Chapters, and Book Reviews (continued)

45. Newberger EH. Intervention in child abuse. In: Schetky DH, Benedek EP, eds. Clinical handbook of child psychiatry and the law. Baltimore: Williams and Wilkins, 1992; 145-161.

46. Newberger EH, Lieberman ES, McCormick MC, Yllo K, Gary LT, Schechter S. Physical and sexual abuse of women and adverse birth outcome. In: Fuchs F, Stubblefield PG, Fuchs AR, eds. Preterm birth: causes, prevention, and treatment, second edition. New York: McGraw-Hill 1993; 189-195.

47. Newberger EH, Newberger CM. Treating children who witness violence. In: Schwartz DF, ed. Children and violence. Columbus: Ross Laboratories, 1992, 118-123.

48. Newberger EH. Child physical abuse. Prim Care 1994.

49. Vandeven AM, Newberger EH. Child abuse. Annu Rev Pub Hlth 1994, 15: 367-79.

50. Newberger EH. The medicine of the tuba. In: Curnen MGM, Spiro H, St. James D, eds. Doctors Afield. New Haven: Yale University Press, 1999; 67-74

51. Newberger EH. Forward to: Senay E. From boys to men: A woman's guide to the health of husbands, partners, sons, brothers and fathers. New York: Charles Scribner's Sons, 2004, in press.

Books and Monographs

1. Newberger EH, ed. Child advocacy and pediatrics. Report of the eighth Ross roundtable on common pediatric problems in collaboration with the Ambulatory Pediatric Association. Columbus: Ross Laboratories, 1978.

2. Bourne R, Newberger EH, eds. Critical perspectives on child abuse. Lexington: D.C. Heath, 1979.

10/7/2005


Exhibit 3 Page 44

3.    Terry J, McEvers N, Newberger EH.  Health in the development of Senegal:  options for research.  Washington: Family Health Care, 1979.

4.    Newberger EH, ed.  Child abuse.  Boston: Little, Brown, 1982.

5.    Newberger EH, Bourne R, eds.  Unhappy families:  clinical and research perspectives on family violence.  Littleton:  Publishing Sciences Group, 1985.

6.    Newberger CM, Melnicoe LH, Newberger EH.  The American family in crisis.  implications for children.  Chicago:  Yearbook Medical Publishers.  Current Problems in Pediatrics 1986; 16:669-739.

7.    White KM, Snyder JC, Bourne R, Newberger EH.  Treating child abuse and family violence in hospitals:  a program for training and services, Lexington:  D.C. Heath, 1989.

Eli H. Newberger

Page 14

8.    Newberger E.  The men they will become: The nature and nurture of male character.  Cambridge, MA:  Perseus Books, 1999.  Reprinted as Bringing up a boy. London, UK: Bloomsbury, 2001

Other writings

1.    Newberger EH.  The transition from ragtime to improvised piano style.  J Jazz Studies 1976; 3:3-18.

2.    Newberger EH.  Archetypes and antecedents of piano blues and boogie-woogie style.  J Jazz Studies 1976; 4:84-109.

3.    Newberger EH.  The development of New Orleans and stride piano style.  J Jazz Studies 1977; 4:43-71.

4.    Newberger EH.  Refinement of melody and accompaniment in the evolution of swing piano style. In:  Morgenstern D, Nanry C, Cayer DA, eds.  Annual Review of jazz studies I.  New Brunswick:  Transaction Books, 1982,  85-109.

Non-print materials:

1.    Newberger EH, with Exploring Childhood Project.  Under stress:  keeping children safe.  Booklet (24pp.), Teacher's guide (50pp.), and 12" record of parental interview.  Newton: Educational Development Center, 1974.

2.    Newberger EH.  The interview.  Training film on interviewing in child abuse and neglect.  In: Professional training curriculum on child abuse and neglect, National Center on Child Abuse and Neglect, Department of Health and Human Services, 1978.  Distributed by National Audio Visual Center, General Services Administration, Washington, D.C. 20409 (#A01025VM00).

3.    Newberger EH.  Child abuse.  Video Clinic, American Medical Association, Chicago, 1984.


Exhibit 3 Page 45

**Eli H. Newberger, M.D.**
92 Evans Road
Brookline, MA 02445
Telephone 617-232-7908
Email: newberge@massmed.org
FAX 617-731-1897

# 2001-2004 Consultations

**2001**
1. Atty. Allen Rindler (617-787-7029)          4/25, Trial testimony, malpractice defense
2. Atty. Thomas Cardaro (410-752-6166)         5/14, Deposition testimony, malpractice plaintiff
3. Atty. Michael Pfau (206-676-7500)           5/14, Deposition testimony, abuse plaintiff
4. Atty. Steven Spencer (603-384-7582)         8/23, Trial testimony, State of NH div. of children
5. Atty. Drew Antablin (310-277-4857)          9/4, Deposition testimony, abuse plaintiff
6. Atty. Jeffrey Essen (919-828-4357)          9/6, Deposition testimony, malpractice plaintiff
7. Atty. David Kittay (914-686-1900)           9/20, Deposition testimony, employment defense

**2002**
1. Atty. Michael Klores (202-628-8100)         3/18, Deposition testimony, malpractice plaintiff
2. Atty. Harrison Richardson (207-774-7479)    8/1, Deposition testimony, day care defense
3. Atty. James Haliczer (954-523-9922)         9/12, Deposition testimony, malpractice defense
4. Atty. Karen Rabineau (800-669-7965)         11/15, Deposition testimony, malpractice plaintiff

**2003**
1. Atty. Walter Shea (508-997-0711)            1/6, Trial testimony, Comm. of MA, district atty.
2. Atty. Michael Ruberti (518-464-9500)        1/15, Deposition testimony, employment defense
3. Atty. Stephen Ohrvall (214-370-5200)        4/10, Deposition testimony, malpractice plaintiff
4. Atty. Robert Stahl (908-301-9000)           6/30, Trial testimony, custody plaintiff
5. Atty. Michael Pfau (206-676-7500)           8/20, Deposition testimony, clergy abuse plaintiff
6. Atty. Richard Jordan (413-781-5399)         9/15, Trial testimony, custody defense
7. Atty. Elizabeth Clague (508-587-1191)       6/12, Trial testimony, Fed. District Ct., civil rights p'tiff

**2004**
1. Atty. Walter Shea (508-997-0711)            1/2, Trial testimony, Comm. of MA, district atty.
2. Atty. Toby Kleinman (732-249-8919)          1/3, Trial testimony, custody plaintiff
3. Atty. Allen Horseley (617-748-6834)         8/9, Trial testimony, custody defense
4. Atty. Timothy Kosnoff (206-676-7500)        9/23, Deposition testimony, clergy abuse plaintiff
5. Atty. Diane Josephs (415-596-9641)          10/11, Deposition testimony, abuse plaintiff

**2005**
1. Atty. Michael Lowenberg(713 223-1000)       8/4, Deposition testimony, malpractice plaintiff
2. Atty. Nicholas Carter(617-624-4727)         8/4, Deposition testimony, abuse plaintiff
3. Atty. David Cahalas (781-453-9998)          8/3, Trial Testimony, custody defense
4. Atty. Suzanne Halbardier(212-608-8999)      9/13, Deposition testimony, abuse defense

1

Exhibit 3 Page 46



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Exhibit 4 Page 47

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

: overall aspect or character (by changing the ~ of the legislative branch —Trevor Armbrister) — **com·plex·ion** \-ɪ̇k-shnəl, -shə-n⁸l\ *adj* — **com·plex·ioned** \-shand\ *adj*

**com·plex·i·ty** \kəm-ˈplek-sə-tē, käm-\ *n, pl* **-ties** (1685) **1** : the quality or state of being complex **2** : something complex

**complex number** *n* (1860) : a number of the form $a + b\sqrt{-1}$ where *a* and *b* are real numbers

**complex plane** *n* (ca. 1909) : a plane whose points are identified by means of complex numbers; *esp* : ARGAND DIAGRAM

**com·pli·ance** \kəm-ˈplī-ən(t)s\ *n* (1647) **1** a : the act or process of complying to a desire, demand, or proposal or to coercion  b : conformity in fulfilling official requirements  **2** : a disposition to yield to others  **3** : the ability of an object to yield elastically when a force is applied : FLEXIBILITY

**com·pli·an·cy** \-ən(t)-sē\ *n* (1643) : COMPLIANCE

**com·pli·ant** \-ənt\ *adj* (1642) : ready or disposed to comply : SUBMISSIVE — **com·pli·ant·ly** *adv*

**com·pli·ca·cy** \ˈkäm-pli-kə-sē\ *n, pl* **-cies** [²complicate] (ca. 1828) **1** : the quality or state of being complicated  **2** : something that is complicated

¹**com·pli·cate** \ˈkäm-plə-ˌkāt\ *vt* **-cat·ed; -cat·ing** (1621) **1** : to combine esp. in an involved or inextricable manner  **2** : to make complex or difficult  **3** : INVOLVE *esp* : to cause to be more complex or severe (a virus disease *complicated* by bacterial infection)

²**com·pli·cate** \-pli-kət\ *adj* [L *complicatus*, pp. of *complicare* to fold together, fr. com- + *plicare* to fold — more at PLY] (1638) **1** : COMPLEX, INTRICATE  **2** : CONDUPLICATE

**com·pli·cat·ed** \ˈkäm-plə-ˌkā-təd\ *adj* (1656) **1** : consisting of parts intricately combined  **2** : difficult to analyze, understand, or explain  *syn* see COMPLEX — **com·pli·cat·ed·ly** *adv* — **com·pli·cat·ed·ness** *n*

**com·pli·ca·tion** \ˌkäm-plə-ˈkā-shən\ *n* (15c) **1** a : COMPLEXITY, INTRICACY; *esp* : a situation or a detail of character complicating the main thread of a plot  b : a making difficult, involved, or intricate  c : a complex or intricate feature or element  d : a difficult factor or issue often appearing unexpectedly and changing existing plans, methods, or attitudes  **2** a : secondary disease or condition developing in the course of a primary disease or condition

**com·plice** \ˈkäm-pləs, ˈkom-\ *n* [ME, fr. MF, fr. LL *complex, complicis*, fr. L, closely connected, fr. *complicare*] (15c) *archaic* : ASSOCIATE

**com·plic·it** \kəm-ˈpli-sət\ *adj* (1973) : having complicity

**com·plic·it·ous** \-ˈpli-sə-təs\ *adj* (1660) : COMPLICIT

**com·plic·i·ty** \kəm-ˈpli-sə-tē\ *n, pl* **-ties** (ca. 1656) **1** : association or participation in or as if in a wrongful act  **2** : an instance of complicity

**com·pli·er** \-ˈplī(-ə)r\ *n* (1660) : one that complies

¹**com·pli·ment** \ˈkäm-plə-mənt\ *n* [F, fr. It *complimento*, fr. Sp *complimiento*, fr. *cumplir* to be courteous — more at COMPLY] (1654) **1** a : an expression of esteem, respect, affection, or admiration; *esp* : an admiring remark  b : formal and respectful recognition : HONOR  **2** *pl* : best wishes : REGARDS (accept my ~s) (~s of the season)

²**com·pli·ment** \-ˌment\ *vt* (1735) **1** : to pay a compliment to  **2** : to present with a token of esteem

**com·pli·men·ta·ry** \ˌkäm-plə-ˈmen-t(ə-)rē\ *adj* (1716) **1** : expressing or containing a compliment  b : FAVORABLE (the novel received ~ reviews)  **2** : given free as a courtesy or favor (~ tickets) — **com·pli·men·ta·ri·ly** \-ˈmen-(ə)rə-lē, -(ˌ)men-ˈter-ə-lē\ *adv*

**complimentary close** *n* (1919) : the words (as *sincerely yours*) that conventionally come immediately before the signature of a letter and express the sender's regard for the receiver — called also *complimentary closing*

**com·pline** \ˈkäm-plən, -ˌplīn\ *n, often cap* [ME *compline, complie*, fr. OF *complie*, modif. of LL *completa*, fr. L, fem. of *completus* complete] (13c) : the seventh and last of the canonical hours

¹**com·plot** \ˈkäm-ˌplät\ *n* [MF *complot* crowd, plot] (1577) *archaic* : PLOT, CONSPIRACY

²**com·plot** \kəm-ˈplät, käm-\ *vb* (1579) *archaic* : PLOT

**com·ply** \kəm-ˈplī\ *vi* **com·plied; com·ply·ing.** [It *complire*, fr. Sp *cumplir* to complete, perform what is due, be courteous, modif. of L *complēre* to complete] (1602) **1** *obs* : to be ceremoniously courteous  **2** : to conform or adapt one's actions to another's wishes, to a rule, or to necessity

**com·po** \ˈkäm-(ˌ)pō\ *n, pl* **compos** [short for *composition*] (1823) : any of various composition materials

¹**com·po·nent** \kəm-ˈpō-nənt, ˈkäm-ˌ\ *n* [L *component-, componens*, prp. of *componere* to put together — more at ²COMPOUND] (1645) **1** : a constituent part  : INGREDIENT  **2** a : any one of the vector terms added to form a vector sum or resultant  b : a coordinate of a vector; *also* : either member of an ordered pair of numbers  *syn* see ELEMENT — **com·po·nen·tial** \ˌkäm-pə-ˈnen(t)-shəl\ *adj*

²**component** *adj* (1664) : serving or helping to constitute : CONSTITUENT

¹**com·port** \kəm-ˈpōrt, -ˈpȯrt\ *vb* [MF *comporter* to bear, conduct, fr. L *comportare* to bring together, fr. com- + *portare* to carry — more at FARE] *vi* (1589) : to be fitting : ACCORD (actions that ~ with policy) ~ *vt* : BEHAVE; *esp* : to behave in a manner conformable to what is right, proper, or expected (~ed himself well in the crisis)  *syn* see BEHAVE — **com·port·ment** \-mənt\ *n*

²**com·port** \ˈkäm-ˌpōrt, -ˌpȯrt\ *n* (1771) : COMPOTE²

**com·pose** \kəm-ˈpōz\ *vb* **com·posed; com·pos·ing** [ME, fr. MF *composer*, fr. L *componere* (perf. indic. *composui*) — more at COMPOUND] *vt* (15c) **1** a : to form by putting together : FASHION (a committee *composed* of three representatives —*Current Biog.*)  b : to form the substance of : CONSTITUTE (*composed* of many ingredients)  c : to produce (as columns or pages of type) by composition  **2** a : to create by mental or artistic labor : PRODUCE (~ a sonnet)  b : (1) : to formulate and write (a piece of music)  (2) : to compose music for  **3** : to deal with or act on so as to reduce to a minimum (~ their differences)  **4** : to arrange in proper or orderly form  **5** : to free from agitation : CALM, SETTLE (*composed* himself) ~ *vi* : to practice composition

**com·posed** \-ˈpōzd\ *adj* (1607) : free from agitation : CALM; *esp* : SELF-POSSESSED  *syn* see COOL — **com·pos·ed·ly** \-ˈpō-zəd-lē\ *adv* — **com·pos·ed·ness** \-ˈpō-zəd-nəs\ *n*

**com·pos·er** \kəm-ˈpō-zər\ *n* (1597) : one that composes; *esp* : a person who writes music

**composing room** *n* (1737) : the department in a printing office where typesetting and related operations are performed

**composing stick** *n* (1679) : a tray with an adjustable slide that a compositor holds in one hand and sets type into with the other

¹**com·pos·ite** \käm-ˈpä-zət, kəm-ˈ, *esp Brit* ˈkäm-pə-zət\ *adj* [L *compositus*, pp. of *componere*] (1563) **1** : made up of distinct parts: as  a *cap* : relating to or being a modification of the Corinthian order combining angular Ionic volutes with the acanthus-circled bell of the Corinthian  b : of or relating to a very large family (Compositae) of dicotyledonous herbs, shrubs, and trees often considered to be the most highly evolved plants and characterized by florets arranged in dense heads that resemble single flowers  c : factorable into two or more prime factors other than 1 and itself (8 is a composite number)  **2** a : combining the typical or essential characteristics of individuals making up a group (the ~ man called the Poet —Richard Poirier)  **3** of a *statistical hypothesis* : specifying a range of values for one or more statistical parameters — compare SIMPLE 10 — **com·pos·ite·ly** *adv*


composing stick

²**composite** *n* (1656) **1** : something composite  **2** *cap* : something composite plant  **3** : COMPOSITE FUNCTION  **4** : a solid material which is composed of two or more substances having different physical characteristics and in which each substance retains its identity while contributing desirable properties to the whole; *esp* : a structural material made of plastic within which a fibrous material (as silicon carbide) is embedded

³**composite** *vt* **-it·ed; -it·ing** (1923) : to make composite or into something composite (*composited* four soil samples)

**composite function** *n* (1965) : a function whose values are found from two given functions by applying one function to an independent variable and then applying the second function to the result and whose domain consists of those values of the independent variable for which the result yielded by the first function lies in the domain of the second

**com·po·si·tion** \ˌkäm-pə-ˈzi-shən\ *n* [ME *composicioun*, fr. MF *composition*, fr. L *composition-, compositio*, fr. *componere*] (14c) **1** a : the act or process of composing; *specif* : arrangement into specific proportion or relation and esp. into artistic form  b : (1) : the arrangement of type for printing (hand ~)  (2) : the production of type or typographical characters (as in photocomposition) arranged for printing  **2** a : the manner in which something is composed  b : general makeup (the changing ethnic ~ of the city —Leonard Buder)  c : the qualitative and quantitative makeup of a chemical compound  **3** : mutual settlement or agreement  **4** : a product of mixing or combining various elements or ingredients  **5** : an intellectual creation: as  a : a piece of writing; *esp* : a school exercise in the form of a brief essay  b : a written piece of music  esp. of considerable size and complexity  **6** : the quality or state of being compound  **7** : the operation of forming a composite function; *also* : COMPOSITE FUNCTION — **com·po·si·tion·al** \-ˈzish-nəl, -ˈzi-shə-n⁸l\ *adj* — **com·po·si·tion·al·ly** *adv*

**com·pos·i·tor** \kəm-ˈpä-zə-tər\ *n* (1569) : one who sets type

**com·pos·men·tis** \ˌkäm-pəs-ˈmen-təs\ *adj* [L, lit., having mastery of one's mind] (1616) : of sound mind, memory, and understanding

¹**com·post** \ˈkäm-ˌpōst, *esp Brit* -ˌpäst\ *n* [MF, fr. ML *compostum*, fr. L neut. of *compositus, compostus*, pp. of *componere*] (1587) **1** : a mixture that consists largely of decayed organic matter and is used for fertilizing and conditioning land  **2** : MIXTURE, COMPOUND

²**compost** *vt* (1829) : to convert (as plant debris) to compost

**com·po·sure** \kəm-ˈpō-zhər\ *n* (1647) : a calmness or repose esp. of mind, bearing, or appearance : SELF-POSSESSION  *syn* see EQUANIMITY

**com·pote** \ˈkäm-ˌpōt\ *n* [F, fr. OF *composte*, fr. L *composita, compostia*, fem. of *compositus, compostus*, pp.] (1693)  **1** : a dessert of fruit cooked in syrup  **2** : a bowl of glass, porcelain, or metal usu. with a base and stem from which compotes, fruits, nuts, or sweets are served

¹**com·pound** \käm-ˈpaund, kəm-ˈ, ˈkäm-ˌ\ *vb* [ME *compounen*, fr. MF *compondre*, fr. L *componere*, fr. com- + *ponere* to put — more at POSITION] *vt* (14c)  **1** : to put together (parts) so as to form a whole  BINE (~ ingredients)  **2** : to form by combining parts (~ a medicine)  **3** a : to settle amicably : adjust by agreement  b : to agree (for a consideration not to prosecute (an offense) (~ a felony)  **4** a : to pay (interest) on both the accrued interest and the principal  b : to add to : AUGMENT (we ~ed our error in later policy —Robert Lekachman) ~ *vi* **1** : to become joined in a compound  **2** : to come to terms of agreement — **com·pound·able** \-ˈpaun-də-bəl, -ˌpaun-\ *adj* — **com·pound·er** *n*

²**com·pound** \käm-ˈpaund, kəm-ˈ, ˈkäm-ˌ\ *adj* [ME *compounen, -ed*, fr. *compounen*] (14c)  **1** : composed of or resulting from union of separate elements, ingredients, or parts: as  a : composed of united similar elements esp. of a kind usu. independent (a ~ plant ovary)  b : having the blade divided to the midrib and forming two or more leaflets on a common axis (a ~ leaf)  **2** : involving or used in a combination  **3** : of a word : constituting a compound  **b** of a sentence : having two or more main clauses

³**com·pound** \ˈkäm-ˌpaund\ *n* (1530)  **1** a : a word consisting of components that are words (as *rowboat, high school, devil-may-care*)  b : a word (as *anthropology, kilocycle, builder*) consisting of any of various combinations of words, combining forms, or affixes  **2** : something formed by a union of elements or parts; *esp* : a distinct substance formed by chemical union of two or more ingredients in definite proportion by weight

⁴**com·pound** \ˈkäm-ˌpaund\ *n* [by folk etymology fr. Malay *kampung* group of buildings, village] (1679) : a fenced or walled-in area containing a group of buildings and esp. residences

**compound–complex** *adj* (1923) *of a sentence* : having two or more main clauses and one or more subordinate clauses

**compound eye** *n* (1836) : an eye (as of an insect) made up of many separate visual units

**compound fracture** *n* (1543) : a bone fracture resulting in an open wound through which bone fragments usu. protrude

Exhibit 4   Page 48

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME III

cham–creeky

Exhibit 5 Page 49

CLARENDON PRESS · OXFORD

Case 2:04-cv-02338-RSM    Document 162    Filed 09/05/2006    Page 50 of 95

always used it, that is, to imply a broken bone complicated with a wound. *Ibid.* II. 14 If both intestine and omentum contribute mutually to the formation of the tumour, it is called entero-epiplocele, or compound rupture. 1831 SIR A. COOPER *Dislocations* (ed. 7) 13 In compound dislocation not only the articulatory surfaces of the bone are displaced, but the cavity of the joint is laid open by a division of the skin and the capsular ligament. 1847 SOUTH tr. *Chelius' Surg.* I. 509 A fracture is only compound when a wound, however small, communicates with it so as to expose the broken bone to the air. 1885 *Syd. Soc. Lex., Fracture, compound,* fracture with a coexisting skin wound, with which it communicates.

b. *Arith.* and *Alg.*

(a) Made up by combination of several elements, as †*compound decimal,* one consisting of a whole number and a decimal fraction (*obs.*); c. *fraction* (see quot.); c. *number,* a number formed by multiplication of factors, a composite number; also, †a number represented by two or more figures (*obs.*); c. *quantity* (in *Alg.*), a quantity consisting of more than one term; (in *Arith.*) a quantity expressed in terms of various denominations, as pounds, shillings, and pence; c. *ratio,* see quot. for *obs.* use; now, the ratio formed by multiplying together the antecedents, and also the consequents, of two or more ratios.

(b) Dealing with other than simple numbers, dealing with numbers of various denominations of quantity, measure, weight, etc., as in *compound addition, division, multiplication, subtraction.*

(c) Proceeding by other than the simple process, as *compound* (formerly *compounded*) *interest, proportion.*

1557 RECORDE *Whetst.* A iij, Compounde nombers are made by multiplicacion of 2 nombres together. 1579 DIGGES *Stratiot.,* There be three sortes of numbers .. the last a mixt or a compound. 1594 BLUNDEVIL *Exerc.* I. i. (ed. 7) 2 Compound is that which is compounded of Article and Digit, as 13, 14, 17, &c. *Ibid.* I. xxvii. (ed. 7) 73 Consider whether your Divisor be compound, or simple, I call that compound which contayneth Fractions. 1660 T. WILLSFORD *Scales of Commerce* I. ii. 48 Use or Interest hath .. two Species, viz. Simple or Compounded. *Ibid.* 49 Compound interest .. is called interest upon interest. *Ibid.* 50, I will.. proceed to Decimall Tables of compound Interest. 1806 HUTTON *Course Math.* I. 32 Compound Addition shews how to add or collect several numbers of different denominations into one sum. *Ibid.* I. 127 Compound Interest, called also Interest upon Interest, is that which arises from the principal and interest, taken together, as it becomes due. *Ibid.* (1827) I. 52 A Compound Fraction, is the fraction of a fraction .. as, ½ of ⅗, or ⅔ of ¾ of 3. 1859 BARN. SMITH *Arith. & Alg.* (ed. b) 194 A quantity consisting of more than one term, as $a + b$, $a + b + c$, is called a Compound quantity. 1875 TODHUNTER *Algebra* xxvi. 222 Let there be three ratios .. $a : b$, $b : c$, $c : d$; then the compound ratio is $a \times b \times c : b \times c \times d$.

c. *Archit. compound order:* COMPOSITE order. *compound arch, archway:* in medieval architecture, a series of arches of different sizes inclosed in an archway of larger dimensions. *compound pier:* 'a term sometimes given to a clustered column' (Gwilt *Encycl. Archit.* Gloss.). 1839 WOTTON *Grand Rules Archit.* (1676) 8 The Compound Order, or as some call it, the Roman, others more generally the Italian. 1793 T. N. *City & C. Purchaser* 27 Composite, Compound, or Roman. 1726 E. NEVE *Builder's Dict.* (ed. 2), Architects reckon five Orders .. viz. Tuscan, Dorick, Ionick, Corinthian, and Roman, Composite, or Compound Order.

d. *Zool.* and *Bot.* Consisting of a combination of individual organisms, as *compound animal, zoophyte, coral,* etc., or of simple parts, as *compound eye, stomach, flower, fruit, leaf, umbel,* etc.

1668 WILKINS *Real Char.* 108 Compound; bearing a flower like Jessamine. 1776 WITHERING *Brit. Plants* (1796) I. 321 The Dandelion and the Thistle are compound flowers; that is, each of these flowers are composed or compounded of a number of small flowers, called Florets. 1836 TODD *Cycl. Anat.* I. 770/2 Certain Crustacea .. exhibit .. Compound eyes .. having distinct facets. 1841-71 T. R. JONES *Anim. Kingd.* (ed. 4) §2311 The compound stomach is that possessed by the Ruminantia .. and consists of four distinct cavities. 1880 GRAY *Struct. Bot.* iii. §4. 100 Compound Leaves are those which have from two to many distinct blades, or common leaf-stalk.

e. *Mech.* and *Physics,* as in *compound axle, engine, electro-magnet, lever, locomotive, microscope, motion, pendulum, screw,* steam-engine, -winding; *compound-wound* adj.

1710 J. CLARKE *Rohault' Nat. Phil.* (1729) I. 84 As there are Compound Motions, so also are there Compound Determinations. 1829 *Nat. Philos., Mechanics* II. iv. §26. 10 (Useful Knowl. Soc.) The power may act upon the weight through .. a series of levers, in which case the apparatus is called a composition of levers, or a compound lever. 1829 CARLYLE *Misc.* (1857) I. 272 A compound-pendulum, vibrating in the character of scarecrow. 1838 COMSTOCK *Nat. Philos.* (ed. I.ees) 46 Compound motion is that motion which is produced by two or more forces, acting in different directions, on the same body, at the same time. 1867 J. HOGG *Microsc.* i. ii. 31 In the compound microscope, not less than two lenses must be employed. 1879 G. PRESCOTT *Sp. Telephone* p. ii, In 1830, Professor Henry deduced from the hypothesis of Ampère .. the compound electro-magnet. 1884 S. P. THOMPSON *Dyn.-Electr. Mach.* 96 Compound windings may be arranged in several different ways. If wound on the same core the shunt coils are sometimes wound outside the series coils; less frequently the series coils are outside the shunt. *Ibid.* 98 The compound-wound or self-regulating dynamos. 1886 M. REYNOLDS *Engineman's*

*Pocket Comp.* iii. 25 A compound engine is a condensing engine in which the mechanical action of the steam is begun in one cylinder and ended in a larger cylinder. 1902 *Encycl. Brit.* XXVII. 587/2 Compound-winding .. was first used by S. A. Varley and by Brush. 1947 *Aeroplane* 12 Sept. 384/3 The engine was then compared with a turbo-prop. engine .. assuming the same maximum temperature as the compound engine required. 1949 *Aero Digest* Mar. 30/2 A simple compound engine .. is a conventional reciprocating engine, to which a 'blow down' turbine has been added to utilize the velocity energy of the exhaust.

f. *Music.*

*compound interval* (†*concord*), one exceeding an octave. *compound stop:* an organ-stop having more than one rank of pipes. *compound time:* time or rhythm in which each bar is made up of two, three, or four bars of simple time. 1604 W. HOLDER *Harmony* (1731) 39 Notwithstanding this Distinction of Original and Compound Concords. 1848 RIMBAULT *1st Bk. Piano* 29 Compound Common Time occurs when two bars of Triple Time are joined in one .. Compound Triple Time is when the measure of common Triple Time is divided into nine parts. 1880 GROVE *Dict. Mus.* s.v., 4-4 time, which is made up of two bars of 2-4 time .. in Germany is always classed with the compound times. In England however .. those rhythms only [are] considered as compound, in which each beat is divisible into three parts. 1881 C. A. EDWARDS *Organs* 148 Compound stops do not give any one sound to a note, but a combination of two or more.

g. *compound householder:* a householder whose rates are included in his rent, and paid by the landlord.

1851 14 & 15 *Vict.* c 14 (*title*) An Act to amend the Law for the Registration of certain Persons commonly known as 'Compound Householders'. 1880 MCCARTHY *Own Times* IV. 112 The compound householder .. was the occupier of one of the small houses the tenants of which were not themselves rated to the relief of the poor.

*compound larceny, radical,* etc.: see LARCENY, etc.

h. *Logic,* as in *compound proposition, statement.*

1574 tr. *Ramus' Logike* 76 The compound proposition is eyther congregative or segregative. 1694 E. COKE *Art of Logick* 1 16 Hitherto of a simple proposition: now followeth the compound, which consisteth of a sense or sentence compounded. 1694 R. BLOME tr. *Le Grand's Entire Body Philos.* 28/2 Compound Propositions are such as consist of more Subjects and Predicates. 1870 A. BAIN *Logic* 83 The whole of this class might be called Compound, instead of complex, Propositions. 1953 I. M. COPI *Introd. Logic* vii. 195 Each of these exceptive propositions is compound. *Ibid.* viii. 221 A compound statement is one which does contain another statement as a constituent part.

i. *Gram.,* as *compound sentence* (see SENTENCE *sb.* 6a); *compound verb* (see quot. 1925). Cf. quot. 1859 for sense 1 a.

1772 A. BAYLY *Gram. Eng. Lang.* 76, I am at a loss in what class to place compound verbs, whether in that of thoughtless chance, or of judicious accommodation. *Ibid.* 80 We now proceed to compound sentences, wherein to avoid inaccuracy is required the greatest judgement and attention. .. Compound sentences are formed by the help of certain adverbs, relatives and participles. 1850 W. C. FOWLER *Eng. Gram.* vi. x. 568 Two simple sentences are connected either by way of Co-ordination, or by way of Subordination.. The two sentences taken together constitute a co-ordinate compound sentence. 1863 A. BAIN *Eng. Gram.* 38 The prepositions in such cases become adverbs united to the verbs, constituting them compound verbs. *Ibid.* 161 A compound sentence contains two or more co-ordinate sentences united: 'the sun rose, and the mists disappeared.' 1925 GRATTAN & GURREY *Our Living Lang.* xii. 80 This union of simple Verb with Particle forms what is known as a Compound Verb. *Ibid.* 81 All these [arise, bespeak, depart, etc.] are .. Compound Verbs. *Ibid.* xiii. 268 The units are co-ordinate and, occurring in a row, are linked together by words... Such a group is called a Compound Sentence.

**compound** ('kɒmpaund), *sb.*[1] [subst. use of the adj.: cf. the parallel history of COMPOST *sb.* Originally stressed on second syllable; so in H. More, and still dialectally; Shaks. has both, but '*compound* more frequently.]

1. *quasi-concr.* A union, combination, or mixture of elements.

1621 BURTON *Anat. Mel.* III. iv. i. iii. (1676) 404/2 Mahometans are a compound of Gentiles, Jews, and Christians. 1712 ADDISON *Tatler* No. 222 P3 A Compound of Two very different Liquors. 1760-72 tr. *Juan & Ulloa's Voy.* (ed. 3) II. viii. v. 237 Their customs .. are a kind of compound of those of Lima and Quito. 1814 SCOTT *Wav.* xlvii, It was not fear, it was not ardour,—it was a compound of both.

'2. *concr.* a. A compound substance; *spec.* a compounded drug, as opposed to 'simples'. *chemical compound,* a substance composed chemically of two or more elements in definite proportions (as opposed to a *mixture*).

1611 SHAKS. *Cymb.* I. v. 9 These most poysonous Compounds. 1641 BP. HALL *Serm. in Rem. Wks.* (1660) 52 As we say in our philosophy .. only compounds nourish. 1808 J. DALTON *New Syst. Chem. Philos.* I. 216 All the chemical compounds which have hitherto obtained a tolerably good analysis. 1816 J. SMITH *Panorama Sc. & Art* I. 42 Compounds formed by the mixture of two or more different metals, are called alloys. 1866 H. E. ROSCOE *Elem. Chem.* v. 46 The air is a mixture, and not a chemical compound of constituent gases. 1878 HUXLEY *Physiogr.* 80 Compounds which contain a larger proportion of oxygen. 1887 [see MIXTURE 4]. 1950 *Science News* XIV. 103 Proteins are by far the most complex chemical compounds.

b. *transf.* of what is immaterial.

1855 BAIN *Senses & Int.* II. iv. §16 (1864) 301 Volition is a compound, made up of this and something else.

c. A compound word, a verbal compound.

1530 PALSGR. 395 *Je prent* is a nymphe whiche hath for his compoundes *je reprens,* etc. 1600 SHAKS. *Sonn.* lxxvi, To new-found methods and to compounds strange. 1605 CAMDEN *Rem.* (1637) 126 Wee retaine it in the compound Husband. 1872 MORLEY *Voltaire* (1886) 127 Classified, in that jargon which makes an uncouth compound pass muster for a new critical nicety, as a tendency-poet.

†d. A composite number. *Obs.*

1594 BLUNDEVIL *Exerc.* I. vii. (ed. 7) 25 Such numbers as may be evenly divided by another number without leaving any remainder, are called Compounds.

e. A compound locomotive.

1890 *Railway Herald* 25 Oct. 6/3 The driver of one of the latest compounds on L. & N.W. [railway]. *Ibid.* The compounds make up in oil what they save in coal.

†3. A composition, a thing made up. *Obs.*

1607 WALKINGTON *Opt. Glass* vi. (1664) 79 Struggling together .. will soon disserver the parts, and rend in sunder the whole Compound. 1613-6 W. BROWNE *Brit. Past.* i. iii, Man's compounds have to withdraws his simplenesse. 1773 J. ROSS *Fratricide* (MS.) ii. 922 What am I but a compound frail of dust, Wak'd into life by thy enlivening breath?

4. Compounding, composition.

1671 J. WEBSTER *Metallogr.* iii. 41 Imperfect .. in regard of the Compound. 1694 W. HOLDER *Harmony* (1731) 39 Whereas beyond an Octave, all is but Repetition of these [concords] in Compound with the Eighth, as a Tenth is an Eighth and a Third. 1741 BETTERTON in Oldys *Eng. Stage* ii. 19 Roxana is haughty, malicious, insinuating, with this Compound, She is made desperately in Love with Alexander. 1759 B. MARTIN *Nat. Hist. Eng.* I. *Surrey* 130 The Name of this .. District is of Saxon Compound. 1841 CATLIN *N. Amer. Ind.* (1844) I. xxv. 205 A different compound of character.

**compound** ('kɒmpaund), *sb.*[2] orig. *Anglo-Ind.* [Of disputed origin, but referred by Yule and Burnell, on weighty evidence, to Malay *kampong, kampung* (in Du. orthog. *kampoeng*) 'enclosure, space fenced in'; also 'village, quarter of a town occupied by a particular nationality', as the 'Chinese kampong' at Batavia. In this latter sense, *campon* occurs in a Pg. writer of 1613.

Earlier conjectures were that it was a corruption of Pg. *campanha* or Pg. *campagne* country, or of Pg. *campo* field, camp. See Yule *Anglo-Ind. Gloss.* s.v.]

1. The enclosure within which a residence or factory (of Europeans) stands, in India, China, and the East generally.

Supposed by Yule and Burnell to have been first used by Englishmen in the early factories in the Malay Archipelago, and to have been thence carried by them to peninsular India on the one hand and China on the other. In later times, it has been taken to Madagascar, East and West Africa, Polynesia, and other regions where Englishmen have penetrated, and has been applied by travellers to the similar enclosures round native houses.

1679 *Fort St. Geo. Consns.* 14 Apr. (Yule), There the Dutch have a Factory of a large Compound. 1696 BOWYEAR *Jrnl. Cochin China* 30 Apr. (ibid.), The custom-houses of which there are three, in a square Compound of about 100 Paces over each way. 1763 VERELST *Transl. Jr. Persian in Phil. Trans.* LIII. 367 And Chowdry's compound opened [from an Earthquake], and the water .. filled a deep ditch, that surrounded his house. 1788 *India Gaz.* 3 Mar. (Y.), *Godown* usurps the ware-house place, *Compound* denotes each walled space. 1816 *Quiz' Grand Master* viii. 232 He chang'd his course, and soon he found The way into his own compound. 1841 Mrs. SHERWOOD *Lady of Manor* I. iv. 79 Pretty thatched cottages standing in little compounds, or yards, hedged round with a kind of prickly fence. 1857 LIVINGSTONE *Trav.* xvii. 314 He had made the walls of his compound, or courtyard. 1884 G. T. BUDD AND *Soc. Life India* iii. 51 All the factory-buildings usually stand in one compound .. and this is in size almost equal to a small park.

2. In South Africa, an enclosure within which the workmen in diamond or gold mines live and remain during their term of employment, having no communication with the outside. Also *attrib.*

1893 T. COOK *Mission Tour* 25 The men sign articles to remain in these compounds for a certain period, usually six months, and are not allowed to leave for any cause until the time has expired. 1897 *Empire* 11 Dec., The Compound system saved the mines from the clutches of the illicit diamond buyers. 1901 *Cornym. Mag.* Mar. 320 How does he [sc. the native] get into the Kimberley compounds? He goes there of his own accord. 1906 *Westm. Gaz.* 19 June 2/2 A riot at the Nourse Mine .. in which 400 Chinese wrecked the house of the compound manager.

3. A large fenced-in space in a prison, concentration camp, or the like.

1946 BRICKHILL & NORTON *Escape to Danger* vi. 83 He had seen this man walking round the compound as a prisoner. *Ibid.* xxvi. 222 Germans .. had a habit of sneaking into the compound at night. 1954 W. FAULKNER *Fable* (1955) 119 The camouflage-painted paddock of the prison-compound.

**com'poundable,** *a.* [f. COMPOUND *v.* + -ABLE.]

†1. Accordable, agreeable. *Obs.*

1611 COTGR., *Accordable,* compoundable, accordable, agreeable.

2. Capable of being compounded or combined.

1674 GREW *Anat. Plants, Lect.* i. (1682) 227 Bodies .. many, and compoundable infinite ways. 1803 W. TAYLOR in *Monthly Mag.* XIII. 113 Gothic words .. are .. far more flexible and compoundable than those of modern origin. 1870 ABBOTT *Shaks. Grammar* §432 Here 'blame' .. was considered compoundable with another adjective.

3. Capable of being commuted for money.

1860 DICKENS *Uncomm. Trav.* xii, A penalty of .. five pounds, compoundable for a term of imprisonment. 1883

Exhibit 5    Page 50

# Aryan Nations

From Wikipedia, the free encyclopedia

**Aryan Nations (AN)** is an international anti-Semitic white nationalist group. It was founded in the 1970s by Richard Girnt Butler as an arm of the Christian Identity group Church of Jesus Christ-Christian.

Its origin lies in the teachings of Wesley Swift , a significant figure in the early Christian Identity movement. Swift combined British Israelism, extreme anti-Semitism, and political militancy. He founded his own church in California in the mid 1940s where he could preach this ideology. In addition, he had a daily radio broadcast in California during the 1950s and 60s. In 1957, the name of his church was changed to the Church of Jesus Christ-Christian, which is used today by Aryan Nations churches.



Aryan Nations flag

Some in the AN openly debated a plan to forcibly take five northwestern states - Idaho, Montana, Oregon, Washington and Wyoming - from the United States government in order to establish an Aryan homeland.

From the 1970s until 2001 the headquarters of the AN was in a 20 acre (81,000 m²) compound at Hayden Lake, Idaho. There were a number of state chapters, only loosely tied to the main organization. The group ran an annual "World Congress of Aryan Nations" at Hayden Lake for both AN adherents and other right-wing groups.

After losing a $6.3 million lawsuit in September 2000, brought by Victoria and Jason Keenan who were attacked by Aryan Nations guards in 1999, the group was bankrupted. In February 2001, the group's Hayden Lake compound and intellectual property including the names "Aryan Nations" and "Church of Jesus Christ Christian" were transferred to the Keenans.

Until 1998 the leadership of the AN remained firmly in the hands of Butler. But by that year he was over eighty and had been in poor health for some time, so at the annual "World Congress", Neuman Britton was appointed as the group's new leader. In August 2001, however, Butler appointed Harold Ray Redfeairn from Ohio, who had been agitating for control since the mid-1990s. Shortly thereafter, Redfeairn and August Kreis, III, propaganda minister of Aryan Nations, led a splinter group away from Butler, but a few months later Redfeairn returned to an alliance with Butler. Redfeairn died in October of 2003. Butler died of heart failure in September 2004. At various times there have been as many as four competing factions of Aryan Nations.

August Kreis III joined with Charles John Juba to continue one faction of Aryan Nations. They held an Aryan Nations World Congress in July 2000. Juba resigned in March of 2005 announcing his successor August Kreis III as the groups new leader with a headquarters located in Lexington, SC.

There is another faction that claims to have remained loyal to Butler's wishes upon his death, and its members have continued to call themselves "The Church of Jesus Christ Christian". They are led by a council of 3 men and headquartered in Lincoln, Alabama. The leader is Jonathan Williams. They have held a Congress each year since the passing of Richard Butler.

## Subgroups

Like many other extreme right groups, AN has produced many small, transitory subgroups. Bob Mathews formed a group called The Order, which committed a number of violent crimes, including murder. Their mission was to bring about a race war. Dennis McGiffen, who also had ties to the AN, formed a cell called The New Order, based on Mathews' group. The members were arrested before they could follow through on their violent plans.

Exhibit 6 Page 51

A relatively new tenet among Christian Identity believers justifies the use of violence in order to punish violators of God's law, as interpreted by Christian Identity ministers and adherents. Christian Identity followers engaging in such behavior are referred to as Phineas Priests or members of the Phineas Priesthood, though they usually seem to act alone.

Non-aligned members of AN later convicted of serious crimes include Chevie Kehoe, who was convicted of three homicides, conspiracy and interstate transportation of stolen property also spent some time at the AN compound. Buford O. Furrow, Jr., the man accused of the August 10, 1999, shooting at the Jewish Community Center in Los Angeles, California, and the murder of Filipino American postal worker, Joseph Ileto also spent some time at the AN compound working as a security guard.

# Aryan Nations Website

- Aryan Nations website (http://www.aryan-nations.org/) - Led by August Kreis III
- Aryan Nations website (http://www.twelvearyannations.com/) - Led by Jonathan Williams

## Articles

- An Unholy Alliance (http://www.cnn.com/2005/US/03/29/schuster.column) CNN Article
- Poisoning the Web: Hatred Online (http://www.adl.org/poisoning_web/aryan_nations.asp) ADL Article
- Aryan Nations, Christian Identity and fascist terror (http://bethuneinstitute.org/documents/cift.html)
- Keenan vs Aryan Nations (http://www.splcenter.org/legal/docket/files.jsp?cdrID=30&sortID=0) summary of a lawsuit against the Aryan Nations for its violent activities.

Retrieved from "http://en.wikipedia.org/wiki/Aryan_Nations"

Categories: Neo-Nazi organizations | Christian denominations | White supremacist groups in the United States

---

- This page was last modified 06:50, 25 August 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.





Exhibit 7 Page 53



Exhibit 7 Page 54

SPECIAL

NON-

DRINKERS

*INSURANCE*

AUTO    FIRE    LIFE

HOMEOWNERS

*FEATURING: —*

"NO FAULT" AUTO COVERAGE

SEATTLE OFFICES:
15407 1st Ave. So. . . . . . . . . . . . . . . .    246-0310
19552 Aurora Ave. No. . . . . . . . . . . . . .    546-6505

*Preferred Risk* INSURANCE COMPANIES
DES MOINES, IOWA

---

THE FIRST PRESIDENCY

Pres. — HAROLD B. LEE
1st Con. — N. ELDON TANNER
2nd Con. — MARION G. ROMNEY

THE COUNCIL OF THE TWELVE

S. W. KIMBALL          H. B. BROWN
S. T. BENSON           H. W. HUNTER
M. E. PETERSEN         G. B. HINCKLEY
D. L. STAPLEY          T. S. MONSON
L. I. RICHARDS         B. K. PACKER
                       M. J. ASHTON

ASSISTANTS TO THE TWELVE

ALMA SONNE             J. A. CULLIMORE
E. L. CHRISTIANSEN     M. D. HANKS
S. W. SILL             J. ANDERSON
H. D. TAYLOR           D. B. HAIGHT
A. R. DYER             W. H. BENNETT
F. D. RICHARDS         J. H. VANDENBERG
T.M. BURTON            R. L. SIMPSON
B. P. BROCKBANK

FIRST COUNCIL OF THE SEVENTY

S. D. YOUNG            P. H. DUNN
M. R. HUNTER          H. RECTOR, JR.
B. R. McCONKIE        L. C. DUNN
A. T. TUTTLE

THE PRESIDING BISHOPRIC

V. L. BROWN
H. B. PETERSON
V. J. FEATHERSTONE

PATRIARCH TO THE CHURCH

E. G. SMITH

Exhibit 7 Page 55

## SCHEDULE OF REGULAR STAKE MEETINGS

Stake Presidency . . . . . . . . . . . . . . Wednesday 8:00 PM
Missionary . . . . . . . . . . . . . . . . . . . Tuesday 7:00 PM
Temple Interviews . . . . . . . . . Wednesday 7:00 PM till 8:00 PM
Baptisms . . . . . . . . . . . . Saturday prior to 1st Sunday
Ward Reports due to Stake Clerk . . . . . . . . 10th of each month
Stake Reports due to Stake Clerk . . . . . . . 15th of each month
Stake Presidency & High Council . . . 11:00 AM 2nd & 4th Sunday
Stake Priesthood Committee Mtgs. . . . 9:30 AM 2nd & 4th Sunday
Stake Council . . . . . . . . . . . . . . 12:00 Noon 4th Sunday
Bishop's Mtg. with Stake Presidency . . . . 5:00 PM 1st Sunday
High Council Visit to Ward Sacrament Mtgs. . . . . . 4th Sunday
Seventies Quorum Mtg. . . . . . . . . . . . 6:30 PM 1st Saturday
Stake Priesthood Meeting . . . . . . . . . . 7:30 PM 1st Saturday
Stake President's Oral Evaluation with Bishops . . . . . 1st Sunday

Please check the calendar for specific dates of the above meetings
since each is subject to change as a result of conflicts with Stake
Conference, General Conference, etc.

REMEMBER YOUR FAMILY
HOME EVENING

SUPPORT YOUR
DIRECTORY SPONSORS

## RENTON STAKE OFFICERS

Renton Stake Center, 11852 – 140th S. E., Renton . . BA 6-8686
Foyer Telephone . . . . . . . . . . . . . . . . . . . . . AL 5-6995
Custodian—Clifford W. Wimmer

### STAKE PRESIDENCY
Office – 220 So. 3rd, Renton . . . . . . . . . . . . . BA 8-0624
President—Harris A. Mortensen, 19810—121st S. E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . UL 2-9547
1st Counselor—Lorin R. Anderson, 24615—35th Ave.
So., Kent 98031 . . . . . . . . . . . . . . . . . . . . VE 9-6595
2nd Counselor—Richard N. Temple, 14519 S. E. 114th
Pl., Renton 98055 . . . . . . . . . . . . . . . . . . BA 6-6238

### STAKE EXECUTIVE SECRETARY
Arie DeHart, 17238 S. E. 261st, Kent 98031 . . . . . . 631-0300

### STAKE CLERKS
Robert L. Stevens, 11224 S. E. 212th, Kent 98031 . . . UL 2-7478
Dee L. Petersen, 12166 S. E. 70th, Renton 98055 . . . BA 6-3848
Ronald V. Burgener, 17226—130th S. E.,
Renton 98055 . . . . . . . . . . . . . . . . . . . . BA 6-8537
Leroy J. Helf, 3612 4th N. E., Renton 98055 . . mm . . . BA 6-4668
Norman C. Krupp, 17229—117th S. E. Renton 98055 . . AL 5-7515
Harold McGiffin, 12127 S. E. 68th Pl., Bellevue 98004 . SH 6-8234

### HIGH COUNCIL
William R. Pendleton, 19917—108th S. E. Renton . . . UL 2-0405
W. Gordon Broomhead, 9015—132nd Pl. S. E. Renton . . BA 6-0444
Rodger L. Sorensen, 12840 S. E. 67th, Bellevue 98006 . . SH 7-4467
DeVon K. Hirschi, 3701 Hampton Way, Kent 98031 . . . UL 2-8652
Myles C. Jones, 4216 Carnaby St., Kent 98031 . . . . UL 4-9047
Clark C. Larson, 13627 S.E. 107th, Renton 98055 . . . AL 5-2791
Sm Richardson, 17254—117th S. E., Renton 98055 . . AL 5-1254
Ronald E. Lowrence, 13945—145th Ave. S.E., Renton . . AL 5-6538
Philip J. Coleman, 26246—172nd S.E., Kent 98031 . . . 631-2635
Ronald W. Eastman, 16544 S. E. 169th, Renton 98055 . BA 8-4821
Eugene G. Fawcett, 3338 Park No., Renton 98055 . . . AL 5-2656
Jack L. Dayley, 10504 S.E. 227th, Kent 98031 . . . . . UL 2-6288

### STAKE PATRIARCH
Reid P. Osen, 22509—94th So., Kent 98031 . . . . . . UL 2-5857

### STAKE AUDITORS
Harry E. Glimer, 11424 S.E. 180th, Renton 98055 . . . AL 5-2265
Marshall W. Lewis, 22804—105th Pl., Kent 98031 . . . UL 2-5165

Exhibit 7 Page 56

**PRESIDENCY OF THE HIGH PRIESTS QUORUM**
President—Harris A. Mortensen, 19810—121st S.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . UL 2-9547
1st Counselor—Lorin R. Anderson, 24615—35th Ave.
  So., Kent 98031 . . . . . . . . . . . . . . . . VE 9-6595
2nd Counselor—Richard N. Temple, 14519 S.E. 114th
  Pl., Renton 98055 . . . . . . . . . . . . . . . BA 6-6238
Secretary—Ivan Unbedacht, 14122 S.E. 162nd Pl.,
  Renton 98055 . . . . . . . . . . . . . . . . . . BA 6-8625

**PRESIDENCY OF THE 361st QUORUM OF SEVENTH**
Peter A. Jubitz, 24460—109th Pl.S.E. Kent 98031 . . . UL 4-0491
Donald G. Bell, 19237 Lake Francis Rd. S.E.,
  Maple Valley 98038 . . . . . . . . . . . . . . GE 2-9994
Roy D. More, 17023—113th S.E., Renton 98055 . . . BA 6-1698
Neil C. Anderson, 2509 Edmonds Ave. N.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . BA 6-1386
John Mackey, 25320 Lake Fenwick Rd., Kent 98031 . . . UL 25680
N. James Bateman, 26605—175th S.E., Kent 98031 . . . 631-1403
Dennis G. Herre, 12008—156th S.E., Renton 98055 . . . BA 6-7027

Secretary—Homer H. Edgington, 15738—120th S.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . BA 6-5967

**ELDERS' QUORUM PRESIDENCIES**

**1st QUORUM (Renton Ward)**
President—Loren M. Blocher, 10015 S.E. 192nd,
  Renton 98055 . . . . . . . . . . . . . . . . . . UL 2-1094
1st Counselor—H. Boyd Miles, 10006 S.E. 192nd,
  Renton 98055 . . . . . . . . . . . . . . . . . . UL 2-3335
2nd Counselor—Sterling M. Jex, Jr., 11245 S.E. 186th
  Renton 98055 . . . . . . . . . . . . . . . . . . BA 6-0639
Secretary, Alfred G. Larsen, 10622 S.E. 172nd
  Renton 98055 . . . . . . . . . . . . . . . . . . AL 5-1420

**2nd QUORUM (Renton 4th Group)**
President—R. E. (Gene) Hill, 609 Camas Ave. N.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . AL 5-4716
1st Assistant (2nd Counselor)—Ronald G. Cottle,
  7046—123rd S.E., Renton 98055 . . . . . . . . AL 5-2504
2nd Assistant, Charles B. Cheney, 6440—129th S.E.
  Bellevue . . . . . . . . . . . . . . . . . . . . . 641-0227
Secretary—Frederick D. Crawley, 8904—121st Ave.S.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . BA 6-8633

**2nd QUORUM (Renton 2nd Group)**
Group Leader (1st Counselor)—Val Walker, 14424—158th
  Pl.,S.E., Renton 98055 . . . . . . . . . . . . . BA 6-8967
1st Assistant—John Webb, 15111—204th S.E.,
  Renton 98055 . . . . . . . . . . . . . . . . . . AL 5-8889
Secretary—Jacob Booher, 707 Redmond Ave.N.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . AL 5-2719

**3rd QUORUM (Kent 2nd Ward)**
President—Robert M. Searle, 25231—173rd Ave. S.E.
  Kent 98031 . . . . . . . . . . . . . . . . . . . 631-4329
1st Counselor—

2nd Counselor—

Secretary—

**4th QUORUM (Kent Ward)**
President—Milton A. Deeleuw, 10638 S.E. 236th
  Kent 98031 . . . . . . . . . . . . . . . . . . . UL 4-4244
1st Counselor—Gerald L. Bahr, 866 Stetson,
  Kent 98031 . . . . . . . . . . . . . . . . . . . UL 4-9372
2nd Counselor—E. Lamont Palmer, 11414 S.E. 225th
  Kent 98031 . . . . . . . . . . . . . . . . . . . UL 4-5477
Secretary—Anthony Pascoal, 3905 So. 236th, Kent . . TR 8-3420

**5th QUORUM (Renton 3rd Ward Group)**
President—John R. Wright, 12663 S.E. 162nd, Renton . . AL 5-0924
1st Counselor—Carl L. Kuykendall, 12024 S.E. 165th
  Renton 98055 . . . . . . . . . . . . . . . . . . AL 5-1193
2nd Counselor, Niel M. Brown, 17250—138th S.E.
  Renton 98055 . . . . . . . . . . . . . . . . . . BA 8-2263
Secretary—Gordon J. Florence, 11731 S.E. 157th,
  Renton 98055 . . . . . . . . . . . . . . . . . . AL 5-8096

**5th QUORUM (Maple Valley Branch)**
Group Leader—Arthur G. Saunders, 19927 Maple Valley
  Road, Maple Valley 98038 . . . . . . . . . . . GE 2-0132
1st Assistant—Dale O. Boyington, 25425 S.E. 216th
  Maple Valley 98038 . . . . . . . . . . . . . . GE 2-0741
2nd Assistant—Ronald H. Campbell, 20410—298th S.E.
  Maple Valley 98038 . . . . . . . . . . . . . . GE 2-4069

Exhibit 2 Page 57

## STAKE MISSION PRESIDENCY
President—Peter A. Jubitz, 24460—109th Pl. S.E.
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . UL 4-0491
1st Counselor—Donald G. Bell, 19237 Lake Francis Rd.
S.E., Maple Valley 98038. . . . . . . . . . . . . . GE 2-9994
2nd Counselor—Dennis G. Herre, 12008—156th S.E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . BA 6-7027
Secretary—Homer H. Edgington, 15738—120th S.E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . BA 6-5967

## STAKE PRIMARY PRESIDENCY
President—Shirley W. Struckman, 412 Scenic Way,
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . UL 4-5512
1st Counselor—Sylvia Shaw, 19212—140th S.E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . UL 4-2145
2nd Counselor—Maureen J. Wilkinson, 10625 S.E. 232nd,
Kent 98031. . . . . . . . . . . . . . . . . . . . . . . UL 2-9090
Secretary—Barbara Searle, 26231—173rd Ave. S.E.
Kent 98031. . . . . . . . . . . . . . . . . . . . . . . 631-4329

## STAKE RELIEF SOCIETY PRESIDENCY
President—Marilyn Young, 14541 S.E. 261st, Kent, 98031 631-4123
1st Counselor—Rosette Jones, 4216 Carnaby,
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . UL 4-9047
2nd Counselor—I. May Axelson, 9621 So. 241st
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . UL 2-3773
Secretary—Ina Sparks, 1633 Harrington Ave. N.E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . AL 5-6020

## STAKE SUNDAY SCHOOL PRESIDENCY
President—Darwin C. Christensen, 16405—176th S.E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . BA 8-1091
1st Counselor—Franklin M. Shumway, 2413 President
Part Ct., Renton 98055 . . . . . . . . . . . . . . . BA 6-2214
2nd Counselor—Clyne M. Leavitt, 11015 S.E. 213th
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . UL 2-9394
Secretary—Norma Booher, 722 No. Alvord, Kent 98031 UL 2-1227

## STAKE YMMIA PRESIDENCY
President—Ronald M. Mann, 3307 N.E. 10th Pl.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . AL 5-0134
1st Counselor—David Gibby, 14410 S.E. 261st
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . 631-9145
2nd Counselor—Richard S. Cook, 2023A Harrington P.
N. E., Renton 98055 . . . . . . . . . . . . . . . . . 271-0648
Secretary—

## STAKE YWMIA PRESIDENCY
President—Norma Heaps, 17805 S.E. 266th Pl.
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . 631-2663
1st Counselor—Leovce Broadbent, 12684 S.E. 162nd,
Renton 98055. . . . . . . . . . . . . . . . . . . . . BA 6-7931
2nd Counselor—Gladys Burgener, 17226—130th S.E.
Renton 98055 . . . . . . . . . . . . . . . . . . . . . BA 6-8537
Secretary—Lucille Judd, 12815 S.E. 170th,
Renton 98055 . . . . . . . . . . . . . . . . . . . . . 271-0935

## STAKE PUBLIC RELATIONS DIRECTOR
Jack L. Dayley, 10504 S.E. 227th, Kent 98031 . . . UL 2-6288

## STAKE MAGAZINE REPRESENTATIVE
Eugene G. Fawcett, 3338 Park No., Renton 98055 . . AL 5-2656

## LDS INSTITUTE AND SEMINARIES
Institute Director—Dr. J. Lewis Taylor, 3925—15th N.E.
Seattle 98105 . . . . . . . . . . . . . . . . . . . . 633-2955
Seminary Coordinator—N. James Bateman, 10433 Kent-
Kangley Rd., Kent 98031. . . . . . . . . . . . . . . UL 2-1539

## BLOOD BANK
W. Gordon Broomhead, 9015—132nd Pl. S.E.,
Renton 98055 . . . . . . . . . . . . . . . . . . . . . BA 6-0444

## BUILDING CLEARANCE
Stake Center (Renton Bldg.)—Carrol Merrill
12502 S.E. 73rd Pl., Renton 98055 . . . . . . . . . BA 8-3385
Kent Bldg.—L. Marjorie Olsen, 22509—94th So.
Kent 98031 . . . . . . . . . . . . . . . . . . . . . . UL 2-5857

## STAKE CALENDAR
Jack L. Dayley, 10504 S.E. 227th, Kent 98031 . . . UL 2-6288

## BUILDING MAINTENANCE REPRESENTATIVE
John M. Axelson, 9621 So. 241st, Kent 98031 . . . UL 2-3773

## NORTHWEST REGION BISHOP'S STOREHOUSE
1412 West Morton (So. 238th St.) Kent 98031 . . . UL 2-8552

## GARMENT CENTER
3534 Stoneway North, Seattle 98103 . . . . . . . . 634-0290
Hours: Wednesday and Saturday—10:00 AM to 5:00 PM

Exhibit 7 Page 58

SOCIAL SERVICES – WASHINGTON
220 So. 3rd, Renton, 98055 . . . . . . . . . . . . . . . . . . . BA 8-3740
Director—Ralph M. Jackson
(Adoption, Youth Counseling, Indian Placement)

BYU ADMISSION ADVISOR
James Roe, 9623 So. 248th #D-2, Kent 98031 . . . . . UL 4-2278

STAKE BOOK STORE
Contact any Seventy in your Ward

REGIONAL REPRESENTATIVE, SEATTLE REGION
President—Thomas Y. Emmett, 1026 S.E. 57th Ave,
Portland, Oregon 97215 . . . . . . . . . . . . . . . . . . . . . . . .

OTHER STAKES IN THE SEATTLE REGION
SEATTLE STAKE
President—David O. Dance, 3026—44th West,
Seattle, 98119 . . . . . . . . . . . . . . . . . . . . . . . . 283-8409
Stake Center—SW 142nd & Ambaum Blvd., Seattle,
Foyer Telephone. . . . . . . . . . . . . . . . . . . . . . . 242-3552
242-9979
SEATTLE EAST STAKE
President—M. J. Lyon, 8425 SE 34th Pl.
Mercer Island 98048. . . . . . . . . . . . . . . . . . . . 232-5750
Stake Center—14536 Main, Bellevue . . . . . . . . . 757-4250
SEATTLE NORTH STAKE
President—Heber J. Badger, 20226—23rd Place NW,
Seattle 98177 . . . . . . . . . . . . . . . . . . . . . . . . 546-3642
Stake Center—5701—8th NE, Seattle . . . . . . . . . 525-6633
Foyer Telephone. . . . . . . . . . . . . . . . . . . . . . . 522-9917
CASCADE SOUTH STAKE
President—Wesley K. Duce, 4601 Alger, Everett . . . 252-7963
Stake Center—22015—48th West, Mountlake Terrace 775-1660
Foyer Telephone. . . . . . . . . . . . . . . . . . . . . . . 776-9906
WASHINGTON MISSION
President—Raymond F. Price, 7601 SE 27th,
Mercer Island 98048 . . . . . . . . . . . . . . . . . . . . 232-7982

SUPPORT YOUR
DIRECTORY SPONSORS

## KENT WARD
24419 94th South

Bishop's Office: . . . . . . . . . . . . . . . . . . . . . . . . . . . . UL 2-4536
Foyer: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . UL 2-9892

## MEETINGS

Priesthood Meeting . . . . . . . . . . . . . . . . . . . Sunday, 7:45 am
Sacrament Meeting . . . . . . . . . . . . . . . . . . . Sunday, 4:00 pm
Fast and Testimony Meeting . . . . . . . . . . . . First Sunday, 4:00 pm
Sunday School Meeting . . . . . . . . . . . . . . . . Sunday, 10:30 am
MIA Meeting . . . . . . . . . . . . . . . . . . . . . . . Wednesday, 7:30 pm
Relief Society Meeting . . . . . . . . . . . . . . . . Wednesday, 9:30 am
Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . Tuesday, 4:30 pm
Executive Committee Meeting . . . . . . . . . . . . Sunday, 9:00 am
Ward Council Meeting. . . . . . . . . . . . . . . . . First Sunday, 12:00 noon
Bishop's Meeting. . . . . . . . . . . . . . . . . . . . Sunday, 6:45 am

## WARD COUNCIL

Bishop—Owen E. Jensen . . . . . . . . . . . . . . . . . . . . . . UL 2-8935
1st Counselor—S. Mark Chugg . . . . . . . . . . . . . . . . . . UL 2-6867
2nd Counselor—K. Wayne Johnson . . . . . . . . . . . . . . . UL 2-5943
Executive Secretary—Melvin L. Newbold . . . . . . . . . . . UL 4-9183
Ward Clerk (Statistical) Arlen C. Blickfeldt . . . . . . . . . UL 2-4783
Asst. Clerk (Financial) Wayne A Schneider . . . . . . . . . UL 2-6956
Asst. Clerk (Historical) Gary C. Kutterer . . . . . . . . . . . UL 2-0965
High Priest Group Leader—G. Max Booher . . . . . . . . . . UL 2-1227
Seventy Group Leader—Kenneth E. Higginbotham . . . . . UL 2-8027
Elders Quorum President—Milton A. Dielieuw . . . . . . . . UL 4-4244
Gen. Sec. Youth Aaronic & YWMIA—Weldon F. Jackson . UL 2-3804
Relief Society President—Bessie M. Newbold . . . . . . . . UL 4-9183
Sunday School President—Marshall W. Lewis . . . . . . . . UL 2-5674
Primary President—Linda Ann Nies . . . . . . . . . . . . . . 941-1613
YWMIA President—Ruth Ann Bahr . . . . . . . . . . . . . . UL 4-9372

ABERCROMBIE, Thomas J., Violet M.,
10404 S. E. 236th Pl., . . . . . . . . . . . . . . . . . . . . UL 4-2476
ANDERSON, Loren R., Ruth L.,
24615 35th Ave. So. . . . . . . . . . . . . . . . . . . . . . VE 9-6595
ANDERSON, Roy A., 23401 104th S.E., Apt. 25. . . .
ANDERSON, William J., Alice P., 14451 S. E. 208th UL 2-3996
ASHBY, Jerald L., 24519 36th So. . . . . . . . . . . . . 941-1534
AVERY, Jesse William, 22022 186th S. E. . . . . . . .
AXELSON, John M., I. May, 9621 So. 241st . . . . . . UL 2-3773
BAHR, Gerald L., Ruth Ann, 866 Stetson . . . . . . . UL 4-9372
BAKER, Howard K., Lois N., 20742 92nd So. . . . . . UL 2-8234

Exhibit 7 Page 59

BELL, Louis S., Jr., Susan D., 3918 So. 242nd . . . . . . . . TA 4-2540
BENCE, Cleo Mae, 20624 98th Pl. So. . . . . . . . . . . . UL 2-0778
BENTI, Lillian E., 1035 W. Smith, Space 40 . . . . . . . . UL 2-5772
BERRY, Shirley K., 11008 S. E. 213th . . . . . . . . . . . UL 4-0220
BLEVINS, Vivian M., 829 No. 3rd . . . . . . . . . . . . . . . . .
BLICKFELDT, Arlen C., N. Lorraine, 23114 110th S.E. . . UL 2-4783
BOOHER, G., Max, Norma, 722 No. Alvord . . . . . . . . . UL 2-1227
BOYDSTON, Gary W., Denise Lynn,
  20412 130th Pl. S. E. . . . . . . . . . . . . . . . . . . . . . UL 2-3754
BRANHAM, Melvin Dale, Susan, 20232 105th S. E. . . . . UL 4-1351
BRIDGE, Sheridan Guy, 308 Summit, Apt. 2 . . . . . . . . . UL 2-3356
BRIGHAM, Sandra Mae, 9704 So. 248th . . . . . . . . . . UL 2-5837
BRINLEY, Melvin J., Beverly J., 21013 125th S. E. . . . . UL 4-3093
BROCKELBANK, Leona D., 22206 108th S. E. . . . . . . . . UL 2-8659
BROOKS, Daniel J., 22440 104th S. E., Apt. C-11 . . . . . UL 2-6686
BROWN, Claude A., Ruth, 22320 113th S. E. . . . . . . . . UL 4-2719
BUCK, Donald E., Helen R., 21053 99th So. . . . . . . . . UL 3-3472
CAMERON, Wilma E., 10816 S. E. 213th . . . . . . . . . . UL 2-1475
CARNAHAN, Donaldson E., May Cherry,
  22825 164th S. E. . . . . . . . . . . . . . . . . . . . . . . . AL 5-3145
CHRISTENSEN, Jeanette O., 21612 99th So. . . . . . . . . UL 2-7290
CHUGG, S. Mark, Jolene P., 20602 98th Pl. So. . . . . . . UL 2-6867
CLEMENTS, Raymond D., Mary Ann,
  23330 104th S. E. . . . . . . . . . . . . . . . . . . . . . . . UL 2-1211
CLOUD, Carolyn J., 10543 S. E. 228th . . . . . . . . . . . UL 2-1546
CONNEL, Dallas R., Mardena, 23114 107th Pl. S. E. . . . UL 2-5118
CRAWFORD, Alice M., 23204 110th S. E. . . . . . . . . . .
CRUSE, Ruth Ann, 10127 S. E. 240th . . . . . . . . . . . .
DAVIS, Clyde Jay, Kathleen Susan
  10705 S. E. 238th, No. 6 . . . . . . . . . . . . . . . . . . . UL 3-3487
DAYLEY, Jack L., Patricia A., 10504 S. E. 227th . . . . . UL 2-6288
DEALY, Orval D., Karen L., 2405 So. 204th, No. 45 . . . . TA 4-3216
DELEEUW, Milton A., Renae, 10638 S. E. 236th . . . . . . UL 4-4244
DUNAWAY, James L., Bobbi Jo, 1320 E. James . . . . . . UL 2-1809
DUNN, James W., Mary E., 24015 94th So. . . . . . . . . . UL 2-1636
ELD, Sandra J., 24418 110th Pl. S. E. . . . . . . . . . . . . UL 4-1098
FERGUSON, Ida E., 9208 So. 218th . . . . . . . . . . . . . UL 2-4465
FICKLE, Randy Lee, 21740 84th So. Space 39 . . . . . . . .
FOWLER, William E., 720 N. Central . . . . . . . . . . . . .
GENTRY, LeRoy, 24244 193rd S. E., Maple Valley . . . . GE 2-1657
GODINA, Melvin R., Marvin D.,
  24500 Russell Road, Space 22 . . . . . . . . . . . . . . . UL 4-0580
GREIN, Elizabeth Jean, 10912 S. E. 235th . . . . . . . . . .
GROSS, JoAnn, 22320 113th Pl. S. E. . . . . . . . . . . . . UL 4-4374
GROVER, Joseph E., Deborah M.,
  10989 S. E. 225th . . . . . . . . . . . . . . . . . . . . . . . UL 4-5741
GRIFFITH, Niel L., Jennie, 308 Summit, No. 29 . . . . . . UL 4-1817
HAINER, Mary L., 23401 104th S.E., Unit 35 . . . . . . . . UL 4-2302

HAMILTON, David N., Grace Marie,
  10705 S. E. 238th, Apt. 11 . . . . . . . . . . . . . . . . . . UL 2-8148
HANSON, Teresa Kay, 14236 S. E. 202nd . . . . . . . . . UL 4-4615
HARRIS, Frank D., 11645 S. E. 208th, No. 13 . . . . . . . UL 2-4289
HARRIS, Randall G., Jeanne L.,
  23612 100th S. E., Apt. 12 . . . . . . . . . . . . . . . . . .
HEATH, Arlena, 14603 S. E. 214th . . . . . . . . . . . . . . UL 4-4468
HEINTZ, Gary D., Carol, 23843 178th Pl., . E. . . . . . . . 631-0122
HENDRICKS, Bradley J., 23003 135th S. E. . . . . . . . . . UL 2-5873
HERMAN, June, 22675 108th S. E. . . . . . . . . . . . . . . UL 2-6526
HESS, Earl J., Sharyn C., 23204 110th Pl. S. E. . . . . . . UL 2-7862
HIGGINBOTHAM, Kenneth E., Virginia
  10215 S. E. 238th, Apt. 10 . . . . . . . . . . . . . . . . . UL 2-8027
HOPPER, James D., Linda L., Nike Manor M-25,
  (Military Rd. & So. 236th) . . . . . . . . . . . . . . . . . . TR 8-8265
HOUSER, Jack E., Tamera, 22440 104th S.E., Apt. E-15 UL 2-9689
IKOLA, Marcia M., 20514 106th S. E. . . . . . . . . . . . .
JACKSON, Weldon F., Sherlene, 23411 127th S.E. . . . . . UL 2-3804
JACKSTIEN, Harry E., O., Mae Lillian
  20447 131st Pl. S. E. . . . . . . . . . . . . . . . . . . . . . UL 2-5796
JAMES, Steven C., Ruth Ann . . . . . . . . . . . . . . . . . UL 4-2297
  24500 Russell Road, Space 46 . . . . . . . . . . . . . . . UL 2-8935
JENSEN, Owen E., Renae, 23228 110th Pl. S. E. . . . . . 2-1688
JOBE, Graham, Geraldine, 11124 S. E. 248th . . . . . . . UL 4-4173
JOHNSON, Karl E., Vida Jean, 23301 105th S. E. . . . . . UL 2-5943
JOHNSON, K. Wayne, Vivi T., 10818 S. E. 228th . . . . . UL 2-2748
JOYNER, Darlene E., 12408 S. E. 201st Pl. . . e. . . . . . UL 2-0491
JUBILTZ, Peter A., B. Joy, 24460 109th Pl. S. E. . . . . .
JUDD, Ernest P., 17645 S. E. 240th . . . . . . . . . . . . .
JUDD, Maureen, 11004 S. E. 235th . . . . . . . . . . . . . . UL 4-1099
KAMMERATH, E. Douglas, Frances J.,
  23230 109th Pl. S. E. . . . . . . . . . . . . . . . . . . . . . UL 4-4748
KENWORTHY, Dorothy E., 2945 So. 242nd . . . . . . . . . TR 8-2258
KLIMEK, Barbara Louise, 14415 S. E. 204th . . . . . . . . UL 2-9988
KUTTERER, Gary C., Gail, 9813 So. 213th Pl. . . . . . . . UL 2-0965
LAFRENZ, Alan M., 10705 S. E. 238th, Apt. 35 . . . . . . UL 4-9178
LEAVITT, Clyne M., Louise, 11015 S. E. 213th . . . . . . . UL 2-9394
LEE, Duane C., Eva Lynn, 10716 S. E. 238th, #E-A . . . . UL 4-9435
LEE, Mildred, 10542 S. E. 228th . . . . . . . . . . . . . . . . UL 2-3291
LeGEAR, Clifford L., Jerrene, 10839 S. E. 200th . . . . . . UL 2-2407
LEONARD, Robert, Eunice June, 12812 S.E. 201st . . . . . Unlisted
LEWIS, Marshall W., Paula, 22504 105th Pl. S. E. . . . . . UL 2-5165
LEWIS, William B., Elsie, 23015 104th S.E. . . . . . . . . . UL 2-5674
LOTT, Corwin N., Phyllis, 22534 108th S.E. . . . . . . . . . UL 2-6091
LUBENOW, Hans K., 102 Summit Ave. . . . . . . . . . . . . UL 4-2635
MACHULA, Frederick E., Jackie,24040 193rd Pl.S.E. . . . . GE 2-4920
MACKEY, Leonard H., Jean, 20058 103rd Pl. S. E. . . . . . UL 2-0706
MADDEN, Phillip W., Tayla Lee, 22206 108th S. E. . . . . UL 2-8659

Exhibit 7 Page 60

MANNING, Harold C., Connie, 417 N. Prospect . . . . . . UL 4-3320
MANNING, LaVaun A., 20840 144th S. E. . . . . . . . . UL 2-9685
MANNING, Thomas W. Jr., JoAnn
  333 Ridgeview Dr., Apt. 150, . . . . . . . . . . . . UL 2-0914
MAYER, Connie, Sue, 21343 96th So. . . . . . . . . . . UL 4-1295
McDONALD, Lawrence C., 1255 Weiland St. . . . . . . . UL 4-2521
McKENNA, William B., 24615 188th S. E.
MORRISON, Judith Ann, 505 N. Hazel . . . . . . . . . UL 4-0533
MORTON, Diane, 20806 144th S. E.
MORTON, James N., Shirley Ann, 20429 108th S.E.
MULLER, James H., L. Bess, 21435 148th S. E. . . . . UL 4-9183
NEWBOLD, Melvin L., Lucille, 1259 Weiland, Apt.A-7 . . UL 4-5689
NEWTON, Hugh E., Lucille, 24723 35th So. . . . . . . 941-1613
NIES, Carl David, Linda Ann,
O'LEARY, Michael Robert, 2509 94th So. . . . . . . . UL 2-5857
OLSEN, Reid P., Marjorie, 2509 Ridgeview Dr. Apt. 131
OLSON, Cheryl Lynn, 325 Ridgeview Dr. . . . . . . . . UL 2-1043
OLSON, Glennadyne J., 12800 S.E. 234th. . . . . . . . UL 2-4964
OUWERKERK, Rein K., Ilona L., 21740 84th So. # 53 . . UL 4-5477
PALMER, E. LaMont, Sandra, 11414 S. E. 225th . . . . UL 4-3696
PARKER, Joellen, 20410 106th S. E. . . . . . . . . . TR 8-3420
PASCOAL, Anthony, Karen, 3905 So. 236th
PEDERSON, Donald P., Mary Ann, 609 N. Washington . . UL 4-1534
PINNEY, Charles R., Ida Joyce, 23608 131st S. E. . . UL 2-6949
PIPKIN, Joseph, 1601 West Meeker . . . . . . . . . . UL 4-0417
POWELL, Clyde L., Rosemary, 10815 S. E. 235th . . . . UL 2-1211
POWELL, Darwin J., 23330 104th S.E. . . . . . . . . . UL 2-6916
QUANROD, Beverly W., 22844 135th S.E. . . . . . . . . UL 4-3854
REDELF, Larry J., Karen, 20204 106th S. E.
REDD, Harold J., 22440 104th S. E., Apt. G-12 . . . . UL 2-9290
ROBERTS, Sharon L., 11054 S. E. 212th . . . . . . . . TA 4-3678
ROBERTSON, Robert L., Helen P., 4120 So. 243rd Pl. . UL 4-4077
ROCK, Janice J., 21922 105th S. E. . . . . . . . . . UL 2-2316
SACKETT, Judith A., 9830 So. 210th Pl. . . . . . . . UL 2-4923
SAILSBERY, E. Franklin, Helen, 21040 132nd S. E. . . UL 4-9918
SANDERS, Patrick M., Carol Ann,
  10405 S. E. 224th, Apt. 12 . . . . . . . . . . . . UL 4-3014
SANKEY, JanetJoy, 10606 S. E. 226th
SCHELL, Johnnie R., 20459 120th S. E. . . . . . . . . UL 2-7287
SCHIERMAN, Franke J., 21016 99th So. . . . . . . . . UL 2-6996
SCHNEIDER, Wayne A., A. Ann, 22849 132nd S. E. . . . UL 28459
SCHWARZ, Carl R., 20059 103rd Pl. S. E. . . . . . . . UL 2-2316
SEARLE, Douglas Ray, 1256 Weiland
SMITH, Betty L., 23121 107th Pl. S. E. . . . . . . . UL 2-4923
SMITH, Nathan H., Marie L., 22517, 108th S. E.
SODENKAMP, Leonard F., Dawna A.,
  15421 S. E. 234th Pl. . . . . . . . . . . . . . . . 631-3439
STEINEBACH, Michael D., 21019 125th S. E.
STEVENS, Robert L., I. Ann, 11224 S. E. 212th . . . . UL 2-7478

SYBERTZ, Russell E., Peggy Lee, 11644 S.E. 218th Pl.
TAYLOR, Sheron C., 25401 104th S. E. . . . . . . . . UL 4-9986
THOMAS, Larry J., Peggy, 23240 110th Pl. S. E. . . . UL 4-5830
TORREY, Gerard B., 24602 35th Pl. So. . . . . . . . . VE 9-5348
TRIPLETT, David L., 22440 104th S. E., Apt. 11-D
TUCK, Kenneth H., Ella Marie, 418 No. Kennebeck . . . UL 2-5575
VICKREY, Vernal C., 24440 Russell Rd, No. 232 . . . . UL 2-5259
WAGNER, Elizabeth Jean, 12714 S. E. 248th. . . . . . UL 2-4696
WATSON, Marra J., 10501 S. E. 233rd Pl. . . . . . . . UL 4-3615
WEAVER, V. Kaye, 726 4th No. . . . . . . . . . . . . UL 2-9358
WEBB, Franklin Jess, Nancy Lee, 2421 36th So. . . . . TA 4-5745
WIGGER, Shirley J., 25205 183rd S.E. Maple Valley . . GE 2-0837
WILKINSON, Clynn J., Maureen, 10625 S.E. 232nd . . . UL 2-9090
WILLARD, Max A., V. Ann, 23419 120th S. E. . . . . . UL 4-3095
WILLIAMS, Ronald J., Ivaline Marie
  12818 S. E. 201st . . . . . . . . . . . . . . . . . UL 4-1329
WOODDARD, Melvin J., 20851 144th S. E. . . . . . . . UL 2-9608
WOLSHLAGEL, Cathrine E., 22817 134th S. E. . . . . . UL 2-3914
YOUNG, Robert D., Susan L., 23836 41st So. . . . . . TA 4-2328

SUPPORT YOUR FINANCE
& DEDICATION PROGRAM

SUPPORT YOUR
DIRECTORY SPONSORS

Exhibit 7 Page 61

631-251 ?

## KENT SECOND WARD
24419 94th South

MEETINGS

Bishops Office ........................................ UL 24661
Foyer .................................................. UL 29892

| | |
|---|---|
| Priesthood Meeting | Sunday, 7:15 am |
| Sacrament Meeting | Sunday, 2:30 pm |
| Fast and Testimony Meeting | First Sunday, 2:30 pm |
| Sunday School Meeting | Sunday, 9:00 am |
| MIA Meeting | Tuesday, 7:30 pm |
| Relief Society Meeting | Thursday, 9:30 am |
| Primary | Wednesday, 4:45 pm |
| Executive Committee Meeting | Sunday, 10:30 am |
| Ward Council Meeting | First Sunday, 10:30 am |
| Bishop's Meeting | Sunday, 6:15 am |

### WARD COUNCIL

Bishop—Randall K. Borland .......................... 631-2493
1st Counselor—Arlo D. Young ....................... 631-4122
2nd Counselor—K. Dennis Hofmann ................. 631-2089
Executive Secretary—Don W. Boren ................. 631-2895
Ward Clerk (Historical)—Parley M. Conder .......... UL 4-2600
Asst. Clerk (Financial)—J. Kent Weir .............. 631-4710
Asst. Clerk (Statistical)—Jack T. Swain ........... UL 4-3958
High Priest Group Leader—
Seventy Group President—Robert M. Searle ......... 631-4320
Elders Quorum President—Harold D. Hancock ....... 631-0754
Gen Sec. Youth Aaronic & YMMIA—Richard Pettitt
Relief Society President—            .............. VE 9-1909
Sunday School President—Max Pettey ............... UL 2-4551
Primary President—Carolle Berry
YWMIA President—

ALDER, Harold, Florence, 24906 38th Ave. So. .... VE 9-7190
ALLENBACH, Herman, Velory, 26829 152rd S. E. ... 631-2437
ALLEN, Bonnie, 26623 197th S. E. ................. UL 2-4155
ANDERSON, Charles, 26623 114th S. E.

BARBEE, Betty, 17149 S.E. 267th .................. 631-4175
BATEMAN, N. James, Doris, 10433 Kent Kangley Rd.
  #224
BEAVER, Dale, 16760 S. E. 255nd Ct. ............. 631-4388
BEERS, Max, Jean, 3414 S. 263rd ................. VE 3-3818
BERBERT, Richard, Marledda, 3406 S. 253rd
BECK, Carl, 17626 S. 260th

[right side of book — names and phone numbers, heavily faded]

BECK, Robert, Ada, 25820 136th S. E. .............. 631-1186
BERRY, Carol, 28411 59th Ave. SE .................. UL 2-4557
BERRY, Roger, Diane, 553 S. 356th ................. UL 4-2638
BLANCHARD, Patrice, 11804 S. E. 276th ............ 631-3310
................................................... UL-4357?
................................................... UL-4-0703
BOND, ............................................. UL-2-7768
................................................... UL-2088?
................................................... UL-1898?
BOREN, Don, ....................................... 631-2895
................................................... 631-9787
BOWEN, ........................................... 631-1984
BOWERS, ........................................... 631-2614
BRADS ............................................. 631-2022
BROWN, Robert ..................................... 631-2855
BURNHAM ........................................... 631-3715
BURT ............................................... UL 4-1603

ALDER ............................................. UL 2-7788
CLARKSON .......................................... 631-1948
COLE .............................................. UL 4-9788
COLEMAN ........................................... 631-2635
................................................... 631-2235
CROSSLAND ......................................... 631-0633
CROSTON ........................................... 631-0791

DANLUK ............................................ UL 4-3777
DAVIDSON .......................................... 631-3317
DAY ............................................... UL 4-4392
................................................... 631-0300

DEANO ............................................. UL 2-4098
DEVERAUX .......................................... 631-4534
DEWEY ............................................. UL 4-1040
O'CONNER .......................................... 631-2902
DUKES ............................................. 631-0876
DUNN .............................................. 631-4369
ENGBERETH, Julia

Exhibit 7  Page 62

VLC 2  93344

FLUE, Helma, 533 3rd So. ........................ UL 2-2249
FOX, Janet, 17625 S. E. 267th ....................
FREDRIKS, Donna, 12868 S. E. 252nd .............

GAINES, Jack, Joanne, 27439 141st S. E. ........ 631-2569
GARBANAT, Ida, 14517 S. E. 261st. ............... 631-2752
GIBB, Byron, Alys Mary, 3405 So. 253rd ......... VE 9.0481
GIBBY, David, Ingelise, 14410 S. E. 261st. ...... 631-9145
GJERDRUM, Johan, 7333 So. 285th. ............... UL 2-5899
GRAFF, Lamar, Gail, 27834 42nd So. ............. UL 2-2479
GRAHAM, Jean, 25530 Princeton Ave. ............. UL-2-2856
GRAHAM, Michael, Linda, 26846 Military Rd. So. .. UL 2-0409
GWIN, Joan, 4505 So. 283rd, Auburn

HAGBERG, Betty, 10508 S. E. 256th ............... UL 4-2599
HANCOCK, Harold, Kay, 26513 Cambridge Dr. .... UL-4-3959
HAND, William, Florence, 208 E. Morton St. ...... UL 2-7778
HARRISON, Mina, 30031 164th S. E. .............. 631-4616
HAZEN, Naomi, 524 5th So. ....................... UL 4-4101
HEAPS, Norma, 28820 136th S. E. ................ 631-2663
HEGLE, Susan, 28820 136th S. E. .. VCC 934.. 631-4567
HESS, Blaine, Alice, 26815 102nd S. E. .......... UL 2-6950
HARKER, Vari, Deanne, 4316 So. 261st. .......... UL 2-8218
HARPER, Brent, Kathy, 11020 Kent-Kangley #c-26 
HAMMOND, Nancy, 18008 S. E. 264th ............ 631-3376
HAMMOND, Robert, 619 1st Ave. So. ............. UL 2-3415
HIGGINS, Sherry, 27406 131st Ave. S.E. ..........
HOFFMANN, Dennis, Karen, 26224 173rd S.E. .... 631-2003
HODGEN, Robert, Linda, 10433 Kent-Kangley Rd. ..
HOGGATT, Orna, 11834 S. E. 270th ............... 631-0304
HUGHES, Orsel, Gertrude, 26016 144th S. E. ...... 631-2254

ISAACKS, Joseph, Linda, 12005 S. E. 270th ...... 631-2558

JACKSON, Paul, 28634 51st Pl. So. ............... VE 9.9687
JACOB, Paul, Judith, 26253 172nd S. E. .......... 631-1561
JARVIS, Ronald, Mildred, 855 Tilden. ............. VE 9.7193
JENSEN, Lola, 24906 38th So. .....................
JENSEN, Kay Don, Kathleen, 1245 Welland St. .... UL 2-1786
JOHANSEN, Rex, Eunice, 16810 S. E. 264th. ...... 631-5180
JOHNSON, Trena, 26412 94th So. ................. UL 2-7596
JOHNSON, Lynn, Louise, 17323 S. E. 265th ...... 631-3076
JOLLEY, Clifford, Verda, 12981 S. E. 275th ...... UL 4-9047
JONES, Myles, Rosetta, 4216 Cambria ........... UL 2-1651
JUDD, Billy, 11425 S. E. 265th .................... UL 2-8552
JUST, Ruth, 431 Scenic Way

KALINA, Diane, 26815 102nd S. E. .............. 631-2611
KELLER, Kenneth, Pauline, 13624 S. E. 256th ... 631-3943
KITZMILLER, Patricia, 26524 172nd S. E. ....... 631-3956
KNIGHT, Gale, 26609 73rd Pl. S. E. .............. 631-1417
KLOEPFER, Floyd, 1492 S. E. 270th Pl. ......... UL 2-8434
KRIER, Juanita, 324½ Naden Ave. ...............

LABRUM, Owen, Evelyn, 25643 Lake Fenwick Rd. .. UL 4-4944
LANE, David, Sandra, Steven, 27403½ 191th S. E. . 631-3824
LARSON, Marvin, Patty, 12259 S.E. 270th ........ 631-2086
LARSON, Jean, 19414 S. E. 265th ................
HAYLAND, Terry, 10433 Kent-Kangley Rd. #219 ..
LEWIS, Frank, 4821 Kent-Des Moines Rd. #152 ...
LINCOLN, Vivian, 25851 142nd S. E. ............. 631-3768
LOHOLT, Jack, 25829 152nd S. E. ................ 631-2437
LONG, Teresa, 25311 182nd S. E. ................ 631-4386

McCANN, Michael, Cheryl, 14612 S. E. 276th Pl. .. 631-0837
McCONNAHA, Robert, Francis, 26502 186th S. E. .. 631-3708
McENNEY, Diana, 3023 So. 220th ................ UL 4-1205
MACKAWIAN, Lilly, 26536 167th Pl. S. E. ........
MACKEY, John, Lana, 25320 Lake Fenwick Rd. ... 631-2012
MILLER, Faye, 17814 S. E. 282nd ................ UL 2-5680
MILLER, Bill, Phyllis, 17814 S. E. 282nd ........ 631-1308
MONACO, Charles, Kristina, 13719 S. E. 272nd .. 631-1308
MOORE, Essie, 9623 So. 248th, #B4 ............. 631-9457
MORGAN, Albert, Patty, 318½ Niden Ave. ........ UL-4-0160
MORGAN, Leiland, Carolyn, 2481-A 128th S. E. ... UL 4-1813
MORRIS, Marion, 28710 47th Pl. S. E. ........... UL 2-3892
MORRIS, Timothy, 27431 S. E. 141st ............ UL 28160

NABROTZKY, Ursula, 4821 Kent-Des Moines Rd. #123 631-3259
NELSON, John, Sandra, 28827 126th Pl. S. E. ....
NELSON, Alton, 26519 94th Pl. So. ............... UL 4.1191
NELLSON, Betty, 15219 S. E. 273rd Pl. .......... UL 2-3627
NOVAK, John, Deborah, 26447 170th S. E. ........ 631-0774
                                                 631-3715

OAKDEN, Gary, 25406 34th Pl. S. E. ............. VE 9.8146
O'NEILL, Levar, 34243 So. 288th ................ VE 9.1325
ORNDORFF, Darrell, Bonnie, 26454 Green River Rd. UL 2.0946
OSTLER, Hazel, Route 7 So. Maple Wood ......... UL 2-3309

PARENT, Vivian, 16515 S. E. 260th ..............
PARKHURST, Dan, Ruth, 616 So. 2nd ............. 631-4315
PATZER, Richard, Carol, 13572 S. E. 278th ...... UL 2-4348
                                                 UL 2-6627

Exhibit 7 Page 63

TOWNER, Richard, 14907 So. 270th Pl. . . . . . . UL 2-9138
TURNER, Larry, Alma, 15232 S. E. 272nd Pl. . . . 631-1833
TUTTLE, Wilford, Evelyn, 26405 170th S. E. . . . 631-1653

UREN, Neola, 3731 So. 286th, Auburn . . . . . UL 4-3628
UNBEDACHT, Clyde, Geraldine, 14321 S. E. 266th . . 631-1040

VAN DE MARK, Ivol, 25660 180th S.E. . . . . . . 631-1919
VANWEERTHUIVEN, Pamela, 26716 80th So. . . . UL 4-4081
VICKERY, Harold, 27844 S. E. 112th . . . . .
VICKERY, Russell, 708 Dean St. . . . . . . . UL 2-7791

WALDEN, Caroline, 26516 Lake Fenwick Rd. . . . UL 2-4004
WEBB, Jack, Claire, 27670 S. E. 145th . . . . . 631-2350
WEBSTER, Elaine, 404 So. 3rd . . . . . . . . UL 2-8032
WEIR, Kent, Kathryn, 25037 126th Pl. S. E. . . . UL 4-2509
WHAM, Martha, 14207 S. E. 256th . . . . . . . VE 9-5614
WHEELER, Calvin, Gloria, 3401 S. 255th . . . . VE 9-5983
WHITING, Betty, 25610 217th S. E. . . . . . . GE 2-0149
WILSON, Dwenna, 3712 So. 287th, Auburn . . . TE 3-5613
WILLIAMS, Guy, Norma, 25411 168th S. E. . . . 631-4443
WILLIAMSON, Richard, 1115 E. Laurel St. . . . . UL 4-4835
WILTON, Robert, Grace, 17244 S. E. Wax Rd. . . . 631-0860
WINN, Dennis, Ruth, 614 5th Ave. So. . . . .
WINN, Theron, Olive, 25520 Hawley Rd. . . . . UL 4-4049
WISE, Lynn, Vicky, 17459 S. E. 262nd . . . . . 631-2146
WOOD, Donald, 4821 Kent-Des Moines Rd. . . . . UL 4-3398
WORTHEN, Dwight, 1401 Maple St. . . . . . .

YOTHE, Bertha, 11309 S. E. 256th . . . . . . UL 4-4146
YOUNG, Arlo, Marilyn, 14541 S. E. 261st . . . . 631-4123

ZIELINSKI, Stanley, 11457 S. E. 284th . . . . . UL 2-8895

SUPPORT YOUR FINANCE
& DEDICATION PROGRAM

FELTON, Darrel, Maryann, 27350 129th S. E. . . .
PRESCOTT, John, LaVern, 424 Crow St. . . . . UL 2-4186
PETTEY, Max, Virginia, 4226 So. 251st . . . . VE 9-1903
POLLOCK, Rex, Agnes, 3246 So. 272nd . . . . UL 2-2205
POWELL, Edward, 11249 S. E. 286th . . . . . UL 2-8309
PULVER, Robert, 17816 S. E. 284th . . . . . 631-0574
PARKIN, Leo, Marilyn, 19450 S. E. 261st . . . . 631-0285
POWELL, Vernon, Alta, 5621 Kent-Des Moines Rd. . UL 2-2926
PETTIT, Richard, Arlene, 19050 S. E. 320th . . . 631-0754

RAMER, Reah, 10904 S. E. 281st . . . . . . UL 2-4894
RASCHKE, Ramon, Charlene, 25919 196th S. E. . . 631-3815
REITER, Ray, Florence, 27050 125th S. E. . . . 631-1184
ROE, James, Sharon, 9623 So. 248th . . . . . UL 4-2278
ROBB, Ester, 26060 156th S. E. . . . . . . . 631-2369
ROCEK, Richard, 11020 Kent-Kangley, #29 . . . UL 4-1379
ROGERS, Terrell, Jr., Lee, 731 So. 3rd . . . . UL 2-8017
ROGERS, Terrell, Virginia, 731 So. 3rd . . . . UL 2-8017
ROLLINS, David, 17035 S. E. 266th Pl. . . . .
RONNING, Hugh, Renee, 25324 132nd . . . . .
ROUSE, Philip, 16815 S. E. Wax Rd. . . . . . 631-0243
ROYLANCE, Ross, Shirley, 10245 S. E. 260th . . UL 2-6658
ROYLANCE, Bill, Patricia, 15232 S. E. 272nd . . 631-1160
RUSTBULDT, Patricia, 11833 S. E. 272nd Pl. . . . 631-2987

SANDOVAL, Luis, Rojean, 202 W. Gowe #1 . . . UL 2-2026
SANT, Roy, 25035 104th S.E. . . . . . . . . 631-4329
SEARLE, Robert, Barbara, 26231 173rd S. E. . . . 941-1624
SELLS, Augusta, 25233 104th S. E. . . . . . UL 2-4014
SHERIFF, Irvin, Alta, 27021 S. E. 160th Pl. . . .
SHURTLEFF, Noel, 27014 Lake Fenwick Rd. . . . UL 2-5087
SIMONS, Mary, 1103 Gulberson . . . . . . . UL 4-1353
SMITH, Richard, Verlene, 10433 Kent-Kangley Rd. . UL 2-1784
SANDE, Susan, 25320 Lake Fenwick Rd. . . . . UL 2-2116
SMITH, Larry, Barbara, 26402 Eton Court . . . . UL 2-5386
SOWERS, Joseph, Marilyn, 25244 168th So. . . . 631-9608
SPARKS, Robert, Evelyn, 14906 S. E. 270th Pl. . . 631-2486
SPERLE, Marilyn, 13517 S. E. 272nd . . . . . 631-1631
STOOKEY, David, Linda, 25416 168th Pl. S. E. . . 631-3538
STRUCKMAN, Walter, Shirley, 412 Scenic Way . . UL 4-5512
SWAIN, Jack, 27254 123rd S. E. . . . . . . 631-4740
SWART, Clifford, 406 Scenic Way . . . . . .
SWOPE, Robert, 1336 W. Morton . . . . . . .

TAYLOR, Lester, Martha, 605 So. Kensington . . . UL 4-0519
TIPPIN, Teresa, Mark, 1314 So. Central . . . .

Exhibit 7 Page 64

## MAPLE VALLEY BRANCH
Maple Valley Community Hall

Bishop's Office: . . . . . . . . . . . . . . . . . . BA B-2971
Foyer:

### MEETINGS

Priesthood Meeting . . . . . . . . . . Sunday, 8:30 am
Sacrament Meeting . . . . . . . . . . Sunday, 1:30 pm
Fast and-Testimony Meeting . . . . . . Sunday, 1:30 pm
Sunday School Meeting . . . . . . . . Sunday, 12:00 noon
MIA Meeting . . . . . . . . . . . . . Wednesday, 7:30 pm
Relief Society Meeting . . . . . . . . Wednesday, 10:00 am
Primary . . . . . . . . . . . . . . . Tuesday, 4:45 pm
Executive Committee Meeting . . . . . Sunday, 9:45 am
Ward Council Meeting . . . . . . . First Sunday, 9:45 am
Bishop's Meeting . . . . . . . . . . . Sunday, 7:00 am

### WARD COUNCIL

President—Duward W. Brown . . . . . . . . . . . . . BA 6-0441
1st Counselor—Roy L. Edmonds . . . . . . . . . . . GE 2-1547
2nd Counselor—Ross J. Muir . . . . . . . . . . . . BA 6-8782
Executive Secretary—Ross J. Muir . . . . . . . . . BA 6-8782
Ward Clerk ( )—Don E. Ashby . . . . . . . . . . . GE 2-0883
Asst. Clerk ( )—Leo B. Lund . . . . . . . . . . . GE 2-9367
Asst. Clerk ( )—
High Priest Group Leader—Duward Brown . . . . . . BA 6-0441
Seventy Group Leader—Don Bell . . . . . . . . . . GE 2-9994
Elders Quorum Leader—Arthur Saunders . . . . . . . GE 2-0132
Gen. Sec. Youth Aaronic & YMMIA—John Ramey . . . . GE 2-4547
Relief Society President—Betty Muir . . . . . . . . BA 6-8782
Sunday School President—Michael Mandelin . . . . . GE 2-0884
Primary President—Dorothy Motley . . . . . . . . . GE 2-4682
YWMIA President—Maxine Ramey . . . . . . . . . . . GE 2-4547

ABBEY, Woodbury, Jr., Mildred, 26628 214th S.E. . . . GE 2-9097
ASHBY, Don E., Stella, 20430 S.E. 245th Pl. . . . . . GE 2-0883

BAUER, Eileen, 23907 248th Ave. S.E. . . . . . . . . GE 2-0954
BELL, Donald G., Betty, 19237 Lake Francis Rd. S.E. . GE 2-9994
BOUCHER, John H., Ronaele, 21236 184th S.E. . . . . .
   Renton 98055 . . . . . . . . . . . . . . . . . . . GE 2-9591
BOUVIER, Fred S., Teresa, 16316 194th S.E., Renton . . AL 5-6994
BOYINTON, Dale O., Barbara, 25425 S.E. 216th . . . . . GE 2-0741
BROWN, Duward W., Lonia, 17402 S.E. 196 Dr., Renton . BA 6-0441
BURNS, Jeffrey, 26424 S.E. 216th . . . . . . . . . . . GE 2-9062

CAMPBELL, Ronald H., Eleanor LaRue,
   22618 S.E. 206th . . . . . . . . . . . . . . . . . GE 2-4069
CHRISTMAN, Charles J., 21807 244th S.E. . . . . . . . GE 2-0264
CROME, Billie, 25304 S.E. 219th . . . . . . . . . . . GE 2-0623

DAVENPORT, Arthur L., Eliza,
   25641 E. Lake Wilderness S.E. . . . . . . . . . . GE 2-9392
DEVERAUX, Frank, Rt. 1, Box 141P, Ravensdale . . . . .
DEVERAUX, Marcus, Jr., Margorie,
   Rt. 1, Box 141J, Ravensdale . . . . . . . . . . . TU 6-2908
DUNCAN, Eilene, 18361 192nd S.E. . . . . . . . . . . . GE 2-4657
DUNN, James, Frankie Jean, 21627 S.E. 271st . . . . . GE 2-1423

EDMONDS, Roy L., Janet, 25727 S.E. 224th . . . . . . . GE 2-1547

FENN, Diane C., 26624 S.E. 224th . . . . . . . . . . . GE 2-0083
FOGELBERG, Jacqueline, 25421 S.E. 200th . . . . . . . GE 2-9858

GEGOUX, Anne, 24203 228th S.E. . . . . . . . . . . . . GE 2-4221

HANNON, Irene, 24640 S.E. 235th Pl. . . . . . . . . . GE 2-4545
HERBERT, Joseph, 24610 208th S.E. . . . . . . . . . .
HOLCOMB, Johanna, 20822 S.E. 216th . . . . . . . . . . GE 2-4674
HUGHES, Janice M., 17427 S.E. 192nd . . . . . . . . . AL 5-4460
HUGHES, Kenneth, Sandra, 24907 237th S.E. . . . . . .

JAMES, Jerry E., Carol, 16845 190th S.E. . . . . . . . BA 6-8553
JOENSUU, Dorothy, 27430 S.E. 196th . . . . . . . . . . GE 2-0315

KANDIOR, John W., Jessie, 28654 S.E. 208th . . . . . . GE 2-4219

LAMOREAUX, Dolores, 21601 Peter Grubb Rd, Renton . . . GE 2-9014
LARSON, James C., Rt. 1, Box 34, Ravensdale . . . . . GE 2-9956
LAUGHLIN, Earl L., P.O. Box 43, Ravensdale . . . . . .
LAWRENCE, Ross G., Edith, 16649 194th S.E., Renton . . AL 5-8390
LAWRENCE, Larry R., Lolla (Beth),
   18640 S.E. 163rd, Renton . . . . . . . . . . . . . BA 8-3869
LUND, Leo B., Yvonne, 19920 S.E. 192nd, Renton . . . . GE 2-9367

MANDELIN, Amaryellis, 20411 Maxwell Rd. S.E. . . . . . GE 2-0884
MANDELIN, Michael L., 20411 Maxwell Rd. S.E. . . . . . GE 2-0884
MAXON, Jean, 20434 S.E. 192nd, Renton . . . . . . . . GE 2-4117
MOTLEY, Dorothy, 26819 S.E. 216th . . . . . . . . . . GE 2-4682
MUIR, Ross J., Betty, 17415 S.E. 196th Dr., Renton . . BA 6-8782
MUNSINGER, Nora J., 19833 236th Ave. S.E. . . . . . . GE 2-9420
MC DERMOTT, Everett, Ruby, 22150 S.E. 274th Pl. . . . GE 2-1371

NEILSON, LaVaughn, 20603 S.E. 240th . . . . . . . . . GE 2-4770

Exhibit 7 Page 65

## RENTON WARD

24419 94th Ave. S., Kent, Wash. 98031

Bishop's Office: . . . . . . . . . . . . . . . . . . . . . . . . UL 4-2694
Foyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . UL 2-9892

### MEETINGS

| | |
|---|---|
| Priesthood Meeting | Sunday, 8:15 am |
| Sacrament Meeting | Sunday, 5:30 pm |
| Fast and Testimony Meeting | First Sunday, 1:00 pm |
| Sunday School Meeting | Sunday, 12:00 noon |
| MIA Meeting | Wednesday, 7:30 pm |
| Relief Society Meeting | Tuesday, 9:30 am |
| Primary | Thursday, 4:30 pm |
| Executive Committee Meeting | Sunday, 9:30 am |
| Ward Council Meeting | First Sunday, 7:00 am |
| Bishop's Meeting | Sunday, 9:30 am |

### WARD COUNCIL

| | |
|---|---|
| Bishop—Robert E. Wickard | AL 5-2757 |
| 1st Counselor—D. Craig Huls | BA 8-5194 |
| 2nd Counselor—Bevan G. Goff | AL 5-3387 |
| Executive Secretary—Leland A. Riddock | BA 8-3223 |
| Ward Clerk (Statistical)—Roy D. Clark | BA 8-3405 |
| Asst. Clerk (Historical)—Seth E. Tracy | BA 6-2936 |
| Asst. Clerk (Financial)—Gerald E. Snodgrass | AL 5-4675 |
| High Priest Group Leader—Horace C. Larson | BA 6-9532 |
| Seventy Group Leader—Roy D. More | BA 6-1698 |
| Elders Quorum President—Loren M. Blocher | UL 2-1094 |
| Gen. Sec. Youth Aaronic & YMMIA—Sterling M. Jex, Sr. | AL 5-9946 |
| Relief Society President—Merlyn Roberts | AL 5-4931 |
| Sunday School President—J. Hal Jacobson | AL 5-5968 |
| Primary President—Nadine L. Gilbert | UL 4-2276 |
| YWMIA President—Mauvene E. Clark | BA 8-3405 |

| | |
|---|---|
| ALLEN, John H., Veronica L., 18905 129th Pl. S.E. | AL 5-6623 |
| AYE, Adolph, Alberta M., 19806 116th S.E. | AL 5-5717 |
| | |
| BATELAAN, Donald P., Marjorie E., | |
| 18466 109th S.E. | BA 6-7047 |
| BLOCHER, Loren M., Betty L., 10015 S.E. 192nd | UL 2-1094 |
| BONOMI, Robert L., 7015 S. 180th | BA 6-2384 |
| BORDEN, Geneva, 17619 118th S.E. | AL 5-5856 |
| BROWN, Norman, Darlene W., 11849 S.E. 184th | AL 5-3522 |
| | |
| CABREROS, Segundo D., P.O. Box 84, Orilla, Wa. | |
| CAMPBELL, Maud E., 1106 Davis St. S. | AL 5-7652 |

| | |
|---|---|
| PENNOCK, Deloris, 20822 S.E. 271st, Kent | GE 2-4625 |
| PETERSEN, Bert H., Iola, 19634 S.E. Jones Rd., Renton | AL 5-6850 |
| PETERSEN, Earl W., Larrayne, | |
| 19621 S.E. Jones Rd., Renton | AL 5-6841 |
| PETERSEN, Myrtle, 19621 S.E. Jones Rd., Renton | AL 5-0807 |
| | |
| RAMEY, John P., Maxene, 28633 212th S.E., Kent | GE 2-4547 |
| | |
| SAMPSON, Donna B., 19004 244th S.E. | GE 2-0518 |
| SAUNDERS, Arthur G., Carolyn, | |
| 19827 Maple Valley Highway | GE 2-0132 |
| SCHMOLKE, Dennis, Linda, 21423 S.E. 262nd Rd. | GE 2-9038 |
| SIMONS, John P., Judith, 25119 237th Court S.E. | GE 2-0077 |
| SMITH, Marshall R., Leola, 19635 Maxwell Rd. S.E. | AL 5-3532 |
| SWART, Ron, Donna, 10823 196th S.E., Renton | GE 2-1281 |
| | |
| WARRELL, Eldon Eugene, 27302 220th Pl. S.E., Kent, | |
| Ravensdale . . | GE 2-0388 |
| WHITEHEAD, Linda Lesley, Rt. 1, Box 25, | |
| Ravensdale . . | |
| WHITING, Betty Ann, 25610 217th S.E. | GE 2-0149 |
| WILLIAMS, Robert B., Florence, | |
| 17930 Cedar Grove Rd. S.E. | GE 2-0494 |
| WRIGHT, Murtyle, Paulyne, | |
| 23107 Lower Dorre Don Way | GE 2-4269 |

REMEMBER THE SABBATH DAY
AND KEEP IT HOLY

Exhibit 7 Page 66

CARNAHAN, Donaldson M., Sharon J.
  17645 110th S.E. . . . . . . . . . . . . . . . . . AL 5-1204
CARSON, Kenneth P., H. Carolyn . . . . . . . .
  12756 S.E. 191st Pl. . . . . . . . . . . . . . . AL 5-3308
CHASE, Raymond A., Mildred R., Benson Hill Apts.
CHENOWETH, Glen, B. Jeane, 19405 107th S.E. . . UL 2-6932
CHRISTENSEN, Jack P., Ina, 9234 S. 200th . . . UL 2-5057
CHRISTENSEN, Jack L., Cherie A., 14447 S.E. 192 UL 2-3014
CLINE, Paul D., 19223 106th S.E. . . . . . . . . UL 4-4685
CLARK, Roy D., Maurvene E., 12715 S.E. 189th Pl. BA 8-3405
COMISH, Henry D., 18406 140th S.E. . . . . . . . BA 6-8845
CONNOLLY, Norma, 19637 116th S.E. . . . . . . . UL 2-3166
COWAN, Kenneth L., Emma G., 17642 108th S.E. . AL 5-8078

DAVIS, Richard D., Gail M., 12642 S.E. 188th Pl. . BA 6-7538
DePRIEST, Alfred L., Elouise D., 16420 111th S.E. BA 6-9545
DESMOND, Robert J., Nancy M., 19211 S.E. 140th . UL 4-1206
DRINKWATER, Benjamin J., Kathe, 12324 S.E. 198th UL 4-5749

FAIRCLOUGH, Ernest D., Evelyn M., 1233 Davis St. S. AL 5-1815
FRITSCHLE, Phillip N., Kathleen M., 20435 14th S. . TR 8-8457

GILBERT, Werner E., Nadine L., 14431 S.E. 192nd . UL 4-2276
GILMER, Harry E., Ramona, 11424 S.E. 180th Pl. . AL 5-2265
GOFF, Bevan G., Judith A., 12710 S.E. 189th Pl. . AL 5-3387
GRAHAM, Melvin E., Wanda, 9405 208 Cedar View,

HAMMOND, Stanley D., Sharon L., 9500 S. 198th . . UL 4-5930
HEHR, Barbara J., 19230 116th S.E. . . . . . . . BA 6-8470
HENRIE, Cleo E., LaNora M., 11619 S.E. 180th . . BA 6-7388
HIATT, Marlowe D., Connie L., 14036 S.E. 200th . . UL 4-1031
HILGENBERG, June I., Edward, 17852 110th S.E. . . AL 5-8483
HOLMAN, L. Neil, Virginia D., 13856 S.E. 180th . . AL 5-5541
HOUSER, Lee J., Linda, 18614 107th S.E. . . . . . AL 5-2626
HULS, D. Craig, Laura A., 749 S. 25th . . . . . . . BA 8-5194

IVERSON, Arnold S., Dorthy M., 17232 S.E. 116th . AL 5-5880

JACOBSON, J. Hal, Norma R., 11447 S.E. 182nd . . AL 5-5968
JENSEN, James G., Viola A., 10814 S.E. 166th. . . . AL 5-6972
JEX, Sterling M., Sr., Bernice, 16823 116th S.E. . . AL 5-9946
JEX, Sterling M., Jr., Margaret J., 11245 S.E. 186th BA 6-0639
JOHNSON, Arne J., Faith I., 16613 113th S.E. . . . BA 6-0978
JOHNSTON, Donald H., Lola L., 11019 S.E. 181st . . BA 4-4895

KELLY, Melvin, Louise, 16836 106th S.E. . . . . . . AL 5-9326
KICK, Robert, Ethel M., 18418 140th S.E. . . . . . BA 6-7986

KLINGENSMITH, Theodore E., Donna M.
  19403 136th Pl. S.E. . . . . . . . . . . . . . . . UL 2-0378
KRESS, Linda E., 10413 S.E. 174th . . . . . . . . . BA 6-9115
KRUPP, Norman C., Irma, 17229 117th S.E. . . . . . AL 5-7515

LARSEN, Alfred G., Annie S., 10622 S.E. 172nd . . AL 5-1420
LARSON, Horace C., Jan D., 12725 S.E. 188th Pl. . . BA 6-9532
LEWIS, Ray C., Lillie, 18208 96th S. . . . . . . . . AL 5-6357
LUND, Doris M., Gustav, 422 S. 26th . . . . . . . . BA 8-4933

MACHLIS, John, Donna L., 10409 S.E. 174th
  Apt. 2419 . . . . . . . . . . . . . . . . . . . . . BA 6-1236
MAIN, Chet, Carla R., 17702 S.E. 116th . . . . . . AL 5-4796
MANSON, John L., 12910 S.E. 189th Pl. . . . . . . BA 8-1291
McNEAL, Jack R., Deborah M.
  13046 S.E. 184th Pl. . . . . . . . . . . . . . . BA 6-6222
MELIUS, Jennie M., 18132 145th S.E. . . . . . . . BA 8-1940
MIHALTIAN, Barbara J., 10413 S.E. 174th,
  Apt. 4123 . . . . . . . . . . . . . . . . . . . . . AL 5-1812
MILES, H. Boyd, Opal D., 10006 S.E. 192nd . . . . UL 2-3335
MORE, Roy D., Dorthy A., 17023 113th S.E. . . . . BA 6-1698
MORTENSEN, Harris A., M. Sibyl, 19810 121st S.E. UL 2-9547

NELSON, Ronald D., Karma Jean, 18601 124th S.E. . AL 5-0750
NOBLE, Earl D., Joan P., 17834 147th S.E. . . . . . AL 5-1989

OAKEY, Kieth H., Shirley, 12511 S.E. 188th Pl. . . . BA 8-2044

PEARSON, Iva May, 16613 113th S.E. . . . . . . . . BA 6-0978
PECK, Glenn, Viola, 1425 S. Puget Drive . . . . . . BA 8-4210
PENDLETON, William R., Evelyn R.,
  19917 108th S.E. . . . . . . . . . . . . . . . . . UL 2-0405
PERRY, Leslie W., Dorothy E., 12240 S.E. 200th . . UL 4-5598
PERRY, Geoffrey M., Maria, 12212 S.E. 199th Pl. . . UL 4-9767
POCHMAN, Robert M., Barbara, 10424 S.E. 200th . . UL 2-7989
PRENGEL, Kenneth E., Judy D., 10609 Benson Rd. . BA 6-6166

REEVES, James L., Janet L., 18434 118th S.E. . . . BA 8-0877
RICHARDSON, Sm. Beverley M., 17254 117th S.E. . AL 5-1254
RIDDOCH, Leland A., Hilda, 7536 Smithers . . . . . BA 8-3223
RIX, Jane, Stephan, 12617 S.E. 187th Pl. . . . . . . AL 5-6059
ROBERTS, Eugene D., Merlyn, 11812 S.E. 188th . . AL 5-4931
ROY, Elton J., Helen, 11404 S.E. 182nd . . . . . . . AL 5-2173

SCOLES, Robert A., Sherlyn M., 16821 105th S.E. . . AL 5-9528
SHAW, Kenneth'L., Sylvia F., 19224 140 th S.E. . . UL 4-2145
SHEGRUD, Grover W., Joan Karen, 18216 96th S. . . AL 5-0120

Exhibit 7 Page 67

# RENTON SECOND WARD
11852 140th S. E.

Bishop's Office: . . . . . . . . . . . . . . . . . . . . . . . . . . . BA 6-6880
Foyer: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BA 6-8886

## MEETINGS

| | |
|---|---|
| Priesthood Meeting . . . . . . . . . . . . | Sunday, 7:30 am |
| Sacrament Meeting . . . . . . . . . . . . | Sunday, 4:30 pm |
| Fast & Testimony Meeting . . . . . . . . | First Sunday, 4:30 pm |
| Sunday School . . . . . . . . . . . . . . | Sunday, 10:05 am |
| MIA . . . . . . . . . . . . . . . . . . . | Wednesday, 7:00 pm |
| Relief Society . . . . . . . . . . . . . . | Wednesday, 10:00 am |
| Primary . . . . . . . . . . . . . . . . . | Tuesday, 4:30 pm |
| Executive & Welfare Committee . . . . . | Sunday, 11:30 am |
| Ward Council Meeting . . . . . . . . . . | First Sunday, 11:30 am |
| Bishop's Meeting . . . . . . . . . . . . . | Tuesday, 8:45 pm |

## WARD COUNCIL

| | |
|---|---|
| Bishop—Steven K. Wrigley . . . . . . . . . . . . . . | BA 8-3398 |
| 1st Counselor—Clifford W. Wimmer . . . . . . . . | AL 6-6995 |
| 2nd Counselor—Jerald W. Harris . . . . . . . . . . | BA 8-3436 |
| Executive Sec.—Robert D. Allan . . . . . . . . . . | AL 5-3596 |
| Ward Clerk—Wendall Fletcher . . . . . . . . . . . | AL 5-3979 |
| Asst. Ward Clerk—Ronald Richardson . . . . . . . | BA 6-6176 |
| Historical—Calvin Peterson . . . . . . . . . . . . | BA 6-8523 |
| Statistical—Archie Hover . . . . . . . . . . . . . . | 271-0692 |
| High Priest Group Leader—Carl Rigtrup . . . . . . | AL 5-6966 |
| Seventy Group Leader—Garland Green . . . . . . . | AL 5-3262 |
| Elders Quorum Pres.—Val Walker . . . . . . . . . . | BA 6-8967 |
| Gen. Sec. Aaronic Youth—Marv Feely . . . . . . . | AL 5-0093 |
| Relief Society Pres.—Shelda Richardson . . . . . . | BA 6-6176 |
| Sunday School President—Larry Wimmer . . . . . . | AL 5-5838 |
| YMMIA President—Marv Feely . . . . . . . . . . . | AL 5-0093 |
| YWMIA President—Margaret Shumway . . . . . . . | BA 6-2214 |
| Primary President—Erika Tiede . . . . . . . . . . . | BA 6-5216 |

---

SNODGRASS, Gerald E., & Deanne M.,
17843 145th S.E. . . . . . . . . . . . . . . . AL 5-4675
SOWARDS, Lewis, Florence E., 19409 104th S.E. . . UL 2-7208
SOWARDS, Melvin J., Sally A., 14230 S.E. 179th Pl. . BA 6-6548
SOWARDS, Donald G., Sandra J.,
11320 S.E. 180th Pl. . . . . . . . . . . . . . BA 6-4480
STEELE, George E., Carolyn L., 11411 S.E. 192nd . BA 6-4594
SYVERSON, Marilyn M., 10440 S.E. 194th Pl. . . . AL 5-0185

THOMPSON, William M., Bertha, 14098 S.E. 190th . AL 5-8059
TRACY, Seth E., Betty A., 17649 111th S.E. . . . . BA 6-2936
TURNER, Lloyd C., Elaine A., 10903 S.E. 181st . . . BA 6-1836
TURETZKY, June E., 18132 145th S.E. . . . . . . . BA 8-1904

VAN DE VENTER, Dennis G., Eiko,
10404 S.E. 174th, Apt. 46 . . . . . . . . . . . BA 6-4174

WALTERS, Dolph M., Maycell, 18806 120th S.E. . . . AL 5-0790
WEBSTER, Leo D., Lillie M., 16839 106th S.E. . . . . AL 5-4669
WHITE, Jack R., Beth, 19009 127th Pl. S.E. . . . . . BA 8-3201
WICKARD, Robert E., Doris L., 11239 S.E. 182nd . . AL 5-2767
WINNHEIM, Elizabeth, 19224 140th S.E. . . . . . . UL 4-2145
WOOD, Clyde M., Lillian V., 10618 S.E. 172nd . . . . BA 6-1220
WOOD, Dennis K., 12625 S.E. 192nd . . . . . . . . UL 2-3643

YOUNG, Lee B., Diane, 12605 S.E. 187th Pl. . . . . .

ZUFELT, Fletcher B., 11615 176th S.E. . . . . . . . . BA 6-2912
ZUFELT, Grant, Maxine, 18037 118th S.E. . . . . . . BA 6-0774

SUPPORT YOUR
DIRECTORY SPONSORS

ALLAN, Robert, Maurine, 12617 142 Ave. S.E. . . . AL 5-3596
ALLISON, Mary, Avvel P., 3513 N. E. 8th . . . . . . BA 6-1613
ANDREWS, Michael J., 15436 S.E. 142nd Pl, . . . . AL 5-7853
AUBERT, Donald, Patricia, 16805 S.E. 136th . . . . AL 5-8069

BARR, Thomas, Sophia, 3619 N.E. 10th Ln. . . . . . BA 6-3437
BLESSING, William, 12440 142nd S.E. . . . . . . . AL 5-0148
BOOHER, Jacob, Viola, 770 Redmond Ave. N.E. . . . AL 5-2719
BOWEN, Virgil, Jean, 13644 160th S.E. . . . . . . . AL 5-5807

Exhibit 7 Page 68

HAWKS, Barbara, 14628 181st S.E. . . . . . . . . . . AL 5-2190
HELF, Leroy, Myrtle, 3612 N.E. 4th St. #41 . . . . BA 6-4668
HENRIE, Norman, June, 13027 163rd S.E. . . . . . . BA 6-5136
HENRIE, Ray, Dona, 12637 148th S.E. . . . . . . . . 271-0423
HERRE, Dennis, Lana, 12003 156th S.E. . . . . . . . BA 6-7027
HILL, Roger, 4301 N.E. Sunset . . . . . . . . . . . AL 5-2867
HJELM, George, 854 Pierce N.E. . . . . . . . . . . BA 6-0866
HOLGERSON, George, Joan, 14038 187th Pl. S.E. . . BA 8-2104
HOLLIBAUGH, Wilbur, Norina, 13805 197th S.E. . . BA 6-9256
HOLMES, Perry, Rose Marie, 13573 S.E. 140 Pl.
HOOD, Judy, 1075 Whitman Court N.E. . . . . . . . BA 8-6056
HOOD, Lamar, P.O. Box 2404 . . . . . . . . . . . . 271-0692
HOVER, Milt, Mary, 14515 S.E. 112th Pl. . . . . . BA 6-5705
HUFF, Leon, Margaret, 1024 Redmond Ave. N.E.

JACKSON, Denise, 11651 S.E. 163rd . . . . . . . . AL 5-7513
JACOBS, Norman Flora, 550 Monroe No. East . . . AL 5-7073
JANNUSCH, Robin, 13725 S.E. 116th

KAISER, Jim, Barry, Elaine, 15420 S.E. 142nd Pl. . BA 8-5580
KEMP, Jim, Velda, 19615 S.E. 136th. . . . . . . . 271-1414
KLEIN, Kaniel, 7824 S.E. 24th, Mercer Island
KNEBEL, Sandra, Paul, 13654 156th S.E. . . . . . BA 6-2676
KOSKI, Gary, 19110 S.E. 133rd Pl. . . . . . . . . BA 6-8815

LAMBERT, Elise Ann, 14009 S.E. 128th
LEE, Phyllis, 16002 S.E. 116th . . . . . . . . . . BA 6-3329
LEE, William, Lyette, 13263 S.E. 138th . . . . . . BA 6-1559
LORIG, Edward Harry, 14003 S.E. 132nd . . . . . . AL 5-3560
LOWRANCE, Ron, Joy, 13945 145th S.E. . . . . . . AL 5-6538

MAES, Nancy, 14217 142nd S.E. . . . . . . . . . . AL 5-0134
MANN, Ron, Renate, 3309 N.E. 10th Pl. . . . . . . AL 5-1279
MARTIN, Lela, 11843 142nd Ave. S.E. . . . . . . . BA 8-6165
MASCHMAN, Richard, Karem, 14627 164th Pl. S.E. . BA 6-2649
MAXWELL, Helen, 13913 S.E. 139th. . . . . . . . . BA 8-4689
MILLER, Marvis, Mary, 14021 S.E. 136th . . . . . BA 6-1717
MOSS, Ruth, 13201 168th S.E.

NELSON, James, Vickie, 13612 196th S.E. . . . . . AL 5-5935
NEVIN, Alvert, Marie, 13642 S.E. 116th St. . . . . AL 5-2957
NEWMAN, William J., 11628 161st S.E. . . . . . . . BA 8-0791
NORTHRUP, Betty Jonny, 15041 205th S.E.

OHLEMEIER, Paul Lauri Rae, 14057 S.E. 121st . . . AL 5-5777
OLIVER, James, 16825 S.E. 144th . . . . . . . . . BA 6-0597
OLSEN, Ken, Norma, 3519 N.E. 8th Ave. . . . . . . AL 5-5236
OLSON, Mike, Pam, 17923 S.E. 121st . . . . . . . . BA 8-5563

BRYAN, Gerry, Carol, 999 Tacoma N.E. . . . . . . AL 5-0775
BUMSTEAD, Claude, Aldythe, 12424 164th Ave. S.E. AL 5-5909
BRIGHAM, George, Rita, 13508 S.E. 138th Pl. . . . 271-1318
BIRCHARD, Paul, Kathleen, 13516 196th S.E.

CALL, Rodney, Mary Lou, 3609 N.E. 10th . . . . . AL 5-8550
CARLSON, Mark R., 3916 N.E. 7th . . . . . . . . . BA 6-3744
CATARRA, Carolyn, 14017 S.E. 142nd . . . . . . . BA 6-6762
CONDIE, Ben, LaWanna, 12411 177th Pl. S.E. . . . BA 6-8996
COTTOM, Eva, 10223 148th Ave. S.E. . . . . . . . BA 6-0098
COTTOM, Leroy, Georgia, 10403 147th Ave. S.E.
COTTOM, Ronald, Susan, 10405 147th Ave. S.E. . . BA 8-2384
CROSS, Lucille, Robert, 850 Pierce N.E. . . . . . AL 5-4135
COCHRAN, Sue, 859 Pierce N.E. . . . . . . . . . . BA 6-3920

DANIELS, David, Linda, 12244 155th S.E. . . . . . BA 6-8081
DAVIS, Kristi Marie, 17447 S.E. 142nd . . . . . . BA 6-5342
DAVIS, Robert, Sandra, 14115 S.E. 144th . . . . . BA 6-7247
DAVID, Shannon, 1712 Whitman N.E. . . . . . . . . BA 8-2865
DESLER, Richard, Linda, 13014 132nd S.E. . . . . BA 8-6097
DUNHAM, Alvin, Margaret, 16208 May Creek Rd. . . AL 5-6713
DUNHAM, William, Lynnea, 11812 140th S.E. . . . . BA 6-8164
DENNING, Clair Moss,

EWER, Leon, Flora, 10249 150th S.E. . . . . . . . BA 8-5423

FAIRBANKS, Jerry, 14310 S.E. 100th Pl. . . . . . BA 6-6381
FETTERLY, Robert, Lucille, 14009 S.E. 116th . . . BA 6-0098
FEELY, Charles, Iretta, 12623 177th Pl. S.E. . . AL 5-0093
FIFE, Dennis, Marilyn, 912 Redmond Ave. N.E. . . BA 6-1808
FISHER, Donald, Sherley, 14009 147th Pl. S.E. . . BA 8-6907
FLETCHER, Wendell, Norma, 16508 S.E. 147th . . . AL 5-3979
FOX, Casper, Zelda, 11615 142nd Ave. S.E.
FRY, Jerry, Joann, 656 Redmond Ave. N.E.

GAGOSIAN, Elmer F., 10717 May Creek Rd. . . . . . AL 5-5927
GROSSO, Cheryl, Keith, 14319 141 Ct. S.E. . . . . BA 6-8076
GENTILE, Robin Shirley, 16209 132nd Pl. S.E. . . BA 8-5352
GIBSON, Scott, Loletta, 14415 S.E. 144th . . . . BA 6-1076
GREEN, Garland, Carleen, 13424 191st Pl. S.E. . . AL 5-3262
GRASS, Ann, Warren, 13352 191st Pl. S.E. . . . . BA 6-9659
GRISHAM, Sue, Diane, 13326 181st S.E. . . . . . . BA 6-3392
GUSTUFSON, Doyleen, W.C., 15621 S.E. 144th . . . BA 8-3589

HAGERMAN, Dorothea, Edward, 13624 156th Ave. S.E. AL 5-5750
HARRIS, Jerry, Clara, 14549 167th Pl. S.E. . . . BA 3-3436
HARRISON, Dennis, 14405 164th Pl. S.E. . . . . . BA 8-6797
HARRISON, Sandra, 3809 N.E. 9th . . . . . . . . . BA 6-1818

Exhibit 7 Page 69

WALKER, Val, Daine, 14424 158th Pl. S.E. . . . . . . BA 6-8967
WASHBURN, Jim, Darlene, 14314 141 Ct. S.E. . . . . BA 6-8076
WATSON, Beatrice, Leonard, 624 Shelton N.E. . . . . AL 5-2101
WEBB, John, Sandra, 15111 204th S.E. . . . . . . . . AL 5-8889
WEBB, William, 682 Shelton S.E. . . . . . . . . . . . AL 5-3767
WHITEHURST, Gae, Reginald, 17554 S.E. 135th . . . BA 8-3409
WILBURN, Lee, Erma, 13826 S.E. 142nd . . . . . . . BA 6-2670
WILLIAMS, Karen, 1013 N Street . . . . . . . . . . . BA 6-3974
WILLIAMS, Richard, Lucinda, 14421 142nd Pl. S.E. . 271-0448
WILSON, Vienna, Harry, 14423 200th Ave. S.E. . . . AL 5-4889
WILEY, Robert, 14617 S.E. 140th . . . . . . . . . . . BA 6-9148
WIMMER, Cliff, Eva, 11414 164th Ave. S.E. . . . . . AL 5-6995
WIMMER, Larry Joyce, 14235 165th Ave. S.E. . . . . AL 5-5838
WRIGLEY, Steven, Christiane, 14201 144th Ave. S.E. BA 8-3398

ZAGER, Clyde, 15709 203 Pl. S.E. . . . . . . . . . . BA 6-2768
ZINK, Alma, Barbara, 4216 N.E. 10th Pl. . . . . . . . AL 5-1370

REMEMBER THE SABBATH DAY
AND KEEP IT HOLY

SUPPORT YOUR
DIRECTORY SPONSORS

PARKE, Denise, Terri, 11823 142nd Ave. S.E. . . . . BA 6-3336
PETERSON, Calvin, Renee, 13615 190th Pl. S.E. . . . BA 6-8523
PETERSON, Robert, Pat, 14628 S.E. 140th Pl. . . . . BA 8-5196
PLOEGMAN, Jolene, James, 10722 151st S.E. . . . . AL 5-2433
PUGSLEY, Jimmy, Lenore, 14507 S.E. 132nd . . . . . AL 5-3085

RANSOM, Charles, Geneva, 16646 S.E. 134th . . . . AL 5-3697
RASMUSSEN, Phil, Lorna, 1158 Queen Ave. N.E. . . . AL 5-6128
RATTRAY, Robert Paloma, 3413 N.E. 7th Pl. . . . . . BA 6-7813
RAWSON, Dearl, Georgia, 11015 142nd S.E. . . . . . AL 5-8170
REID, Sonja, George, 16046 S.E. 132nd . . . . . . . BA 6-7525
REIMAN, Dana, Prudence, 3612 N.E. 4th . . . . . . . AL 5-4590
REYNOLDS, James, Charlene, 20510 S.E. 145th . . . BA 8-4732
RICHARDSON, Ron, Shelda, 3407 N.E. 10th Pl. . . . . BA 6-6176
RIGTRUP, Carl, June, 14214 Sunset Blvd. . . . . . . AL 5-6966
ROHRSSEN, Merlin, Shirley, 14602 196th S.E. . . . . BA 6-0120
ROBINSON, Russel, Patty, 15638 203rd Ave. S.E. . . BA 6-1218
ROST, Lovina, 13644 132nd Ave. S.E. . . . . . . . . BA 6-2623

SAVAGE, Glen, Robert, 14519 205th S.E. . . . . . . AL 5-7277
SATHER, Linda, Jim, 17321 S.E. 134th . . . . . . . . AL 5-7096
SCHUBERT, Valene, Ed, 13812 S.E. 138th . . . . . . BA 8-6980
SEWELL, Donald, 14007 177th S.E. . . . . . . . . . . BA 6-2844
SEWELL, Elizabeth, Sam, 13854 171st S.E. . . . . . BA 6-2700
SHERMAN, William, Carol, 16116 S.E. 113th Pl. . . . BA 8-4684
SHOAF, Charles, 1188 Queen Ave. N.E. . . . . . . . AL 5-4771
SHUMWAY, Frank, Margaret, 3511 N.E. 10th Lane . . BA 6-2214
SHURTZ, Garland, Lorraine, 12610 148th S.E. . . . . AL 5-6424
SMITH, Herbert, Margery, 14030 Sunset Blvd. E. . . . BA 6-2616
STEWART, Donald, Mildred, 12457 156th S.E. . . . . BA 6-4372
STREET, Elvan, Leslie, 14258 146th Pl. S.E. . . . . . BA 6-2066
STUCKEY, Harold, Sandra, 13915 S.E. 136th Pl. . . . BA 8-6996
SULLIVAN, Jim, 14823 S.E. 136th Pl. . . . . . . . . . BA 8-3649
SWAN, Dale, Betty, 14201 169th S.E. . . . . . . . . . AL 5-0741
SWANNACK, Gary, Joyce, 16011 S.E. 130th . . . . . BA 6-9759
SYBIL, Donald, Erma, 726 Tacoma Ave. N.E. . . . . . AL 5-4233

TARKELSON, Warren, 3624 N.E. 9th . . . . . . . . . BA 6-4884
TAYLOR, Ted, Erma, 1104 Shelton Ave. N.E. . . . . . BA 6-5522
TENNIS, Tom, Joyce, 16009 S.E. 145th . . . . . . . . AL 5-5437
TEMPLE, Richard Mary, 14519 S.E. 114th . . . . . . BA 6-6238
TIEDE, Milton, Erika, 1212 140th Ave. S.E. . . . . . BA 6-5216
TRAVIS, Thomas, 15715 204th S.E. . . . . . . . . . . BA 5-8603
TWITCHELL, Bud, 14213 S.E. 142nd . . . . . . . . . BA 8-0690

URBAN, Walter, 13505 S.E. 138th Pl. . . . . . . . . AL 5-0077

Exhibit 7 Page 70

# RENTON THIRD WARD
## 11852 140th S. E.

Bishop's Office: . . . . . . . . . . . . . . . . . . . . . . . . . AL 5-3048
Foyer: . . . . . . . . . . . . . . . . . . . . . . . . . . .

### MEETINGS

| | |
|---|---|
| Priesthood Meeting . . . . . . . . . . . . . . . . | Sunday, 7:00 am |
| Sacrament Meeting . . . . . . . . . . . . . . . . | Sunday, 2:45 pm |
| Fast and Testimony Meeting . . . . . . . . . | First Sunday, 2:45 pm |
| Sunday School Meeting . . . . . . . . . . . . | Sunday, 8:45 am |
| MIA Meeting . . . . . . . . . . . . . . . . . . . . | Wednesday, 7:30 pm |
| Relief Society Meeting . . . . . . . . . . . . . | Tuesday, 10:00 am |
| Primary . . . . . . . . . . . . . . . . . . . . . . . . | Thursday, 4:30 pm |
| Executive Committee Meeting . . . . . . . . | Sunday, 10:10 am |
| Ward Council Meeting . . . . . . . . . . . . . . | Sunday, 10:10 am |
| Bishop's Meeting . . . . . . . . . . . . . . . . . | Sunday, 6:00 am |

### WARD COUNCIL

| | |
|---|---|
| Bishop—Christian Vikari . . . . . . . . . . . . . . . . . . . . . . | BA 8-5642 |
| 1st Counselor—Kent J. Stepan . . . . . . . . . . . . . . . . . . | BA 8-3404 |
| 2nd Counselor—Robert R. Taylor . . . . . . . . . . . . . . . . | BA 8-1874 |
| Executive Secretary—Ronald Nash . . . . . . . . . . . . . . . | BA 8-6104 |
| Ward Clerk ( J—Jim M. Mantle . . . . . . . . . . . . . . . . . . | 271-1117 |
| Asst. Clerk (Financial)—Robert James . . . . . . . . . . . . . | BA 6-9974 |
| Asst. Clerk (Historical)—Omer K. Jacobsen . . . . . . . . . | AL 5-0878 |
| High Priest Group Leader—Donald Bury . . . . . . . . . . . | BA 6-8526 |
| Seventy Group Leader—S. Grant Evans . . . . . . . . . . . . | AL 5-6263 |
| Elders Quorum President—John R. Wright . . . . . . . . . . | AL 5-0924 |
| Gen. Sec. Youth Aaronic & YMMIA—J. Brent Bohlin . . . | AL 5-5248 |
| Relief Society President—Anita Eastman . . . . . . . . . . . | BA 8-4821 |
| Sunday School President—Verdis Norton . . . . . . . . . . . | 271-1396 |
| Primary President—Patti Marinos . . . . . . . . . . . . . . . . | BA 6-9178 |
| YWMIA President— | |

| | |
|---|---|
| ALLEN, Louis J., 1933 S.E. 17th Court . . . . . . . . . | |
| ANDERSON, Diane L., 12648 S.E. 161st St. . . . . . . | BA 6-5969 |
| ANDERSON, Weymoth R., Karen A., 2025 Dayton S.E. | BA 8-1681 |
| | |
| BARTON, Jon P., Marilyn, 16025 131st Pl. S.E. . . . . | AL 5-7100 |
| BEAGLES, 14311 Fairwood Blvd. . . . . . . . . . . . . . . | BA 6-0902 |
| BENTLEY, Nazoma F., 12510 Petrovitsky . . . . . . . . | AL 5-6864 |
| BENTLEY, Thomas S., 12510 Petrovitsky Road . . . . | BA 6-8863 |
| BJORKLIST, Patrick L., Darlene L., 16306 143rd S.E. | BA 6-0917 |
| BLISS, Clayton G., 12744 S.E. 167th . . . . . . . . . . . | BA 8-1664 |
| BOHLIN, John B., Jo Ann M., 16115 133rd Pl. S.E. . . | AL 5-5248 |
| BROADBENT, Norville R., Leoyce, 12684 S.E. 162 . . | BA 6-7931 |
| BROWN, Nilel M., Bonnie M., 17250 138th S.E. . . . . | BA 8-2263 |

| | |
|---|---|
| BURGENER, Ronald V., Gladys L., 17226 130th Ave. S.E. . . . . . . . . . . . . . . . . | BA 6-8537 |
| BURKE, Stella N., 16410 111th Ave. S.E. . . . . . . | BA 8-2756 |
| BURLEW, Dallas E., Pamela J., 12715 S.E. 161st . | BA 6-5568 |
| BURTON, Jackie E., Marilyn D., 16520 117th Ave.S.E. . | BA 6-8526 |
| BURY, Donald, Marion M., 16222 Maple Valley Hwy. | BA 6-8526 |
| BUTTERFIELD, Charles, Loraine J., 17004 136th Pl.S.E. | BA 6-5873 |
| | |
| CALEY, David T., Charlotte F., 16354 129th S.E. . . | BA 6-6525 |
| CASEBOLT, Ruth, 16525 120th Ave. S.E. . . . . . . . | 228-1091 |
| CHRISTENSEN, Derwin, Doris, 16405 126th S.E. . . | BA 8-4212 |
| CLAGGETT, Irene, 16827 120th Ave. S.E. . . . . . . . | AL 5-8351 |
| COOPER, Arthur R., 3222 6th Ave. S.E. . . . . . . . . | BA 8-0979 |
| CZERWINSKI, Carol D., 16156 139th Pl. S.E. . . . . | |
| | |
| DERNOLL, Herbert, 16836 123rd S.E. . . . . . . . . . | 271-0376 |
| DEVINE, Philemon A., Marian E., 17029 128th S.E. | AL 5-0706 |
| DOOLEY, Tommy T., 339 S. Cedar . . . . . . . . . . . . | |
| DOVRE, James E., Judy, 16536 118th Ave. S.E. . . | BA 8-5507 |
| DUDLEY, Jack L., 16405 Maple Valley . . . . . . . . . | |
| | |
| EASTMAN, Donald W., Anita J., 15644 S.E. 169th . | BA 8-4821 |
| EASTWOOD, Raio, Idella D., 12715 S.E. 166th . . . | AL 5-7824 |
| EDGINGTON, Homer H., Lois M., 15738 120th Ave.S.E. | BA 6-5967 |
| | |
| EICHLER, Stella Rae, 16507 122nd S.E. . . . . . . . . | AL 5-4932 |
| ELTON, Lawrence S., JoAnn, 12445 S.E. 160th . . . | AL 6-4319 |
| ERSKINE, James, Julie, 17103 136th Pl. S.E. . . . . | AL 5-6263 |
| EVANS, S. Grant, Namoline, 319 Renton St. . . . . . | |
| | |
| FLINT, Vern C., Jeanne, 16250 141st S.E. . . . . . . . | AL 5-7575 |
| FLORENCE, Gordon J., Kathleen M., 11731 S.E.157th | AL 5-8096 |
| FLOWERS, Gayle L., 12638 S.E. 160th . . . . . . . . . | AL 5-0526 |
| FOLEY, R. Drew, Linda, 1829 Grant S., Apt. 521 . . . | 271-1494 |
| FORCIER, Dorathea, 13247 S.E. 162nd Pl. . . . . . . | |
| FOULGER, Richard E., Connie, 10415 S.E. 174th . . | 271-0100 |
| FOX, James A., Jewel M., 11700 S.E. 160th . . . . . . | BA 6-9791 |
| FOSTER, Grace J., 3213 S.E. 6th St. . . . . . . . . . . . | 271-1671 |
| FULLER, Suzanna, 12510 Petrovisky Rd. . . . . . . . . | BA 8-1221 |
| | |
| GIBB, Melvin K., Barbara, 13631 S.E. Fairwood Dr. | BA 8-2954 |
| GREGORY, John K., Justine, 16104 122nd S.E. . . . | AL 5-2915 |
| GRIES, Edward R., Sharleen, 13526 S.E. 162nd . . . | AL 5-9789 |
| | |
| HATHAWAY, Steven L., Joan Rae, 14300 S.E. 176th, Apt. 2 . . . . . . . . . . . . . . . . . . . . . | BA 6-9693 |
| HAWKS, Sterling L., Dolphina R., 12630 S.E. 160th | BA 6-3764 |
| HERBST, Nona J., 14651 S.E. Fairwood Blvd. . . . . | 228-5386 |

Exhibit 7 Page 71

HODGES, Merrill E., 13825 S.E. 163rd . . . . . . . . BA 6-3746
HOLMAN, Clifford W., 15274 Pine Drive . . . . . . . BA 8-6679

JACOBSEN, Omar K., Lynda M., 11723 S.E. 167th . . . AL 5-0878
JAMES, Robert, Linda B., 17020 136th Pl. S.E. . . . BA 6-9974
JOHNSON, Melvin H., Helen F., 11658 S.E. 170th Pl. . .
JUDD, Dennis P., Lucille, 12815 S.E. 170th Pl. . . . 271-0935

KARREN, Nolan B., 15508 118th S.E. . . . . . . . . BA 6-3907
KEGLEY, Jeanne L., 15260 Oak Drive . . . . . . . . BA 6-9623
KEGLEY, Ruth, 15271 Oak Drive
KUYKENDALL, Carl L., Dixie L., 12024 S.E. 165th . . AL 5-1193
KVITTEM, Arnold O., Viola, 12740 S.E. 172nd . . . .

LEAVITT, Rex A., 3000 S.E. Royal Hills Dr. Apt. 65 . 271-1789
LEE, Edwin A., 804 Dayton N.E. . . . . . . . . . . BA 6-1276
LORDS, Eddie E., Linda L., 17040 124th Ave. S.E. . . AL 5-4342
LYON, Ralph O., 11911 S.E. 164th . . . . . . . . . AL 5-6399

McCONAGHY, Patricia L., 11612 S.E. 157th . . . . . AL 5-7904
MABE, Lester J., Doris A., 11859 S.E. 160th . . . . BA 6-5425
MALLORY, Robert L., Beverly J., 12641 S.E. 169th Pl. BA 6-5920
MANTLE, Jim M., Carla S., 17219 154th Ct. S.E. . . . 271-1117
MARINOS, Patti J., 14677 S.E. Fairwood Blvd. . . . . BA 6-9178
MAY, Ira L., Elna, 17243 130th S.E. . . . . . .
MEDCALF, Valerie L., 12213 S.E. 166th . . . . . . . BA 6-7582
MELDRUM, John M., Patricia I., 18863 123rd . . . .
MILLS, Melvin C., Sandra M., 1514 Beacon Way S.E. . AL 5-8958
MODELAND, Ruby, 15259 Maple Drive . . . . . . . . . BA 8-2119
MONSON, Lyle J., Alene, 12615 S.E. 169th Pl. . . . . BA 6-6649
MOORE, John, Laura Lee, 16018 114th S.E. . . . . . BA 6-4566

NASH, Ronald, Catherine, 14300 S.E. 176th, Apt.P-3 . BA 8-6104
NEWLAND, Paul H., Fonda L., 12623 S.E. 170th Pl. . .
NIEMI, Susan, 15422 Jones Road . . . . . . . . . . 271-0561
NORTON, Verdis, Bonnie, 16405 142nd Pl. S.E. . . . . 271-1396

OPSTAD, John W., 14300 S.E. 176th, Apt. T-1 . . . .
ORCUTT, Edward L., 16904 126th Pl. S.E. . . . . . . AL 5-7922

PETERSON, Deon B., 1908 S.E. 16th Pl. . . . . .
   Rolling Hills Dr. . . . . . . . . . . . . . . BA 6-7028
PHILLIPS, Harold B., 17413 S.E. Jones Road . . . . BA 8-1306

RALSTON, Thomas Lee, 14300 S.E. 176th Pl. . . . .
RIGLEY, Merlin L., 12143 S.E. 160th . . . . . . . . AL 5-2648
RINGWOOD, Ronald D., 16841 124th S.E. . . . . . . . AL 5-4346
ROEDER, Salley L., 16029 133rd Pl. S.E. . . . . .

ROWE, Bruce, Sandra, 19350 S.E. 173rd Pl. Apt. 4 . .
RUTH, Jack D., Billie D., 12741 S.E. 172nd . . . . . BA 6-1041

SALSBURY, Barbara, 13515 S.E. 162nd. . . . . . . . AL 5-0815
SCHAMBEAU, Helene, 17500 S.E. 154th Pl. . . . . . . BA 1-1427
SCHWANDT, Dorothy M., 14919 S.E. 156th . . . . .
SHIVEL, Jean M., 16616 122nd S.E. . . . . . . . .
SILKETT, Thomas, Linnie E., 3000 S.E. Royal Hills Dr. AL 5-0868
SILKETT, Elmer A., Jr., Agnes I., . . . . . . . .
   3000 S.E. Royal Hills Apt. . . . . . . . . . . BA 6-9742
SMITH, Arlo J., Mary, 12722 S.E. 171st Pl. . . . . . AL 5-5774
SMITH, Orta Lee, 12910 S.E. 162nd . . . . . . . .
SMITH, Kenneth H., Dolly E., 13055 S.E. 161st . . . BA 8-5599
SPICER, Russell, Jody, 16729 125th S.E. . . . . . . BA 6-5313
STANDER, Carvel R., Rosalie C., 12690 S.E. 161st . . BA 6-4675
STEPAN, Kent J., Bonnie D., 14102 S.E. 168th . . . . BA 8-3404
STODDARD, Mary E., 16140 128th S.E. . . . . . . . . AL 5-8807
STOWELL, Homer A., 12616 S.E. 160th . . . . . . . . BA 8-1164
SUTTERFIELD, Phillip R., Connie, 1725 S.E. 16th Pl. . BA 8-0793

TAYLOR, Robert R., Norma H., 16200 145th S.E. . . . BA 8-1874

UNBEDACHT, Ivan G., Phyllis H., 14122 S.E. 162nd Pl, BA 6-8625

VAN LUVEN, Mable V., 11910 S.E. 170th Pl. . . . . . BA 6-1331
VIKARI, Christian, Karma J., 14816 S.E. Fairwood Blvd. BA 8-5642

WALKER, Dennis L., Susan R., 16834 142nd S.E. . . . BA 8-0959
WALKER, Morris, Beverly, 16924 125th Pl. S.E. . . . BA 8-4691
WANNER, Joan D., 1816 Beacon Way S.E. . . . . . . . BA 6-8627
WARBURTON, Richard N., Marion E., 12322 S.E.165th . . BA 6-4746
WARE, Roy James, Betty, 16414 139th Pl. S.E. . . . . 271-1395
WATSON, Leonard George, Laurel M., 3533 S.E. 6th . . 271-1217
WILSON, Farrell D., 12618 S.E. 161st . . . . . . . . BA 6-3286
WOODWARD, Jerry R., Jane J., 16856 123rd S.E. . . . BA 6-2314
WRIGHT, John R., Alfrieda P., 12683 S.E. 162nd . . . AL 5-0924

YERGENSEN, Kenneth G., 814 High Street . . . . . . AL 5-0993
YOCUM, Ralph A., Sharon, 16328 120th Ave. S.E. . . . BA 6-0312

REMEMBER YOUR FAMILY
HOME EVENING

Exhibit 7 Page 72



Exhibit __7__ Page __73__

## RENTON FOURTH WARD
### 11852 140th S. E.

Bishop's Office: . . . . . . . . . . . . . . . . AL 5-3611
Foyer: . . . . . . . . . . . . . . . . . . . . . . BA 6-8686

### MEETINGS

Priesthood Meeting . . . . . . . . . Sunday, 8:00 am
Sacrament Meeting . . . . . . . . . Sunday, 6:15 pm
Fast and Testimony Meeting . . . . Sunday, 12:30 pm
Sunday School Meeting . . . . . . . Sunday, 11:25 am
M.I.A Meeting . . . . . . . . . . . . . Tuesday, 7:30 pm
Relief Society Meeting . . . . . . . . Thursday, 9:30 am
Primary . . . . . . . . . . . . . . . . Wednesday, 4:45 pm
Executive Committee Meeting . . . . . Sunday, 9:45 am
Ward Council Meeting . . . . . Fourth Sunday, 4:00 pm
Bishop's Meeting . . . . . . . . . . Sunday, 6:30 am

### WARD COUNCIL

Bishop—Richard P. Brenchley . . . . . . . . . . AL 5-5388
1st Counselor—Daniel S. Water . . . . . . . . . SH 7-8655
2nd Counselor—Lee Kent . . . . . . . . . . . . BA 6-9792
Executive Secretary—Don D. Williams . . . . . . 641-2764
Ward Clerk (Historical)—Martin G. Hanis . . . . AL 5-9780
Asst. Clerk (Financial)—Frank L. Saltarelli . . . . 641-1216
Asst. Clerk (Membership)—Robert N. Long . . . . AL 5-2999
Asst. Clerk (Statistical)—Terrance R. Buchanan . BA 6-2287
High Priest Group Leader—Frank L. Saltarelli . . . 641-1216
Seventy Group Leader—Niel C. Anderson . . . . BA 6-1386
Elders Quorum President—Reed E. Hill . . . . . . AL 5-4716
Gen. Sec. Youth Aaronic & YMMIA—Steven G. Bumstead . BA 6-6837
Relief Society President—L. Renee Fawcett . . . . AL 5-2656
Sunday School President—Lynn E. Crane . . . . . AL 5-7120
Primary President—Utahna M. Ballard . . . . . . 641-1127
YWMIA President—Carma F. Newton . . . . . . . AL 5-5363

ADAMS, Ben K., Sonia, 1033 Sunset Blvd. N.E. Apt. 3
ADAMS, Paul C., Gayle E., 1033 Sunset Blvd. N.E. Apt 15.271-1606
AINSWORTH, Norma L., 11421 S.E. 97th . . . . . .
ALLRED, Myrle D., 12429 S.E. 98th . . . . . . . AL 5-6514
ANDERSEN, Rex F., 1908 Harrington Cir. N.E. . . . AL 6-6636
ANDERSON, Neil C., L. Renae, 2509 Edmonds Ave.N.E. BA 6-1386
ARMSTRONG, James E., Joann C., 7351 126th Pl.S.E. AL 5-0085

BAILEY, Wilmer K., Elma C., 2608 N.E. 7th St. . . . BA 8-2138
BALDWIN, Ida Mae, B 2715 10th N. E. . . . . . . BA 6-9421
BALLARD, Phillip E., Utahna M., 12913 S.E. 68th . . .
Bellevue 98006 . . . . . . . . . . . . . . . . . 641-1127

BANFORD, Rulon D., 8939 132nd Pl. S.E. . . . . . AL 5-9410
BECKWITH, Brian K., 1733 Aberdeen Ave. N.E. . . AL 5-8737
BETTS, Gary L., Carol L., 819 Aberdeen Ave. N.E. . BA 8-6322
BISIACK, Gail D., 1917 N.E. 16th St. . . . . . . .
BITTERMAN, Dorothy K., 6432 129th Ave. S.E.
Bellevue 98006 . . . . . . . . . . . . . . . . . 641-1740
BLANK, Mable T., 1402 Jefferson N.E. . . . . . . AL 5-6952
BOOHER, Kenneth W., Phyllis J., 12843 S.E. 102nd . BA 6-2452
BOWLIN, Chalmer H., Dorothy A., 2712 Meadow Av. N. BA 6-4946
BOYCE, Clark W., 1108 N. 29th St. . . . . . . . . AL 5-7816
BRENCHLEY, Richard P., Cheryl A., 12512 S.E. 73rd St. AL 5-5388
BROOMHEAD, W. Gordon, Grace L., 9015 132nd Pl.S.E. BA 6-0444
BROWDER, Lloyd R., 7325 125th Pl. S.E. . . . . . BA 6-0356
BUCHANAN, Terrance R., Susan K., 2216 N.E. 16th St. BA 6-2287
BUMSTEAD, Steven G., Jacqueline, 333 Viewmont Pl.
N.E. . . . . . . . . . . . . . . . . . . . . . . BA 8-6837
BUNSTINE, Florence, 1489 Hillcrest Ln. N.E. . . . . AL 5-7689
BURKEY, Barbara A., 10432 S.E. 90th . . . . . . BA 8-1597
BURNS, Rachel H., 1140 Edmonds Ave.N.E. Apt. 305 BA 8-1389

CAMP, Caroline R., 7202 121st Pl. S.E. . . . . . .
CARVER, Monroe D., 550 Bronson Way . . . . . .
CHENEY, Charles B., Carolyn A., 6440 129th Ave.S.E.
Bellevue 98006 . . . . . . . . . . . . . . . . . 641-0027
CHRISTENSEN, Terrell B., Norita A., 12931 S.E. 68th Pl.
. . . . . . . . . . . . . . . . . . . . . . . . . SH 6-0705
CIMA, Ernest L., Gynne, 4400 N.E. Sunset Blvd. #38 BA 8-1324
CLARK, (Statistical)—Terrance R., 7062 121st Pl. . . .
CLUFF, Ida P., 9904 133rd Ave.S.E. . . . . . . . BA 6-0785
COAD, Nancy J., 8010 110th S.E. . . . . . . . . AL 5-8403
COCHRAN, Carolyn J., 1417 Edmonds Ave.N.E.:Apt. 3 BA 6-3920
COOK, Richard S., Louanna R.,
2023 A. Harrington Pl. N.E. . . . . . . . . . . 271-0648
COTTLE, Ronald G., Lois M., 7046 123rd S.E. . . . AL 5-2604
CRANE, Lynn E., Maxine, 643 Ferndale N.E. . . . AL 5-7128
CRAWLEY, Frederick D., Lauris,8904 121 Ave. S.E. BA 6-8633
CUNNINGHAM, Judith G., 10303 129th Ave. S.E. . AL 5-3493

DALLEY, Carl J., 11614 S.E. 89th . . . . . . . . AL 5-7195
DALRYMPLE, Walter A., Lennice A., 1211 Jefferson NE BA 6-8673
DEFFLEY, Donald L., 406 Grandy N.E. . . . . . .
DERR, Jon T., 907 Harrington Ave. N.E. . . . . . BA 8-2196
DOBES, Alice K., 8606 118th Ave. S.E. . . . . . . AL 5-2646
DONOFRIO, Linda R., 2508 Jones N.E. . . . . . . BA 8-3243
DOWNS, Albert T., Alice M., 553 Bronson Pl. N.E. . AL 5-4456

EADES, Leah, 2319 N.E. 27th . . . . . . . . . . . AL 5-0654
ELDER, Ross M. II, Darla F., 2102 Kirkland Ave.N.E. BA 6-1196
ELQUIST, Dean U., Joyce K., 2204 N.E. 6th Pl. . . BA 6-7278

Exhibit 7  Page 74

FARNSWORTH, Fredrick J., Mary A.,
759 Kirkland Ave. N.E. . . . . . . . . . . . . . . . . AL 5-4790
FAWCETT, Eugene G., Lois Renee, 3338 Park Ave.N. . AL 5-2656
FORD, Bruce C., Jo Nell, B 975 Harrington Ave. N.E. . BA 8-3972
FORURIA, Candice A., 1801 Index Ave. N.E. . . . . . . .
FOSTER, John J., Marie E., 2100 Lake Wash. Blvd.,
    Lot 50 . . . . . . . . . . . . . . . . . . . . . . . . . . BA 8-4823
FULLER, Mary P., 2100 Lake Wash. Blvd, Lot 100 . . . AL 5-1469

GATTEN, Joseph R., Argenia, 2425 Dayton Ave.N.E. . . BA 6-2294
GOODENOUGH, Rav L., Janiele, 4219 N.E. 19th St. . . BA 8-4857
GOODWIN, Robyn L., 1102 N. 30th St. . . . . . . . . . . . .
GRAHAM, Nancy E., 7215 122nd S.E. . . . . . . . . . . BA 8-5902
GREEN, Glenn W., Deborah K., 2518 N.E. 6th Pl. . . . 271-1577
GREESON, Charles L., Anona, 2321 N.E. 9th Pl. . . . . AL 5-0237
GRINOLS, Willis J, III, 3716 Meadow Ave. N. . . . . . . BA 6-7167
GUSTMAN, Guy, 1719 Index N.E. . . . . . . . . . . . . . .

HAEMIG, Larry R., 2216 N.E. 16th St. . . . . . . . . . . BA 6-2287
HANES, Beverly A., 1908 Vashon Ct. . . . . . . . . . . . .
HANIS, Mark A., Rita Gayle, 1816 Talbot Rd. S. . . . . BA 6-4468
HANIS, Martin G., Ethel L., 507 Windsor Pl. N.E. . . . AL 5-9780
HATCH, I Larleen E., Diane M., 12515 S.E. 74th . . . . AL 5-6794
HAWKEN, Harold, 1917 Jones Ave. N.E. . . . . . . . . . AL 5-8823
HAWKINS, Beverly A., 2717 Sunset Lane D. . . . . . . BA 6-5576
HAYDON, Carole J., 10504 126th Ave. S.E. . . . . . . .
HEATH, Howard W., Jr., Marion E.,
    6208 Hazelwood, Lane . . . . . . . . . . . . . . . . . SH 6-5457
HEINER, Ralph C., 8860 123rd S.E, Bellevue 98006 . . SH 7-4581
HEINZE, Diane A., 2008 Edmonds Ave. N.E. . . . . . . AL 5-1715
HENRY, William A., Terri L., 4444 N.E. Sunset Blvd. N.E. BA 8-3593
HEPPNER, Jon M., Vicki, 939 Camas Ave. N.E. . . . . BA 6-0320
HILL, Reed E., Dee Ann, 2980 N.E. 12th, Apt. 304 . . . AL 5-4716
HIRD, Beverleigh A., 13653 S.E. 101st Pl. . . . . . . . . BA 8-1584
HOBERG, Ina M., 1428 N. 28th . . . . . . . . . . . . . . . . BA 6-0973
HOFFMAN, Bertie, 1825 N.E. 14th . . . . . . . . . . . . .
HOGGARD, Phil P., Bernice, 1916 N.E. 27th . . . . . . . AL 5-0738
HOWELL, Howard O., Sharon R., 1616 Camas Ave.N.E.

IRELAND, William T., Joyce M., 12427 S.E. 96th St.

JACKSON, Thomas E., 13039 S.E. 102nd St. . . . . . . BA 6-0190
JAGGER, Darlene A., 2100 Dayton Ave. N.E. . . . . . . .
JARDINE, Kip R., Ruby Linda, 1068 Sunset Blvd. N.E. BA 8-5809
JARVIS, Clara R., 911 N. 30th . . . . . . . . . . . . . . . . AL 5-7009
JENKINS, Melvin C., Mary E., 1816 Anacortes Ave. N.E.
JENSEN, Evangeline O., 10115 128th Ave. S.E. . . . . .
JENSEN, Kenneth W., 8850 122nd S.E. . . . . . . . . . . BA 8-5839

JOHNSON, Dorothy M., 2409 Edmonds Ave. N.E. . . . BA 6-5993
JOHNSON, Kay F., Maxine, 912 Kirkland N.E. . . . . . BA 6-4542
JONES, Gerald D., Evelyn M., 2424 N.E. 25th . . . . . BA 6-2628
JONES, Ronald G., Sue, 922 Glennwood Ave.N.E. #3

KENT, Lee, Leatrice G., 8916 132nd Pl. S.E. . . . . . . BA 6-9792
KLINEFELTER, Carol J., 9049 106th Ave. S.E. . . . . AL 5-7464
KOBER, Robert M., Marsha G., 7834 129th S.E. . . . . AL 5-5721
KREUTZ, Mary, 10508 111th Pl. S.E. . . . . . . . . . . .
KROM, Kenneth B., Marta J., 8432 118th Ave. S.E. . . BA 8-4543
KROM, Richard H., Margaret A., 1700 Harrington Av.NE
KRUPP, Rodger, Marjean, 1500 Kirkland Ave. N.E. . .

LANDERS, Sarah, 562 Jefferson N.E. . . . . . . . . . . . AL 5-0595
LANGDON, Ytta, 456 Bronson Way N.E. . . . . . . . . . BA 8-0642
LARSON, Bordina M., 9902 126th Ave. S.E. . . . . . . BA 8-1822
LARSON, Clerk, Jr., Carol L., 13627 S.E. 107th . . . . AL 5-2791
LA VALLEY, Roberta A., 2300 N.E. 10th Pl. . . . . . . BA 6-0513
LEASON, Mary R., 12157 S.E. 68th Pl Bellevue 98006 SH 6-2270
LENON, James A., Leona R., 854 Camas Ave. N.E. . . AL 5-2132
LIBBY, Ruth E., 12834 S.E. 102nd . . . . . . . . . . . . . AL 5-7065
LONG, Lynda V., A 966 Harrington Ave. N.E. . . . . . . 271-1331
LONG, Robert N., Pamela D., 8943 121st Ave. S.E. . . AL 5-2999
LUMBERT, Judith S., 2508 Dayton Ave. N.E. . . . . . BA 6-4349

MADSEN, Rasmas E., Liane, 1829 Harrington Ave.N.E. BA 8-2402
MANARY, Mary, Aberdeen . . . . . . . . . . . . . . . . . AL 5-1480
MARTIN, Marc E., Janice M., 11507 S.E. 80th . . . . . AL 5-3400
MERRELL, Alan J., Carrol R., 12502 S.E. 73rd Pl. . . BA 8-3385
METZ, Beatrice, 2524 Dayton Ave. N.E. . . . . . . . . . AL 5-9795
MILES, William W., Linda J., 905 Edmonds Ave. N.E.
MITCHELL, Victor B., Mary M., 13612 S.E. 101st Pl.
MOHAN, Mary M., 2200 N.E. 9th . . . . . . . . . . . . . AL 5-3050

MC CLUSKEY, Gwenyth A., 13026 S.E. 101st . . . . AL 5-4666
MC GIFFIN, Harold E., L. Earlene, 12127 S.E. 68th Pl.,
    Bellevue 98006 . . . . . . . . . . . . . . . . . . . . . . SH 6-8234
MC KITTRICK, Penelope L., 3001 N.E. 8th St. . . . . .
MC NULTY, Mildred H., 1480 Hillcrest Lane N.E. . . BA 6-3193

NELSON, Kenneth E., Jennie Deone, 16336 S.E. 131 Pl. BA 8-1220
NEVIN, James A., Marlene R., 2905 N.E. 8th . . . . . .
NEWTON, Gary L., Carma F., 2101 Dayton N.E. . . . AL 5-5363
NOBLE, Keith K., Nancy J., 1814 Index Ave. N.E. . .

PACKARD, Wetha J., 2100 Lake Wash. Blvd., Lot 94 .
PAINE, Marion, Ada Evelyn, 12615 S.E. 73rd Pl. . . . BA 6-0327
PALMER, A. Kirk, La Ray, 10410 126th Ave.S.E. . . . AL 5-5432

Exhibit 1 Page 75

PALMER, Don J., Elaine, 10325 126th Ave. S.E. . . . . BA 6-5826
PARTNER, Marshall M., 10110 130th Ave. S.E. . . . . BA 8-0646
PATTERSON, Dona G., 912 Ferndale Circle N.E.
PAULSON, Archie, 130 Park Ave. N. . . . . . . . . . . . AL 5-6273
PEDERSON, Isabella R., 955 Ferndale Circle N.E. . . . AL 5-7793
PELKEY, Grace N., 2905 N.E. 7th . . . . . . . . . . . .
PELLERIN, Peter, Gail, 1820 Harrington Ave. N.E. #2B  BA 6-0128
PETERSEN, Dee L., Gloria, 12166 S.E. 70th . . . . . . BA 6-3848
PETERSON, Catherine J., 3516 N.E. Sunset Blvd. N.E.  AL 5-4556
POLKINGHORN, Barbara, 7023 121st Pl. S.E. . . . . . BA 6-2599
POWELL, Garth M., 1212 Dayton N.E. . . . . . . . . . BA 6-2078
PRITCHARD, Thomas J., 5236 Hazelwood Lane . . . . SH 7-9399

QUALMAN, Steve G., Nancy J., 12533 S.E. 75th Pl. . .

REED, Kenneth L.B., 7600 129th Ave. S.E. Apt. 4 . . .
RICKS, James F., 11005 S.E. 64th . . . . . . . . . . . AL 5-5026

RIDLEY, Doris M., 908 Lynnwood Ave. N.E. . . . . . . BA 8-3272
RIGNEY, Carol, 10102 128th Ave. S.E. . . . . . . . . . BA 6-8339
ROBISON, Jon C., 3811 Lake Wash. Blvd. . . . . . . . BA 6-6567

SALTARELLI, Frank L., Elizabeth G., 6505 121st Pl.S.E.
  Bellevue 98006 . . . . . . . . . . . . . . . . . . . . . 641-1216
SCHOENGARTH, Barry J., Joan G., 12004 S.E. 73rd Pl. BA 6-3389
SHAKESPEAR, Howard V., 163 Monterey Dr. N.E. . . . BA 8-5157
SILKETT, Elmer A., Roxie M., 2701 N.E. 23rd . . . . . BA 6-3238
SILKETT, Sonja R., 2701 N.E. 23rd . . . . . . . . . . . BA 6-3238
SLATER, Robert N., 12327 S.E. 74th St., . . . . . . . . AL 5-9721
SMITH, Anthony P., 1308 Index Ave. N.E., . . . . . . . BA 6-9144
SMITH, Richard C., Elizabeth L., 8811 124th Ave. S.E. BA 6-8728
SORENSEN, Rodger L., Mary M., 12840 S.E. 67th
  Bellevue 98006 . . . . . . . . . . . . . . . . . . . . . SH 7-4467
SPARKS, Jack B., Ina R., 1633 Harrington Ave. N.E. . AL 5-6020
STULL, Daryl D., 2402 Jones Ave. N.E. . . . . . . . . . BA 8-1299

TARKALSON, James W., Eva Lee, 8951 121st Ave. S.E. BA 6-3699
THORSTED, Glen J., Anita M., 7007 123rd S.E. . . . . BA 6-3144
TORSAK, Stanley, Jr., 903 Monroe Ave. N.E. . . . . . AL 5-8144
TURNBOW, Auttor P., Mary K., 821 Sunset Blvd. N.E. BA 6-8942
TWITCHELL, Tony R., Garnet R., 1208 Jefferson N.E. BA 6-0784

VAN DER VORST, Beverly G., 12245 S.E. 89th . . . .

WALCOTT, Harold W., Louise W., 437 Windsor Way N.E. AL 5-7138
WALLIN, June J., 1835 N.E. 20th . . . . . . . . . . . . AL 5-7845
WALSER, Daniel S., Jeanne I., 6704 123rd Pl. S.E. . . .
  Bellevue 98006 . . . . . . . . . . . . . . . . . . . . . SH 7-8655
WEBB, Gwendoline, 1023 N. 34th St. . . . . . . . . . . BA 6-8309

WELKER, David E., Kathryn I., 1609 N.E. 28th . . . . . AL 5-5007
WILLIAMS, Don D., La Juana J., 12926 S.E. 69th Pl.,
  Bellevue 98006 . . . . . . . . . . . . . . . . . . . . . 641-2764
WILLIAMS, Hazel M., 4904 Lake Wash. Blvd. N.E. . . . BA 61731
WILLIAMS, Martin D., Afton L., 2419 N.E. 24th . . . . . BA 6-0469
WILLIAMS, Sarah M., 562 Jefferson Ave. N.E. . . . . . AL 5-0595
WOODIN, Harold, Verna O., 1801 Aberdeen N.E. . . . . AL 5-3923

SUPPORT YOUR FINANCE
& DEDICATION PROGRAM

SUPPORT YOUR
DIRECTORY SPONSORS

Exhibit 7 Page 76

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) NO. 04-2338 RSM |
| | ) |
| THE CORPORATION OF THE PRESIDENT OF THE | ) |
| CHURCH OF JESUS CHRIST OF LATTER-DAY | ) |
| SAINTS, a Utah corporation sole, a/k/a | ) |
| "MORMON CHURCH"; LDS SOCIAL SERVICES | ) |
| a/k/a LDS FAMILY SERVICES, a Utah | ) |
| corporation, | ) |
| | ) |
| Defendant. | ) |

DEPOSITION UPON ORAL EXAMINATION OF

ROBERT KELLY

VIDEOTAPED PROCEEDING

1:10 o'clock p.m.

August 29, 2005

601 Union Street

Suite 3100

Seattle, Washington

REPORTED BY:
ALISON LOTT, CCR#2337

 1     sexual conduct, six separate incidences of abuse.  Do you
 2     remember that?

 3  A  Yes, I do.

 4  Q  In each of those -- well, the first one you indicate
 5     occurred in a field near the Allenbach home.  In each of
 6     the others, you relate that the incident occurred in
 7     Mr. Loholt's apartment.  Is that the apartment in the
 8     basement of the Allenbach house?

 9  A  That's correct.

10  Q  Did any of the abuse which you sustained at the hands of
11     Jack Loholt occur anyplace other than in the apartment in
12     the Allenbach home?

13  A  Well, there was the incident in the field.

14  Q  Other than that?

15  A  All the abuse occurred in his apartment.

16  Q  The incident in the field, you indicate, is the first
17     incident of abuse.  And that involved whom?

18  A  Jimmy was in the field, my brother Tom, and me, and Jack.

19  Q  And had you met Jack Loholt prior to that incident?

20  A  Yes, I did.

21  Q  How long had you known him prior to that incident?

22  A  I don't really recall.

23  Q  Was it a matter of years, or was it a matter of months?

24  A  I don't recall.  It was at least months.

25  Q  Had you ever had any contact with him prior to that

Exhibit____Page 78

bd84b9e1-33a5-4271-9e07-e718630ca143

1    engaged in any type of cover-up concerning the abuse of

2    Mr. Loholt towards you?

3  A    I don't know.

4  Q    Have you talked to any victims, sexual abuse victims of Mr.

5       Loholt who indicated that they told anyone in the LDS

6       church about the abuse that was occurring to them?

7  A    Can you read it, please, again.

8                              (The pending question was read by

9                               the reporter.)

10 A    I don't know.

11 Q    So it's clear, you did not come to know Mr. Loholt because

12      of any type of involvement that you had with the LDS church

13      at the time; is that correct?

14 A    That's correct.

15 Q    He simply was a neighbor living in the basement of

16      Dr. Allenbach's house; is that right?

17 A    That's right.

18 Q    And he never at any time that he was abusing you made any

19      claims concerning either his membership or affiliation or

20      anything to do with the LDS church; is that correct?

21 A    I don't know.

22 Q    I have no other questions.  Thank you very much.

23 A    Thank you, Mr. Frey.

24                      THE VIDEOGRAPHER:  This concludes the

25      deposition of Robert Kelly.  The time now is approximately

bd84b9e1-33a5-4271-9e07-e718630ca143

Exhibit____Page_79

Byers & Anderson, Inc.
Court Reporters & Video

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE,                    )
                                                 )
                          Plaintiffs,            )
                                                 ) No.
              vs.                                 ) C04-2338RSM
                                                 )
THE CORPORATION OF THE PRESIDENT OF THE CHURCH   )
OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah     )
corporation sole, a/k/a the "MORMON CHURCH," LDS )
SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah)
corporation,                                     )
                                                 )
                          Defendants.            )

VIDEOTAPED DEPOSITION OF DOROTHY L. KELLY
March 2, 2005
Seattle, Washington

BYERS & ANDERSON, INC. - COURT REPORTERS & VIDEO
2208 North 30th Street               One Union Square
     Suite 202                    600 University Street
Tacoma, WA  98403-3360                 Suite 2300
   (253) 627-6401               Seattle, WA  98101-4128
  Fax: (253) 383-4884                (206) 340-1316
                    (800) 649-2034
              scheduling@byersanderson.com

Dorothy L. Kelly
3/2/05


96259d00-8faa-11d9-a1fc-8450c3937918

Page 13

1       Dr. Allenbach.

2   Q   Why did you think that was the best course of action, to go

3       talk to Dr. Allenbach?

4   A   Well, I knew he was the -- he was the bishop in the church,

5       Mormon Church.  I thought he would have -- he was -- I

6       thought he would have more authority to take care of the

7       matter.

8   Q   And did you and your husband go and see Dr. Allenbach?

9   A   Yes, we did.

10  Q   Was it that same day?

11  A   Oh yes, that -- right after dinner.

12  Q   Tell us to the best of your recollection what occurred when

13      you arrived at the front door of the Allenbach home.

14  A   Veloy Allenbach answered the door and --

15  Q   Veloy Allenbach is Mrs. Herman Allenbach?

16  A   Yes, mm-hm.  And we told her we'd like to talk to her and

17      Herman Allenbach.  And he was in bed with a broken leg.  She

18      took us in the bedroom.  And right out I said, "Jack has

19      been sexually abusing our boys."  At that time he asked

20      Veloy Allenbach to go out and shut the door.

21  Q   Did she then leave the room?

22  A   Yes, she left the room.

23  Q   And shut the door behind her?

24  A   Mm-hm. (Witness answers affirmatively.)

25  Q   Who was then in the room with Dr. Allenbach?

Exhibit____Page 81

96259d00-8faa-11d9-a1fc-8450c3937918

Byers & Anderson, Inc.
Court Reporters & Video

Page 15

1       bishop in the Mormon Church when you spoke to him?

2   A   Oh, it was common knowledge.

3   Q   Okay.  Do you know how you acquired that common knowledge?

4   A   From the children.  They'd always be bragging about it, how

5       their dad -- my husband was a mechanic at Boeing, and you

6       know how kids are.  They have to go you one better:  My dad

7       is a bishop in the Mormon Church.

8   Q   And what did you understand that to mean?

9   A   Well, that he had control.  He was -- I knew little of the

10      Mormon Church, but I knew a bishop was a very important part

11      of the church.

12  Q   Were there Mormon Church functions that went on regularly at

13      the Allenbach compound?

14  A   Truthfully, I cannot say.  I -- we were not in the same

15      social circles with them.  We were Catholic.

16  Q   Was there a -- was there a baseball or softball diamond on

17      the property?

18  A   He built -- he built -- Dr. Allenbach built a baseball

19      diamond with a backstop so the -- their Boy Scout troop

20      could come and practice their games there.

21  Q   Boy Scout troop or baseball team?

22  A   Well, I -- I assumed they were all from the Mormon Church.

23  Q   To your knowledge, did Dr. Allenbach have any role in the

24      Mormon Church's Boy Scouting program?

25  A   Yes.  He had a cabin up at Lake Kachess, and they would go

Dorothy L. Kelly
3/2/05

96259d00-8faa-11d9-a1fc-8450c3937918

Byers & Anderson, Inc.
Court Reporters & Video

Page 33

1   Q   Okay.  Did you ever speak to Jack LaHolt about this
2       incident?

3   A   No.

4   Q   Okay.  Did Jack LaHolt continue to work at Dr. Allenbach's
5       after you went over and spoke with Dr. Allenbach about this
6       incident?

7   A   I saw him there occasionally.

8   Q   Okay.  Did you ever go back and talk to Dr. Allenbach about
9       it?

10  A   No.  I assumed that he had taken care of it.

11  Q   Okay.  When this inc- -- when you were told of this incident
12      by the children, you properly thought this was a pretty
13      outrageous and terrible thing that --

14  A   Yes, I did.

15  Q   -- had happened?

16      Okay.  Did you ever talk to any of the authorities, go
17      to the police and report this or go to any other social
18      agency and said, "Hey, this guy is down here masturbating --

19  A   No.

20  Q   -- in front of kids"?

21  A   Back in those days we -- things like that were different.

22  Q   Okay.

23  A   You went to the head of the source.  I knew Dr. Allenbach
24      was very high in the church.  Jack was his employee.  And I
25      figured Dr. Allenbach, being a bishop or a high priest,

Dorothy L. Kelly
3/2/05

96259d00-8faa-11d9-a1fc-8450c3937918

Byers & Anderson, Inc.
Court Reporters & Video

Page 42

| | | |
|---|---|---|
| 1 | A | All right. |
| 2 | Q | Did Mr. Kosnoff ever tell you that Dr. Allenbach was a high |
| 3 | | priest? |
| 4 | A | Oh no. I didn't have any conversation with him. |
| 5 | Q | Okay. Did Linda Walker ever tell you he was a high priest, |
| 6 | | this woman I have asked you about? |
| 7 | A | I told you before I don't recall this Linda. |
| 8 | Q | Okay. Did Kenny Fleming or anyone else? Who told you that |
| 9 | | he was a high priest? |
| 10 | A | Well, it must have come from the children. |
| 11 | Q | Which children? |
| 12 | A | The Allenbach children. |
| 13 | Q | Why do you say it must have come from them? |
| 14 | A | Well, because I wasn't involved in their church. There's |
| 15 | | they told me that their father -- he was a bishop. They |
| 16 | | told me he was being elevated to the next highest position. |
| 17 | | I don't know what they call them; that he's going to be a |
| 18 | | high priest. |
| 19 | Q | Okay. And this would have been the Allenbach children would |
| 20 | | have told you this? |
| 21 | A | Yes, mm-hm. |
| 22 | Q | Okay. You didn't learn it from any other source? |
| 23 | A | No. |
| 24 | | MR. FREY: Okay. I don't have any other |
| 25 | | questions. Thank you very much -- |

Dorothy L. Kelly
3/2/05

96259d00-8faa-11d9-a1fc-8450c3937918

Byers & Anderson
Court Reporters & Video

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KENNETH FLEMING and JOHN DOE,    )
                                 )
            Plaintiffs,          )
                                 )
       vs.                       )  No. C04-2338RSM
                                 )
THE CORPORATION OF THE           )
PRESIDENT OF THE CHURCH OF       )
JESUS CHRIST OF LATTER-DAY       )
SAINTS, a Utah corporation       )
sole, a/k/a the "MORMON          )
CHURCH," LDS SOCIAL SERVICES,    )
a/k/a LDS FAMILY SERVICES,       )
a Utah corporation,              )
                                 )
            Defendants.          )

VIDEOTAPED DEPOSITION OF JACK A. ONEFREY

January 27, 2006

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square        2208 North 30th Street, Suite 202
600 University St.      Tacoma, WA 98403
Suite 2300              (253) 627-6401
Seattle, WA 98101       (253) 383-4884 Fax
(206) 340-1316          scheduling@byersanderson.com
(800) 649-2034          www.byersanderson.com

Serving Washington's Legal Community Since 1980

Jack A. Onefrey
January 27, 2006

Exhibit____ Page 85

b2cbc3c6-879a-4364-b6a5-9911772d6961

Byers & Anderson
Court Reporters & Video

Page 86

1      church?

2                    MR. WOLFE:  We're going to assert a

3      privilege --

4                    THE WITNESS:  No.

5                    MR. WOLFE:  Excuse me.  We're going

6      to assert a privilege as to communication relating to

7      the disciplinary court.

8    Q   (By Mr. Kosnoff)  When you met Dr. Allenbach for the

9      first time, he was teaching this investigator class.

10      Did your relationship change at that time?  Did you

11      become friends?  Did you go to work for him?  What

12      was the -- how did the nature of your relationship

13      change, if any?

14   A   Just friends.

15   Q   Okay.  What were the circumstances that led to you

16      moving to -- to the Allenbach compound?

17   A   Compound?

18   Q   You were -- was Dr. Allenbach living on a house on a

19      property on --

20   A   Yeah, it's his home.

21   Q   It's his home?

22   A   Yeah.

23   Q   Okay.  This was an acreage?

24   A   Yes.

25   Q   Okay.  And there were other buildings besides his home

Byers & Anderson
Court Reporters & Video

Page 87

1     on the property?

2   A   Not at that time.

3   Q   Not at that time.  There was just his home?

4   A   Yeah.

5   Q   Okay.  Was it a large home?

6   A   Yes.

7   Q   Did it have an apartment or --

8   A   Yeah.

9   Q   -- attached to it?  And did you move into that
10      apartment?

11  A   Yes.

12  Q   How did that come about that you came to live in that
13      apartment attached to the Allenbachs' home?

14  A   Well, I -- I just told him my parents were taking the
15      trailer back because they wanted to move it to
16      California.  So I told him I was going to be look --
17      going to be moving.  And his apartment was empty at
18      the time, so I rented that from him.

19  Q   Okay.  And did you come to know the Allenbach children
20      at that time?

21  A   I knew them before that time.

22  Q   You knew them.  From church?

23  A   Yeah.

24  Q   After you were baptized into the church, you began
25      attending the Kent 2nd Ward?

Byers & Anderson
Court Reporters & Video

Page 91

1    lived there?

2  A  No.

3  Q  Came after you left?

4  A  Yes.

5  Q  What were the other structures that were eventually

6     built on the property?

7  A  Who?

8  Q  The other structures?

9  A  What about them?

10  Q  What were they?

11  A  There were like little apartments for his mother and

12     his aunt.

13  Q  Did Mormon missionaries sometimes live in those

14     structures?

15  A  After -- no.  No, they didn't.

16  Q  They didn't?

17  A  No.

18  Q  There were no Mormon missionaries that stayed in those

19     apartments?

20  A  They stayed where I stayed.

21  Q  Where did -- which was where?

22  A  The main house underneath the big bedroom.

23  Q  And these would be missionaries that would come into

24     the area to serve their mission, and that's where they

25     would stay?

Exhibit____Page__88

b2cbc3c6-879a-4364-b6a5-9911772d6961

Byers & Anderson
Court Reporters & Video

Page 92

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And so they would stay with you in that apartment? |
| 3 | A | No. I had long since -- |
| 4 | Q | Okay. So they -- |
| 5 | A | -- moved. |
| 6 | Q | -- moved into the apartment attached to the main house? |
| 7 | A | Well, actually, they -- they moved in when I was in |
| 8 | | Canada. |
| 9 | Q | Okay. Well, with respect to the time period that you |
| 10 | | lived at the Allenbach house, did you only live there |
| 11 | | one time? |
| 12 | A | Yes. |
| 13 | Q | Okay. And that would have been roughly what time |
| 14 | | period? |
| 15 | A | Oh, are you looking for a date or something? |
| 16 | Q | Well, we talked about your having spent three years in |
| 17 | | the trailer before you moved to the Allenbachs', and |
| 18 | | that would have been approximately 1969 or 1970? |
| 19 | A | Okay. |
| 20 | Q | And you moved into that apartment attached to the |
| 21 | | house. How long did you stay there? |
| 22 | A | I said three and a half years. |
| 23 | Q | For three and a half years? |
| 24 | A | Yeah. |
| 25 | Q | And then where did you move? |

Jack A. Onefrey
January 27, 2006

b2cbc3c6-879a-4364-b6a5-9911772d6961

Page 138

1   Q  Did you ever tell Chelsey Wieder that you had had sex

2      with more than 250 children in your life?

3   A  No.

4   Q  Never made that statement?

5   A  No.

6   Q  Never said anything like that to her?

7   A  No.

8   Q  Did you ever go to LDS Social Services for sexual

9      deviancy counseling or treatment?

10   A  Yes.

11   Q  Okay.  About what time period?

12   A  Probably -- I'm really not sure on that.

13   Q  But it was while you were in the Kent 2nd Ward in the

14      1970s?

15   A  Yes.

16   Q  Okay.  And you were referred there by a bishop?

17                  MR. WOLFE:  We're going to object,

18      assert privilege.

19   Q  (By Mr. Kosnoff)  You were referred to or sent to LDS

20      Social Services by Bishop Borland, isn't that correct?

21                  MR. WOLFE:  Assert privilege.

22   Q  (By Mr. Kosnoff)  When you went to LDS Social Services,

23      you told them about your -- you were truthful about

24      your sexual contact with children, weren't you?

25   A  Yes.

Jack A. Onefrey
January 27, 2006

b2cbc3c6-879a-4364-b6a5-9911772d6961

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH FLEMING and JOHN DOE, :  No. C04-2338 RSM
                               :  (Judge Ricardo Martinez)
                               :
              Plaintiffs, :
                               :
       -v-                     :
                               :
THE CORPORATION OF THE         :
PRESIDENT OF THE CHURCH OF     :
JESUS CHRIST OF LATTER-DAY     : ·
SAINTS, a Utah corporation     :
sole, a/k/a "MORMON CHURCH"; :
LDS SOCIAL SERVICES a/k/a       :
LDS FAMILY SERVICES, a Utah    :  Videotaped Deposition of:
corporation,                   :  RANDALL BORLAND
                               :
              Defendants.:


September 20, 2005 - 9:08 a.m.


Location:  Kirton & McConkie
60 East South Temple, Suite 1800
Salt Lake City, Utah


Diane W. Flanagan, RPR
Notary Public in and for the State of Utah


GARCIA & LOVE
801.538.2333

0cc34e3d-ad31-4072-a6d8-79f7ac2622c7

FLEMING v. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
September 20, 2005                                          RANDALL BORLAND

Page 20

1    what I mean by that.

2        Q    I know what you mean?

3        A    Okay.

4        Q    And I know there's redistricting --

5        A    Okay.

6        Q    -- that takes on -- takes place.

7        A    But it was in Kent, and I don't know if it was

8    Kent First Ward or Second Ward.  I can't remember that.  A

9    ward in Orem.  I don't remember the name, but it was in

10   Orem.  A ward in Midway, I'm quite certain that was Midway

11   First Ward.  A ward in Mesa, Arizona, and I'm relatively

12   sure that was the Mesa 15th Ward.  Pleasant View First Ward

13   which is --

14       Q    And that's your current ward?

15       A    -- where we live now, yeah.  I don't think I

16   missed any.  I may have.  I'm not sure.

17       Q    Okay.  We're going to come back to this, but in

18   terms of the positions, offices, or callings that you've

19   held within the Church, you were a bishop at one time in the

20   Kent Second Ward --

21       A    Correct.

22       Q    -- correct?  Have you ever before or since served

23   on a bishopric?

24       A    Since, uh-huh (affirmative).

25       Q    Okay.  And what position and where?

FLEMING V. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
September 20, 2005                                    RANDALL BORLAND

Page 21

1        A     What position?

2        Q     Yes.  Was it first, second counselor, bishop?

3        A     Second counselor and bishop.

4        Q     Where were you second counselor?

5        A     Pleasant View First Ward.

6        Q     Okay.  And same -- you were bishop as well at the

7    same ward?

8        A     Correct.

9        Q     What were the time -- approximate time frames that

10   you were second counselor of the Pleasant View?

11       A     I'm going to say -- I'm going to say -- well, can

12   you help me here?  I was just released so -- and I was

13   bishop five years, so it would be two -- I'm going to say

14   1998, you know, '98, '99.

15       Q     So was -- you served on the bishopric as a second

16   counselor just immediate prior to your becoming bishop?

17       A     No.  They needed somebody to work in a -- what's

18   called an MIA program, and I -- so I worked in that program

19   and then became bishop.  Excuse me.  Pardon me.  So I was

20   second counselor and then in Mutual and then bishop.

21       Q     Okay.  So there was a period of time in between

22   then that you were in the MIA and then bishop approximately

23   2000 to 2005?

24       A     Yeah, yeah.  That's --

25       Q     Okay.

Exhibit____Page__93

0cc34e3d-ad31-4072-a6d8-79f7ac2622c7

Page 74

1    units within the ward, that Jack Loholt should not be

2    permitted to work with or around children?

3         A     I don't recall any such thing.

4         Q     Was -- was LDS Social Services available to you as

5    a bishop for referrals when you were bishop of the Kent

6    Second Ward?

7         A     I can't remember the dates.  It seemed like it was

8    just coming into the fore, and I don't remember when.  And

9    so I -- I don't remember that.

10        Q     Did you send Jack Loholt to LDS Social Services

11   for any reason?

12        A     I don't remember doing that.

13        Q     Are you saying you didn't?

14        A     I say I don't remember ever doing that.  It was a

15   long time ago.

16        Q     You have no recollection of sending Jack Loholt to

17   LDS Social Services for sexual deviancy counselling?

18              MR. FREY:  Counsel, I'm going to object to this

19   question.  You've asked it three times now, and he's

20   answered the question twice already saying he has no memory

21   of it.  I think your badgering the witness.

22              You can answer it one more time, and then we're

23   not going to answer it again.

24        A     What was it again?

25        Q     You have no recollection of having released Jack

Exhibit____Page 94

0cc34e3d-ad31-4072-a6d8-79f7ac2622c7

Page 75

1    Loholt to LDS Social Services for sexual deviancy?

2         A    I have no recollection of doing that.

3         Q    Did you ever at any time tell anybody that they

4    should not allow Jack Loholt to work with or around their

5    children?

6         A    Did -- do I remember telling anybody that?

7         Q    Anybody.

8         A    I do not remember that.

9         Q    If as bishop you had determined that an assistant

10   scoutmaster was sexually molesting boys, what would you have

11   done to warn or protect children within the ward from that

12   assistant scoutmaster?

13             MR. FREY:  For the record, I'm going to object to

14   the question.  It assumes, No. 1, facts not in evidence, and

15   the question is incomplete.

16             Go ahead.  Object to the form.

17        A    What would I do if an assistant scoutmaster was, I

18   guess, taking liberties, immoral liberties, or how would you

19   say it?

20        Q    Yes, sexual -- you had credible reason to believe

21   that a scoutmaster or assistant scoutmaster was sexually

22   abusing kids in the ward.

23        A    If I had that credible --

24        Q    Yes.

25        A    I would -- if I had that, that that was happening,

GARCIA & LOVE
801.538.2333

0cc34e3d-ad31-4072-a6d8-79f7ac2622c7