THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. C04-2338RSM <br><br> **DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF'S MOTIONS IN LIMINE** <br><br> NOTE ON MOTION CALENDAR: SEPTEMBER 15, 2006 <br><br> **ORAL ARGUMENT REQUESTED** |

I, MICHAEL T. PFAU, declare, under penalty of perjury, as follows:

1. I am one of the attorneys for plaintiff R.K. in this matter; I make this declaration based on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true copy of pages 33 and 34 from the perpetuation deposition of Souhir Ben Hamida, Ph.D.

3. Attached hereto as **Exhibit B** is a true copy of page 15 from the deposition of plaintiff R.K.

PFAU DECL. RE: PLTF'S MTNS IN LIMINE - 1 -
(C04-2338RSM)
[169534 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED at Seattle, Washington, this 5 day of September, 2006.

_____
MICHAEL T. PFAU

PFAU DECL. RE: PLTF'S MTNS IN LIMINE - 2 -
(C04-2338RSM)
[169534 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I, hereby certify that on September 5, 2006, I electronically filed the foregoing **DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF'S MOTIONS IN LIMINE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles C. Gordon<br>Jeffrey I. Tilden<br>GORDON MURRAY TILDEN LLP<br>1001 Fourth Avenue, Suite 4000<br>Seattle, WA 98154<br>Ph.: 206.467.6477<br>Fx.: 206.467.6292 | |

　　　　　　　　　　　　　　/s/ Michelle Menely

PFAU DECL. RE: PLTF'S MTNS IN LIMINE - 3 -
(C04-2338RSM)
[169534 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Byers & Anderson, Inc.
Court Reporters & Video

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KENNETH FLEMING, JOHN DOE, R.K. and T.D.,

        Plaintiffs,

    vs.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation,

        Defendants.

No. No. C04-2338RSM

VIDEOTAPED DEPOSITION OF SOUHIR BENHAMIDA, Ph.D.

August 25, 2006

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

| One Union Square | 2208 North 30th Street, Suite 202 |
| 600 University St. | Tacoma, WA 98403 |
| Suite 2300 | (253) 627-6401 |
| Seattle, WA 98101 | (253) 383-4884 Fax |
| (206) 340-1316 | scheduling@byersanderson.com |
| (800) 649-2034 | www.byersanderson.com |

Serving Washington's Legal Community Since 1980

EXHIBIT A-4

Souhir Benhamida, PhD
August 25, 2006

03863f51-b37b-43db-b355-75e877267155

Byers & Anderson, Inc.
Court Reporters & Video

Page 33

1              EXAMINATION
2    BY MS. MENELY:
3  Q  First, you saw Robert one time about five years ago,
4     correct?
5  A  Yes.
6  Q  And you don't have any personal recall of him?
7  A  I remember him vaguely, but I don't -- I don't have a
8     very clear recollection. I probably -- might
9     recognize him if I bumped into him on street.
10 Q  Your testimony today has been based on your review of
11    your records and not your independent recall, correct?
12 A  Right.
13 Q  You -- would you -- are you aware that Dr. Worland
14    White has opined that you did not perform a full
15    examination on Robert Kelly?
16           MR. GORDON: Objection. Go ahead.
17           THE WITNESS: Yes.
18 Q  (By Ms. Menely) Do you agree with that opinion?
19 A  Yes. I only performed a brief psychological testing
20    report.
21 Q  Are you also aware that Dr. White believes that
22    testing alone is not meaningful without an appropriate
23    interview and collateral contact?
24           MR. GORDON: Objection to the form.
25    Go ahead.

EXHIBIT A -Pg 5

Souhir Benhamida, PhD
August 25, 2006

03863f51-b37b-43db-b355-75e877267155

Byers & Anderson, Inc.
Court Reporters & Video

Page 34

1  THE WITNESS: I did interview
2  Mr. Kelly, but only to interpret the testing. I
3  explicitly say that I do not have the appropriate data
4  to offer any recommendations.
5  Q  (By Ms. Menely) And you did not perform any
6  collateral -- engage in collateral contact?
7  A  No.
8  Q  And that's contacting other people, correct?
9  A  Right. I usually will do that in more comprehensive
10    evaluations.
11 Q  You testified a little bit earlier that Robert's test
12    results and your interpretations of those results
13    indicated that Robert is stressed somatically.
14    That's physically, correct?
15 A  Yes.
16 Q  And that he does not have a lot of insight into his
17    psychological problems?
18 A  Correct.
19 Q  So if he denies depression and anxiety, that could be
20    because he doesn't have any insight into his
21    psychological problems?
22       MR. GORDON: Objection; form.
23       THE WITNESS: The kind of
24 personality profile that he has suggests that he's the
25 type of person to experience stress, mostly physically

Souhir Benhamida, PhD
August 25, 2006

EXHIBIT A-p9 6



Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE, | ) |
| Plaintiffs, | ) |
| vs. | ) NO. 04-2338 RSM |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation, | ) |
| Defendant. | ) |

DEPOSITION UPON ORAL EXAMINATION OF

ROBERT KELLY

VIDEOTAPED PROCEEDING

1:10 o'clock p.m.

August 29, 2005

601 Union Street

Suite 3100

Seattle, Washington

REPORTED BY:
ALISON LOTT, CCR#2337

EXHIBIT B - pg 7

Verb8M Reporting
800 Fifth Ave., Suite 101-122, Seattle, WA  98104 - (206) 467-0800

bd84b9e1-33a5-4271-9e07-e718630ca143

Case 2:04-cv-02338-RSM   Document 164   Filed 09/05/2006   Page 8 of 8
DEPOSITION OF ROBERT KELLY - FLEMING, et al. v. MORMON CHURCH, et al. - 8/29/05

Page 15

1   has never obtained treatment for it." Again, do you
2   remember telling him that that was about the age that you
3   were molested?
4  A   I don't recall that conversation. I mean, the specific
5   dates that were discussed. I remember meeting with
6   Dr. Wight, but I don't recall the specific dates that I
7   mentioned to him.
8  Q   Well, both of these mention you being six years of age. Do
9   you think it was older now, than being six, when this first
10  happened?
11 A   Since I met with Dr. Wight, I had a chance to more
12  critically reflect on the dates and now I think it was at
13  an older age.
14 Q   So you think it's between nine and twelve now?
15 A   That's correct.
16 Q   What made you change your mind?
17 A   Well, I reflectively thought that -- I know I wasn't abused
18  when I -- I transferred to a private grade school when I
19  was midway through my sixth year grade, and I know I wasn't
20  abused at that point on and afterwards. It happened before
21  then. And it happened sometime during the point when Jack
22  moved into the home. And I didn't -- when I met with
23  Dr. Wight and Keith Waterland, I didn't connect those two.
24 Q   Now, did you and one of the Allenbach children both go to a
25  different private school in the sixth grade?

EXHIBIT B - Pg 8