THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D.,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation,<br><br>     Defendants. | NO. 04-2338 RSM<br><br>DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE<br><br>**NOTED FOR HEARING:**<br>**SEPTEMBER 15, 2006** |

I, MICHAEL T. PFAU, being first duly sworn on oath, deposes and says:

1. I am one of the attorneys for plaintiff in the above-entitled matter; I make this declaration based on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the following pages from the deposition of Jack Loholt: 90, 146, 147 and 172.

3. Attached hereto as **Exhibit B** is a true and correct copy of the following pages from the deposition of Dorothy Kelly: 6, 7, 8 and 10.

PFAU DECL. RE: PLTF.'S OPP. TO DEF.S' MTNS IN LIMINE - 1 of 2
(04-2338RSM)
[169790 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

4.      Attached hereto as **Exhibit C** is a true and correct copy of the following pages from the deposition of R.K: 22

5.      Attached hereto as **Exhibit D** is a true and correct copy of the following pages from the deposition of Donald Boren: 30

6.      Attached hereto as **Exhibit E** is a true and correct copy of the following pages from the deposition of Faye Miller: 13, 14, 15, 16, 17 and 18.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the introductory pages to the Encyclopedia of Mormonism, including the acknowledgements and preface.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the introductory pages to the Handbook of Instructions.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the following pages from the deposition of Lloyd Hale: 19, 20, 21, 22, 23, 24 25 and 42.

10.     Attached hereto as **Exhibit I** is a true and correct copy of the following pages from the deposition of Yvonne Shepard: 22, 32, 33, 35, 36, 41 and 66.


I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.


DATED at Seattle, Washington, this _12th_ day of September, 2006.


                                    _____/s/ Michael Pfau_____
                                    Michael T. Pfau

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

Byers & Anderson
Court Reporters & Video

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KENNETH FLEMING and JOHN DOE,  )
                               )
            Plaintiffs,        )
                               )
       vs.                     )  No. C04-2338RSM
                               )
THE CORPORATION OF THE         )
PRESIDENT OF THE CHURCH OF     )
JESUS CHRIST OF LATTER-DAY     )
SAINTS, a Utah corporation     )
sole, a/k/a the "MORMON        )
CHURCH," LDS SOCIAL SERVICES,  )
a/k/a LDS FAMILY SERVICES,     )
a Utah corporation,            )
                               )
            Defendants.        )

VIDEOTAPED DEPOSITION OF JACK A. ONEFREY

January 27, 2006

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square        2208 North 30th Street, Suite 202
600 University St.      Tacoma, WA 98403
Suite 2300              (253) 627-6401
Seattle, WA 98101       (253) 383-4884 Fax
(206) 340-1316          scheduling@byersanderson.com
(800) 649-2034          www.byersanderson.com

Serving Washington's Legal Community Since 1980

Jack A. Onefrey
January 27, 2006


Exhibit A-3

b2cbc3c6-879a-4364-b6a5-9911772d6961

Byers & Anderson
Court Reporters & Video

|  | Page 90 |
|---|---|
| 1 | Q On his property? |
| 2 | A Yeah. That's all I did. |
| 3 | Q Did Dr. Allenbach talk with you about the plans he had |
| 4 | for building other structures on the property? |
| 5 | A No. |
| 6 | Q Did he at some point later? |
| 7 | A Yes. |
| 8 | Q Okay. And what were his plans? |
| 9 | A I'm not sure what his plans were. Just that on a |
| 10 | piece of property, I tore down a building and I |
| 11 | reassembled it out there. |
| 12 | Q So one of the things you did -- was that one of the |
| 13 | first things you did, was to tear down a building and |
| 14 | reassemble it on his property? |
| 15 | A Yes. |
| 16 | Q Okay. Was that before or after you were living there? |
| 17 | A After. |
| 18 | Q How long did you live at the Allenbach -- |
| 19 | A About three and a half years. |
| 20 | Q Now, eventually the Allenbach property had two more |
| 21 | duplex structures on it, didn't it? |
| 22 | A Yes. He -- |
| 23 | Q Did you help build those? |
| 24 | A No. |
| 25 | Q Okay. Were those being built during the time that you |

|  | Page 91 |
|---|---|
| 1 | lived there? |
| 2 | A No. |
| 3 | Q Came after you left? |
| 4 | A Yes. |
| 5 | Q What were the other structures that were eventually |
| 6 | built on the property? |
| 7 | A Who? |
| 8 | Q The other structures? |
| 9 | A What about them? |
| 10 | Q What were they? |
| 11 | A There were like little apartments for his mother and |
| 12 | his aunt. |
| 13 | Q Did Mormon missionaries sometimes live in those |
| 14 | structures? |
| 15 | A After -- no. No, they didn't. |
| 16 | Q They didn't? |
| 17 | A No. |
| 18 | Q There were no Mormon missionaries that stayed in those |
| 19 | apartments? |
| 20 | A They stayed where I stayed. |
| 21 | Q Where did -- which was where? |
| 22 | A The main house underneath the big bedroom. |
| 23 | Q And these would be missionaries that would come into |
| 24 | the area to serve their mission, and that's where they |
| 25 | would stay? |

|  | Page 92 |
|---|---|
| 1 | A Yes. |
| 2 | Q And so they would stay with you in that apartment? |
| 3 | A No. I had long since -- |
| 4 | Q Okay. So they -- |
| 5 | A -- moved. |
| 6 | Q -- moved into the apartment attached to the main house? |
| 7 | A Well, actually, they -- they moved in when I was in |
| 8 | Canada. |
| 9 | Q Okay. Well, with respect to the time period that you |
| 10 | lived at the Allenbach house, did you only live there |
| 11 | one time? |
| 12 | A Yes. |
| 13 | Q Okay. And that would have been roughly what time |
| 14 | period? |
| 15 | A Oh, are you looking for a date or something? |
| 16 | Q Well, we talked about your having spent three years in |
| 17 | the trailer before you moved to the Allenbachs', and |
| 18 | that would have been approximately 1969 or 1970? |
| 19 | A Okay. |
| 20 | Q And you moved into that apartment attached to the |
| 21 | house. How long did you stay there? |
| 22 | A I said three and a half years. |
| 23 | Q For three and a half years? |
| 24 | A Yeah. |
| 25 | Q And then where did you move? |

|  | Page 93 |
|---|---|
| 1 | A Just about a mile down the road. I bought a house. |
| 2 | It has long since been torn down, so you probably |
| 3 | don't have a picture of it. |
| 4 | Q Do you know the address? |
| 5 | A No. |
| 6 | Q You say it was about a mile away? |
| 7 | A (Witness nods head.) |
| 8 | Q Did you buy that house -- |
| 9 | MR. WOLFE: Speak up. |
| 10 | Q (By Mr. Kosnoff) Did you buy that house from Dr. |
| 11 | Allenbach? |
| 12 | A No. |
| 13 | Q How many years did you stay in that house? |
| 14 | A Nine. |
| 15 | Q Did you live alone, or did you have a roommate? |
| 16 | A I lived alone. |
| 17 | Q Did Dr. Allenbach also build a sports field on his |
| 18 | property? |
| 19 | A Yes. |
| 20 | Q Did you help him build that? |
| 21 | A No. |
| 22 | Q What kind of sports field was it? |
| 23 | A Baseball. |
| 24 | Q And were games played there? |
| 25 | A I don't know. |

24 (Pages 90 to 93)

Jack A. Onefrey
January 27, 2006

Exhibit A-4

b2cbc3c6-879a-4364-b6a5-9911772d6961

Byers & Anderson
Court Reporters & Video

Page 146

1    we're trying to establish.
2           MR. NASH:  Well, then we'll wait and
3    reserve the issue.
4  Q  (By Mr. Kosnoff)  What was the -- what was the time
5    period that you went to -- the one year that you were
6    going to LDS Social Services?
7  A  I can't remember when that was.
8           (Mr. Frey enters.)
9
10  Q  (By Mr. Kosnoff)  Was it -- how soon after you were
11    removed as scoutmast- -- assistant scoutmaster in
12    February of 1973?
13  A  I really can't remember the -- the date.
14  Q  But was it soon after that?
15  A  I have two recollections, and I really don't know.
16  Q  Okay.  Let's talk about the first recollection you
17    have.  What is the first recollection you have?
18  A  That I might have gone right after Bishop Borland.
19  Q  And the second recollection?
20  A  It might have been after that sometime somewhere.
21  Q  Do you think there may have been more than two times
22    you went to LDS Social Services, that is, two separate
23    periods of counseling?
24  A  I only went one period, but I don't know where in
25    the...

Page 147

1  Q  From the time that you started going to LDS Social
2    Services, were you also prevented from taking sacrament
3    in the church?
4  A  There was a time.
5  Q  Was it about the same time period?
6  A  Well, it -- it started right away.
7  Q  Not being permitted to take sacrament?
8  A  Right.  I wasn't worthy to take it.
9  Q  Did anybody in the congregation speak to you or comment
10    about the fact that you were not taking sacrament?
11  A  No.
12  Q  After you returned from LDS Social Services, did you
13    continue to molest children?
14  A  I didn't hear that.
15  Q  After the one year period of time that you spent at LDS
16    Social Services, did you continue to molest children in
17    the Kent 2nd Ward?
18  A  Not for a long time.
19  Q  How long a period of time did you go without molesting
20    children?
21  A  That I'm not sure.
22  Q  What's your -- who is the first person you recall
23    molesting after you went to LDS Social Services?
24  A  Rickie Allenbach.
25  Q  Okay.  Now, there's been testimony in this case that

Page 148

1    during a period of time after Ken Fleming joined the
2    church in 1972 that you were the scoutmaster and that
3    scout meetings were taking place at your house.
4           Did scout meetings take place at your house?
5  A  No.
6  Q  You have no recollection of holding any scout functions
7    at your house?
8  A  Not official.
9  Q  Okay.  What about unofficial?
10  A  They wanted to know if they could come over and eat
11    pizza, if they bring their own pizzas and that.  So
12    there was several of the boys that came over.
13  Q  And would you -- would you treat this as a scout
14    meeting?
15  A  No.  It's just -- just -- I'm not sure what they --
16    you'd call it.
17  Q  Did you tell their parents or announce to the ward that
18    this was a scout meeting that was taking --
19  A  No.
20  Q  -- place at your house?
21  A  It's just something that they asked me if they could
22    do.  And I think twice they came over.
23  Q  So you only remember two occasions where that happened
24    at your house?
25  A  Yes, because they were throwing snowballs at cars, so

Page 149

1    that ended that.
2  Q  So it's your testimony that there were not regular
3    scout meetings held at your house?
4  A  No.  That's right.
5  Q  And that all the scout meetings, the regular scout
6    meetings, took place at the chapel?
7  A  Yes.
8  Q  When you were holding scout meetings or taking kids on
9    scout outings, were there occasions when you were the
10    only adult scout leader present?
11  A  I can't remember being alone.
12  Q  You can't remember one occasion where you were alone
13    with boys?
14  A  No.  There was always the scoutmaster, the assistant
15    scoutmaster there.  Anything -- any time I might have
16    been alone with them was on my own.
17  Q  On your own?
18  A  How would I say it?  I'd invite them or they asked
19    me if they could come along.
20  Q  How did you invite 11 and 12 year old boys?
21  A  Well, they liked me quite a bit.  I was good to them
22    in a lot of ways.  And so they would just ask if they
23    could -- if I was going up to the mountains to work on
24    my cabin or something, if they came along, or they'd
25    ask me if they could come over and work on their merit

38  (Pages 146 to 149)

Jack A. Onefrey
January 27, 2006

Exhibit  A-5

b2cbc3c6-879a-4364-b6a5-9911772d6961

Byers & Anderson
Court Reporters & Video

## Page 170

1  Q  Was this during the period of time when you were living
2     with them before you went to Canada?
3  A  No. I was living at my place, but they had a trailer
4     on my property.
5  Q  Oh, I see. So they were living in a trailer on your
6     property?
7  A  Yeah.
8  Q  And kids were coming around, and they didn't like that?
9  A  Right.
10 Q  And your father spoke to you about that?
11 A  No. He told them to leave.
12 Q  He told them to leave?
13 A  Yeah. And he didn't say too much, but just any kids
14    come around, he told them to go home.
15 Q  What kids were coming around at that period of time?
16 A  Some of the older ones. One -- a couple of them tried
17    to steal my motorcycle once, but my dad caught them.
18 Q  This is during the two-year period of time when you've
19    dropped out of regular church activity, you're not
20    working in scouting, and you're just working a lot --
21 A  Yeah.
22 Q  -- in your business to save money, but kids are
23    continuing to come around to your house?
24 A  Well, there was Ken Fleming, Rickie Allenbach and, oh
25    yeah, the time the bishop's son came by and tried to

## Page 171

1     make off with a motorcycle.
2  Q  Which bishop's son did that?
3  A  It's a Johansen.
4  Q  When you came back from Canada in the '85-'86 time
5     period, where did you -- where did you live initially?
6  A  I didn't hear what you said.
7  Q  When you first came back from Canada, after you -- you
8     said you thought it was '85, '86, somewhere in there --
9     where did you live?
10 A  I was living up in Alder Grove, that little --
11 Q  Okay. Were you renting?
12 A  What's that?
13 Q  Were you renting?
14 A  I had a little trailer, and I was renting the trailer
15    spot.
16 Q  Who was your landlord?
17 A  I am not sure. He's an -- he was an East Indian. I
18    don't know.
19 Q  Did you eventually move onto property owned by Dr.
20    Allenbach?
21 A  I was there for a couple of months.
22 Q  At the Allenbach property?
23 A  Yeah. In -- the camper that fits on a truck --
24 Q  Right.
25 A  -- I put it over there for a couple of months because

## Page 172

1     I was cutting lumber for him. He had a bunch of logs
2     I cut up. And then I moved off of there. Wasn't
3     there very long.
4  Q  Were there any children living there at the -- I'm
5     going to call it a compound because I know there were
6     multiple residences on there by then; correct?
7  A  Yeah. There was -- the only one there was Josh.
8     That's Dr. Allenbach's daughter's son.
9  Q  So their grandchild?
10 A  Yeah.
11 Q  Is that Jan's son?
12 A  Yes.
13 Q  How old was he at the time?
14 A  About five.
15 Q  Okay. Now, at some point in time after you came back,
16    you came into contact with another family in the church
17    by the name of Wieder?
18 A  Right.
19 Q  Okay. How did you come into contact with them?
20 A  Well, I had bought a trailer that I was going to move
21    over to what they call the 15 acres. There was a
22    house there.
23 Q  The 15 acres, is that property owned by Dr. Allenbach?
24 A  Yes.
25 Q  Okay.

## Page 173

1  A  So I planned on moving over there because I was
2     bringing back equipment from Montana for them. And I
3     was helping them out quite a bit. And I didn't --
4     helped them out for a couple of years and hardly got
5     any money because he didn't have any. He had just
6     been ripped off from a big gold mine.
7        And so -- then after I had made this decision, the
8     Wieders moved in. And they were supposed to also
9     rent -- they were supposed to be renting the place and
10    that.
11 Q  So this was a -- this was acreage that you had had your
12    trailer on?
13 A  Yeah.
14 Q  And there was a house, and the Wieders rented that
15    house --
16 A  Yeah.
17 Q  -- from Dr. Allenbach?
18 A  Right.
19 Q  Okay. And the Wieders had children?
20 A  Yeah.
21 Q  How many children did they have?
22 A  Four daughters. And then later on they had a little
23    baby girl that was their adopted daughter's child.
24 Q  Okay. What were the name of the daughters?
25 A  Chelsey, Tracy, Mandy, Tassy.

44 (Pages 170 to 173)

Jack A. Onefrey
January 27, 2006

Exhibit  A-6

b2cbc3c6-879a-4364-b6a5-9911772d6961

kelly.txt

0001
```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF WASHINGTON
 2                          AT SEATTLE
 3
 4
 5   KENNETH FLEMING and JOHN DOE,                    )
                                                      )
 6                               Plaintiffs,          )
                                                      )  No.
 7                  vs.                               )  C04-2338RSM
                                                      )
 8   THE CORPORATION OF THE PRESIDENT OF THE CHURCH   )
     OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah     )
 9   corporation sole, a/k/a the "MORMON CHURCH," LDS )
     SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah)
10   corporation,                                     )
                                                      )
11                               Defendants.          )
12
13
              VIDEOTAPED DEPOSITION OF DOROTHY L. KELLY
14                          March 2, 2005
                        Seattle, Washington
15
16
17
18
              BYERS & ANDERSON, INC. - COURT REPORTERS & VIDEO
19   2208 North 30th Street                    One Union Square
          Suite 202                         600 University Street
20   Tacoma, WA  98403-3360                      Suite 2300
        (253) 627-6401                    Seattle, WA  98101-4128
21    Fax: (253) 383-4884                     (206) 340-1316
                         (800) 649-2034
22               scheduling@byersanderson.com
23
24
25
```
0002
```
 1                         APPEARANCES
 2
          For the Plaintiffs:
 3
                    Tim Kosnoff
 4                  Attorney at Law
                    600 University Street, Suite 2101
 5                  Seattle, WA  98101
                    425.637.3070
 6                  425.837.9692 Fax
                    timkosnoff@comcast.net
 7
 8        For the Defendants:
 9                  Thomas D. Frey
                    Marcus Nash
10                  Stafford Frey Cooper
                    601 Union Street, Suite 3100
11                  Seattle, WA  98101
                    206.623.9900
12                  206.624.6885 Fax
13
          Also Present:
14
```
                              Page 1

**Exhibit B-7**

kelly.txt

```
24  Q   Mrs. Kelly, with whom do you reside at that address?
25  A   My husband.
0005
 1  Q   And what is his name?
 2  A   Jerry.
 3  Q   Mrs. Kelly, how long have you lived at that 15016 S.E. 260th
 4      Street --
 5  A   Since 1957.
 6  Q   And is it a single-family home?
 7  A   Yes.
 8  Q   Could you describe the property generally that your house is
 9      on?
10  A   We had seven and a half acres.  And Forward Thrust came
11      through there in about 1974, and they bought five acres.  So
12      we had two and a half.
13  Q   Mrs. Kelly, do you have any children?
14  A   Yes.
15  Q   What are their names and their present ages?
16  A   Vicki is 60.  Nancy is 58.  I have one deceased who would
17      have been 54.  Bob is 42.  Thomas is 40.  And Karen is 43.
18  Q   Were your children raised in the home on S.E. 260th Street
19      in Kent?
20  A   Yes.
21  Q   And in particular, I'd like to ask about the neighborhood
22      that you lived in.  Are you familiar with Dr. Herman
23      Allenbach and his family?
24  A   Yes.
25  Q   Did they live in your neighborhood?
0006
 1  A   Yes.  They lived right next door.
 2  Q   Could you describe, if you could, the location of your
 3      property in relation to the Allenbach property?
 4  A   It -- it was woody brush.  We -- the children had a path
 5      from our property to theirs.
 6  Q   And did your children play with the Allenbach children?
 7  A   Yes.
 8  Q   Okay.  Could you identify with respect to your sons Robert
 9      and Thomas which of the Allenbach children were their
10      playmates?
11  A   Ricky and Robert, and Jimmy and Tom.
12  Q   And how many -- did you know the Allenbach family well?
13  A   Yes.
14  Q   Okay.  Were you social friends with them or merely
15      neighbors?
16  A   Merely neighbors.
17  Q   Did Tommy and Robert spend time playing when they were boys
18      over on the Allenbach property?
19  A   Yes.  And vice versa.
20  Q   The Allenbach boys would spend time at your home?
21  A   Yes.
22  Q   Now, I'd like to ask you whether you know a man by the name
23      of Jack LaHolt.  He also goes by the name Jack Onofrey.
24  A   Yes.
25  Q   What do you remember of him?
0007
 1  A   My first meeting with him, he was a handyman.  He lived in
 2      the Allenbach's house, the mother-in-law apartment.
 3  Q   The mother-in-law apartment, was that part of the
 4      Allenbach's --
 5  A   Main house.
 6  Q   -- main house?
 7  A   Mm-hm. (Witness answers affirmatively.)
 8  Q   Could you describe generally the Allenbach property?
```
                                        Page 3

Exhibit B-8

```
                                     kelly.txt
 9    A   Yes.  Dr. Allenbach built a duplex after he had his house
10        built in 1964.  Then he built a duplex for his mother and
11        Aunt Peggy.  And then on the -- that was on the south side
12        of the main house.  On the north side he built a duplex,
13        another duplex.
14    Q   And were there any other structures on the Allenbach
15        property?
16    A   Yes.  He had a garage right close to the house.  In an upper
17        part of his property he built a storage facility that looked
18        like a house to store antiques.
19    Q   I take it from your testimony that people other than the
20        immediate family members of the Allenbach family at various
21        times resided on the Allenbach property; is that accurate?
22    A   Yes.  They would have missionaries come and stay in one of
23        their vacant apartments.
24    Q   Are you referring to Mormon missionaries?
25    A   Mormon missionaries.
0008
 1    Q   Were there other individuals, transients, who would reside
 2        there as well?
 3                         MR. FREY:  Object to the form of the
 4        question.  You may answer.
 5                         THE WITNESS:  Pardon?
 6                         MR. FREY:  I said I object to the form
 7        of the question, but you may go ahead and answer it.
 8             I might explain to you, Ms. Kelly, from time to time
 9        the rules provide that I can object to a question asked by
10        Mr. Kosnoff if I feel he's made a question in an improper
11        form.  And so in order to protect the record, I will make
12        that objection and then you may go ahead and answer if you
13        like.
14                         THE WITNESS:  Mm-hm.
15                         MR. FREY:  Okay.  So perhaps we can read
16        the question back then.
17    A   He had other workers stay for a time.  He had a large
18        garden, which he didn't do the work.  He had handymen come
19        in and do it, and they would stay for a while and then
20        they'd leave.
21    Q   (By Mr. Kosnoff)  Did Jack LaHolt perform work for Dr.
22        Allenbach to your knowledge?
23    A   Yes, he did.
24    Q   What was the relationship -- what was the nature of that
25        work relationship?
0009
 1    A   He would do gardening.  He would build -- he built the other
 2        apartments.  Just a general handyman.  Anything Dr.
 3        Allenbach needed done, he would do it.
 4    Q   Do you remember approximately when Jack LaHolt came to live
 5        at the Allenbach property?
 6    A   Going by the age of my boys, it was around early '70s.
 7    Q   Did you ever have occasion to speak directly to Jack LaHolt?
 8    A   Nothing of any consequence.  Hello.
 9    Q   With respect to Dr. Allenbach, did you know what kind of
10        doctor he was?
11    A   Yes.  He was an orthodontist.
12    Q   And do you know whether he had an orthodontal practice
13        anywhere?
14    A   Yes.  I believe it was near the hospital.
15    Q   I'd like to direct your attention to the time period of
16        approximately 1971.  Do you recall anything unusual
17        happening concerning your sons Tommy and Bobby?
18    A   Yes, I do.
19                         MR. FREY:  I'm going to object to the
                                     Page 4
```

Exhibit **D-9**

```
                                    kelly.txt
20          form of the question.  You may go ahead and answer.
21    Q     (By Mr. Kosnoff)  What -- what happened?
22    A     Well, one day Robert and Tom were playing in the field with
23          Jimmy, Ricky, and Jack LaHolt was present.
24                          MR. FREY:  Excuse me.  I didn't hear the
25          end of that.  What?
0010
 1                          THE WITNESS:  Jack LaHolt was present.
 2                          MR. FREY:  Okay.  Thank you.
 3    Q     (By Mr. Kosnoff)  And when you say they were playing in the
 4          field, would that have been a field on the Allenbach
 5          property?
 6    A     On the Allenbach property.
 7    Q     Was the Allenbach property ever referred to as "the
 8          Allenbach compound"?
 9                          MR. FREY:  Object to the form of the
10          question.  You can answer.
11    Q     (By Mr. Kosnoff)  Have you ever heard that term used?
12    A     Yes, I have.
13    Q     Did you ever use that term in referring to the Allenbach
14          property?
15    A     Yes, I did.
16    Q     Now, you said that the boys, the Allenbach boys and your
17          sons, were playing in a field and Jack LaHolt was there?
18    A     Mm-hm. (Witness answers affirmatively.)
19    Q     Did you witness this or did you learn about it later?
20    A     I learned about it --
21    Q     Who did you learn --
22    A     -- right after it happened.
23    Q     Okay.  How did you learn about it, and what did you learn
24          occurred in that field?
25    A     Jimmy and Bob and Tom come running down to the house --
0011
 1                          MR. FREY:  I'm going -- I'm going to
 2          object to the response -- but go ahead; you can answer -- on
 3          the basis it's all hearsay.  Go ahead.
 4    A     They were all excited, upset, and they proceeded to tell me
 5          what happened.
 6    Q     (By Mr. Kosnoff)  And what did they say?
 7                          MR. FREY:  I'm going to object.  Go
 8          ahead.  You can answer.
 9    A     Well, they didn't use the word "masturbate."  Do you want me
10          to tell you the exact words they said?
11    Q     (By Mr. Kosnoff)  To the best of your recollection, the
12          words that were used, yes.
13    A     They said Jack was rubbing his dick up and down in front of
14          them.  He had them all in a circle.  And some white stuff
15          come out, and they asked me what the white stuff was.
16    Q     Now, were -- who was speaking?  Was it Tommy or Bobby or
17          which one of the boys?
18    A     All -- all three of them.
19                          MR. FREY:  I'm going to object to the
20          form of the question.  You may go ahead and answer.
21    A     All three of them.
22    Q     (By Mr. Kosnoff)  Okay.  Was there any confusion in your
23          mind as to what kind of activity they were describing to
24          you?
25    A     None whatsoever.
0012
 1    Q     What was your reaction upon hearing this?
 2    A     Well, first it was shock.  And then I was very upset.  I
 3          had -- I had to leave the room.  And I come back, and then I
 4          was very angry.
                                    Page 5
```

Exhibit  B-10

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation,<br><br>    Defendant. | NO. 04-2338 RSM |

DEPOSITION UPON ORAL EXAMINATION OF

ROBERT KELLY

VIDEOTAPED PROCEEDING

1:10 o'clock p.m.

August 29, 2005

601 Union Street

Suite 3100

Seattle, Washington

REPORTED BY:
ALISON LOTT, CCR#2337

Exhibit C-11

bd84b9e1-33a5-4271-9e07-e718630ca143

Page 22

1    MR. KOSNOFF: Objection, form of the
2  question.
3  Q  (By Mr. Frey) You may answer.
4  A  Can you state it again, please.
5        (The pending question was read by
6        the reporter.)
7  A  That's correct.
8  Q  If, in fact, you had gone through the abuse which you've
9  listed in the second, third, fourth, and fifth, and sixth
10 incidents, are you telling me that you wouldn't have been
11 sufficiently scared to go tell her?
12 A  The abuse was progressive, and it got -- meaning to say the
13 humiliation that Jack did to me and other boys, my brother,
14 and Jimmy and Ricky, it got worse. And so at first, I
15 grew -- I just grew to be more and more scared and
16 terrified.
17 Q  The incident in the field, according to what your
18 description is, was much less intrusive or severe than the
19 other instances that followed in the basement of the
20 apartment; isn't that correct?
21 A  That's correct.
22 Q  After the incident which occurred in the field, you went
23 and told your mother; is that correct?
24 A  That's correct.
25 Q  Did you also tell your father?

Page 23

1  A  We were sitting at the dinner table, and -- well, actually,
2  we told -- after the abuse in the field where Jack
3  masturbated in front of us, we ran down to tell my mom, and
4  then my dad came home from work, and then we all sat down
5  for dinner, and then my mom brought it up that -- you know,
6  and then they started asking us questions about, well, what
7  happened, and how long has this been going on, and then
8  they went over and my mother and father met with
9  Dr. Allenbach and Mrs. Allenbach that night.
10 Q  How long did you tell them it had been going on?
11 A  Several months, I -- it's -- there's a lot that -- you
12 know, that has happened in the downstairs apartment with
13 Jack.
14 Q  Did you go over to the Allenbach home when your parents
15 went over there?
16 A  No, I didn't.
17 Q  By the way, did both your mother and your father go to the
18 Allenbach home, as far as you know?
19 A  They did.
20 Q  Do you know about how long they were gone?
21 A  I don't recall the exact time, but it was at least an hour
22 or two.
23 Q  When they came back home, did you discuss with them
24 anything about their meeting with Dr. Allenbach?
25 A  No.

Page 24

1  Q  Did they tell you anything at that time?
2  A  No, not that I recall.
3  Q  So they returned back from the Allenbachs' and they didn't
4  say anything to you at all about that meeting or what had
5  occurred?
6  A  Well, I think they -- I think they said that they met with
7  Dr. and Mrs. Allenbach and it's not going to happen again.
8  Q  Did it, in fact, happen again?
9  A  It did.
10 Q  Did you go back and speak with your mother about it or your
11 father?
12 A  I did not.
13 Q  And what is the reason that you didn't tell them the second
14 time when it occurred?
15 A  I felt humiliated and scared that -- from what Jack said to
16 me the last time he was abused [sic], he said that he was
17 going to kill me if I said anything to anybody, so I was
18 totally petrified of the situation.
19 Q  When did he tell you that?
20 A  The last time he abused me.
21 Q  Did your mother give you any instructions concerning
22 whether or not you could go to the Allenbach house if Jack
23 Loholt were there?
24 A  She said -- I don't recall specifically what she said. I
25 know she said -- we still went over there to play, but not

Page 25

1  when Jack was around. And years later, Dr. Allenbach had
2  this cabin he was building, this huge cabin at Lake
3  Kachees, and I never went on those outings that -- you
4  know, to help with the construction of that cabin, and Jack
5  was always involved with that, I found out later, and I was
6  trying to figure out why I wasn't allowed to go and have
7  fun with everybody, and it's -- and that -- that happened
8  like after sixth grade, and I don't know what grade, but it
9  was after sixth grade, so I was never really around him.
10 Q  What I'm -- my question is maybe a little more focused than
11 that. Maybe you've answered it; maybe you haven't.
12 A  I was also afraid of being around him, too.
13 Q  After this incident in the field, your mother was upset,
14 was she not?
15 A  Yes.
16 Q  And so was your father?
17 A  (Witness nods).
18 Q  And they were upset enough to go over to the Allenbachs'
19 and talk to them about it; is that correct?
20 A  That's correct.
21 Q  Now, did your mother give you, and father give you any
22 instructions about staying away from the Allenbach house,
23 especially if Jack Loholt was there?
24 A  We thought -- I didn't tell them, so they thought nothing
25 else has happened, and so they thought the situation

7 (Pages 22 to 25)

Exhibit  C-12

bd84b9e1-33a5-4271-9e07-e718630ca143

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

-----------------------------------------------------------

```
                                  )
KENNETH FLEMING and JOHN DOE,     )
                                  )
              Plaintiffs,         )
                                  )
        vs.                       )     NO. CV4-2338 RSM
                                  )
THE CORPORATION OF THE PRESIDENT  )
OF THE CHURCH OF JESUS CHRIST OF  )
LATTER-DAY SAINTS, a Utah         )
corporation sole, a/k/a "MORMON   )
CHURCH", LDS SOCIAL SERVICES a/k/a)
LDS FAMILY SERVICES, a Utah       )
corporation,                      )
                                  )
              Defendants.         )
```

-----------------------------------------------------------

DEPOSITION UPON ORAL EXAMINATION OF

DON BOREN

December 7, 2005
Chehalis, Washington

-----------------------------------------------------------

Taken Before:

Carman Prante, CCR # 1513
Certified Court Reporter
of
CAPITOL PACIFIC REPORTING, INC.

2401 Bristol Court, SW, Olympia, WA 98502
Tel (360) 352-2054    Fax (360) 705-6539

Tacoma, Wa              Seattle, Wa              Aberdeen, Wa
(253) 564-8494        (206) 622-9919          (360) 532-7445

    Chehalis, Wa                    Bremerton, Wa
   (360) 330-0262                  (360) 373-9032

www.capitolpacificreporter.com
courtreporters@callatg.com

Exhibit D-13

7cef96b3-1422-4693-94a8-d852003d859f

Fleming v. LDS
Deposition of Don Boren

**Page 30**

1  connection between that family and the Allenbach family?
2  A  I'm not sure.
3  Q  Okay.  Were you aware of where the Herman Allenbach family
4    lived?
5  A  Yes, I knew where they lived.
6  Q  Okay.  And do you recall that they lived on a property that
7    was several acres and had multiple buildings on it?
8  A  Yes.
9  Q  Okay.  Do you know whether or not the - the family from
10    South Africa that you mentioned were living in a house or a
11    portion of the acreage that the Allenbach family lived on?
12  A  That sort of compound --
13  Q  Yes.
14  A  No.
15  Q  Okay.  So at the time you talked to them you were unaware of
16    there being any connection between this family and the
17    Allenbach compound?
18  A  I knew that Jack LoHolt and I think that family from Africa
19    lived on some Allenbach property, but it wasn't by the home.
20  Q  Okay.  All right.  So it was a separate parcel of Allenbach
21    property?
22  A  Yes.  Nowhere near their house.
23  Q  I see.  Okay.  And that property also happened to be
24    adjacent to where Jack LoHolt lived?
25  A  I - as far as I - as far as I know.

**Page 31**

1  Q  How did it come to your attention that there was this
2    situation; that is, that Jack LoHolt was living next to this
3    family with the little girl?
4  A  If - I believe that the man - the South African man
5    mentioned that he was living next to Jack LoHolt.
6  Q  And when you heard that, you had an immediate concern?
7  A  Yes.
8  Q  Had Jack LoHolt been attending the Kent 7th ward when you
9    were bishop?
10  A  No.
11  Q  Okay.  Were you aware before Jack Gaines came to you that
12    Jack LoHolt had been wanting to be baptized back into the
13    church?
14  A  No.
15  Q  Did the fact that you had received information that
16    Jack LoHolt had been excommunicated and that you had heard
17    that he had been involved in alleged misconduct with
18    children, did you consider that to be confidential
19    information?
20      MR. NASH:  Object to form.  He's testified that he
21    doesn't recall where he got that information.
22  Q  (BY MR. KOSNOFF)  You can go ahead and answer.
23  A  No.
24  Q  Okay.  Did you think that you were violating any rules or
25    policies of the Mormon church when you announced to the

**Page 32**

1  membership to be on guard or to be forewarned about Jack
2    LoHolt?
3      MR. NASH:  Same objection.
4  A  No, I wasn't breaking any laws.  I wasn't breaking any - I
5    felt it was my duty to do so.
6  Q  (BY MR. KOSNOFF)  And the stake president, Larry Pitts, he
7    did not criticize you or tell you that he thought that what
8    you had done was improper in announcing it to the
9    membership?
10      MR. NASH:  Same objection.  Go ahead.
11  A  Nope.
12  Q  (BY MR. KOSNOFF)  Okay.  And were there - there was there any -
13    were there any other. . . Strike that.
14      Were you ever told by any other church official,
15    whether the stake president, or higher church officials in
16    the church, that what you had done in announcing what you
17    did to the membership was a violation of church policy?
18      MR. NASH:  Same objection.  Go ahead.
19  A  No.
20  Q  (BY MR. KOSNOFF)  Okay.  Did you have any other discussions
21    with anybody regarding Jack LoHolt's alleged misconduct with
22    boys after you made the announcement?
23  A  Not that I can remember.
24  Q  When was the last time you've - you ever saw Jack LoHolt?
25  A  I have no recollection.

**Page 33**

1  Q  Would it have been while you were still in the Kent 2nd
2    ward?
3  A  No.  Because the Kent 7th was way after the Kent 2nd.
4  Q  Okay.  Do you know how many years passed between the time
5    you left the Kent 2nd ward and when you would have made the
6    announcement in the Kent 7th ward?
7  A  Well, it was approximately - it was between '90 and '92 when
8    I made that announcement.
9  Q  Okay.
10  A  And so it had to be 10, 11 years somewhere.
11  Q  Okay.  Were you aware that Jack LoHolt was prosecuted and
12    convicted for sexually molesting Chelsea Wieder?
13  A  No.
14  Q  Were you aware that he had been convicted of molesting a
15    neighbor girl?
16  A  No.
17  Q  How many times did you speak to the couple from South
18    Africa?
19  A  I only spoke to them that one time about that situation.
20  Q  What was your - did you have any relationship with
21    Dr. Allenbach?
22  A  Yes.
23  Q  What was the nature of that relationship?
24  A  I purchased my house, the land that I built that house on
25    from Dr. Allenbach and we was always - there was always a

December 7, 2005
Capitol Pacific Reporting  (800)  407-0148

**Exhibit D-14**

7cef96b3-1422-4693-94a8-d852003d859f

Byers & Anderson, Inc.
Court Reporters & Video

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KENNETH FLEMING and JOHN DOE,           )
                                        )
                Plaintiffs,             )
                                        )
        vs.                             )
                                        )
THE CORPORATION OF THE PRESIDENT        )
OF THE CHURCH OF JESUS CHRIST OF        ) No. 4-2338 RSM
LATTER-DAY SAINTS, a Utah               )
corporation sole, a/k/a "MORMON         )
CHURCH"; LDS SOCIAL SERVICES a/k/a      )
LDS FAMILY SERVICES, a Utah             )
corporation,                            )
                                        )
                Defendants.             )

DEPOSITION OF FAYE F. MILLER

September 28, 2005

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square        2208 North 30th Street, Suite 202
600 University St.      Tacoma, WA 98403
Suite 2300              (253) 627-6401
Seattle, WA 98101       (253) 383-4884 Fax
(206) 340-1316          scheduling@byersanderson.com
(800) 649-2034          www.byersanderson.com

25th Anniversary 1980-2005

Faye F. Miller
September 28, 2005

Exhibit E-15

6e5fdb8b-1707-42c0-9382-56a5e411c4a5

Byers & Anderson, Inc.
Court Reporters & Video

Page 10

1   of time?
2   A  I left.
3   Q  Where did you move to?
4   A  Provo, Utah.
5   Q  What was in Provo, Utah that took you there?
6   A  Brigham Young University.
7   Q  Did you graduate from Brigham Young University?
8   A  Yes.
9   Q  Do you recall approximately what year you graduated?
10  A  1968.
11  Q  What did you do between the time you graduated from
12     BYU until you came to work for Burien Oral Surgery?
13  A  I served a mission in the French East mission and
14     attended graduate school at Brigham Young University.
15  Q  When you say you served a mission, you served a
16     mission for the LDS church?
17  A  Yes.
18  Q  And the French East mission was located where?
19  A  Headquartered in Geneva, Switzerland.
20  Q  Was that a two-year mission?
21  A  Yes, 26 months.
22  Q  And then after you returned from your mission, was it
23     then that you spent some time doing graduate studies
24     at BYU?
25  A  Yes.

Page 11

1   Q  And then you moved to Washington state?
2   A  I went back to Mud Lake for a short period of time.
3   Q  When you came to Washington state, did you have a job
4      with Burien Oral Surgery at that time?
5   A  Yes.
6   Q  Was that your reason for moving here?
7   A  Yes.
8   Q  Had you ever lived in Washington state before?
9   A  No.
10  Q  What were the circumstances that led you to accept a
11     position working at Burien Oral Surgery in Burien; I
12     mean, to move from Provo, Utah to Burien, Washington
13     to start work in this oral surgery practice?
14  A  I was looking for work, and my brother and his wife
15     lived in Kent, and I met the owner of Burien Oral
16     Surgery, Dr. Herman Allenbach.
17  Q  Who was your brother?
18  A  Bill Miller.
19  Q  And did Bill Miller know Dr. Allenbach?
20  A  Yes.
21  Q  Were they-- was Bill Miller a member of the Mormon
22     church as well?
23  A  Yes.
24  Q  And did he attend the same ward or stake?
25  A  Yes.

Page 12

1   Q  Was that how he became acquainted with Herman
2      Allenbach, to your knowledge?
3   A  Yes.
4   Q  And so were you introduced to Dr. Allenbach through
5      your brother?
6   A  Yes.
7   Q  And eventually it led to a job offer?
8   A  Yes.
9   Q  When did you first meet Dr. Allenbach?
10  A  Shortly after my mission.
11  Q  And do you recall where that was?
12  A  Yes.  It was in the 94th Street building in Kent.  It
13     was the only building there at the time.
14  Q  Were you here visiting your brother at the time?
15  A  Yes.
16  Q  Are you presently a member of the-- I'll refer to it
17     as the Mormon church, but I'm referring to the Church
18     of Jesus Christ of Latter Day Saints.
19        Is it acceptable if I use the term "Mormon
20     church" as shorthand for that longer name?
21  A  Yes.
22  Q  Are you currently a member of the Mormon church?
23  A  Yes.
24  Q  Have you-- were you born in the Mormon church?
25        In other words, were your parents members when

Page 13

1      you were born?
2   A  Yes.
3   Q  Do you know whether your grandparents are members of
4      the Mormon church?
5   A  Yes.
6   Q  How many generations does your family go back in the
7      Mormon church, either your father's side or maternal
8      side of the family?
9        MR. NASH:  Objection; compound.
10       THE WITNESS:  Probably three or four
11     generations on both sides.
12  Q  (By Mr. Kosnoff)  When you moved to Washington state
13     to begin working at Burien Oral Surgery, was
14     Dr. Allenbach then the owner of Burien Oral Surgery?
15  A  He was one of the owners.
16  Q  Okay.  Who was the other owner?
17  A  Ed Funk.
18  Q  And were Dr. Allenbach and Dr. Funk partners in that
19     business for a period of time?
20  A  Yes.
21  Q  Did Dr. Funk eventually leave or did the partnership
22     change such that Dr. Funk was no longer an owner?
23  A  Yes.
24  Q  Do you remember approximately when that would have
25     been?

4  (Pages 10 to 13)

Faye F. Miller
September 28, 2005

Exhibit E-16

6e5fdb8b-1707-42c0-9382-56a5e411c4a5

Byers & Anderson, Inc.
Court Reporters & Video

Page 14

1  A  Time-wise, no. It was when it became Northwest Oral
2     Surgery.
3  Q  Did Burien Oral Surgery have other office locations?
4  A  Yes.
5  Q  Where were those other locations?
6  A  I believe Burien Oral Surgery was the one that owned
7     the location in west Seattle.
8  Q  While you were associated with Dr. Allenbach and
9     Burien Oral Surgery, was there an office located in
10    Kent?
11 A  No.
12 Q  As long as you worked there, was the oral surgery
13    performed out of the Burien Oral Surgery office
14    address?
15    There was another location that oral surgery was
16    performed?
17 A  I just said I think that we had an office as Burien
18    Oral Surgery in west Seattle where we also did
19    surgery.
20 Q  So there was another office in west Seattle?
21 A  I believe that was--
22 Q  That was Burien Oral Surgery.
23    We're talking about the same location or are we
24    talking about a separate office, one in west Seattle
25    and one in Burien?

Page 15

1  A  One in west Seattle and one in Burien.
2  Q  Was there ever an office, to your knowledge, in Kent?
3  A  Not to my knowledge.
4  Q  When you moved to Washington to begin work with
5     Dr. Allenbach, where did you reside?
6  A  With my brother.
7  Q  In Kent?
8  A  Yes.
9  Q  And how long did you stay with him?
10 A  Until he moved.
11 Q  How many years did you stay there before you--
12 A  I don't recall.
13 Q  Well, was it less than ten?
14 A  Less than ten.
15 Q  Was it less than five?
16 A  It may have been.
17 Q  Where did your brother move?
18 A  Mud Lake.
19 Q  And where did you move then?
20 A  I rented an apartment from the Allenbachs.
21 Q  Where was that located?
22 A  It was on the Allenbach property.
23 Q  Was the apartment that you rented from Dr. Allenbach,
24    was that part of the home that the Allenbach family
25    lived in or was it a separate structure on their

Page 16

1     property?
2  A  It was a separate structure.
3  Q  How long did you live at that address?
4  A  Maybe a couple of years.
5  Q  And then where did you move?
6  A  Renton.
7  Q  When you moved to Washington state and you lived with
8     your brother, were you a member of the Kent 2nd Ward
9     of the Renton Stake?
10 A  Yes.
11 Q  Do you remember who your bishop was?
12 A  Randy Borland.
13 Q  And were you a member of that ward until-- strike
14    that.
15    Did your ward membership change at some point
16    after you joined that ward?
17 A  It was divided and we became the 5th Ward.
18 Q  Did your physical address location change or was that
19    just as a result of the redrawing of boundaries for
20    the wards?
21 A  It was a result of redrawing of boundaries.
22 Q  Do you recall approximately when your ward membership
23    would have changed from the Kent 2nd Ward to the Kent
24    5th Ward?
25 A  I do not recall.

Page 17

1  Q  Do you recall living at 25829 142nd Southeast?
2  A  No.
3  Q  Do you think you didn't live at that address?
4  A  25829 142nd?
5  Q  25829 142nd Southeast.
6  A  I never lived on 142nd.
7  Q  I am looking at a document that was provided to us
8     that seems to indicate that it was the Renton,
9     Washington Stake directory for 1978, and it shows a
10    Faye Miller living-- as a member of the Kent 2nd Ward
11    living at 25829 142nd Southeast with a phone number
12    of 631-2437.
13    Do you think that address is mistaken?
14 A  I do.
15 Q  Do you think you were not a member of the Kent 2nd
16    Ward in 1978 or do you think just that address is
17    mistaken?
18 A  I think the address is an error.
19 Q  Do you think you know where you were living at that
20    time?
21 A  25829 152nd might have been correct.
22 Q  152nd?
23 A  I never lived on 142nd.
24 Q  The 152nd address that you're referring to, would
25    that have been the Allenbach property?

5 (Pages 14 to 17)

Faye F. Miller
September 28, 2005

Exhibit E-17

6e5fdb8b-1707-42c0-9382-56a5e411c4a5

Byers & Anderson, Inc.
Court Reporters & Video

Page 18

1  A  That was the Allenbach property.
2  Q  Do you think then you were living at the Allenbach
3     property in 1978?
4  A  I don't remember.
5  Q  The home that you moved to after you left the
6     Allenbach property, was that an apartment or was that
7     a house?
8  A  It was a home.
9  Q  You bought it?
10 A  No.
11 Q  Was that one of Dr. Allenbach's properties as well?
12 A  Yes. I rented from Dr. Allenbach.
13 Q  But it was not on the compound or the property where
14    the Allenbach family lived?
15 A  No.
16            (Exhibit No. 1 marked for
17               identification.)
18
19 Q  (By Mr. Kosnoff)  Ms. Miller, I have just had marked
20    as Exhibit No. 1 a 20-page document that was provided
21    to us by the attorneys for the church in connection
22    with this lawsuit, and I'd like to direct your
23    attention-- you'll have to excuse me for a minute.  I
24    had all this prepared for a deposition, and I went
25    off and left it in my home, and I had to, in a hurry,

Page 19

1     recopy this, so please indulge me for a moment.
2         If you wouldn't mind turning to Page 7, it should
3     be marked in the lower right-hand corner, the page
4     numbers--
5  A  Okay.
6  Q  This document appears to be and is designated
7     "Historical report of the Kent 2nd Ward, Renton
8     Stake," and then it indicates that it was Bishop
9     Randall K. Borland and that this is a report for the
10    year ending December 31st, 1972.
11        Do you see that?
12 A  Yes.
13 Q  If you go down to the entry on the left-hand column
14    for September 10th, 1972, you'll see "Faye Miller."
15 A  Yes.
16 Q  Do you see where it seems to indicate under "action"
17    that Faye Miller was sustained as age group counselor
18    in the YWMIA?  Do you see that?
19 A  Yes.
20 Q  First of all, what is the YWMIA?
21 A  Young Women's Mutual Improvement Association.
22 Q  Could you tell me what that organization is or was?
23 A  It's the youth organization for the young women of
24    the church.
25 Q  And for what age group-- you said "young women."

Page 20

1     Could you give me an age range of the young women
2     that would be in that organization?
3  A  12 to 18.
4  Q  And it seems to indicate under the fourth column that
5     the position that you were sustained in was age group
6     counselor.  Is that correct?
7  A  Yes.
8  Q  What was that position?
9  A  It was counselor to the president.
10 Q  What were your responsibilities?
11 A  I don't remember, apart from saying that I worked
12    with the young women of the ward.
13 Q  And you reported directly to the president of the
14    YWMIA?
15 A  Yes.
16 Q  Was the YWMIA the primary organization within the
17    ward working with young women of that age group?
18 A  Yes.
19 Q  Were there any other organizations that worked with
20    women of that age group?
21 A  Sunday school.
22 Q  And the Sunday school would have been a separate
23    organization within the ward?
24 A  Yes.
25 Q  If you go down further on Page 7 to the entry for

Page 21

1     September 19th, again I see your name "Faye Miller,"
2     and it indicates the action taken by the bishop was
3     set apart, and then it indicates the position of
4     second counselor in the YWMIA.
5         Do you recall that?
6  A  Do I recall the setting apart?
7  Q  Well, do you recall being a second counselor in the
8     YWMIA under Bishop Borland?
9  A  Yes.
10 Q  Was that an additional responsibility--
11 A  It was the same responsibility.
12 Q  It seems to be a different title.
13        You were age group counselor as of September
14    10th, according to the entry above, and then down
15    here it indicates "second counselor."  I'm trying to
16    get a sense of whether your job responsibility or
17    position responsibility changed.
18 A  No.
19 Q  It was essentially the same?
20 A  Same thing.
21 Q  Who are you a second counselor to?
22 A  The president.
23 Q  So you reported directly to the president?
24 A  Yes.
25 Q  Within the hierarchy of the ward, did the president

Faye F. Miller
September 28, 2005

6e5fdb8b-1707-42c0-9382-56a5e411c4a5

© 1992 by Macmillan Publishing Company, a division of Macmillan, Inc.

This collection of articles from the *Encyclopedia of Mormonism* is published by Deseret Book Company under license from Macmillan Publishing Company.

© 1995 by Deseret Book Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022 or Maxwell Macmillan Canada, Inc., 1200 Eglinton Avenue East, Suite 200, Don Mills, Ontario M3C 3N1.

Deseret Book is a registered trademark of Deseret Book Company.

Library of Congress Cataloging-in-Publication Data

Encyclopedia of Mormonism. Selections.
    Priesthood and church organization : selections from the Encyclopedia of Mormonism / edited by Daniel H. Ludlow.
      p.    cm.
    Includes bibliographical references.
    ISBN 0-87579-926-4
    1. Aaronic priesthood (Mormon Church)—Encyclopedias. 2. Melchizedek priesthood (Mormon Church)—Encyclopedias. 3. Mormon Church—Government—Encyclopedias. 4. Church of Jesus Christ of Latter-day Saints—Government—Encyclopedias.  I. Ludlow, Daniel H.
    BX8659.53      1995
    262'.09332'03—dc20
                                                    95-7691
                                                    CIP

Printed in the United States of America
10  9  8  7  6  5  4  3  2  1

Exhibit E-19

nillan, Inc.

is published by
ing Company.

ransmitted in any
ocopying, recording,
nission in writing
York, NY 10022 or
Suite 200, Don

ny.

. 3. Mormon
hrist of
Daniel H.

95-7691
CIP

# CONTENTS

| | |
|---|---|
| List of Articles | vii |
| List of Contributors | xiii |
| Preface | xxi |
| Acknowledgments | xxiv |
| Topical Outline | xxvi |
| Key to Abbreviations | xxxii |
| Selections from the *Encyclopedia of Mormonism* | 1 |
| Appendix 1: Biographical Register of General Church Officers | 495 |
| Appendix 2: Church Periodicals | 542 |
| Appendix 3: General Church Officers, A Chronology | 553 |
| Appendix 4: Letters of the First Presidency | 567 |
| Appendix 5: Letters of the Presiding Bishopric | 581 |
| Appendix 6: Lines of Priesthood Authority | 587 |
| Appendix 7: Temple Dedicatory Prayers (Excerpts) | 593 |
| Index | 605 |

v

Exhibit E-20

Reed C. Durham, Jr.
Howard D. Swainston
Soren F. Cox
Raymond S. Wright III
Marian R. Boyer
Maribeth Christensen
Douglas D. Alder
Robert J. Smith
Dennis L. Thompson
L. Robert Webb
John H. Cox

T. Glenn Haws
Garth L. Mangum
T. Glenn Haws
Shirley W. Thomas
Charles E. Mitchener
Mark E. Hurst
Petrea Gillespie Kelly
Ie Anderson Cannon
Ardeth Greene Kapp

# LIST OF CONTRIBUTORS

Harley K. Adamson
*Weber State University, Ogden, UT*
Teachers, Teacher Development

Stan L. Albrecht
*Brigham Young University*
Stake

Douglas D. Alder
*Dixie College, St. George, UT*
Ward

Ruel A. Allred
*Brigham Young University*
Instructor, The
*Juvenile Instructor*

J. Max Anderson
*State of Utah, Salt Lake City*
"Fundamentalists"

Paul L. Anderson
*Museum of Church History and Art, Salt Lake City*
Building Program

Wendell J. Ashton
*Deseret News, Salt Lake City*
*Deseret News*

James H. Backman
*Brigham Young University*
Courts, Ecclesiastical, Nineteenth-Century

J. Hugh Baird
*Brigham Young University*
Ballantyne, Richard
*Bulletin*

VerDon W. Ballantyne
*Brigham Young University*
Aaronic Priesthood: Powers and Offices
Levitical Priesthood

Ariel S. Ballif
*Brigham Young University*
Patriarch: Stake Patriarch

Jae R. Ballif
*Brigham Young University*
Melchizedek Priesthood: Powers and Offices in the Melchizedek Priesthood
Melchizedek Priesthood: Restoration of Melchizedek Priesthood

Ivan J. Barrett
*Brigham Young University*
Church of the Firstborn

Merrill J. Bateman
*Brigham Young University*
Conferences: Stake Conference

Jeffrey C. Bateson
*Church Finance and Records Dept., Salt Lake City*
Clerk

Robert F. Bennett
*Franklin Institute, Inc., Salt Lake City*
Latter-day Saints (LDS)

LaMar C. Berrett
*Brigham Young University*
Endowment Houses

Exhibit F-21



*Name of the Church*

Paul M. Bons
*Church Personnel Dept., Salt Lake City*
Organization: Contemporary
Organization

R. Wayne Boss
*University of Colorado*
Home Teaching
Priesthood Interview

Marian R. Boyer
*Former Counselor in General Presidency,
Church Relief Society, Salt Lake City*
Visiting Teaching

David C. Bradford
*Church Correlation Dept., Salt Lake City*
Bishopric
Priesthood Executive Committee,
Stake and Ward

M. Gerald Bradford
*University of California at Irvine*
Orthodoxy, Heterodoxy, Heresy

Ronald L. Bramble
*Boy Scouts of America, Los Angeles*
Deacon, Aaronic Priesthood

Hoyt W. Brewster, Jr.
*Church Curriculum Dept., Salt Lake City*
Ordination to the Priesthood

S. Kent Brown
*Brigham Young University*
Apostle

Thomas E. Brown
*Audio Visual Dept., Salt Lake City*
Membership Records

M. Dallas Burnett
*Brigham Young University*
Conferences: General Conference

H. David Burton
*Church Presiding Bishopric's Office, Salt
Lake City*
Presiding Bishopric

*Brigham Young University
Messenger and Advocate*

Douglas L. Callister
*Attorney, Glendale, CA*
Region, Regional Representative

J. Elliot Cameron
*Church Temple President, Provo, UT*
Priesthood Blessings

Kim S. Cameron
*Michigan State University*
Authority
Stake President, Stake Presidency

Elaine Anderson Cannon
*Author, St. George, UT*
Young Women

Janath Russell Cannon
*Church Temple Matron, Frankfurt,
Germany*
Relief Society

John K. Carmack
*General Authority, Salt Lake City*
Organization of the Church, 1830

John Carr
*Former Director, Church Internal
Communications, Salt Lake City*
Distribution Centers

Linda A. Charney
*Church Correlation Dept., Salt Lake City*
Joining the Church
Membership

David J. Cherrington
*Brigham Young University*
Societies and Organizations

Clayton Christensen
*Ceramics Process Systems Corp.,
Belmont, MA*
Testimony Bearing

Maribeth Christensen
*Ricks College, Rexburg, ID*
Volunteerism

aldwell
oung University
r and Advocate

Callister:
lendale, CA
egional Representative

neron
ple President, Provo, UT
Blessings

eron
ite University

dent, Stake Presidency

son Cannon
orge, UT
ien

l Cannon
e Matron, Frankfurt,

y

ick
ity, Salt Lake City
of the Church, 1830

, Church Internal
ns, Salt Lake City
enters

ey
ion Dept., Salt Lake City
urch

gton
University
organizations

sen
Systems Corp.,

ng
sen
burg, ID


Jack R. Christianson
*Church Educational System, Orem, UT*
  Teacher, Aaronic Priesthood

Lewis R. Church
*Church Educational System, Pleasant
Grove, UT*
  Prophet, Seer, and Revelator

C. Ross Clement
*Church Social Services, Salt Lake City*
  Social Services

Dean B. Cleverly
*Church Missionary Dept., Salt Lake City*
  Missions

Todd Compton
*California State University, Northridge*
  Apostasy

Spencer J. Condie
*General Authority, Salt Lake City*
  Missionary, Missionary Life

Richard O. Cowan
*Brigham Young University*
  Branch, Branch President
  Missionary Training Centers
  Temples: History of LDS Temples
    from 1831 to 1990

John H. Cox
*Church Ecclesiastical Support System,
Salt Lake City*
  Ward Welfare Committee

Soren F. Cox
*Brigham Young University*
  True and Living Church

Perry H. Cunningham
*Church Correlation Dept., Salt Lake City*
  Activity in the Church
  Area, Area Presidency

Gerald J. Day
*Snow College, Ephraim, UT*
  Mission President
  Region, Regional Representative


Ronald D. Dennis
*Brigham Young University*
  *Evening and the Morning Star, The*

Jill Mulvay Derr
*Brigham Young University*
  Relief Society

Roy W. Doxey [deceased]
*Church Correlation Dept., Salt Lake City*
  Presiding High Priest

Larry W. Draper
*Church Historical Dept., Salt Lake City*
  Publications

Reed C. Durham, Jr.
*Church Educational System, Logan, UT*
  *Times and Seasons*

William G. Dyer
*Brigham Young University*
  Leadership,Training
  Meetings, Major Church

Wm. Gibb Dyer, Jr.
*Brigham Young University*
  Presiding Bishopric

Richard C. Edgley
*Church Finance and Records, Salt Lake
City*
  Finances of the Church

Wilford G. Edling [deceased]
*Church Finance and Records, Salt Lake
City*
  Finances of the Church

Richard G. Ellsworth
*Brigham Young University*
  Priesthood

J. Lynn England
*Brigham Young University*
  First Presidency
  President of the Church
  Stewardship

Irene Hewette Ericksen
*Church Correlation Dept., Salt Lake City*
  Auxiliary Organizations



..... Guy
District, District President

William E. Evenson
*Brigham Young University*
Magnifying One's Calling

Larry C. Farmer
*Brigham Young University*
Interviews

Isaac C. Ferguson
*Church Welfare Services, Salt Lake City*
Fast Offerings

Donovan E. Fleming
*Brigham Young University*
High Council

Marvin K. Gardner
*Ensign, Salt Lake City*
General Authorities

R. Quinn Gardner
*Business Consultant, Salt Lake City*
Bishop's Storehouse

Arnold K. Garr
*Brigham Young University*
Liahona the Elders' Journal

H. Dean Garrett
*Brigham Young University*
Rebaptism

Crawford Gates
*Beloit College, Beloit, WI*
Sacrament Meeting

Georgia Gates
*Writer, Beloit, WI*
Sacrament Meeting

Bruce C. Hafen
*Brigham Young University*
Disciplinary Procedures

John Franklin Hall
*Brigham Young University*
April 6

Brigham Young University
Meetinghouse

Bruce T. Harper
*Church Missionary Dept., Salt Lake City*
Priesthood Offices

William G. Hartley
*Brigham Young University*
Bishop, History of the Office
Organization: Organizational and
Administrative History

Leon R. Hartshorn
*Brigham Young University*
Signs of the True Church

T. Glenn Haws
*Church Educational System, Portland, OR*
Welfare Farms
Welfare Square

D. Arthur Haycock
*Former Church Temple President*
Temples: LDS Temple Dedications

Darwin L. Hayes
*Brigham Young University*
Nauvoo Neighbor

"J" Malan Heslop
*Deseret News, Salt Lake City*
Church News

Martin B. Hickman [deceased]
*Brigham Young University*
Succession in the Presidency

W. Ladd Hollist
*Brigham Young University*
Priest, Aaronic Priesthood

Mark E. Hurst
*Aaronic Priesthood Dept., Salt Lake City*
Young Men

Paul V. Hyer
*Brigham Young University*
Sealing: Temple Sealings

lamilton
*'oung University*
iouse

larper
*sionary Dept., Salt Lake City*
d Offices

Hartley
*'oung University*

listory of the Office
ion: Organizational and
trative History

rtshorn
*ung University*
ie True Church

ıws
*cational System, Portland,*

ums
juare

aycock
*ch Temple President*
DS Temple Dedications

ayes
*ing University*
ighbor

eslop
*, Salt Lake City*
zs

ckman [deceased]
*ng University*
in the Presidency

ist
*ng University*
nic Priesthood

t
*hood Dept., Salt Lake City*

*ıg University*
iple Sealings

---

Richard W. Jackson
*Architect, Salt Lake City*
 Building Program

Peter N. Johnson
*Brigham Young University*
 Man's Search for Happiness

Mary Jolley
*Writer, Salt Lake City*
 Fast and Testimony Meeting

William N. Jones
*Intermountain Health Care, Inc., Salt Lake City*
 Hospitals

Ardeth Greene Kapp
*General President, Church Young Women, Salt Lake City*
 Youth

Brian K. Kelly
*Church International Magazines, Salt Lake City*
 International Magazines

Petrea Gillespie Kelly
*Author, Highland, UT*
 Contributor
 Young Woman's Journal

William Rolfe Kerr
*Utah Commission on Higher Education, Salt Lake City*
 Conferences: Conferences

Nephi K. Kezerian
*Surgeon, Provo, UT*
 Sick, Blessing the

Dean L. Larsen
*General Authority, Salt Lake City*
 Seventy: Quorums of Seventy

Victor L. Ludlow
*Brigham Young University*
 Priesthood in Biblical Times

---

Immo Luschin
*Church Translation Dept., Frankfurt, Germany*
 Ordinances: Overview
 Ordinances: Administration of
  Ordinances
 Temples: LDS Temple Worship and
  Activity

Melvin J. Luthy
*Brigham Young University*
 Priesthood

Carol Cornwall Madsen
*Brigham Young University*
 Retrenchment Association

Garth L. Mangum
*University of Utah*
 Welfare Services

Beth M. Marlow
*Editor, Orem, UT*
 Meetinghouse Libraries

Robert J. Matthews
*Brigham Young University*
 Proclamations of the First Presidency
  and the Quorum of the Twelve
  Apostles

Frank O. May, Jr.
*Church Curriculum Dept., Salt Lake City*
 Correlation of the Church,
  Administration
 General Handbook of Instructions
 Policies, Practices, and Procedures

Mark L. McConkie
*University of Colorado at Colorado Springs*
 Following the Brethren

Lynn A. McKinlay
*Brigham Young University*
 Patriarchal Order of the Priesthood

Byron R. Merrill
*Brigham Young University*
 Assistants to the Twelve



Young Men

William James Mortimer
*Deseret News, Salt Lake City*
  Patriarchal Blessings

Stephen D. Nadauld
*General Authority, Salt Lake City*
  Financial Contributions

Jack A. Nelson
*Brigham Young University*
  Newspapers, LDS

William O. Nelson
*Church Correlation Dept., Salt Lake City*
  Quorum of the Twelve Apostles

Hugh W. Nibley
*Brigham Young University*
  Temples: Meanings and Functions of
  Temples

Beverly J. Norton
*Brigham Young University*
  Record Keeping

Alan K. Parrish
*Brigham Young University*
  Keys of the Priesthood
  Seventy: Overview

Ronald W. Patrick
*Church Educational System, Stirling,
Alberta, Canada*
  Firesides

Vivian Paulsen
*Friend Magazine, Salt Lake City*
  Children's Friend, The

Lynn Reed Payne
*Church Correlation Dept., Salt Lake City*
  Fellowshipping Members

Birger A. Pearson
*University of California, Santa Barbara*
  Melchizedek: Ancient Sources

Bishop

Lee Tom Perry
*Brigham Young University*
  Organization: Contemporary
  Organization

Stanley A. Peterson
*Church Educational System, Salt Lake
City*
  Millennial Star

R. Douglas Phillips
*Brigham Young University*
  Evangelists

Brian L. Pitcher
*Utah State University, Logan, UT*
  Callings

B. Lloyd Poelman
*Attorney, Salt Lake City*
  Sunday School

Ronald E. Poelman
*General Authority, Salt Lake City*
  Sealing: Cancellation of Sealings

Bruce Douglas Porter
*International Broadcasting, Springfield,
VA*
  Church of Jesus Christ of Latter-day
  Saints, The

Larry C. Porter
*Brigham Young University*
  Aaronic Priesthood: Restoration

Robert E. Quinn
*University of Michigan*
  Common Consent

A. LeGrand Richards
*Businessman, Provo, UT*
  High Priest

Stephen D. Ricks
*Brigham Young University*
  Temples: Temples Through the Ages

M.
Fo
Ch
Re
Naom
Forme
Prim
Prima

Robert I
General A
Temples

Robert J. S
Brigham Yo
Ward Bud

geles

University
Contemporary

son
*nal System, Salt Lake*

ips
*University*

*rsity, Logan, UT*

n
*ke City*

*1an*
*y, Salt Lake City*
llation of Sealings

*'orter*
*adcasting, Springfield,*

*s Christ of Latter-day*

*University*
*1ood: Restoration*

*higan*
*nt*
*1ards*
*vo, UT*

*'University*
les Through the Ages

J. Bonner Ritchie
*Brigham Young University*
  Presidency, Concept of
  Priesthood Councils

Richard C. Roberts
*Weber State University, Ogden, UT*
  Seventy: First Council of the Seventy

Richard M. Romney
*New Era Magazine, Salt Lake City*
  New Era

Allen Claire Rozsa
*Former Church Temple President, Los Angeles*
  Temple Ordinances

Burns R. Sabey
*Colorado State University, Ft. Collins, CO*
  Head of the Church

Cecil O. Samuelson, Jr.
*University of Utah Medical School*
  Medical Practices

Bruce Satterfield
*Church Educational System, Iona, ID*
  Melchizedek: LDS Sources

Gilbert W. Scharffs
*Church Educational System, Salt Lake City*
  Apostate

Marianne Clark Sharp [deceased]
*Former Counselor in General Presidency, Church Relief Society, Salt Lake City*
  Relief Society Magazine

Naomi M. Shumway
*Former General President, Church Primary, Salt Lake City*
  Primary

Robert L. Simpson
*General Authority, Salt Lake City*
  Temples: Administration of Temples

Robert J. Smith
*Brigham Young University*
  Ward Budget

Calvin R. Stephens
*Church College Curriculum, Salt Lake City*
  Patriarch: Patriarch to the Church

Howard D. Swainston
*Attorney, Los Angeles*
  Tithing

Charles D. Tate, Jr.
*Brigham Young University*
  Conference Reports

George S. Tate
*Brigham Young University*
  Prayer Circle

Shirley W. Thomas
*Former Counselor in General Presidency, Church Relief Society, Salt Lake City*
  Woman's Exponent

Dennis L. Thompson
*Brigham Young University*
  Setting Apart
  Ward Council

Paul H. Thompson
*Weber State University, Ogden, UT*
  Lay Participation and Leadership

Richard Tice
*Deseret Book Co., Salt Lake City*
  Magazines

Sherman N. Tingey
*Arizona State University, Tempe*
  Priesthood Quorums

Jay M. Todd
*Ensign, Salt Lake City*
  Ensign
  Improvement Era

Robert A. Tucker
*General Authority Office, Salt Lake City*
  Temple Recommend

Richard E. Turley, Jr.
*Church Historical Dept., Salt Lake City*
  Confidential Records
  Solemn Assemblies

Exhibit F-27



Almanacs

R. Richard Vetterli
*Brigham Young University*
Elder, Melchizedek Priesthood

Elizabeth Wahlquist
*Brigham Young University*
Friend, The

Steven C. Walker
*Brigham Young University*
Seer

W. Keith Warner
*Brigham Young University*.
Council of the First Presidency and
the Quorum of the Twelve Apostles
First Presidency
President of the Church

Christine Croft Waters
*Salt Lake Community College*
Maternity and Child Health Care

Ronald G. Watt
*Church Historical Dept., Salt Lake City*
*Journal of Discourses*

L. Robert Webb
*Brigham Young University*
Ward Organization

Alan L. Wilkins
*Brigham Young University*
Organization: Contemporary
Organization

Barbara W. Winder
*Former General President, Church Relief*
*Society, Salt Lake City*
Relief Society in Nauvoo

Lael J. Woodbury
*Brigham Young University*
Hosanna Shout
Public Speaking

~~Brigham Young University~~
*Utah Genealogical and Historica*
*Magazine*

David H. Yarn, Jr.
*Brigham Young University*
Sealing; Sealing Power
Temple President and Matron

Marilyn S. Yarn
*Former Temple Matron, Atlanta, Ge*
Temple President and Matron

Hulda P. Young
*Author, Salt Lake City*
Compassionate Service

Lawrence A. Young
*Brigham Young University*
Single Adults

Michael K. Young
*Columbia University*
Oath and Covenant of the Priesthoo

Exhibit F-28

# PREFACE

*This preface appears in volume 1 of the* Encyclopedia of Mormonism. *Its spirit applies to all the volumes containing selections from the* Encyclopedia.

According to a standard definition, an encyclopedia is to "treat comprehensively all the various branches of knowledge" pertaining to a particular subject. The subject of this *Encyclopedia* is The Church of Jesus Christ of Latter-day Saints, widely known as the Mormon church. This is the first major encyclopedia published about the Mormons. It presents the work of hundreds of Latter-day Saint (LDS) lay scholars and others from throughout the world and provides a comprehensive reporting of Mormon history, scripture, doctrines, life, and knowledge, intended for both the non-Mormon and the LDS reader. Readers will find an article on almost any topic conceivably related to the general topic of Mormonism, and yet no article is exhaustive because of space limitations. Most articles include bibliographic references; cross-references to other articles in the *Encyclopedia* are indicated by small capital letters.

When Macmillan Publishing Company asked authorities at Brigham Young University whether they would be interested in developing an encyclopedia about The Church of Jesus Christ of Latter-day Saints, President Jeffrey R. Holland took the query to his Board of Trustees. They instructed him to proceed. Working closely with Church authorities and Macmillan, President Holland chose an editor in chief and a board of editors. Discussion of possible titles concluded that the work should be called the *Encyclopedia of Mormonism* since that is the term by which the Church is most widely known, though unofficially.

The contract called for a work of one million words in about 1,500 articles in four volumes including pictures, maps, charts, appendices, indices, and a glossary. It soon became apparent that

Exhibit F 29



...ation, the Doctine and Covenants, and the Pe⟨...⟩ Great Price—would be so frequent that readers who did not ready access to those works would be at a serious disadvanta⟨...⟩ using the *Encyclopedia*. A fifth volume was decided upon to inc⟨...⟩ all the LDS standard works except the Bible, which is readily a⟨...⟩ able everywhere.

The Church does not have a paid clergy or a battery of the⟨...⟩ gians to write the articles. It functions with a lay ministry, an⟨...⟩ members are encouraged to become scholars of the gospel. Over⟨...⟩ men and women were asked to write articles on topics assig⟨...⟩ because of previous interest and study.

Six major articles unfold the history of the Church: (1) the b⟨...⟩ ground and founding period in New York; (2) the Ohio, Missouri, Illinois period ending with the martyrdom of Joseph Smith; (3) exodus west and the early pioneer period under Brigham Young; the late pioneer Utah period ending at the turn of the century ⟨...⟩ statehood; (5) a transitional period during the early twentieth cen⟨...⟩ ry; and (6) the post–World War II period of international growth. ⟨...⟩ history of the Church has been dramatic and moving, considering ⟨...⟩ brief span of just over 160 years. Compared to Catholicism, Judai⟨...⟩ ancient Far East religions, and many Protestant churches, t⟨...⟩ Church has a very short history. Nearly 250 articles explain the d⟨...⟩ trines of the Church, with special emphasis on basic principles a⟨...⟩ ordinances of the gospel of Jesus Christ. Twenty-four articles a⟨...⟩ clustered under the title "Jesus Christ," and another sixteen inclu⟨...⟩ his name in the title or relate directly to his divine mission a⟨...⟩ atonement.

Over 150 articles relate the details on such topics as the Fi⟨...⟩ Vision, Zion's Camp, Handcart Companies, Plural Marriage, the S⟨...⟩ Lake Temple, Temple Square, and the Church throughout the worl⟨...⟩ Biographies cover men and women contemporary in the life ⟨...⟩ Joseph Smith, Presidents of the Church, and auxiliary founders an⟨...⟩ past presidents. The only biography of a person living at the time ⟨...⟩ publication is on the present prophet and President of the Churc⟨...⟩ Ezra Taft Benson. [Since the publication of the *Encyclopedia ⟨...⟩ Mormonism*, Howard W. Hunter was sustained as President of th⟨...⟩ Church.]

...~~ments,~~ and the Pearl of
hat readers who did not have
~~e~~ at a serious disadvantage in
~~:~~ was decided upon to include
Bible, which is readily avail-

clergy or a battery of theolo-
with a lay ministry, and all
~~o~~lars of the gospel. Over 730
articles on topics assigned

~~o~~f the Church: (1) the back-
(2) the Ohio, Missouri, and
~~n~~ of Joseph Smith; (3) the
under Brigham Young; (4)
~~e~~ turn of the century and
the early twentieth centu-
international growth. The
~~d~~ moving, considering its
to Catholicism, Judaism,
~~o~~testant churches, the
articles explain the doc-
on basic principles and
~~t~~wenty-four articles are
another sixteen include
~~is~~ divine mission and

~~ic~~h topics as the First
~~or~~al Marriage, the Salt
throughout the world.
~~or~~orary in the life of
~~ux~~iliary founders and
living at the time of
~~o~~dent of the Church,
~~t~~he *Encyclopedia of*
as President of the

...nnally, there are over a hundred articles primarily con-
cerned with how Latter-day Saints relate to their families, the
Church, and to society in general. It is said there is a "Mormon
culture," and several articles explore Mormon lifestyle, folklore, folk
art, artists, literature, and other facets that distinguish Latter-day
Saints.

It may be that the growth of the Church in the last decades has
mandated the encyclopedic account that is presented here. Yet, even
as the most recent programs were set down and the latest figures list-
ed, there is an acute awareness that the basic tenet of the Church is
that its canon is open-ended. The contemporary President of the
Church is sustained as a "prophet, seer, and revelator." While this
makes some theological discussion moot, the basic beliefs of the
Latter-day Saints, summarized in the Articles of Faith, do not
change.

In several areas, the Church shares beliefs held by other
Christians, and a number of scholars from other faiths were asked to
present articles. However, the most distinctive tenets of the
Church—those regarding the premortal and postmortal life, living
prophets who receive continuous and current revelation from God,
sacred ordinances for deceased ancestors, moral and health codes
that provide increasingly well-documented benefits, and the poten-
tial within man for progression into an infinite future—are all treated
primarily by writers selected from among Latter-day Saints.

Lest the role of the *Encyclopedia* be given more weight than it
deserves, the editors make it clear that those who have written and
edited have only tried to explain their understanding of Church his-
tory, doctrines, and procedures; their statements and opinions
remain their own. The *Encyclopedia of Mormonism* is a joint product
of Brigham Young University and Macmillan Publishing Company,
and the contents do not necessarily represent the official position of
The Church of Jesus Christ of Latter-day Saints. In no sense does the
*Encyclopedia* have the force and authority of scripture.

**Exhibit F-31**

# ACKNOWLEDGMENTS*

The support and assistance of many persons and groups are nece
sary to produce a work as extensive as an encyclopedia. Speci
thanks are extended to the executives of Macmillan Publishin
Company who introduced the idea of the the *Encyclopedia c
Mormonism* to Brigham Young University. Charles E. Smith mad
initial contacts on the project, while Philip Friedman, President an
Publisher of Macmillan Reference Division, and Elly Dickason
Editor in Chief of Macmillan Reference Division, have followe
through on the multitudinous details, demonstrating skill an
patience in working with us in the preparation of this five-volum
work.

The editors also wish to thank the General Authorities of the
Church for designating Brigham Young University as the contractual
Author of the *Encyclopedia*. Two members of the Board of Trustees of
the university, who are also members of the Quorum of the Twelve
Apostles, were appointed by the First Presidency to serve as advisers
to the project: Elder Neal A. Maxwell and Elder Dallin H. Oaks.
Other General Authorities who accepted special assignments related
to the project include four members of the Quorum of Seventy:
Elders Dean L. Larsen, Carlos E. Asay, Marlin K. Jensen, and
Jeffrey R. Holland.

Special support also came from the Administration of BYU.
Jeffrey R. Holland, president of BYU at the time the project was ini-
tiated, was instrumental in appointing the Board of Editors and in
developing early guidelines. Rex E. Lee, current president of BYU,
has continued this support.

* The major parts of the acknowledgments appear in volume 1 of the
*Encyclopedia of Mormonism*. The statement has been modified here by (1) deleting
credits to individuals and institutions providing general help, illustrations, and pho-
tographs for the *Encyclopedia* and (2) adding the names of those giving special
assistance to the preparation of this particular publication.

xxiv

ɪɴᴛs*

and groups are neces-
encyclopedia. Special
Macmillan Publishing
the *Encyclopedia of*
harles E. Smith made
edman, President and
, and Elly Dickason,
rision, have followed
onstrating skill and
n of this five-volume

al Authorities of the
ity as the contractual
Board of Trustees of
iorum of the Twelve
r to serve as advisers
ler Dallin H. Oaks.
assignments related
uorum of Seventy:
in K. Jensen, and

nistration of BYU.
the project was ini-
of Editors and in
president of BYU,

in volume 1 of the
d here by (1) deleting
illustrations, and pho-
those giving special

The efforts of the Board of Editors and the Project Coordinator, whose names are listed at the front of each volume, have shaped and fashioned every aspect of the project. We offer special thanks to them, and to companions and family members for graciously supporting our efforts over many months. Others who shared in final editing include Bruce B. Clark, Soren F. Cox, Marshall R. Craig, and Ellis T. Rasmussen.

Many others have provided assistance in specialized areas, including Larry E. Dahl, Michelle Eckersley, Gary R. Gillespie, Devan Jensen, Luene Ludlow, Jack M. Lyon, Robert J. Matthews, Frank O. May, Charlotte McDermott, Robert L. Millet, Don E. Norton, Monte S. Nyman, Patricia J. Parkinson, Charlotte A. Pollard, Larry C. Porter, Merle Romer, Evelyn E. Schiess, Judith Skousen, Charles D. Tate, Jr., Jay M. Todd, and John Sutton Welch. Special thanks also to Ronald Millett and Sheri Dew at Deseret Book Company for their help with this volume.

Finally, we express appreciation to the 738 authors who contributed their knowledge and insights. The hopes of all who were involved with this project will be realized if the *Encyclopedia* assists readers to come to a greater understanding and appreciation of the history, scriptures, doctrines, practices, and procedures of The Church of Jesus Christ of Latter-day Saints.

**Exhibit  F-33**



UNIV. OF UTAH LIBRARIES

NOTICE

THIS MATERIAL MAY BE
PROTECTED BY COPYRIGHT LAW
(Title 17 U.S. Code)

# ANDBOOK

*of*

# INSTRUCTIONS

*for*

Presidencies, Bishops and Counselors,
Stake and Ward Clerks and
Other Church Officers



er 16                                    1940

229120

**Exhibit 6-34**

UNIV. OF UTAH LIBRARIES

NOTICE

THIS MATERIAL MAY BE
PROTECTED BY COPYRIGHT LAW
(Title 17 U.S Code)

September 3

## TO THE PRESIDENTS OF STAKES AND C
## ORS, BISHOPS OF WARDS AND COUI
## STAKE AND WARD CLERKS, AND OTHER
## OFFICERS.

Dear Brethren:

    This Handbook has been prepared at our requ
help and guidance of the responsible authorities of
in their very arduous and exacting labors. It is
direction upon all matters covered by it. The offi
Church and its organizations are requested carefully
the instructions, advice, and counsel herein given.

               Heber J. Grant.
               J. Reuben Clark, Jr.,
               David O. McKay,
                 The First Presi(



Exhibit 6-35



UNIV. OF UTAH LIBRARIES

**NOTICE**

THIS MATERIAL MAY BE
PROTECTED BY COPYRIGHT LAW
(Title 17 U.S. Code)

September 3, 1940.

### FOREWORD

·ok, prepared under the direction of the First Presi-
icil of the Twelve and the Presiding Bishopric, is
for your guidance by the direction of the First
It contains instructions for regulating the affairs of
within the stakes and wards.   As stated by The First
the rulings and regulations represent the accepted
₂ Church and, in the interest of uniformity of action
1s, should be adhered to by all presiding officers.
lings do not permit of any latitude of interpretation
ocedure is concerned, but the application of the rul-
iplies to the conduct, standing and privileges of in-
mbers of the Church should, of course, be influenced
ration of the Holy Spirit, for every stake presidency
iishopric is entitled to Divine guidance in the ad-
. of the duties pertaining to their respective offices.
ng officers should become thoroughly familiar with
ctions and preserve this book for reference.
iincere appreciation of your faithful efforts and help-
tion in the past, in looking after the spiritual and
elfare of the people under your care, we are,

            Sincerely your brethren,
                LeGrand Richards,
                Marvin O. Ashton,
                Joseph L. Wirthlin,
                    Presiding Bishopric.

**Exhibit 6-36**



NOTICE

THIS MATERIAL MAY BE
PROTECTED BY COPYRIGHT LAW
(Title 17 U.S. Code)

UNIV. OF UTAH LIBRARIES

# HANDBOOK OF INSTRUCTIONS

## DIVINE AUTHORITY

thority of Church government is vested in the Holy
of which there are two divisions—the Melchizedek
which deals primarily with spiritual affairs, and the
esthood, which derives its authority from the Mel-
iesthood and deals with temporal affairs.

iam received his priesthood from Melchizedek, who
through the lineage of his fathers, even till Noah;
;oah till Enoch, through the lineage of their fathers;
noch to Abel, who was slain by the conspiracy of his
io received the priesthood by the commandment of
: hands of his father, Adam; which priesthood con-
he Church of God in all generations and is without
)f days or end of years.

the Lord confirmed a priesthood also upon Aaron and
hroughout all their generations, which priesthood
and abideth forever with the priesthood which is
)liest order of God.   And this greater priesthood ad-
. the gospel and holdeth the keys of the mysteries
jdom, even the key of the knowledge of God.   And
priesthood * * * holdeth the key of the ministering
nd the preparatory gospel.

whoso is faithful unto the obtaining these two priest-
·hich I have spoken, and the magnifying their calling.
ïed by the spirit unto the renewing of their bodies.
ıme the sons of Moses and of Aaron and the seed of
and the Church and kingdom and the elect of God."
  Cov. 84:14-19, 26, 33.)

ration of Authority—The words of the Angel John
st), spoken to Joseph Smith, Jr., and Oliver Cowdery,
: angel) laid his hands upon their heads and conferred
ı the Aaronic Priesthood, in Harmony, Susquehanna
'ennsylvania, May 15, 1829:

ın you my fellow servants, in the name of Messiah I
: Priesthood of Aaron, which holds the keys of the

**Exhibit** _6-37_

UNIV. OF UTAH LIBRARY

NOTICE

THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT (Title 17 U.S. Code)

baptism by immersion for the remission of sins; an
never be taken again from the earth, until the sons
offer again an offering unto the Lord in righteousn
and Cov. 13.)

Shortly following this ordination the Melchize
hood was restored by Peter, James and John. "* * *
Smith, Jun., who was called of God, and ordained
of Jesus Christ, to be the first elder of this Church; an
Cowdery, who was also called of God an apostle of Je
to be the second elder of the Church, and ordained
hand." (Doc. and Cov. 20:2, 3.)

"And also with Peter, and James, and John, wh
sent unto you, by whom I have ordained you and
you to be apostles, and special witnesses of my name
the keys of your ministry and of the same things w
vealed unto them; Under whom I have committed the k
kingdom, and a dispensation of the gospel for the la
(Doc. and Cov. 27:12, 13.)

"The Melchizedek Priesthood holds the right of p
and has power and authority over all the offices in t
in all ages of the world to administer spiritual things. T
dency of the High Priesthood, after the order of Mel
have a right to officiate in all the offices in the chu
power and authority of the higher, or Melchizedek Pr
is to hold the keys of all spiritual blessings of the churc
and Cov. 107:8, 9, 18.)

"The offices of elder and bishop are necessary ap
belonging unto the high priesthood." (Doc. and Cov. 1

The offices of stake president and counselors are
of presidency, and those who are thus appointed mus
priests. (Doc. and Cov. 124:134.)

"The power and authority of the lesser, or Aaroni
hood, is to hold the keys of the ministering of angels
administer in outward ordinances." (Doc. and Cov. 10

"* * * A bishop must be chosen from the High Pri
unless he is a literal descendant of Aaron; * * * Neve
a high priest, that is, after the order of Melchizedek,
set apart unto the ministering of temporal things, h
knowledge of them by the Spirit of truth; And also to be
in Israel, to do the business of the church, to sit in ju
upon transgressors upon testimony as it shall be laid bef



Exhibit 6-39

**Page 1**

1  IN THE CIRCUIT COURT OF THE STATE OF OREGON
2  FOR THE COUNTY OF MULTNOMAH
3
4  JEREMIAH SCOTT,                    )
5      Plaintiff,         )
6    vs              )  No. 98-12-08640
7  GREGORY LEE FOSTER, an          )
8  Individual; THE CHURCH OF       )
9  JESUS CHRIST OF LATTER-DAY      )
10 SAINTS, an unincorporated       )
11 association, aka, the "Mormon   )
12 Church," THE CORPORATION OF     )
13 THE PRESIDENT OF THE CHURCH OF  )
14 JESUS CHRIST OF LATTER-DAY      )
15 SAINTS, a Utah corporation sole,)
16 CORPORATION OF THE PRESIDING    )
17 BISHOP OF THE CHURCH OF JESUS   )
18 CHRIST OF LATTER-DAY SAINTS,    )
19 a Utah corporation sole,        )
20      Defendants.       )
21
22      DEPOSITION OF LLOYD DEAN HALE, MD
23      Taken in behalf of the Plaintiff
24
25      Thursday, October 28, 1999

**Page 2**

1  EXHIBIT       DESCRIPTION
2   1    Curriculum Vitae
3   2    Section 10, Church Discipline - Bates Nos.
4        0010-0022
5   3    The Salt Lake Tribune - Excerpts of the
6        Interview with LDS Church Officials
7   4    Child Abuse - Helps for Ecclesiastical
8        Leaders - Bates Nos. 0118-0147 and 0104-0117
9
10 (Exhibits attached hereto)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1      BE IT REMEMBERED THAT, the deposition of LLOYD
2  DEAN HALE, MD was taken before Debra C. Symonds,
3  Registered Professional Reporter and Certified Shorthand
4  Reporter for the State of Oregon, on Thursday, October
5  28, 1999, commencing at the hour of 9:15 a.m., in the
6  Conference Room of the law firm of Dunn, Carney, Allen,
7  Higgins & Tongue, 651 SW Sixth Avenue, Suite 1500, in
8  the City of Portland, County of Multnomah, State of
9  Oregon.
10      -:-
11      APPEARANCES:
12 DUNN, CARNEY, ALLEN, HIGGINS & TONGUE
13    By Gary E. Rhoades
14    and
15    Tim Kosnoff and Joel Salmi
16      Attorneys at Law
17      Appearing in behalf of the Plaintiff
18 BULLIVANT, HOUSER, BAILEY
19    By David A. Ernst
20      Attorney at Law
21      Appearing in behalf of the Church Defendants
22 KILMER, VORHEES & LAURICK
23    By Jeffrey M. Kilmer
24      Attorney at Law
25      Appearing in behalf of Defendant Foster

**Page 4**

1      LLOYD DEAN HALE, MD
2  was thereupon produced as a witness in behalf of the
3  Plaintiff and, having been first duly sworn on oath, was
4  examined and testified as follows:
5
6      EXAMINATION
7  BY-MR. SALMI:
8    Q. Dr. Hale, please state your full name and
9  address for the record.
10   A. It's Lloyd, L L O Y D, Dean Hale, H A L E. I
11 live at West Linn. 4950 Summit Street, West Linn,
12 that's Oregon, 97068.
13   Q. Dr. Hale, again, I'm Joel Salmi and I
14 represent Jeremiah Scott in his lawsuit against Bishop
15 Foster and the church defendants, I'll call them. We're
16 going to talk about how to designate the church in this
17 deposition in a minute, but I wanted to explain to you,
18 you've had an opportunity to talk to your attorney today
19 or previously about the procedure involved in a
20 deposition?
21   A. Yes.
22   Q. And you understand that when you give
23 responses to the court reporter, they need to be audible
24 responses rather than shaking your head or nodding?
25   A. Yes.

Exhibit A — 39

**Page 17**

1  stake?
2      A. Yes.
3      Q. And you've been there about 20 years?
4      A. 23.
5      Q. And where was the Gabriel Park ward? Was that
6  also in the Lake Oswego stake?
7      A. No, that would have been, I believe, the
8  Beaverton stake.
9      Q. Before you joined the West Linn ward, did you
10  hold any position on a bishopric of any ward that you
11  attended?
12      A. No.
13      Q. And what positions have you held, if you can
14  trace that? From the time you started the West Linn
15  ward until the present, what positions have you held in
16  the church and what callings have you had?
17      A. I didn't have calling of leadership until
18  about 1977, and I served for two months as a ward Sunday
19  school president, three months as a ward young men's
20  president, and then I was called to the high council for
21  the Milwaukie stake. I served there for almost three
22  years, and then I was called to be bishop of the West
23  Linn ward in 1981, served for four years to 1985, went
24  back on the -- calling the high council again for three
25  years. By then it was the Lake Oswego stake.

**Page 18**

1      Q. What stake was it in prior to that?
2      A. Well, Milwaukie stake divided in 1984. Lake
3  Oswego stake formed from Beaverton stake and Milwaukie
4  stake, taking wards from those two to make a third one.
5      Q. And so you were on the high council of the
6  West Linn ward until --
7      A. No, the Lake Oswego stake. It's a stake
8  calling. I'm called from the West Linn ward, but it's a
9  stake calling.
10      Q. Tell me who comprises the high council.
11      A. 12 men called by the stake president with
12  various assignments to help in administrating, teaching,
13  training.
14      Q. Are they involved in disciplinary proceedings?
15      A. Yes.
16      Q. What's the role of the high council in
17  disciplinary proceedings?
18      A. The high council hears the presentation of a
19  certain amount of information and give their feeling
20  regarding certain matters. The stake president renders
21  the decision. The stake high council is asked if they
22  can sustain that decision before the individual then
23  receives the announcement of that.
24      Q. And the high council was comprised of members
25  from a variety of wards within the stake?

**Page 19**

1      A. Yes.
2      Q. Are they all members of the Melchizedek
3  priesthood?
4      A. Right. I should tell you it's Melchizedek,
5  and yes, they all are.
6      Q. Melchizedek. So there's another syllable in
7  there that I was leaving out.
8      A. Or the E gets a little different, yeah.
9      Q. I'll try and remember that. I just got down
10  Melchizedek so I'll see if I can switch gears on that.
11      And so you were on the high council for the
12  Lake Oswego ward -- or stake until about 1988, and then
13  what?
14      A. Yes. And then I was called into the stake
15  presidency to be the first counselor to the stake
16  president.
17      Q. Who was the stake president?
18      A. Dean Croft, that's D E A N, C R O F T.
19      Q. And is there a second counselor as well?
20      A. Yes.
21      Q. And who was that?
22      A. Kent Koski, K E N T, K O S K I.
23      Q. And I know that at the ward level the bishop
24  and the first and second counselor are called the
25  bishopric. Is there a similar designation to the stake

**Page 20**

1  president and the two counselors?
2      A. Stake presidency.
3      Q. Stake presidency?
4      A. Yes.
5      Q. What were your duties as first counselor to
6  the stake president?
7      A. They're assigned by the stake president who
8  has a certain number of responsibilities, and those will
9  be divided between the two counselors where we can
10  assist him. There's certain responsibilities that he
11  cannot delegate. But mine primarily involved the
12  teaching, the training and accountability for the adult
13  leadership of the stake from the wards, the high
14  priests, the elders quorum president, and some of the
15  auxiliaries.
16      Q. Did you have direct contact in that position
17  with ward bishops?
18      A. The stake president relates primarily with
19  bishops, the counselors with the other adult leaders in
20  the ward. So mine was mostly with the presidents and
21  group leaders of the adult men's quorums.
22      Q. And the adult men's quorums within a ward
23  include the --
24      A. High priests and elders quorum.
25      Q. How were you appointed to the position of

Page 21

1  first counselor? Was that by the stake president?
2      A. No. At the time President Croft was called to
3  be stake president, he recommended me as a counselor.
4  And I was interviewed by a general authority of the
5  church who issued the call to President Croft, and then
6  accepted.
7      Q. And at that time, who was the general
8  authority who had responsibility over this -- is it an
9  area? It's called an area?
10     A. No, it was one of the 12 apostles who is a
11  general worldwide authority, but he had been assigned to
12  this stake conference and to reorganize the stake, call
13  a new stake president. His name was Dallin Oakes.
14     Q. How long did you serve as first counselor to
15  the stake president?
16     A. Almost five years.
17     Q. So that's getting us up around 1993, as I'm
18  tracking this.
19     A. Right.
20     Q. And at that point you were made stake
21  president?
22     A. Yes.
23     Q. And how were you called to that position?
24     A. One of the general authorities of Carlos Asay,
25  It's A S A Y, came to reorganize the stake when

Page 22

1  President Croft was released, and he issued the call to
2  me.
3      Q. And did you go through a similar interviewing
4  process for that position?
5      A. Yes. He will interview all those who might be
6  considered, and then carefully select the one that he
7  feels should be.
8      Q. And you've held that position continuously
9  since 1993?
10     A. Yes.
11     Q. Describe for me the duties of the position, as
12  you know them to be, of stake president.
13     A. Technically, I believe the stake president is
14  responsible for the membership of the entire stake as
15  far as the teaching, the training, the well-being, and
16  for the teaching and training of leaders from the stake
17  and from the wards.
18     Q. And it's not a paid position?
19     A. No.
20     Q. What's the involvement of the stake president
21  in disciplinary proceedings?
22     A. The stake president is aware or informed by
23  bishops of any member for whom discipline should be
24  considered, and participates in the decision as to if
25  there should be discipline and how it should be

Page 23

1  conducted, whether at the ward level or the stake level.
2      Q. And if the decision is made that the
3  discipline should be conducted at the ward level, after
4  that decision is made, does the stake president have any
5  involvement in the discipline?
6      A. Generally, no. And I really never have. That
7  becomes the bishop's responsibility.
8      Q. And from your experience, is discipline
9  normally handled at the ward level?
10     A. Yes.
11     Q. There are exceptions to that, though?
12     A. Yes.
13     Q. Is one of the exceptions when the individual
14  who is the subject of the discipline is a member of the
15  Mel --
16     A. Melchizedek.
17     Q. Melchizedek priesthood?
18     A. Generally, yes. Sometimes it's conducted at
19  the ward, sometimes at the stake. It's only done at the
20  stake if the candidate -- if the member is a candidate
21  for excommunication.
22     Q. I see. And then is it always done at the
23  stake level?
24     A. Yes.
25     Q. In your position as bishop prior to becoming

Page 24

1  stake president, did you take confessions?
2      A. That's not a term that's generally used in the
3  church, but people with any concern that would be
4  considered confidential where they would need a
5  discussion with the bishop would come to the bishop.
6  Some of that would involve confessing a major
7  transgression.
8      Q. And some of it would involve just wanting to
9  talk to you confidentially?
10     A. Yes.
11     Q. And in your position as stake president, do
12  you similarly take confessions or talk to people
13  confidentially?
14     A. Yes, but only after they have been to the
15  bishop in most cases, in which case the bishop may have
16  a concern that he feels they should discuss with the
17  stake president and will refer them to the stake
18  president.
19     Q. In your positions, both as bishop and as stake
20  president, I take it you've participated in disciplinary
21  proceedings?
22     A. I don't believe I did as a bishop, but I have
23  as a stake president and as a member of the high
24  council.
25     Q. And in those two capacities, as a member of

Page 25

1   the high council and as stake president, can you give me
2   a rough estimate as to how many disciplinary proceedings
3   you've been involved with?
4       A. I believe it's probably over 75.
5       Q. And you've been in the position of stake
6   president for six years and then you were on the high
7   council for three years?
8       A. Uh-huh (affirmative response).
9       Q. So these happen every few months, is that --
10      A. Sometimes there will be a long period of time
11  without and one or two in a year, and then another year
12  there may be more.
13      Q. To the best of your knowledge, and I'm going
14  to discuss this in greater detail when we go through the
15  handbook, but to the best of your knowledge, every
16  church disciplinary proceeding that you've been involved
17  in, has that resulted in the completion of a church
18  disciplinary action form?
19      A. Yes.
20      Q. Is that form something that is distributed in
21  blank form that's on an officially mandated form by the
22  church?
23      A. Yes.
24      MR. ERNST: I'm going to object to the
25  officially mandated. It's ambiguous. Go ahead.

Page 26

1       Q. Your answer was yes?
2       A. Yes.
3       Q. Is there a form number on that?
4       A. I assume. I don't -- I've never looked.
5       Q. Is that something you receive from Salt Lake
6   City?
7       A. Yes.
8       Q. And are there other forms that are supplied to
9   stakes and wards from Salt Lake City?
10      A. Yes.
11      Q. Can you give me examples of other forms that
12  are provided?
13      A. Another good example would be the counterpart
14  of the discipline form where someone has their blessings
15  restored and they come back into the church.
16      Q. So forms for restoration of blessings?
17      A. Yes.
18      Q. And rebaptism forms, do those exist as well?
19      A. No. There is a form, perhaps, a booklet, but
20  it's a regular baptism book that the bishop has and he
21  fills that out.
22      Q. And do you know -- I made a vague reference
23  earlier to forms having been received from Salt Lake
24  City, and you understood me to mean from the church
25  headquarters there?

Page 27

1       A. Yes.
2       Q. And do you know what office those forms come
3   from?
4       A. I don't know that there's a specific office.
5       Q. In your position as stake president, to whom
6   do you report?
7       A. I really don't --
8       MR. ERNST: I'm going to object to the form
9   because it assumes facts not in evidence. Go ahead.
10      A. I really don't report to anybody. I do send
11  reports of various activities to Salt Lake, and I
12  frankly don't know where many of those go. The clerk
13  sends those. Some of the more official forms such as
14  applications to serve a mission I send to the office of
15  the first presidency. I hope I answered your question.
16      Q. Who is the next highest authority in the
17  church over you?
18      A. For -- Okay. The area presidency has a
19  stewardship for advice and counsel and training, but in
20  terms of the line authority, many issues I would report
21  directly to the first president of the church. They
22  don't go through the area president.
23      Q. So there's the area president. Some issues go
24  through the area president?
25      A. Yes.

Page 28

1       Q. And what kinds of issues would go through the
2   area president?
3       A. The reports regarding missionary work, the
4   number of people baptized, the activation of members who
5   have become less involved in the church.
6       Q. And what reports would go directly to the
7   office of the first presidency?
8       A. In terms of reports, I'm of course aware that
9   the disciplinary council reports go directly to the
10  first presidency. I'd have to think about -- Others are
11  not really reports I mail. There are reports the clerk
12  mails, a monthly report, but I -- on activity in the
13  stake, but I don't know the address to which he mails
14  that.
15      Q. And you may have already told me this, and I
16  apologize if I'm asking it again, but who was
17  responsible for appointing you to the position of stake
18  president?
19      A. Carlos Asay.
20      Q. And he's a general authority?
21      A. He's a general authority. First quorum of 70
22  was his stewardship.
23      Q. And was that decision solely his or was that a
24  decision made by the first quorum of 70ers?
25      A. It was solely his decision.

Exhibit H-42

## Page 41

1  consider to be a confession.
2  MR. SALMI: Well, Jeff, that was my question,
3  actually, so if this is an inaccurate statement of
4  doctrine, he can tell me. I don't see that that's
5  legitimate.
6  MR. KILMER: Your question was not a question.
7  Your question was, if they don't intend, in some
8  subjective way apparently, it to be confidential, then
9  it isn't a confession.
10  MR. SALMI: And that's what I was asking him.
11  MR. KILMER: No, that wasn't a question, that
12  was a statement, and I am objecting --
13  MR. SALMI: I asked him to verify whether
14  that's true or not, and that's a question. And I
15  understand, your objection is noted. I don't think it's
16  a valid objection, but it's noted.
17  MR. KILMER: Well, it's very valid in this
18  case.
19  Q. (By Mr. Salmi) Let me rephrase that. Let me
20  give you an example. If a member reports to the bishop
21  of a church that their child has been molested by
22  another member of the church, do you consider that a
23  confession?
24  A. No, because I consider that the member
25  reporting an incident.

## Page 42

1  Q. And in particular, if that member, when they
2  report this alleged molestation, ask you to do something
3  about it, that's not a confession, is it?
4  A. No.
5  Q. Assuming that we have a confession that's a
6  legitimate, valid confession given to a bishop, are
7  there any circumstances under which a bishop is
8  authorized to disclose that confession to anyone else?
9  MR. ERNST: I'm going to object to the form on
10  the use of the word "valid confession." I don't know
11  what that means.
12  MR. KILMER: And I object on the further
13  ground that "anyone else" needs to be qualified as
14  opposed to inside and outside of certain church
15  doctrines or church hierarchy of authority.
16  A. Can you restate it for me, please?
17  Q. Yes. Under any circumstances, is a bishop in
18  the church authorized to disclose confessions to anyone
19  other than the person who confessed to them?
20  A. I believe he is not privileged to do that
21  unless the person gives their consent for him to discuss
22  it with another person who would only be the stake
23  president.
24  Q. So unless the confessor consents, the bishop
25  cannot disclose that confession to anyone else. Is that

## Page 43

1  your testimony?
2  A. That's my understanding, yes.
3  Q. As a practical matter, in your experience, do
4  you know bishops who share confessions that they've
5  received with members of their bishopric?
6  A. No, I do not.
7  Q. How about sharing those confessions with the
8  stake president of the stake over which -- or in which
9  their ward is located?
10  A. I believe bishops ask the individual or tell
11  the individual I need to discuss that or you will need
12  to discuss that with the stake president. And in many
13  cases they will call me and say a person needs to talk
14  to you, and they don't share it unless the person has
15  told them it's okay and they feel there's a need to
16  prepare me, in a sense, but that's all.
17  Q. Under church policy, are children allowed to
18  give confessions?
19  A. I believe any member who wishes can talk to
20  the bishop and tell them about personal matters. And it
21  wouldn't necessarily be a confession, it would be
22  anything the person felt was confidential. They can
23  talk to their bishop in that sense.
24  Q. But now I'm asking about a confession in
25  particular, and let's say of a major transgression.

## Page 44

1  Would that confession of a child have the same standing
2  as a confession of any other member of the church?
3  MR. ERNST: Just a minute. I do want to ask
4  for a clarification, Joel.
5  MR. SALMI: Sure.
6  MR. ERNST: Are you talking about confessions
7  as a subset specifically of a specific kind of
8  confidential information? Because he's telling you
9  people are bringing him confidential information, but
10  you're talking about a confession.
11  MR. SALMI: I'm talking only about
12  confessions.
13  MR. ERNST: Do you understand that?
14  THE WITNESS: Okay.
15  Q. (By Mr. Salmi) Yeah, I'm talking only about
16  confessions, not just about something -- you know, some
17  private conversation you have with a member. But if
18  someone -- if a child comes and confesses, is that
19  considered a confession that has the same protection of
20  confidentiality as any other confession in the Mormon
21  church?
22  A. Yes.
23  Q. So if a child confesses to a major
24  transgression to a bishop, that bishop is not authorized
25  to inform the parents of that unless the child consents?

Byers & Anderson, Inc.
Court Reporters & Video

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KENNETH FLEMING and JOHN DOE,           )
                                        )
                    Plaintiffs,         )
                                        )
            vs.                         )
                                        )
THE CORPORATION OF THE PRESIDENT        )
OF THE CHURCH OF JESUS CHRIST OF        ) No. 4-2338 RSM
LATTER-DAY SAINTS, a Utah               )
corporation sole, a/k/a "MORMON         )
CHURCH"; LDS SOCIAL SERVICES a/k/a      )
LDS FAMILY SERVICES, a Utah             )
corporation,                            )
                                        )
                    Defendants.         )
                                        )

DEPOSITION OF YVONNE A. SHEPPARD

September 23, 2005

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

One Union Square        2208 North 30th Street, Suite 202
600 University St.      Tacoma, WA 98403
Suite 2300              (253) 627-6401
Seattle, WA 98101       (253) 383-4884 Fax
(206) 340-1316          scheduling@byersanderson.com
(800) 649-2034          www.byersanderson.com

25th Anniversary 1980-2005

Yvonne A. Sheppard
September 23, 2005

Exhibit I-44

129b0067-3965-40bd-b3c4-a16128c2bd7a

Byers & Anderson, Inc.
Court Reporters & Video

Page 22

1  A  Not that I recall.
2  Q  Do you know or did you know Dr. Herman Allenbach?
3  A  Yes.
4  Q  How did you know Dr. Allenbach?
5  A  He's my brother.
6  Q  Dr. Allenbach was your brother?
7  A  Yes.
8  Q  Could you identify for me all of your brothers and
9     sisters, living and dead?
10 A  Marion Romney in California.
11 Q  Is that with an "A" or an "O"?
12 A  I-O-N, Marion Romney, and then Herman Allenbach, and
13    he's deceased; myself; and I have one young sister,
14    Mary Ellen Ralphs, in Texas.
15 Q  Did you just give their names in descending order of
16    their age?
17 A  Yes, oldest first.
18 Q  So you would have been third child?
19 A  Yes.
20 Q  Were you close to Dr. Allenbach?
21 A  Yes.
22 Q  Can you give me some sense of how often you saw your
23    brother?
24 A  Every day.
25 Q  Did you work with him?

Page 23

1  A  Yes.
2  Q  In his oral surgery practice?
3  A  Yes.
4  Q  How many years did you work for him?
5  A  Very short time.
6  Q  And where was his practice located when you worked
7     for him?
8  A  In Renton.
9  Q  Do you know how many years he was at that location?
10 A  No.
11 Q  Do you have an approximate idea how long his office
12    was at that location?
13 A  He had an office in Burien and then the office in
14    Renton, and the nearest I can recall is maybe 35
15    years that he had been up here and practiced.
16    I only worked for him about three months.
17 Q  But is it your understanding that the office in
18    Renton was his main office?
19 A  Yes.
20 Q  You worked for him for a short period of time, but
21    you stated that you saw him on an almost daily basis.
22    How was it that you had so much contact with him?
23 A  He had my mother and my aunt that he took care of at
24    his place, he would stop by the house, and if I was
25    over taking care of my mother or seeing her, he would

Page 24

1     stop by after his practice.
2  Q  I take it by your answer that you were a frequent
3     guest to the property where the Herman Allenbach
4     family lived?
5  A  Yes.
6  Q  And was that on 132nd?
7     Do you know where they lived?
8  A  That was on 256th.
9  Q  I'm referring to a fairly large property, acreage,
10    with several buildings.
11 A  That's off of 256th.
12 Q  Where did you live in relation to that property?
13 A  We were at the present house we're in now.
14 Q  But I don't have a sense of the distance between
15    those two locations.
16 A  Five miles, approximately.
17 Q  Did you ever, yourself, live at your brother's
18    property?
19 A  Yes.
20 Q  During what period of time?
21 A  After we lived in the house in Renton, that time
22    period, the house was overcome with spiders like
23    this, and when one crawled across my face, I said,
24    "This is it," and I went to my brother and went right
25    to my mother's and stayed until we found the house

Page 25

1     we're in now.  (Indicating.)
2  Q  Do you have a sense of how long that period of time
3     was?
4     Was it weeks or months or years?
5  A  Three weeks, four weeks.
6  Q  Can you give me an approximate time period when that
7     would have been that you lived there?
8  A  You mean--
9  Q  That you temporarily resided there.
10 A  As near as I can recall, we were not in the house in
11    Renton not even a month, so I would have to go back
12    to that time frame when we came to Idaho because this
13    was so horrendous.  I just stayed over there at my
14    mother's, the whole family did.
15 Q  So are you saying you think it was somewhere in the
16    late 1970s?
17 A  I can't recall.  I'm not good at dates.  I'm sorry.
18 Q  I understand, but if you think it was fairly soon
19    after you moved to Washington state or if it was many
20    years after that--
21 A  No, no, very soon after that.
22 Q  Your nieces and nephews, the Allenbach children, were
23    you close to them?
24 A  No.
25 Q  Any particular reason why?

7  (Pages 22 to 25)

Yvonne A. Sheppard
September 23, 2005

Exhibit I-45

129b0067-3965-40bd-b3c4-a16128c2bd7a

Byers & Anderson, Inc.
Court Reporters & Video

Page 30

1  A  Yes.
2  Q  And what did he say?
3  A  He said it was something that had happened in the
4     past is what he told me.
5  Q  What did he say had happened in the past?
6  A  He said something had happened in the past concerning
7     that. He did not go into any details.
8  Q  You didn't ask him what that something was in the
9     past?
10 A  No.
11 Q  What else did you talk about?
12 A  I don't recall.
13 Q  How long was the telephone call?
14 A  Five minutes, ten minutes. I don't recall.
15 Q  So that I understand, you called him because you were
16    curious and you wanted to know what it was about, and
17    he told you it was about something in the past?
18 A  Yes.
19 Q  And you don't remember what else was said in that
20    ten-minute conversation?
21        MR. NASH: Object to form, but go ahead.
22        THE WITNESS: We talked about what he's
23    doing, about his health, his mother's condition, his
24    wife's condition, just general. He wanted to know
25    about my family, how we're doing.

Page 31

1  Q  (By Mr. Kosnoff) How did you happen to have Jack
2     LoHolt's telephone number?
3  A  His mother had given that to me when she had moved.
4  Q  About how long ago was that?
5  A  She had given me one number, and then when Jack moved
6     up there, we had a number.
7  Q  And where did you get that number?
8  A  Jack had given that number to us.
9  Q  Before he moved up there?
10 A  It was a long time after.
11 Q  Okay. Were you aware that Jack LoHolt had been
12    convicted of child molestation in King County in the
13    1990s?
14 A  Yes.
15 Q  And were you aware that he was sentenced to prison?
16 A  Yes.
17 Q  And then after he was released from prison, is it
18    your understanding that that's when he moved to
19    Canada?
20 A  Yes.
21 Q  And did you have contact with him when he had those
22    legal difficulties here in King County in the 1990s?
23 A  Yes.
24 Q  And did you support him-- strike that.
25        We'll come back to this.

Page 32

1        When did you first meet Jack LoHolt?
2  A  We knew of him.
3  Q  How did you know of him?
4  A  He worked for my brother, but it was never a "Hi."
5        I guess a difference between knowing and meeting
6     or--
7  Q  How were you aware that he worked for Dr. Allenbach?
8  A  My brother had him do construction or whatever.
9  Q  Do you know anything more about the kinds of jobs
10    your brother had Jack LoHolt do for him?
11 A  No.
12 Q  Are you aware of any particular structures or
13    construction projects of your brother that Jack
14    LoHolt worked on?
15 A  Yes.
16 Q  Which ones?
17 A  At the 25 acres in Kent, I know he had construction
18    work out there.
19 Q  What kind of construction was it, residential,
20    commercial?
21 A  I think it was more residential. There were
22    outbuildings there. He had some type of fertilizing
23    thing going on.
24 Q  Did you know about the relationship between
25    Dr. Allenbach and Jack LoHolt before you moved to

Page 33

1     Washington state?
2  A  No.
3  Q  So before you moved to Washington state, did you have
4     any awareness of who Jack LoHolt was?
5  A  His name had been mentioned, but not that I recall.
6  Q  Who had mentioned his name to you?
7  A  In conversation, I would think.
8  Q  With your brother?
9  A  Yeah. My mother had mentioned-- because he was
10    always kind to my mother and aunt.
11 Q  Did your mother and aunt live with your brother and
12    his family before you moved to Washington state?
13 A  Yes. They lived in a little apartment complex away
14    from the big home.
15 Q  "The big home," meaning where Dr. and Mrs. Allenbach
16    and the children lived?
17 A  Yes.
18 Q  And there was a different structure on the property
19    where your mother--
20 A  And aunt lived.
21 Q  Did they live there continuously from the time the
22    Allenbachs lived on that property until you moved
23    here?
24 A  No.
25 Q  How long did they live there?

9 (Pages 30 to 33)

Yvonne A. Sheppard
September 23, 2005

**Exhibit** I-46



129b0067-3965-40bd-b3c4-a16128c2bd7a

Byers & Anderson, Inc.
Court Reporters & Video

Page 34

1  A  I would have to go back-- you would have to go back
2     in time when we moved from Utah to Idaho, whatever
3     time sequence that was, my brother had my mother come
4     up there to live with them because he could help her.
5  Q  And how many years did they live there?
6  A  From the time that my mother passed away and my aunt
7     passed away.
8  Q  When did they pass away?
9  A  I don't remember. I don't recall.
10 Q  Was it before you moved to Washington?
11 A  No.
12 Q  It was after?
13 A  After, yes.
14 Q  Do you know how many years they were living with your
15    brother before you moved to Washington?
16 A  I don't recall exactly, but I know when my mother got
17    sick, I know there was a time that we were coming to
18    Washington to live, so I don't know how many years it
19    was before.
20 Q  Were you aware that Jack LoHolt was living with the
21    Allenbachs at one point in time?
22 A  No.
23 Q  The main house that you referred to, did it have a
24    downstairs apartment?
25 A  Yes.

Page 35

1  Q  Were you ever aware that Jack LoHolt was living in
2     that downstairs apartment?
3  A  No.
4  Q  Where did Jack LoHolt live when he lived here and you
5     knew him?
6  A  In a house off of 256th.
7  Q  Okay. Were you ever at that house?
8  A  No.
9  Q  Do you know who owned that house?
10 A  No.
11 Q  Did you become friends with Jack LoHolt at some point
12    in time?
13 A  Yes.
14 Q  And approximately when in relation to when you moved
15    to Washington?
16 A  As far as friends, I would say it would be two or
17    three years later.
18 Q  And what were the circumstances of you becoming
19    friends with Jack LoHolt?
20 A  I mean, I would see him. He would be at the parties.
21    He was invited in the home.
22 Q  Which parties are you referring to?
23 A  Any birthday party or Herman's birthday.
24 Q  At the Allenbachs'?
25 A  At the Allenbachs', and I would see him doing

Page 36

1     equipment work on the bulldozer and I would wave.
2  Q  Was he ever a guest at your home?
3  A  Yes.
4  Q  On how many occasions?
5  A  Five.
6  Q  What kind of occasions would he be-- what type of
7     occasions?
8  A  Birthday parties or just a barbecue.
9  Q  Did Jack LoHolt ever do any work for you?
10 A  Yes.
11 Q  What kind of work?
12 A  Helping us dig a ditch that came up from the pump
13    house into our backyard. He has one of those
14    equipment things-- we had to run a new line, but that
15    was the only time.
16         MR. KOSNOFF: Let's take a short break.
17         (Recess 12:07 to 12:12 p.m.)
18
19 Q  (By Mr. Kosnoff) Mrs. Sheppard, you've previously
20    testified that you saw your brother on an almost
21    daily basis after you moved to Washington state.
22         How often did you speak to him before you moved
23    to Washington state?
24 A  Quite often, at least once or twice a week.
25 Q  Would it be fair to say that you were acquainted with

Page 37

1     his life and activities here in Washington state,
2     even though you lived in another state?
3         MR. NASH: Object to form; vague.
4         THE WITNESS: No.
5  Q  (By Mr. Kosnoff) Did he ever talk to you about
6     church matters?
7  A  No.
8  Q  Do you know what positions, offices or callings your
9     brother held in the Mormon church?
10 A  I want to say a gospel doctrine class, genealogy
11    class.
12 Q  Were you ever acquainted with him being a bishop?
13 A  No.
14 Q  To your knowledge, was he ever a bishop?
15 A  Not to my knowledge.
16 Q  To your knowledge was he ever a first or second
17    counselor on a bishopric?
18 A  Not to my knowledge.
19 Q  Do you know whether he ever held any offices or
20    positions at the stake level?
21 A  I don't recall.
22 Q  Was Dr. Allenbach, to your knowledge, involved in the
23    ward's Scouting program?
24 A  I'll say I don't recall, but I know he had boys in
25    Scouting. He had Jimmy in Scouting and Ricky and

10 (Pages 34 to 37)

Exhibit I-47

Yvonne A. Sheppard
September 23, 2005

129b0067-3965-40bd-b3c4-a16128c2bd7a

Byers & Anderson, Inc.
Court Reporters & Video

Page 38

1   Brent, so I don't know what capacity he held those
2   jobs. That was way before we came.
3  Q  Do you know whether Dr. Allenbach was involved as an
4   adult volunteer in Scouting in the ward?
5  A  I don't recall.
6  Q  When you knew Jack LoHolt, was he married or single?
7  A  He was single.
8  Q  I understand he's married now?
9  A  Yes.
10 Q  And I understand he's married to a woman who has
11  children in the home.
12 A  In the home?
13 Q  Yes.
14 A  I don't know.
15 Q  Do you know whether his wife has children?
16 A  She has children.
17 Q  But you don't know whether they're in the home or
18  not?
19 A  No.
20 Q  Have you ever met his wife?
21 A  One time.
22 Q  And when was that?
23 A  She came down here with him.
24 Q  Was that after he was out of prison?
25 A  Yes.

Page 39

1  Q  Was it your understanding that Jack LoHolt married
2   his wife sometime after he was released from prison
3   in the 1990s?
4  A  I don't recall how long he's been married.
5  Q  Where was it that you met his wife when they came
6   down?
7  A  She came down here for some type of business, and I
8   had met her.
9  Q  Was she with Jack LoHolt or was she alone?
10 A  She was with Jack's mother. I think his mother came
11  down.
12 Q  Was Jack there?
13 A  Jack brought her down, and then that's when I first
14  met her because Jack was with her. He introduced her
15  to us.
16 Q  And where did that introduction take place?
17 A  He brought her to our home.
18 Q  So when Jack LoHolt came with his wife--
19 A  They weren't--
20 Q  He wasn't married then?
21 A  No.
22 Q  But she was the woman he eventually married?
23 A  Yes.
24 Q  Did they come to your home?
25 A  Yes.

Page 40

1  Q  Did they spend the night at your home?
2  A  I don't recall.
3  Q  Has Jack LoHolt ever spent the night in your home?
4  A  I don't recall.
5  Q  How long did Jack and the woman who was to be his
6   wife-- what is her name?
7  A  Sandy.
8  Q  How long did they stay?
9  A  A short time.
10 Q  Could you define "a short time"?
11 A  A few hours.
12 Q  Okay. What did you do while they were there?
13 A  Talk.
14 Q  Okay. Did you have a meal?
15 A  We had to have had, I think. I don't know how to
16  answer that.
17 Q  You were aware that Jack LoHolt was convicted of
18  molesting a young girl?
19 A  Yes.
20 Q  And did you know that young girl?
21 A  No.
22 Q  Did you know her name?
23 A  Yes.
24 Q  What was the name?
25 A  Chelsea.

Page 41

1  Q  And the last name?
2  A  Wieder.
3  Q  Did you know her parents?
4  A  The mother, briefly.
5  Q  How did you know her?
6  A  She worked for my brother.
7  Q  In his oral surgery practice?
8  A  Yes.
9  Q  You say you met her or knew her briefly--
10 A  The mother or the daughter?
11 Q  The mother.
12 A  She was the receptionist in the clinic, and I would
13  come in and say, "Hi" or go back and visit with my
14  brother, and that was about it.
15 Q  How did you get along with Mrs. Wieder?
16 A  Well, there was no association there. I mean it was
17  just, "Hello."
18 Q  Did you have any or do you have any strong feelings
19  or opinions about Mr. and Mrs. Wieder?
20 A  I don't know how to answer that.
21   Would you rephrase it?
22 Q  Do you have any strong feelings or opinions about
23  Mr. and Mrs. Wieder?
24 A  No.
25 Q  You don't have any opinions one way or the other

11 (Pages 38 to 41)

Exhibit I-48

Yvonne A. Sheppard
September 23, 2005

129b0067-3965-40bd-b3c4-a16128c2bd7a

Byers & Anderson, Inc.
Court Reporters & Video

Page 66

1  A  No.
2  Q  No?
3  A  I don't know how to explain that. I know Mrs. Wieder
4     would have him pick up her daughter. Knowledgeably
5     she would ask Jack to pick up her daughter and take
6     her home from the bus stop or take her to school or
7     something in that respect, but he was-- maybe that's
8     just the way I felt at the time.
9  Q  Were you aware that Jack was spending time alone with
10    the Wieder daughter?
11 A  No.
12 Q  Well, you just indicated that he would pick her up
13    and take her home?
14 A  Well, this is after the whole situation came out is
15    when I was aware of that. I was not aware of it when
16    it was actually happening.
17 Q  You were aware that the Wieder family rented a home
18    from your brother at the Allenbach property?
19 A  Yes.
20       MR. NASH: Object to form.
21    What's the time frame?
22 Q  (By Mr. Kosnoff) During the period of time that the
23    daughter was being abused, the late 1980s.
24 A  I did not know she was being abused.
25 Q  But did you know that the family was renting a rental

Page 67

1     home from your brother in the 1980s?
2  A  If that's the time frame, yes, I knew they were
3     renting a home.
4  Q  Okay. Did you know how much contact Jack was having
5     with the Wieders' daughter during the time that they
6     were living at your brother's property?
7  A  No.
8  Q  The next sentence you write, "In our honest and with
9     great sincerity, he is not a threat in any way to
10    society or a menace to any children."
11    I'm referring to the last sentence on the first
12    page.
13 A  Okay. I'm with you.
14 Q  What was that sentence meant to convey, in your mind?
15 A  Exactly what I said. "In our honest and with great
16    sincerity, he is not a threat in any way to society."
17    This was our first-- all of a sudden we're told
18    about this and away he goes, but in my opinion he was
19    never a threat to my children.
20 Q  You were aware that the reason he was at sentencing
21    is because he had pleaded guilty to felony sex abuse
22    of the Wieder daughter, right?
23       MR. NASH: Object to form; lack of
24    foundation.
25    You may want to ask her that.

Page 68

1  Q  (By Mr. Kosnoff) Were you aware that he had pled
2     guilty?
3  A  Yes.
4  Q  And you knew that he pled guilty to criminal sexual
5     abuse of a child, correct?
6  A  Yes.
7     Now, am I contradicting myself.
8     This letter was written before I knew what was
9     going on in the courtroom.
10 Q  So before you wrote this letter, you didn't know that
11    he had pled guilty?
12 A  I don't think so.
13 Q  When you wrote this letter, you didn't know that he
14    had actually admitted to the crimes with which he was
15    charged?
16 A  Not fully.
17 Q  The next page you write, "He has been around our
18    grandchildren of which we have seven, and one is a
19    girl 8."
20    Is that true?
21 A  Yes.
22 Q  You write, "We would feel comfortable if we left them
23    in his charge."
24    Is that correct?
25 A  Yes.

Page 69

1  Q  And that was the way you felt at the time you wrote
2     this letter?
3  A  Yes.
4  Q  Because you didn't have any other information about
5     Jack's conduct with children?
6  A  No.
7  Q  Weren't you concerned, regardless of whether he had
8     pled guilty, that he was even accused and was in
9     court when you wrote this letter?
10       MR. NASH: Object to form.
11    Go ahead.
12       THE WITNESS: Would you please rephrase
13    that?
14 Q  (By Mr. Kosnoff) You wrote this sentence knowing
15    that Jack was at least accused of sexual misconduct
16    with a child of some kind, correct?
17 A  Mm-hm.
18 Q  You've testified before that you didn't know that he
19    had pleaded guilty when you wrote the letter.
20 A  Well, wasn't there two court hearings? Wasn't there
21    a hearing and then the sentencing?
22 Q  There may have been multiple hearings, but you knew
23    at a minimum that he was accused and was in court
24    related to the accusations?
25 A  Yes, I suppose.

18 (Pages 66 to 69)


Exhibit I-49

Yvonne A. Sheppard
September 23, 2005