THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K. and T.D., <br><br>  Plaintiffs, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation, <br><br>  Defendants. | NO. 04-2338 RSM <br><br> DECLARATION OF MICHELLE A. MENELY RE: PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS IN LIMINE <br><br> **Noted for Hearing:** <br> **September 15, 2006** |

I, MICHELLE A. MENELY, being first duly sworn on oath, deposes and says:

1. I am one of the attorneys for plaintiff in the above-entitled matter; I make this declaration based on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the following pages from the deposition of R.K.: 18

MENELY DECL. RE: P.'S REPLY TO D.'S RESP. TO P'S MIL - 1 of 2
(04-2338RSM)
[170065 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED at Seattle, Washington, this 15th day of September, 2006.

        /s/ Michelle A. Menely
        Michelle A. Menely

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed the foregoing Declaration of Michelle A. Menely with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles C. Gordon/Jeffrey I. Tilden/Michael Rosenberger
GORDON MURRAY TILDEN
1001 4TH AVE, STE 4000
SEATTLE, WA 98154
206-467-6477
Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

        /s/ Carol Wohlwend
        Legal Assistant to Michelle Menely

MENELY DECL. RE: P.'S REPLY TO D.'S RESP. TO P'S MIL - 2 of 2
(04-2338RSM)
[170065 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE, | ) |
| Plaintiffs, | ) |
| vs. | ) NO. 04-2338 RSM |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/k/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation, | ) |
| Defendant. | ) |

---

DEPOSITION UPON ORAL EXAMINATION OF

ROBERT KELLY

VIDEOTAPED PROCEEDING

---

1:10 o'clock p.m.

August 29, 2005

601 Union Street

Suite 3100

Seattle, Washington

REPORTED BY:
ALISON LOTT, CCR#2337

Case 2:04-cv-02338-RSM   Document 177   Filed 09/15/2006   Page 4 of 4
DEPOSITION OF ROBERT KELLY - FLEMING, et al. v. MORMON CHURCH, et al. - 8/29/05

Page 18

| | | |
|---|---|---|
| 1 | Q | How well? |
| 2 | A | Very well. |
| 3 | Q | You say you knew him very well. What do you mean by that? |
| 4 | | Did you see him on a regular basis? |
| 5 | A | Yes. |
| 6 | Q | Did you speak with him on a regular basis? |
| 7 | A | Yes. |
| 8 | Q | Did you stay overnight at the Allenbach residence as a |
| 9 | | young boy? |
| 10 | A | Occasionally, yeah. |
| 11 | Q | Did the Allenbach children come and stay at your place? |
| 12 | A | Occasionally, they did. |
| 13 | Q | Were you and Jimmy Allenbach good friends? |
| 14 | A | Yes, very good friends. Ricky, too. |
| 15 | Q | Where did you first meet Jack Loholt? |
| 16 | A | First met Jack when he moved into the Allenbach home. |
| 17 | Q | Where did he live in that home? |
| 18 | A | He lived in a downstairs apartment. |
| 19 | Q | And were you in grade school at the time that you first met |
| 20 | | him or did you meet him before you started grade school? |
| 21 | A | I was in grade school at the time. |
| 22 | Q | Do you remember what grade you were in? |
| 23 | A | Don't recall what grade. |
| 24 | Q | In your answers to interrogatories, you list in response to |
| 25 | | a question to describe the occurrences of inappropriate |