The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNETH FLEMING, JOHN DOE, R.K., and T.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation, <br><br> Defendants. | NO. 04-2338 RSM <br><br> **CERTIFICATE OF ELECTRONIC FILING** |

I hereby certify that on September 15, 2006, I electronically filed the foregoing *Defendant's Reply Brief in Support of Motions In Limine*, with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following counsel of record:

CERTIFICATE OF ELECTRONIC FILING - 1
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

| | |
|---|---|
| Michael T. Pfau<br>Gordon, Thomas, Honeywell, Malanca,<br>Peterson & Daheim LLP<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Telephone: (206) 676-7500<br>Facsimile: (206) 676-7575<br>E-Mail: mpfau@gth-law.com<br><br>( ) Mail ( ) Hand Delivery<br>( ) Fax ( ) Federal Express | Timothy D. Kosnoff<br>Law Offices of Timothy D. Kosnoff, P.C.<br>600 University Street, Suite 2101<br>Seattle, WA 98101<br>Telephone: (206) 676-7610<br>Facsimile: (425) 837-9692<br>E-Mail: timkosnoff@comcast.net<br><br>( ) Mail ( ) Hand Delivery<br>( ) Fax ( ) Federal Express |

DATED this 15th day of September, 2006.

                    **GORDON MURRAY TILDEN LLP**

                    By _/s/ Michael Rosenberger_
                    Michael Rosenberger, WSBA #17730
                    Attorneys for Defendant The Corporation of the
                    President of The Church of Jesus Christ of
                    Latter-Day Saints
                    1001 Fourth Avenue, Suite 4000
                    Seattle, WA 98154-1007
                    Telephone: (206) 467-6477
                    Facsimile: (206) 467-6292
                    Email: mrosenberger@gmtlaw.com

CERTIFICATE OF ELECTRONIC FILING - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292