```
                                                    ___ FILED      ___ ENTERED
                                                    ___ LODGED     ___ RECEIVED

                                                         SEP 2 0 2006    DB

                                                            AT SEATTLE
                                                    CLERK U.S. DISTRICT COURT
                                                    WESTERN DISTRICT OF WASHINGTON
                                                                    DEPUTY
```

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| FLEMING ET AL., <br>     Plaintiff/Petitioner | Cause #: C04-02338 <br> RSM |
| vs. <br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, ET AL., <br>     Defendant/Respondent | Declaration of Service of: <br> LETTER; WITNESS FEE CHECK; SUBPOENA IN A CIVIL CASE; <br><br> Hearing Date: Oct 2 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 17 2006 9:50AM at the address of 28303 SOUNDVIEW DR S #111 DES MOINES, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RACHELLE COPE by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with RACHELLE COPE 30 130# 5'7" C/F BLONDE HAIR, GLASSES.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 19, 2006 at Seattle, WA

by _____ R. Marlow  9404737          Service Fee Total: $ 60.55



04-CV-02338-MRET

[ORI]GINAL [OF] SERVICE

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA  98101
206 676-7500

Page 1 of 1

Dockets.Justia.com