1
2
3
4
5

```
_____FILED  _____ENTERED
_____LODGED_____RECEIVED

   SEP 2 1 2006  DJ
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

6

7

8

## UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

9

FLEMING, ET AL.,
                          Plaintiff/Petitioner

Cause #:   C04-2338
           RSM

10

11

VS.
THE CORPORATION OF THE PRESIDENT OF
THE CHURCH OF JESUS CHRIST OF LATTER
DAY SAINTS, ET AL.,
                          Defendant/Respondent

Declaration of Service of:

SUBPOENA IN A CIVIL CASE; LETTER; WITNESS FEE
CHECK;

12

Hearing Date:  Oct  2 2006

13

14

15

Declaration:

16

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

17

18

On the date and time of Sep 17 2006  7:36PM  at the address of 13510 SE 250TH ST  KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon BISHOP PHILIP COLEMAN   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with BISHOP PHILIP COLEMAN .

19

20

No information was provided that indicates that the subjects served are members of the U.S. military.

21

22

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

23

Dated: September 20, 2006 at Seattle, WA

24

25

by _____
              C. Reeves

Service Fee Total: $    97.55

26

27

28



04-CV-02338-CLM

[ORI]GINAL
[OF] SERVICE

Page 1 of 1

Gordon, Thomas (Tacoma)
1201 Pacific Ave, #2100
Tacoma, WA   98402
253 620-6500

Dockets.Justia.com