FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 25 2006   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| FLEMING, ET AL., <br> Plaintiff/Petitioner | Cause #: C04-02338 RSM |
| vs. <br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, ET AL. <br> Defendant/Respondent | Declaration of Service of: <br> LETTER (2); SUBPOENA IN A CIVIL CASE (2); NOTICE OF DEPOSITION OF SCOTT PETTIT; WITNESS FEE CHECK; <br><br> Hearing Date: Sep 22 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 20 2006 7:40PM at the address of 24929 230TH PL SE MAPLE VALLEY, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon SCOTT PETTIT by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SCOTT PETTIT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 22, 2006 at Seattle, WA

by _____
     C. Brown    9509005

Service Fee Total: $ 147.40

04-CV-02338-TN

INAL SERVICE

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA  98101
206 676-7500