The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS FAMILY SERVICES, a Utah corporation,<br><br>　　　　　Defendants. | NO.  04-2338 RSM<br><br>**CERTIFICATE OF ELECTRONIC FILING** |

I hereby certify that on September 28, 2006, I electronically filed the foregoing ***Defendant's Motion for Reconsideration of Sanction Order***, with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following counsel of record:

CERTIFICATE OF ELECTRONIC FILING - 1
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

| Michael T. Pfau | Timothy D. Kosnoff |
| Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP | Law Offices of Timothy D. Kosnoff, P.C. |
| P.O. Box 1157 | 600 University Street, Suite 2101 |
| Tacoma, WA 98401-1157 | Seattle, WA 98101 |
| Telephone: (206) 676-7500 | Telephone: (206) 676-7610 |
| Facsimile: (206) 676-7575 | Facsimile: (425) 837-9692 |
| E-Mail: mpfau@gth-law.com | E-Mail: timkosnoff@comcast.net |

DATED this 28th day of September, 2006.

**GORDON MURRAY TILDEN LLP**

By _/s/ Jacqueline Lucien_
Jacqueline Lucien
Legal Secretary to Michael Rosenberger

CERTIFICATE OF ELECTRONIC FILING - 2
No. 04-2338 RSM