The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDS, a Utah corporation,<br><br>Defendants. | NO. 04-2338 RSM<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF SANCTION ORDER |

ORDER - 1
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

THIS MATTER came before the Court upon Defendant's Motion for Reconsideration of Sanction Order. Having considered the motion, the Court hereby GRANTS the motion as follows:

(1) The portion of the order (Dkt. No. 175) imposing sanctions and striking COP's reply brief is vacated;

(2) The portion of the order denying the clergy-penitent motion (Dkt. No. 174) striking portions of COP's motion is vacated;

(3) Given that defense counsel has paid the monetary sanction already, the Clerk of the Court is instructed to issue to defense counsel a check for $500; and

(4) The Court has now reviewed the brief and portion of the brief stricken in Dkt. Nos. 174 and 175 to determine whether consideration these authorities alters the Court's decisions on those motions. Having now considered all of COP's arguments in its opening and reply briefs, the Court hereby rules: _____

_____

_____.

DATED this _____ day of _____, 2006

_____
THE HONORABLE RICARDO S. MARTINEZ

ORDER - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Presented by:

**GORDON MURRAY TILDEN** LLP

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

ORDER - 3
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292