UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>            Plaintiff,<br><br>     v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS,<br><br>            Defendant. | CASE NO.  C04-2338RSM<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RECONSIDERATION |

This matter comes before the Court on defendant's Motion for Reconsideration of Sanction Order. (Dkt. #198). Having reviewed defendant's motion, and the remainder of the record, the Court hereby ORDERS:

(1) Defendant's Motion to Reconsider (Dkt. #198) is GRANTED IN PART and DENIED IN PART. While the Court does not agree that this Court's Local Rules are either confusing or in any way hard to understand, the Court accepts that no intentional violations of the Local Rules occurred with respect to overlength briefing, and hereby VACATES the portion of its previous Order imposing monetary sanctions against defendant. The Court will direct the Clerk to refund the sanctions already paid.

However, having considered defendant's instant arguments, and having reviewed the

ORDER
PAGE - 1

prior Orders on defendant's motions pertaining to the clergy-penitent privilege and the Washington mandatory reporting statute, the Court finds no reason to reconsider its decision on the merits of those motions. Accordingly, the Court declines to reconsider those Orders.

(2) The Clerk shall return to defendant a check in the amount of $500.00, which has already paid to this Court. That refund shall be made payable to Gordon, Murray, Tilden, and sent in care of Charles C. Gordon, Gordon, Murray, Tilden, 1001 Fourth Ave. Suite 4000, Seattle, WA 98154.

(3) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this _29_ day of September, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE