UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

           Plaintiff,

v.

THE CORPORATION OF THE
PRESIDENT OF THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS,

           Defendant.

Case No. C04-2338RSM

PEREMPTORY CHALLENGES
OF JURORS

Please indicate challenges in the space provided below by name and number.

**PLAINTIFF**

1. _____
2. _____
3. _____

_____
Signature

_____
Dated

**DEFENDANT**

1. Bird, Shea (#2)
2. Gentry, Terry (#7)
3. Nelson, Lucille (#13)

_____
Signature

10/2/06
Dated

04-CV-02338-BCST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>    Defendant. | Case No.  C04-2338RSM<br><br>PEREMPTORY CHALLENGES OF JURORS |

Please indicate challenges in the space provided below by name and number.

**PLAINTIFF**

1.  9
2.  13
3.  14

*[signature]*
Signature

10/2
Dated

**DEFENDANT**

1.  _____
2.  _____
3.  _____

_____
Signature

_____
Dated