THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| R.K., <br><br> Plaintiff, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; <br><br> Defendants. | NO. 04-2338 RSM <br><br> SPECIAL VERDICT FORM PROPOSED BY PLAINTIFF <br><br> [REVISED] |

We, the jury, make the following answers to the questions submitted by the Court:

**QUESTION NO. 1:** Was the Mormon Church negligent for failing to warn potential victims of Jack Onefrey?

**ANSWER:** ("Yes" or "No") _____

*INSTRUCTION: If you answer Question No. 1, "yes," go to Question No. 2. If you answer Question No. 1 "no," then answer Question No. 3.*

**QUESTION NO. 2:** Was the negligence of the Mormon Church in failing to warn potential victims of Jack Onefrey a proximate cause of injury to the plaintiff?

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 1 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**ANSWER:** ("Yes" or "No") _____

*INSTRUCTION: Answer Question No. 3.*

**QUESTION NO. 3:** Was the Mormon Church negligent in failing to report its knowledge that Jack Onefrey was a child molester to law enforcement officials?

**ANSWER:** ("Yes" or "No") _____

*INSTRUCTION: If you answer Question No. 3, "yes," go to Question No. 4. If you answer Question No. 3 "no," then answer Question No. 5.*

**QUESTION NO. 4:** Was the negligence of the Mormon Church in failing to report its knowledge that Jack Onefrey was a child molester a proximate cause of injury to the plaintiff?

**ANSWER:** ("Yes" or "No") _____

*INSTRUCTION: Answer Question No. 5.*

**QUESTION NO. 5:** Was the Mormon Church negligent in failing to train its hierarchal clergy and youth leaders regarding the duty to investigate and/or the duty to report suspected instances of child abuse.

**ANSWER:** ("Yes" or "No") _____

*INSTRUCTION: If you answer Question No. 5, "yes," go to Question No. 6. If you answer Question No. 6 "no," then answer Question No. 7.*

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 2 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**QUESTION NO. 6:** Was the negligence of the Mormon Church in failing to train its hierarchal clergy and youth leaders regarding the duty to investigate and/or the duty to report suspected instances of child abuse a proximate cause of injury to the plaintiff?

**ANSWER:** ("Yes" or "No") _____

*INSTRUCTION: If you answered "yes," to either 1, 3, or 5, answer Question No. 7; if you answered Questions 1, 3 and 5 "no," sign and return this verdict.*

**QUESTION NO. 7:** What do you find to be the plaintiff's total amount of damages? (Do not consider the issue of fault of third parties, if any, in your findings).

**ANSWER:**         $_____

*INSTRUCTION: Answer Question No. 8.*

**QUESTION NO. 8:** Was Herman Allenbach an agent of the Mormon Church at the time he gained knowledge that Jack Loholt was molesting children?

**ANSWER:**   _____ ("Yes" or "No")

*INSTRUCTION: If you answered Question No. 8 "yes," Answer Question No. 9. If you answered Question No. 8 "no," skip past Question Nos. 9, 10 and 11 and Answer Question No. 12.*

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 3 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**QUESTION NO. 9:** Were either of the following negligent?

*INSTRUCTION: Answer "yes" or "no" after the name of each entity not party to this action).*

**ANSWER:**

|  | Yes | No |
|---|---|---|
| Dorothy Kelly | ____ | ____ |
| Jerry Kelly | ____ | ____ |

*(INSTRUCTION: If you answer Question No. 9, "no" as to both Dorothy Kelly and Jerry Kelly, do not answer questions 10 and 11. If you answered Question No. 9 "yes," as to either Dorothy Kelly or Jerry Kelly, answer Question No. 10.*

**QUESTION NO. 10:** Was such negligence of Dorothy or Jerry Kelly a proximate cause of injury to the plaintiff?

**ANSWER:**

|  | Yes | No |
|---|---|---|
| Dorothy Kelly | ____ | ____ |
| Jerry Kelly | ____ | ____ |

*(INSTRUCTION: If you answer Question No. 10 "no" as to both Dorothy Kelly and Jerry Kelly, skip past Question 11 and answer Question No. 12, but see instructions at end of Question No. 11 before answering Question No. 12. If you answer Question No. 10 "yes," as to either Dorothy Kelly or Jerry Kelly, answer Question No. 11.*

**QUESTION NO. 11:** Assume that 100% represents the total combined negligence that proximately caused the plaintiff's injury. What percentage of this 100% is attributable to the defendant and what percentage of this 100% is attributable to each non-party, if any, whose

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 4 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

negligence was found by you in Question No. 3 to have been a proximate cause of the injury to the plaintiff? Your total must equal 100%.

**ANSWER:**

| | |
|---|---|
| Defendant Mormon Church | _____% |
| Non-Party Dorothy Kelly | _____% |
| Non-Party Jerry Kelly | _____% |
| **TOTAL** | **100%** |

(INSTRUCTION: *If you answered Question No. 8 "no" skip past Question Nos. 12, 13 and 14 and Answer Question No. 15. If you answered Question No. 8 "yes," Answer Question No. 12.*)

**QUESTION NO. 12:** Were either of the following negligent?

*INSTRUCTION: Answer "yes" or "no" after the name of each entity not party to this action).*

**ANSWER:**

| | Yes | No |
|---|---|---|
| Dorothy Kelly | _____ | _____ |
| Jerry Kelly | _____ | _____ |
| Herman Allenbach | _____ | _____ |

(INSTRUCTION: *If you answer Question No. 12 "no" as to Dorothy Kelly, Jerry Kelly and Herman Allenbach, skip past questions 13 and 14 and answer Question 15. If you answer Question No. 12 "yes," as to either Dorothy Kelly, Jerry Kelly or Herman Allenbach, answer Question No. 13.*

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 5 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

**QUESTION NO. 13:** Was such negligence of Dorothy, Jerry Kelly or Herman Allenbach, a proximate cause of injury to the plaintiff?

**ANSWER:**

|  | Yes | No |
|---|---|---|
| Dorothy Kelly | ____ | ____ |
| Jerry Kelly | ____ | ____ |
| Herman Allenbach | ____ | ____ |

*(INSTRUCTION: If you answer Question No. 13 "no" as to Dorothy Kelly, Jerry Kelly and Herman Allenbach, skip past Question 14 and answer Question 15. If you answer Question No. 13 "yes," as to either Dorothy Kelly, Jerry Kelly or Herman Allenbach,, answer Question No. 14.*

**QUESTION NO. 14:** Assume that 100% represents the total combined negligence that proximately caused the plaintiff's injury. What percentage of this 100% is attributable to the defendant and what percentage of this 100% is attributable to each non-party, if any, whose negligence was found by you in Question No. 3 to have been a proximate cause of the injury to the plaintiff? Your total must equal 100%.

**ANSWER:**

| | |
|---|---|
| Defendant Mormon Church | ____% |
| Non-Party Dorothy Kelly | ____% |
| Non-Party Jerry Kelly | ____% |
| Non-Party Herman Allenbach | ____% |
| **TOTAL** | **100%** |

*(INSTRUCTION: Answer Question 15).*

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 6 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**QUESTION NO. 15:** Do you find that the intentional conduct of Jack Onefrey caused plaintiff damage?

**ANSWER:** _____   (write "yes" or "no")

*(INSTRUCTION: If you answered Question 15 "no", sign this verdict form; if you answered Question 15 "yes," answer Question 16.)*

**QUESTION NO. 16:** What is the total amount of damages caused by the negligent conduct?

**ANSWER:**   $_____

*(INSTRUCTION: Answer Question No. 17).*

**QUESTION NO. 17:** What is the total amount of damages caused by the intentional conduct?

**ANSWER:**   $_____

INSTRUCTION: *Sign this Verdict Form.*

DATED this \_\_\_\_ day of October, 2006.

_____
Presiding Juror

PLTF.'S PROPOSED SPECIAL VERDICT FORM (REVISED) - 7 of 7
(04-2338RSM)
[171060 v07.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575