The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

R.K.,

    Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH,"

    Defendant.

NO. 04-2338 RSM

THE PARTIES' JOINT REQUEST FOR INSTRUCTION REGARDING STIPULATION

The parties jointly request that the attached stipulation be read to the jury.

DATED this 9th day of October, 2006.

**GORDON MURRAY TILDEN LLP**

By _/per E-mail Authority/_
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

**GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM LLP**

By _/Michelle Menely/_
Michael T. Pfau, WSBA #24649
Michelle A. Menely, WSBA #28353

**LAW OFFICES OF TIMOTHY D. KOSNOFF, P.C.**

By _/per Tel Authority/_
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff

---

THE PARTIES JOINT REQUEST FOR INSTRUCTION
REGARDING STIPULATION - 1
No. 04-2338 RSM

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**STIPULATION REGARDING DR. ALLENBACH**

The parties have stipulated to the following fact. Dr. Allenbach was the priests' quorum advisor between December 7, 1969 and February 3, 1974.

THE PARTIES JOINT REQUEST FOR INSTRUCTION
REGARDING STIPULATION - 2
No. 04-2338 RSM

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292