UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

        Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

        Defendant.

Case No. C04-2337RSM

ORDER

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 9 member jury in the above entitled action which is currently in deliberations.

Dated this __11__ day of October, 2006.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
United States District Judge

04-CV-02337-AF

ORDER