1

2

3

4          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
5                   AT SEATTLE

6

7   R.K.,

8              Plaintiff,                    Case No.   C04-2337RSM

9        v.
                                            ORDER
10   THE CORPORATION OF THE
    PRESIDENT OF THE CHURCH OF JESUS
11   CHRIST OF LATTER-DAY SAINTS,

12              Defendant.

13

14

15        The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 9 member jury in

    the above entitled action which is currently in deliberations.
16

17        Dated this __12__ day of October, 2006.

18

19

20                                          RICARDO S. MARTINEZ
                                            United States District  Judge
21

22

23

24

25

26

27        04-CV-02337-MAN

28

ORDER