04-CV-02337-APPO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

        Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

        Defendant.

CASE NO. C04-2338RSM

SPECIAL VERDICT FORM

We, the Jury, answer the questions submitted by the Court as follows:

**QUESTION 1:** Did plaintiff commence this action within the period of time required by law?

**ANSWER:** __✓__ (Yes)   _____ (No)

If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, do not answer any further questions; you are finished with this form. The presiding juror should sign and date this form and return it to the in-court deputy.

**QUESTION 2:** Do you find that defendant is negligent in this case?

**ANSWER:** __✓__ (Yes)   _____ (No)

If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, do not answer any further questions; you are finished with this form. The presiding juror should sign and date this form and return it to the in-court deputy.

SPECIAL VERDICT FORM
PAGE - 1

**QUESTION 3:** Was such negligence a proximate cause of injury to plaintiff?

**ANSWER:**  ✓ (Yes)  ____ (No)

If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, do not answer any further questions; you are finished with this form. The presiding juror should sign and date this form and return it to the in-court deputy.

**QUESTION 4:** Do you find that any of the following non-parties were negligent in this case?

**ANSWER:**   Herman Allenbach    ✓ (Yes)  ____ (No)

   Dorothy Kelly    ✓ (Yes)  ____ (No)

   Jerry Kelly    ✓ (Yes)  ____ (No)

If you answered "Yes" to any person in Question 4, please proceed to Question 5. If you answered "No" to every person in Question 4, please proceed to Question 9.

**QUESTION 5:** Do you find that such negligence, if any, was a proximate cause of injury to plaintiff?

**ANSWER:**   Herman Allenbach    ✓ (Yes)  ____ (No)

   Dorothy Kelly    ✓ (Yes)  ____ (No)

   Jerry Kelly    ✓ (Yes)  ____ (No)

If you answered "Yes" to Question 5 as to Herman Allenbach, please proceed to Question 6. If you answered "No" to Question 5 as to Herman Allenbach, please proceed to Question 7.

**QUESTION 6:** Do you find that Herman Allenbach was an agent of defendant acting within the scope of his authority with respect to the acts or omissions regarding Mr. Loholt?

**ANSWER:**  ____ (Yes)  ✓ (No)

If you answered "Yes" to Question 6, please proceed to Question 7. If you answered "No" to Question 6, please proceed to Question 8.

**QUESTION 7:** Assume that 100% represents the total combined negligence that proximately caused plaintiff's injuries. What percentage of this total negligence is attributable to defendant, and what percentage is attributable to each non-party whose fault was found by you, if any?

**ANSWER:**   Defendant    ____ %

SPECIAL VERDICT FORM
PAGE - 2

Dorothy Kelly _____ %

Jerry Kelly _____ %

Please proceed to Question 9.

**QUESTION 8:** Assume that 100% represents the total combined negligence that proximately caused plaintiff's injuries. What percentage of this total negligence is attributable to defendant, and what percentage is attributable to each non-party whose fault was found by you, if any?

**ANSWER:**  Defendant            _25_ %

Herman Allenbach   _45_ %

Dorothy Kelly          _15_ %

Jerry Kelly              _15_ %

Please proceed to Question 9.

**QUESTION 9:** What do you find are the amount of plaintiff's compensatory damages?

**ANSWER:** $ _1,400,000_

Please proceed to Question 10.

*$1,400,000 TOTAL*
*−1,050,000 Loholt (intentional)*
*$350,000 (Negligence)*
*− 75%*
*$75,000 from Defendant*

**QUESTION 10:** What percentage of damages in your answer to Question 9 do you find were caused by negligent conduct and what percentage were caused by Mr. Loholt's intentional conduct? (Your total must equal 100%)

**ANSWER:**  Negligent     _25_ %

Intentional   _75_ %

After you have answered all of the appropriate questions on this form, the presiding juror should sign and date below and inform the in-court deputy that you have reached a verdict.

DATED this _12_ day of October, 2006.

*Richard B Oppenthaler*
PRESIDING JUROR

SPECIAL VERDICT FORM
PAGE - 3