# United States District Court

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

R.K.

      v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-2338RSM

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is rendered in favor of Plaintiff in the amount of $87,500.00.

October 13, 2006

BRUCE RIFKIN
Clerk

By _____/s/ Lowell Williams_____
Deputy Clerk



04-CV-02337-PET