04-CV-02337-RPLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

    Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

    Defendant.

Case No. C04-2337RSM

JURY QUESTION

The Court received the following questions from the jury:

Question #1: "Question #7 – Is this the correct question? It appears that it is "almost" a duplicate of question #8 – except one of the answers for #8 includes Herman Allenbach as an option for "non-party". Should there be another question for #7?"

Court's Response: **Please re-read the Special Verdict Form. Questions #7 and #8 follow in context from Questions #4, #5 and #6.**

Question #2: "If we choose to award damages to the plaintiff, can we require Mr. Kelly to attend treatment/therapy as a condition of the award? If so, can we require annualized payments?"

Question #3: "Can we get copies of testimony from the following:"

– Rachelle Cope

– Julie Ellis

– Jovine Umali

Question #4: "Do we have the option to answer the questions on the Special Verdict form with

ORDER

1  answers that are not indicated?"

2  <u>Court's Response</u>: **The answer to Questions 2, 3 and 4 is "No".**

7  Dated this 12 day of October, 2006.

10  RICARDO S. MARTINEZ
United States District Judge

ORDER

10/11/06

- Question #7 — Is this the correct question? It appears that it is "almost" a duplicate of question #8 - except one of the answers for #8 includes Herman Allenbach as an option for "non-party". Should there be another question for #7?

- If we choose to reward damages to the Plaintiff, can we require Mr. Kelly to attend treatment/therapy as a condition of the award?

  If so, can we require annualized payments?

Richard D. Luppenthaler

10/12/06

- Can we get copies of testimony from the following?
  - Rachelle Cope
  - Julie Ellis
  - Jennie Umali

- Do we have the option to answer the questions on the Special Verdict form with answers that are not indicated?

Richard Huppenthaler