04-CV-02337-PRAE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

        Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

        Defendant.

Case No. C04-2337RSM

JURY QUESTION

The Court received the following questions from the jury:

Question: "End of case instructions ask us to determine the amount of money that will "reasonably and fairly compensate the plaintiff for such damages as you find were proximately caused by the negligence of the defendant. Are the answers to satisfy the instructions and Question #9 [of the Special Verdict Form] the same dollar amount?"

Court's Response: "Yes"

Dated this 12th day of October, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER

10/12/06

- End of case instructions ask us to determine the amount of money that will "reasonably and fairly compensate the plantiff for such damages as you find were proximately caused by the negligence of the defendant";

- Question "9: What do you find are the amount of Plantiff's compensatory damages".

— Are the answers to satisfy the instructions + Question #9 the same dollar amount?

Richard B Juppenthaler