04-CV-02337-STMT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

    Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

    Defendant.

Case No. C04-2337RSM

JURY QUESTION

The Court received the following questions from the jury:

Question: "Is the amount to be indicated in Question 9 the amount to be paid by the defendant? <u>or</u> is this an amount to be further divided by previously indicated percentages? (as in Question 8)"

<u>Court's Response</u>: " **Please carefully review your Special Verdict Form**"

Dated this 12th day of October, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER

10/12/06

- Is the amount to be indicated in Question 9 the amount to be paid by the defendant? *or* is this an amount to be further divided by previously indicated percentages? (as in Question 8)

*Richard B. Juppenlledu* (signature)