THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>            Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>            Defendant. | NO. 04-2338 RSM<br><br>DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF'S MOTION TO CERTIFY QUESTION TO SUPREME COURT<br><br>**NOTE ON MOTION CALENDAR:**<br>**NOVEMBER 17, 2006** |

Michael T. Pfau, being first duly sworn on oath, deposes and says:

1. I am one of the attorney for the plaintiff in the above-entitled matter; I make this declaration based on my own personal knowledge;

2. I was counsel for the plaintiff in the case of *Doe v. Corporation of the President of the Church of Jesus Christ of Latter-day Saints,* King County Superior Court Cause No. 02-2-04105-1KNT. The defendant in that case brought a *Tegman* motion. Judge McDermott denied the motion on the grounds that *Tegman* did not apply to a negligent tortfeasor who had a duty to prevent the conduct of the intentional tortfeasor. Consequently, a *Tegman* instruction was not given and the jury was not asked to perform a *Tegman* segregation of damages.

PFAU DECL. RE: MTN TO CERTIFY - 1 of 3
(04-2338RSM)
[171908 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1

2    I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

3

4    DATED at Seattle, Washington, this 26 day of October, 2006.

5

6                                        _____
                                         MICHAEL T. PFAU

PFAU DECL. RE: MTN TO CERTIFY - 2 of 3
(04-2338RSM)
[Pfau Declaration.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed the foregoing DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF'S MOTION TO CERTIFY QUESTION TO SUPREME COURT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles C. Gordon
    Jeffrey I. Tilden
    Michael Rosenberger
    GORDON MURRAY TILDEN
    1001 4TH AVE, STE 4000
    SEATTLE, WA 98154
    206-467-6477
    Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

*Bernadette Lovell*
Bernadette Lovell, Legal Assistant to
Michelle A. Menely

PFAU DECL. RE: MTN TO CERTIFY - 3 of 3
(04-2338RSM)
[171908 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575