THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>             Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>             Defendant. | NO. 04-2338 RSM<br><br>PLAINTIFF'S COST PETITION<br><br>NOTED FOR: NOVEMBER 14, 2006 |

### I. RELIEF REQUESTED

COMES NOW, Plaintiff R.K., by and through his counsel of record, and requests that the Clerk of this Court grant Plaintiff's Cost Petition pursuant to Fed. R. Civ. P. 54.

### II. EVIDENCE RELIED UPON

This Motion is based on the Declaration of Michael T. Pfau filed in support of Plaintiff's Cost Petition and the attachments thereto.

### III. AUTHORITY

Pursuant to Fed. R. Civ. P. 54(d)(1), costs other than attorney fees shall be allowed as a matter of course to the prevailing party, and costs recoverable under CR 54(d)(1) are enumerated in 28 U.S.C. §§1821, 1920. Here, there is no dispute Plaintiff is the prevailing party. Accordingly, Plaintiff respectfully moves for witness fees as necessary for trial and for

PLTF'S COST PETITION - 1 of 4
(04-2338RSM)
[1365219 v05.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

depositions;[1] travel and mileage expenses for witnesses (both for trial and for depositions);[2] expenditures incident to the litigation which were ordered by the court;[3] fees of the court reporter for stenographic transcripts necessarily obtained for use in the case (including the cost of videotaping depositions of witnesses who would not be available at trial);[4] fees and disbursements for printing;[5] and fees for copies of papers necessary for use in the case.[6]

All costs have been specified, so that they can be readily understood, in the Declaration of Michael T. Pfau. *See* LCR 54(d)(1). Plaintiff R.K. incurred $14,122.14 in costs and litigation expenses in prosecuting this matter.

### IV. CONCLUSION

The Plaintiff respectfully requests that the Clerk of this Court award Plaintiff $14,122.14 in costs pursuant to Fed. R. Civ. P. 54.

RESPECTFULLY SUBMITTED this 3rd day of November, 2006.

      GORDON, THOMAS, HONEYWELL,
      MALANCA, PETERSON & DAHEIM LLP

      By /s/ Michael T. Pfau
          Michael T. Pfau, WSBA No. 24649
          mpfau@gth-law.com
          Michelle A. Menely, WSBA No. 28353
          mmenely@gth-law.com
          Co-Counsel for Plaintiff

---

[1] *See* 28 U.S.C. § 1821 (a)(1), (b).

[2] *See* 28 U.S.C. §1821 (c), (d).

[3] *See* Fed. Loc. R. Civ. P. 54(d)(1).

[4] *See* 28 U.S.C. § 1920 (2). It is within the sound discretion of the Court to award costs pursuant to depositions, and so long as those depositions are reasonable necessary for use in the case, the Court can tax those costs, even though no part of the deposition was read into the record. *George R. Hall, Inc. v. Superior Trucking Co.*, 532 F. Supp. 985 (ND GA 1982); *Wade v. Mississippi Cooperative Extension Service*, 64 F.R.D. 102 (ND Miss 1974); *Alonso v. Union Oil Co.*, 71 F.R.D. 523 (SD NY 1976). The cost of videotaping the deposition of a witness who would not be available at trial is recoverable. *Fressell v. AT & T Technologies, Inc.*, 103 F.R.D. 111 (ND GA 1984).

[5] *See* 28 U.S.C. §1920 (3)

[6] *See* 28 U.S.C. § 1920 (4).

PLTF'S COST PETITION - 2 of 4
(04-2338RSM)
[1365219 v05.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES OF TIMOTHY D. KOSNOFF

By /s/ Timothy D. Kosnoff
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiff

PLTF'S COST PETITION - 3 of 4
(04-2338RSM)
[1365219 v05.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE

I hereby certify that on November ___3___, 2006, I electronically filed the foregoing PLAINTIFF'S COST PETITION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles C. Gordon
    Jeffrey I. Tilden
    Michael Rosenberger
    GORDON MURRAY TILDEN
    1001 4TH AVE, STE 4000
    SEATTLE, WA 98154
    206-467-6477
    Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

*/s/ Bernadette Lovell*
Bernadette Lovell, Legal Assistant to
Michelle A. Menely

PLTF'S COST PETITION - 4 of 4
(04-2338RSM)
[1365219 v5.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575