THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>                Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>                Defendant. | NO. 04-2338 RSM<br><br>DECLARATION OF MICHAEL T. PFAU RE: PLAINTIFF'S COST PETITION<br><br>**NOTE ON MOTION CALENDAR:**<br>**NOVEMBER 14, 2006** |

Michael T. Pfau, being first duly sworn on oath, deposes and says:

1. I am an attorney for plaintiff in the above case and make this declaration in support of costs incurred in this matter;

2. Pursuant to the judgment entered with this Court on October 16, 2006, plaintiff R.K. was the prevailing party in this matter;

3. Plaintiff R.K. has incurred a total of $14,122.14 in costs and litigation expenses in prosecuting this matter.

4. Attached as Exhibit A is a breakdown of the costs and litigation expenses in prosecuting this matter.

PFAU DECL. RE: MTN TO CERTIFY - 1 of 3
(04-2338RSM)
[172190 v03]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

5. Attached as Exhibit B is a copy of itemized costs and litigation expenses for this matter.

6. All costs and disbursements were necessarily incurred in the action.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED at Seattle, Washington, this 3 day of November, 2006.

_____
MICHAEL T. PFAU

PFAU DECL. RE: MTN TO CERTIFY - 2 of 3
(04-2338RSM)
[172190 v03]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed the foregoing Declaration of Michael T. Pfau Re: Plaintiff's Cost Petition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Charles C. Gordon
>Jeffrey I. Tilden
>Michael Rosenberger
>GORDON MURRAY TILDEN
>1001 4TH AVE, STE 4000
>SEATTLE, WA 98154
>206-467-6477
>Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

*/s/ Bernadette Lovell*
Bernadette Lovell, Legal Assistant to
Michelle A. Menely

PFAU DECL. RE: MTN TO CERTIFY - 3 of 3
(04-2338RSM)
[172190 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | |
|---|---:|
| Court Reporter | 11,869.86 |
| Witness Fee / Mileage | 860.43 |
| Registration for out of state subpoenas | 78.00 |
| Photocopies | 1,313.85 |
| **TOTAL** | **14,122.14** |

EXHIBIT A - 4

| Court Reporter breakdown | |
|---|---|
| Allenbach, Jim | 198.56 |
| Benhamida, Souhir PhD | 183.40 |
| Boren, Don | 318.00 |
| Borland, Randall | 1,153.21 |
| Onefrey, Jack (video) | 419.20 |
| Coleman, Phillip | 560.80 |
| Conte, Dr. | 179.60 |
| Conte, Dr. vol 1 | 303.65 |
| Dreiblatt, Dr | 1,166.85 |
| Jensen, Owen | 347.30 |
| Johansen, Frederick | 302.20 |
| K.B. | 418.50 |
| Keller, Ken | 556.16 |
| Kelley, Dorothy | 436.00 |
| Kelley, Dorothy | 309.80 |
| Miller, Faye | 404.30 |
| Onefrey, Jack | 2,531.35 |
| Onefrey, Jack | 159.00 |
| Pettit, Richard | 514.40 |
| Pettit, Scott | 364.10 |
| Pitts, Larry | 323.90 |
| Wise, Frederick Dr. | 719.58 |
| **TOTAL** | **11,869.86** |

EXHIBIT B-5

| Witness fee and mileage reimbursement | |
|---|---|
| Coleman | 50.24 |
| Coleman, Phillip | 19.05 |
| Coleman, Phillip | 40.00 |
| Coleman, Phillip | 60.57 |
| Cope, Rachelle | 50.24 |
| deGuzman, Evalyn | 43.12 |
| Garasi, Julie | 87.62 |
| Johansen, Rex | 40.00 |
| Keller, Brad | 40.00 |
| Keller, Ken | 40.00 |
| Keller, Ken | 30.00 |
| Keller, Ken | 42.98 |
| Kelley, Dorothy | 51.13 |
| Kelley, Dorothy | 60.16 |
| Kelley, Jerry | 51.13 |
| Miller, Faye | 19.50 |
| Miller, Faye | 40.00 |
| Pettit, Scott | 49.35 |
| Umali, Jovine | 45.34 |
| **TOTAL** | **860.43** |

EXHIBIT B-6

| Service for subpoenas | |
|---|---|
| Boren, Don | 75.00 |
| Brinkley, Brian | 81.50 |
| Coleman | 70.00 |
| Coleman, Phillip | 92.00 |
| Cope, Rachelle | 60.55 |
| Dilley | 50.00 |
| Dilley, R. | 32.00 |
| Fleming, Dan | 128.30 |
| Gaines | 70.00 |
| Garasi, Julie | 150.00 |
| Gross | 70.00 |
| Jensen | 96.25 |
| Johansen | 70.00 |
| Kelly, Dorothy | 92.00 |
| Manning | 70.00 |
| Miller | 70.00 |
| Neilson | 50.00 |
| Neilson, Brian | 57.00 |
| Pettit, Scott | 147.40 |
| Sheppard | 70.00 |
| Sheppard, R. | 70.00 |
| Sodenkamp | 70.00 |
| Sodenkamp, C | 118.00 |
| Sodenkamp, Conrad | 132.25 |
| Threlkeld, Christina | 116.15 |
| Wheeler, Kathryn | 75.00 |
| **Total** | **2,183.40** |

EXHIBIT B-7