THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>    Defendant. | NO. 04-2338 RSM<br><br>ORDER GRANTING PLAINTIFF'S COST PETITION<br><br><br>NOTED FOR: NOVEMBER 14, 2006 |

THIS MATTER having come for hearing on Plaintiff's Cost Petition, and the Court having considered the following:

1. Plaintiff's Cost Petition; and

2. Declaration of Michael T. Pfau Re: Plaintiff's Cost Petition.

And being otherwise fully advised **GRANTS** Plaintiff's Cost Petition and awards Plaintiff $14,122.14 in costs.

DATED this _____ day of November, 2006.

                _____
                THE HONORABLE RICARDO S. MARTINEZ

ORDER GRANTING PLTF'S COST PETITION - 1 of 3
(04-2338RSM)
[1365397 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  GORDON, THOMAS, HONEYWELL,
   MALANCA, PETERSON & DAHEIM LLP
2
3  By /s/ Michael T. Pfau
       Michael T. Pfau, WSBA No. 24649
4      mpfau@gth-law.com
       Michelle A. Menely, WSBA No. 28353
5      mmenely@gth-law.com

6  LAW OFFICES OF TIMOTHY D. KOSNOFF

7  By /s/  Timothy D. Kosnoff
       Timothy D. Kosnoff, WSBA No. 16586
8      timkosnoff@comcast.net
9      Co-Counsel for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLTF'S COST PETITION - 2 of 3
(04-2338RSM)
[1365397 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I hereby certify that on November __3__, 2006, I electronically filed the foregoing ORDER GRANTING PLAINTIFF'S COST PETITION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles C. Gordon
Jeffrey I. Tilden
Michael Rosenberger
GORDON MURRAY TILDEN
1001 4TH AVE, STE 4000
SEATTLE, WA 98154
206-467-6477
Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

*Bernadette Lovell* (signature)
Bernadette Lovell, Legal Assistant to
Michelle A. Menely

ORDER GRANTING PLTF'S COST PETITION - 3 of 3
(04-2338RSM)
[1365397 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575