THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>                Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>                Defendant. | NO. 04-2338 RSM<br><br>AMENDMENT TO PLAINTIFF'S COST PETITION<br><br>NOTED FOR: NOVEMBER 14, 2006 |

COMES NOW Plaintiff R.K., by and through his counsel of record, and submits the following Amendment to the Cost Petition which was filed with this Court on November 3, 2006:

Plaintiff submits that the taxable costs should be divided, pro rata, by the number of plaintiffs which were involved in the matter at the time costs were incurred. The breakdown of costs incurred, demonstrating the pro rata division, is contained in **Exhibit A** to the declaration of Michelle A. Menely, filed herewith.

AMENDMENT TO PLTF'S COST PETITION - 1 of 3
(04-2338RSM)
[172459 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

Plaintiffs requests that the Court enter award costs as follows:

From date of inception through January 9, 2006: Plaintiff R.K. seeks recovery of 25% of the costs incurred ($7,138.24 reduced by 25% = $1,784.56);

From January 10, 2006 through March 2, 2006: Plaintiff R.K. seeks recovery of $33^{1/3}\%$ of costs incurred ($4,234.38 reduced by $33^{1/3}\%$ = $1,411.46);

From March 3, 2006 through March 20, 2006: Plaintiff R.K. seeks recovery of 50% of the costs incurred ($92.30 reduced by 50% = $46.15);

After March 21, 2006: Plaintiff R.K. seeks recovery of 100% of the taxable costs: ($3,413.71).

TOTAL: $6,655.88.

RESPECTFULLY SUBMITTED this 9th day of November, 2006.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By /s/ Michael T. Pfau
    Michael T. Pfau, WSBA No. 24649
    mpfau@gth-law.com
    Michelle A. Menely, WSBA No. 28353
    mmenely@gth-law.com
    Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By /s/ Timothy D. Kosnoff
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiff

AMENDMENT TO PLTF'S COST PETITION - 2 of 3
(04-2338RSM)
[172459 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I hereby certify that on November ___9th___, 2006, I electronically filed the foregoing PLAINTIFF'S COST PETITION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles C. Gordon
Jeffrey I. Tilden
Michael Rosenberger
GORDON MURRAY TILDEN
1001 4TH AVE, STE 4000
SEATTLE, WA 98154
206-467-6477
Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

*Bernadette Lovell*
Bernadette Lovell, Legal Assistant to
Michelle A. Menely

AMENDMENT TO PLTF'S COST PETITION - 3 of 3
(04-2338RSM)
[172459 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575