THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>     Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>     Defendant. | NO. 04-2338 RSM<br><br>DECLARATION OF MICHELLE A. MENELY RE: AMENDMENT TO PLAINTIFF'S COST PETITION<br><br>NOTE FOR: NOVEMBER 14, 2006 |

Michelle A. Menely, being first duly sworn on oath, deposes and says:

1. I am one of the attorney for the plaintiff in the above-entitled matter; I make this declaration based on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a breakdown of the costs and litigation expenses in this case.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED at Seattle, Washington, this 9th day of November, 2006.

_____
MICHELLE A. MENELY

MENELY DECL. RE: AMENDMENT TO COST PETITION - 1 of 2
(04-2338RSM)
[172460 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the foregoing DECLARATION OF MICHELLE A. MENELY RE: AMENDMENT TO PLAINTIFF'S COST PETITION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Charles C. Gordon
>Jeffrey I. Tilden
>Michael Rosenberger
>GORDON MURRAY TILDEN
>1001 4TH AVE, STE 4000
>SEATTLE, WA 98154
>206-467-6477
>Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

Bernadette Lovell, Legal Assistant to
Michelle A. Menely

MENELY DECL. RE: AMENDMENT TO COST PETITION - 2 of 2
(04-2338RSM)
[172460 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**Court Reporter breakdown**

**100% charges to RK**

| Benhamida, Souhir PhD | 183.40 | 183.40 |
|---|---|---|
| Keller, Ken | 556.16 | 556.16 |
| Kelley, Dorothy | 309.80 | 309.80 |
| Wise, Frederick Dr. | 719.58 | 719.58 |
| **TOTAL** | **1768.94** | **1768.94** |
| | | |

**¼ charges to RK**

| Boren, Don | 318.00 | 79.50 |
|---|---|---|
| Borland, Randall | 1,153.21 | 288.30 |
| Coleman, Phillip | 560.80 | 140.20 |
| Conte, Dr. vol 1 | 303.65 | 75.91 |
| Jensen, Owen | 347.30 | 86.83 |
| Johansen, Frederick | 302.20 | 75.55 |
| K.B. | 418.50 | 104.63 |
| Miller, Faye | 404.30 | 101.07 |
| Pettit, Richard | 514.40 | 128.60 |
| Pitts, Larry | 323.90 | 80.98 |
| **TOTAL** | **4,646.26** | **1161.57** |

**1/3 charges to RK**

| Conte, Dr., Vol. II | 179.60 | 59.87 |
|---|---|---|
| Dreiblatt, Dr | 1,166.85 | 388.95 |
| Onefrey, Jack | 2,531.35 | 843.78 |
| **TOTAL** | **3,877.8** | **1292.6** |

**Exhibit A-3**

**Witness fee and mileage reimbursement**

### ¼ charges to RK

| Coleman, Phillip | 19.05 |
|---|---|
| Johansen, Rex | 40.00 |
| Keller, Ken | 30.00 |
| Miller, Faye | 19.50 |
| **TOTAL** | **108.55** |

### 1/3 charges to RK

| Coleman, Phillip | 60.57 |
|---|---|

### 100% charges to RK

| Coleman | 50.24 |
|---|---|
| Cope, Rachelle | 50.24 |
| deGuzman, Evalyn | 43.12 |
| Garasi, Julie | 87.62 |
| Keller, Ken | 42.98 |
| Kelley, Dorothy | 51.13 |
| Pettit, Scott | 49.35 |
| Umali, Jovine | 45.34 |
| **TOTAL** | **420.02** |

**Exhibit A-4**

**Service for subpoenas**

**¼ to R.K.**

| Boren, Don | 75.00 |
|---|---|
| Coleman | 70.00 |
| Gross | 70.00 |
| Jensen | 96.25 |
| Johansen | 70.00 |
| Miller | 70.00 |
| TOTAL | 451.25 |

**½ charge to RK**

| Coleman, Phillip | 92.00 |
|---|---|

**100% charge to RK**

| Cope, Rachelle | 60.55 |
|---|---|
| Garasi, Julie | 150.00 |
| Kelly, Dorothy | 92.00 |
| Pettit, Scott | 147.40 |
| TOTAL | 449.95 |

Exhibit A-5

| | |
|---|---|
| ¼ of Photocopies up to 1/9/06 (1,854.00) | 463.50 |
| 1/3 of photocopies to 3/2/06 (296.00) | 98.67 |
| ½ of photocopies to 3/20/06 (.30) | .15 |
| 100% of photocopies after 3/21/06 | 774.80 |
| **TOTAL PHOTOCOPY CHARGES** | **1,337.12** |
| | |
| ¼ of Registration for out of state subpoenas (78.00) | 19.50 |
| **TOTAL REGISTRATION CHARGES** | **19.50** |
| | |
| ¼ of Court reporter up to 1/9/06 (4,646.26) | 1,161.57 |
| 1/3 of Court reporter to 3/2/06 (3,877.80) | 1,292.60 |
| ½ of Court reporter to 3/20/06 (0.00) | 0.00 |
| 100% of court reporter after 3/21/06 | 1,768.94 |
| **TOTAL COURT REPORTER CHARGES** | **4,223.11** |
| | |
| ¼ of Witness Fee / Mileage up to 1/9/06 (108.55) | 27.18 |
| 1/3 of Witness Fee / Mileage to 3/2/06 (60.57) | 20.19 |
| ½ of Witness Fee / Mileage to 3/20/06 (0.00) | 0.00 |
| 100% of Witness Fee / Mileage after 3/21/06 | 420.02 |
| **TOTAL WITNESS FEE / MILEAGE CHARGES** | **467.39** |
| | |
| ¼ of service up to 1/9/06 (451.25) | 112.81 |
| 1/3 of service to 3/2/06 (0.00) | 0.00 |
| ½ of service to 3/20/06 (92.00) | 46.00 |
| 100% of service after 3/21/06 | 449.95 |
| **TOTAL SERVICE CHARGES** | **608.76** |

[172421 v1]

- 1 -

Exhibit A-6

- 2 -

| | |
|---|---|
| Registration for out of state subpoenas | 19.50 |
| Photocopies | 1,337.12 |
| Witness fee / Mileage | 467.39 |
| Court reporter | 4,223.11 |
| Service | 608.76 |
| TOTAL | 6,655.88 |

[172421 v1]

Exhibit A-1