1

```
 1                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
 2                          IN SEATTLE

 3   ---------------------------------------------------------

 4   ROBERT KELLY,                  )
                                    )
 5                  Plaintiff,      )   No. C 04-2338RSM
                                    )
 6         v.                       )
                                    )
 7   THE CORPORATION OF THE PRESIDENT)
     OF THE CHURCH OF JESUS CHRIST  )
 8   OF LATTER-DAY SAINTS
                                    )
 9                  Defendant.      )
                                    )
10                                  )
     ---------------------------------------------------------
11

12            EXCERPT OF ROBERT KELLY TESTIMONY

13
     ---------------------------------------------------------
14

15          BEFORE THE HONORABLE RICARDO S. MARTINEZ

16

17                      October 4, 2006

18
     APPEARANCES:
19
     For the Plaintiff:       Michael T. Pfau
20                            Tim Kosnoff
                                    and
21                            Michael Rosenberger
                              Attorneys at Law
22
     For the Defendant:       Charles Gordon
23                                  and
                              Jeffrey Tilden
24                            Attorneys at Law

25
```

Exhibit  1  Page  1

```
 1              MR. GORDON:  I do have one more.  I lied, your
 2   Honor.
 3              THE COURT:  All right.
 4   By Mr. Gordon:
 5   Q.   Have you commenced a lawsuit against Mrs. Allenbach?
 6   A.   No, sir.
 7   Q.   And you have not commenced a lawsuit against the estate
 8   of Dr. Allenbach?
 9   A.   No, sir.
10              THE COURT:  Nothing further?
11                     REDIRECT EXAMINATION
12   By Mr. Kosnoff:
13   Q.   Robert, do you know whether your attorneys have
14   commenced a lawsuit on your behalf against the estate of
15   Allenbach?
16   A.   No.
17              THE COURT:  You may step down.  Thank you.  You
18   may call your next witness.
19              MR. KOSOFF:  Your Honor, the next witness, will
20   be by video, Richard Pettit.
21              THE COURT:  Let me know when it is set up and
22   ready to go.
23
24
25
```

```
                                                                    3

1                              CERTIFICATE
2
3
4
5
6
7
8
         I, Barry L. Fanning, Official Court Reporter, do hereby
9    certify that the foregoing transcript is correct.
10
11                                      S/Barry L. Fanning
12                                      _____
                                        Barry L. Fanning
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit _1_ Page _3_