UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

              Plaintiff,

      v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, a/d/a "MORMON CHURCH",

           Defendant.

Case No. C04-2338RSM

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against DEFENDANT THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and on behalf of PLAINTIFF in the amount of $6,655.88.

Dated this _____17th_____ day of NOVEMBER, 2006 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1