THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

R.K.

         Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"

         Defendants.

NO. C04-2338 RSM

ORDER [PROPOSED] GRANTING PLAINTIFF'S MOTION TO CERTIFY QUESTION TO WASHINGTON SUPREME COURT

NOTE ON MOTION CALENDAR:
NOVEMBER 17, 2006

THIS MATTER having come on for hearing on Plaintiff's Motion to Certify Question to Washington Supreme Court (Docket Entry No. 228), Declaration of Michael T. Pfau Re: Plaintiff's Motion to Certify Question to Washington Supreme Court (Docket Entry No. 229), and the Court having considered the parties' motions, their responses and replies, and having considered all documents filed in connection with those motions, hereby GRANTS the Plaintiff's Motion to Certify Question to the Washington Supreme Court.

\*\*\*

\*\*\*\*

DONE IN OPEN COURT this ____ day of November, 2006.

[PROPOSED] ORDER - 1
(C04-2338 RSM)
[172836 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

———————————————————
THE HONORABLE RICARDO S. MARTINEZ

PRESENTED BY:

**GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP**

By: /s/ Michael T. Pfau
    Michael T. Pfau, WSBA No. 24694
    mpfau@gth-law.com
    Co-Counsel for Plaintiffs

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: /s/ Timothy D. Kosnoff
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiffs

[PROPOSED] ORDER - 2
(C04-2338 RSM)
[172836 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575