THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.K.,

        Plaintiff,

vs.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";

        Defendant.

NO. 04-2338 RSM

**NOTICE OF APPEAL**

Notice is hereby given that R.K., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered with this Court and from the Order Denying Plaintiff's Motion for New Trial entered in this action on the 1st day of December 2006.

RESPECTFULLY SUBMITTED this 4th day of December, 2006.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By /s/ Michael T. Pfau
   Michael T. Pfau, WSBA No. 24649
   mpfau@gth-law.com
   Michelle A. Menely, WSBA No. 28353
   mmenely@gth-law.com
   Co-Counsel for Plaintiff

NOTICE OF APPEAL - 1 of 3
(04-2338RSM)
[1367624 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LAW OFFICES OF TIMOTHY D. KOSNOFF

By /s/ Timothy D. Kosnoff
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net
    Co-Counsel for Plaintiff

NOTICE OF APPEAL - 2 of 3
(04-2338RSM)
[1367624 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court sing the CM/ECF system which will send notification of such filing to the following:

> Charles C. Gordon
> Jeffrey I. Tilden
> Michael Rosenberger
> GORDON MURRAY TILDEN
> 1001 4TH AVE, STE 4000
> SEATTLE, WA 98154
> 206-467-6477
> Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

*Bernadette Lovell* (signature)
Bernadette Lovell, Legal Assistant to
Michelle A. Menely

NOTICE OF APPEAL - 3 of 3
(04-2338RSM)
[1367624 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575