**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST.
SEATTLE, WASHINGTON 98101

December 4, 2006

Cathy Catterson, Clerk
U.S. Court of Appeals
95 7th Street
San Francisco, CA 94103

RE:   Civil Appeal
      <u>Kenneth Fleming et al vs. Corporation of the President of the Church of Jesus Christ of Latter Day Saints</u>,
      04-CV-2338RSM

Under cover of this letter please find:

✔   Notice of Appeal

✔   Docket Fee Payment Notification

✔   Copy of Docket Entries

✔   Copy of Order(s) on Appeal (CCA only)

✔   Copy of this cover letter (CCA only). Please date stamp and return with CCA docket number.

Transcript Designation and Ordering Form to be filed. See <u>www.uscourts.gov</u> for form. [To Appellant only. Under Circuit Rule 10-3.1(c) appellant required to file this form within thirty days of filing Notice of Appeal.] **Please note service requirements**.

BRUCE RIFKIN, Clerk of Court


By   s/Lynn Kandziora
      Appeals Clerk

cc:   All counsel of record [FRAP 3(d)]
      Enclosure(s)