UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

U.S. Court of Appeals Docket Number: 06-36042
Lower Court Docket Number: CV-04-02338-RSM

KENNETH FLEMING

        Plaintiff

    and

R. K.

        Plaintiff - Appellant

v.

CORPORATION OF THE PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation
also known as Morman Church

        Defendant - Appellee





04-CV-02338-APPO

T I M E   S C H E D U L E   O R D E R

The parties shall meet the following time schedule:

->     Appellant/petitioner shall immediately file the civil appeals docketing statement (CADS), pursuant to Circuit Rule 33-1;

->     Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to Circuit Rule 10-3.1(a);      12/14/06

->     Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to Circuit Rule 10-3.1(b);      12/26/06

->      Appellant/petitioner shall file transcript
order form with the district court and make payment
arrangements with court reporter, pursuant to
Circuit Rule 10-3.1;                                              1/3/07

->      Court reporter shall file transcript
in the district court, pursuant to FRAP 11(b)
and Circuit Rule 11-1.1;                                          2/5/07

->      Appellant/petitioner's opening brief
and excerpts of record shall be served and filed
pursuant to FRAP 32 and Circuit Rule 32-1;                        3/22/07

->      The brief of appellee/respondent shall be
filed and served, pursuant to FRAP 32 and
Circuit Rule 32-1;                                                4/23/07

->      The optional appellant/petitioner reply brief
shall be filed and served within fourteen days of
service of the appellee/respondent's brief, pursuant
to FRAP 32 and Circuit Rule 32-1.

FAILURE OF THE APPELLANT TO COMPLY WITH THE TIME SCHEDULE ORDER WILL
RESULT IN AUTOMATIC DISMISSAL OF THE APPEAL. CIRCUIT RULE 42-1.

APPELLANTS/PETITIONERS WITHOUT REPRESENTATION OF COUNSEL IN A PRISONER
APPEAL MAY HAVE THEIR CASE SUBMITTED ON THE BRIEFS AND RECORD WITHOUT
ORAL ARGUMENT, PURSUANT TO FRAP 34(a). WITHIN
10 DAYS OF THE FILING OF THE APPELLANT'S OPENING BRIEF, PARTIES MAY
FILE A STATEMENT SETTING FORTH THE REASONS WHY, IN THE OPINION OF THE
PARTIES, ORAL ARGUMENT SHOULD BE HEARD.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

Deputy Clerk

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

December 4, 2006

Cathy Catterson, Clerk
U.S. Court of Appeals
95 7th Street
San Francisco, CA 94103

RE: Civil Appeal
<u>Kenneth Fleming et al vs. Corporation of the President of the Church of Jesus Christ of Latter Day Saints,</u>
04-CV-2338RSM

Under cover of this letter please find:

✔ Notice of Appeal

✔ Docket Fee Payment Notification

✔ Copy of Docket Entries

✔ Copy of Order(s) on Appeal (CCA only)

✔ Copy of this cover letter (CCA only). Please date stamp and return with CCA docket number.

Transcript Designation and Ordering Form to be filed. See www.uscourts.gov for form. [To Appellant only. Under Circuit Rule 10-3.1(c) appellant required to file this form within thirty days of filing Notice of Appeal.] **Please note service requirements.**

BRUCE RIFKIN, Clerk of Court

By  s/Lynn Kandziora
   Appeals Clerk

cc: All counsel of record [FRAP 3(d)]
    Enclosure(s)