THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| R.K.,<br><br>            Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH";<br><br>            Defendant. | NO. 04-2338 RSM<br><br>NOTICE OF WITHDRAWAL |

Comes now the undersigned attorneys and advise the Court and counsel that Joan C. Foley of the law firm of Gordon Thomas Honeywell Malanca Peterson & Daheim LLP withdraws as counsel for Plaintiff. Michael T. Pfau of the law firm of Gordon Thomas Honeywell Malanca Peterson & Daheim LLP remains counsel for Plaintiff.

Dated this 12th day of December, 2006.

            GORDON, THOMAS, HONEYWELL,
            MALANCA, PETERSON & DAHEIM LLP

            By /s/ Joan C. Foley
                Joan C. Foley, WSBA No. 25861
                Withdrawing Attorney

NOTICE OF WITHDRAWAL - 1 of 3
(04-2338RSM)
[173652 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dockets.Justia.com

1
2   GORDON, THOMAS, HONEYWELL,
    MALANCA, PETERSON & DAHEIM LLP
3
    By /s/ Michael T. Pfau
4   Michael T. Pfau, WSBA No. 24649
    Attorneys for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF WITHDRAWAL - 2 of 3
(04-2338RSM)
[173652 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed the foregoing NOTICE OF WITHDRAWAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Charles C. Gordon
> Jeffrey I. Tilden
> Michael Rosenberger
> GORDON MURRAY TILDEN
> 1001 4TH AVE, STE 4000
> SEATTLE, WA 98154
> 206-467-6477
> Email: cgordon@gmtlaw.com; jtilden@gmtlaw.com; mrosenberger@gmtlaw.com

/s/ Tanya Garbell
Tanya Garbell, Legal Assistant to
Joan C. Foley

NOTICE OF WITHDRAWAL - 3 of 3
(04-2338RSM)
[173652 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575