## TRANSCRIPT ORDER

AO 435 (Rev. 12/03)
Administrative Office of the United States Courts
*Please Read Instructions above*

**FOR COURT USE ONLY**
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Michael T. Pfau/ Michelle A. Menely | (206) 676-7500 | 1/3/2007 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 600 UNIVERSITY STREET, SUITE 2100 | SEATTLE | WA | 98101 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CV-04-02338-RSM | RICARDO MARTINEZ | 10. FROM 10/2/2006 | 11. 10/12/2006 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| R.K. v. Corp. of the President of the Church of Jesus Christ | 13. SEATTLE, WA | 14. |

**15. ORDER FOR**
[X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [X] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 10/10/2006 | [ ] PRE-TRIAL PROCEEDING | |
| [X] CLOSING ARGUMENT (Defendant) | 10/10/2006 | | |
| [ ] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | 10/02/2006 | [X] OTHER (Specify) | |
| [ ] SENTENCING | | jury exceptions | 10/10/2006 |
| [ ] BAIL HEARING | | jury verdict | 10/12/2006 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE *Michelle Menely*
19. DATE 1-3-07

PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY